UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00452-FL(3)

| | |
|---|---|
| IN RE: | : |
| | : |
| TWENTY-NINE COUNT INDICTMENT | : MOTION TO SEAL INDICTMENT |
| OF NOVEMBER 8, 2018 | : |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby requests that the Indictment named on the previously attached Grand Jury Agenda be sealed so that the Defendant herein named can be apprehended and says:

If the name of the defendant was to be made public prior to arrest, the chances of apprehending the defendant or apprehending the defendant without threat of violence or public commotion would be significantly reduced.

WHEREFORE, the United States of America respectfully prays for the sealing of the above-referenced Indictment for thirty (30) days, or upon motion of the United States Attorney to unseal, whichever event occurs first.

This 8th day of November, 2018.

                ROBERT J. HIGDON, JR.
                United States Attorney

                *Barbara D. Kocher*
                BARBARA D. KOCHER
                Assistant United States Attorney
                Criminal Division
                U.S. Attorney's Office, EDNC
                310 New Bern Avenue, Suite 800
                Raleigh, North Carolina 27601
                E-mail: bkocher@usa.doj.gov
                Telephone: 919-856-4530
                Fax: 919-856-4487
                NC Bar No. 16360