

**U. S. Department of Justice**

**Robert J. Higdon, Jr.**
United States Attorney
Eastern District of North Carolina

Terry Sanford Federal Building  Telephone (919) 856-4530
310 New Bern Avenue  Criminal FAX (919) 856-4487
Suite 800  Civil FAX (919) 856-4821
Raleigh, North Carolina 27601-1461  www.usdoj.gov/usao/nce

DATE: November 8, 2018

TO: Clerk's Office
United States District Court
Eastern District of North Carolina
Raleigh, North Carolina

REPLY TO: Robert J. Higdon, Jr.
United States Attorney

ATTN OF: Barbara D. Kocher *BDK*
Assistant United States Attorney

SUBJECT: U.S. v. LEONID ISAAKOVICH TEYF
U.S. v. TATYANA ANATOLYEVNA TEYF, a/k/a TATIANA TEYF
U.S. v. ALEXEY VLADIMIROVICH TIMOFEEV

No 5:18-CR-00452-1FL(3) WESTERN DIVISION
No. 5:18-CR-00452-2FL(3) WESTERN DIVISION
No. 5:18-CR-00452-3FL(3) WESTERN DIVISION

Please issue a warrant for the arrest of the above-named defendants and place same, together with a certified copy of the Indictment, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Indictment to this office and the U.S. Pretrial Services Office.

Detention is recommended, and the warrants should be returnable before the U.S. Magistrate Judge.

BDK/lf

cc: US Marshal Service
US Probation Office