# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

UNITED STATES OF AMERICA

v.

LEONID ISAAKOVICH TEYF

**SEALED**
**WARRANT FOR ARREST**

CRIMINAL CASE: 5:18-CR-00452-1FL(3)

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**LEONID ISAAKOVICH TEYF** and he/she shall be brought before the nearest Magistrate/Judge to answer an

  **X**  SEALED Indictment \_\_\_\_\_Superseding Indictment _____Criminal Information\_\_Complaint

\_\_\_\_ Order of Court: \_\_\_ Violation Notice\_\_Probation Violation Petition charging him/her with:

Count 1 - 18 U.S.C. § 1956(h): Spending Money Laundering Conspiracy
Counts 2-9, 10, 11-13, 17-19, 21-24 - 18 U.S.C. §§ 1957 and 2: Spending Money Laundering; and aiding and abetting
Count 27 - 18 U.S.C. § 201(b)(1): Bribery of a public official
Count 28 - 18 U.S.C. § 1958: Murder for hire
Count 29 - 18 U.S.C. §§§ 922(k) and 924(a)(1)(B) and 2: Possession of a firearm with an obliterated serial number; and aiding and abetting

Peter A. Moore, Jr.
Name of Issuing Officer

Signature of Issuing Officer by Deputy Clerk

Clerk of Court
Title of Issuing Officer

NOVEMBER 8, 2018 - RALEIGH, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at |

| DATE RECEIVED 11/09/18 | NAME AND TITLE OF ARRESTING OFFICER P. Minella, FBI | NAME AND TITLE OF ARRESTING S. Janner USMS E/NC |
|---|---|---|
| DATE OF ARREST 12/05/18 | | |

**FILED**

**DEC 06 2018**

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Case 5:18-cr-00452-FL   Document 13   Filed 12/06/18   Page 1 of 1