## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | Case No. 5:18-cr-452 |
| | ) | |
| v. | ) | |
| | ) | |
| LEONID TEYF et al. | ) | |
| | ) | |
| Defendants. | ) | |

### APPEARANCE OF COUNSEL

The undersigned hereby provides notice of appearance pursuant to Local Rule of Criminal Procedure 44.1(b), for the United States District Court for the Eastern District of North Carolina as attorneys for Defendant Leonid Teyf and requests that all parties serve copies of all notices and papers, including, but not limited to, pleadings, motions, applications, memoranda and other documents required or permitted to be served or filed in the above-captioned case, upon the following:

James P. McLoughlin, Jr.
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
jimmcloughlin@mvalaw.com

Nathan A. White
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
nathanwhite@mvalaw.com

Benjamin F. Leighton
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
benleighton@mvalaw.com

This 6th day of December, 2018.

James P. McLoughlin, Jr.
N.C. State Bar No. 13795
Nathan A. White
N.C. State Bar No. 13795
Benjamin F. Leighton
N.C. State Bar No. 50835
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Phone: (704) 331- 1054
Facsimile: (704) 378-2054
Email: jimmcloughlin@mvalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2018, I caused to be filed electronically with the Clerk of Court through the CM/ECF system the foregoing **APPEARANCE OF COUNSEL,** and that service will be accomplished by the CM/ECF system sending notification of such filing to the following counsel of record and by my hand-delivery to the following counsel of record:

Jason Kellhofer
U.S. Attorney's Office
310 New Bern Avenue
Federal Building, Suite 800
Raleigh, North Carolina 27601-1461
Jason.kellhofer@usdoj.gov

Barbara Kocher
310 New Bern Avenue
Federal Building, Suite 800
Raleigh, North Carolina 27601-1461
Barb.kocher@usdoj.gov

Attorneys for the United States of America

For James P. McLoughlin, Jr.