# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

## NO. 5:18-CR-00452-FL(3)

| | |
|---|---|
| IN RE: | |
| | **MOTION TO SEAL** |
| THIRTY-FOUR COUNT | **SUPERSEDING INDICTMENT** |
| SUPERSEDING INDICTMENT | |
| OF DECEMBER 6, 2018 | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby requests that the Superseding Indictment named on the previously attached Grand Jury Agenda be sealed so that the Defendants herein named can be apprehended and says:

If the names of the defendants were to be made public prior to arrest, the chances of apprehending the defendants or apprehending the defendants without threat of violence or public commotion would be significantly reduced.

WHEREFORE, the United States of America respectfully prays for the sealing of the above-referenced Superseding Indictment for thirty (30) days, or upon motion of the United States Attorney to unseal, whichever event occurs first.

This 6th day of December, 2018.

> ROBERT J. HIGDON, JR.
> United States Attorney
>
> *Barbara D. Kocher*
> BARBARA D. KOCHER
> Assistant United States Attorney
> Criminal Division
> U.S. Attorney's Office, EDNC
> 310 New Bern Avenue, Suite 800
> Raleigh, North Carolina 27601
> E-mail: bkocher@usa.doj.gov
> Telephone: 919-856-4530
> Fax: 919-856-4487
> NC Bar No. 16360