FILED IN OPEN COURT
ON ___12/6/18___ BGH
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO.  5:18-CR-00452-FL(3)

IN RE:                                                    :
                                                          :
                                                          :
THIRTY-FOUR COUNT                                         :          ORDER TO SEAL
SUPERSEDING INDICTMENT                                    :
OF DECEMBER 6, 2018                                       :
                                                          :
                                                          :

Upon motion of the United States, it is hereby ORDERED that the

Superseding Indictment in the above-captioned case, returned by the Federal Grand

Jury on December 6, 2018 be sealed.

It is FURTHER ORDERED that the Clerk may temporarily unseal the

Superseding Indictment for the purposes of issuing arrest warrants for the

defendants and to **provide copies of the Superseding Indictment to the United**

**States Attorney in a sealed envelope**.

It is FURTHER ORDERED that the Clerk unseal and publish the captioned

Superseding Indictment upon motion of the United States Attorney or upon the

expiration of thirty (30) days, whichever event occurs first.

This the __6__ day of December, 2018.

_____
UNITED STATES MAGISTRATE JUDGE