UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-00452-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | MOTION TO UNSEAL |
| v. | ) | INDICTMENT AND |
| | ) | SUPERSEDING |
| LEONID ISAAKOVICH TEYF, | ) | INDICTMENT |
| TATYANA ANATOLYEVNA TEYF, | ) | |
| a/k/a TATIANA TEYF, | ) | |
| ALEXEY VLADIMIROVICH TIMOFEEV, | ) | |
| OLESYA YURYEVNA TIMOFEEVA, | ) | |
| ALEXEI IZAILEVICH POLYAKOV, a/k/a | ) | |
| ALEX NORKA | ) | |

The United States of America, by and through the Unite States Attorney for the Eastern District of North Carolina, hereby moves to unseal the Indictment returned by the Grand Jury for the Eastern District of North Carolina on November 8, 2018, and the Superseding Indictment returned by the Grand Jury for the Eastern District of North Carolina on December 6, 2018. All named defendants have now been apprehended.

The government notes that yesterday of necessity and while this Court was closed, a redacted version of the Superseding Indictment was provided for the initial appearance of two of the named defendants upon their arrests in the Northern District of Illinois.

Respectfully submitted this 11th day of December, 2018.

ROBERT J. HIGDON, JR.
United States Attorney

BY: _Barbara D. Koch_

BARBARA D. KOCHER
Assistant United States Attorney
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Telephone: 919-856-4530
Fax: 919-856-4487
E-mail: barb.kocher@usdoj.gov
State Bar No. 16360