UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-00452-FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | ORDER TO UNSEAL |
| v. | ) | SUPERSEDING INDICTMENT |
| | ) | |
| LEONID ISAAKOVICH TEYF, | ) | |
| TATYANA ANATOLYEVNA TEYF, | ) | |
| a/k/a TATIANA TEYF, | ) | |
| ALEXEY VLADIMIROVICH TIMOFEEV, | ) | |
| OLESYA YURYEVNA TIMOFEEVA, | ) | |
| ALEXEI IZAILEVICH POLYAKOV, a/k/a | ) | |
| ALEX NORKA | ) | |

Upon motion of the United States of America, and for good cause shown, the sealed Superseding Indictment returned by the Grand Jury for the Eastern District of North Carolina on December 6, 2018, is hereby ORDERED to be unsealed by the Clerk of the United States Court for the Eastern District of North Carolina.

This _____ day of December, 2018.

_____
JAMES E. GATES
United States Magistrate Judge