IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:18-CR-452-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LEONID ISAAKOVICH TEYF, TATYANA ANATOLYEVNA TEYF, ALEXEY VLADIMIROVICH TIMOFEEV, OLESYA YURYEVNA TIMOFEEV, ALEXEI IZRAILEVICH POLYAKOV, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

Upon motion of the United States of America, and for good cause shown, the sealed Indictment returned by the Grand Jury for the Eastern District of North Carolina on November 8, 2018 and the sealed Superseding Indictment returned to the Grand Jury for the Eastern District of North Carolina on December 6, 2018 are hereby ORDERED to be unsealed by the Clerk of the United States Court for the Eastern District of North Carolina.

This _11_ day of December 2018.

James E. Gates
United States Magistrate Judge