UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | WAIVER OF INITIAL APPEARANCE |
| ) | ON A SUPERSEDING INDICTMENT |
| ) | |
| LEONID I. TEYF ) | |

Defendant **LEONID I. TEYF**, by and through undersigned counsel, waives the right to an initial appearance on the superseding indictment filed on 12/6/2018. Undersigned counsel files this waiver of an initial appearance with the consent of defendant.

Additional comments: _____

_____

_____

Date: 12/14/18

Signature: _____
JAMES McLOUGHLIN