================================================================================
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1FL
================================================================================

UNITED STATES OF AMERICA,

v. **NOTICE OF HEARING**

LEONID ISAAKOVICH TEYF,

    Defendant.

TYPE OF CASE:

    \_\_\_ Civil    \_\_X\_\_ Criminal    \_\_\_ 2255

TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

| DATE AND TIME:<br><br>**Monday, January 7, 2019 at 1:30 p.m.** | TYPE OF PROCEEDING:<br><br>**Motion Hearing (DE 75 - Defendant's Motion to Revoke or Amend the Magistrate's Order Detaining Defendant)** |
|---|---|
| LOCATION OF HEARING:    United States Courthouse<br>413 Middle Street<br>New Bern, North Carolina 28560<br><br>\_\_\_\_1st Floor Hearing Room    \_\_X\_\_2nd Floor Courtroom | |

PETER A. MOORE, JR.
Clerk of Court

*/s/ Susan W. Tripp*

1/3/2019
Date    By: Susan Tripp, Deputy Clerk

TO:
Court Operations, Court Security Officer, U.S. Marshals Service, U.S. Probation (via electronic mail)
Counsel of Record (via CM/ECF Notice of Electronic Filing)