========================================================================
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1FL
========================================================================

UNITED STATES OF AMERICA,

v.  **AMENDED NOTICE OF HEARING**

LEONID ISAAKOVICH TEYF,

    Defendant.

---

TYPE OF CASE:

    ___ Civil     __X__ Criminal     ___ 2255

---

TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

| DATE AND TIME: | TYPE OF PROCEEDING: |
|---|---|
| **Monday, January 7, 2019 at 12:00 p.m.** | **Motion Hearing (DE 75 - Defendant's Motion to Revoke or Amend the Magistrate's Order Detaining Defendant)** |
| LOCATION OF HEARING:     United States Courthouse<br>413 Middle Street<br>New Bern, North Carolina 28560<br><br>____ 1st Floor Hearing Room     __X__ 2nd Floor Courtroom ||

    PETER A. MOORE, JR.
    Clerk of Court

1/3/2019
Date     By: Susan Tripp, Deputy Clerk

TO:
Court Operations, Court Security Officer, U.S. Marshals Service, U.S. Probation (via electronic mail)
Counsel of Record (via CM/ECF Notice of Electronic Filing51)