## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION
## NO. 5:18-CR-452

|                                 |     |                                  |
| ------------------------------- | --- | -------------------------------- |
|                                 | )   |                                  |
| **UNITED STATES OF AMERICA**    | )   |                                  |
|                                 | )   | **MOTION TO CONTINUE HEARING ON**|
| **v.**                          | )   | **MOTION TO REVOKE**             |
|                                 | )   |                                  |
| **LEONID I. TEYF**              | )   |                                  |
|                                 | )   |                                  |

    Leonid I. Teyf, by and through counsel, hereby moves this Court to continue the hearing (ECF. Nos. 76, 77) on Mr. Teyf's Motion to Revoke or Amend the Magistrate's Detention Order from the currently scheduled January 7, 2019 to January 15, 2019 or a later date. In support of the motion Mr. Teyf shows as follows:

    Lead counsel, James P. McLoughlin, Jr., will be in London, United Kingdom from January 5 until January 14, 2019. Lead counsel's travel was scheduled prior to filing the Motion to Revoke or the Court's scheduling of the hearing on the motion, and is in connection with preparation of the defense of a pending European Commission proceeding with short deadlines. The trip and meetings cannot be rescheduled. Mr. Teyf should have the opportunity to be represented by lead counsel at a hearing that may result in his continued incarceration pending trial.

    Counsel for Mr. Teyf received discovery in government production #1 on December 26, 2018, which consisted of 19 compact discs with several thousand pages of documents, and numerous video and audio files containing hundreds of hours of recordings. The Bail Reform Act makes the strength of the Government's case a relevant factor and counsel continues to review the discovery in preparation for the hearing on Mr. Teyf's Motion to Revoke Pretrial Detention.

The Government objects to the hearing and, in turn, objects to Mr. Teyf's Motion for a Continuance. (App. 1). There is no prejudice whatsoever to the Government in any limited continuance of hearing on Mr. Teyf's Motion.

The interests of justice are served by allowing Mr. Teyf a continuance for his lead counsel to be present and to continue to review the Government's discovery.

Respectfully submitted January 3, 2018.

<div style="margin-left:50%">

/s/ James P. McLoughlin, Jr.
James P. McLoughlin, Jr.
N.C. State Bar No. 13795
Nathan A. White
N.C. State Bar No. 48684
Benjamin F. Leighton
N.C. State Bar No. 50835
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Phone: (704) 331- 1054
Facsimile: (704) 378-2054
Email: jimmcloughlin@mvalaw.com
        nathanwhite@mvalaw.com
        benleighton@mvalaw.com

</div>

<center>**CERTIFICATE OF SERVICE**</center>

I hereby certify that on January 3, 2019, I caused to be filed electronically with the Clerk of Court through the CM/ECF system the foregoing **MOTION TO CONTINUE HEARING ON MOTION TO REVOKE,** and that service will be accomplished by the CM/ECF system sending notification of such filing to the following counsel of record:

Jason Kellhofer
U.S. Attorney's Office
310 New Bern Avenue
Federal Building, Suite 800
Raleigh, North Carolina 27601-1461
Jason.kellhofer@usdoj.gov

Barbara Kocher
310 New Bern Avenue
Federal Building, Suite 800
Raleigh, North Carolina 27601-1461
Barb.kocher@usdoj.gov

Attorneys for the United States of America

/s/ James P. McLoughlin, Jr.
James P. McLoughlin, Jr.

|  |  |  |
|---|---|---|
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **LEONID ISAAKOVICH TEYF** | ) | |
| | ) | |

This matter having come before the Court on a motion by Counsel Leonid Isaakovich Teyf

to continue the Hearing on the Motion to Revoke or Amended the Magistrate's Detention Order,

and for good cause shown, it is hereby Ordered that the Hearing in this matter shall be continued

to _____.

The Court finds that the ends of justice are best served by this continuance.

SO ORDERED this _____ day of January 2019.


_____
LOUISE FLANAGAN
United States District Judge