| From: | Kellhofer, Jason (USANCE) |
|---|---|
| To: | Nathan White |
| Cc: | Kocher, Barb (USANCE); Jim McLoughlin; John Han; Ben Leighton |
| Subject: | Re: US v. Teyf - Motion to Continue Detention Hearing Scheduled for 1/7/19 |
| Date: | Thursday, January 03, 2019 4:38:16 PM |

Nathan - We object to the need for a hearing in the first place, so we do also object to putting it off.

Jason M. Kellhofer
Eastern District of North Carolina USAO
Deputy Chief National Security Section

On Jan 3, 2019, at 3:46 PM, Nathan White <nathanwhite@mvalaw.com<mailto:nathanwhite@mvalaw.com>> wrote:

Apologies, I meant to say Jan 15th or later. If you have a date preference, please let us know.

R, Nathan

Nathan A. White
Attorney at Law
T 704.331.3580
F 704.339.5956
nathanwhite@mvalaw.com<mailto:nathanwhite@mvalaw.com>
_____


Moore&VanAllen

100 North Tryon Street
Suite 4700
Charlotte, NC 28202
704.331.1000
www.mvalaw.com<http://www.mvalaw.com/>


Licensed in North Carolina and South Carolina

From: Nathan White
Sent: Thursday, January 03, 2019 3:43 PM
To: Kocher, Barb (USANCE) <Barb.Kocher@usdoj.gov<mailto:Barb.Kocher@usdoj.gov>>; Kellhofer, Jason (USANCE) <Jason.Kellhofer@usdoj.gov<mailto:Jason.Kellhofer@usdoj.gov>>
Cc: Jim McLoughlin <jimmcloughlin@mvalaw.com<mailto:jimmcloughlin@mvalaw.com>>; John Han <johnhan@mvalaw.com<mailto:johnhan@mvalaw.com>>; Ben Leighton <benleighton@mvalaw.com<mailto:benleighton@mvalaw.com>>; Nathan White <nathanwhite@mvalaw.com<mailto:nathanwhite@mvalaw.com>>
Subject: US v. Teyf - Motion to Continue Detention Hearing Scheduled for 1/7/19

Barb & Jason,

I left VMs and spoke with Lynette Floyd. We would like to move for a continuance of the detention hearing to Jan 14th or later to allow more time to prepare. Please let us know if you consent to this motion. Thank you.

R, Nathan

Nathan A. White
Attorney at Law
T 704.331.3580
F 704.339.5956
nathanwhite@mvalaw.com<mailto:nathanwhite@mvalaw.com>
_____

Moore&VanAllen

100 North Tryon Street
Suite 4700
Charlotte, NC 28202
704.331.1000
www.mvalaw.com<http://www.mvalaw.com/>

Licensed in North Carolina and South Carolina

CONFIDENTIAL & PRIVILEGED Unless otherwise indicated or obvious from the nature of the following communication, the information contained herein is attorney-client privileged and confidential information/work product. The communication is intended for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies, electronic, paper or otherwise, which you may have of this communication. Thank You.

Moore & Van Allen <http://www.mvalaw.com/>