UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452 -1FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| LEONID ISAAKOVICH TEYF ) | |

This matter having come before the Court on a motion by Counsel Leonid Isaakovich Teyf to continue the Hearing on the Motion to Revoke or Amended the Magistrate's Detention Order, and for good cause shown, it is hereby Ordered that the Hearing in this matter shall be continued to January 22, 2019 at 10:00 a.m.

The court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial. The period of delay necessitated by this continuance is exlcuded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED this 4th day of January, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge