THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | MOTION TO CONTINUE ARRAIGNMENT |
| ) | AND EXTEND FILING DEADLINES |
| ) | |
| LEONID ISAAKOVICH TEYF, ) | |
| Defendant. ) | |

Leonid Teyf moves this Court for an order continuing his arraignment and extending the filing deadline for pre-trial motions.

Mr. Teyf has been charged in a Superseding Indictment filed on December 6, 2018, with money laundering, bribery, "murder for hire," possession of an illegal firearm, and various immigration-related violations.

The Defense received the Government's initial production of discovery materials on December 26, 2018, which consisted of 19 optical discs containing thousands of pages of documents and numerous hours of audio and video recordings. The Government has informed the Defense that it expects to continue producing materials in discovery over the coming months.

Mr. Teyf's arraignment is currently scheduled for February 12, 2019, and the deadline for the filing of pre-trial motions is January 10, 2019, with responses due January 24, 2019. In light of the volume of discovery received to date, as well as the additional materials forthcoming, Mr. Teyf respectfully requests that: (a) his arraignment be rescheduled to the May 2019 Term of Court; (b) the deadline for filing of pre-trial motions be extended to April 10, 2019; and (c) the deadline for responses to pre-trial motions be set for April 24, 2019.

The Defense has consulted with the Government regarding this motion and the Government does not object.

This 9th day of January 2019.

/s/ James P. McLoughlin, Jr.
James P. McLoughlin, Jr.
N.C. State Bar No. 13795
Nathan A. White
N.C. State Bar No. 48684
Benjamin F. Leighton
N.C. State Bar No. 50835
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Phone: (704) 331- 1054
Facsimile: (704) 378-2054
Email: jimmcloughlin@mvalaw.com
nathanwhite@mvalaw.com
benleighton@mvalaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of January, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Barbara D. Kocher
U.S. Attorney's Office
310 New Bern Ave.
Suite 800
Raleigh, NC 27601
Email: barb.kocher@usdoj.gov

Jason M. Kellhofer
U.S. Attorney's Office
310 New Bern Ave.
Suite 800
Raleigh, NC 27601
Email: jason.kellhofer@usdoj.gov

/s/ James P. McLoughlin, Jr.
James P. McLoughlin, Jr.
N.C. State Bar No. 13795
Nathan A. White
N.C. State Bar No. 48684
Benjamin F. Leighton
N.C. State Bar No. 50835
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Phone: (704) 331- 1054
Facsimile: (704) 378-2054
Email: jimmcloughlin@mvalaw.com
nathanwhite@mvalaw.com
benleighton@mvalaw.com