THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | ORDER CONTINUING ARRAIGNMENT |
| ) | AND EXTENDING FILING DEADLINES |
| ) | |
| LEONID ISAAKOVICH TEYF, ) | |
|    Defendant. ) | |

This matter having come before the Court on a motion by Counsel for Leonid Isaakovich Teyf to continue the arraignment and extend filing deadlines, and for good cause shown, it is hereby ORDERED that the arraignment in this matter shall be continued until _____, the pre-trial motions deadline shall be _____ and the deadline for response to pre-trial motions shall be _____.

The Court finds that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED this ____ day of January 2019.

                                                           LOUISE FLANAGAN
                                                           United States District Judge