THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>)<br>LEONID ISAAKOVICH TEYF, )<br>    Defendant. ) | ORDER CONTINUING ARRAIGNMENT<br>AND EXTENDING FILING DEADLINES |

This matter having come before the Court on a motion by Counsel for Leonid Isaakovich Teyf to continue the arraignment and extend filing deadlines, and for good cause shown, it is hereby ORDERED that the arraignment in this matter shall be continued to that term of criminal court commecing on May 14, 2019. It is further ORDERED that pretrial motion shall be filed no later than April 10, 2019. Responses are due by April 24, 2019.

The Court finds that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED this  9th   day of January 2019.

LOUISE FLANAGAN
United States District Judge