UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER FOR DISCLOSURE OF |
| v. | ) | VIDEO AND/OR AUDIO |
| | ) | <u>RECORDINGS</u> |
| LEONID ISAAKOVICH TEYF | ) | |

Upon motion of the United States, with consent of counsel for the defendant, the Wake County Sheriff on behalf of Wake County, North Carolina, is hereby

ORDERED and authorized to release to the United States any and all audio and video recordings of the areas and rooms of the Wake County facilities in which defendant Leonid Isaakovich Teyf would have undergone the booking process or waited to be booked, to include holding cells, following his arrest on December 5, 2018. 28 U.S.C. § 1651.

This 14th day of January, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge