===============================================================================
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1FL
===============================================================================

UNITED STATES OF AMERICA,

v. **NOTICE OF HEARING**

LEONID ISAAKOVICH TEYF,

    Defendant.

---

TYPE OF CASE:

        ___ Civil      _X_ Criminal      ___ 2255

---

TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

| DATE AND TIME:<br><br>**Monday, April 8, 2019 at 9:30 a.m.***<br><br>***Parties to be present at 9:00 a.m. for administrative conference with the court** | TYPE OF PROCEEDING:<br><br>**Jury Selection and commencement of Jury Trial** |
|---|---|
| LOCATION OF HEARING:     United States Courthouse<br>                                         413 Middle Street<br>                                         New Bern, North Carolina 28560<br><br>____ 1st Floor Hearing Room     _X_ 2nd Floor Courtroom ||

                                                                                           PETER A. MOORE, JR.
                                                                                          Clerk of Court

1/22/2019
Date                                                                                 By: Susan Tripp, Deputy Clerk

TO:
Court Security Officers and Court Services (via electronic mail)
U.S. Marshals Service and U.S. Probation (via electronic mail)
Counsel of Record (via CM/ECF Notice of Electronic Filing)