<pre>
 1                  UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF NORTH CAROLINA
 2                        WESTERN DIVISION

 3

 4   UNITED STATES OF AMERICA,-   Docket No. 5:18-CR-452-FL-1
                              -
 5       Plaintiff,           -   New Bern, North Carolina
                              -   January 22, 2019
 6          v.                -   Motion Hearing
                              -
 7   LEONID ISAAKOVICH TEYF,  -
                              -
 8       Defendant.           -
     -------------------------------

 9

                      TRANSCRIPT OF MOTION HEARING
10          BEFORE THE HONORABLE LOUISE WOOD FLANAGAN
                   UNITED STATES DISTRICT JUDGE.
11

     APPEARANCES:
12

     For the Plaintiffs:  United States Attorneys' Office
13                        By: Jason M. Kellhofer
                              Barbara D. Kocher
14                        310 New Bern Avenue, Suite 800
                          Raleigh, NC 27601
15                        (919) 856-4500

16   For the Defendant:  Moore & Van Allen PLLC
                         By: James P. McLoughlin, Jr.
17                           Nathan A. White
                         100 North Tryon Street, Suite 4700
18                       Charlotte, NC 28202-4003
                         (704) 331-1000
19

     Court Reporter:     Tracy L. McGurk, RMR, CRR
20                       413 Middle St.
                         New Bern, NC 28560
21                       (419) 392-6626

22

23

     Proceedings recorded by mechanical stenography,
24   transcript produced by notereading.

25
</pre>

```
 1              (Commenced at 10:01 a.m.)

 2              THE COURT:  Good morning.

 3              MR. KELLHOFER: Good morning, Your Honor.

 4              MR. McLOUGHLIN:  Good morning.

 5              THE COURT:  As the first order of business,

 6    would the clerk administer the oath to our interpreter.

 7              THE CLERK:  Please state your name.

 8              THE INTERPRETER:  Tatyana Draga.

 9              (Whereupon the interpreter was sworn by the

10    clerk.)

11              THE COURT:  For the record, Mr. Kellhofer,

12    you are here present and representing the Government,

13    together with Ms. Kocher.

14              MR. KELLHOFER: Yes, Your Honor.

15              THE COURT:  And on behalf of the defendant,

16    sir, would you facilitate introductions.

17              MR. McLOUGHLIN:  Yes, Your Honor.  Good

18    morning.  I am Jim McLoughlin from Moore & Van Allen

19    here representing Mr. Teyf.  To my right is John Han

20    from our office.  To my left is Nathan White from our

21    office.  And to Mr. White's left is Manvel Vasilyev, who

22    represents Mr. Teyf.

23              THE COURT:  Mr. Teyf is here and present.

24              Well, it's your motion.  How would you like

25    to proceed?
```

The timestamps in the left margin: 00:00:02 (line 3), 00:00:04 (line 4), 00:00:04 (line 5), 00:00:06 (line 6), 00:00:13 (line 7), 00:00:15 (line 8), 00:00:18 (line 9), 00:00:25 (line 10), 00:00:25 (line 11), 00:00:29 (line 12), 00:00:32 (line 13), 00:00:33 (line 14), 00:00:34 (line 15), 00:00:35 (line 16), 00:00:38 (line 17), 00:00:39 (line 18), 00:00:43 (line 19), 00:00:47 (line 20), 00:00:51 (line 21), 00:01:00 (line 22), 00:01:02 (line 23), 00:01:06 (line 24), 00:01:08 (line 25).

MR. McLOUGHLIN:  That is exactly the question, Your Honor, I was about to ask you.  Our position, as you know, is that Mr. Teyf is entitled to a de novo hearing.  We can proceed with our argument with submission of evidence, or if the Government intends to call a witness, since it is their burden of proof, the Government may go first; we could cross-examine and then respond.  I think that is Your Honor's call.

THE COURT:  What are you prepared to do, counsel for the Government?

MR. KELLHOFER: Your Honor, it's our understanding that this is the defendant's motion and that the burden would be on the defendant.  We did not intend to present evidence.  This appears to be an evidentiary hearing called by the defense.

There are matters by proffer that we have raised through motion.  And I think at the outset it may be appropriate at this time to raise our concerns with regard to who was introduced as Mr. Manvel Vasilyev on the defense table at the moment.

THE COURT:  What's your concern?

MR. KELLHOFER: Your Honor, we have a few concerns, and this actually will go towards our -- today we will be submitting a requested protective order, Your Honor.  I will explain by proffer as to our issues with

00:02:40 1  regard to Mr. Vasilyev.

00:02:44 2          MR. McLOUGHLIN:  Your Honor, with respect --

00:02:45 3  may I interrupt here for a moment and ask a question?

00:02:47 4          THE COURT:  Let's understand what the

00:02:51 5  question is.

00:02:51 6          You can continue.

00:02:53 7          MR. KELLHOFER: Thank you, Your Honor.

00:02:59 8          Mr. Vasilyev has not entered a notice of

00:03:01 9  appearance, Your Honor, at this point.  That falls -- or

00:03:07 10  I guess exacerbates additional concerns that the

00:03:10 11  Government has and at this time feels the need to make

00:03:13 12  you fully aware of.  I guess the beginning is the best

00:03:20 13  place to start for Your Honor.

00:03:23 14          This investigation has been ongoing for a

00:03:25 15  number of years, Your Honor.  Mr. Manvel Vasilyev was

00:03:33 16  known to the investigation as a friend of Mr. Teyf's;

00:03:40 17  that had been the characterization.

00:03:41 18          THE COURT:  Go through the introductions

00:03:43 19  again.  Who is this person?  And tell me your name

00:03:46 20  again.

00:03:48 21          MR. VASILYEV:  Manvel Vasilyev.

00:03:50 22          THE COURT:  Are you a lawyer?

00:03:53 23          MR. VASILYEV:  I am.

00:03:53 24          THE COURT:  Are you admitted to practice?

00:03:57 25          MR. VASILYEV:  In New York.

| | | |
|---|---|---|
| 00:03:58 | 1 | THE COURT: So you have filed no notice of |
| 00:04:00 | 2 | appearance in this case? |
| 00:04:02 | 3 | MR. VASILYEV: I have not. |
| 00:04:03 | 4 | THE COURT: Mr. Han, you haven't either? |
| 00:04:05 | 5 | MR. McLOUGHLIN: Mr. Han is a member of the |
| 00:04:07 | 6 | New York bar also, Your Honor. He is here just to |
| 00:04:09 | 7 | assist me this morning. And Mr. Vasilyev is here to |
| 00:04:12 | 8 | give me advice on immigration law. Mr. Vasilyev is an |
| 00:04:16 | 9 | immigration lawyer. |
| 00:04:17 | 10 | THE COURT: Okay. And where do you practice |
| 00:04:19 | 11 | in New York? |
| 00:04:24 | 12 | MR. VASILYEV: My practice is in Charlotte. |
| 00:04:27 | 13 | THE COURT: Where do you practice in |
| 00:04:29 | 14 | Charlotte? |
| 00:04:30 | 15 | MR. VASILYEV: I have an office. |
| 00:04:32 | 16 | THE COURT: You practice by yourself? |
| 00:04:35 | 17 | MR. VASILYEV: Yes. |
| 00:04:36 | 18 | THE COURT: Okay. And, sir, who are you |
| 00:04:38 | 19 | again? |
| 00:04:44 | 20 | MR. WHITE: I am Nathan White. |
| 00:04:49 | 21 | THE COURT: And you have filed a notice of |
| 00:04:50 | 22 | appearance? |
| 00:04:51 | 23 | MR. WHITE: Yes, Your Honor. |
| 00:04:54 | 24 | THE COURT: So we have four lawyers over |
| 00:04:55 | 25 | there. And what's your concern about the Charlotte |

00:04:58  1   lawyer?

00:04:59  2          MR. KELLHOFER: Yes, Your Honor.  So Mr.

00:05:02  3   Vasilyev was known to this investigation as a friend of

00:05:06  4   the defendant, Mr. Teyf.  That's how he had been

00:05:10  5   characterized by multiple individuals during this case.

00:05:15  6          After the present charges had occurred, and

00:05:20  7   after Mr. Teyf had been arrested, a number of attorneys,

00:05:26  8   as is present here from the firm of Moore & Van Allen,

00:05:31  9   entered -- a notice of appearance was entered.  At no

00:05:34  10  point did Mr. Vasilyev enter an appearance or otherwise

00:05:38  11  indicate that he was representing Mr. Teyf, the

00:05:40  12  defendant, in these matters, nor did any member of the

00:05:45  13  defense team indicate to the Government that Mr.

00:05:49  14  Vasilyev was a member of the defense team.

00:05:53  15         While in Charlotte on an unrelated matter at

00:05:58  16  an immigration hearing, HSI Agent Tony Bell saw Mr.

00:06:03  17  Vasilyev at that location.  Agent Bell approached and

00:06:08  18  questioned whether he would be willing to speak with

00:06:11  19  Agent Bell about the defendant or whether he considered

00:06:14  20  himself an attorney for the defendant.  Special Agent

00:06:18  21  Bell indicated at that time that if Mr. Vasilyev was not

00:06:21  22  going to be speaking with Special Agent Bell, that

00:06:24  23  Special Agent Bell would be further investigating Mr.

00:06:27  24  Vasilyev's relationship with Mr. Teyf.

00:06:31  25         Shortly thereafter we were contacted by

00:06:34  1   defense counsel, Mr. McLoughlin, and were questioned

00:06:40  2   about this event.  And there was a concern that Special

00:06:45  3   Agent Bell was intimidating a member of the defense

00:06:49  4   counsel.

00:06:51  5           Counsel for the Government were completely

00:06:53  6   unaware of Mr. Vasilyev's relationship in this regard,

00:06:57  7   in any regard, and stated as much.  In fact, Mr.

00:07:02  8   Vasilyev uses an independent email, an independent

00:07:06  9   address, independent phone number, independent

00:07:10  10  letterhead.  He's completely separate and apart.

00:07:13  11          THE COURT:  What's your point today?

00:07:14  12          MR. KELLHOFER: Yes, Your Honor.  The

00:07:16  13  investigation into Mr. Vasilyev has uncovered matters

00:07:21  14  that make him a target of the investigation.  That's the

00:07:26  15  ultimate concern.  And I can go on and explain why that

00:07:29  16  is, Your Honor.  But Mr. Vasilyev being utilized in the

00:07:35  17  manner he's been utilized causes us great concern for a

00:07:38  18  number of reasons.  And if I may continue.

00:07:44  19          THE COURT:  Are you seeking -- what

00:07:46  20  relief --

00:07:46  21          MR. KELLHOFER: We'll be seeking a protective

00:07:48  22  order that there is no contact with Mr. Vasilyev, Your

00:07:54  23  Honor -- and I should say between Mr. Teyf and Mr.

00:07:59  24  Vasilyev.

00:08:01  25          And I can go on to explain in further

| | | |
|---|---|---|
| 00:08:03 | 1 | detail, Your Honor, our concerns and why they've been |
| 00:08:06 | 2 | raised to us from confidential human sources as to the |
| 00:08:11 | 3 | paperwork filed by Mr. Vasilyev that is the subject of |
| 00:08:16 | 4 | this investigation in terms of the immigration counts. |
| 00:08:21 | 5 | Mr. Vasilyev was the individual assisting in |
| 00:08:24 | 6 | that and fraudulently submitting that paperwork. So |
| 00:08:30 | 7 | having Mr. Vasilyev continue as an attorney who at a |
| 00:08:35 | 8 | minimum is a witness to this case is of great concern, |
| 00:08:41 | 9 | particularly when he is having attorney-client |
| 00:08:44 | 10 | supposedly privileged continuing contact with the |
| 00:08:50 | 11 | defendant unmonitored. |
| 00:08:54 | 12 | THE COURT: Okay. Thank you. |
| 00:08:57 | 13 | MR. McLOUGHLIN: Your Honor, I have a couple |
| 00:08:59 | 14 | of points here. First, the Government has been |
| 00:09:05 | 15 | investigating Mr. Teyf, we believe, based on their |
| 00:09:10 | 16 | statements, for approximately four years. The |
| 00:09:14 | 17 | Government has known for a very long time that Mr. |
| 00:09:19 | 18 | Vasilyev is counsel, was counsel, immigration counsel |
| 00:09:25 | 19 | for Mr. Teyf and represented Mr. Teyf in connection with |
| 00:09:29 | 20 | the immigration matters. |
| 00:09:31 | 21 | When Agent Bell approached Mr. Vasilyev and |
| 00:09:35 | 22 | threatened him and asked him to -- threatened him if he |
| 00:09:42 | 23 | would not disclose communications between himself, Mr. |
| 00:09:45 | 24 | Vasilyev, and Mr. Teyf, Agent Bell was violating every |
| 00:09:51 | 25 | DOJ protocol with respect to communications with counsel |

00:09:55  1   for a defendant or an attorney for a defendant,

00:09:59  2   forgetting the question of whether he was representing

00:10:01  3   Mr. Teyf in connection with this specific proceeding.

00:10:07  4   And we don't know who approved that or did or did not

00:10:12  5   approve that.  The Government indicates at this point

00:10:15  6   that they didn't approve it.  We'll leave that for the

00:10:21  7   future.

00:10:22  8          When Mr. Bell made this approach to an

00:10:26  9   attorney for a defendant in violation of DOJ procedures

00:10:31 10   and guidance, and I would argue the Constitution and

00:10:35 11   privilege and a list of laws that we don't have time to

00:10:41 12   list today, I called the Government and very

00:10:44 13   specifically asked them: If you have an issue, let me

00:10:49 14   know; if Mr. Vasilyev, you are saying, is a target or a

00:10:53 15   subject, let me know.

00:10:55 16          Now, they have been investigating Mr. Teyf

00:10:58 17   and these immigration issues for four years.  What I got

00:11:02 18   from them was: Well, we don't usually comment on that,

00:11:06 19   but we'll get back to you.  That was at least six weeks

00:11:13 20   ago and more.  We don't get a phone call.  Mr. Vasilyev

00:11:19 21   doesn't get a target letter, doesn't get a notice that

00:11:22 22   he's a subject until we make this motion.  And the first

00:11:26 23   thing the Government does to highjack this motion is to

00:11:30 24   raise these issues cold to us and to the Court, not

00:11:34 25   having made a motion, which they are required to do if

00:11:37 1    they're going to seek a protective order, again, not

00:11:41 2    having sent a target letter, they announced in open

00:11:45 3    court that an attorney is a target.  This is outrageous.

00:11:49 4          And if we look at the alleged fraud which

00:11:53 5    the Government has made certain allegations, the alleged

00:11:56 6    fraud is that the application for Mr. Teyf's -- or so

00:12:01 7    far as it has been conveyed so far in open court is that

00:12:05 8    Mr. Teyf said that he was going to receive a salary of

00:12:08 9    $110,000 from his employer at the time that the

00:12:15 10   application was made.  The Government has made the point

00:12:18 11   that the records they have seen to date indicate that

00:12:23 12   the salary was less than that; I want to say it was

00:12:27 13   $27,000; and therefore, they claim that there was fraud.

00:12:31 14         Now, there is nothing in the discovery that

00:12:34 15   we have seen and that they have provided, including the

00:12:38 16   immigration file that they've provided, in which there's

00:12:41 17   any allegation or evidence that there was any fraud on

00:12:44 18   behalf of either Mr. Teyf or Mr. Vasilyev.  Nothing.

00:12:49 19         Moreover, what the law states is that that

00:12:52 20   salary can be paid by the employing company offshore or

00:12:57 21   onshore.  And if he was paid offshore, then those

00:13:01 22   records wouldn't be available to the government, and

00:13:03 23   they wouldn't know it.

00:13:04 24         So at this point the Government's claim to

00:13:06 25   fraud is as tenuous as can be, at least as has been made

00:13:11  1  available to us.  And so, Your Honor, our position is if

00:13:14  2  they want to make a motion, and if they want to raise an

00:13:17  3  objection, they should file it.  We will have the

00:13:20  4  opportunity to respond, and then we can have a hearing.

00:13:23  5          But it unclear to us what exactly they want

00:13:26  6  to have happen this morning, other than try to influence

00:13:30  7  the Court's decision on the detention issue.  And so we

00:13:33  8  object to having any further discussion about this until

00:13:37  9  they've made a proper motion.

00:13:38  10          THE COURT:  Let's do this; let's think about

00:13:41  11  Rule 44.1, "Appearance of Counsel in a Criminal Case."

00:13:45  12  "Counsel representing a defendant in a criminal case

00:13:48  13  shall file a Notice of Appearance with the clerk and

00:13:53  14  serve the United States Attorney and other counsel with

00:13:56  15  a copy."

00:13:57  16          So what are you relying on to bring to court

00:14:00  17  these two gentlemen and seat them next to you and rely

00:14:04  18  on their advice and counsel but not cause them to file a

00:14:08  19  notice of appearance?

00:14:09  20          MR. McLOUGHLIN:  Well, Your Honor, with

00:14:10  21  respect to Mr. Vasilyev, since he was and is immigration

00:14:14  22  counsel for Mr. Teyf, we believe we have the right --

00:14:19  23  and he can make a motion for appearance; we're happy to

00:14:25  24  do that.  We didn't think it was necessary.

00:14:26  25          THE COURT:  We have a rule.  So would you

| | |
|---|---|
| 00:14:28 | 1 |

reflect on that rule and tell me what permits you to be
joined by these gentlemen and have them seated with you
in this criminal proceeding and rely on their counsel
and advice and not cause them to file a notice of
appearance?   Maybe you know one, and I don't.

MR. McLOUGHLIN:  Well, Your Honor, with
respect to the local rule, I believe the local rule as
interpreted requires that someone who is going to make
an appearance and argue and submit papers and otherwise
communicate with the Court has the obligation to make an
appearance.  Mr. Vasilyev is part of our team because he
is immigration counsel to Mr. Teyf and has a great deal
of factual knowledge.  Therefore, we think it's
appropriate to have him available.  If Your Honor would
like him to sit on the other side of the bar for that
reason until he makes an appearance, we are happy to do
that.

And with respect to Mr. Han, we're happy to
do the same thing.

THE COURT:  I want to know who's noticed an
appearance.  I want to hear from those people today.
So, gentlemen, since you have not noticed an appearance
pursuant to our rule, I think you need to just seat
yourself in the gallery.  And if you are going to be
appearing, you need to file a notice of appearance.

00:15:43 1  Okay?

00:15:44 2          MR. HAN:  Yes, Your Honor.

00:15:45 3          THE COURT:  So we'll just focus on what's in

00:15:47 4  front of me today.  And what's in front of me today is

00:15:49 5  the question of whether or not the Court can fashion a

00:15:54 6  set of release conditions that's going to insure that

00:15:57 7  Mr. Teyf shows up and doesn't harm others while this

00:16:02 8  action is proceeding.

00:16:05 9          So you don't have any witnesses.  It is a de

00:16:12 10 novo hearing.  You're relying on matters of record.  And

00:16:15 11 anything else?

00:16:16 12         MR. KELLHOFER: Well, Your Honor, I suppose

00:16:18 13 first, per our motion, our first would be simply that an

00:16:25 14 evidentiary hearing, there has been insufficient

00:16:27 15 evidence to establish the need for --

00:16:29 16         THE COURT:  But isn't that for me to decide,

00:16:32 17 not for you?  So do you have any evidence?

00:16:35 18         MR. KELLHOFER: I guess the question for us

00:16:36 19 then, Your Honor, is whether a decision has been made

00:16:39 20 that a de novo --

00:16:42 21         THE COURT:  Well, I set this matter for

00:16:44 22 hearing.  And when I do, it's de novo.

00:16:46 23         MR. KELLHOFER: Yes, Your Honor.   Then in

00:16:47 24 that instance we would rely on the transcript that was

00:16:50 25 provided -- or that is available, I apologize, Your

| | | |
|---|---|---|
| 00:16:53 | 1 | Honor. |
| 00:16:53 | 2 | THE COURT:  It's available? |
| 00:16:56 | 3 | MR. KELLHOFER: Yes, Your Honor. |
| 00:16:57 | 4 | THE COURT:  Remind me where on the docket |
| 00:16:59 | 5 | that is. |
| 00:17:09 | 6 | MR. KELLHOFER: Yes, Your Honor.  That is DE |
| 00:17:12 | 7 | 71. |
| 00:17:20 | 8 | THE COURT:  I've read all of your papers, |
| 00:17:26 | 9 | and there's talk of new evidence on the part of the |
| 00:17:30 | 10 | defendant. |
| 00:17:32 | 11 | MR. McLOUGHLIN:  Yes, Your Honor. |
| 00:17:33 | 12 | THE COURT:  How do you plan to proceed? |
| 00:17:35 | 13 | MR. McLOUGHLIN:  Your Honor, what we would |
| 00:17:37 | 14 | like to do is present some exhibits to the Court, and |
| 00:17:41 | 15 | then we are going to offer a proposed custodian to |
| 00:17:47 | 16 | testify, and then we will close, Your Honor. |
| 00:17:55 | 17 | THE COURT:  Okay.  All right. |
| 00:17:59 | 18 | MR. McLOUGHLIN:  And since these are |
| 00:18:02 | 19 | proffers at this point, we will argue the relevancy and |
| 00:18:06 | 20 | materiality of the exhibits as we put them in. |
| 00:18:09 | 21 | THE COURT:  Well, please go forward. |
| 00:18:13 | 22 | MR. McLOUGHLIN:  Thank you, Your Honor. |
| 00:18:15 | 23 | Your Honor, the defense's first exhibit -- |
| 00:18:18 | 24 | if I may approach. |
| 00:18:19 | 25 | THE COURT:  Yes. |

00:18:22  1          MR. McLOUGHLIN:  -- is formerly Government's

00:18:24  2     Exhibit 12.  It is now Defense Exhibit 1 for this

00:18:30  3     hearing.

00:18:41  4          THE COURT:  You've handed up triplicate

00:18:44  5     copies.

04:11:28  6          (Whereupon Defendant's Exhibit 1 is admitted

04:11:31  7     into evidence.)

00:18:53  8          MR. McLOUGHLIN:  Your Honor, the relevancy

00:18:55  9     of this document is the following:  The Government

00:18:58  10    argues and it's in its brief on this motion at page 16;

00:19:03  11    and it is, I believe, discussed in the transcript at, I

00:19:09  12    want to say, around page 38 or 39, that in the last five

00:19:13  13    years Mr. Teyf has used five different countries of

00:19:16  14    citizenship to travel; that being Belarus, Israel,

00:19:21  15    Serbia, Russia, and the United States.  And they have

00:19:26  16    argued that as a result, Mr. Teyf is a risk of flight.

00:19:31  17          Your Honor, that statement with respect to

00:19:37  18    five countries of citizenship to travel is demonstrably

00:19:41  19    false, and it is false as demonstrated by Exhibit D-1.

00:19:44  20    If you would look at Exhibit D-1, it includes a column

00:19:50  21    of the immigration document number that was used for

00:19:53  22    travel, the direction of travel, and it lists the

00:19:58  23    citizenship of or the alleged citizenship that Mr. Teyf

00:20:04  24    employed when he was travelling.  And I will point Your

00:20:09  25    Honor to the document column on the far right.  The

00:20:14 1 documents that are the basis of this exhibit are Mr.

00:20:19 2 Teyf's alien registration card 210021799, which is his

00:20:25 3 green card; second, an Israeli passport number 31823387

00:20:34 4 that will expire in January of 2023; his Russian

00:20:39 5 passport, last three digits 135; and his now-expired

00:20:44 6 Israeli passport ending in 981.

00:20:49 7          Your Honor, all of these documents have a

00:20:55 8 role.  And you will note that there is no document that

00:20:59 9 mentions Serbia, and there is no document that mentions

00:21:06 10 Belarus.  There is, in fact, nothing on this document or

00:21:11 11 the document on the exhibit or the documents the

00:21:14 12 Government relies on that there was any claim of

00:21:17 13 citizenship by Mr. Teyf to Serbia or that he has a

00:21:24 14 Serbian passport or any other Serbian document.  In the

00:21:27 15 immigration file we have received there is nothing from

00:21:30 16 Serbia.  We think they just made a mistake.

00:21:33 17          More important, however, if you look at the

00:21:35 18 U.S. references down -- about one-third down the page,

00:21:40 19 there is the allegation made by the Government that he

00:21:44 20 argued or used U.S. citizenship to enter the United

00:21:52 21 States.  That claim by dint of this document is false.

00:21:58 22 First -- and the Government knows the difference between

00:22:01 23 citizenship and residency.  The document they rely upon

00:22:05 24 for Mr. Teyf claiming U.S. citizenship to enter the

00:22:08 25 United States is, in fact, his green card.  That green

00:22:12  1   card says on its face to anybody who reads it, he's not

00:22:15  2   a citizen.  If you are entering the United States and

00:22:19  3   you are a foreign national, you have to show your green

00:22:22  4   card to show your qualification as an entry visa.  So if

00:22:27  5   you are entering the United States as a foreign

00:22:29  6   national, and you have a green card, you show your

00:22:32  7   passport, and you show your green card.  That is not a

00:22:36  8   claim of U.S. citizenship.  And the allegations in the

00:22:40  9   brief and in the hearing are incorrect.

00:22:45  10          Moreover, they then add Russia and Belarus.

00:22:51  11  Again, there is -- of the documents that they cite for

00:22:55  12  the claim that Mr. Teyf was travelling under Belarus

00:23:00  13  citizenship, they list his Russian passport.  That's not

00:23:05  14  a Belarus passport; it's a Russian passport.  Mr. Teyf

00:23:10  15  was born in Belarus, and his Russian passport says he

00:23:14  16  was born in Belarus.  But he's a Russian citizen.  And

00:23:18  17  the Government argued in the brief to this Court that he

00:23:21  18  was a flight risk because he was using Belarus

00:23:24  19  citizenship to travel.  And the very documents that they

00:23:27  20  rely upon are a Russian passport that has nothing to do

00:23:30  21  with Belarus.

00:23:35  22          Second, if we move on from the travel

00:23:39  23  record, we have the argument the Government has made

00:23:43  24  that Mr. Teyf operates a safe house.

00:23:48  25          Now, we have the deed for that, quote, safe

| | | |
|---|---|---|
| 00:24:04 | 1 | house.  It's actually a condo. |
| 04:11:28 | 2 | (Whereupon Defendant's Exhibit 2 is admitted |
| 04:11:31 | 3 | into evidence.) |
| 04:11:31 | 4 | MR. McLOUGHLIN:  Now, Your Honor, you will |
| 00:24:17 | 5 | recall from the transcript that the Government made a |
| 00:24:26 | 6 | big deal over the fact that Mr. Teyf knows how to |
| 00:24:29 | 7 | operate LLCs, so therefore has the ability to hide real |
| 00:24:37 | 8 | estate and create safe houses. |
| 00:24:39 | 9 | Ironically the Government argued:  We don't |
| 00:24:41 | 10 | know how many safe houses Mr. Teyf might have. |
| 00:24:43 | 11 | Well, if you have a burden of proof, and |
| 00:24:46 | 12 | your evidence is:  I don't know; which is to say:  I |
| 00:24:48 | 13 | don't have any evidence, that's what looks like a |
| 00:24:52 | 14 | failure of proof. |
| 00:24:53 | 15 | But more importantly, what the Government |
| 00:24:55 | 16 | didn't tell Judge Numbers and didn't disclose in its |
| 00:24:59 | 17 | brief is that when Mr. Teyf bought this condo, he bought |
| 00:25:03 | 18 | it in his own name.  Having argued in the hearing that |
| 00:25:08 | 19 | he bought the New Market property in an LLC, and so he |
| 00:25:12 | 20 | knows how to hide ownership, they then segued into the |
| 00:25:15 | 21 | condominium without disclosing to Judge Numbers that he |
| 00:25:19 | 22 | bought the condominium in his own name.  He subsequently |
| 00:25:22 | 23 | transferred 90 percent ownership to his son but kept ten |
| 00:25:25 | 24 | percent ownership, and he's on the deed.  The point |
| 00:25:27 | 25 | being here, Your Honor, as the Government argued, that |

00:25:32 1 if putting something in an LLC name would show some

00:25:37 2 intent to create a safe house, then the fact that you

00:25:41 3 put it in your own name generates or should generate the

00:25:45 4 opposite assumption, which is you don't care whether

00:25:48 5 anybody knows you own it.

00:25:49 6          Now, the Government also argues that the

00:26:02 7 sole purpose of this condo was to be a safe house.  And

00:26:09 8 it's unclear exactly what the Government means by that.

00:26:14 9 But if one looks at the divorce records, which we are

00:26:19 10 proffering as Exhibit D-3, what we find in the divorce

00:26:31 11 records is that the decree of divorce was filed in March

00:26:38 12 of 2017.  The property was acquired in February of 2017.

00:26:48 13 Now, we then come to the Government's argument that this

00:26:54 14 is somehow a place to hide or something else.  And

00:26:56 15 instead what we have is a circumstance where a man is in

00:26:59 16 the middle of a divorce where his wife is going to get

00:27:03 17 title to their house, and does, needs a place to live.

00:27:08 18 And so, in his own name, shortly before his divorce, a

00:27:15 19 month, he buys a condo.  This does not give rise to an

00:27:20 20 inference of improper conduct or flight risk.

04:11:28 21          (Whereupon Defendant's Exhibit 3 is admitted

04:11:31 22 into evidence.)

00:27:24 23          THE COURT:  Well, what was furnishing that

00:27:27 24 condominium?

00:27:29 25          MR. McLOUGHLIN:  Well, that's interesting.

That's an interesting point. The first thing is, Your
Honor, if you want to create a safe house where you
could go and hide, you know what the first thing I would
have? I'd have a bed, because I would need a place to
sleep. There was no bed in that condo. The reason
there was no bed in that condo is because, as the
evidence demonstrate, Mr. Teyf and Mrs. Teyf worked out
an arrangement where he could continue to stay at their
large home in Raleigh so he could participate in the
raising of their children, specifically their eight and
now-nine-year-old daughter. So he didn't need to
furnish the condo because he was living on the other
side of Raleigh. Nothing nefarious.

Now, the next thing that we hear in that as
well, in addition to it being sparsely furnished --
again, he was living in the other house; he didn't have
to furnish it. Easy enough to get a bed.

But we say: Well, there were guns in the
safe. And we note, Your Honor, as the Government
rightly noted, there's no allegation that Mr. Teyf had
those guns illegally or improperly, and they were kept
in a very good gun safe. What the evidence -- what the
commentary from the transcript indicates is common sense
prevailed here. We'll talk about the fact, and the
evidence indicates that Mr. Teyf believed that his wife

00:28:57  1 had a drinking problem, and they had issues.  Mr. Teyf

00:29:03  2 quite rightly in the circumstances in which there is

00:29:07  3 drinking in the home and there are arguments, decided

00:29:11  4 that the better place to keep his legally owned guns was

00:29:16  5 not in that house but to move it to safer place.  That

00:29:21  6 doesn't make it a safe house; that makes him a prudent

00:29:27  7 father.

00:29:28  8         When we look also at the safe -- at this,

00:29:32  9 quote, safe house, we also note that the transcript of

00:29:35 10 November 14, 2018 mentions the transfer to his son

00:29:42 11 because he wanted his children to be able to live in the

00:29:45 12 condo.  And in the transcript of November 27, '18, he

00:29:52 13 explains to confidential human source number one that

00:29:56 14 the apartment is going to be for his children.  That is

00:29:59 15 not a safe house.

00:30:01 16         Now, that all goes, Your Honor, to the

00:30:05 17 question of a flight risk and a danger.  So then, Your

00:30:11 18 Honor, if we go to the next issue, what we would like to

00:30:26 19 do is we would like to put forth a custodian, Your

00:30:42 20 Honor, and examine her.  Her name is Roza, R-o-z-a,

21 Lyubinin, L-y-n-b-i-n-i-n -- excuse me, L-y-u-b-i-n-i-n.

22 If we can call her, Your Honor.

23                 THE COURT: Yes.

24                 THE CLERK:  Please come forward to be sworn.

25                 MR. McLOUGHLIN:  You're going to need a

translator.

THE CLERK:  Please place your left hand on the Bible and raise your right.

Please state your name.

00:31:50  THE WITNESS:  Roza Lyubinin.

00:31:50  (Whereupon the witness was sworn by the
00:32:03  clerk.)

00:32:03  THE CLERK:  Please take the witness stand
00:32:06  and be seated.

00:32:17  - - -

00:32:17  ROZA LYUBININ, DIRECT EXAMINATION
00:32:22  BY MR. McLOUGHLIN:

00:32:22  Q.  Ma'am, if I ask you a question you don't
00:32:26  understand, please feel free to ask me to repeat it or
00:32:31  clarify it.

00:32:35  Ma'am, can you give the Court your name and home
00:32:39  address for the record.

00:32:44  A.  Roza Lyubinin, 2615 Beckwith Road, Apex.

00:32:57  Q.  Approximately how long have you lived in the
00:33:00  Raleigh/Wake County area?

00:33:01  A.  Two years.

00:33:02  Q.  Where did you live before that?

00:33:04  A.  In Israel.

00:33:07  Q.  How many years did you live in Israel?

00:33:11  A.  Twenty-seven years.

00:33:12  1    Q.  Where did you live before living in Israel?

00:33:15  2    A.  Russia.

00:33:18  3    Q.  Where in Russia?

00:33:20  4    A.  I was born in Belarus, then we lived up north.

00:33:30  5    Q.  Did you know Mr. Teyf when you were in Russia?

00:33:34  6    A.  No.

00:33:36  7    Q.  When did you first meet Mr. Teyf?

00:33:43  8    A.  In Raleigh in 2016.

00:33:47  9    Q.  And did you meet Tatyana Teyf at the same time?

00:33:54  10   A.  Yes, at the same time.

00:34:01  11   Q.  What was your profession in Israel?

00:34:05  12   A.  I was a psychiatrist.

00:34:15  13   Q.  Can you tell us briefly why you moved from Israel

00:34:19  14   to the Raleigh area.

00:34:35  15   A.  Our daughter lives in Raleigh for 12 years; our

00:34:39  16   only daughter has been living there for 12 years with

00:34:42  17   her children.  And we moved here to Raleigh to be with

00:34:45  18   our family, with our grandkids.

00:34:48  19   Q.  And are your grandchildren or at least one of

00:34:55  20   them about the same age as Mr. Teyf's daughter, C.?

00:35:02  21   A.  Yes, both of our grandkids were and are friends

00:35:13  22   with the daughter of Leonid and Tatyana Teyf, C.

00:35:21  23   Q.  Ma'am, have you, through interactions with Mr.

00:35:24  24   Teyf, had the opportunity to observe him with his

00:35:27  25   children, including his daughter C.?

00:35:37  1    A.  Yes, naturally, of course I did.

00:35:40  2    Q.  I'm sorry?

00:35:41  3    A.  Yes, naturally, of course I did.

00:35:44  4    Q.  Can you give us a brief description of Mr. Teyf's

00:35:48  5  behavior as a father as you have observed it?

00:35:56  6    A.  I think Leonid Teyf is a great father, very

00:36:09  7  attentive, very caring and loving.

00:36:12  8         MR. McLOUGHLIN:  We'd note for the record at

00:36:14  9  this time when Mr. Teyf was arrested he was on his way

00:36:17 10  to pick up his daughter C. at school.

00:36:19 11         THE COURT:  So noted.

00:36:22 12  BY MR. McLOUGHLIN:

00:36:23 13    Q.  Now, in the --

00:36:42 14         MR. McLOUGHLIN:  We'll just give the

00:36:43 15  translator a moment to translate.  If you speak too

00:36:47 16  long, it gets hard for her.

00:36:48 17    A.  Not only just school.  I've known and talked to

00:36:50 18  him on the phone and observed him and talked to him when

00:36:53 19  he would take his daughter not only to school but to

00:36:55 20  other activities like taekwondo and other extra

00:36:59 21  curricular activities and just spend time with her.

00:37:07 22    Q.  Now, based on your experience is Mr. Teyf known

00:37:09 23  in the community in Raleigh and has he had family

00:37:13 24  gatherings where he's invited various families to his

00:37:17 25  home?

00:37:41  1      A.  Yes, of course.  And that's how we've been

00:37:45  2  interacting with him too.  We would visit him at his

00:37:48  3  house.  He would visit us at our house, family visits

00:37:52  4  back and forth, interacting in that way.  It was very

00:37:57  5  important for him that his family was involved.

00:37:59  6      Q.  And in entertaining and visits, again, was Mr.

00:38:06  7  Teyf known in the community and did he invite people in

00:38:10  8  the community into his home and interact with members of

00:38:14  9  the community?

00:38:32  10      A.  Yes, of course.  Friends.

00:38:38  11      Q.  Now, ma'am, you have -- is it true that you are

00:38:44  12  willing to serve as the third-party custodian for Mr.

00:38:51  13  Teyf?

00:38:58  14      A.  Yes.

00:39:03  15      Q.  And have you had the opportunity to read the

00:39:05  16  questionnaire that in this district is available to be

00:39:12  17  reviewed by third-party custodians and completed?

00:39:23  18      A.  Yes, last night.

00:39:27  19      Q.  And having reviewed the questionnaire, are you

00:39:32  20  able to say that you are prepared to fulfill the

00:39:35  21  responsibilities of a custodian as set forth in the

00:39:38  22  questionnaire?

00:39:46  23      A.  Yes, of course.

00:39:49  24      Q.  And do you understand that Mr. Teyf would have to

00:39:59  25  live with you, and do you have space for him?

| | | |
|---|---|---|
| 00:40:06 | 1 | A. Yes, I made a room ready for him. |
| 00:40:09 | 2 | Q. And who else lives in the home? |
| 00:40:13 | 3 | A. My husband. |
| 00:40:16 | 4 | Q. And is your husband in the courtroom today? |
| 00:40:21 | 5 | A. Yes. |
| 00:40:22 | 6 | Q. Has Mr. Teyf ever stayed with you before? |
| 00:40:40 | 7 | A. We went on vacations together. He's visited our |
| 00:40:44 | 8 | house many times. He's familiar with it, but he didn't |
| 00:40:47 | 9 | have a need to stay there. But we went on vacations |
| 00:40:50 | 10 | together. |
| 00:40:52 | 11 | Q. And is your husband willing to have Mr. Teyf stay |
| 00:40:55 | 12 | in your home? |
| 00:40:57 | 13 | A. Yes, of course. |
| 00:41:00 | 14 | Q. And are there any firearms in your home, guns? |
| 00:41:06 | 15 | A. No. |
| 00:41:08 | 16 | Q. Is there a land telephone line there in your |
| 00:41:10 | 17 | home? |
| 00:41:16 | 18 | A. No. I don't know. |
| 00:41:18 | 19 | Q. There is not. Are you prepared to have a land |
| 00:41:22 | 20 | line installed so that if there is electronic monitoring |
| 00:41:26 | 21 | of Mr. Teyf that land line can be used? |
| 00:41:40 | 22 | A. Yes. If I need to, yes. |
| 00:41:42 | 23 | Q. Okay. Do you currently work, ma'am? |
| 00:41:48 | 24 | A. No, we are home. |
| 00:41:51 | 25 | Q. And do you have a valid driver's license? |

00:41:57    1    A.   Yes.

00:41:58    2    Q.   And do you have a car?

00:42:01    3    A.   Yes.

00:42:04    4    Q.   Other than minor traffic violations, have you

00:42:08    5    been convicted of a crime?

00:42:20    6    A.   I've never had any minor or any big violations.

00:42:28    7    Q.   Now, you are aware of the charges against Mr.

00:42:31    8    Teyf; are you not?

00:42:38    9    A.   Yes.

00:42:44   10    Q.   And approximately what is your date of birth?

00:42:53   11    A.   24, April, 1960.

00:42:58   12         MR. McLOUGHLIN:   Your Honor, we'll submit

00:42:59   13    the Social Security number.   For privacy reasons we

00:43:02   14    won't give that in open court.

00:43:04   15         THE COURT:   Certainly.

00:43:05   16    BY MR. McLOUGHLIN:

00:43:06   17    Q.   And, ma'am, what -- where are you a citizen?

00:43:10   18    What country?

00:43:12   19    A.   Israel.

00:43:24   20    Q.   And, ma'am, do you have a green card?   Are you a

00:43:27   21    permanent resident?

00:43:29   22    A.   Yes.

00:43:35   23    Q.   And since Mr. Teyf was arrested in this matter,

00:43:42   24    has he made any incriminating statement to you?

00:43:54   25    A.   We haven't had any contact.

00:44:01  1          MR. McLOUGHLIN:  No more questions, Your

00:44:02  2  Honor.  At this point we would proffer.

00:44:04  3          THE COURT:  Any questions of the witness?

00:44:06  4          MR. KELLHOFER: Yes, Your Honor.  Thank you.

00:44:07  5                    - - -

00:44:07  6          ROZA LYUBININ, CROSS-EXAMINATION

00:44:08  7  BY MR. KELLHOFER:

00:44:08  8      Q.  Good morning, ma'am.

00:44:10  9      A.  Good morning.

00:44:11  10     Q.  You mentioned that you were aware of the charges

00:44:14  11  against Mr. Teyf.  What are those charges?

00:44:26  12     A.  What I know from the media, from the news.

00:44:32  13     Q.  Has the defense counsel or another attorney

00:44:35  14  showed you what the charges against Mr. Teyf were?

00:44:48  15     A.  Last night when we were going over the

00:44:51  16  questionnaire, yes.

00:44:52  17     Q.  Okay.  And what did you understand the charges to

00:45:06  18  be?

00:45:06  19     A.  Material and family.

00:45:09  20     Q.  I'm sorry; I didn't hear that.

00:45:41  21     A.  So we view Mr. Teyf as our friend.  We look at

00:45:46  22  him as our friend --

00:45:49  23     Q.   I understand.

00:45:50  24          THE COURT:  Let her finish.

00:45:50  25          MR. KELLHOFER:  I'll let the interpreter go.

00:45:52  1   I apologize.

00:45:52  2      A.   Whatever his minor falls or problems he may run

00:45:56  3   into, we always look at him as a good father and a good

00:45:59  4   friend, and that's how we view him, and that's how we

00:46:01  5   relate to him.

00:46:02  6      Q.   So do you not know the charges?

00:46:05  7             MR. McLOUGHLIN:   Objection.

00:46:08  8             THE COURT:   Let her answer the question.

00:46:10  9      A.   I know that he is charged with money laundering,

00:46:13  10  but it has nothing to do with me.  I also know he has

00:46:22  11  family problems with Tatyana, but I don't support that

00:46:27  12  and don't believe that very much.

00:46:29  13     Q.   Okay.  Well, do you believe as a third-party

00:46:34  14  custodian that you should know what he's been charged

00:46:36  15  with?

00:46:38  16             MR. McLOUGHLIN:   Objection.  Calls for a

00:46:39  17  legal conclusion, Your Honor.  Move to strike.

00:46:42  18             MR. KELLHOFER:  It's cross-examination.

00:46:45  19             THE COURT:   Overruled.  She can answer the

00:46:47  20  question.

00:46:51  21     A.   I know.

00:46:53  22     Q.   Do you know that he's been charged with wanting

00:46:55  23  to have somebody murdered?

00:47:01  24     A.   Yes, I know.

00:47:02  25     Q.   And you understand as part of that that he

| | | |
|---|---|---|
| 00:47:05 | 1 | facilitated possession of a firearm? |
| 00:47:18 | 2 | A. I know. |
| 00:47:19 | 3 | Q. Okay. And so you understand that part of your |
| 00:47:21 | 4 | responsibility would be making sure that nothing like |
| 00:47:24 | 5 | that is going on? |
| 00:47:32 | 6 | MR. McLOUGHLIN: Again, objection, Your |
| 00:47:34 | 7 | Honor. Calls for an improper legal conclusion. Her |
| 00:47:37 | 8 | responsibility is to insure that the conditions of |
| 00:47:39 | 9 | release are complied with. |
| 00:47:41 | 10 | THE COURT: Overruled. She can answer the |
| 00:47:43 | 11 | question. |
| 00:47:47 | 12 | THE INTERPRETER: Just a second. |
| 00:48:01 | 13 | A. I know -- I already forgot the question. Can you |
| 00:48:05 | 14 | repeat the question, please? |
| 00:48:08 | 15 | BY MR. KELLHOFER: |
| 00:48:08 | 16 | Q. I just want to make sure you understand what the |
| 00:48:10 | 17 | charges were, and there will be restrictions placed on |
| 00:48:14 | 18 | Mr. Teyf. |
| 00:48:23 | 19 | A. I understand that. |
| 00:48:25 | 20 | Q. Okay. You mentioned that you'd been to Mr. |
| 00:48:28 | 21 | Teyf's house and that he often had friends over; is that |
| 00:48:40 | 22 | correct? |
| 00:48:40 | 23 | A. Yes. Yes. |
| 00:48:41 | 24 | Q. Okay. And when you say friends, does that |
| 00:48:44 | 25 | include people like Mr. John Cotter? |

00:48:53   1      A.   Yes.

00:48:54   2      Q.   You understand Mr. Cotter has been charged as a

00:48:58   3   co-conspirator in this case?

00:49:08   4      A.   Yes.

00:49:09   5      Q.   Okay.  And so other friends, would that include

00:49:13   6   Alexei Polyakov?

00:49:17   7      A.   Yes.

00:49:18   8      Q.   You understand he's been charged as well in this

00:49:20   9   case?

00:49:22  10      A.   Yes.

00:49:24  11      Q.   And these are the friends that he'd have over at

00:49:27  12   his house?

00:49:31  13      A.   Yes.  And there were others.

00:49:35  14      Q.   Okay.  Well, his wife was obviously there often

00:49:42  15   as well, right?

00:49:44  16      A.   Well, his wife was always there.

00:49:46  17      Q.   Okay.  And she's been charged?

00:49:56  18      A.   Well, it just so happens that our circle of

00:49:59  19   friends, everyone got arrested.

00:50:02  20      Q.   Like the Timofeevs as well?

00:50:07  21      A.   I don't know them.

00:50:08  22      Q.   You don't know them?  Okay.

00:50:10  23           So your husband lives at the home, correct?

00:50:17  24      A.   Yes.

00:50:19  25      Q.   I'm sorry, but what is his name?

| | | |
|---|---|---|
| 00:50:21 | 1 | A. Mark. |
| 00:50:26 | 2 | Q. And has your husband entered into or ever been in |
| 00:50:29 | 3 | any business relationship with Mr. Teyf? |
| 00:50:38 | 4 | A. Yes. |
| 00:50:39 | 5 | Q. In what form? |
| 00:50:41 | 6 | A. Investments. I don't even know how to say it. |
| 00:50:51 | 7 | Q. And those are investments with Mr. Teyf, right? |
| 00:50:59 | 8 | A. And partly with other partners, yes. |
| 00:51:05 | 9 | Q. And those investments are still outstanding, |
| 00:51:08 | 10 | correct? |
| 00:51:14 | 11 | A. Yes. |
| 00:51:14 | 12 | Q. So you have a financial interest in Mr. Teyf's |
| 00:51:19 | 13 | case, correct? |
| 00:51:21 | 14 | MR. McLOUGHLIN: Objection, Your Honor. |
| 00:51:22 | 15 | THE COURT: Sustained. She doesn't need to |
| 00:51:25 | 16 | answer the question. |
| 00:51:31 | 17 | Next question. |
| 00:51:33 | 18 | BY MR. KELLHOFER: |
| 00:51:34 | 19 | Q. You mentioned that you don't work, ma'am; is that |
| 00:51:45 | 20 | correct? |
| 00:51:45 | 21 | A. I don't need to work. I'm not looking for work. |
| 00:51:48 | 22 | Q. Okay. So you don't work. Do you have other |
| 00:51:51 | 23 | obligations that take you outside of the house? |
| 00:52:08 | 24 | A. To be with my grandkids, yes, take the kids to |
| 00:52:12 | 25 | school, pick them up from school. Yes. |

| | | |
|--|--|--|
| 00:52:14 | 1 | Q.  I'm just trying to get an idea; how often are you |
| 00:52:17 | 2 | actually at home, or do you have community events that |
| 00:52:21 | 3 | you're attending that you're often gone?  I'm just |
| 00:52:24 | 4 | trying to ask:  Are there things that take you out of |
| 00:52:28 | 5 | the home everyday or on a sporadic basis? |
| 00:52:43 | 6 | A.  I don't have any other obligations.  I plan |
| 00:52:47 | 7 | everything on my own.  I don't have any other |
| 00:52:49 | 8 | obligations. |
| 00:52:50 | 9 | MR. KELLHOFER:  Okay.  I have no further |
| 00:52:55 | 10 | questions. |
| 00:52:56 | 11 | Thank you, Your Honor. |
| 00:52:56 | 12 | THE COURT:  Any redirect? |
| 00:52:58 | 13 | MR. McLOUGHLIN:  No, Your Honor.  Thank you. |
| 00:52:59 | 14 | THE COURT:  Thank you.  You can step down. |
| 00:53:02 | 15 | Any further evidence on behalf of the |
| 00:53:04 | 16 | defendant? |
| 00:53:04 | 17 | MR. McLOUGHLIN:  Yes, Your Honor.  Your |
| 00:53:18 | 18 | Honor, if I may approach again, we have Exhibit D-4.  In |
| 00:53:23 | 19 | terms of additional custodial issues, the defense has |
| 00:53:30 | 20 | obtained a proposal from a third-party security firm, |
| 00:53:38 | 21 | Capital Special Police, under which they would visit the |
| 00:53:44 | 22 | home at specified times to confirm Mr. Teyf's being |
| 00:53:52 | 23 | there, which would provide an extra layer of security |
| 00:54:00 | 24 | with respect to his conduct.  This, of course, would be |
| 00:54:08 | 25 | in addition to the fact that Mr. Teyf is willing to have |

| | | |
|---|---|---|
| 00:54:14 | 1 | any reporting conditions to the pretrial services/ |
| 00:54:18 | 2 | probation that the Court might impose.  He is also |
| 00:54:21 | 3 | willing to wear a GPS monitoring device.  He is willing |
| 00:54:28 | 4 | to surrender use of a cell phone and only use the land |
| 00:54:36 | 5 | line.  He is willing to accept any other conditions that |
| 00:54:41 | 6 | the Court might impose. |
| 04:11:28 | 7 | (Whereupon Defendant's Exhibit 4 is admitted |
| 04:11:31 | 8 | into evidence.) |
| 00:54:46 | 9 | MR. McLOUGHLIN:  With that, Your Honor, I'd |
| 00:54:47 | 10 | like to talk a little bit more about the issue of |
| 00:54:52 | 11 | danger, and talk a little bit about the Government's |
| 00:54:56 | 12 | evidence and facts. |
| 00:55:00 | 13 | The Government makes a great deal of clamor |
| 00:55:09 | 14 | in its brief about the strength of its case.  And it is |
| 00:55:13 | 15 | one of the errors that the Government led Judge Numbers |
| 00:55:19 | 16 | to commit that the Government relied in its submission |
| 00:55:25 | 17 | of evidence in the trial exclusively on the nature of |
| 00:55:30 | 18 | the charges and the summary of Agent Kinney, who had |
| 00:55:34 | 19 | absolutely no firsthand knowledge at all of the nature |
| 00:55:37 | 20 | of the charges, presenting absolutely no evidence that |
| 00:55:45 | 21 | there were no conditions that the Court could impose |
| 00:55:48 | 22 | that would insure that Mrs. Teyf and A.G. and the |
| 00:55:57 | 23 | community would not be subject to danger.  There is a |
| 00:56:00 | 24 | complete absence of evidence by the Government other |
| 00:56:02 | 25 | than the charges themselves and Agent Kinney's summary. |

00:56:08  1   So there's a fundamental failure in the constitutionally

00:56:11  2   required evidence to be submitted by the Government, and

00:56:14  3   I think there are very good reasons for that.

00:56:16  4        The Government in its clamor in its brief

00:56:19  5   says:  Our case is strong; our case is strong.  And your

00:56:21  6   argument that our case is strong is just wrong.  That

00:56:26  7   misses the point.  The point to be made here is related

00:56:32  8   directly to the question that the Bail Reform Act

00:56:35  9   requires, and that is:  Are there special conditions

00:56:38 10   that the Court can impose that would provide a

00:56:39 11   reasonable assurance, not a guarantee?  And the cases

00:56:45 12   cited by the Government, including Hurtado and others,

00:56:48 13   say that reasonable -- that certainty is not required.

00:56:54 14   Are there conditions that to an objective test can

00:56:59 15   reasonably give the Court some assurance that Mr. Teyf

00:57:02 16   will not be a danger?  And the point that the Government

00:57:07 17   misses is:  This is about Mr. Teyf and his character and

00:57:13 18   his evidence.

00:57:14 19        And, Your Honor, the Government made the

00:57:24 20   argument that in February of 2018 Mr. Teyf made the

00:57:32 21   statement in a reporting to confidential human source

00:57:39 22   one that he should take every measure necessary to

00:57:46 23   insure that A.G. was killed.  That statement -- and

00:57:54 24   Exhibit D-5 is a copy of that transcript.  And I want to

00:57:59 25   note for the record, Your Honor, we're putting this in;

00:58:03  1  I assume due to confidentiality the Government is going

00:58:07  2  to want these to be sealed in some way or held, and

00:58:12  3  we're happy to have any stipulation with respect to that

00:58:15  4  so that these transcripts are not going to be public.

04:11:28  5          (Whereupon Defendant's Exhibit 5 is admitted

04:11:31  6  into evidence.)

00:58:19  7          THE COURT:  Does the Government wish to be

00:58:20  8  heard on that request or that notice?

00:58:24  9          MR. KELLHOFER: We do wish them to be sealed,

00:58:27 10  Your Honor.

00:58:27 11          THE COURT:  You dropped off there.

00:58:29 12          MR. KELLHOFER: Yes, we do wish them to be

00:58:32 13  sealed, Your Honor.

00:58:32 14          THE COURT:  You wish what's been handed to

00:58:34 15  me as D-5 to be sealed in its entirety?

00:58:37 16          MR. KELLHOFER: Yes, Your Honor.

00:58:37 17          THE COURT:  And the reason for that?

00:58:39 18          MR. KELLHOFER: Well, first of all, I will

00:58:42 19  note for Your Honor as well it is a draft that was

00:58:45 20  provided.  Secondarily, I've not reviewed this

00:58:52 21  specifically for the request today, but I believe it

00:58:55 22  does go towards both items regarding the FBI's process

00:59:10 23  and this source's information.

00:59:27 24          THE COURT:  Well, based on that showing, I

00:59:30 25  will take into the record D-5 under seal.  We may need

| | |
|---|---|
| 00:59:37 | 1 |
| 00:59:39 | 2 |
| 00:59:46 | 3 |
| 00:59:49 | 4 |
| 00:59:52 | 5 |
| 00:59:55 | 6 |
| 00:59:57 | 7 |
| 00:59:58 | 8 |
| 01:00:01 | 9 |
| 01:00:04 | 10 |
| 01:00:07 | 11 |
| 01:00:08 | 12 |
| 01:00:09 | 13 |
| 01:00:12 | 14 |
| 01:00:15 | 15 |
| 01:00:20 | 16 |
| 01:00:23 | 17 |
| 04:11:28 | 18 |
| 04:11:31 | 19 |
| 01:00:26 | 20 |
| 01:00:28 | 21 |
| 01:00:32 | 22 |
| 01:00:34 | 23 |
| 01:00:38 | 24 |
| 01:00:41 | 25 |

to return to that.  I can recognize the Government
hasn't had a chance to fully reflect on the 21 pages.
But if it needs to remain under seal -- I'll put it
provisionally under seal for 14 days.  If it needs to
remain under seal, before expiration of that time period
file your appropriate motion.

MR. KELLHOFER: Thank you, Your Honor.  I
appreciate that.  I imagine that with regard to any of
the additional, we'd request the same.

THE COURT:  Do have you additional --

MR. McLOUGHLIN:  We do, Your Honor.

THE COURT:  Would you come forward and
provide all the transcripts you want to rely on now.

MR. McLOUGHLIN:  Yes, Your Honor.

Here is what is marked as D-6, which is a
transcript of a conversation that was held the next day;
February, I believe, 8.

(Whereupon Defendant's Exhibit 6 is admitted
into evidence.)

THE COURT:  All right.  The Court's ruling
extends to D-6.  It will remain under seal for 14 days.
If upon further review the Government believes it's
necessary that the transcripts remain permanently
sealed, make the appropriate motion.  Otherwise, if no
motion is made beyond the 14-day period, the Court will

01:00:44  1    unseal on its own initiative both D-5 and D-6.  Any

01:00:49  2    questions from either side?

01:00:51  3                MR. KELLHOFER: No questions, Your Honor.

01:01:03  4                MR. McLOUGHLIN:  Your Honor, we also have

01:01:17  5    D-6.

01:01:18  6                THE COURT:  I have D 6.

01:01:21  7                MR. McLOUGHLIN:  So two points with respect

01:01:25  8    to those transcripts, Your Honor.   The first is when

01:01:27  9    one reads them, the statement attributed to Mr. Teyf

01:01:31  10   does not happen.  The second thing is that if one goes

01:01:37  11   to the end of the second transcript, D-6, and reads

01:01:42  12   through the last several pages, what one sees is a

01:01:45  13   discussion about a gun that is related to planting that

01:01:53  14   gun in some way on A.G. so that he might be deported.

01:02:03  15   Point being if in the second day of these February

01:02:07  16   discussions Mr. Teyf's talking about planting a gun with

01:02:14  17   respect to A.G. so that he might be deported, and in

01:02:19  18   fact makes no mention of having him killed in that

01:02:26  19   regard, the Government is exaggerating.

01:02:30  20                And if you look at the Government's brief,

01:02:34  21   there is another good example of it.  And that is, if

01:02:39  22   you look at the Government's brief, the Government

01:02:42  23   quotes the discussion between confidential human source

01:02:46  24   number one and Mr. Teyf talking about a violin, which

01:02:52  25   they argue is reference to a gun.  And what is relevant

| | |
|---|---|
| 01:02:55 | 1 |

in that section that they quote, and relevant in a
variety of the transcripts, is that it is confidential
human source number one who says, "We may have to have a
concert here." It is not Mr. Teyf pounding the table
and saying: I want you to do this; I want you to do
this; I want you to do this. It is the confidential
human source who says: Wait a minute. We may need to
have a concert here, and I may need a violin. Why is
that relevant and material? It's because if Your Honor
is making a judgment about this man's danger to the
community and whether you can impose controls and
systems that would allow him to be on pretrial release,
it is relevant: Is he the primary instigator? Is he
obsessive about this? Is he driving this? Or are the
two government informants, who he doesn't know are
informants, helping to drive this because they have
another motive?

Now, that is not merely an issue for trial.
We'll talk about it at trial, and some other things, of
course. But in terms of the assessment of the
dangerousness of Mr. Teyf, it is relevant to his mindset
and whether he is a danger now as opposed to then. And
yes, there are all kinds of colorful quotes that can be
pulled out the transcripts, and they reflect anger and
hurt and a variety of other things. That is not the

01:04:25  1    material question before the Court.  The Court's -- the

01:04:28  2    question now is: What conditions can be imposed?

01:04:49  3              And I want to submit, Your Honor, Exhibit

01:04:52  4    D-7.  D-7 is a copy of a police report.  And there have

01:05:02  5    been allegations made in the Government's papers and in

01:05:05  6    the transcript about domestic violence.  Now, we -- in

01:05:11  7    the transcript or in the Government's case, in their

01:05:13  8    brief, they make reference to confidential human sources

01:05:17  9    three and four, and make references to domestic

01:05:21  10   violence, three and four, confidential human sources.

01:05:26  11   We have asked the Government to identify those

01:05:29  12   confidential human sources for us, and the Government

01:05:31  13   has refused.  They made that refusal last night.  We

01:05:35  14   would submit to Your Honor where the Government is

01:05:38  15   unwilling to provide not only a copy of any statements

01:05:42  16   so that we might judge the strength of it or the

01:05:45  17   reliability of it, but is unwilling to even identify the

01:05:48  18   source, Your Honor should not consider it.

04:11:28  19              (Whereupon Defendant's Exhibit 7 is admitted

04:11:31  20   into evidence.)

01:05:51  21              MR. McLOUGHLIN:  What's relevant to this

01:05:52  22   police report, which the Government had at the hearing

01:05:56  23   but didn't use, is that the record establishes that

01:06:01  24   there was no reported incident of domestic violence

01:06:08  25   between Mr. and Mrs. Teyf ever.  The one instance is

01:06:14  1    this one.  And when the police arrived, her complaint

01:06:17  2    was:

01:06:19  3            "My husband and I are getting a divorce.

01:06:21  4    This is my house.  I allow him to stay.  He says mean

01:06:25  5    things to me, and I want to get a restraining order

01:06:27  6    against him.  I just want peace, and I want to be left

01:06:32  7    alone.  Can you help me?  Can you give me a restraining

01:06:36  8    order right now?"

01:06:37  9            So you have a circumstance in March 18 of

01:06:40  10   2018 in which Mrs. Teyf is agitated enough to call the

01:06:43  11   police and seek a restraining order right then, and the

01:06:48  12   basis on which she's -- she could have said anything,

01:06:51  13   says, "He's mean to me.  He says mean things to me."

01:06:57  14           Your Honor, there is a next exhibit, Exhibit

01:07:09  15   D-9, which is another police report, which I believe the

01:07:20  16   Government had in its possession.  And this is a police

01:07:28  17   report of an incident involving Tatyana Teyf.

04:11:28  18           (Whereupon Defendant's Exhibit 9 is admitted

04:11:31  19   into evidence.)

01:07:36  20           MR. McLOUGHLIN:  Now, I want to go back,

01:07:47  21   Your Honor, for one moment to the offense -- the

01:07:49  22   incident report of March 18.  The response of Mr. Teyf

01:07:55  23   to his wife's statements is, "My wife drinks a lot.  I

01:08:02  24   don't do anything to her.  We're still married.  I pay

01:08:05  25   for everything.  The house, the cars; they're all mine."

And the report goes on, "Their son told me his mother and father are married and live together in separate rooms. He said to me his mom drinks a lot, and that causes a problem."

Now, on that issue and related issues, in November of 2017, police were called to what appears to be A.G.'s address, and they observed Tatyana Teyf was kicking the door. And the officers talked with her, told her to calm down, and said she appeared to be intoxicated; the officer could smell alcohol, and he said she was crying and had a cut on her upper lift. He asked her how she injured her lip. Notably she said: A.G.'s door. And she wouldn't tell him, but she only stated: There's a bad person, and there's marijuana inside. "And she kept repeating to me she wanted justice from that bad person." She then called and had -- called her daughter; her daughter was going to come pick her up. While that was going on, she walked away from the officer and started kicking the front door again, so he arrested her.

The point being, Your Honor, that if there's an issue here about allegations of domestic violence or other issues, the police reports indicate that the problem is not with Mr. Teyf, and assuredly there can be an order of separation by the Court not to contact or be

01:10:14  1   near Mrs. Teyf that would address that issue.

01:10:17  2           In response to this, I have to note, Your

01:10:20  3   Honor, and address the evidence.  We saw the Government

01:10:29  4   pull articles from four news sources as compelling and

01:10:35  5   reliable as Jezebel.com, which was terrific to read

01:10:43  6   because while we were pulling down the evidence that the

01:10:45  7   Government made reference to, we were able to read how

01:10:48  8   the Staten Island wives of the reality show and the mob

01:10:55  9   wives of the reality show were talking about gender

01:10:58  10  issues, I am the mob.  A wonderful source, very

01:11:03  11  reliable, as is the New York Post, which they also cite.

01:11:10  12          The Government's citation there is a roaring

01:11:14  13  admission of how weak their case is.  Because the fact

01:11:18  14  of the matter is, if the best you can do about Mr. Teyf

01:11:21  15  not being subject to a condition that would protect Mrs.

01:11:25  16  Teyf or A.G. is to cite a teenager who was out on bail

01:11:31  17  who said he was going to commit suicide, and another

01:11:36  18  circumstance in which a husband who again attempted

01:11:41  19  suicide and had been arrested twice before for choking

01:11:46  20  his girlfriend and threatening her, all of whom are

01:11:52  21  under the age of 40, and so it happens that there's

01:11:58  22  domestic abuse while you are on pretrial release, if

01:12:04  23  that's the best you've got for why a 58-year-old man

01:12:10  24  with medical issues who is a sophisticated businessman

01:12:13  25  is not going to understand that he cannot go near A.G.

01:12:16  1   or his wife, then you lose, if the standard is clear and

01:12:19  2   convincing evidence, or if it's preponderance of the

01:12:21  3   evidence, or if it's common sense.

01:12:23  4          Now, if we also look at the additional

01:12:26  5   evidence here, Your Honor, we have Mr. Teyf's medical

01:12:30  6   records.  And Mr. Teyf's medical records establish, and

01:12:38  7   we have -- they're in Russian, but we have translations

01:12:45  8   attached.  And these records were relied upon in part by

01:12:56  9   the pretrial services folks, who, quite rightly,

01:13:02  10  recommended his release.  Now, these records indicate

01:13:08  11  that Mr. Teyf has a variety of medical issues that,

01:13:14  12  quite frankly, are going to be severely exacerbated by

01:13:17  13  his incarceration, but also limit the issue of danger

01:13:24  14  and risk because the first thing to note here is there

01:13:30  15  is no allegation that Mr. Teyf even engaged in any

01:13:37  16  personal violence of any kind.

04:11:28  17          (Whereupon Defendant's Exhibit 10 is

04:11:30  18  admitted into evidence.)

01:13:41  19          THE COURT:  Can I ask you to explain to me

01:13:44  20  more particularly what D-10 is that you've just handed

01:13:49  21  me?

01:13:51  22          MR. McLOUGHLIN:  D-10 are our letters and

01:13:54  23  medical records from Mr. Teyf's Russian physician

01:13:57  24  translated into English along with some additional test

01:14:00  25  records.  They show --

01:14:03  1          THE COURT:  And I would imagine you would

01:14:04  2  like the Court to seal this medical information?

01:14:08  3          MR. McLOUGHLIN:  We are going to get there,

01:14:09  4  Your Honor.   Yes, please.

01:14:10  5          THE COURT:  Any opposition?

01:14:11  6          MR. KELLHOFER: No, Your Honor.

01:14:12  7          THE COURT:  All right.  Let it be so sealed.

01:14:16  8          MR. McLOUGHLIN:  Mr. Teyf has diabetes; he

01:14:19  9  has an irregular heartbeat; he has chronic gastritis

01:14:23  10  from a hiatal hernia; he has a variety of other

01:14:28  11  ailments, including injuries from an accident that left

01:14:34  12  him with significant muscular and bone issues that

01:14:39  13  require him to do certain kinds of exercises or he

01:14:42  14  suffers pain and is unable to sleep.

01:14:49  15          The point of this, Your Honor, again, is

01:14:54  16  with respect both to flight risk and danger to the

01:14:58  17  community.  Mr. Teyf is not a robust 25-year-old or

01:15:04  18  35-year-old who is going to be making some arduous

01:15:08  19  escape or some physical attack on anybody.  And there

01:15:13  20  is, for purposes of the assessment, if you look, for

01:15:17  21  example, in the recidivism rates that guide the U.S.

01:15:20  22  Sentencing Guidelines, there is a dramatic difference in

01:15:24  23  recidivism between people who are over the age of 40 and

01:15:28  24  people who are under the age of 40.  And here that is

01:15:32  25  relevant to Your Honor because what Mr. Teyf understands

01:15:36  1  and Your Honor can impose is that if Mr. Teyf engages in

01:15:39  2  any misconduct with respect to A.G. or Tatyana Teyf, he

01:15:45  3  is looking at severe criminal prosecution consequences;

01:15:52  4  he is looking at the loss of his relationship with his

01:15:56  5  children, and you have heard he is a good and devoted

01:16:00  6  father; he is looking at the loss of all of the

01:16:03  7  financial security he has built for himself and his

01:16:07  8  children.  Your Honor can also make it remarkably

01:16:13  9  difficult to practically engage in any misconduct by

01:16:16  10  conditions of reporting, house arrest, and a variety of

01:16:22  11  other limitations that are quite easily enforced and

01:16:25  12  monitored.

01:16:26  13        Now, Your Honor, if we look at the

01:16:33  14  information here, we also see a number of other issues

01:16:45  15  in terms of the Government's evidence.

01:16:59  16        The issues in the transcripts again

01:17:01  17  demonstrate that Mr. Teyf is not usually the instigator.

01:17:07  18  The transcripts from the February encounter and the

01:17:16  19  March encounters also indicate that Mr. Teyf is pushed

01:17:21  20  by confidential human source one in a variety of ways.

01:17:27  21        And so the question you have here is: What

01:17:35  22  other relevant evidence does Your Honor have with

01:17:39  23  respect to Mr. Teyf?  The first is he has no criminal

01:17:44  24  record.  He has community contacts.  And it is also

01:17:54  25  relevant that the Government has his Russian and Israeli

01:18:01   1    passports. Under Russian statutory procedure and

01:18:04   2    Israeli statutory procedure one cannot get a new

01:18:08   3    passport unless one personally appears at the embassy.

01:18:15   4    Your Honor will not be shocked to know that the Russian

01:18:17   5    embassy is not in Raleigh/Durham, nor is the Israeli

01:18:21   6    embassy. Point being that if he is on GPS monitoring

01:18:27   7    and under controls, he can't get a new passport. And a

01:18:34   8    58-year-old man with a variety of health issues, there's

01:18:39   9    one way out, and that's an airplane, and he can't go

01:18:41  10    without a passport.

01:18:42  11        And the arguments the Government made about

01:18:44  12    his travelling under different citizenships are simply

01:18:47  13    incorrect, and that information given to Judge Numbers

01:18:50  14    was false.

01:18:51  15        So where that becomes relevant with respect

01:18:54  16    to the danger, Your Honor, is that Mr. Teyf knows that

01:19:00  17    if there is a problem, and he is unable to leave the

01:19:05  18    United States, which he is, then the probability that he

01:19:09  19    is going to have an issue there is very, very

01:19:11  20    significant.

01:19:13  21        And so when asked the question: What is the

01:19:16  22    record, and what is the record of anything in which Mr.

01:19:19  23    Teyf ignored a court order or ignored the order of this

01:19:24  24    Court? And the answer is, of course, there isn't one,

01:19:26  25    and he doesn't have a record.

01:19:28   1       So then the question becomes: What is it,

01:19:31   2   other than the offense itself, that indicates that he

01:19:34   3   would not be subject to reasonable conditions that would

01:19:40   4   provide reasonable certainty? And we cited a number of

01:19:44   5   cases. Here again Judge Numbers erred because Judge

01:19:47   6   Numbers said: Well, I found two cases, and in both of

01:19:49   7   those cases they were murder-for-hire cases, and the

01:19:52   8   Government succeeded in persuading the Court that the

01:19:55   9   individual should not be released. And so it just

01:20:01   10   happens that these cases are such that there's danger.

01:20:04   11       The Senate report on the Bail Reform Act is

01:20:09   12   very, very clear. And in Salerno Judge Rehnquist is

01:20:14   13   very, very clear. The number of cases in which there

01:20:18   14   will be no set of circumstances under which someone can

01:20:22   15   be released because of danger to the community is very,

01:20:26   16   very, very small. And, in fact, if you read Judge

01:20:33   17   Rehnquist's intent in Salerno, and if you fairly read

01:20:36   18   the Senate report on that issue, which says it is,

01:20:40   19   again, a very, very select few, they are identified with

01:20:45   20   respect to crimes of violence, repeat offenders, repeat

01:20:48   21   offenders under drug charges. And there's no dispute

01:20:51   22   that Mr. Teyf doesn't fit within any of those

01:20:53   23   categories.

01:20:55   24       And so in Barnett, and in Eischeid, and in

01:20:58   25   other case, people who are charged with murder for hire,

01:21:01  1   which has a really great name for the newspapers, but is

01:21:05  2   really not much more than conspiracy, people who are

01:21:13  3   charged with conspiracy to do bad things get released

01:21:16  4   every day with no issue.

01:21:20  5            Now, with respect to Mr. Teyf and the

01:21:26  6   constitutional and statutory tests here, the cases say

01:21:32  7   that he is entitled to that release.  We have three

01:21:35  8   cases in which a release occurs in a conspiracy to

01:21:39  9   commit murder, and worse, and those cases where there is

01:21:44  10  no release generally can be characterized as gang and

01:21:49  11  drug cases, or mafia cases, none of which is the issue

01:21:57  12  here.

01:21:57  13           So, Your Honor, when you look at the cases

01:21:59  14  that we've cited, and you look at the testimony, one

01:22:07  15  sees a very different picture than Agent Kinney painted

01:22:13  16  in the materials.

01:22:14  17           And with that, Your Honor, I will sit down

01:22:15  18  and await a reply from Your Honor.

01:22:22  19           THE INTERPRETER:  May the interpreter have a

01:22:24  20  break?

01:22:25  21           THE COURT:  How much time do you need?   Ten

01:22:28  22  minutes?   Yes.  We'll just simply be at ease for ten

01:22:33  23  minutes.

01:24:08  24           (Recess taken.)

01:27:56  25           THE COURT:  I want to thank you for your

01:27:58  1   service and indicate typically we would have two

01:28:00  2   interpreters, but Russian interpreters are very

01:28:04  3   difficult to find.  You travelled from Charlotte to be

01:28:07  4   here?

01:28:07  5              THE INTERPRETER:  Yes, Your Honor.

01:28:10  6              THE COURT:  We're going to make it a point

01:28:12  7   with respect to further matters in this case to do our

01:28:15  8   best to find two of you.

01:28:17  9              THE INTERPRETER:  Thank you, Your Honor.

01:28:20  10             So having heard from the defendant more

01:28:22  11  fully, what says the Government?   Again, the issue is

01:28:26  12  not the defendant's guilt or innocence; the issue today

01:28:30  13  is whether the Court can fashion a set of release

01:28:33  14  conditions that's going to assure that Mr. Teyf shows up

01:28:38  15  and that in the interim he harms no one.   So I invite

01:28:42  16  the Government to be heard.

01:28:45  17             MR. KELLHOFER: Yes, Your Honor.  And we

01:28:47  18  thank you for that.

01:28:48  19             We feel very strongly that that is the exact

01:28:51  20  point for this hearing.   And I think it was a telling

01:28:56  21  Freudian slip by counsel to say at the "trial" that we

01:29:00  22  previously had.  It's not a trial.  And so I'm not going

01:29:04  23  to get into a nuance of every single exhibit, Your

01:29:13  24  Honor, and go point by point because this is not trial,

01:29:17  25  and it is a different standard.

01:29:19 1          With that understanding the Government would

01:29:20 2 turn back, Your Honor.  We have not brought additional

01:29:23 3 witnesses because all of these matters were presented to

01:29:26 4 the magistrate judge.  We do turn to the transcript.  We

01:29:31 5 would note that within there --

01:29:33 6          THE COURT:  Well, let's talk about the fact

01:29:34 7 that it appears you made a mistake if you did tell the

01:29:38 8 magistrate judge that he had access to five separate

01:29:41 9 passports.

01:29:42 10          MR. KELLHOFER:  No, Your Honor.  Actually I

01:29:44 11 would say that at page 30 of the transcript the AUSA

01:29:48 12 explicitly noted that that column was with regard to

01:29:52 13 citizenship and was not the documents that defense

01:29:57 14 counsel have claimed that we've done.  So no, I would

01:30:00 15 say that in any case --

01:30:02 16          THE COURT:  You've got to just notch it down

01:30:06 17 a little.

01:30:07 18          I'd like to go back and talk about Mr. Han

01:30:10 19 and Mr. Vasilyev.

01:30:14 20          Again, reasonably when you sit next to

01:30:18 21 someone in the well of a courtroom at a hearing, you are

01:30:22 22 representing you are making an appearance.  And we have

01:30:26 23 a rule, as I've explained, that compels the attorney to

01:30:30 24 provide more information about him or her in the form of

01:30:33 25 a written notice of appearance, and which was not done.

01:30:37  1  Certainly if you want to consult with these people, I

01:30:42  2  understand their areas of expertise lie largely outside

01:30:46  3  the scope of this hearing, certainly it is the

01:30:50  4  defendant's right to have other people, other attorneys

01:30:56  5  work for him.

01:30:57  6          I don't have anything in front of me that

01:31:01  7  gives me cause to decide today that one of these

01:31:06  8  attorneys should no longer have any contact with your

01:31:08  9  client.  Okay.  I'm not making that ruling by pushing

01:31:12  10 them back into the gallery.  An offensive lob at the

01:31:20  11 start of the detention hearing that the Court should

01:31:22  12 focus its attention on that previously unraised issue

01:31:25  13 and enter a protective order based on an anticipated

01:31:29  14 future prospect of some form of motion as I understood

01:31:35  15 it is not well taken with the Court.  If there is an

01:31:38  16 issue to be decided concerning the scope of a protective

01:31:41  17 order, file your motion, and I'll take it up.

01:31:44  18          MR. KELLHOFER:  Understood, Your Honor.

01:31:45  19          THE COURT:  But I think the way the hearing

01:31:46  20 started, again, I want to just keep it focused on what's

01:31:50  21 at issue here.

01:31:55  22          All right.  Your point is taken.  You're

01:31:56  23 saying if I look at that transcript on page 30, I'm

01:32:00  24 going to see something different than what defense

01:32:03  25 counsel represents?

01:32:04  1            MR. KELLHOFER:  Yes, Your Honor.

01:32:05  2            THE COURT:  All right.  Does that affect

01:32:08  3  you?   Does that affect your argument?

01:32:10  4            MR. McLOUGHLIN:  No, Your Honor.  I disagree

01:32:13  5  with the statement that we said something different or

01:32:15  6  that it's going to say something different than what we

01:32:18  7  said.  I quoted directly from their brief in which they

01:32:21  8  say he had access to five citizenships.  I never used

01:32:25  9  the word "passport."  I said "citizenship," and that

01:32:28 10  statement is false.  The Government's statement in its

01:32:32 11  brief and the statements in the transcript about

01:32:34 12  citizenship are false.

01:32:36 13            THE COURT:  All right.  Well, what your

01:32:37 14  exhibit does show to me -- and I'm going to tell you

01:32:40 15  all, I'm focused on risk of flight.

01:32:47 16            And what you have shown me, evidenced

01:32:51 17  however he could do it, demonstrated mobility.  He can

01:32:55 18  cross borders.  He can go places.  And also access to

01:33:01 19  significant sums of money that relate back to the nature

01:33:06 20  and circumstances of the instant offense and fly

01:33:10 21  directly in the face of what has been reported to the

01:33:14 22  probation office as his annual salary to, for example,

01:33:20 23  buy a condominium on Glenwood Avenue.  So I'm focused on

01:33:29 24  the fact that somebody with access to this amount of

01:33:33 25  money, as is alleged, and as appears significant, can

01:33:41  1  find a way to get out of this country or secrete

01:33:47  2  himself.

01:33:47  3          And it's in the record that he has a

01:33:50  4  demonstrated lack of respect for authority insofar as in

01:33:54  5  both this country allegedly and in Russia.  He has

01:34:01  6  attempted to bribe persons in the Government.  So that

01:34:07  7  is something that is factoring into my concern that it's

01:34:10  8  going to be very difficult for the Court to fashion a

01:34:13  9  set of release conditions that's going to assure that

01:34:16  10  Mr. Teyf show up.

01:34:19  11          Also in light of the significant sentence

01:34:21  12  that he faces.  The weight of the evidence under the

01:34:26  13  case law is one of the least considered factors.  But

01:34:30  14  the nature and circumstances of this offense and the

01:34:33  15  evidence as has been presented, again, give the Court

01:34:37  16  this cause to be very concerned about that.

01:34:42  17          I'm not comforted greatly by a private firm

01:34:49  18  that can be contracted to knock on somebody's door.  I

01:34:54  19  don't think that that enhances my ability to fashion a

01:35:01  20  set of conditions that's going to assure he will show

01:35:05  21  up.

01:35:05  22          And I'm not persuaded by his medical

01:35:08  23  condition.  In fact, people in far, far worse physical

01:35:14  24  health than your client have defied this Court's order

01:35:19  25  and fled.  So he certainly has some issues associated

01:35:25  1    with age and other matters, but it certainly didn't slow

01:35:30  2    him down with respect to the allegations in this case,

01:35:35  3    I'm sure the Government would say, and it's not going to

01:35:40  4    slow somebody down who's determined to avoid the

01:35:45  5    prosecution of this case.

01:35:47  6               So let's have you be seated, counsel for the

01:35:50  7    defendant.  And having kind of focused Mr. Kellhofer,

01:35:55  8    I'd like to hear you a little bit more, and then I'll

01:36:00  9    turn back to the defendant.  He will want to address

01:36:05  10   what I have said here, and he has a right so to do.

01:36:07  11              MR. KELLHOFER: Understood, Your Honor.  And

01:36:08  12   I would note with regard to the points Your Honor has

01:36:12  13   made, access to funds and the individual's conduct, the

01:36:19  14   exhibits provided by the defense, I believe D-7 and

01:36:24  15   D-3 -- D-3 is the Judgment for Absolute Divorce, Your

01:36:30  16   Honor.

01:36:30  17              THE COURT:  I've reviewed that already.

01:36:32  18              MR. KELLHOFER: And at page 5 it talks that

01:36:35  19   the husband and wife are the owners of real property

01:36:39  20   located at 6510 New Market, that it will be -- husband

01:36:45  21   shall execute a general warranty deed conveying any and

01:36:48  22   all interest to the wife within one month.

01:36:51  23              Now, I'll note, Your Honor, that this is

01:36:54  24   February, 2017.  The D-7, I believe, police report is

01:37:03  25   now back to reality.  This is what will be said at any

01:37:06  1    point.  And this was a financial interest action done to

01:37:09  2    hide funds, from the Government's point of view,

01:37:12  3    ultimately.  And that's a matter for trial.  But the

01:37:15  4    point here is in the police report the statement taken

01:37:19  5    from Mr. Teyf, "My wife drinks a lot."  That's the point

01:37:23  6    made.  And then he goes on to say, "I don't do anything

01:37:27  7    to her.  We are still married.  I pay for everything.

01:37:30  8    The house, the cars; they're all mine."  That is so --

01:37:38  9    the reality of a domestic situation is summed up there,

01:37:44  10   and an individual who will claim "It's mine" a year

01:37:49  11   later.  That speaks to his assets, what he really in

01:37:55  12   reality has, and it speaks to the issue that the

01:38:00  13   Government is charged with with regard to the murder

01:38:05  14   charges.

01:38:05  15        But specifically with regard to flight risk,

01:38:10  16   Your Honor, the point made, we can go back and forth

01:38:16  17   whether "safe house" is the right term for an apartment

01:38:18  18   with a safe in it or not.  The point, Your Honor; he has

01:38:22  19   funds; he can access other locations; he does that.

01:38:27  20   That's the point.  That's what it comes down to.  In his

01:38:30  21   name; not in his name.  At the end of the day, what the

01:38:33  22   Government believes most pertinent is simply that this

01:38:36  23   is his capability.

01:38:40  24        Travel.  If there was misspoken as to

01:38:46  25   whether or not it included Belarus and Serbia, the

01:38:50 1   point, Your Honor, multiple avenues of travel.  That's

01:38:54 2   the point.  And at trial might be the nitpicking, and I

01:38:57 3   understand that.  But our point would be an immense

01:39:01 4   ability to travel, a desire to do everything.

01:39:03 5          And at the end of the day Mr. Teyf's threat

01:39:06 6   is not Mr. Teyf's feeble hand, as the defense would have

01:39:10 7   you believe.  It's that phone call.  That's where this

01:39:13 8   individual is a true danger.  He has other people commit

01:39:20 9   criminal actions, and access to other people to do so,

01:39:23 10  as alleged and described in the testimony of the agent.

01:39:27 11         The agent got up there and provided

01:39:29 12  testimony under oath as to the facts, Your Honor.  It's

01:39:35 13  our position that looking at each one of these only

01:39:39 14  further buttresses what Special Agent Kinney testified

01:39:43 15  to:  that the individual, Mr. Teyf, is here in the

01:39:48 16  country; he's here by means of a work visa that is not

01:39:53 17  accurate; he, while here, has utilized funds that were

01:40:01 18  illegally obtained overseas; that he and his wife have a

01:40:08 19  problem; that his wife has apparently slept with

01:40:12 20  somebody else; and that he wanted that person killed.

01:40:15 21         Your Honor, he wanted that person killed by

01:40:18 22  getting him deported.  It's apparent in the statements

01:40:23 23  provided.  We're not going to go through every

01:40:25 24  recording, and we're certainly not going to play Russian

01:40:28 25  recordings at this point.  But that's what the agent

01:40:31 1  had.  That's what the agent reviewed, and that's what he

01:40:35 2  testified to.

01:40:37 3          The CHS's involvement.  Absolutely had a

01:40:40 4  number of conversations, as is always the case.  And as

01:40:44 5  is often the case, the defense will say:  Well, the CHS

01:40:49 6  prodded him, or whatnot.  We can take that up happily at

01:40:52 7  trial.  What I can say is there was always a concern

01:40:57 8  here in this case from the investigation that Mr. Teyf

01:41:02 9  would act without the CHS's involvement and, with

01:41:11 10  effort, get this individual overseas by multiple

01:41:15 11  avenues.

01:41:18 12          He remains a flight risk.  He is facing a

01:41:22 13  very -- multiple very serious charges.  And he has the

01:41:29 14  means and all of the incentive to do so.  And he was

01:41:34 15  already one foot out of this country, Your Honor.  On

01:41:38 16  December 15 he was intending to leave.  According to the

01:41:43 17  testimony of Special Agent Kinney and as supported

01:41:46 18  throughout the transcripts, he made it known, especially

01:41:51 19  when there was a discussion of whether or not the murder

01:41:54 20  should only be A.G., should it be A.G. and his wife as

01:41:57 21  well?  And his comment was:  Well, then I'll definitely

01:42:01 22  have to leave if that is the case.  The whole point is,

01:42:05 23  obviously, if anyone's sniffing around.  And, as was

01:42:09 24  testified to by Special Agent Kinney, if they came

01:42:11 25  sniffing around, blame it on the wife, because

01:42:13  1  ultimately he plans to take care of her.  And he's been

01:42:20  2  transferring funds to his son's name so that he wouldn't

01:42:24  3  have to return.  He was already halfway out the door,

01:42:29  4  Your Honor.

01:42:30  5          THE COURT:  Okay.  Thank you.  Did you wish

01:42:32  6  to be heard?

01:42:34  7          MR. McLOUGHLIN:  I do, Your Honor.  A couple

01:42:36  8  of points.  The statute, as you know, says that hearsay

01:42:43  9  is admissible in connection with a detention hearing.

01:42:46  10  However, what the cases also say is that the Court

01:42:48  11  should evaluate the quality of evidence.  And the best

01:42:55  12  way to evaluate the quality of evidence is to take that

01:42:58  13  evidence and put it up against the template of the

01:43:00  14  Federal Rules of Evidence, and how reliable it is, and

01:43:04  15  how substantial it is.  And in this case, of course, the

01:43:06  16  only evidence from the Government is an agent who has

01:43:11  17  never been involved in anything in connection with this

01:43:14  18  case, who they propped up like a straw man to keep any

01:43:21  19  real challenge to the substantial allegations he put

01:43:25  20  forward.  And what's noteworthy about all of that is

01:43:31  21  first when the Government talks about other people that

01:43:35  22  Mr. Teyf allegedly hired to do bad things, they're -- at

01:43:42  23  the time they were allegedly hired to do that, they're

01:43:45  24  all Government informants in the making.  So the point

01:43:49  25  here is:  Chicken or egg, Your Honor, on this one.  And

01:43:54 1  that goes to the danger issue that the Government

01:43:58 2  continues to play up.

01:43:59 3          But I want to make two comments on the issue

01:44:01 4  of funds illegally obtained overseas and Your Honor's

01:44:05 5  comment about bribery.  The point being, if one reviews

01:44:10 6  the transcripts -- and we can submit them after the

01:44:14 7  hearing -- of May 9 and May 23, 2018, in which there is

01:44:21 8  a meeting with the DHS agent involved, at no point is

01:44:27 9  Mr. Teyf told that this is a DHS agent.  In fact, he had

01:44:33 10 been told he was a lawyer.  And when the DHS agent makes

01:44:37 11 comments, and you look at the translation that Mr.

01:44:41 12 Cotter gives, he at no time tells Mr. Teyf that he is a

01:44:45 13 special agent of the DHS.  There is a really very

01:44:48 14 significant issue here with respect to the bribery of a

01:44:52 15 DHS agent because Mr. Teyf thought he had a lawyer.  And

01:44:56 16 if you study those two transcripts, he's not identified.

01:44:59 17         With respect to the allegations of

01:45:01 18 misconduct in Russia, there are two points pertinent to

01:45:04 19 the Government's arguments, and they go to Your Honor's

01:45:07 20 concern about disrespect for the law.  The first is

01:45:11 21 there is absolutely no evidence that is presented that

01:45:15 22 Mr. Teyf violated a law in Russia.  In fact, when Judge

01:45:21 23 Numbers asked the Government to identify the Russian

01:45:24 24 statute that he had violated, the Government said:  We

01:45:28 25 can't.  They don't know.  Because he didn't violate one.

01:45:34   1   But more importantly, the allegation of the kickbacks is

01:45:38   2   supported by a single individual. So far as we can tell

01:45:43   3   from discovery, no documentary evidence at all. That

01:45:47   4   individual had a longtime cooperation with the

01:45:50   5   government, and had an interest to misrepresent. And

01:45:53   6   that individual never worked for the company, Voentorg,

01:46:00   7   that the Government says is the participant in this

01:46:02   8   scheme. And the Government has presented absolutely no

01:46:09   9   evidence in connection with the seizure orders or

01:46:12   10   otherwise that connects a single dollar from this

01:46:16   11   alleged activity in Russia to a dollar in the United

01:46:20   12   States. The best they can do is say: Well, money came

01:46:23   13   into the United States from places that we don't like,

01:46:26   14   and so it must be that same money.

01:46:31   15   But the real issue comes back to, Your

01:46:33   16   Honor, the issue of whether there are conditions that

01:46:35   17   give -- create a reasonable assurance, not a guarantee.

01:46:39   18   A statutory test, the Salerno test, the test in the

01:46:45   19   Fourth Circuit, is not guarantee. Reasonable objective

01:46:48   20   assurance that Mr. Teyf will appear when required. And

01:46:53   21   the undisputed facts are he only has two passports,

01:46:58   22   Russia and Israel. They've been taken away. He can't

01:47:03   23   get another one. So he can't travel without a passport.

01:47:10   24   He is willing to have GPS monitoring, which means the

01:47:13   25   Government will know within minutes or hours if he

01:47:17  1  starts to leave the jurisdiction.  He has a custodian

01:47:25  2  who has every reason to report any violation.

01:47:29  3           While Your Honor says this is a private

01:47:32  4  company, it is a reputable security company that is

01:47:36  5  prepared to just, again, identify where he is.

01:47:40  6           And so the question Your Honor then comes to

01:47:48  7  is if Your Honor's view about his wealth or the fact

01:47:56  8  that he been charged or shows a lack of respect for the

01:47:59  9  law is sufficient to establish that a prisoner is a

01:48:02 10  flight risk, then everyone with a big enough bank

01:48:05 11  account and a passport that's been seized by the

01:48:09 12  government should, in fact, be held pending trial.  And

01:48:16 13  that is clearly not what the case law permits.

01:48:19 14           THE COURT:  Well, your client is a citizen

01:48:26 15  of another country.  He has demonstrated ability to

01:48:36 16  maneuver efficiently, effectively, and often between

01:48:42 17  borders.  The lack of a passport is not, though

01:48:48 18  certainly is a consideration, is not a determinative

01:48:52 19  factor.  It is possible to secrete yourself without

01:48:59 20  resort to a passport.  The fact of the electronic

01:49:05 21  monitoring in this case does not compel the conclusion

01:49:12 22  that together, with all of the other tools you've

01:49:16 23  suggested to me, that I can fashion a set of release

01:49:19 24  conditions that will assure that this particular

01:49:22 25  defendant will show up at all future court dates.  So --

01:49:32  1          MR. McLOUGHLIN:  A couple of observations if

01:49:34  2  I may, Your Honor.

01:49:34  3          THE COURT:  It's really unnecessary.  I've

01:49:36  4  made my decision.  And I'm respectful of your advocacy.

01:49:41  5  It is for another day that the Court will preside over a

01:49:46  6  trial.

01:49:48  7          If there are issues concerning access to

01:49:50  8  what he needs access to in the prison while he's

01:49:54  9  awaiting trial, you can bring it to my attention.  There

01:49:57 10  may be some things the Court can do to facilitate the

01:50:03 11  more -- the quality of the representation taking into

01:50:11 12  consideration there is this language issue.  What it is

01:50:15 13  exactly, I don't know at this point in time.  But if,

01:50:19 14  for example, having a device that he can use to

01:50:23 15  translate terms -- how are you all working through that?

01:50:29 16          MR. McLOUGHLIN:  Well, that has been very

01:50:30 17  difficult, Your Honor.  Originally Mr. Teyf was in Wake

01:50:36 18  County.  And there are translation sources available in

01:50:40 19  Wake County.  The jail is large enough that they have

01:50:43 20  facilities and sophistication.  And so that made life a

01:50:46 21  lot easier.  Both in Edgecombe County and Pitt County we

01:50:50 22  don't have those translation services readily available

01:50:54 23  because they're a much smaller jail; they don't really

01:50:57 24  have capabilities to handle this kind of circumstance.

01:51:03 25  Their rules, particularly in Pitt County, make it very

01:51:07  1  difficult.

01:51:08  2              THE COURT:  Where has he been held lately?

01:51:10  3              MR. McLOUGHLIN:  Right now he's in Pitt.

01:51:12  4              THE COURT:  How long has he been there?

01:51:14  5              Marshal, do we have a contract that allows

01:51:17  6  him to be at Wake County pending trial?

01:51:22  7              THE MARSHAL:  We do, Your Honor.  They will

01:51:24  8  not transport anywhere outside of Raleigh.

01:51:26  9              THE COURT:  But we could put him back there?

01:51:29  10              THE MARSHAL:  It's a possibility.  Yes,

01:51:31  11  ma'am.

01:51:31  12              THE COURT:  So is that something you would

01:51:32  13  like the Court to pursue?

01:51:34  14              MR. McLOUGHLIN:  Very much so, Your Honor.

01:51:35  15              THE COURT:  Okay.  Well, I'm going to, in

01:51:37  16  light of the circumstances of this case, ask the

01:51:40  17  Marshals to attempt to relocate him to Wake County where

01:51:46  18  he has access to more of these facilities.  If there's

01:51:50  19  something else, you can let me know.

01:51:53  20              MR. McLOUGHLIN:  Thank you, Your Honor.

01:51:54  21              THE COURT:  I'll revisit that if need be.

01:52:09  22              So we've got a schedule in place that

01:52:11  23  requires that pretrial motions be filed by April 10.

01:52:15  24  And that's on your request for --

01:52:23  25              (Cellular telephone rings in court.)

01:52:23 1          Ms. Kocher, why don't you go outside with

01:52:25 2 your pocketbook.

01:52:30 3          Does that meet your needs, both sides?

01:52:33 4          MR. McLOUGHLIN:  We believe, Your Honor,

01:52:34 5 Tarboro is another option.  We can communicate with the

01:52:38 6 Marshal's Service about that.  That's close enough.

01:52:41 7 We'll try to figure out the translation resource,

01:52:45 8 medical issues, and the access.

01:52:47 9          THE COURT:  I've sent a computer into --

01:52:51 10 what's the one up north?  We've got the computer going

01:52:55 11 up there.

01:52:59 12          THE MARSHAL:  Albemarle.

01:53:00 13          MR. McLOUGHLIN:  I spent a lot of time in

01:53:03 14 Albemarle.  There's not a lot there.  We tried the

01:53:05 15 computer in Edgecombe County.  There's a computer there;

01:53:08 16 it really hasn't worked very well.  The band width is

01:53:12 17 simply too narrow.  We've had some issues.

01:53:15 18          THE COURT:  You've got access to the

01:53:17 19 internet in the Edgecombe County Jail?

01:53:20 20          MR. McLOUGHLIN:  They have a counsel link,

01:53:22 21 video conferencing.

01:53:23 22          THE COURT:  I see.  You're talking not about

01:53:26 23 your client's ability to translate for himself the

01:53:32 24 documents that you might wish him to review.  You're

01:53:35 25 talking about the ability to do a teleconference?

01:53:38  1          MR. McLOUGHLIN:  All of the above.  It's the

01:53:41  2   whole package, Your Honor.

01:53:43  3          THE COURT:  Just talk to the Marshal's

01:53:44  4   Service.  If I need to get involved, you can make the

01:53:47  5   appropriate motion.

01:53:47  6          MR. McLOUGHLIN:  Thank you, Your Honor.

01:53:48  7          THE COURT:  So how long is this case going

01:53:53  8   to take to try?

01:53:58  9          MR. KELLHOFER: I'd say two to three weeks,

01:54:01  10   Your Honor.

01:54:01  11          THE COURT:  That long?

01:54:02  12          MR. KELLHOFER: And part of that, Your Honor,

01:54:04  13   is this is a language case, as is apparent.  So I

01:54:09  14   imagine the number of witnesses and audio will be in a

01:54:13  15   foreign language and require that --

01:54:14  16          THE COURT:  We're going to have to work hard

01:54:16  17   to find the number of translators.

01:54:18  18          MR. KELLHOFER: Understood, Your Honor.

01:54:19  19          Your Honor, real quick, for what it's worth.

01:54:21  20   I believe there may be, insofar as the Marshals look to

01:54:28  21   move people around, I believe one of the other witnesses

01:54:31  22   is -- or one of the other co-defendants is presently at

01:54:34  23   Wake County as well.  So I think that may have been sort

01:54:38  24   of an issue.  I'm certain they'll figure it out.  I'm

01:54:42  25   just making you aware.

01:54:43 1        THE COURT:  You have been in a case with me

01:54:45 2  where we had multiple defendants at the Wake County

01:54:48 3  jail, each with a computer for a short period of time.

01:54:51 4        MR. KELLHOFER: Yes, Your Honor.

01:54:52 5        THE COURT:  So I think we can work things

01:54:54 6  like that out.

01:54:54 7        MR. KELLHOFER: Absolutely.

01:54:57 8        THE COURT:  All right.  So I'm just telling

01:54:59 9  you that I have a trial the whole month of July.  It's a

01:55:06 10  five-week trial.  So let's look ahead.  Have you all

01:55:16 11  talked about a time to try this case?

01:55:19 12        MR. KELLHOFER: We have not talked about

01:55:20 13  trial time, Your Honor.

01:55:22 14        THE COURT:  All right.  Obviously the law

01:55:27 15  militates toward all defendants being tried in the same

01:55:30 16  trial absent certain circumstances that can be brought

01:55:34 17  to my attention in a motion.  Where are we?  Is

01:55:40 18  everybody going to be arraigned by April based on your

01:55:44 19  understanding?

01:55:48 20        MR. KELLHOFER: I believe so, Your Honor.  We

01:55:50 21  have one outstanding for arraignment, and I believe that

01:55:53 22  will be resolved certainly by then.  We had a complaint,

01:56:01 23  Your Honor, and had requested a 30-day continuance for

01:56:05 24  the indictment at that time on Mr. John Cotter.

01:56:10 25        THE COURT:  He'll be separately indicted if

01:56:12  1  he's indicted?   I'm talking about the co-defendants in

01:56:17  2  this indictment.

01:56:18  3            MR. KELLHOFER: Yes, Your Honor.  He -- that

01:56:21  4  remains to be seen, Your Honor.

01:56:23  5            THE COURT:  Any scheduling issues in

01:56:45  6  September?

01:56:45  7            MR. KELLHOFER: No issue with September.

01:56:47  8            MR. McLOUGHLIN:  Not for the defense.

01:56:51  9            THE COURT:  Do you want to set September 3,

01:56:53  10 the day after Labor Day?

01:56:55  11            MR. McLOUGHLIN:  It makes it really hard to

01:56:57  12 set up and get ready.  Maybe the 4th or the 5th.

01:57:00  13            THE COURT:  That's a good point.  I'll tell

01:57:03  14 you what; why don't we start the 9th.

01:57:06  15            But is your client willing to waive his

01:57:08  16 Speedy Trial rights?

01:57:10  17            MR. McLOUGHLIN:  I have to talk with him,

01:57:11  18 Your Honor.  I can't answer that right now.

01:57:14  19            THE COURT:  Do you want to talk to him right

01:57:16  20 now?  You've got a translator right there.

01:57:18  21            MR. McLOUGHLIN:  I know, Your Honor, I do.

01:57:20  22            THE COURT:  Why don't you have a seat and

01:57:22  23 talk to him.

01:57:22  24            MR. McLOUGHLIN:  I will do that, Your Honor.

01:57:42  25            (Discussion had off the record between the

01:57:46  1   Defendant and defense counsel.)

01:58:27  2          THE COURT:  I've put people in jail for

01:58:29  3   bringing cell phones into the Court.

01:58:32  4          MS. KOCHER:  Your Honor, I apologize.  And I

01:58:36  5   am aware of that.

01:58:37  6          At the appropriate time the acting U.S.

01:58:41  7   Marshal would like to be heard on the issue of placement

01:58:44  8   of the defendant.  It appears that there are issues with

01:58:47  9   Wake County.  So if the Court might -- I don't mean

01:58:52  10  to -- I'll wait so he's not trying to listen and speak.

01:59:25  11         THE COURT:  Actually, I haven't put anyone

01:59:27  12  in jail; I've just imprisoned the phone.

01:59:34  13         MS. KOCHER:  I believe that was a child of

01:59:36  14  mine, Your Honor, and that might be a good thing.

02:00:08  15         (Discussion continues off the record between

02:00:10  16  the Defendant and defense counsel.)

02:00:10  17         MR. McLOUGHLIN:  Your Honor, as cooperative

02:00:12  18  as I would like to be, that is not a question I can

02:00:14  19  answer at this point.

02:00:15  20         THE COURT:  Well, the benefits would

02:00:17  21  obviously accrue to the defendant as well to have a

02:00:20  22  trial date certain and allow plans to go forward and

02:00:27  23  schedules to be secured.  Understanding, and that's

02:00:32  24  certainly a question that you can't answer today, I'll

02:00:34  25  anticipate that he's not willing to waive his Speedy

02:00:37 1 Trial rights, and they'll be defined as the case

02:00:41 2 proceeds. I think arraignment is not until May.

02:00:45 3 The clerk reminds me that arraignment in

02:00:47 4 this case is scheduled for May 14.

02:00:51 5 Pursuant to my scheduling order, if you look

02:00:53 6 carefully at that order, and I'm sure you will, you'll

02:00:56 7 see that there's a trigger in there, in that order, for

02:01:00 8 signaling to the Court whether or not the defendant

02:01:03 9 waives his or her Speedy Trial rights. If you don't

02:01:06 10 file your proposed jury instructions, for example, by

02:01:12 11 the arraignment term, it's assumed that -- you'll see in

02:01:20 12 the order it's understood that the defendant is not

02:01:23 13 waiving his speedy trial rights. And then when I'm

02:01:26 14 noticed that there's a not guilty plea, I routinely

02:01:30 15 engage the parties in a telephone scheduling conference.

02:01:33 16 And at that scheduling conference, which typically takes

02:01:36 17 place just a couple of days after the arraignment, I

02:01:39 18 will set a trial date certain. That's --

02:01:42 19 MR. McLOUGHLIN: What I would propose, Your

02:01:44 20 Honor, to the Court, and I will discuss this with the

02:01:48 21 Government, is that we could have a scheduling

02:01:50 22 conference including dealing with the issue of an

02:01:52 23 arraignment, possible waiver of arraignment in the next

02:01:55 24 week or two and address these issues.

02:02:01 25 I will be quite frank with the Court that

02:02:03  1    the issue I have right now is that Mr. Teyf believes he

02:02:09  2    will not survive in jail.  He is willing to, as he said,

02:02:15  3    sit in that home in handcuffs to deal with this.  He

02:02:22  4    wants his good name back.

02:02:24  5            THE COURT:  I can appreciate that.  Why does

02:02:26  6    he think he's not going to survive?

02:02:29  7            MR. McLOUGHLIN:  I think, Your Honor, there

02:02:31  8    are a couple of things.  One, for his health.  Number

02:02:36  9    two, the stress of being in prison.  Your Honor should

02:02:39  10   not underestimate the stress of being a 58-year-old man

02:02:43  11   who for the last two weeks has been in solitary

02:02:45  12   confinement under the Pitt County rules because he's a

02:02:48  13   transfer, or more, a 58-year-old man who does not speak

02:02:53  14   English and only speaks Russian being in a county jail

02:02:56  15   or pod with a large number of 20-somethings with whom he

02:03:00  16   cannot communicate and of whom he is afraid.  Together

02:03:05  17   with the food that is served, which is, shall we say,

02:03:09  18   not -- which is dangerous for someone who is a diabetic.

02:03:15  19   And the inability to communicate with virtually anyone

02:03:19  20   where the restrictions, for example, in Pitt County are

02:03:22  21   that you can have visits on Sundays.  He had his son

02:03:27  22   there.  By the time they got the -- have a visitor on

02:03:31  23   Sunday.  By the time they got all the logistics done,

02:03:34  24   they literally gave them a minute and a half with each

02:03:37  25   person, or two minutes.  So the stress for Mr. Teyf with

02:03:42  1  respect to this issue is one that, at this point, that

02:03:48  2  is what I have to deal with as his counsel, and what

02:03:53  3  we're managing.

02:03:54  4        And we would ask the Court in light of his

02:03:57  5  statement with respect to that, and without waiver of

02:04:03  6  his rights -- we may submit an affidavit; I don't want

02:04:11  7  to waive his Fifth Amendment rights, we're probably

02:04:16  8  going to ask the Court to reconsider on the flight

02:04:19  9  issue.

02:04:19  10       THE COURT:  I think --

02:04:21  11       MR. McLOUGHLIN:  But we'll have a scheduling

02:04:23  12 discussion --

02:04:23  13       THE COURT:  I think you should take that to

02:04:25  14 the Fourth Circuit.  I think that would probably be the

02:04:28  15 best use of your time and talents.

02:04:31  16       Let's --

02:04:32  17       MR. McLOUGHLIN:  We'll talk to the

02:04:33  18 Government this week and then get back -- and talk to

02:04:37  19 our client and get back to the Court promptly.

02:04:41  20       THE COURT:  I can help you on that.  Just a

02:04:44  21 minute.

02:05:16  22       I'm changing your motions deadline.  I'm

02:05:21  23 amending of my own initiative the Court's order entered

02:05:26  24 January 9, 2019.  I'm ordering now that pretrial motions

02:05:32  25 be filed no later than March 11, and any response no

02:05:51  1    later than March 18.

02:05:57  2              MR. McLOUGHLIN:  Your Honor, forgive my

02:05:59  3    failure of recollection.  What was the prior motions

02:06:02  4    deadline?

02:06:03  5              THE COURT:  April 10.

02:06:05  6              MR. McLOUGHLIN:  The issue I have, Your

02:06:06  7    Honor, with March 11 is that I am travelling out of the

02:06:11  8    country on business most of next week, the week of

02:06:15  9    February 22, and the week of -- and the following week.

02:06:20  10             THE COURT:  You have very able counsel

02:06:22  11   around you, don't you?

02:06:23  12             MR. McLOUGHLIN:  I do, Your Honor.  But I'm

02:06:28  13   the lead counsel.

02:06:29  14             THE COURT:  Right.  And I continued this

02:06:30  15   hearing due to your schedule once, didn't I?

02:06:32  16             MR. McLOUGHLIN:  You did, Your Honor.  And I

02:06:34  17   very much appreciate the courtesy.  Thank you.

02:06:37  18             THE COURT:  All right.  So March 11 is the

02:06:41  19   deadline for filing any motion.  March 18 is the

02:06:48  20   deadline for filing any response.  And, counsel, before

02:06:55  21   I put that fully in stone, I'm telling you that I'm

02:07:00  22   going to set this case for arraignment in front of me on

02:07:12  23   March 25.  And if the plea is not guilty, we will start

02:07:22  24   this case on April 8.  And we will have trial Monday

02:07:30  25   through Thursday of that week, Monday through Thursday

02:07:34   1    of the following week, and if necessary Monday through

02:07:38   2    Thursday, based on the estimate of the length of trial

02:07:42   3    time, which we can revisit.

02:07:45   4              Do you have any compelling conflict the

02:07:48   5    weeks of April 8, 15, and 22?

02:07:51   6              I do this also in light of your comments

02:07:54   7    about your client's concerns about the effect that the

02:07:58   8    jail is having on him and seek to accommodate him by

02:08:03   9    expediting the trial of this case.

02:08:11  10              MR. McLOUGHLIN:  No, Your Honor, I do not

02:08:12  11    have conflicts.

02:08:13  12              THE COURT:  Good.  All right.  So I'll enter

02:08:19  13    a short written order after this hearing just

02:08:22  14    memorializing this and setting a deadline also of March

02:08:39  15    27 for the filing of any instructions and voir dire.

02:08:45  16              Now, Government, you don't have any

02:08:48  17    compelling scheduling conflict those three weeks either?

02:08:51  18              MR. KELLHOFER: No, Your Honor.  We'll make

02:08:52  19    it happen.

02:08:52  20              THE COURT:  I'm going to do some moving

02:08:54  21    around because I do have some court conflicts, but this

02:08:57  22    case, being the fact that it's a criminal case, will

02:08:59  23    take priority over the Court's civil matters.

02:09:02  24              Is there anything else from the defendant?

02:09:04  25              MR. McLOUGHLIN:  Yes, Your Honor.  I just

02:09:06   1    want to note for Your Honor's reference that the

02:09:13   2    concern -- one of the concerns here is the ability to

02:09:15   3    get documents from abroad.  And so while I appreciate

02:09:19   4    Your Honor's concern about the Speedy Trial Act and the

02:09:22   5    fact that I am not in a position at this point to waive

02:09:28   6    Mr. Teyf's rights --

02:09:29   7              THE COURT:  That is certainly his right.

02:09:31   8    And I believe my setting reasonably anticipates the

02:09:35   9    Speedy Trial time.  If it doesn't, I'll reflect on that,

02:09:38  10    and convene you by conference call at some point.

02:09:43  11              MR. McLOUGHLIN:  And if we have some foreign

02:09:46  12    issue with the respect to the availability of evidence,

02:09:50  13    we'll be back before Your Honor.

02:09:52  14              THE COURT:  Certainly.  And if the other

02:09:53  15    side consents to the relief that you're requesting, you

02:09:57  16    can imagine that if I find it reasonable, I too would so

02:10:00  17    agree.  But it's certainly in everyone's best interest

02:10:03  18    to get this case to the jury as soon as possible.  And

02:10:07  19    I'm confident that you're working to accomplish that

02:10:11  20    goal and will do whatever you can do on that end as

02:10:15  21    well.

02:10:16  22              Is there anything else if we took it up

02:10:18  23    right now might help you in your planning?

02:10:22  24              MS. KOCHER:  Only in regard to the Marshal,

02:10:24  25    Your Honor.

02:10:24  1              THE COURT:  Marshal Petit, did you wish to

02:10:27  2      be heard?

02:10:29  3              MARSHAL PETTIT:  Yes, Your Honor.  As far as

02:10:30  4      the Wake County issue goes, we do have a contract with

02:10:33  5      Wake County, but we keep minimal prisoners there.  As

02:10:37  6      much as we can, we try to limit that simply because the

02:10:40  7      medical situation there is not good for us and the

02:10:43  8      transportation issues that arise out of that situation

02:10:47  9      with Wake County.

02:10:48  10             THE COURT:  What's the medical issue

02:10:49  11     problem?

02:10:52  12             MARSHAL PETTIT:  A lack of staff on the part

02:10:54  13     of the county and on the part of the Marshal's Service,

02:10:56  14     Your Honor.  So if someone falls ill, it is very

02:11:00  15     difficult for us to staff the hospital detail, and the

02:11:02  16     county doesn't have enough personnel to man that for us.

02:11:05  17     And the Marshal's Service obviously doesn't have enough

02:11:08  18     to put in 24 hours.

02:11:09  19             THE COURT:  What county works around your

02:11:11  20     issues?  Because that would be an issue in every county

02:11:16  21     if you don't have enough Marshal staff.

02:11:21  22             MARSHAL PETTIT:  We have several contracts

02:11:24  23     with different county jails where they provide that

02:11:27  24     hospital service.  Wake County has not been able to do

02:11:30  25     that for us.  My concern is putting him into Wake County

02:11:34 1 could cause a problem for us, for everyone.

02:11:37 2          THE COURT:  Well, I'm not a doctor, but I

02:11:38 3 certainly don't see those concerns etched as much as

02:11:44 4 you've heard defense counsel say today.  So you all, I'm

02:11:50 5 sure, have people who can look at these records in this

02:11:52 6 case.  It's under seal, but I would make it available to

02:11:57 7 you if you wanted your representative to review defense

02:12:02 8 Exhibit 10.  But as I looked through it, I didn't see

02:12:06 9 anything that couldn't be addressed in the normal

02:12:09 10 course.  So I'll involve you talking to defense counsel,

02:12:16 11 and if you are able to accommodate for the reasons that

02:12:20 12 he has asked, that would be appreciated by the Court.  I

02:12:25 13 don't anticipate seeing a need for any transfer of him

02:12:31 14 to New Bern until arraignment, unless something unusual

02:12:37 15 comes up.  So if that assists you in knowing my

02:12:41 16 thoughts, I think that's -- now, something could happen.

02:12:46 17 You have motions that you can file.  But --

02:12:51 18          MR. McLOUGHLIN:  We're happy to work with

02:12:52 19 the Marshal's Service and the Government, Your Honor.

02:12:54 20 And we'll try to figure it out.

02:12:56 21          THE COURT:  Well, ultimately it is up to the

02:12:59 22 Marshal's Service.  All I can do is recommend.  And I've

02:13:02 23 been heard on that, and I just appreciate anything the

02:13:05 24 service can do.  Thank you.

02:13:08 25          MARSHAL PETTIT:  I appreciate it.

02:13:10  1          THE COURT:  Unless there's anything further,
02:13:12  2   I have another matter to take up.  Is there anything
02:13:16  3   further in this case?
02:13:17  4          MR. KELLHOFER: Not from the Government, Your
02:13:20  5   Honor.
02:13:20  6          THE COURT:  Thank you very much, counsel.
02:13:33  7          Oh, counsel, your D-9 needs to be sealed at
02:13:38  8   least in part because of who is named, based on the
02:13:44  9   initials that I understand to be attributed to the
02:13:48 10   alleged victim.  I believe your D-9 reveals that
02:13:53 11   person's name; is that correct?
02:13:56 12          MR. McLOUGHLIN:  It probably does, Your
02:13:58 13   Honor.
02:13:58 14          THE COURT:  I am sealing D-9 and giving you
02:14:01 15   14 days to submit to the clerk a redacted copy --
02:14:08 16          MR. McLOUGHLIN:  Certainly, Your Honor.
02:14:09 17          THE COURT:  -- having passed it by the
02:14:11 18   Government.  And send it with a letter indicating the
02:14:14 19   Government's approval.  And then we'll make that
02:14:18 20   available in the public record.  There's no need for you
02:14:21 21   to move to seal D-10 because of the medical record
02:14:25 22   issue.
02:14:27 23          And then the Government, you know I'm giving
02:14:29 24   you 14 days to show me good cause.
02:14:32 25          MR. KELLHOFER: Yes, Your Honor.

02:14:32   1              THE COURT:  Anybody have any questions about
02:14:34   2   that piece?
02:14:35   3              MR. KELLHOFER: No, ma'am.
02:14:35   4              THE COURT:  That will also be mentioned in
02:14:37   5   that short order that I'm going to enter.
02:14:41   6              Thank you very much.
02:14:47   7              (Concluded at 12:16 p.m.)
           8                            - - -
           9
          10              C E R T I F I C A T E
          11
          12      I certify that the foregoing is a correct transcript
          13   from the record of proceedings in the above-entitled
          14   matter.
          15
          16   /s/ Tracy L. McGurk_____              ___1/23/2019___
          17   Tracy L. McGurk, RMR, CRR                    Date
          18
          19
          20
          21
          22
          23
          24
          25

```
 1                        I N D E X

 2

 3  Examinations                                    Page

 4

 5   ROZA LYUBININ, DIRECT EXAMINATION               22

 6   BY MR. McLOUGHLIN:

 7   ROZA LYUBININ, CROSS-EXAMINATION                28

 8   BY MR. KELLHOFER:

 9

10                      E X H I B I T S

11  No.        Description                          Page

12

13         Whereupon Defendant's Exhibit 1 is admitted into    15

14         evidence

15         Whereupon Defendant's Exhibit 2 is admitted into    18

16         evidence

17         Whereupon Defendant's Exhibit 3 is admitted into    19

18         evidence

19         Whereupon Defendant's Exhibit 4 is admitted into    34

20         evidence

21         Whereupon Defendant's Exhibit 5 is admitted into    36

22         evidence

23         Whereupon Defendant's Exhibit 6 is admitted into    37

24         evidence

25         Whereupon Defendant's Exhibit 7 is admitted into    40
```

```
1        evidence

2        Whereupon Defendant's Exhibit 9 is admitted into      41

3        evidence

4        Whereupon Defendant's Exhibit 10 is admitted          44

5        into evidence

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

## $

**$110,000** [1] - 10:9
**$27,000** [1] - 10:13

## '

**'18** [1] - 21:12

## /

**/s** [1] - 79:16

## 1

**1** [3] - 15:2, 15:6, 80:13
**1/23/2019** [1] - 79:16
**10** [5] - 44:17, 64:23, 73:5, 77:8, 81:4
**100** [1] - 1:17
**10:01** [1] - 2:1
**11** [3] - 72:25, 73:7, 73:18
**12** [3] - 15:2, 23:15, 23:16
**12:16** [1] - 79:7
**135** [1] - 16:5
**14** [6] - 21:10, 37:4, 37:21, 70:4, 78:15, 78:24
**14-day** [1] - 37:25
**15** [3] - 58:16, 74:5, 80:13
**16** [1] - 15:10
**18** [5] - 41:9, 41:22, 73:1, 73:19, 80:15
**19** [1] - 80:17
**1960** [1] - 27:11

## 2

**2** [2] - 18:2, 80:15
**20-somethings** [1] - 71:15
**2016** [1] - 23:8
**2017** [4] - 19:12, 42:6, 55:24
**2018** [4] - 21:10, 35:20, 41:10, 60:7
**2019** [2] - 1:5, 72:24
**2023** [1] - 16:4
**21** [1] - 37:2
**210021799** [1] - 16:2
**22** [4] - 1:5, 73:9, 74:5, 80:5
**23** [1] - 60:7
**24** [2] - 27:11, 76:18
**25** [1] - 73:23
**25-year-old** [1] - 45:17
**2615** [1] - 22:18
**27** [2] - 21:12, 74:15
**27601** [1] - 1:14

## 28

**28** [1] - 80:7
**28202-4003** [1] - 1:18
**28560** [1] - 1:20

## 3

**3** [3] - 19:21, 68:9, 80:17
**30** [2] - 51:11, 52:23
**30-day** [1] - 67:23
**310** [1] - 1:14
**31823387** [1] - 16:3
**331-1000** [1] - 1:18
**34** [1] - 80:19
**35-year-old** [1] - 45:18
**36** [1] - 80:21
**37** [1] - 80:23
**38** [1] - 15:12
**39** [1] - 15:12
**392-6626** [1] - 1:21

## 4

**4** [2] - 34:7, 80:19
**40** [4] - 43:21, 45:23, 45:24, 80:25
**41** [1] - 81:2
**413** [1] - 1:20
**419** [1] - 1:21
**44** [1] - 81:4
**44.1** [1] - 11:11
**4700** [1] - 1:17
**4th** [1] - 68:12

## 5

**5** [3] - 36:5, 55:18, 80:21
**58-year-old** [4] - 43:23, 47:8, 71:10, 71:13
**5:18-CR-452-FL-1** [1] - 1:4
**5th** [1] - 68:12

## 6

**6** [3] - 37:18, 38:6, 80:23
**6510** [1] - 55:20

## 7

**7** [2] - 40:19, 80:25
**704** [1] - 1:18
**71** [1] - 14:7

## 8

**8** [3] - 37:17, 73:24, 74:5
**800** [1] - 1:14

## 856-4500 [1] - 1:15

## 9

**9** [4] - 41:18, 60:7, 72:24, 81:2
**90** [1] - 18:23
**919** [1] - 1:15
**981** [1] - 16:6
**9th** [1] - 68:14

## A

**A.G** [9] - 34:22, 35:23, 38:14, 38:17, 43:16, 43:25, 46:2, 58:20
**A.G.'s** [2] - 42:7, 42:13
**a.m** [1] - 2:1
**ability** [7] - 18:7, 54:19, 57:4, 62:15, 65:23, 65:25, 75:2
**able** [6] - 21:11, 25:20, 43:7, 73:10, 76:24, 77:11
**above-entitled** [1] - 79:13
**abroad** [1] - 75:3
**absence** [1] - 34:24
**absent** [1] - 67:16
**Absolute** [1] - 55:15
**absolutely** [6] - 34:19, 34:20, 58:3, 60:21, 61:8, 67:7
**abuse** [1] - 43:22
**accept** [1] - 34:5
**access** [12] - 51:8, 53:8, 53:18, 53:24, 55:13, 56:19, 57:9, 63:7, 63:8, 64:18, 65:8, 65:18
**accident** [1] - 45:11
**accommodate** [2] - 74:8, 77:11
**accomplish** [1] - 75:19
**according** [1] - 58:16
**account** [1] - 62:11
**accrue** [1] - 69:21
**accurate** [1] - 57:17
**acquired** [1] - 19:12
**Act** [3] - 35:8, 48:11, 75:4
**act** [1] - 58:9
**acting** [1] - 69:6
**action** [2] - 13:8, 56:1
**actions** [1] - 57:9
**activities** [2] - 24:20, 24:21
**activity** [1] - 61:11
**add** [1] - 17:10
**addition** [2] - 20:15, 33:25
**additional** [7] - 4:10, 33:19, 37:9, 37:10, 44:4, 44:24, 51:2

**address** [7] - 7:9, 22:17, 42:7, 43:1, 43:3, 55:9, 70:24
**addressed** [1] - 77:9
**administer** [1] - 2:6
**admissible** [1] - 59:9
**admission** [1] - 43:13
**admitted** [19] - 4:24, 15:6, 18:2, 19:21, 34:7, 36:5, 37:18, 40:19, 41:18, 44:18, 80:13, 80:15, 80:17, 80:19, 80:21, 80:23, 80:25, 81:2, 81:4
**advice** [3] - 5:8, 11:18, 12:4
**advocacy** [1] - 63:4
**affect** [2] - 53:2, 53:3
**affidavit** [1] - 72:6
**afraid** [1] - 71:16
**age** [5] - 23:20, 43:21, 45:23, 45:24, 55:1
**Agent** [14] - 6:16, 6:19, 6:20, 6:22, 6:23, 7:3, 8:21, 8:24, 34:18, 34:25, 49:15, 57:14, 58:17, 58:24
**agent** [11] - 6:17, 57:10, 57:11, 57:25, 58:1, 59:16, 60:8, 60:9, 60:10, 60:13, 60:15
**agitated** [1] - 41:10
**ago** [1] - 9:20
**agree** [1] - 75:17
**ahead** [1] - 67:10
**ailments** [1] - 45:11
**airplane** [1] - 47:9
**Albemarle** [2] - 65:12, 65:14
**alcohol** [1] - 42:10
**Alexei** [1] - 31:6
**alien** [1] - 16:2
**allegation** [2] - 10:17, 16:19, 20:20, 44:15, 61:1
**allegations** [7] - 10:5, 17:8, 40:5, 42:22, 55:2, 59:19, 60:17
**alleged** [7] - 10:4, 10:5, 15:23, 53:25, 57:10, 61:11, 78:10
**allegedly** [3] - 54:5, 59:22, 59:23
**Allen** [3] - 1:16, 2:18, 6:8
**allow** [3] - 39:12, 41:4, 69:22
**allows** [1] - 64:5
**alone** [1] - 41:7
**amending** [1] - 72:23
**Amendment** [1] - 72:7
**AMERICA** [1] - 1:4
**amount** [1] - 53:24
**anger** [1] - 39:24
**announced** [1] - 10:2
**annual** [1] - 53:22

**answer** [8] - 29:8, 29:19, 30:10, 32:16, 47:24, 68:18, 69:19, 69:24

**anticipate** [2] - 69:25, 77:13

**anticipated** [1] - 52:13

**anticipates** [1] - 75:8

**apart** [1] - 7:10

**apartment** [2] - 21:14, 56:17

**Apex** [1] - 22:18

**apologize** [3] - 13:25, 29:1, 69:4

**apparent** [2] - 57:22, 66:13

**appear** [1] - 61:20

**appearance** [16] - 4:9, 5:2, 5:22, 6:9, 6:10, 11:19, 11:23, 12:5, 12:9, 12:11, 12:16, 12:21, 12:22, 12:25, 51:22, 51:25

**Appearance** [2] - 11:11, 11:13

**APPEARANCES** [1] - 1:11

**appeared** [1] - 42:9

**appearing** [1] - 12:25

**application** [2] - 10:6, 10:10

**appreciate** [6] - 37:8, 71:5, 73:17, 75:3, 77:23, 77:25

**appreciated** [1] - 77:12

**approach** [3] - 9:8, 14:24, 33:18

**approached** [2] - 6:17, 8:21

**appropriate** [6] - 3:18, 12:14, 37:6, 37:24, 66:5, 69:6

**approval** [1] - 78:19

**approve** [2] - 9:5, 9:6

**approved** [1] - 9:4

**April** [6] - 27:11, 64:23, 67:18, 73:5, 73:24, 74:5

**arduous** [1] - 45:18

**area** [2] - 22:20, 23:14

**areas** [1] - 52:2

**argue** [4] - 9:10, 12:9, 14:19, 38:25

**argued** [6] - 15:16, 16:20, 17:17, 18:9, 18:18, 18:25

**argues** [2] - 15:10, 19:6

**argument** [6] - 3:4, 17:23, 19:13, 35:6, 35:20, 53:3

**arguments** [3] - 21:3, 47:11, 60:19

**arise** [1] - 76:8

**arraigned** [1] - 67:18

**arraignment** [9] - 67:21, 70:2, 70:3, 70:11, 70:17, 70:23, 73:22, 77:14

**arrangement** [1] - 20:8

**arrest** [1] - 46:10

**arrested** [6] - 6:7, 24:9,

27:23, 31:19, 42:20, 43:19

**arrived** [1] - 41:1

**articles** [1] - 43:4

**assessment** [2] - 39:20, 45:20

**assets** [1] - 56:11

**assist** [1] - 5:7

**assisting** [1] - 8:5

**assists** [1] - 77:15

**associated** [1] - 54:25

**assume** [1] - 36:1

**assumed** [1] - 70:11

**assumption** [1] - 19:4

**assurance** [4] - 35:11, 35:15, 61:17, 61:20

**assure** [4] - 50:14, 54:9, 54:20, 62:24

**assuredly** [1] - 42:24

**attached** [1] - 44:8

**attack** [1] - 45:19

**attempt** [1] - 64:17

**attempted** [2] - 43:18, 54:6

**attending** [1] - 33:3

**attention** [3] - 52:12, 63:9, 67:17

**attentive** [1] - 24:7

**attorney** [8] - 6:20, 8:7, 8:9, 9:1, 9:9, 10:3, 28:13, 51:23

**Attorney** [1] - 11:14

**attorney-client** [1] - 8:9

**attorneys** [3] - 6:7, 52:4, 52:8

**Attorneys'** [1] - 1:12

**attributed** [2] - 38:9, 78:9

**audio** [1] - 66:14

**AUSA** [1] - 51:11

**authority** [1] - 54:4

**availability** [1] - 75:12

**available** [10] - 10:22, 11:1, 12:14, 13:25, 14:2, 25:16, 63:18, 63:22, 77:6, 78:20

**Avenue** [2] - 1:14, 53:23

**avenues** [2] - 57:1, 58:11

**avoid** [1] - 55:4

**await** [1] - 49:18

**awaiting** [1] - 63:9

**aware** [5] - 4:12, 27:7, 28:10, 66:25, 69:5

### B

**bad** [4] - 42:14, 42:16, 49:3, 59:22

**bail** [1] - 43:16

**Bail** [2] - 35:8, 48:11

**band** [1] - 65:16

**bank** [1] - 62:10

**bar** [2] - 5:6, 12:15

**Barbara** [1] - 1:13

**Barnett** [1] - 48:24

**based** [7] - 8:15, 24:22, 36:24, 52:13, 67:18, 74:2, 78:8

**basis** [3] - 16:1, 33:5, 41:12

**Beckwith** [1] - 22:18

**becomes** [2] - 47:15, 48:1

**bed** [4] - 20:4, 20:5, 20:6, 20:17

**BEFORE** [1] - 1:10

**beginning** [1] - 4:12

**behalf** [3] - 2:15, 10:18, 33:15

**behavior** [1] - 24:5

**Belarus** [11] - 15:14, 16:10, 17:10, 17:12, 17:14, 17:15, 17:16, 17:18, 17:21, 23:4, 56:25

**believes** [3] - 37:22, 56:22, 71:1

**Bell** [10] - 6:16, 6:17, 6:19, 6:21, 6:22, 6:23, 7:3, 8:21, 8:24, 9:8

**benefits** [1] - 69:20

**Bern** [4] - 1:5, 1:14, 1:20, 77:14

**best** [8] - 4:12, 43:14, 43:23, 50:8, 59:11, 61:12, 72:15, 75:17

**better** [1] - 21:4

**between** [7] - 7:23, 8:23, 16:22, 38:23, 40:25, 45:23, 62:16, 68:25, 69:15

**beyond** [1] - 37:25

**Bible** [1] - 22:3

**big** [3] - 18:6, 27:6, 62:10

**birth** [1] - 27:10

**bit** [3] - 34:10, 34:11, 55:8

**blame** [1] - 58:25

**bone** [1] - 45:12

**borders** [2] - 53:18, 62:17

**born** [3] - 17:15, 17:16, 23:4

**bought** [4] - 18:17, 18:19, 18:22

**break** [1] - 49:20

**bribe** [1] - 54:6

**bribery** [2] - 60:5, 60:14

**brief** [12] - 15:10, 17:9, 17:17, 18:17, 24:4, 34:14, 35:4, 38:20, 38:22, 40:8, 53:7, 53:11

**briefly** [1] - 23:13

**bring** [2] - 11:16, 63:9

**bringing** [1] - 69:3

**brought** [2] - 5:12, 67:16

**built** [1] - 46:7

**burden** [3] - 3:6, 3:13, 18:11

**business** [3] - 2:5, 32:3,

73:8

**businessman** [1] - 43:24

**buttresses** [1] - 57:14

**buy** [1] - 53:23

**buys** [1] - 19:19

**BY** [8] - 22:12, 24:12, 27:16, 28:7, 30:15, 32:18, 80:6, 80:8

### C

**calm** [1] - 42:9

**cannot** [3] - 43:25, 47:2, 71:16

**capabilities** [1] - 63:24

**capability** [1] - 56:23

**Capital** [1] - 33:21

**car** [1] - 27:2

**card** [8] - 16:2, 16:3, 16:25, 17:1, 17:4, 17:6, 17:7, 27:20

**care** [2] - 19:4, 59:1

**carefully** [1] - 70:6

**caring** [1] - 24:7

**CAROLINA** [1] - 1:1

**Carolina** [1] - 1:5

**cars** [2] - 41:25, 56:8

**Case** [1] - 11:11

**case** [42] - 5:2, 6:5, 8:8, 11:12, 31:3, 31:9, 32:13, 34:14, 35:5, 35:6, 40:7, 43:13, 48:25, 50:7, 51:15, 54:13, 55:2, 55:5, 58:4, 58:5, 58:8, 58:22, 59:15, 59:18, 62:13, 62:21, 64:16, 66:7, 66:13, 67:1, 67:11, 70:1, 70:4, 73:22, 73:24, 74:9, 74:22, 75:18, 77:6, 78:3

**cases** [14] - 35:11, 48:5, 48:6, 48:7, 48:10, 48:13, 49:6, 49:8, 49:9, 49:11, 49:13, 59:10

**categories** [1] - 48:23

**causes** [2] - 7:17, 42:4

**cell** [2] - 34:4, 69:3

**cellular** [1] - 64:25

**certain** [6] - 10:5, 45:13, 66:24, 67:16, 69:22, 70:18

**certainly** [14] - 27:15, 52:1, 52:3, 54:25, 55:1, 57:24, 62:18, 67:22, 69:24, 75:7, 75:14, 75:17, 77:3, 78:16

**certainty** [2] - 35:13, 48:4

**certify** [1] - 79:12

**challenge** [1] - 59:19

**chance** [1] - 37:2

**changing** [1] - 72:22

**character** [1] - 35:17

**characterization** [1] - 4:17

**characterized** [2] - 6:5,

49:10

**charged** [10] - 29:9, 29:14, 29:22, 31:2, 31:8, 31:17, 48:25, 49:3, 56:13, 62:8

**charges** [14] - 6:6, 27:7, 28:10, 28:11, 28:14, 28:17, 29:6, 30:17, 34:18, 34:20, 34:25, 48:21, 56:14, 58:13

**Charlotte** [6] - 1:18, 5:12, 5:14, 5:25, 6:15, 50:3

**chicken** [1] - 59:25

**child** [1] - 69:13

**children** [7] - 20:10, 21:11, 21:14, 23:17, 23:25, 46:5, 46:8

**choking** [1] - 43:19

**chronic** [1] - 45:9

**CHS** [1] - 58:5

**CHS's** [2] - 58:3, 58:9

**circle** [1] - 31:18

**Circuit** [2] - 61:19, 72:14

**circumstance** [4] - 19:15, 41:9, 43:18, 63:24

**circumstances** [6] - 21:2, 48:14, 53:20, 54:14, 64:16, 67:16

**citation** [1] - 43:12

**cite** [3] - 17:11, 43:11, 43:16

**cited** [3] - 35:12, 48:4, 49:14

**citizen** [4] - 17:2, 17:16, 27:17, 62:14

**citizenship** [14] - 15:14, 15:18, 15:23, 16:13, 16:20, 16:23, 16:24, 17:8, 17:13, 17:19, 51:13, 53:9, 53:12

**citizenships** [2] - 47:12, 53:8

**civil** [1] - 74:23

**claim** [7] - 10:13, 10:24, 16:12, 16:21, 17:8, 17:12, 56:10

**claimed** [1] - 51:14

**claiming** [1] - 16:24

**clamor** [2] - 34:13, 35:4

**clarify** [1] - 22:15

**clear** [3] - 44:1, 48:12, 48:13

**clearly** [1] - 62:13

**clerk** [6] - 2:6, 2:10, 11:13, 22:7, 70:3, 78:15

**CLERK** [4] - 2:7, 21:24, 22:2, 22:8

**client** [6] - 8:9, 52:9, 54:24, 62:14, 68:15, 72:19

**client's** [2] - 65:23, 74:7

**close** [2] - 14:16, 65:6

**co** [3] - 31:3, 66:22, 68:1

**co-conspirator** [1] - 31:3

**co-defendants** [2] - 66:22, 68:1

**cold** [1] - 9:24

**colorful** [1] - 39:23

**column** [3] - 15:20, 15:25, 51:12

**comforted** [1] - 54:17

**Commenced** [1] - 2:1

**comment** [3] - 9:18, 58:21, 60:5

**commentary** [1] - 20:23

**comments** [3] - 60:3, 60:11, 74:6

**commit** [4] - 34:16, 43:17, 49:9, 57:8

**common** [2] - 20:23, 44:3

**communicate** [4] - 12:10, 65:5, 71:16, 71:19

**communications** [2] - 8:23, 8:25

**community** [10] - 24:23, 25:7, 25:8, 25:9, 33:2, 34:23, 39:11, 45:17, 46:24, 48:15

**company** [4] - 10:20, 61:6, 62:4

**compel** [1] - 62:21

**compelling** [3] - 43:4, 74:4, 74:17

**compels** [1] - 51:23

**complaint** [2] - 41:1, 67:22

**complete** [1] - 34:24

**completed** [1] - 25:17

**completely** [2] - 7:5, 7:10

**complied** [1] - 30:9

**computer** [5] - 65:9, 65:10, 65:15, 67:3

**concern** [12] - 3:21, 5:25, 7:2, 7:15, 7:17, 8:8, 54:7, 58:7, 60:20, 75:2, 75:4, 76:25

**concerned** [1] - 54:16

**concerning** [2] - 52:16, 63:7

**concerns** [7] - 3:18, 3:23, 4:10, 8:1, 74:7, 75:2, 77:3

**concert** [2] - 39:4, 39:8

**Concluded** [1] - 79:7

**conclusion** [3] - 29:17, 30:7, 62:21

**condition** [2] - 43:15, 54:23

**conditions** [15] - 13:6, 30:8, 34:1, 34:5, 34:21, 35:9, 35:14, 40:2, 46:10, 48:3, 50:14, 54:9, 54:20, 61:16, 62:24

**condo** [8] - 18:1, 18:17, 19:7, 19:19, 20:5, 20:6, 20:12, 21:12

**condominium** [4] - 18:21, 18:22, 19:24, 53:23

**conduct** [3] - 19:20, 33:24, 55:13

**conference** [4] - 70:15, 70:16, 70:22, 75:10

**conferencing** [1] - 65:21

**confident** [1] - 75:19

**confidential** [10] - 8:2, 21:13, 35:21, 38:23, 39:2, 39:6, 40:8, 40:10, 40:12, 46:20

**confidentiality** [1] - 36:1

**confinement** [1] - 71:12

**confirm** [1] - 33:22

**conflict** [2] - 74:4, 74:17

**conflicts** [2] - 74:11, 74:21

**connection** [5] - 8:19, 9:3, 59:9, 59:17, 61:9

**connects** [1] - 61:10

**consents** [1] - 75:15

**consequences** [1] - 46:3

**consider** [1] - 40:18

**consideration** [2] - 62:18, 63:12

**considered** [2] - 6:19, 54:13

**conspiracy** [3] - 49:2, 49:3, 49:8

**conspirator** [1] - 31:3

**Constitution** [1] - 9:10

**constitutional** [1] - 49:6

**constitutionally** [1] - 35:1

**consult** [1] - 52:1

**contact** [5] - 7:22, 8:10, 27:25, 42:25, 52:8

**contacted** [1] - 6:25

**contacts** [1] - 46:24

**continuance** [1] - 67:23

**continue** [4] - 4:6, 7:18, 8:7, 20:8

**continued** [1] - 73:14

**continues** [2] - 60:2, 69:15

**continuing** [1] - 8:10

**contract** [2] - 64:5, 76:4

**contracted** [1] - 54:18

**contracts** [1] - 76:22

**controls** [2] - 39:11, 47:7

**convene** [1] - 75:10

**conversation** [1] - 37:16

**conversations** [1] - 58:4

**conveyed** [1] - 10:7

**conveying** [1] - 55:21

**convicted** [1] - 27:5

**convincing** [1] - 44:2

**cooperation** [1] - 61:4

**cooperative** [1] - 69:17

**copies** [1] - 15:5

**copy** [5] - 11:15, 35:24, 40:4, 40:15, 78:15

**correct** [7] - 30:22, 31:23,

32:10, 32:13, 32:20, 78:11, 79:12

**Cotter** [4] - 30:25, 31:2, 60:12, 67:24

**Counsel** [1] - 11:11

**counsel** [30] - 3:10, 7:1, 7:4, 7:5, 8:18, 8:25, 11:12, 11:14, 11:18, 11:22, 12:3, 12:12, 28:13, 50:21, 51:14, 52:25, 55:6, 65:20, 69:1, 69:16, 72:2, 73:10, 73:13, 73:20, 77:4, 77:10, 78:6, 78:7

**countries** [2] - 15:13, 15:18

**country** [7] - 27:18, 54:1, 54:5, 57:16, 58:15, 62:15, 73:8

**counts** [1] - 8:4

**County** [20] - 22:20, 63:18, 63:19, 63:21, 63:25, 64:6, 64:17, 65:15, 65:19, 66:23, 67:2, 69:9, 71:12, 71:20, 76:4, 76:5, 76:9, 76:24, 76:25

**county** [6] - 71:14, 76:13, 76:16, 76:19, 76:20, 76:23

**couple** [5] - 8:13, 59:7, 63:1, 70:17, 71:8

**course** [11] - 24:1, 24:3, 25:1, 25:10, 25:23, 26:13, 33:24, 39:20, 47:24, 59:15, 77:10

**COURT** [123] - 1:1, 2:2, 2:5, 2:11, 2:15, 2:23, 3:9, 3:21, 4:4, 4:18, 4:22, 4:24, 5:1, 5:4, 5:10, 5:13, 5:16, 5:18, 5:21, 5:24, 7:11, 7:19, 8:12, 11:10, 11:25, 12:20, 13:3, 13:16, 13:21, 14:2, 14:4, 14:8, 14:12, 14:17, 14:21, 14:25, 15:4, 19:23, 21:23, 24:11, 27:15, 28:3, 28:24, 29:8, 29:19, 30:10, 32:15, 33:12, 33:14, 36:7, 36:11, 36:14, 36:17, 36:24, 37:10, 37:12, 37:20, 38:6, 44:19, 45:1, 45:5, 45:7, 49:21, 49:25, 50:6, 51:6, 51:16, 52:19, 53:2, 53:13, 55:17, 59:5, 62:14, 63:3, 64:2, 64:4, 64:9, 64:12, 64:15, 64:21, 65:9, 65:18, 65:22, 66:3, 66:7, 66:11, 66:16, 67:1, 67:5, 67:8, 67:14, 67:25, 68:5, 68:9, 68:13, 68:19, 68:22, 69:2, 69:11, 69:20, 71:5, 72:10, 72:13, 72:20, 73:5, 73:10, 73:14, 73:18, 74:12, 74:20, 75:7, 75:14, 76:1, 76:10, 76:19, 77:2,

77:21, 78:1, 78:6, 78:14, 78:17, 79:1, 79:4

**Court** [36] - 1:19, 9:24, 12:10, 13:5, 14:14, 17:17, 22:16, 34:2, 34:6, 34:21, 35:10, 35:15, 37:25, 40:1, 42:25, 45:2, 47:24, 48:8, 50:13, 52:11, 52:15, 54:8, 54:15, 59:10, 63:5, 63:10, 64:13, 69:3, 69:9, 70:8, 70:20, 70:25, 72:4, 72:8, 72:19, 77:12

**court** [8] - 10:3, 10:7, 11:16, 27:14, 47:23, 62:25, 64:25, 74:21

**Court's** [6] - 11:7, 37:20, 40:1, 54:24, 72:23, 74:23

**courtesy** [1] - 73:17

**courtroom** [2] - 26:4, 51:21

**create** [4] - 18:8, 19:2, 20:2, 61:17

**crime** [1] - 27:5

**crimes** [1] - 48:20

**Criminal** [1] - 11:11

**criminal** [6] - 11:12, 12:3, 46:3, 46:23, 57:9, 74:22

**cross** [3] - 3:7, 29:18, 53:18

**CROSS** [2] - 28:6, 80:7

**CROSS-EXAMINATION** [2] - 28:6, 80:7

**cross-examination** [1] - 29:18

**cross-examine** [1] - 3:7

**CRR** [2] - 1:19, 79:17

**crying** [1] - 42:11

**curricular** [1] - 24:21

**custodial** [1] - 33:19

**custodian** [6] - 14:15, 21:19, 25:12, 25:21, 29:14, 62:1

**custodians** [1] - 25:17

**cut** [1] - 42:11

## D

**D-1** [2] - 15:19, 15:20

**D-10** [3] - 44:20, 44:22, 78:21

**D-3** [3] - 19:10, 55:15

**D-4** [1] - 33:18

**D-5** [4] - 35:24, 36:15, 36:25, 38:1

**D-6** [5] - 37:15, 37:21, 38:1, 38:5, 38:11

**D-7** [4] - 40:4, 55:14, 55:24

**D-9** [4] - 41:15, 78:7, 78:10, 78:14

**danger** [13] - 21:17, 34:11, 34:23, 35:16, 39:10, 39:22,

44:13, 45:16, 47:16, 48:10, 48:15, 57:8, 60:1

**dangerous** [1] - 71:18

**dangerousness** [1] - 39:21

**Date** [1] - 79:17

**date** [4] - 10:11, 27:10, 69:22, 70:18

**dates** [1] - 62:25

**daughter** [10] - 20:11, 23:15, 23:16, 23:20, 23:22, 23:25, 24:10, 24:19, 42:17

**days** [5] - 37:4, 37:21, 70:17, 78:15, 78:24

**DE** [1] - 14:6

**de** [4] - 3:4, 13:9, 13:20, 13:22

**deadline** [5] - 72:22, 73:4, 73:19, 73:20, 74:14

**deal** [5] - 12:12, 18:6, 34:13, 71:3, 72:2

**dealing** [1] - 70:22

**December** [1] - 58:16

**decide** [2] - 13:16, 52:7

**decided** [2] - 21:3, 52:16

**decision** [3] - 11:7, 13:19, 63:4

**decree** [1] - 19:11

**deed** [3] - 17:25, 18:24, 55:21

**Defendant** [4] - 1:8, 1:16, 69:1, 69:16

**defendant** [22] - 2:15, 3:13, 6:4, 6:12, 6:19, 6:20, 8:11, 9:1, 9:9, 11:12, 14:10, 33:16, 50:10, 55:7, 55:9, 62:25, 69:8, 69:21, 70:8, 70:12, 74:24

**defendant's** [3] - 3:12, 50:12, 52:4

**Defendant's** [18] - 15:6, 18:2, 19:21, 34:7, 36:5, 37:18, 40:19, 41:18, 44:17, 55:13, 55:20, 80:17, 80:19, 80:21, 80:23, 80:25, 81:2, 81:4

**defendants** [4] - 66:22, 67:2, 67:15, 68:1

**Defense** [1] - 15:2

**defense** [19] - 3:15, 3:20, 6:13, 6:14, 7:1, 7:3, 28:13, 33:19, 51:13, 52:24, 55:14, 57:6, 58:5, 68:8, 69:1, 69:16, 77:4, 77:7, 77:10

**defense's** [1] - 14:23

**defied** [1] - 54:24

**defined** [1] - 70:1

**definitely** [1] - 58:21

**demonstrably** [1] - 15:18

**demonstrate** [2] - 20:7, 46:17

demonstrated [4] - 15:19, 53:17, 54:4, 62:15

**deported** [3] - 38:14, 38:17, 57:22

**described** [1] - 57:10

**Description** [1] - 80:11

**description** [1] - 24:4

**desire** [1] - 57:4

**detail** [2] - 8:1, 76:15

**detention** [3] - 11:7, 52:11, 59:9

**determinative** [1] - 62:18

**determined** [1] - 55:4

**device** [2] - 34:3, 63:14

**devoted** [1] - 46:5

**DHS** [5] - 60:8, 60:9, 60:10, 60:13, 60:15

**diabetes** [1] - 45:8

**diabetic** [1] - 71:18

**difference** [2] - 16:22, 45:22

**different** [8] - 15:13, 47:12, 49:15, 50:25, 52:24, 53:5, 53:6, 76:23

**difficult** [6] - 46:9, 50:3, 54:8, 63:17, 64:1, 76:15

**digits** [1] - 16:5

**dint** [1] - 16:21

**dire** [1] - 74:15

**DIRECT** [2] - 22:11, 80:5

**direction** [1] - 12:22

**directly** [3] - 35:8, 53:7, 53:21

**disagree** [1] - 53:4

**disclose** [2] - 8:23, 18:16

**disclosing** [1] - 18:21

**discovery** [2] - 10:14, 61:3

**discuss** [1] - 70:20

**discussed** [1] - 15:11

**discussion** [6] - 11:8, 38:13, 38:23, 58:19, 68:25, 72:12

**Discussion** [1] - 69:15

**discussions** [1] - 38:16

**dispute** [1] - 48:21

**disrespect** [1] - 60:20

**district** [1] - 25:16

**DISTRICT** [3] - 1:1, 1:1, 1:10

**DIVISION** [1] - 1:2

**Divorce** [1] - 55:15

**divorce** [6] - 19:9, 19:10, 19:11, 19:16, 19:18, 41:3

**docket** [1] - 14:4

**Docket** [1] - 1:4

**doctor** [1] - 77:2

**document** [10] - 15:9, 15:21, 15:25, 16:8, 16:9, 16:10, 16:11, 16:14, 16:21,

16:23

**documentary** [1] - 61:3

**documents** [8] - 16:1, 16:7, 16:11, 17:11, 17:19, 51:13, 65:24, 75:3

**DOJ** [2] - 8:25, 9:9

**dollar** [2] - 61:10, 61:11

**domestic** [6] - 40:6, 40:9, 40:24, 42:22, 43:22, 56:9

**done** [4] - 51:14, 51:25, 56:1, 71:23

**door** [5] - 42:8, 42:13, 42:19, 54:18, 59:3

**down** [10] - 16:18, 33:14, 42:9, 43:6, 49:17, 51:16, 55:2, 55:4, 56:20

**draft** [1] - 36:19

**Draga** [1] - 2:8

**dramatic** [1] - 45:22

**drinking** [2] - 21:1, 21:3

**drinks** [3] - 41:23, 42:3, 56:5

**drive** [1] - 39:16

**driver's** [1] - 26:25

**driving** [1] - 39:14

**dropped** [1] - 36:11

**drug** [2] - 48:21, 49:11

**due** [2] - 36:1, 73:15

**during** [1] - 6:5

## E

**ease** [1] - 49:22

**easier** [1] - 63:21

**easily** [1] - 46:11

**EASTERN** [1] - 1:1

**easy** [1] - 20:17

**Edgecombe** [3] - 63:21, 65:15, 65:19

**effect** [1] - 74:7

**effectively** [1] - 62:16

**efficiently** [1] - 62:16

**effort** [1] - 58:10

**egg** [1] - 59:25

**eight** [1] - 20:10

**Eischeid** [1] - 48:24

**either** [4] - 5:4, 10:18, 38:2, 74:17

**electronic** [2] - 26:20, 62:20

**email** [1] - 7:8

**embassy** [3] - 47:3, 47:5, 47:6

**employed** [1] - 15:24

**employer** [1] - 10:9

**employing** [1] - 10:20

**encounter** [1] - 46:18

**encounters** [1] - 46:19

**end** [4] - 38:11, 56:21, 57:5,

75:20

**ending** [1] - 16:6
**enforced** [1] - 46:11
**engage** [2] - 46:9, 70:15
**engaged** [1] - 44:15
**engages** [1] - 46:1
**English** [2] - 44:24, 71:14
**enhances** [1] - 54:19
**enter** [6] - 6:10, 16:20, 16:24, 52:13, 74:12, 79:5
**entered** [5] - 4:8, 6:9, 32:2, 72:23

**entering** [2] - 17:2, 17:5
**entertaining** [1] - 25:6
**entirety** [1] - 36:15
**entitled** [3] - 3:3, 49:7, 79:13

**entry** [1] - 17:4
**erred** [1] - 48:5
**errors** [1] - 34:15
**escape** [1] - 45:19
**especially** [1] - 58:18
**establish** [3] - 13:15, 44:6, 62:9

**establishes** [1] - 40:23
**estate** [1] - 18:8
**estimate** [1] - 74:2
**etched** [1] - 77:3
**evaluate** [2] - 59:11, 59:12
**event** [1] - 7:2
**events** [1] - 33:2
**everyday** [1] - 33:5
**evidence** [53] - 3:5, 3:14, 10:17, 13:15, 13:17, 14:9, 15:7, 18:3, 18:12, 18:13, 19:22, 20:7, 20:22, 20:25, 33:15, 34:8, 34:12, 34:17, 34:20, 34:24, 35:2, 35:18, 36:6, 37:19, 40:20, 41:19, 43:3, 43:6, 44:2, 44:3, 44:5, 44:18, 46:15, 46:22, 54:12, 54:15, 59:11, 59:12, 59:13, 59:16, 60:21, 61:3, 61:9, 75:12, 80:14, 80:16, 80:18, 80:20, 80:22, 80:24, 81:1, 81:3, 81:5
**Evidence** [1] - 59:14
**evidenced** [1] - 53:16
**evidentiary** [2] - 3:15, 13:14
**exacerbated** [1] - 44:12
**exacerbates** [1] - 4:10
**exact** [1] - 50:19
**exactly** [4] - 3:1, 11:5, 19:8, 63:13

**exaggerating** [1] - 38:19
**examination** [1] - 29:18
**EXAMINATION** [4] - 22:11, 28:6, 80:5, 80:7
**Examinations** [1] - 80:3
**examine** [2] - 3:7, 21:20

**example** [6] - 38:21, 45:21, 53:22, 63:14, 70:10, 71:20
**exclusively** [1] - 34:17
**excuse** [1] - 21:21
**execute** [1] - 55:21
**exercises** [1] - 45:13
**exhibit** [6] - 14:23, 16:1, 16:11, 41:14, 50:23, 53:14
**Exhibit** [28] - 15:2, 15:6, 15:19, 15:20, 18:2, 19:10, 19:21, 33:18, 34:7, 35:24, 36:5, 37:18, 40:3, 40:19, 41:14, 41:18, 44:17, 77:8, 80:13, 80:15, 80:17, 80:19, 80:21, 80:23, 80:25, 81:2, 81:4
**exhibits** [3] - 14:14, 14:20, 55:14

**expediting** [1] - 74:9
**experience** [1] - 24:22
**expertise** [1] - 52:2
**expiration** [1] - 37:5
**expire** [1] - 16:4
**expired** [1] - 16:5
**explain** [4] - 3:25, 7:15, 7:25, 44:19
**explained** [1] - 51:23
**explains** [1] - 21:13
**explicitly** [1] - 51:12
**extends** [1] - 37:21
**extra** [2] - 14:20, 33:23

## F

**face** [2] - 17:1, 53:21
**faces** [1] - 54:12
**facilitate** [2] - 2:16, 63:10
**facilitated** [1] - 30:1
**facilities** [2] - 63:20, 64:18
**facing** [1] - 58:12
**fact** [20] - 7:7, 16:10, 16:25, 18:6, 19:2, 20:24, 33:25, 38:18, 43:13, 48:16, 51:6, 53:24, 54:23, 60:9, 60:22, 62:7, 62:12, 62:20, 74:22, 75:5
**factor** [1] - 62:19
**factoring** [1] - 54:7
**factors** [1] - 54:13
**facts** [3] - 34:12, 57:12, 61:21
**factual** [1] - 12:13
**failure** [3] - 18:14, 35:1, 73:3
**fairly** [1] - 48:17
**falls** [3] - 4:9, 29:2, 76:14
**false** [6] - 15:19, 16:21, 47:14, 53:10, 53:12
**familiar** [1] - 26:8

**families** [1] - 24:24
**family** [6] - 23:18, 24:23, 25:3, 25:5, 28:19, 29:11
**far** [7] - 10:7, 15:25, 54:23, 61:2, 76:3
**fashion** [5] - 13:5, 50:13, 54:8, 54:19, 62:23
**father** [6] - 21:7, 24:5, 24:6, 29:3, 42:2, 46:6
**FBI's** [1] - 36:22
**February** [7] - 19:12, 35:20, 37:17, 38:15, 46:18, 55:24, 73:9
**Federal** [1] - 59:14
**feeble** [1] - 57:6
**few** [3] - 3:22, 48:19
**Fifth** [1] - 72:7
**figure** [3] - 65:7, 66:24, 77:20
**file** [11] - 10:16, 11:3, 11:13, 11:18, 12:14, 12:25, 16:15, 37:6, 52:17, 70:10, 77:17
**filed** [6] - 5:1, 5:21, 8:3, 19:11, 64:23, 72:25
**filing** [3] - 73:19, 73:20, 74:15
**financial** [3] - 32:12, 46:7, 56:1
**finish** [1] - 28:24
**firearm** [1] - 30:1
**firearms** [1] - 26:14
**firm** [3] - 6:8, 33:20, 54:17
**first** [17] - 2:5, 3:7, 8:14, 9:22, 13:13, 14:23, 16:22, 20:1, 20:3, 23:7, 36:18, 38:8, 44:14, 46:23, 59:21, 60:20
**firsthand** [1] - 34:19
**fit** [1] - 48:22
**five** [6] - 15:12, 15:13, 15:18, 51:8, 53:8, 67:10
**five-week** [1] - 67:10
**FLANAGAN** [1] - 1:10
**fled** [1] - 54:25
**flight** [5] - 15:16, 17:18, 19:20, 21:17, 45:16, 53:15, 56:15, 58:12, 62:10, 72:8
**fly** [1] - 53:20
**focus** [2] - 13:3, 52:12
**focused** [4] - 52:20, 53:15, 53:23, 55:7
**folks** [1] - 44:9
**following** [3] - 15:9, 73:9, 74:1
**food** [1] - 71:17
**foot** [1] - 58:15
**foregoing** [1] - 79:12
**foreign** [4] - 17:3, 17:5, 66:15, 75:11
**forgetting** [1] - 9:2
**forgive** [1] - 73:2

**forgot** [1] - 30:13
**form** [3] - 32:5, 51:24, 52:14
**formerly** [1] - 15:1
**forth** [4] - 21:19, 25:4, 25:21, 56:16
**forward** [5] - 14:21, 21:24, 37:12, 59:20, 69:22
**four** [6] - 5:24, 8:16, 9:17, 40:9, 40:10, 43:4
**Fourth** [2] - 61:19, 72:14
**frank** [1] - 70:25
**frankly** [1] - 44:12
**fraud** [5] - 10:4, 10:6, 10:13, 10:17, 10:25
**fraudulently** [1] - 8:6
**free** [1] - 22:14
**Freudian** [1] - 50:21
**friend** [5] - 4:16, 6:3, 28:21, 28:22, 29:4
**friends** [7] - 23:21, 25:10, 30:21, 30:24, 31:5, 31:11, 31:19
**front** [5] - 13:4, 42:19, 52:6, 73:22
**fulfill** [1] - 25:20
**fully** [4] - 4:12, 37:2, 50:11, 73:21
**fundamental** [1] - 35:1
**funds** [6] - 55:13, 56:2, 56:19, 57:17, 59:2, 60:4
**furnish** [2] - 20:12, 20:17
**furnished** [1] - 20:15
**furnishing** [1] - 19:23
**future** [3] - 9:7, 52:14, 62:25

## G

**gallery** [2] - 12:24, 52:10
**gang** [1] - 49:10
**gastritis** [1] - 45:9
**gatherings** [1] - 24:24
**gender** [1] - 43:9
**general** [1] - 55:21
**generally** [1] - 49:10
**generate** [1] - 19:3
**generates** [1] - 19:3
**gentlemen** [3] - 11:17, 12:2, 12:22
**girlfriend** [1] - 43:20
**given** [1] - 47:13
**Glenwood** [1] - 53:23
**goal** [1] - 75:20
**government** [4] - 10:22, 39:15, 61:5, 62:12
**Government** [75] - 2:12, 3:5, 3:7, 3:10, 4:11, 6:13, 7:5, 8:14, 8:17, 9:5, 9:12,

9:23, 10:5, 10:10, 15:9, 16:12, 16:19, 16:22, 17:17, 17:23, 18:5, 18:9, 18:15, 18:25, 19:6, 19:8, 20:19, 34:13, 34:15, 34:16, 34:24, 35:2, 35:4, 35:12, 35:16, 35:19, 36:1, 36:7, 37:1, 37:22, 38:19, 38:22, 40:11, 40:12, 40:14, 40:22, 41:16, 43:3, 43:7, 46:25, 47:11, 48:8, 50:11, 50:16, 51:1, 54:6, 55:3, 56:13, 56:22, 59:16, 59:21, 59:24, 60:1, 60:23, 60:24, 61:7, 61:8, 61:25, 70:21, 72:18, 74:16, 77:19, 78:4, 78:18, 78:23

**Government's** [14] - 10:24, 15:1, 19:13, 34:11, 38:20, 38:22, 40:5, 40:7, 43:12, 46:15, 53:10, 56:2, 60:19, 78:19

**GPS** [3] - 34:3, 47:6, 61:24

**grandchildren** [1] - 23:19

**grandkids** [3] - 23:18, 23:21, 32:24

**great** [6] - 7:17, 8:8, 12:12, 24:6, 34:13, 49:1

**greatly** [1] - 54:17

**green** [7] - 16:3, 16:25, 17:3, 17:6, 17:7, 27:20

**guarantee** [2] - 35:11, 61:17, 61:19

**guess** [3] - 4:10, 4:12, 13:18

**guidance** [1] - 9:10

**guide** [1] - 45:21

**Guidelines** [1] - 45:22

**guilt** [1] - 50:12

**guilty** [2] - 70:14, 73:23

**gun** [5] - 20:22, 38:13, 38:14, 38:16, 38:25

**guns** [4] - 20:18, 20:21, 21:4, 26:14

## H

**half** [1] - 71:24

**halfway** [1] - 59:3

**HAN** [1] - 13:2

**Han** [5] - 2:19, 5:4, 5:5, 12:18, 51:18

**hand** [2] - 22:2, 57:6

**handcuffs** [1] - 71:3

**handed** [3] - 15:4, 36:14, 44:20

**handle** [1] - 63:24

**happily** [1] - 58:6

**happy** [5] - 11:23, 12:16, 12:18, 36:3, 77:18

**hard** [3] - 24:16, 66:16, 68:11

**harm** [1] - 13:7

**harms** [1] - 50:15

**health** [3] - 47:8, 54:24, 71:8

**hear** [4] - 12:21, 20:14, 28:20, 55:8

**heard** [9] - 36:8, 46:5, 50:10, 50:16, 59:6, 69:7, 76:2, 77:4, 77:23

**Hearing** [1] - 1:6

**hearing** [20] - 3:4, 3:15, 6:16, 11:4, 13:10, 13:14, 13:22, 15:3, 17:9, 18:18, 40:22, 50:20, 51:21, 52:3, 52:11, 52:19, 59:9, 60:7, 73:15, 74:13

**HEARING** [1] - 1:9

**hearsay** [1] - 59:8

**heartbeat** [1] - 45:9

**held** [4] - 36:2, 37:16, 62:12, 64:2

**help** [3] - 41:7, 72:20, 75:23

**helping** [1] - 39:16

**hernia** [1] - 45:10

**hiatal** [1] - 45:10

**hide** [5] - 18:7, 18:20, 19:14, 20:3, 56:2

**highjack** [1] - 9:23

**himself** [5] - 6:20, 8:23, 46:7, 54:2, 65:23

**hire** [2] - 48:7, 48:25

**hired** [2] - 59:22, 59:23

**home** [15] - 20:9, 21:3, 22:16, 24:25, 25:8, 26:2, 26:12, 26:14, 26:17, 26:24, 31:23, 33:2, 33:5, 33:22, 71:3

**Honor** [161] - 2:3, 2:14, 2:17, 3:2, 3:11, 3:22, 3:25, 4:2, 4:7, 4:9, 4:13, 4:15, 5:6, 5:23, 6:2, 7:12, 7:16, 7:23, 8:1, 8:13, 11:1, 11:20, 12:6, 12:14, 13:2, 13:12, 13:19, 13:23, 14:1, 14:3, 14:6, 14:11, 14:13, 14:16, 14:22, 14:23, 15:8, 15:17, 15:25, 16:7, 18:4, 18:25, 20:2, 20:19, 21:16, 21:18, 21:20, 21:22, 27:12, 28:2, 28:4, 29:17, 30:7, 32:14, 33:11, 33:13, 33:17, 33:18, 34:9, 35:19, 35:25, 36:10, 36:13, 36:16, 36:19, 37:7, 37:11, 37:14, 38:3, 38:4, 38:8, 39:9, 40:3, 40:14, 40:18, 41:14, 41:21, 42:21, 43:3, 44:5, 45:4, 45:6, 45:15, 45:25, 46:1, 46:8, 46:13, 46:22,

47:4, 47:16, 49:13, 49:17, 49:18, 50:5, 50:9, 50:17, 50:24, 51:2, 51:10, 52:18, 53:1, 53:4, 55:11, 55:12, 55:16, 55:23, 56:16, 56:18, 57:1, 57:12, 57:21, 58:15, 59:4, 59:7, 59:25, 61:16, 62:3, 62:6, 63:2, 63:17, 64:7, 64:14, 64:20, 65:4, 66:2, 66:6, 66:10, 66:12, 66:18, 66:19, 67:4, 67:13, 67:20, 67:23, 68:3, 68:4, 68:18, 68:21, 68:24, 69:4, 69:14, 69:17, 70:20, 71:7, 71:9, 73:2, 73:7, 73:12, 73:16, 74:10, 74:18, 74:25, 75:13, 75:25, 76:3, 76:14, 77:19, 78:5, 78:13, 78:16, 78:25

**Honor's** [6] - 3:8, 60:4, 60:19, 62:7, 75:1, 75:4

**HONORABLE** [1] - 1:10

**hospital** [2] - 76:15, 76:24

**hours** [2] - 61:25, 76:18

**house** [22] - 17:24, 18:1, 19:2, 19:7, 19:17, 20:2, 20:16, 21:5, 21:6, 21:9, 21:15, 25:3, 26:8, 30:21, 31:12, 32:23, 41:4, 41:25, 46:10, 56:8, 56:17

**houses** [2] - 18:8, 18:10

**HSI** [1] - 6:16

**human** [10] - 8:2, 21:13, 35:21, 38:23, 39:3, 39:7, 40:8, 40:10, 40:12, 46:20

**hurt** [1] - 39:25

**Hurtado** [1] - 35:12

**husband** [9] - 26:3, 26:4, 26:11, 31:23, 32:2, 41:3, 43:18, 55:19, 55:20

## I

**idea** [1] - 33:1

**identified** [2] - 48:19, 60:16

**identify** [4] - 40:11, 40:17, 60:23, 62:5

**ignored** [1] - 47:23

**ill** [1] - 76:14

**illegally** [3] - 20:21, 57:18, 60:4

**imagine** [4] - 37:8, 45:1, 66:14, 75:16

**immense** [1] - 57:3

**immigration** [12] - 5:8, 5:9, 6:16, 8:4, 8:18, 8:20, 9:17, 10:16, 11:21, 12:12, 15:21, 16:15

**important** [2] - 16:17, 25:5

**importantly** [1] - 18:15,

61:1

**impose** [6] - 34:2, 34:6, 34:21, 35:10, 39:11, 46:1

**imposed** [1] - 40:2

**imprisoned** [1] - 69:12

**improper** [2] - 19:20, 30:7

**improperly** [1] - 20:21

**inability** [1] - 71:19

**incarceration** [1] - 44:13

**incentive** [1] - 58:14

**incident** [3] - 40:24, 41:17, 41:22

**include** [2] - 30:25, 31:5

**included** [1] - 56:25

**includes** [1] - 15:20

**including** [5] - 10:15, 23:25, 35:12, 45:11, 70:22

**incorrect** [2] - 17:9, 47:13

**incriminating** [1] - 27:24

**independent** [2] - 7:8, 7:9

**indicate** [7] - 6:11, 6:13, 10:11, 42:23, 44:10, 46:19, 50:1

**indicated** [1] - 6:21

**indicates** [4] - 9:5, 20:23, 20:25, 48:2

**indicating** [1] - 78:18

**indicted** [2] - 67:25, 68:1

**indictment** [2] - 67:24, 68:2

**individual** [9] - 8:5, 48:9, 56:10, 57:8, 57:15, 58:10, 61:2, 61:4, 61:6

**individual's** [1] - 55:13

**individuals** [1] - 6:5

**inference** [1] - 19:20

**influence** [1] - 11:6

**informants** [3] - 39:15, 39:16, 59:24

**information** [5] - 36:23, 45:2, 46:14, 47:13, 51:24

**initials** [1] - 78:9

**initiative** [2] - 38:1, 72:23

**injured** [1] - 42:12

**injuries** [1] - 45:11

**innocence** [1] - 50:12

**inside** [1] - 42:15

**insofar** [2] - 54:4, 66:20

**installed** [1] - 26:20

**instance** [2] - 13:24, 40:25

**instant** [1] - 53:20

**instead** [1] - 19:15

**instigator** [2] - 39:13, 46:17

**instructions** [2] - 70:10, 74:15

**insufficient** [1] - 13:14

**insure** [4] - 13:6, 30:8, 34:22, 35:23

**intend** [1] - 3:14

**intending** [1] - 58:16

**intends** [1] - 3:5
**intent** [2] - 19:2, 48:17
**interact** [1] - 25:8
**interacting** [2] - 25:2, 25:4
**interactions** [1] - 23:23
**interest** [5] - 32:12, 55:22, 56:1, 61:5, 75:17
**interesting** [2] - 19:25, 20:1
**interim** [1] - 50:15
**internet** [1] - 65:19
**interpreted** [1] - 12:8
**interpreter** [4] - 2:6, 2:9, 28:25, 49:19
**INTERPRETER** [5] - 2:8, 30:12, 49:19, 50:5, 50:9
**interpreters** [2] - 50:2
**interrupt** [1] - 4:3
**intimidating** [1] - 7:3
**intoxicated** [1] - 42:10
**introduced** [1] - 3:19
**introductions** [2] - 2:16, 4:18
**investigating** [3] - 6:23, 8:15, 9:16
**investigation** [7] - 4:14, 4:16, 6:3, 7:13, 7:14, 8:4, 58:8
**investments** [3] - 32:6, 32:7, 32:9
**invite** [2] - 25:7, 50:15
**invited** [1] - 24:24
**involve** [1] - 77:10
**involved** [4] - 25:5, 59:17, 60:8, 66:4
**involvement** [2] - 58:3, 58:9
**involving** [1] - 41:17
**ironically** [1] - 18:9
**irregular** [1] - 45:9
**ISAAKOVICH** [1] - 1:7
**Island** [1] - 43:8
**Israel** [8] - 15:14, 22:23, 22:24, 23:1, 23:11, 23:13, 27:19, 61:22
**Israeli** [5] - 16:3, 16:6, 46:25, 47:2, 47:5
**issue** [38] - 9:13, 11:7, 21:18, 34:10, 39:18, 42:5, 42:22, 43:1, 44:13, 47:19, 48:18, 49:4, 49:11, 50:11, 50:12, 52:12, 52:16, 52:21, 56:12, 60:1, 60:3, 60:14, 61:15, 61:16, 63:12, 66:24, 68:7, 69:7, 70:22, 71:1, 72:1, 72:9, 73:6, 75:12, 76:4, 76:10, 76:20, 78:22
**issues** [23] - 3:25, 9:17, 9:24, 21:1, 33:19, 42:5, 42:23, 43:10, 43:24, 44:11, 45:12, 46:14, 46:16, 47:8,

54:25, 63:7, 65:8, 65:17, 68:5, 69:8, 70:24, 76:8, 76:20
**items** [1] - 36:22
**itself** [1] - 48:2

## J

**jail** [8] - 63:19, 63:23, 67:3, 69:2, 69:12, 71:2, 71:14, 74:8
**Jail** [1] - 65:19
**jails** [1] - 76:23
**James** [1] - 1:16
**January** [3] - 1:5, 16:4, 72:24
**Jason** [1] - 1:13
**Jezebel.com** [1] - 43:5
**Jim** [1] - 2:18
**John** [2] - 2:19, 30:25, 67:24
**joined** [1] - 12:2
**Jr** [1] - 1:16
**judge** [4] - 40:16, 51:4, 51:8
**JUDGE** [1] - 1:10
**Judge** [9] - 18:16, 18:21, 34:15, 47:13, 48:5, 48:12, 48:16, 60:22
**judgment** [1] - 39:10
**Judgment** [1] - 55:15
**July** [1] - 67:9
**jurisdiction** [1] - 62:1
**jury** [2] - 70:10, 75:18
**justice** [1] - 42:16

## K

**keep** [4] - 21:4, 52:20, 59:18, 76:5
**Kellhofer** [3] - 1:13, 2:11, 55:7
**KELLHOFER** [47] - 2:3, 2:14, 3:11, 3:22, 4:7, 6:2, 7:12, 7:21, 13:12, 13:18, 13:23, 14:3, 14:6, 28:4, 28:7, 28:25, 29:18, 30:15, 32:18, 33:9, 36:9, 36:12, 36:16, 50:15, 50:18, 50:22, 51:5, 50:17, 51:10, 52:18, 53:1, 55:11, 55:18, 66:9, 66:12, 66:18, 67:4, 67:7, 67:12, 67:20, 68:3, 68:7, 74:18, 78:4, 78:25, 79:3, 80:8
**kept** [3] - 18:23, 20:21, 42:15
**kickbacks** [1] - 61:1
**kicking** [2] - 42:8, 42:19
**kids** [1] - 32:24

**killed** [4] - 35:23, 38:18, 57:20, 57:21
**kind** [3] - 44:16, 55:7, 63:24
**kinds** [2] - 39:23, 45:13
**Kinney** [5] - 34:18, 49:15, 57:14, 58:17, 58:24
**Kinney's** [1] - 34:25
**knock** [1] - 54:18
**knowing** [1] - 77:15
**knowledge** [2] - 12:13, 34:19
**known** [7] - 4:16, 6:3, 8:17, 24:17, 24:22, 25:7, 58:18
**knows** [5] - 16:22, 18:6, 18:20, 19:5, 47:16
**Kocher** [3] - 1:13, 2:13, 65:1
**KOCHER** [3] - 69:4, 69:13, 75:24

## L

**L-y-u-b-i-n-i-n** [1] - 21:21
**Labor** [1] - 68:10
**lack** [4] - 54:4, 62:8, 62:17, 76:12
**land** [4] - 26:16, 26:19, 26:21, 34:4
**language** [3] - 63:12, 66:13, 66:15
**large** [3] - 20:9, 63:19, 71:15
**largely** [1] - 52:2
**last** [7] - 15:12, 16:5, 25:18, 28:15, 38:12, 40:13, 71:11
**lately** [1] - 64:2
**laundering** [1] - 29:9
**law** [8] - 5:8, 10:19, 54:13, 60:20, 60:22, 62:9, 62:13, 67:14
**laws** [1] - 9:11
**lawyer** [5] - 4:22, 5:9, 6:1, 60:10, 60:15
**lawyers** [1] - 5:24
**layer** [1] - 33:23
**lead** [1] - 73:13
**least** [5] - 9:19, 10:25, 23:19, 54:13, 78:8
**leave** [5] - 9:6, 47:17, 58:16, 58:22, 62:1
**led** [1] - 34:15
**left** [5] - 2:20, 2:21, 22:2, 41:6, 45:11
**legal** [2] - 29:17, 30:7
**legally** [1] - 21:4
**length** [1] - 74:2
**Leonid** [2] - 23:22, 24:6
**LEONID** [1] - 1:7
**less** [1] - 10:12

**letter** [3] - 9:21, 10:2, 78:18
**letterhead** [1] - 7:10
**letters** [1] - 44:22
**license** [1] - 26:25
**lie** [1] - 52:2
**life** [1] - 63:20
**lift** [1] - 42:11
**light** [4] - 54:11, 64:16, 72:4, 74:6
**limit** [2] - 44:13, 76:6
**limitations** [1] - 46:11
**line** [4] - 26:16, 26:20, 26:21, 34:5
**link** [1] - 65:20
**lip** [1] - 42:12
**list** [3] - 9:11, 9:12, 17:13
**listen** [1] - 69:10
**lists** [1] - 15:22
**literally** [1] - 71:24
**live** [7] - 19:17, 21:11, 22:22, 22:24, 23:1, 25:25, 42:2
**lived** [2] - 22:19, 23:4
**lives** [3] - 23:15, 26:2, 31:23
**living** [4] - 20:12, 20:16, 23:1, 23:16
**LLC** [2] - 18:19, 19:1
**LLCs** [1] - 18:7
**lob** [1] - 52:10
**local** [2] - 12:7
**located** [1] - 55:20
**location** [1] - 6:17
**locations** [1] - 56:19
**logistics** [1] - 71:23
**longtime** [1] - 61:4
**look** [19] - 10:4, 15:20, 16:17, 21:8, 28:21, 29:3, 38:20, 38:22, 44:4, 45:20, 46:13, 49:13, 49:14, 52:23, 60:11, 66:20, 67:10, 70:5, 77:5
**looked** [1] - 77:8
**looking** [5] - 32:21, 46:3, 46:4, 46:6, 57:13
**looks** [2] - 18:13, 19:9
**lose** [1] - 44:1
**loss** [2] - 46:4, 46:6
**LOUISE** [1] - 1:10
**loving** [1] - 24:7
**LYNBININ** [1] - 21:21
**Lyubinin** [3] - 21:21, 22:5, 22:18
**LYUBININ** [4] - 22:11, 28:6, 80:5, 80:7

## M

**ma'am** [11] - 22:13, 22:16,

23:23, 25:11, 26:23, 27:17, 27:20, 28:8, 32:19, 64:11, 79:3

**mafia** [1] - 49:11
**magistrate** [2] - 51:4, 51:8
**man** [7] - 19:15, 43:23, 47:8, 59:18, 71:10, 71:13, 76:16
**man's** [1] - 39:10
**managing** [1] - 72:3
**maneuver** [1] - 62:16
**manner** [1] - 7:17
**Manvel** [4] - 2:21, 3:19, 4:15, 4:21
**March** [11] - 19:11, 41:9, 41:22, 46:19, 72:25, 73:1, 73:7, 73:18, 73:19, 73:23, 74:14
**marijuana** [1] - 42:14
**mark** [1] - 32:1
**marked** [1] - 37:15
**Market** [2] - 18:19, 55:20
**married** [3] - 41:24, 42:2, 56:7
**marshal** [2] - 64:5, 76:1
**Marshal** [3] - 69:7, 75:24, 76:21
**MARSHAL** [7] - 64:7, 64:10, 65:12, 76:3, 76:12, 76:22, 77:25
**Marshal's** [6] - 65:6, 66:3, 76:13, 76:17, 77:19, 77:22
**Marshals** [2] - 64:17, 66:20
**material** [3] - 28:19, 39:9, 40:1
**materiality** [1] - 14:20
**materials** [1] - 49:16
**matter** [7] - 6:15, 13:21, 27:23, 43:14, 56:3, 78:2, 79:14
**matters** [9] - 3:16, 6:12, 7:13, 8:20, 13:10, 50:7, 51:3, 55:1, 74:23
**McGurk** [3] - 1:19, 79:16, 79:17
**McLoughlin** [76] - 1:16, 2:4, 2:17, 2:18, 3:1, 4:2, 5:5, 7:1, 8:13, 11:20, 12:6, 14:11, 14:13, 14:18, 14:22, 15:1, 15:8, 18:4, 19:25, 21:25, 22:12, 24:8, 24:12, 24:14, 27:12, 27:16, 28:1, 29:7, 29:16, 30:6, 32:14, 33:13, 33:17, 34:9, 37:11, 37:14, 38:4, 38:7, 40:21, 41:20, 44:22, 45:3, 45:8, 53:4, 59:7, 63:1, 63:16, 64:3, 64:14, 64:20, 65:4, 65:13, 65:20, 66:1, 66:6, 68:8, 68:11, 68:17, 68:21, 68:24, 69:17,

70:19, 71:7, 72:11, 72:17, 73:2, 73:6, 73:12, 73:16, 74:10, 74:25, 75:11, 77:18, 78:12, 78:16, 80:6
**mean** [4] - 41:4, 41:13, 69:9
**means** [4] - 19:8, 57:16, 58:14, 61:24
**measure** [1] - 35:22
**mechanical** [1] - 1:23
**media** [1] - 28:12
**medical** [11] - 43:24, 44:5, 44:6, 44:11, 44:23, 45:2, 54:22, 65:8, 76:7, 76:10, 78:21
**meet** [3] - 23:7, 23:9, 65:3
**meeting** [1] - 60:8
**member** [4] - 5:5, 6:12, 6:14, 7:3
**members** [1] - 25:8
**memorializing** [1] - 74:14
**mention** [1] - 38:18
**mentioned** [4] - 28:10, 30:20, 32:19, 79:4
**mentions** [3] - 16:9, 21:10
**merely** [1] - 39:18
**middle** [1] - 19:16
**Middle** [1] - 1:20
**might** [14] - 18:10, 34:2, 34:6, 38:14, 38:17, 40:16, 57:2, 65:24, 69:9, 69:14, 75:23
**militates** [1] - 67:15
**mindset** [1] - 39:21
**mine** [4] - 41:25, 56:8, 56:10, 69:14
**minimal** [1] - 76:5
**minimum** [1] - 8:8
**minor** [3] - 27:4, 27:6, 29:2
**minute** [3] - 39:7, 71:24, 72:21
**minutes** [4] - 49:22, 49:23, 61:25, 71:25
**misconduct** [3] - 46:2, 46:9, 60:18
**misrepresent** [1] - 61:5
**misses** [2] - 35:7, 35:17
**misspoken** [1] - 56:24
**mistake** [3] - 16:16, 51:7
**mob** [2] - 43:8, 43:10
**mobility** [1] - 53:17
**mom** [1] - 42:3
**moment** [4] - 3:20, 4:3, 24:15, 41:21
**Monday** [3] - 73:24, 73:25, 74:1
**money** [5] - 29:9, 53:19, 53:25, 61:12, 61:14
**monitored** [1] - 46:12
**monitoring** [1] - 26:20, 34:3, 47:6, 61:24, 62:21

**month** [3] - 19:19, 55:22, 67:9
**Moore** [3] - 1:16, 2:18, 6:8
**moreover** [2] - 10:19, 17:10
**morning** [8] - 2:2, 2:3, 2:4, 2:18, 5:7, 11:6, 28:8, 28:9
**most** [2] - 56:22, 73:8
**mother** [1] - 42:1
**Motion** [1] - 1:6
**motion** [19] - 2:24, 3:12, 3:17, 9:22, 9:23, 9:25, 11:2, 11:9, 11:23, 13:13, 15:10, 37:6, 37:24, 37:25, 52:14, 52:17, 66:5, 67:17, 73:19
**MOTION** [1] - 1:9
**motions** [5] - 64:23, 72:22, 72:24, 73:3, 77:17
**motive** [1] - 39:17
**move** [5] - 17:22, 21:5, 29:17, 66:21, 78:21
**moved** [2] - 23:13, 23:17
**moving** [1] - 74:20
**MR** [130] - 2:3, 2:4, 2:14, 2:17, 3:1, 3:11, 3:22, 4:2, 4:7, 4:21, 4:23, 4:25, 5:3, 5:5, 5:12, 5:15, 5:17, 5:20, 5:23, 6:2, 7:12, 7:21, 8:13, 11:20, 12:6, 13:2, 13:12, 13:18, 13:23, 14:3, 14:6, 14:11, 14:13, 14:18, 14:22, 15:1, 15:8, 18:4, 19:25, 21:25, 22:12, 24:8, 24:12, 24:14, 27:12, 27:16, 28:1, 28:4, 28:7, 28:25, 29:7, 29:16, 29:18, 30:6, 30:15, 32:14, 32:18, 33:9, 33:13, 33:17, 34:9, 36:9, 36:12, 36:16, 36:18, 37:7, 37:11, 37:14, 38:3, 38:4, 38:7, 40:21, 41:20, 44:22, 45:3, 45:6, 45:8, 50:17, 51:10, 52:18, 53:1, 53:4, 55:11, 55:18, 59:7, 63:1, 63:16, 64:3, 64:14, 64:20, 65:4, 65:13, 65:20, 66:1, 66:6, 66:9, 66:12, 66:18, 67:4, 67:7, 67:12, 67:20, 68:3, 68:7, 68:8, 68:11, 68:17, 68:21, 68:24, 69:17, 70:19, 71:7, 72:11, 72:17, 73:2, 73:6, 73:12, 73:16, 74:10, 74:18, 74:25, 75:11, 77:18, 78:4, 78:12, 78:16, 78:25, 79:3, 80:6, 80:8
**MS** [3] - 69:4, 69:13, 75:24
**multiple** [5] - 6:5, 57:1, 58:10, 58:13, 67:2
**murder** [5] - 48:7, 48:25, 49:9, 56:13, 58:19
**murder-for-hire** [1] - 48:7

**murdered** [1] - 29:23
**muscular** [1] - 45:12
**must** [1] - 61:14

**N**

**name** [17] - 2:7, 4:19, 18:18, 18:22, 19:1, 19:3, 19:18, 21:20, 22:4, 22:16, 31:25, 49:1, 56:21, 59:2, 71:4, 78:11
**named** [1] - 78:8
**narrow** [1] - 65:17
**Nathan** [2] - 2:20, 5:20
**nathan** [1] - 1:17
**national** [2] - 17:3, 17:6
**naturally** [2] - 24:1, 24:3
**nature** [4] - 34:17, 34:19, 53:19, 54:14
**NC** [3] - 1:14, 1:18, 1:20
**near** [2] - 43:1, 43:25
**necessary** [4] - 11:24, 35:22, 37:23, 74:1
**need** [19] - 4:11, 12:23, 12:25, 13:15, 20:4, 20:11, 21:25, 26:9, 26:22, 32:15, 32:21, 36:25, 39:7, 39:8, 49:21, 64:21, 66:4, 77:13, 78:20
**needs** [6] - 19:17, 37:3, 37:4, 63:8, 65:3, 78:7
**nefarious** [1] - 20:13
**never** [4] - 27:6, 53:8, 59:17, 61:6
**New** [10] - 1:5, 1:14, 1:20, 4:25, 5:6, 5:11, 18:19, 43:11, 55:20, 77:14
**new** [3] - 14:9, 47:2, 47:7
**news** [2] - 28:12, 43:4
**newspapers** [1] - 49:1
**next** [9] - 11:17, 20:14, 21:18, 32:17, 37:16, 41:14, 51:20, 70:23, 73:8
**night** [3] - 25:18, 28:15, 40:13
**nine** [1] - 20:11
**nitpicking** [1] - 57:2
**none** [1] - 49:11
**normal** [1] - 77:9
**NORTH** [1] - 1:1
**north** [2] - 23:4, 65:10
**North** [2] - 1:5, 1:17
**notably** [1] - 42:12
**notch** [1] - 51:16
**note** [12] - 16:8, 20:19, 21:9, 24:8, 35:25, 36:19, 43:2, 44:14, 51:5, 55:12, 55:23, 75:1
**noted** [3] - 20:20, 24:11,

51:12
noterereading [1] - 1:24
noteworthy [1] - 59:20
nothing [8] - 10:14, 10:18, 16:10, 16:15, 17:20, 20:13, 29:10, 30:4
Notice [1] - 11:13
notice [10] - 4:8, 5:1, 5:21, 6:9, 9:21, 11:19, 12:4, 12:25, 36:8, 51:25
noticed [3] - 12:20, 12:22, 70:14
November [3] - 21:10, 21:12, 42:6
novo [4] - 3:4, 13:10, 13:20, 13:22
now-expired [1] - 16:5
now-nine-year-old [1] - 20:11
nuance [1] - 50:23
number [18] - 4:15, 6:7, 7:9, 7:18, 15:21, 16:3, 21:13, 27:13, 38:24, 39:3, 46:14, 48:4, 48:13, 58:4, 66:14, 66:17, 71:8, 71:15
Numbers [7] - 18:16, 18:21, 34:15, 47:13, 48:5, 48:6, 60:23

**O**

oath [2] - 2:6, 57:12
object [1] - 11:8
objection [5] - 11:3, 29:7, 29:16, 30:6, 32:14
objective [2] - 35:14, 61:19
obligation [1] - 12:10
obligations [3] - 32:23, 33:6, 33:8
observations [1] - 63:1
observe [1] - 23:24
observed [3] - 24:5, 24:18, 42:7
obsessive [1] - 39:14
obtained [3] - 33:20, 57:18, 60:4
obviously [5] - 31:14, 58:23, 67:14, 69:21, 76:17
occurred [1] - 6:6
occurs [1] - 49:8
OF [3] - 1:1, 1:4, 1:9
offenders [2] - 48:20, 48:21
offense [4] - 41:21, 48:2, 53:20, 54:14
offensive [1] - 52:10
offer [1] - 14:15
Office [1] - 1:12
office [4] - 2:20, 2:21, 5:15, 53:22

officer [2] - 42:10, 42:19
officers [1] - 42:8
offshore [2] - 10:20, 10:21
often [6] - 30:21, 31:14, 33:1, 33:3, 58:5, 62:16
old [1] - 20:11
once [1] - 73:15
one [38] - 12:5, 16:18, 19:9, 21:13, 23:19, 34:15, 35:22, 38:9, 38:10, 38:12, 38:24, 39:3, 40:25, 41:1, 41:21, 46:20, 47:2, 47:3, 47:9, 47:24, 49:14, 50:15, 52:7, 54:13, 55:22, 57:13, 58:15, 59:25, 60:5, 60:25, 61:23, 65:10, 66:21, 66:22, 67:21, 71:8, 72:1, 75:2
one-third [1] - 16:18
ongoing [1] - 4:14
onshore [1] - 10:21
open [3] - 10:2, 10:7, 27:14
operate [1] - 18:7
operates [1] - 17:24
opportunity [1] - 11:4, 23:24, 25:15
opposed [1] - 39:22
opposite [1] - 19:4
opposition [1] - 45:5
option [1] - 65:5
order [20] - 2:5, 3:24, 7:22, 10:1, 41:5, 41:8, 41:11, 42:25, 47:23, 52:13, 52:17, 54:24, 70:5, 70:6, 70:7, 70:12, 72:23, 74:13, 79:5
ordering [1] - 72:24
orders [1] - 61:9
originally [1] - 63:17
otherwise [4] - 6:10, 12:9, 37:24, 61:10
outrageous [1] - 10:3
outset [1] - 3:17
outside [4] - 32:23, 52:2, 64:8, 65:1
outstanding [2] - 32:9, 67:21
overruled [2] - 29:19, 30:10
overseas [3] - 57:18, 58:10, 60:4
own [8] - 18:18, 18:22, 19:3, 19:5, 19:18, 33:7, 38:1, 72:23
owned [1] - 21:4
owners [1] - 55:19
ownership [3] - 18:20, 18:23, 18:24

**P**

p.m [1] - 79:7

package [1] - 66:2
Page [2] - 80:3, 80:11
page [6] - 15:10, 15:12, 16:18, 51:11, 52:23, 55:18
pages [2] - 37:2, 38:12
paid [2] - 10:20, 10:21
pain [1] - 45:14
painted [1] - 49:15
papers [3] - 12:9, 14:8, 40:5
paperwork [2] - 8:3, 8:6
part [9] - 12:11, 14:9, 29:25, 30:3, 44:8, 66:12, 76:12, 76:13, 78:8
participant [1] - 61:7
participate [1] - 20:9
particular [1] - 62:24
particularly [2] - 8:9, 44:20, 63:25
parties [1] - 70:15
partly [1] - 32:8
partners [1] - 32:8
party [4] - 25:12, 25:17, 29:13, 33:20
passed [1] - 78:17
passport [18] - 16:3, 16:5, 16:6, 16:14, 17:7, 17:13, 17:14, 17:15, 17:20, 47:3, 47:7, 47:10, 53:9, 61:23, 62:11, 62:17, 62:20
passports [3] - 47:1, 51:9, 61:21
pay [2] - 41:24, 56:7
peace [1] - 41:6
pending [2] - 62:12, 64:6
people [16] - 12:21, 25:7, 30:25, 45:23, 45:24, 48:25, 49:2, 52:1, 52:4, 54:23, 57:8, 57:9, 59:21, 66:21, 69:2, 77:5
per [1] - 13:13
percent [2] - 18:23, 18:24
period [2] - 37:5, 37:25, 67:3
permanent [1] - 27:21
permanently [1] - 37:23
permits [2] - 12:1, 62:13
person [6] - 4:19, 42:14, 42:16, 57:20, 57:21, 71:25
person's [1] - 78:11
personal [1] - 44:16
personally [1] - 47:3
personnel [1] - 76:16
persons [1] - 54:6
persuaded [1] - 54:22
persuading [1] - 48:8
pertinent [2] - 56:22, 60:18
Petit [1] - 76:1
PETTIT [4] - 76:3, 76:12, 76:22, 77:25

phone [6] - 7:9, 9:20, 24:18, 34:4, 57:7, 69:12
phones [1] - 69:3
physical [2] - 45:19, 54:23
physician [1] - 44:23
pick [3] - 24:10, 32:25, 42:18
picture [1] - 49:15
piece [1] - 79:2
Pitt [5] - 63:21, 63:25, 64:3, 71:12, 71:20
place [9] - 4:13, 19:14, 19:17, 20:4, 21:4, 21:5, 22:2, 64:22, 70:17
placed [1] - 30:17
placement [1] - 69:7
places [2] - 53:18, 61:13
Plaintiff [1] - 1:5
Plaintiffs [1] - 1:12
plan [2] - 14:12, 33:6
planning [1] - 75:23
plans [2] - 59:1, 69:22
planting [2] - 38:13, 38:16
play [2] - 57:24, 60:2
plea [2] - 70:14, 73:23
PLLC [1] - 1:16
pocketbook [1] - 65:2
pod [1] - 71:15
point [44] - 4:9, 6:10, 7:11, 9:5, 10:10, 10:24, 14:19, 15:24, 18:24, 20:1, 28:2, 35:7, 35:16, 38:15, 42:21, 45:15, 47:6, 50:6, 50:20, 50:24, 52:22, 56:1, 56:2, 56:4, 56:5, 56:16, 56:18, 56:20, 57:1, 57:2, 57:3, 57:25, 58:22, 59:24, 60:5, 60:8, 63:13, 68:13, 69:19, 72:1, 75:5, 75:10
points [5] - 8:14, 38:7, 55:12, 59:8, 60:18
police [10] - 40:4, 40:22, 41:1, 41:11, 41:15, 41:16, 42:6, 42:23, 55:24, 56:4
Police [1] - 33:21
Polyakov [1] - 31:6
position [4] - 3:3, 11:1, 57:13, 75:5
possession [2] - 30:1, 41:16
possibility [1] - 64:10
possible [2] - 62:19, 70:23, 75:18
Post [1] - 43:11
pounding [1] - 39:4
practically [1] - 46:9
practice [5] - 4:24, 5:10, 5:12, 5:13, 5:16
prepared [3] - 3:9, 25:20, 26:19, 62:5

**preponderance** [1] - 44:2

**present** [6] - 2:12, 2:23, 3:14, 6:6, 6:8, 14:14

**presented** [4] - 51:3, 54:15, 60:21, 61:8

**presenting** [1] - 34:20

**presently** [1] - 66:22

**preside** [1] - 63:5

**pretrial** [6] - 34:1, 39:12, 43:22, 44:9, 64:23, 72:24

**prevailed** [1] - 20:24

**previously** [2] - 50:22, 52:12

**primary** [1] - 39:13

**priority** [1] - 74:23

**prison** [2] - 63:8, 71:9

**prisoner** [1] - 62:9

**prisoners** [1] - 76:5

**privacy** [1] - 27:13

**private** [2] - 54:17, 62:3

**privilege** [1] - 9:11

**privileged** [1] - 8:10

**probability** [1] - 47:18

**probation** [2] - 34:2, 53:22

**problem** [7] - 21:1, 42:4, 42:24, 47:17, 57:19, 76:11, 77:1

**problems** [2] - 29:2, 29:11

**procedure** [2] - 47:1, 47:2

**procedures** [1] - 9:9

**proceed** [3] - 2:25, 3:4, 14:12

**proceeding** [3] - 9:3, 12:3, 13:8

**Proceedings** [1] - 1:23

**proceedings** [1] - 79:13

**proceeds** [1] - 70:2

**process** [1] - 36:22

**prodded** [1] - 58:6

**produced** [1] - 1:24

**profession** [1] - 23:11

**proffer** [3] - 3:16, 3:25, 28:2

**proffering** [1] - 19:10

**proffers** [1] - 14:19

**promptly** [1] - 72:19

**proof** [3] - 3:6, 18:11, 18:14

**proper** [1] - 11:9

**property** [3] - 18:19, 19:12, 55:19

**proposal** [1] - 33:20

**propose** [1] - 70:19

**proposed** [2] - 14:15, 70:10

**propped** [1] - 59:18

**prosecution** [2] - 46:3, 55:5

**prospect** [1] - 52:14

**protect** [1] - 43:15

**protective** [5] - 3:24, 7:21, 10:1, 52:13, 52:16

**protocol** [1] - 8:25

**provide** [7] - 33:23, 35:10, 37:13, 40:15, 48:4, 51:24, 76:23

**provided** [7] - 10:15, 10:16, 13:25, 36:20, 55:14, 57:11, 57:23

**provisionally** [1] - 37:4

**prudent** [1] - 21:6

**psychiatrist** [1] - 23:12

**public** [2] - 36:4, 78:20

**pull** [1] - 43:4

**pulled** [1] - 39:24

**pulling** [1] - 43:6

**purpose** [1] - 19:7

**purposes** [1] - 45:20

**pursuant** [2] - 12:23, 70:5

**pursue** [1] - 64:13

**pushed** [1] - 46:19

**pushing** [1] - 52:9

**put** [11] - 14:20, 19:3, 21:19, 37:3, 59:13, 59:19, 64:9, 69:2, 69:11, 73:21, 76:18

**putting** [3] - 19:1, 35:25, 76:25


## Q

**qualification** [1] - 17:4

**quality** [3] - 59:11, 59:12, 63:11

**questioned** [2] - 6:18, 7:1

**questionnaire** [4] - 25:16, 25:19, 25:22, 28:16

**questions** [6] - 28:1, 28:3, 33:10, 38:2, 38:3, 79:1

**quick** [1] - 66:19

**quite** [5] - 21:2, 44:9, 44:12, 46:11, 70:25

**quote** [3] - 17:25, 21:9, 39:1

**quoted** [1] - 53:7

**quotes** [2] - 38:23, 39:23


## R

**raise** [4] - 3:18, 9:24, 11:2, 22:3

**raised** [2] - 3:17, 8:2

**raising** [1] - 20:10

**Raleigh** [9] - 1:14, 20:9, 20:13, 23:8, 23:14, 23:15, 23:17, 24:23, 64:8

**Raleigh/Durham** [1] - 47:5

**Raleigh/Wake** [1] - 22:20

**rates** [1] - 45:21

**read** [6] - 14:8, 25:15, 43:5, 43:7, 48:16, 48:17

**readily** [1] - 63:22

**reads** [3] - 17:1, 38:9, 38:11

**ready** [2] - 26:1, 68:12

**real** [5] - 18:7, 55:19, 59:19, 61:15, 66:19

**reality** [5] - 43:8, 43:9, 55:25, 56:9, 56:12

**really** [8] - 49:1, 49:2, 56:11, 60:13, 63:3, 63:23, 65:16, 68:11

**reason** [4] - 12:16, 20:5, 36:17, 62:2

**reasonable** [7] - 35:11, 35:13, 48:3, 48:4, 61:17, 61:19, 75:16

**reasonably** [3] - 35:15, 51:20, 75:8

**reasons** [4] - 7:18, 27:13, 35:3, 77:11

**receive** [1] - 10:8

**received** [1] - 16:15

**Recess** [1] - 49:24

**recidivism** [2] - 45:21, 45:23

**recognize** [1] - 37:1

**recollection** [1] - 73:3

**recommend** [1] - 77:22

**recommended** [1] - 44:10

**reconsider** [1] - 72:8

**record** [18] - 2:11, 13:10, 17:23, 22:17, 24:8, 35:25, 36:25, 40:23, 46:24, 47:22, 47:25, 54:3, 68:25, 69:15, 78:20, 78:21, 79:13

**recorded** [1] - 1:23

**recording** [1] - 57:24

**recordings** [1] - 57:25

**records** [11] - 10:11, 10:22, 19:9, 19:11, 44:6, 44:8, 44:10, 44:23, 44:25, 77:5

**redacted** [1] - 78:15

**redirect** [1] - 33:12

**reference** [4] - 38:25, 40:8, 43:7, 75:1

**references** [2] - 16:18, 40:9

**reflect** [4] - 12:1, 37:2, 39:24, 75:9

**Reform** [2] - 35:8, 48:11

**refusal** [1] - 40:13

**refused** [1] - 40:13

**regard** [11] - 3:19, 4:1, 7:6, 7:7, 37:8, 38:19, 51:12, 55:12, 56:13, 56:15, 75:24

**regarding** [1] - 36:22

**registration** [1] - 16:2

**Rehnquist** [1] - 48:12

**Rehnquist's** [1] - 48:17

**relate** [2] - 29:5, 53:19

**related** [3] - 35:7, 38:13, 42:5

**relationship** [4] - 6:24, 7:6,

32:3, 46:4

**release** [11] - 13:6, 30:9, 39:12, 43:22, 44:10, 49:7, 49:8, 49:10, 50:13, 54:9, 62:23

**released** [3] - 48:9, 48:15, 49:3

**relevancy** [2] - 14:19, 15:8

**relevant** [10] - 38:25, 39:1, 39:9, 39:13, 39:21, 40:21, 45:25, 46:22, 46:25, 47:15

**reliability** [1] - 40:17

**reliable** [2] - 43:5, 43:11, 59:14

**relied** [2] - 34:16, 44:8

**relief** [2] - 7:20, 75:15

**relies** [1] - 16:12

**relocate** [1] - 64:17

**rely** [6] - 11:17, 12:3, 13:24, 16:23, 17:20, 37:13

**relying** [2] - 11:16, 13:10

**remain** [4] - 37:3, 37:5, 37:21, 37:23

**remains** [2] - 58:12, 68:4

**remarkably** [1] - 46:8

**remind** [1] - 14:4

**reminds** [1] - 70:3

**repeat** [4] - 22:14, 30:14, 48:20

**repeating** [1] - 42:15

**reply** [1] - 49:18

**report** [11] - 40:4, 40:22, 41:15, 41:17, 41:22, 42:1, 48:11, 48:18, 55:24, 56:4, 62:2

**reported** [2] - 40:24, 53:21

**Reporter** [1] - 1:19

**reporting** [3] - 34:1, 35:21, 46:10

**reports** [1] - 42:23

**representation** [1] - 63:11

**representative** [1] - 77:7

**represented** [1] - 8:19

**representing** [6] - 2:12, 2:19, 6:11, 9:2, 11:12, 51:22

**represents** [2] - 2:22, 52:25

**reputable** [1] - 62:4

**request** [4] - 36:8, 36:21, 37:9, 64:24

**requested** [2] - 3:24, 67:23

**requesting** [1] - 75:15

**require** [2] - 45:13, 66:15

**required** [4] - 9:25, 35:2, 35:13, 61:20

**requires** [3] - 12:8, 35:9, 64:23

**residency** [1] - 16:23

**resident** [1] - 27:21

**resolved** [1] - 67:22

**resort** [1] - 62:20
**resource** [1] - 65:7
**respect** [25] - 4:2, 8:25, 11:21, 12:7, 12:18, 15:17, 33:24, 36:3, 38:7, 38:17, 45:16, 46:2, 46:23, 47:15, 48:20, 49:5, 50:7, 54:4, 55:2, 60:14, 60:17, 62:8, 72:1, 72:5, 75:12
**respectful** [1] - 63:4
**respond** [2] - 3:8, 11:4
**response** [4] - 41:22, 43:2, 72:25, 73:20
**responsibilities** [1] - 25:21
**responsibility** [2] - 30:4, 30:8
**restraining** [3] - 41:5, 41:7, 41:11
**restrictions** [2] - 30:17, 71:20
**result** [1] - 15:16
**return** [2] - 37:1, 59:3
**reveals** [1] - 78:10
**review** [3] - 37:22, 65:24, 77:7
**reviewed** [5] - 25:17, 25:19, 36:20, 55:17, 58:1
**reviews** [1] - 60:5
**revisit** [2] - 64:21, 74:3
**rightly** [3] - 20:20, 21:2, 44:9
**rights** [7] - 68:16, 70:1, 70:9, 70:13, 72:6, 72:7, 75:6
**rings** [1] - 64:25
**rise** [1] - 19:19
**risk** [10] - 15:16, 17:18, 19:20, 21:17, 44:14, 45:16, 53:15, 56:15, 58:12, 62:10
**RMR** [2] - 1:19, 79:17
**Road** [1] - 22:18
**roaring** [1] - 43:12
**robust** [1] - 45:17
**role** [1] - 16:8
**room** [1] - 26:1
**rooms** [1] - 42:3
**routinely** [1] - 70:14
**Roza** [1] - 21:20
**ROZA** [5] - 21:20, 22:11, 28:6, 80:5, 80:7
**roza** [1] - 22:18
**roze** [1] - 22:5
**Rule** [1] - 11:11
**rule** [6] - 11:25, 12:1, 12:7, 12:23, 51:23
**Rules** [1] - 59:14
**rules** [2] - 63:25, 71:12
**ruling** [2] - 37:20, 52:9
**run** [1] - 29:2
**Russia** [10] - 15:15, 17:10,

23:2, 23:3, 23:5, 54:5, 60:18, 60:22, 61:11, 61:22
**Russian** [15] - 16:4, 17:13, 17:14, 17:15, 17:16, 17:20, 44:7, 44:23, 46:25, 47:1, 47:4, 50:2, 57:24, 60:23, 71:14

## S

**safe** [15] - 17:24, 17:25, 18:8, 18:10, 19:2, 19:7, 20:2, 20:19, 20:22, 21:6, 21:8, 21:9, 21:15, 56:17, 56:18
**safer** [1] - 21:5
**salary** [4] - 10:8, 10:12, 10:20, 53:22
**Salerno** [3] - 48:12, 48:17, 61:18
**saw** [2] - 6:16, 43:3
**schedule** [2] - 64:22, 73:15
**scheduled** [1] - 70:4
**schedules** [1] - 69:23
**scheduling** [7] - 68:5, 70:5, 70:15, 70:16, 70:21, 72:11, 74:17
**scheme** [1] - 61:8
**school** [5] - 24:10, 24:17, 24:19, 32:25
**scope** [2] - 52:3, 52:16
**seal** [8] - 36:25, 37:3, 37:4, 37:5, 37:21, 45:2, 77:6, 78:21
**sealed** [7] - 36:2, 36:9, 36:13, 36:15, 37:24, 45:7, 78:7
**sealing** [1] - 78:14
**seat** [3] - 11:17, 12:23, 68:22
**seated** [3] - 12:2, 22:9, 55:6
**second** [6] - 16:3, 17:22, 30:12, 38:10, 38:11, 38:15
**secondarily** [1] - 36:20
**secrete** [2] - 54:1, 62:19
**section** [1] - 39:1
**secured** [1] - 69:23
**Security** [1] - 27:13
**security** [4] - 33:20, 33:23, 46:7, 62:4
**see** [7] - 46:14, 52:24, 65:22, 70:7, 70:11, 77:3, 77:8
**seeing** [1] - 77:13
**seek** [3] - 10:1, 41:11, 74:8
**seeking** [2] - 7:19, 7:21
**sees** [2] - 38:12, 49:15
**segued** [1] - 18:20
**seized** [1] - 62:11
**seizure** [1] - 61:9

**select** [1] - 48:19
**Senate** [2] - 48:11, 48:18
**send** [1] - 78:18
**sense** [2] - 20:23, 44:3
**sent** [2] - 10:2, 65:9
**sentence** [1] - 54:11
**Sentencing** [1] - 45:22
**separate** [3] - 7:10, 42:2, 51:8
**separately** [1] - 67:25
**separation** [1] - 42:25
**September** [3] - 68:6, 68:7, 68:9
**Serbia** [5] - 15:15, 16:9, 16:13, 16:16, 56:25
**Serbian** [2] - 16:14
**serious** [1] - 58:13
**serve** [2] - 11:14, 25:12
**served** [1] - 71:17
**Service** [6] - 65:6, 66:4, 76:13, 76:17, 77:19, 77:22
**service** [2] - 50:1, 76:24, 77:24
**services** [3] - 34:1, 44:9, 63:22
**set** [12] - 13:6, 13:21, 25:21, 48:14, 50:13, 54:9, 54:20, 62:23, 68:9, 68:12, 70:18, 73:22
**setting** [2] - 74:14, 75:8
**seven** [1] - 22:25
**several** [2] - 38:12, 76:22
**severe** [1] - 46:3
**severely** [1] - 44:12
**shall** [3] - 11:13, 55:21, 71:17
**shocked** [1] - 47:4
**short** [3] - 67:3, 74:13, 79:5
**shortly** [2] - 6:25, 19:18
**show** [13] - 17:3, 17:4, 17:6, 17:7, 19:1, 43:8, 43:9, 44:25, 53:14, 54:10, 54:20, 62:25, 78:24
**showed** [1] - 28:14
**showing** [1] - 36:24
**shown** [1] - 53:16
**shows** [3] - 13:7, 50:14, 62:8
**side** [4] - 12:15, 20:13, 38:2, 75:15
**sides** [1] - 65:3
**signaling** [1] - 70:8
**significant** [6] - 45:12, 47:20, 53:19, 53:25, 54:11, 60:14
**simply** [6] - 13:13, 47:12, 49:22, 56:22, 65:17, 76:6
**single** [3] - 50:23, 61:2, 61:10

**sit** [4] - 12:15, 49:17, 51:20, 71:3
**situation** [3] - 56:9, 76:7, 76:8
**six** [1] - 9:19
**sleep** [2] - 20:5, 45:14
**slept** [1] - 57:19
**slip** [1] - 50:21
**slow** [2] - 55:1, 55:4
**small** [1] - 48:16
**smaller** [1] - 63:23
**smell** [1] - 42:10
**sniffing** [2] - 58:23, 58:25
**Social** [1] - 27:13
**sole** [1] - 19:7
**solitary** [1] - 71:11
**someone** [5] - 12:8, 48:14, 51:21, 71:18, 76:14
**son** [4] - 18:23, 21:10, 42:1, 71:21
**son's** [1] - 59:2
**soon** [1] - 75:18
**sophisticated** [1] - 43:24
**sophistication** [1] - 63:20
**sorry** [3] - 24:2, 28:20, 31:25
**sort** [1] - 66:23
**source** [8] - 21:13, 35:21, 38:23, 39:3, 39:7, 40:18, 43:10, 46:20
**source's** [1] - 36:23
**sources** [6] - 8:2, 40:8, 40:10, 40:12, 43:4, 63:18
**space** [1] - 25:25
**sparsely** [1] - 20:15
**speaking** [1] - 6:22
**speaks** [3] - 56:11, 56:12, 71:14
**special** [3] - 6:20, 35:9, 60:13
**Special** [7] - 6:22, 6:23, 7:2, 33:21, 57:14, 58:17, 58:24
**specific** [1] - 9:3
**specifically** [4] - 9:13, 20:10, 36:21, 56:15
**specified** [1] - 33:22
**Speedy** [5] - 68:16, 69:25, 70:9, 75:4, 75:9
**speedy** [1] - 70:13
**spend** [1] - 24:21
**spent** [1] - 65:13
**sporadic** [1] - 33:5
**St** [1] - 1:20
**staff** [3] - 76:12, 76:15, 76:21
**stand** [1] - 22:8
**standard** [2] - 44:1, 50:25
**start** [4] - 4:13, 52:11, 68:14, 73:23

**started** [2] - 42:19, 52:20
**starts** [1] - 62:1
**state** [2] - 2:7, 22:4
**statement** [10] - 15:17, 27:24, 35:21, 35:23, 38:9, 53:5, 53:10, 56:4, 72:5
**statements** [5] - 8:16, 40:15, 41:23, 53:11, 57:22
**Staten** [1] - 43:8
**STATES** [3] - 1:1, 1:4, 1:10
**states** [1] - 10:19
**States** [10] - 1:12, 11:14, 15:15, 16:21, 16:25, 17:2, 17:5, 47:18, 61:12, 61:13
**statute** [2] - 59:8, 60:24
**statutory** [4] - 47:1, 47:2, 49:6, 61:18
**stay** [4] - 20:8, 26:9, 26:11, 41:4
**stayed** [1] - 26:6
**stenography** [1] - 1:23
**step** [1] - 33:14
**still** [3] - 32:9, 41:24, 56:7
**stipulation** [1] - 36:3
**stone** [1] - 73:21
**straw** [1] - 59:18
**Street** [1] - 1:17
**strength** [2] - 34:14, 40:16
**stress** [3] - 71:9, 71:10, 71:25
**strike** [1] - 29:17
**strong** [3] - 35:5, 35:6
**strongly** [1] - 50:19
**study** [1] - 60:16
**subject** [6] - 8:3, 9:15, 9:22, 34:23, 43:15, 48:3
**submission** [2] - 3:5, 34:16
**submit** [7] - 12:9, 27:12, 40:3, 40:14, 60:6, 72:6, 78:15
**submitted** [1] - 35:2
**submitting** [2] - 3:24, 8:6
**subsequently** [1] - 18:22
**substantial** [2] - 59:15, 59:19
**succeeded** [1] - 48:8
**suffers** [1] - 45:14
**sufficient** [1] - 62:9
**suggested** [1] - 62:23
**suicide** [2] - 43:17, 43:19
**Suite** [2] - 1:14, 1:17
**summary** [2] - 34:18, 34:25
**summed** [1] - 56:9
**sums** [1] - 53:19
**Sunday** [1] - 71:23
**Sundays** [1] - 71:21
**support** [1] - 29:11
**supported** [2] - 58:17, 61:2
**suppose** [1] - 13:12

**supposedly** [1] - 8:10
**surrender** [1] - 34:4
**survive** [2] - 71:2, 71:6
**sustained** [1] - 32:15
**sworn** [3] - 2:9, 21:24, 22:6
**systems** [1] - 39:12

## T

**table** [2] - 3:20, 39:4
**taekwondo** [1] - 24:20
**talents** [1] - 72:15
**talks** [2] - 55:18, 59:21
**Tarboro** [1] - 65:5
**target** [5] - 7:14, 9:14, 9:21, 10:2, 10:3
**Tatyana** [7] - 2:8, 23:9, 23:22, 29:11, 41:17, 42:7, 46:2
**team** [3] - 6:13, 6:14, 12:11
**teenager** [1] - 43:16
**teleconference** [1] - 65:25
**telephone** [2] - 26:16, 64:25, 70:15
**template** [1] - 59:13
**ten** [3] - 18:23, 49:21, 49:22
**tenuous** [1] - 10:25
**term** [2] - 56:17, 70:11
**terms** [5] - 8:4, 33:19, 39:20, 46:15, 63:15
**terrific** [1] - 43:5
**test** [5] - 35:14, 44:24, 61:18
**testified** [3] - 57:14, 58:2, 58:24
**testify** [1] - 14:16
**testimony** [4] - 49:14, 57:10, 57:12, 58:17
**tests** [1] - 49:6
**TEYF** [1] - 1:7
**Teyf** [104] - 2:19, 2:22, 2:23, 3:3, 6:4, 6:7, 6:11, 6:24, 7:23, 8:15, 8:19, 8:24, 9:3, 9:16, 10:8, 10:18, 11:22, 12:12, 13:7, 15:13, 15:16, 15:23, 16:13, 16:24, 17:12, 17:14, 17:24, 18:6, 18:10, 18:17, 20:7, 20:20, 20:25, 21:1, 23:5, 23:7, 23:9, 23:22, 23:24, 24:6, 24:9, 24:22, 25:7, 25:13, 25:24, 26:6, 26:11, 26:21, 27:8, 27:23, 28:11, 28:14, 28:21, 30:18, 32:3, 32:7, 33:25, 34:22, 35:15, 35:17, 35:20, 38:9, 38:24, 39:4, 39:21, 40:25, 41:10, 41:17, 41:22, 42:7, 42:24, 43:1, 43:14, 43:16, 44:11, 44:15, 45:8, 45:17,

45:25, 46:1, 46:2, 46:17, 46:19, 46:23, 47:16, 47:23, 48:22, 49:5, 50:14, 54:10, 56:5, 57:15, 58:8, 59:22, 60:9, 60:12, 60:15, 60:22, 61:20, 63:17, 71:1, 71:25
**Teyf's** [15] - 4:16, 10:6, 16:2, 23:20, 24:4, 30:21, 32:12, 33:22, 38:16, 44:5, 44:6, 44:23, 57:5, 57:6, 75:6
**THE** [136] - 1:10, 2:2, 2:5, 2:7, 2:8, 2:11, 2:15, 2:23, 3:9, 3:21, 4:4, 4:18, 4:22, 4:24, 5:1, 5:4, 5:10, 5:13, 5:16, 5:18, 5:21, 5:24, 7:11, 7:19, 8:12, 11:10, 11:25, 12:20, 13:3, 13:16, 13:21, 14:2, 14:4, 14:8, 14:12, 14:17, 14:21, 14:25, 15:4, 19:23, 21:23, 21:24, 22:2, 22:5, 22:8, 24:11, 27:15, 28:3, 28:24, 29:8, 29:19, 30:10, 30:12, 32:15, 33:12, 33:14, 36:7, 36:11, 36:14, 36:17, 36:24, 37:10, 37:12, 37:20, 38:6, 44:19, 45:1, 45:5, 45:7, 49:19, 49:21, 49:25, 50:5, 50:6, 50:9, 51:6, 51:16, 52:19, 53:2, 53:13, 55:17, 59:5, 62:14, 63:3, 64:2, 64:4, 64:7, 64:9, 64:10, 64:12, 64:15, 64:21, 65:9, 65:12, 65:18, 65:22, 66:3, 66:7, 66:11, 66:16, 67:1, 67:5, 67:8, 67:14, 67:25, 68:5, 68:9, 68:13, 68:19, 68:22, 69:2, 69:11, 69:20, 71:5, 72:10, 72:13, 72:20, 73:5, 73:10, 73:14, 73:18, 74:12, 74:20, 75:7, 75:14, 76:1, 76:10, 76:19, 77:2, 77:21, 78:1, 78:6, 78:14, 78:17, 79:1, 79:4
**themselves** [1] - 34:25
**thereafter** [1] - 6:25
**therefore** [3] - 10:13, 12:13, 18:7
**they've** [4] - 8:1, 10:16, 11:9, 61:22
**third** [5] - 16:18, 25:12, 25:17, 29:13, 33:20
**third-party** [4] - 25:12, 25:17, 29:13, 33:20
**thoughts** [1] - 77:16
**threat** [1] - 57:5
**threatened** [2] - 8:22
**threatening** [1] - 43:20
**three** [6] - 16:5, 40:9, 40:10, 49:7, 66:9, 74:17
**throughout** [1] - 58:18

**Thursday** [3] - 73:25, 74:2
**Timofeevs** [1] - 31:20
**title** [1] - 19:17
**today** [12] - 3:23, 7:11, 9:12, 12:21, 13:4, 26:4, 36:21, 50:12, 52:7, 69:24, 77:4
**together** [6] - 2:13, 26:7, 26:10, 42:2, 62:22, 71:16
**Tony** [1] - 6:16
**took** [1] - 75:22
**tools** [1] - 62:22
**toward** [1] - 67:15
**towards** [2] - 3:23, 36:22
**Tracy** [3] - 1:19, 79:16, 79:17
**traffic** [1] - 27:4
**transcript** [17] - 1:24, 13:24, 15:11, 18:5, 20:23, 21:9, 21:12, 35:24, 37:16, 38:11, 40:6, 40:7, 51:4, 51:11, 52:23, 53:11, 79:12
**TRANSCRIPT** [1] - 1:9
**transcripts** [11] - 36:4, 37:13, 37:23, 38:8, 39:2, 39:24, 46:16, 46:18, 58:18, 60:6, 60:16
**transfer** [3] - 21:10, 71:13, 77:13
**transferred** [1] - 18:23
**transferring** [1] - 59:2
**translate** [3] - 24:15, 63:15, 65:23
**translated** [1] - 44:24
**translation** [4] - 60:11, 63:18, 63:22, 65:7
**translations** [1] - 44:7
**translator** [3] - 22:1, 24:15, 68:20
**translators** [1] - 66:17
**transport** [1] - 64:8
**transportation** [1] - 76:8
**travel** [10] - 15:14, 15:18, 15:22, 17:19, 17:22, 56:24, 57:1, 57:4, 61:23
**travelled** [1] - 50:3
**travelling** [4] - 15:24, 17:12, 47:12, 73:7
**trial** [23] - 34:17, 39:18, 39:19, 50:21, 50:22, 50:24, 56:3, 57:2, 58:7, 62:12, 63:6, 63:9, 64:6, 67:9, 67:10, 67:13, 67:16, 69:22, 70:13, 70:18, 73:24, 74:2, 74:9
**Trial** [5] - 68:16, 70:1, 70:9, 75:4, 75:9
**tried** [2] - 65:14, 67:15
**trigger** [1] - 70:7
**triplicate** [1] - 15:4
**true** [2] - 25:11, 57:8

**try** [6] - 11:6, 65:7, 66:8, 67:11, 76:6, 77:20
**trying** [3] - 33:1, 33:4, 69:10
**Tryon** [1] - 1:17
**turn** [3] - 51:2, 51:4, 55:9
**Twenty** [1] - 22:25
**Twenty-seven** [1] - 22:25
**twice** [1] - 43:19
**two** [16] - 11:17, 22:21, 38:7, 39:15, 48:6, 50:1, 50:8, 60:3, 60:16, 60:18, 61:21, 66:9, 70:24, 71:9, 71:11, 71:25
**typically** [2] - 50:1, 70:16

## U

**U.S** [6] - 16:18, 16:20, 16:24, 17:8, 45:21, 69:6
**ultimate** [1] - 7:15
**ultimately** [3] - 56:3, 59:1, 77:21
**unable** [2] - 45:14, 47:17
**unaware** [1] - 7:6
**unclear** [2] - 11:5, 19:8
**uncovered** [1] - 7:13
**under** [18] - 17:12, 33:21, 36:25, 37:3, 37:4, 37:5, 37:21, 43:21, 45:24, 47:1, 47:7, 47:12, 48:14, 48:21, 54:12, 57:12, 71:12, 77:6
**underestimate** [1] - 71:10
**understood** [5] - 12:14, 52:18, 55:11, 66:18, 70:12
**undisputed** [1] - 61:21
**UNITED** [3] - 1:1, 1:4, 1:10
**United** [10] - 1:12, 11:14, 15:15, 16:20, 16:25, 17:2, 17:5, 47:18, 61:11, 61:13
**unless** [3] - 47:3, 77:14, 78:1
**unmonitored** [1] - 8:11
**unnecessary** [1] - 63:3
**unraised** [1] - 52:12
**unrelated** [1] - 6:15
**unseal** [1] - 38:1
**unusual** [1] - 77:14
**unwilling** [2] - 40:15, 40:17
**up** [24] - 13:7, 15:4, 23:4, 24:10, 32:25, 42:18, 50:14, 52:17, 54:10, 54:21, 56:9, 57:11, 58:6, 59:13, 59:18, 60:2, 62:25, 65:10, 65:11, 68:12, 75:22, 77:15, 77:21, 78:2
**upper** [1] - 42:11
**uses** [1] - 7:8
**utilized** [3] - 7:16, 7:17,
57:17

## V

**vacations** [2] - 26:7, 26:9
**valid** [1] - 26:25
**Van** [3] - 1:16, 2:18, 6:8
**variety** [7] - 39:2, 39:25, 44:11, 45:10, 46:10, 46:20, 47:8
**various** [1] - 24:24
**VASILYEV** [7] - 4:21, 4:23, 4:25, 5:3, 5:12, 5:15, 5:17
**Vasilyev** [30] - 2:21, 3:19, 4:1, 4:8, 4:15, 4:21, 5:7, 5:8, 6:3, 6:10, 6:14, 6:17, 6:21, 7:8, 7:13, 7:16, 7:22, 7:24, 8:3, 8:5, 8:7, 8:18, 8:21, 8:24, 9:14, 9:20, 10:18, 11:21, 12:11, 51:19
**Vasilyev's** [2] - 6:24, 7:6
**victim** [1] - 78:10
**video** [1] - 65:21
**view** [4] - 28:21, 29:4, 56:2, 62:7
**violate** [1] - 60:25
**violated** [2] - 60:22, 60:24
**violating** [1] - 8:24
**violation** [2] - 9:9, 62:2
**violations** [2] - 27:4, 27:6
**violence** [6] - 40:6, 40:10, 40:24, 42:22, 44:16, 48:20
**violin** [2] - 38:24, 39:8
**virtually** [1] - 71:19
**visa** [2] - 17:4, 57:16
**visit** [3] - 25:2, 25:3, 33:21
**visited** [1] - 26:7
**visitor** [1] - 71:22
**visits** [3] - 25:3, 25:6, 71:21
**Voentorg** [1] - 61:6
**voir** [1] - 74:15

## W

**wait** [1] - 69:10
**Wait** [1] - 39:7
**waive** [4] - 68:15, 69:25, 72:7, 75:5
**waiver** [2] - 70:23, 72:5
**waives** [1] - 70:9
**waiving** [1] - 70:13
**Wake** [12] - 63:17, 63:19, 64:6, 64:17, 66:23, 67:2, 69:9, 76:4, 76:5, 76:9, 76:24, 76:25
**walked** [1] - 42:18
**wants** [1] - 71:4
**warranty** [1] - 55:21

**ways** [1] - 46:20
**weak** [1] - 43:13
**wealth** [1] - 62:7
**wear** [1] - 34:3
**week** [9] - 67:10, 70:24, 72:18, 73:8, 73:9, 73:25, 74:1
**weeks** [5] - 9:19, 66:9, 71:11, 74:5, 74:17
**weight** [1] - 54:12
**WESTERN** [1] - 1:2
**whatnot** [1] - 58:6
**White** [3] - 1:17, 2:20, 5:20
**WHITE** [2] - 5:20, 5:23
**white's** [1] - 2:21
**whole** [3] - 58:22, 66:2, 67:9
**width** [1] - 65:16
**wife** [13] - 19:16, 20:25, 31:14, 31:16, 41:23, 44:1, 55:19, 55:22, 56:5, 57:18, 57:19, 58:20, 58:25
**wife's** [1] - 41:23
**willing** [11] - 6:18, 25:12, 26:11, 33:25, 34:3, 34:5, 61:24, 68:15, 69:25, 71:2
**wish** [7] - 36:7, 36:9, 36:12, 36:14, 59:5, 65:24, 76:1
**WITNESS** [1] - 22:5
**witness** [5] - 3:6, 8:8, 22:6, 22:8, 28:3
**witnesses** [4] - 13:9, 51:3, 66:14, 66:21
**wives** [2] - 43:8, 43:9
**wonderful** [1] - 43:10
**WOOD** [1] - 1:10
**word** [1] - 53:9
**works** [1] - 76:19
**worse** [2] - 49:9, 54:23
**worth** [1] - 66:19
**written** [2] - 51:25, 74:13

## Y

**year** [2] - 20:11, 56:10
**years** [9] - 4:15, 8:16, 9:17, 15:13, 22:21, 22:24, 22:25, 23:15, 23:16
**York** [4] - 4:25, 5:6, 5:11, 43:11
**yourself** [3] - 5:16, 12:24, 62:19