UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) MOTION TO SEAL |
| | ) |
| LEONID ISAAKOVICH TEYF, | ) |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby requests the motion and incorporated memorandum filed at D.E. 104, be sealed until ordered unsealed by the Court so that information contained therein will not be made public.

The United States of America is seeking a court order pertaining to restrictions on defendant Leonid Teyf's associations and communications. To that end, the proposed sealed motion contains assertions about the activities of an individual not charged with a criminal offense. Disclosure of such assertions to the public at this stage might cause prejudice or treatment of that individual in a manner they would wish to avoid. In an abundance of caution, the government moves to seal the document.

WHEREFORE, the United States of America respectfully prays for the sealing of the motion filed at D.E. 104 until such time as the United States Attorney's Office requests it be unsealed by the Court. The United States also requests that the Clerk of Court be directed to provide the parties with filed copies of the Motion.

Dated this the _24th day of January, 2019.

ROBERT J. HIGDON, JR.
United States Attorney

/s/ Barbara D. Kocher
BY: JASON M. KELLHOFER
BY: BARBARA D. KOCHER
Assistant United States Attorney
Criminal Division
310 New Bern Avenue, Suite 800 Federal Building
Raleigh, NC 27601-1461
Telephone: (919) 856-4530
Facsimile: (919) 856-4828
Email: barb.kocher@usdoj.gov
N.C. State Bar #16360

CERTIFICATE OF SERVICE

This is to certify that I have this 24th day of January 2019, served a copy of the foregoing filing upon counsel for the defendant in this action by electronically filing the foregoing with the Clerk of Court, using the CM/ECF system which will send notification of such filing to:

James P. McLoughlin, Jr
jimmcloughlin@mvalaw.com,
johnnathanruff@mvalaw.com

Nathan A. White
nathanwhite@mvalaw.com
melissanazario@mvalaw.com

Benjamin F. Leighton
benleighton@mvalaw.com,
jenniferbraccia@mvalaw.com,
johnhan@mvalaw.com,
victorialyons@mvalaw.com

By: */s/ Jason M. Kellhofer*
JASON M. KELLHOFER
Assistant U.S. Attorney
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Telephone: 919-856-4530
Fax: 919-856-4487
E-mail: jason.kellhofer@usdoj.gov
OH Bar: 0074736