IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1-FL

UNITED STATES OF AMERICA, )
)
v. )
)
LEONID ISAAKOVICH TEYF, )

CERTIFICATE OF SERVICE

This is to certify that I have this 24th day of January 2019, served a copy of D.E. 104 upon counsel for the defendant in this action by sending a copy to each counsel by electronic communication as referenced below:

James P. McLoughlin, Jr
jimmcloughlin@mvalaw.com,

Nathan A. White
nathanwhite@mvalaw.com

Benjamin F. Leighton
benleighton@mvalaw.com,

By: */s/ Barbara D. Kocher*
BARBARA D. KOCHER
Assistant U.S. Attorney
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Telephone: 919-856-4530
Fax: 919-856-4487
E-mail: barb.kocher@usdoj.gov
NC Bar: 16360