IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| LEONID ISAAKOVICH TEYF, | ) |

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this 25th day of January 2019, served a copy of D.E. 108 upon counsel for the defendant in this action by sending a copy to each counsel by electronic communication as referenced below:

James P. McLoughlin, Jr
jimmcloughlin@mvalaw.com,

Nathan A. White
nathanwhite@mvalaw.com

Benjamin F. Leighton
benleighton@mvalaw.com,

                                               By: */s/ Barbara D. Kocher*
                                               BARBARA D. KOCHER
                                               Assistant U.S. Attorney
                                               310 New Bern Avenue, Suite 800
                                               Raleigh, NC 27601
                                               Telephone: 919-856-4530
                                               Fax: 919-856-4487
                                               E-mail: barb.kocher@usdoj.gov
                                               NC Bar: 16360