THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **NOTICE OF INTENT TO** |
| ) | **REQUEST REDACTION** |
| LEONID ISAAKOVICH TEYF, ) | |
| ) | |
| Defendant. ) | |

Notice is hereby given that a statement of redaction will be submitted to the court reporter/transcriber within 21 days from the filing of the transcript with the Clerk of Court.

This the 30th day of January, 2019.

/s/ James P. McLoughlin, Jr.
James P. McLoughlin, Jr.
N.C. State Bar No. 13795
Nathan A. White
N.C. State Bar No. 48684
Benjamin F. Leighton
N.C. State Bar No. 50835
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Phone: (704) 331- 1054
Facsimile: (704) 378-2054
Email: jimmcloughlin@mvalaw.com
nathanwhite@mvalaw.com
benleighton@mvalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January, 2019, I served the foregoing Notice of Intent to Request Redaction on the parties in this matter by CM/ECF which will send notification to the following:

Barbara D. Kocher
U.S. Attorney's Office
310 New Bern Ave.
Suite 800
Raleigh, NC 27601
Email: barb.kocher@usdoj.gov

Jason M. Kellhofer
U.S. Attorney's Office
310 New Bern Ave.
Suite 800
Raleigh, NC 27601
Email: jason.kellhofer@usdoj.gov

I also certify that I served the foregoing Notice of Intent to Request Redaction to the following non-CM/ECF participants by electronic mail:

Tracy L. McGurk, RMR, CRR
413 Middle Street
New Bern, NC 28560
Email: Tracy_McGurk@nced.uscourts.gov

/s/ James P. McLoughlin, Jr.
James P. McLoughlin, Jr.
N.C. State Bar No. 13795
Nathan A. White
N.C. State Bar No. 48684
Benjamin F. Leighton
N.C. State Bar No. 50835
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Phone: (704) 331- 1054
Facsimile: (704) 378-2054
Email: jimmcloughlin@mvalaw.com
nathanwhite@mvalaw.com
benleighton@mvalaw.com