UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) MOTION TO SEAL |
| | ) |
| LEONID ISAAKOVICH TEYF, | ) |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby requests the response filed at D.E. 115, be sealed until ordered unsealed by the Court so that information contained therein will not be made public.

The United States of America is seeking a court order pertaining to restrictions on defendant Leonid Teyf's associations and communications. To that end, the proposed sealed response references two individuals not charged with a criminal offense. In an abundance of caution, the government moves to seal the document.

WHEREFORE, the United States of America respectfully prays for the sealing of the motion filed at D.E.   until such time as the United States Attorney's Office requests it be unsealed by the Court. The United States also requests that the Clerk of Court be directed to provide the parties with filed copies of the Motion.

Dated this the 31st day of January, 2019.

ROBERT J. HIGDON, JR.
United States Attorney

/s/ Barbara D. Kocher
BY: JASON M. KELLHOFER
BY: BARBARA D. KOCHER
Assistant United States Attorney
Criminal Division
310 New Bern Avenue, Suite 800 Federal Building
Raleigh, NC 27601-1461
Telephone: (919) 856-4530
Facsimile: (919) 856-4828
Email: barb.kocher@usdoj.gov
N.C. State Bar #16360

CERTIFICATE OF SERVICE

This is to certify that I have this 31st day of January 2019, served a copy of the foregoing filing upon counsel for the defendant in this action by electronic communication.

James P. McLoughlin, Jr
jimmcloughlin@mvalaw.com,
johnnathanruff@mvalaw.com

Nathan A. White
nathanwhite@mvalaw.com
melissanazario@mvalaw.com

Benjamin F. Leighton
benleighton@mvalaw.com,
jenniferbraccia@mvalaw.com,
johnhan@mvalaw.com,
victorialyons@mvalaw.com

/s/ Barbara D. Kocher
BY: BARBARA D. KOCHER
Assistant United States Attorney
Criminal Division
310 New Bern Avenue, Suite 800 Federal Building
Raleigh, NC 27601-1461
Telephone: (919) 856-4530
Facsimile: (919) 856-4828
Email: barb.kocher@usdoj.gov
N.C. State Bar #16360