IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:18-cr-452

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | NOTICE OF APPEAL |
| LEONID TEYF et al., | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Leonid Teyf, by and through undersigned counsel, hereby gives notice pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure, that he is appealing to the United States Court of Appeals for the Fourth Circuit the Memorandum Opinion of the Honorable Louise W. Flanagan, filed January 28, 2019, ordering Defendant detained pending trial (ECF No. 110).

This 4th day of February, 2019.

/s/ James P. McLoughlin, Jr.
James P. McLoughlin, Jr.
N.C. State Bar No. 13795
Nathan A. White
N.C. State Bar No. 48684
Benjamin F. Leighton
N.C. State Bar No. 50835
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Phone: (704) 331- 1054
Facsimile: (704) 378-2054
Email: jimmcloughlin@mvalaw.com
nathanwhite@mvalaw.com
benleighton@mvalaw.com

## CERTIFICATE OF SERVICE

   I hereby certify that on February 4, 2019, I caused to be filed electronically with the Clerk of Court through the CM/ECF system the foregoing **NOTICE OF APPEAL,** and that service will be accomplished by the CM/ECF system sending notification of such filing to the following counsel of record:

     Jason Kellhofer
     U.S. Attorney's Office
     310 New Bern Avenue
     Federal Building, Suite 800
     Raleigh, North Carolina 27601-1461
     Jason.kellhofer@usdoj.gov

     Barbara Kocher
     310 New Bern Avenue
     Federal Building, Suite 800
     Raleigh, North Carolina 27601-1461
     Barb.kocher@usdoj.gov

     Attorneys for the United States of America

        /s/ James P. McLoughlin, Jr.
        James P. McLoughlin, Jr.