IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1-FL

UNITED STATES OF AMERICA,   )
   )
     v.   )  UNITED STATES' MOTION TO REPLACE
   )  DEFENDANT'S EXHIBITS 5 and 6
   )
LEONID ISAAKOVICH TEYF,   )

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, files this motion to replace Defendant's Exhibits 5 and 6 with those documents attached hereto. In support hereof, it is stated unto the Court:

On January 22, 2019, this Court held a hearing on the defendant's motion to revoke a detention order. During that hearing, the defendant submitted several exhibits. Two of those exhibits were transcripts of recorded conversations between defendant and other persons. The exhibits had not been reviewed by the government before submission to the Court, and in an abundance of caution, a motion to seal was made in the event there was sensitive or protected information therein.

The government has now had the opportunity to review Exhibits 5 and 6. Minor redactions of sensitive information were needed. With the consent of counsel for the defendant, the government requests the attached exhibits be substituted for those exhibits submitted during the January 22, 2019 hearing, and the originally submitted exhibits be destroyed or returned to the defendant.

In the alternative, the government requests the originally submitted exhibits remain under seal, and the attached be placed in the public record.

Case 5:18-cr-00452-FL   Document 121   Filed 02/04/19   Page 1 of 3

Respectfully submitted this 4th day of February, 2019.

ROBERT J. HIGDON, JR.
United States Attorney

By:     */s/ Barbara D. Kocher*
JASON M. KELLHOFER
BARBARA D. KOCHER
Assistant U.S. Attorney
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Telephone: 919-856-4530
Fax: 919-856-4487
E-mail: jason.kellhofer@usdoj.gov
OH Bar: 0074736
E-mail:barb.kocher@usdoj.gov
NC Bar: 16360

## CERTIFICATE OF SERVICE

This is to certify that I have this 4th day of February 2019, served a copy of the foregoing upon the defendants by filing the foregoing with the Clerk of Court, using the CM/ECF system which will send notification of such filing to the defendant's counsel of record.

**Benjamin F. Leighton**
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC  28202-4003
704-331-1000


**James P. McLoughlin, Jr.**
100 N. Tryon St., Suite 4700
Charlotte, NC  28202-4003
704-331-1000

**Nathan A. White**
100 North Tryon Street, Suite 4700
Charlotte, NC  28202-4003
704-331-3580

By:     */s/ Barbara D. Kocher*
         BARBARA D. KOCHER
         Assistant U.S. Attorney
         310 New Bern Avenue, Suite 800
         Raleigh, NC 27601
         Telephone: 919-856-4530
         Fax: 919-856-4487
         E-mail: barb.kocher@usdoj.gov
         NC Bar: 16360