UNCLASSIFIED

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



FBI Charlotte
7915 Microsoft Way
Charlotte, NC 28273

File Number: ▇▇▇▇▇▇

Requesting Official(s) and Office(s):

Task Number(s) and Date Completed:

Name and Office of Linguist(s):

Name and Office of Reviewer(s):

Source Language(s):                     Russian

Target Language:                        English

Source File Information
  Name of Audio File or CD:             Snowman_Teyf02162018.003

## SUMMARY TRANSLATION

Participants:
    CHS                 Snowman
    UM                  UM
    UM1                 UM1

Abbreviations:
    TN                  Translator's Notes
    UI                   Unintelligible


EXHIBIT
Q5
A000005-T1

UNCLASSIFIED

[TN: It is likely that UM is Leonid Teyf as Snowman refers to UM later in the conversation as "Leonid" plus patronymic.

UM1 may be the voice of a dispatcher. The words are spoken in Russian.]

File Name: Snowman_Teyf02162018.003

[No conversation in the first 20 minutes of the audio].

At 20:45, UM1 voice says: "415." Snowman engages in a conversation with UM. UM relates to Snowman someone else's words [UI]. Snowman tells UM that he does not understand why a pretty woman with money would want to be with "this loser," especially considering the fact that "he" is on drugs. UM says that he and someone else [likely insinuating a female] are flying to Europe tomorrow and are coming back on February 25th, and that he would have fucked "him" up a long time ago [UI]. UM says that he wants to nail "him." Snowman urges UM to take it easy and tells him that UM is being very emotional. Snowman encourages UM to wait and that they will frame "this guy." UM tells Snowman that "he" has a police record," and that the reason "he" is still here is because "he" is married to an American. They discuss that "he" does pot and is also addicted to pills. UM tells Snowman to deal with "her," and that he is clean. UM says that he just wants to know if "they" had sex. Snowman asks if anyone else knows. UM replies: "No." UM mentions two Alekseys: one that knows and the one that probably guesses about what's happening. Snowman says that he is meeting with people tomorrow and that he will pay attention to what they will talk about.

UM suggests they end this conversation, and move on to talking about their trucking business. They arrange a meeting for a following day and discuss future plans when Snowman tells UM that he will be back on the 5th.

A000005-T3

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**



FBI Salt Lake City
5425 West Amelia Earhart Dr
Salt Lake City, UT 84116

File Number: ▇▇▇▇

Requesting Official(s) and Office(s):

Task Number(s) and Date Completed:

Name and Office of Linguist(s):

Name and Office of Reviewer(s):

Source Language(s):                Russian

Target Language:                   English

Source File Information
  Name of Audio File or CD:        Snowman_Teyf02162018.003.wav
  –Date, Duration:                 02/16/2018, 00:46:18

## VERBATIM TRANSLATION

Participants:

  Snowman                          Confidential Human Source

  LT                               Unknown Male

A000005-T4

Abbreviations:

| | |
|---|---|
| [ ] | Translator Exegeses |
| TN | Translator's Notes |
| UI | Unintelligible |
| OV | Overlapping Voices |
| *Italics* | Spoken in English |
| PH | Phonetic Spelling |

[TN: Lesha, Leshka – diminutive for Aleksey]
[TN: Dasha is the diminutive for Daria/Darya]
[TN: Nastya is the diminutive for Anastasia]
[TN: Per the request of Special Agents, not all sounds and noises are included in the translation]

A000005-T5

File Name: Snowman_Teyf02162018.003

Snowman: [Exhale]. [Noises] *What this date*? So. [Noise]. *Oh, man. Oh, February 16.*

[No conversation for a period of time]

[00:26:46/00:19:33]

Snowman: *Five forty-five.* [UI].

[No conversation for a period of time]

[00:25:34/00:20:45]

LT: Four hundred fifteen—

Snowman: Yes, boss. Okay. On my way.

[Vehicle door being opened and closed]

Snowman: [Chuckles] [UI]. I understand, one second. One second, wait, one second. Pound sign and what?

LT [UI].

Snowman: So pound sign, 1-9-7-7?

LT: Uh-huh.

[Dial tone]

LT: I apologize.

Snowman: Everything is fine, boss. I understand you don't give a darn, as they say . . .

LT: I can't quite understand, was there something, or fucking wasn't?

Snowman: Darn, first of, don't get offended I'm going to tell you, all right? I am telling you, leave me here to work [UI]. Necessary to leave [it/me/them/him/her].

LT: She's been fucking dr-drinking too much, this Nastya, damn and [UI].

Snowman: I knew it.

LT: She is wired for sound all the time, necessary to [UI], "I shit, I don't want with you [UI].

A000005-T6

File Name: Snowman_Teyf02162018.003

[Noise]

LT: I don't understand at all what you are writing.

Snowman: Hm.

LT: What is this? [I] can?

Snowman: Yes.

LT: In what way?

Snowman: Well, somehow here, to work on this issue . . . of the cops.

LT: Sit where? There?

Snowman: No, well . . .

LT: Here? Let's step aside [UI].

Snowman: [OV] To falsify the documents? To arrest him and [UI].

LT: In which one?

Snowman: In [UI]. He [UI] his own [UI]. It is there near [UI].

LT: [OV] I don't know if you can . . .

Snowman: I can. [Laughs]

LT: [UI]. At first he was saying that—

Snowman: It will be necessary to wait.

LT: —I won't [UI] disgrace, shit and so on and so forth [UI] [rustling noise] [UI] Because he left [UI] my apartment [UI]. The person [UI] I tell him [UI] [rustling noise] [UI] in general to continue, shit [UI]

Snowman: I can't wrap my head around it at all.

LT: Me neither.

Snowman: Honestly.

LT: Me, too.

A000005-T7

File Name: Snowman_Teyf02162018.003

Snowman:   Well, let me explain to you my train of thought. The woman is pretty, right, has money, why the fuck does she need this loser?

LT:   I don't even know.

Snowman:   Then like you said, he—

LT:   Well a druggie [UI].

Snowman:   —yes. So what the fuck?

LT:   I don't know. I don't know. Right now— honestly [rustling noise][UI] We are flying to Europe tomorrow.

Snowman:   Uh-huh.

LT:   And will be back on the 25th.

Snowman:   Okay, let's meet on the 25th.

LT:   I, I would have killed him a long time ago, it's just [UI] came up. [UI] such.

Snowman:   We'll take care of everything, don't worry.

LT:   I don't know. I doubt it. You'll just put yourselves on the line.

Snowman:   We won't put ourselves on the line. Everything will work out fine.

LT:   [OV] [coughing] I wanted to just [UI] him—

Snowman:   [OV] I . . . [Chuckles] [UI]. It's not necessary. It's not necessary

LT:   --so he would tell the truth.

Snowman:   None of it is necessary. Don't. Not necessary. You are an emotional person and a little bit of time is needed.

LT:   I am a man of strong emotions.

Snowman:   Yes. It's not necessary. Why? We'll set him up, take him down, grab [him], dump [him/it]. Simply time is needed.

LT:   No. I thought, I thought differently. That, shit, uh lead someone on, pay him to become friends with him. And then, shit, get him fucking blabbing, and then the fucking overdose and he is done.

A000005-T8

File Name: Snowman_Teyf02162018.003

| | |
|---|---|
| Snowman: | What's he on, do you know? |
| LT: | Who the fuck knows— |
| Snowman: | Weed or— |
| LT: | [OV] On pills, on weed. There is a *report.* There is a police *report* shit, he has court at least [UI] . . . |
| Snowman: | [OV] Yes. How is he able to remain here then, if he has [UI]? |
| LT: | He married that American. |
| Snowman: | Ah . . . I see. |
| LT: | That has two children. |
| Snowman: | Uh-huh. |
| LT: | From different husbands. |
| Snowman: | So, the bottom line is that he is smoking weed, lives on [UI] from these uh, from uh— |
| LT: | [OV] Pills. |
| Snowman: | Um. |
| LT: | Who the fuck knows. |
| Snowman: | I understand. Those that are for pain that are sold at the pharmacy. One pill costs $25. He is selling them here. |
| LT: | Maybe, yes. |
| Snowman: | And if you [mix] [UI] pill with wine, the person just gets lost. Just gets lost. We had a friend like that worked [UI]. |
| LT: | You, you, you— |
| Snowman: | —Shumacher [PH] was at Sasha's. |
| LT: | —I understand, don't pester me. Shit, I am completely clean, shit. Shit, you sort it out with her. What kind does she have, shit? What did she want, shit [UI]? |
| Snowman: | Look, generally speaking, there are no claims against him. |

A000005-T9

File Name: Snowman_Teyf02162018.003

| | |
|---|---|
| LT: | That's true. |
| Snowman: | That's between us. |
| LT: | Of course. |
| Snowman: | Just to find out did it happen and that's it. |
| LT: | Uh-huh. |
| Snowman: | Otherwise, there aren't any claims against him. |
| LT: | I-I-I just need to know was there sex or not. |
| Snowman: | But to be honest, I don't believe [it]. |
| LT: | Me neither. |
| Snowman: | Shit, I can't believe this. [chuckles] And one more question. Does everybody know already or no one knows. |
| LT: | [OV] [UI] No one knows. [UI]. |
| Snowman: | Does Lesha know? |
| LT: | Well, Leshka is surmising [UI]. |
| Snowman: | No, this one. Polyakov. |
| LT: | This one knows everything, yes. |
| Snowman: | [UI]. Oh, man . . . |
| LT: | [UI]. |
| Snowman: | Well what, he'll go drinking and they he'll start blabbing, shit. |
| LT: | He can't be blabbing against himself. |
| Snowman: | Fine, all right. Tomorrow I am meeting here with . . . uh . . . the gang is gathering, Valik and the others. I'll listen maybe they will say something. |
| LT: | Doubtful [UI]. |
| Snowman: | [OV] Well, I'll listen. Look, I don't drink. |

A000005-T10

File Name: Snowman_Teyf02162018.003

| | |
|---|---|
| LT: | Ok, fine, listen. |
| Snowman: | I always come and . . . [whistles] Ears . . . [chuckles] . . . are perked up. Ok, let's close our topic. Look— |
| LT: | [OV] Yes, yes, let's close it. What-what— |
| Snowman: | Look, the topic is this. |
| LT: | The gist-gist . . . |
| Snowman: | Twenty-five, that means, it includes the truck, insurance— |
| LT: | [OV] Let's, let's do it differently. Twenty-five will come from me. Uh, what, what kind of direction do we want to go? |
| Snowman: | The direction is such . . . |
| LT: | We open a company . . . |
| Snowman: | We open a co[mpany] it's already open. It is already opened. John opened it. TTA [PH]. |
| LT: | [OV] [UI]. |
| LT: | John. I went to him. We went to open a company. We went to the bank. He tells me, "There is no need to open anything, I already have [it]." |
| LT: | Uh-huh. |
| Snowman: | Ok. I, I already gave the title, the title for the truck, he has [it]. |
| LT: | [OV] [UI] TTA [UI]. |
| Snowman: | We went to the uh well— |
| LT: | [OV] Ok, we get the truck, what's next? |
| Snowman: | There is a truck already. Done. |
| LT: | Need to buy it. |
| Snowman: | I actually wanted already on Monday to take it to North Caro[lina] to Chicago. |
| LT: | *The truck?* |

A000005-T11

UNCLASSIFIED

File Name: Snowman_Teyf02162018.003

| | |
|---|---|
| Snowman: | Yes. And also then we would need to buy either a small *box truck* or a Sprinter. |
| LT: | I see. |
| Snowman: | I'll explain why. I hire a driver right now. For example for 25 percent 30 percent per, per *load.* |
| LT: | Uh-huh. |
| Snowman: | For the two, two vehicles. |
| LT: | Uh-huh. |
| Snowman: | There isn't always work for the *box trucks*, but I still need to pay the wages. |
| LT: | Uh-hm. |
| Snowman: | There is work for, for the Sprinters. What do we have? Marius is falling behind. Everything that's been accumulating . . . So, three weeks, Saturday-Sunday, Saturday-Sunday, three weeks, I am there as the one in charge. Marius doesn't show up at all. |
| LT: | Uh-hm. |
| Snowman: | And when I walk around those . . . I even have the keys for that big *warehouse*, for three of them, *actually.* I go in and I see – whoa!- some small loads are laying around . . . |
| LT: | Laying around . . . not leaving |
| Snowman: | Yes. I call Charlie right away, and Charlie tells me, "Do you want them? Take them." But the price Charlie is giving me right now is shit [chuckles]. |
| LT: | Small. |
| Snowman: | Well by small . . . a normal price, but small. |
| LT: | Compared to the other ones, it's small. |
| Snowman: | Compared to the *market*, it's small. Others get even less from him. And I am like, I need for them to get used to the idea that TTA-TTA was always under the back side. Always was— |
| LT: | Backing them up. |

7
UNCLASSIFIED

A000005-T12

File Name: Snowman_Teyf02162018.003

| | |
|---|---|
| Snowman: | —backing them up. That we . . . Look, here is what I was thinking. What is it now? February, March will pass, and in April we will slowly begin repaying the insurance back to you, and that, you know, paying back little by little. To me the important thing is for the driver to be provided for. So that we— |
| LT: | [OV] Uh-hm, do you want to have one driver for the *box-truck* and for— |
| Snowman: | [OV]Yeah, why do we need two? |
| LT: | —the big one [UI]. |
| Snowman: | Yes, but just in case . . . |
| LT: | Is the trailer theirs? |
| Snowman: | No, no, no. *Box-truck*. |
| LT: | Well a *box-truck*. Just one *box-truck* and that's all? |
| Snowman: | [OV] And, and one **Sprinter**. |
| LT: | One Sprinter, okay. |
| Snowman: | Yes. |
| LT: | So in other words, he will be working both. |
| Snowman: | Yes, uh— |
| LT: | Ok. |
| Snowman: | Uh, and, that's what I'm thinking. And if, for example, the *box-truck* left and there is work left to be done, I can always hop into Sprinter and go for *TA*, for *TTA*. |
| LT: | I see. |
| Snowman: | For the company. Well, I am going to put everything in there and then we will be coming and will figure it out [UI] pay when I [UI] |
| LT: | [UI]. |
| Snowman: | For example, today, I lost a week already. [Chuckles] [UI] going. But that's all right, no worries. Maybe it's for the best. |
| LT: | Well, all right. We will set up TTA and will start working with Chicago for now. |

A000005-T13

File Name: Snowman_Teyf02162018.003

| | |
|---|---|
| Snowman: | Yes, Chicago. I already started talking to him. I am telling him, "Marius [PH], come pick something up over here, bro." He says, "I behind." |
| LT: | Uh-huh. He loads up here? |
| Snowman: | Uh-huh. No. All the medical stuff. From Costco. It's Virginia, West Virginia, North Carolina, South Carolina and [UI] there. |
| LT: | Yes. |
| Snowman: | He says, "I'm behind." I say, "Why don't you give it to me? Slowly." |
| LT: | Uh-huh. |
| Snowman: | He says, "I need to think about it." Well, Marius is the kind of guy, he will take his time thinking about it. Yeah. Then I approached him . . . Are those trucks of yours running? Those, in Utah. |
| LT: | Which ones? |
| Snowman: | You were telling me you have five or six trucks for which you were given a share. |
| LT: | I have more than five trucks in Utah. I have fucking one hundred plus. |
| Snowman: | No, no, those which . . . when you and I saw each other last time, you told me, "The company has dissolved and we have like trucks . . ." You have like five or six trucks sitting around . . . |
| LT: | Ah, [UI]? |
| Snowman: | I don't know if it's [UI] . . . |
| LT: | Well now, if, if necessary, I could pull them out of there. |
| Snowman: | Do they run? |
| LT: | Yes, they still run. |
| Snowman: | Ok, then let them run. I thought it all fell apart, no one is there . . . |
| LT: | [OV] No, I can take them. |
| Snowman: | No, listen, I thought you have them sitting there. I thought that they could be slowly sold to Mark [PH] those five trucks. Because he seems to be looking. |

A000005-T14

File Name: Snowman_Teyf02162018.003

LT:        [OV] To sell them?

Snowman:   So, like he could start making payments. He rents his trucks anyway. So he
           could rent them here and would start rolling that way. Need to start somewhere.
           He is a very nice guy. I don't want to—

LT:        No, don't worry about it, Sasha.

Snowman:   —and to be honest—

LT:        Well . . .

Snowman:   I tell him, "Marius, you understand that it's a little, I want to earn just a little
           more."

LT:        [OV] Well, this is until he says that he is picking up this cargo from Costco, we
           [UI].

Snowman:   No, no, no, no, no, no. I am trying to convince him . . . I will put this one here
           and will start helping him with cargoes over there. With those two vehicles. He
           will see that I am able to handle it. Marius is like that. He will . . .

LT:        Well, okay.

Snowman:   Then I will tell him, "Give me the ones from Costco, I will transport them here."
           For now I need a *box-truck* for this one, a small [UI]. I have it.

LT:        Ok.

Snowman:   I don't need a bunch.

LT:        Ok.

Snowman:   And if we can get our foot in the door, and I think we will, later we could run
           bigger trucks. Like the ones we have. We would buy medical trailers and all that
           stuff.

LT:        [UI] put where, in Chicago?

Snowman:   At *TTA*. Why? Here.

LT:        I know it's at *TTA*. Here? Here?

Snowman:   Here. Yes. Of course. We have them in Winston, Salem and Cary.

LT:        In Cary?

A000005-T15

File Name: Snowman_Teyf02162018.003

| | |
|---|---|
| Snowman: | Cary, Simmons. |
| LT: | Winston-Salem, [UI], Simmons? |
| Snowman: | Simmons, yes. |
| LT: | [UI]. |
| Snowman: | Of course. The company does it here. |
| LT: | [UI] but now [UI]? |
| Snowman: | The company does [it], but look what happens. Marius started working on one truck. Started doing some good work. |
| LT: | Here? |
| Snowman: | No, in Chicago. [He] was never late. He has been working for 12 years already. |
| LT: | You mean before [UI]? |
| Snowman: | Yes, yes, yes, yes. |
| LT: | [UI] not necessary [UI]. |
| Snowman: | Yes, we, we will simply break up the people. Because I know all the work, our drivers know how to do work. |
| LT: | Are you sure you would be able break up the other people? |
| Snowman: | Little-by-little we will. |
| LT: | And that company that's there now [UI]. |
| Snowman: | But we had three companies running to Chicago, and now there is one left in the past two years. |
| LT: | Working on Simmons. |
| Snowman: | Yes. On Hegel [PH]. |
| LT: | [UI]. |
| Snowman: | Yes. We get rid of them. For being late— |

A000005-T16

File Name: Snowman_Teyf02162018.003

LT: [UI].

Snowman: Well, yes, squeeze them out. Marius squeezed them out. Because of being late . . .

LT: Good work.

Snowman: Drivers don't, don't help [UI] work. You tell them to move to a different parking spot, they don't. The same shit is happening here. I already drove here three times in the *box-truck*. I already drove here. We have another system, too. Even if some kind of commotion starts, we also have cargoes going to New York.

LT: To be honest with you, I thought you were trying to replace the boss at the warehouse.

Snowman: That's what I was pushing to do.

LT: Would you be able to get in?

Snowman: Well, you know me.

LT: [chuckles]

Snowman: I will push through. Well, if they gave me the key, at Hegel [PH] and from Hegel [PH] from here the office was given. Hegel [PH] is not Mark's, but Hegel [PH] gave me a small corner with internet.

LT: I understand. Mark's customer-customer, right?

Snowman: Yes, but it was already allotted. The other warehouse where I have my trailers, I mean Mark's trailers, I have the keys to that warehouse. I use their bathroom. No one has a key, but me. Two bosses, two bosses, the main bosses—

LT: Ok?

Snowman: —Germans.

LT: I know . . .

Snowman: —they saw me and say, "Hey, Alex, how are you? Where have you been?" I told them, "On vacation." [Chuckles] Can I not take a vacation?

LT: [UI] has it?

Snowman: Simmons has it, of course. But you need to . . . One second.

A000005-T17

File Name: Snowman_Teyf02162018.003

LT:        How-how are you going to get into Simmons?

Snowman:   Here is how. You a little are not. You are not . . . Let me explain all of it to you.
           Simmons is a huge corporation, other corporations, like Hegel, are working for it.
           They are Germans, as well. They, Simmons, produce, Hegel installs these. In
           other words . . . . We—

LT:        Transport.

Snowman:   —for Hegel, transport Simmons equipment to Hegel. We pick it up from
           Simmons and take it to Hegel to install it.

LT:        [OV] Well *okay*, well *okay.*

Snowman:   The same thing happens here. Here they have, uh . . .Those . . .

LT:        Branches?

Snowman:   Installers, but different ones.

LT:        [OV] Branches, branches that are neither Simmons, nor Hegel.

Snowman:   No.

LT:        Some other subcontractors.

Snowman:   Subcontractors, yes. I already know who is here.

LT:        Oh, okay.

Snowman:   They tran[sport] . . . delivered to them. For example, I take it to them.

LT:        Ok.

Snowman:   Then you come and give a different type of service. They are tired of the other
           ones.

LT:        They are late and so on.

Snowman:   They are late, the truck. . . What do we have here, for example? Uh, how it all
           works. I arrive at the hospital. There is a PM from Simmons.

LT:        Uh-huh.

Snowman:   He is the boss from Simmons who supervises all this crap. And he tells you
           where to park, how to park. Where to turn, how to open the door. He gives you

A000005-T18

File Name: Snowman_Teyf02162018.003

|  | the orders. We and Hegel unload everything, unpack it, bring it into the hospital. Sometimes we use cranes, if it's the fourth floor. |

LT:   Uh-huh.

Snowman:  Then we collect all the trash, all the stuff. I have to take it away.

LT:   [OV] This is all done, this is all done by Mark's company, right?

Snowman:  Mark's company, yes. They sign every page for me regarding what and how it was done. And they write, uh, call . . .The system is such: you keep working, working, working – they pay well. But, darn, if you are late one time, they charge you double. For example, you are bringing a 4,000 [dollar cargo], even that same *box-truck* is transporting, darn [chuckles] something happens, [UI] and shocked.

LT:   Well, it's clear.

Snowman:  This is, this is such . . . [UI].

     [Noise]

LT:   Ok, makes sense. [UI].

Snowman:  We just had three companies: Mark's and two other ones squeezed in. Well, we squeezed them out because of good service.

LT:   Ok, so you just think that the company [UI].

Snowman:  [OV] Will get in here. Marius will come here. He will see that we are [doing everything] well, and he will come here himself.

LT:   Well, if he comes here, wouldn't he just take up all the cargo and work for himself?

Snowman:  Who?

LT:   Marius.

Snowman:  [chuckles] No, no, no. Will need to put here . . . He will not split between, Leonid Isaakovich, he will not split.

LT:   You mean he would have to hire someone . . . [UI].

Snowman:  [OV] Me, of course. Because I am local.

LT:   [UI] your vehicles.

A000005-T19

File Name: Snowman_Teyf02162018.003

| | |
|---|---|
| Snowman: | Yes. He doesn't care where to get [it]. Is this for you? |
| LT: | No [UI]. |
| Snowman: | Uh-huh. |
| LT: | [UI]. |
| | [Noise] |
| LT: | [UI] two of us or [UI]? |
| Snowman: | At TTA? Together, for now, it's just, I, I, . . . for the time being only that guy, Giovanni. |
| LT: | *Who, who is Giovanni?* |
| Snowman: | [laughs] John. Dr. Aybolit. I say to him, "How are you, Aybolit?" I misunderstood the situation a little. I came to see him, and he tells me, "Leo told me, we are not going to do anything like that. I have [it/them]." *Okay.* |
| LT: | But, I didn't tell him that. It's just there was a company, but it was [UI]. |
| Snowman: | Ok. Then I tell him, "Let's— |
| LT: | [OV] It was with . . . This Lesha, a soldier, is here. |
| Snowman: | He would have already transferred it to his name. |
| LT: | I know. |
| Snowman: | I— |
| LT: | [OV] We opened that company to potentially move the trucks to *North Carolina.* |
| Snowman: | Ok, fine. But a DOT number is needed. I told him right away, "Go get a DOT number." But to get it out of John. Did you talk to him? "No." |
| LT: | I will see him tomorrow at 9:30. |
| Snowman: | [chuckles] I say, "You are located in Ch-Chicago. Boss is in North Carolina. And you are telling me that you didn't talk to him?" I was saying this to myself. Because I know you. For you not to call and not make arrangements -- such thing is not possible. |

A000005-T20

File Name: Snowman_Teyf02162018.003

| | |
|---|---|
| LT: | I mostly talk to Lesha. That's why not John. |
| Snowman: | I need for him to add me, so we could open, um, an account. You would transfer the money, then would write in . . . I would add you there into all of this, this . . . I hope you trust the money to me. It won't go anywhere. |
| LT: | Naturally. |
| Snowman: | I think [UI] could [UI] to my company, and we can later sign a note and transfer it. |
| LT: | Why? I will give a *loan* to TTA. |
| Snowman: | Uh-huh. |
| LT: | Using that loan you will buy a ***box-truck*** and a Sprinter, shit. And let's get going. |
| Snowman: | Let's do this. We will register the ***box-truck*** and get it going. Then the Sprinter. And then I will tell you how much is everything. Slowly. I, I want, I want to get it, so I could pay you back for everything within a year, so he would start working. You see? I don't want any big amounts . . . What did it come up to? |
| LT: | I don't know. [UI]. |
| Snowman: | Oh, you're just . . . |
| LT: | Ok, so tomorrow I will tell John to prepare the agreement for a loan. How much money would you need for all of that? |
| Snowman: | He and I calculated it to be 25. |
| LT: | 25. |
| Snowman: | No, the *box truck*, insurance for a year . . . He said that he reported it to you. Uh, that one . . . Because the insurance for a year came up to, if we were to pay every month . . . |
| LT: | Sasha, I had other things to worry about. |
| Snowman: | Yes. And for the entire year it would be a thousand plus less. |
| LT: | I flew out on November 5 and just came back on February 9, [UI] was in Europe [UI]. |
| Snowman: | Is number 412 yours or was it left here? |

A000005-T21

File Name: Snowman_Teyf02162018.003

LT: 4-1-3-5-2-2-1-1-4-1.

Snowman: [OV] I was writing to you on that number and then got a text back, but you never write to me like that. [Laughs]

LT: No, maybe it's not mine. What, what's the number?

Snowman: I don't remember. It was your number [UI] [noise]

LT: [UI] the old one. The old phone. The old phone, [UI] four-one at the end.

Snowman: How's [UI], working?

LT: Yes, still [UI].

Snowman: Well, thank God.

LT: So, okay, I am going make a *loan* . . .

Snowman: Uh-huh. [Rustling noise]

LT: [UI] Put together a *loan*. [UI] twenty grand. [UI] [Noise]

Snowman: Yes. But... [UI].

LT: [UI] what you tell me [UI].

Snowman: For the Sprinter, yes.

LT: [UI].

Snowman: Ok, by then you should be back. Leonid Isaakovich, you and I will sit down and I will lay it all out for you.

LT: [UI] Sprinter . . .

Snowman: I don't know what to do about the Sprinter, either get a used one or get a new one on payments. There is a bunch . . . I'll think about it some more. All of this . . .

LT: [UI] service sector.

Snowman: New one?

LT: New one will probably be [UI].

Snowman: No, 35 thousand.

A000005-T22

File Name: Snowman_Teyf02162018.003

| | |
|---|---|
| LT: | [UI]. |
| Snowman: | Yes. But need to, since the company just barely opened, it will probably be necessary to put ten as a down payment, even with my [UI]. Yes. To get a new one. |
| LT: | [UI]. |
| Snowman: | So . . . |
| LT: | My, my [UI]— |
| Snowman: | [OV] Oh, the phone. |
| LT: | —check it in the, uh, what's it called? Amazon. |
| Snowman: | Uh-huh. |
| LT: | Got thirty Sprinters, they are also 35 thousand each, put 6 thousand *down payment* on each . . . |
| Snowman: | Uh-huh. |
| LT: | . . . And run deliveries between, between . . . Well, from the warehouses… |
| Snowman: | I don't get it, you are looking at me like, [UI]. What's going on here? [Chuckles] Hegel [PH] just moved into a new building. The road is here, and Amazon is over here. |
| LT: | Uh-huh. |
| Snowman: | I didn't introduce myself properly yet. |
| LT: | It would have been nice to get into Amazon. |
| Snowman: | That's where I am trying to get into. Slowly. |
| LT: | Okay, then. |
| Snowman: | Leonid Isaakovich, you see . . . |
| LT: | There is a great potential there. |
| Snowman: | Yes. |

A000005-T23

File Name: Snowman_Teyf02162018.003

| | |
|---|---|
| LT: | Right now they are using larger [companies] like Conveyor, Swift, and shit like that. But those are twisting their arms and they want to switch to a system similar to FedEx's, with fifteen vehicles per company, and contractors, contractors, and contractors. |
| Snowman: | Hegel [PH] itself, besides doing installations, they also have three warehouses and takes cargo for storage and delivery. |
| LT: | Uh-huh. |
| Snowman: | In the past the boss of all those warehouses… |
| LT: | Besides, besides, besides Simmons? |
| Snowman: | Yes. An idiot was working, figuratively speaking. Such a . . . He would take bribes from you, but he was an idiot. It was hard to deal with him. Right now there is a different person there. He just started a week and a half ago. Because they told me, you are . . . I just won't be able to make it there. All that computer bullshit in English, I wouldn't be able to pull it off. So . . . And right now I am on very good terms with this Michael. They pay really well. I think that my *box truck* won't be sitting on the lot. It will run back and forth, 200-250 miles. |
| LT: | Either on Hegel's [PH], or for them. |
| Snowman: | Yes, yes, yes, it will be running constantly. I think that it will. She, he tells me ask, "How much do you pay?" |
| LT: | Do you have a driver? |
| Snowman: | I already have a driver. Already do. |
| LT: | Is he a good one, is he okay? |
| Snowman: | Yes, yes. |
| LT: | A hard-working dude, yeah? |
| Snowman: | Yes. And what I want to do right now, I no longer want to deal with people that I know. No relatives, no one. |
| LT: | Well, yeah . . . |
| Snowman: | Strangers. And as you taught me once, you need to be tough and stay far away from all that. I remembered that lesson, and that's how I want to continue. Do your work, get paid, and 'goodbye.' Watch over the truck and that's it. I need . . . I constantly [UI] watch myself. |

A000005-T24

File Name: Snowman_Teyf02162018.003

| | |
|---|---|
| LT: | Well, all right, we are going to get started then, Sasha. |
| Snowman: | Then I remain for one more day and wait for John . . . tomorrow. |
| LT: | Well, tomorrow, tomorrow you can drive over at 9:30. We can meet him at Starbucks. I will be giving him my BMW, some guy bought a BMW from me, finally. |
| Snowman: | Uh-huh. Which BMW? |
| LT: | That BMW [UI]. |
| Snowman: | Ah. Dasha's? |
| LT: | What "Dasha's?" Dasha's is a Cadillac. |
| Snowman: | Wait, you gave a Jeep to your daughter . . . |
| LT: | To my daughter . . . What? |
| Snowman: | You gave her the Jeep initially. |
| LT: | Well, [UI]. |
| Snowman: | Ah, so it is here? |
| LT: | Yes. Tanya's car is over there. Here is mine. Grisha's is over there. |
| Snowman: | Uh-huh. |
| | [Noise] |
| LT: | [UI] I want to get a new Lexus here. Already paid the *down, down payment* . . . |
| Snowman: | Uh-huh. |
| LT: | —will be here at the end of March. [UI] |
| Snowman: | So— |
| LT: | So tomorrow at 9:30, here, we will discuss it all together, near Starbucks. |
| Snowman: | Ok. Most importantly . . . A question. I am with you. I don't want any Johns or anyone else. |

A000005-T25

File Name: Snowman_Teyf02162018.003

| | |
|---|---|
| LT: | No, no. What does John have to do—? |
| Snowman: | [OV] He is a nice guy. I told him, "John, good job for not saying anything to anyone." |
| LT: | What does, what does John have to do with anything? |
| Snowman: | Yes, because I don't want to . . . I'll get into something . . . and I don't want to . . . later to give away from the Internet channels. |
| LT: | Sasha, don't, don't, don't, don't blow it out of proportion, please. |
| Snowman: | I am not trying to! Okay, boss, tomorrow at 9:30 [rustling noise] [UI]. |
| LT: | I will talk to him tomorrow [UI]. |
| Snowman: | Uh-huh. |
| LT: | [UI]. |
| Snowman: | Then I will go, come back, and then will work on it. |
| LT: | I am flying back in on the 25th. |
| Snowman: | Okay, then I . . . And for how long? How long will you stay here? |
| LT: | I will stay for a long time. [UI]. |
| Snowman: | Then I will come on, you know when, uh, probably on the fifth. The little one has a birthday on the 19th. |
| LT: | Of March, March, right. |
| Snowman: | Of March, yes, yes. |
| LT: | Okay, call me then. |
| Snowman: | Then I will... When you arrive, I will call you right away. |
| LT: | On February 25 [UI]. |
| Snowman: | Done. See you tomorrow then at 9:30, right? Okay, boss. |
| LT: | See you tomorrow. |

**[END OF CONVERSATION]**

A000005-T26