UNCLASSIFIED

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



FBI Charlotte
7915 Microsoft Way
Charlotte, NC 28273

File Number: ▮▮▮▮▮▮▮▮▮▮

Requesting Official(s) and Office(s):

Task Number(s) and Date Completed:

Name and Office of Linguist(s):

Name and Office of Reviewer(s):

| | |
|---|---|
| Source Language(s): | Russian |
| Target Language: | English |

Source File Information
  Name of Audio File or CD:    Snowman_Teyf02172018.004

## SUMMARY TRANSLATION

Participants:
| | |
|---|---|
| UM | UM |
| CHS | Snowman |
| JC | John Cotter |

Abbreviations:
| | |
|---|---|
| [] | Exegeses |
| UM | Unknown Male |
| UI | Unintelligible |

EXHIBIT
D6

UNCLASSIFIED

A000007-T1

[TN: It is possible that UM in the audio is Leonid Teyf AKA Leo]

File Name: Snowman_Teyf02172018.004

UM relates to Snowman that JC told him that Snowman talks too much and instructs Snowman to speak slowly since JC does not always understand Russian. UM then proceeds to discuss business affairs of TTA Trucking. The three engage in a conversation about their trucking business.

[at 11:19 of the audio], after JC says he has to use the bathroom, UM and Snowman begin discussing a situation regarding "a guy." Snowman enquires if UM still needs 'it,' to which UM replies that he absolutely does. Snowman suggests that they should discuss the situation in March, after Snowman's return. UM responds that there is nothing to talk about, and that they should talk about it now. Snowman says that he needs to do some things and then they will talk. UM replies that the guys needs to be [UI]. Snowman says that he is 95% sure that he will find out what's needed, that he will talk to others [UI], go to the club, etc. UM offers to give him money right then and there. Snowman says that he trusts that UM will pay and does not need the money right now. UM urges Snowman to do "it" today. Snowman asks if UM has a picture of 'the guy," to which UM replies that he does and that he will send it to Snowman. Snowman assures UM that "it" will be taken care of. UM replies that he hopes so. Snowman once again asks if UM really needs it. UM says that he desperately does so that he can decide what to do. UM says that he will be back on February 25 [UI] and needs Snowman to find out where this guy works [UI].

UM: He is on drugs, fuck [UI], drunk behind the wheel, without a license, serious drugs or light drugs, fuck, license, fuck, lives with a drug addict female or not, likely he does not, but it is just a fictitious marriage for money.

UM proceeds to say that all this needs to be exposed and to get this guy out of the country along with his mother, who should be "here" soon, but she is here illegally and should be deported. Snowman assures UM that everything will be fine.

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION



Salt Lake City Field Office
5425 West Amelia Earhart Drive
Salt Lake City, Utah 84116

File Number: ███████████

Requesting Official(s) and Office(s):

Task Number(s) and Date Completed:

Name and Office of Linguist(s):

Name and Office of Reviewer(s):

Source Language(s): Russian

Target Language: English

Source File Information
 Name of Audio File or CD: Snowman_Teyf02172018.004

## VERBATIM TRANSLATION

Participants:
 UM Unknown Male
 Snowman Confidential Human Source Snowman
 JC John Cotter
 DLNU Denis LNU

Abbreviations:

| | |
|---|---|
| [UI] | Unintelligible |
| [OV] | Overlapping Voices |
| [PH] | Phonetic |
| Russian | in standard font |
| *English* | *in italics* |

[TN: "Aybolit" is the name of a fictional character from the Russian children's poems. Snowman uses it a couple of times when referring to other participants.]

[TN: Snowman and UM use formal "you" when talking to each other.]

File Name: Snowman_Teyf02172018.004

[Walking sounds.]

Snowman: Hello, Aybolits.

JC: I just a little bit [UM] here.

Snowman: What is it?

JC: [UI] the road.

UM: John says that you talk too much.

JC: How are things?

Snowman: Fine.

UM: Very often you talk too much, a lot, a lot, but –

JC: [OV] No, I said, we talk too much about this.

UM: -- he is a foreigner, and he doesn't always understand the Russian. He is not a Russian person.

Snowman: Uh, I see. He is Aybolit.

UM: You should talk to him slowly, so he understands. What are we talking about now? There is a company *TTA*.

Snowman: Uh-huh.

UM: And there is one *owner* – John Cotter. Okay. The *TTA* Company makes a contract, a *loan*, with me and the *TTA* Company. I give twenty-five thousand dollars.

Snowman: Uh-huh.

UM: You buy a *truck*, get a license *plate* for it, get an insurance for it, you put a driver in it—

Snowman: [OV] Uh-huh.

UM: --and he starts working. And we are watching – what it is, how it is, etc. If you say, and we see together with you that it's good, that it's a good job, that it's a business, and there is profit, then we also get a Sprinter, as you wanted.

Snowman: Uh-huh.

| | |
|---|---|
| UM: | You know what a Sprinter is. |
| JC: | Uh-huh. Yes, yes. |
| UM: | Listen, you are cold. |
| JC: | No, it's okay. My eyes are watery. |
| UM: | Well, I don't know. |
| Snowman: | He is big. |
| UM: | Okay? So, this is just the beginning, the beginning. If it gets bigger and bigger, we may later either get another new *truck*, *brand new*, or we'll get a part – two *trucks*, one *truck*, three *trucks* – |
| Snowman: | [OV] Uh-huh. |
| UM: | -- from Chicago, for driving to the *East Coast*. |
| Snowman: | Uh-huh. |
| UM: | The cargo, cargo, cargo, cargo, cargo. Uh, what, what… why do we do that? Because Sasha works there in *included* |
| Snowman: | Uh-huh. |
| UM: | He knows everyone there. He knows everything there. He also knows in addition— |
| Snowman: | [OV] And [UI] Siemens [PH]. |
| UM: | Siemens, Hegel [PH]. He also knows, uh, the Amazon Company, and they are also ready, as he says, to give the cargo, cargo, cargo, cargo. |
| Snowman: | John. You are an American, and you know how a business broods. Little by little. |
| UM: | Well, he doesn't understand what "broods" means. |
| Snowman: | Well, how you get a contract. You do one job beautifully, then the second job – beautifully, the third one— |
| UM: | [OV] First less, then more, and [coughing] you work well, and there is more and more and more – |

File Name: Snowman_Teyf02172018.004

| | |
|---|---|
| JC: | [OV] Yes, you know the language well, and there is more and more and more |
| Snowman: | The reason I, the boss was just talking about the Amazon, uh, my— |
| UM: | [OV] [UI] |
| JC: | I think we have like ten minutes now, right? |
| Snowman: | Uh-huh. |
| JC: | So, we have ten minutes, but you said that we only have ten minutes. |
| Snowman: | What does it mean? |
| JC: | Well, uh, we, we... with others already— |
| UM: | John, this, this, we understand all this already. |
| Snowman: | Uh, I got it, okay. Okay, I— |
| JC: | No, I am saying I don't want to go for forty minutes |
| Snowman: | No, we won't do anything. I... will do all the requests later. |
| UM: | This is all understood. It is all clear. |
| Snowman: | Yes. |
| UM: | And John understands that. He lives here, he was born here. He knows this mentality. And it doesn't work the way that you come in and say, "Vasya, hi. You are my friend, give me the whole business, I'll be working." They don't work like that here. He knows that. |
| Snowman: | Yes. Well, if you don't want to, then I'll... action plan. You transfer... John, when are you flying out, uh?— |
| UM: | [OV] I just [UI]. |
| JC: | I, this week I'll be here. |
| Snowman: | No, I... I could just stay till Monday in order to finish working on the *truck* and move it. And I myself will leave— |
| UM: | [OV] —on it. |
| Snowman: | Yes. |

| | |
|---|---|
| JC: | I am here all week. |
| Snowman: | Do we have the *DOT* plates already? |
| JC: | We do, but I think they are *inactive*. |
| Snowman: | No, but I told you, and you said that we will start everything. |
| JC: | Well, I am not doing anything. This was [UI] two months ago. After that – *pause, pause, pause.* |
| Snowman: | [OV] Okay. No problem. Yes. |
| JC: | -- I, the brown folder. I need [UI]. After that I said, "I will keep a folder in one place, and when I hear the news, then [UI]." |
| Snowman: | Yes. No problem. [sound of a car horn] Let's do this. I stay till Monday, John and I meet, re-register the *truck* on the *TTA*. |
| UM: | Okay. |
| Snowman: | I get temporary plates, without the *DOT*, without anything. I'll just have to drive without a cargo. |
| UM: | Uh-huh. |
| Snowman: | To Chicago. And I drive it away to Chicago. |
| UM: | *DOT, DOT*…Does it take long to get their plate? |
| Snowman: | It will come in about two weeks. Well, *activated* plates. During that time, during that time, I only get insurance for moving. John, are you listening? |
| JC: | *Yes.* I am sorry. |
| Snowman: | Just for moving. I move it, right? As soon as John gets the *DOT* plates for the company, I hang a *signs* – *TTA*. It's already all there— |
| JC: | [OV] We also need to get the insurance. |
| Snowman: | Yes, we get insurance for a year, as we were discussing. |
| UM: | Denis, can you do, do you know how to do, uh, well the number, the *DOT*? |
| DLNU: | Yes. |

| | |
|---|---|
| UM: | [UI] |
| Snowman: | Yes. You to him… he'll call, and that's it. |
| [coughing] | |
| UM: | Yes. And he said yes, and that's it. Enough. |
| Snowman: | We have it. It just has to be activated. |
| UM: | Okay. |
| Snowman: | And… I would like him to bring me into the company tomorrow. |
| UM: | Yes. |
| Snowman: | Well, not tomorrow, on Monday. |
| UM: | Okay. |
| Snowman: | I will be a boss together with you, as well. And then-- |
| JC: | [OV] And you will also be here this week? |
| Snowman: | No, I was supposed to leave, but I will stay one more day-- |
| JC: | [OV] One more day. |
| Snowman: | -- in order to move the *truck* there. We have to re-register it at that *DOT* on Sun- on Monday. |
| JC: | Uh-huh. |
| Snowman: | On the *TTA*. |
| JC: | Uh-huh. |
| Snowman: | And receive temporary plates, it costs like twenty dollars. |
| JC: | *Temporary*, yes. |
| Snowman: | *Temporary*, for, for ten days. To move it to Chicago. I just can't take any cargo. I think that as soon as we put the *DOT* license plate on, we can get the cargo. And we can drive already— |

JC: [OV] *So,* I haven't opened the account yet. The bank account for the *TTA.*

UM: [OV] [UI]

JC: But now we can open the bank account for the *TTA.*

UM: Okay.

JC: *So,* when we have that account, we can receive [UI]—

UM: [OV] I, I think that the *notary* is needed. And now it's like 100%, and you will be like 50%, and Sasha will be 50%. As if you were me.

JC: Okay. *We could do that.*

UM: Okay?

JC: Yes, *[UI]*—

Snowman: [OV] Okay?

JC: Yes.

Snowman: So, then I stay for one more day, so that we would do everything.

JC: Yes, but I don't know whether all this will work out in one day. I know you often said, "One day, one day." It's not often that it's one day--

Snowman: [OV] No, no. To re-register is one day. You have the *Title.*

JC: Yes. I haven't looked at the paper for two months. It is [UI]--

Snowman: [OV] We go, go to the bank, we put a stamp on that thing, uh.

JC: What "that thing"?

Snowman: Well, that n, a stamp, uh…

JC: From where?

Snowman: From the notary.

JC: *Notaries?*

Snowman: *Notaries,* yes.

File Name: Snowman_Teyf02172018.004

| | |
|---|---|
| JC: | That stamp will go on what? |
| Snowman: | On the *Title*, on the *Title*. On the *Title*. |
| JC: | Okay. |
| Snowman: | Well, that's how it's supposed to be done. Per *North Carolina* laws— |
| JC: | [OV] No, that's if you bought a *truck*, but we don't have an account yet—UM: [OV] A car… |
| JC: | So I have to open an account, or we have to open an account. Right now I have a number, it's like a TIN number. |
| Snowman: | Well, yes. |
| JC: | The TIN number was needed. I've already requested it. So I have a TIN number now. *So*, I need, it may be the first thing, to open an account-- |
| UM: | [coughing] |
| Snowman: | [OV] Yes, because he said [UI]-- |
| JC: | [OV] Then I will pass information about this account to our friend and tell him, "This is our account number." And receive the money. Well, we can do it at the same time, this *deal*. I think— |
| Snowman: | [OV] And how much time will it take? [to UM] Which way is closer? Should we go that way? [UI]?— |
| UM: | [OV] Yes. |
| Snowman: | It will take one day, the money? |
| JC: | One day after we have everything. It will all happen [UI] hot [UI]— |
| Snowman: | [OV] No, no, we won't do hot, we will— |
| JC: | [OV] And everything [UI]. |
| Snowman: | No, then I will stay till Tuesday, for two days. |
| JC: | Well, I want all of this to happen. |
| Snowman: | Yes, yes. I'll stay for two more days. What can we do? |

| | |
|---|---|
| UM: | Okay. Let it be two days— |
| JC: | [OV] Well, okay. I know that now we all want it. He said, yes, yes, yes. Before he was saying, let me talk with you. *So* I thought, for now, while I am here [UI]-- |
| Snowman: | [OV] No, no, no problem. No… there is none, John. |
| UM: | [coughing] |
| JC: | And now it is all needed like, uh, like, fifty-fifty, those documents, those *notaries*, all this— |
| Snowman: | [OV] Okay. |
| JC: | --All these processes will not happen in one day. |
| UM: | Okay. |
| Snowman: | Okay. Okay, so you take care. I'll just grab a boss for two minutes. |
| JC: | Okay. |
| UM: | The money, the money, the money is there, in Chicago and [UI]— |
| JC: | [OV] Uh-huh. |
| Snowman: | And when there is an account-- |
| UM: | [OV] And when you open an account, I will tell Aleksey, do a *transfer*— |
| JC: | [OV] Okay. |
| UM: | --and the first twenty-five thousand will go. |
| JC: | Okay. Okay, *so* let's on Monday [UI], and you will be in Raleigh on Monday? |
| Snowman: | Yes, I will. |
| DLNU: | Okay. |
| Snowman: | You and I should do the paperwork. At least on Monday we should get the paperwork done-- |
| UM: | What paperwork? |

| | |
|---|---|
| Snowman: | --for the company. To sign, well, [UI], me and open an account. There is another one. |
| JC: | Yes, but I don't know if this paper will be ready on Monday. It's not a day [UI] open. It's a document. |
| Snowman: | Uh-huh. |
| JC: | And today, I know for a fact, that I won't be doing it. |
| Snowman: | No, no, no. I didn't tell you to. Today is a day off-- |
| JC: | [OV] But I am not [UI]. I won't be doing it at home. You'd say, "Well, get that document ready." I am not a 100% healthy guy. I want to rest. |
| Snowman: | No, no, John. I, no way. Did I ever tell you, "That's it. Drop everything and start doing it"? |
| JC: | No, but when you said to do your document on Monday. I said [UI] document-- |
| Snowman: | [OV] We'll try. Okay. |
| JC: | --this document, I know this document [UI]. |
| Snowman: | We will try. We'll do it, we won't do. If we do it, we'll see. On Monday, we'll see everything-- |
| UM: | [OV] Well, see. It could be taken to the *notary together*. |
| JC: | Yes, I, yes-- |
| UM: | [OV] [UI] *notary*. I am 100%. And I want 50%-- |
| Snowman: | Right in the bank. |
| DLNU: | Yes. |
| JC: | I am just looking to see if we have samples of other ones already. You don't need it. |
| UM: | The new name, yes. |
| Snowman: | No, but this is why I am saying... |
| UM: | Send, send the exact address. |

File Name: Snowman_Teyf02172018.004

| | |
|---|---|
| Snowman: | He has my address. Not the address but that— |
| UM: | [OV] The name, the name, and— |
| JC: | [OV] We have, uh, a friend… uh, a copy of the *driver's license*-- |
| Snowman: | [OV] The copy of the *driver's license*. We did everything. |
| UM: | Okay. I am going to the restroom, two minutes. |
| JC: | Okay. I'll go to the restroom, and I'll wait for you in a car. |
| UM: | And maybe you should lock the car because there is, uh— |
| JC: | [OV] Yes, I have it. |
| UM: | --my folder. |
| Snowman: | John, I was glad, was glad to see you. |
| JC: | Okay. |
| Snowman: | I like big Doctors Aybolits. |
| UM: | [UI] |

[walking noise]

| | |
|---|---|
| Snowman: | You hear me, John? Follow an example. [chuckles] [to UM] Listen, yesterday this one guy called me. Well [UI] |
| UM: | Okay. |
| Snowman: | "I guarantee you, by summer, we will get into Amazon." |
| UM: | Well, good. |
| Snowman: | The whole question. I have to meet with some people, there, in Chicago. |
| UM: | Uh-huh. |
| Snowman: | So, I will spend a couple of rubles— |
| UM: | [OV] Uh-huh. |

File Name: Snowman_Teyf02172018.004

| | |
|---|---|
| Snowman: | --from that, so he won't bug me. So that he won't be controlling me. I want to report only to you, I don't want to report to him. |
| UM: | Well, take, take two cards— |
| Snowman: | [OV] Yes, yes, yes, yes. |
| UM: | --both for you and him, from the company. |
| Snowman: | you understand, there will be 50 dollars or 100 dollars. |
| UM: | Sasha, I understand [UI]— |
| Snowman: | [OV] Yes, like that. [UI]— |
| UM: | [OV] Sasha, [UI], a lot of *cash*. |
| Snowman: | No, no, that's it. I just… Whatever Marta gives me, I go buy beer, uh— |
| UM: | [OV] Sasha, Sasha, Sasha, there is a lot to do, Sasha. |
| Snowman: | Yes. I'm getting into Amazon. Yesterday I was talking to people. Because here— |
| UM: | [OV] Do you have a phone now or not? |
| Snowman: | No, no, they are there, after all. No, I don't smoke. Today is ten weeks for me. Look, uh, what I want to say, is that, uh… I almost got into Hegel already. I'll pump him up now – shish kebabs, etc. I'll offer him twenty dollars from each cargo that he gives me, that we'll be driving. |
| UM: | Okay. |
| Snowman: | That's why I think that the Sprinter will be needed next month already. |
| UM: | Okay. |
| Snowman: | Question. I could take the old Sprinter, fix it… Hegel wouldn't care. |
| UM: | Let's take it for the credit history. I'll give *down payment* and we will [UI]. |
| Snowman: | Yes. The reason for a new one – the Amazon won't take an old one. |
| UM: | Okay. |
| Snowman: | It's a double-edged sword. |

File Name: Snowman_Teyf02172018.004

| | |
|---|---|
| UM: | I, I know. |
| Snowman: | Yes. |
| UM: | Okay. Okay. We agreed. |
| Snowman: | About-- |
| UM: | [OV] About that lad, yes. |
| Snowman: | About. You guys definitely need to know it? |
| UM: | Absolutely. |
| Snowman: | So, let's do this. You come next time, I fly in in March, we sit down and discuss it. |
| UM: | And what's there to discuss? Let's discuss it now. |
| Snowman: | You know, I'll stir up some stuff, and I'll see. |
| UM: | Well, stir it up now. Why wait for me? |
| Snowman: | That's it. I said. No, we will sit down there, and we will chat, for sure. I think that, I think that-- |
| UM: | [OV] Why chat for sure? |
| Snowman: | I will find out everything for you, 95% sure. |
| UM: | Need to fucking get him to admit. |
| Snowman: | We'll do it. |
| UM: | Hang, hang him by his balls and get him to admit. Or get him hooked on drugs, especially because he uses them, shit. |
| Snowman: | [whispers] There are cops here. I know them. |
| UM: | Uh-h. |
| Snowman: | [UI] |
| UM: | Uh-h. |
| Snowman: | I'll try [UI]-- |

| | |
|---|---|
| UM: | [OV] Just try to come to an agreement with them. |
| Snowman: | That's it. |
| UM: | Okay. |
| Snowman: | And for this we'd need to sit down, go to the club, here and there, all this… we'll tie it up. |
| UM: | Well, do it. If you want, I can give you the money now. |
| Snowman: | I don't need anything now. I know that you will give it back. What are you talking about? |
| UM: | I-- |
| Snowman: | [OV] If I were worried, I wouldn't have given John the *Title*. The signed *Title*, I gave it to John. It's there. |
| UM: | Do it now. |
| Snowman: | That's it. That's it, that's it. |
| UM: | You are here on Monday, [UI] is here. |
| Snowman: | I'll try to get it done tomorrow. |
| UM: | Meet up, talk. |
| Snowman: | Yes, yes. |
| UM: | I need to find out his address. |
| Snowman: | I'd like, uh, do you have a picture? |
| UM: | His picture? |
| Snowman: | Yes. I have never seen him. |
| UM: | I have it. I'll send it to you. |
| Snowman: | Yes, that's it. |
| UM: | I'll send it to you. |

File Name: Snowman_Teyf02172018.004

| | |
|---|---|
| Snowman: | Don't worry. Everything will be okay, boss. If everything will get started there, there, we'll launch— |
| UM: | [OV] I hope. |
| Snowman: | We'll launch, everything will be smooth. We'll put our person there. We'll be going there... I will be with you always. When you are not there, I'll be there. And we'll get it all working little by little. The main thing for me is that everything would be paid here, so that I would have everything in order. The rest, you know, I am ready to work twenty-four hours. |
| UM: | Everything will be fine. There won't be any problems. Help me-- |
| Snowman: | [OV] I'll get it done. I told you, I'll get it done. |
| UM: | -- to cut this Gordian knot, to cut it. |
| Snowman: | If you definitely need it. |
| UM: | Sasha-- |
| Snowman: | [OV] When you don't know, you sleep better. [chuckles] |
| UM: | I, I desperately need it. |
| Snowman: | That's it. |
| UM: | I need to get my ducks in a row, shit. |
| Snowman: | I got it, boss. |
| UM: | [UI] |
| Snowman: | Boss, let's do it. You will arrive in a week, right? |
| UM: | Well, we ... Yes. I'll be here on the 25th. |
| Snowman: | Okay. |
| UM: | On the 25th of February. |
| Snowman: | I might fly in. |
| UM: | Okay. This lad has, uh, a shit load of [UI] [static] where he works [UI]-- |
| Snowman: | [OV] Uh-huh. |

File Name: Snowman_Teyf02172018.004

UM: —steals and fucking drinks.

Snowman: Well, because he [UI].

UM: He is on drugs, shit. He had a trial, shit. Five [UI], shit. Drunk behind the wheel, without a license, heavy drugs, light drugs, weed, shit. He lives with a female drug addict or he doesn't, it's unclear. Most likely, he doesn't, it's a fictitious marriage, shit, for money. All this has to be exposed and cut through, fuck. And he needs to be pulled out of here and sent out of this country, fuck. Together with his mom, shit, who is also illeg—

Snowman: [OV] And his mom is here?

UM: Of course. She works in Lenington [PH], not for me. Most likely, she'll soon be here, in Raleigh, to look for a job somewhere. [UI]. So, they have to be exposed and kicked out [UI] of the country. She is illegal actually.

Snowman: That's it. Don't worry. Everything will be fine.

UM: [UI] Okay.

[Snowman walks and gets in a car. Beeping.]

[End of recording]