IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| LEONID ISAAKOVICH TEYF, | ) | |

Upon motion of the United States for an order substituting Exhibits 5 and 6 as originally submitted during the hearing of January 22, 2019, and with consent of the defendant through counsel, it is hereby ORDERED that:

Exhibits 5 and 6 as submitted by the filing of the United States on February 4, 2019, are hereby substituted for the same-numbered exhibits as received by this Court on January 22, 2019.

So ORDERED this _____ day of February, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge