FILED: February 6, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-4084
(5:18-cr-00452-FL-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

LEONID ISAAKOVICH TEYF

      Defendant - Appellant

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of North Carolina at Raleigh |
|---|---|
| Originating Case Number | 5:18-cr-00452-FL-1 |
| Date notice of appeal filed in originating court: | 02/04/2019 |
| Appellant(s) | Leonid Teyf |
| Appellate Case Number | 19-4084 |
| Case Manager | Rickie Edwards<br>804-916-2702 |