THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1-FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **MOTION TO FILE REDACTED SEALED** |
| | ) | **MOTION AND MEMORANDUM IN** |
| LEONID ISAAKOVICH TEYF, | ) | **SUPPORT** |
| | ) | |
| Defendant. | ) | |

Leonid I. Teyf, by and through counsel, hereby moves for an order requiring the Government to file a redacted and unsealed Sealed Motion (DE 104) (the "Sealed Motion"). In support hereof, it is stated unto the Court:

On January 24, 2019 the Government filed the Sealed Motion (DE 104). On January 25, 2019, this Court granted the Government's Motion to Seal the Sealed Motion (DE 107). The Government's Sealed Motion involves matters of substantial interest to the public and specific legal constituencies on a variety of critical constitutional issues related to the First, Fifth, Sixth, and Fourteenth Amendments. Any information deemed confidential by the Government, including all identifying information regarding any person other than Mr. Teyf and information the Government has asserted has been provided to it or is available to it can be redacted and the sealed version will be available to the parties and the Court.

Mr. Teyf intends to seek the support of amici curiae, which is virtually impossible with the Sealed Motion under seal. (This Court has the inherent authority to invite and permit participation by amicus curiae to assist the Court in its proceedings. *See United States v. Louisiana*, 751 F.Supp. 608, 620 (E.D. La. 1990); *Resort Timeshare Resales, Inc. v. Stuart*, 764 F. Supp. 1495, 1500 (S.D. Fla. 1991).)

For these reasons, Mr. Teyf requests that this Court order the Government to file an unsealed and redacted Sealed Motion, so that potential amici curiae are able to review and provide input on a variety of critical constitutional issues related to the First, Fifth, Sixth, and Fourteenth Amendments.

This 6th day of February 2019.

/s/ James P. McLoughlin, Jr.
James P. McLoughlin, Jr.
N.C. State Bar No. 13795
Nathan A. White
N.C. State Bar No. 48684
Kathryn G. Wellman
N.C. State Bar No. 51163
Benjamin F. Leighton
N.C. State Bar No. 50835
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Phone: (704) 331- 1054
Facsimile: (704) 378-2054
Email: jimmcloughlin@mvalaw.com
nathanwhite@mvalaw.com
katewellman@mvalaw.com
benleighton@mvalaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of February, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I also served a copy of the foregoing upon counsel for the United States in this action by sending a copy to each counsel by electronic communication as referenced below:

| | |
|---|---|
| Barbara D. Kocher<br>U.S. Attorney's Office<br>310 New Bern Ave.<br>Suite 800<br>Raleigh, NC 27601<br>Email: barb.kocher@usdoj.gov | Jason M. Kellhofer<br>U.S. Attorney's Office<br>310 New Bern Ave.<br>Suite 800<br>Raleigh, NC 27601<br>Email: jason.kellhofer@usdoj.gov |

/s/ James P. McLoughlin, Jr.
James P. McLoughlin, Jr.
N.C. State Bar No. 13795
Nathan A. White
N.C. State Bar No. 48684
Kathryn G. Wellman
N.C. State Bar No. 51163
Benjamin F. Leighton
N.C. State Bar No. 50835
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Phone: (704) 331- 1054
Facsimile: (704) 378-2054
Email: jimmcloughlin@mvalaw.com
nathanwhite@mvalaw.com
katewellman@mvalaw.com
benleighton@mvalaw.com