THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1-FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER TO SEAL** |
| LEONID ISAAKOVICH TEYF, | ) | |
| | ) | |
| Defendant. | ) | |

Upon motion of counsel for Leonid I. Teyf, it is hereby ORDERED, for good cause shown, based on the facts and reasons stated in the motion, that Defendant Teyf's Response to the Government's Motion for a Protective Order filed at Doc. No. 134 in the above captioned matter be sealed until such time as requested to be unsealed by counsel for Leonid Teyf and the court orders it unsealed.

This, the 8th day of February, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge