UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
__WESTERN__ DIVISION
NO. __5:18-CR-00452-FL(1)__

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | WAIVER OF INITIAL APPEARANCE |
| | ) | ON A SUPERSEDING INDICTMENT |
| | ) | |
| Leonid I. Teyf | ) | |

Defendant __Leonid I. Teyf__, by and through undersigned counsel, waives the right to an initial appearance on the superseding indictment filed on __02-06-19__. Undersigned counsel files this waiver of an initial appearance with the consent of defendant.

Additional comments: _____

_____

_____

Date: __February 12, 2019__

Signature: __/s/ James P. McLoughlin, Jr.__