THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | **MOTION TO SEAL** |
| LEONID ISAAKOVICH TEYF, ) | |
| ) | |
| Defendant. ) | |

Leonid I. Teyf, by and through counsel, hereby requests the Motion to Redact filed at Doc. No. 140 be sealed until ordered unsealed by the Court so that information contained therein will not be made public.

Leonid I. Teyf, by and through counsel, hereby moves for an order for further redaction of the Official Transcript of the January 22, 2019 Motion Hearing (DE 103). Similar to the Motion filed at DE #104 and sealed pursuant to DE #107, the proposed sealed motion discusses assertions made about the activities of an individual not charged with a criminal offense. Disclosure of such assertions to the public at this stage might cause prejudice or treatment of that individual. Such concerns overcome any common law or First Amendment presumption to access.

Wherefore, counsel for Mr. Teyf respectfully prays for the sealing of the Motion to Redact filed at Doc. No. 140 until such time as counsel requests it to be unsealed. The undersigned also requests that the Clerk of Court be directed to provide the parties with filed copies of the Motion.

This the 13th day of February, 2019.

/s/ James P. McLoughlin, Jr.
James P. McLoughlin, Jr.
N.C. State Bar No. 13795
Nathan A. White
N.C. State Bar No. 48684
Kathryn G. Wellman
N.C. State Bar No. 51163
Benjamin F. Leighton
N.C. State Bar No. 50835
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Phone: (704) 331- 1054
Facsimile: (704) 378-2054
Email: jimmcloughlin@mvalaw.com
nathanwhite@mvalaw.com
katewellman@mvalaw.com
benleighton@mvalaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of February, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.  I also served a copy of the foregoing upon counsel for the United States in this action by sending a copy to each counsel by electronic communication as referenced below:

Barbara D. Kocher
U.S. Attorney's Office
310 New Bern Ave.
Suite 800
Raleigh, NC 27601
Email: barb.kocher@usdoj.gov

Jason M. Kellhofer
U.S. Attorney's Office
310 New Bern Ave.
Suite 800
Raleigh, NC 27601
Email: jason.kellhofer@usdoj.gov

/s/ James P. McLoughlin, Jr.
James P. McLoughlin, Jr.
N.C. State Bar No. 13795
Nathan A. White
N.C. State Bar No. 48684
Kathryn G. Wellman
N.C. State Bar No. 51163
Benjamin F. Leighton
N.C. State Bar No. 50835
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Phone: (704) 331- 1054
Facsimile: (704) 378-2054
Email: jimmcloughlin@mvalaw.com
nathanwhite@mvalaw.com
katewellman@mvalaw.com
benleighton@mvalaw.com