THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| LEONID ISAAKOVICH TEYF, | ) | |
| | ) | |
| Defendant. | ) | |

Upon motion of counsel for Leonid I. Teyf, it is hereby ORDERED, for good cause shown, based on the facts and reasons stated in the Motion to File Redacted Sealed Motion and Memorandum in Support, that the Government file an unsealed and redacted Sealed Motion (DE # 104). The redacted Sealed Motion shall redact all personal identifying information regarding any person other than Mr. Teyf and all information deemed confidential by the Government. The redacted Sealed Motion shall be filed by February 28, 2019.

This, the 22nd day of February, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge