> **Motion DENIED.**
>
> This the 26th day of February, 2019.
>
> /s/Louise W. Flanagan, U.S. District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | REDACTED |
| | ) | |
| v. | ) | UNITED STATES |
| | ) | MOTION FOR PROTECTIVE ORDER and |
| | ) | MEMORANDUM IN SUPPORT |
| LEONID ISAAKOVICH TEYF, | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, pursuant to the All Writs Act, 28 U.S.C. § 1651, hereby moves for a protective order allowing for implementation of security measures necessary to protect witnesses and victims in this case. In support hereof, it is stated unto the Court:

The defendant LEONID ISAAKOVICH TEYF has been charged in a thirty-six count superseding indictment.[1] Specifically relevant to this motion are Counts 27 through 29, Bribery of a Public Official and Aiding and Abetting under 18 U.S.C. §§ 201(b)(1) and 2; Murder for Hire and Aiding and Abetting under 18 U.S.C. §§ 1958 and 2; and Possession of a Firearm with Obliterated Serial Number under 18 U.S.C. §§ 922(k) and 924 (a)(1)(B). The defendant was detained by United States Magistrate Judge Robert T. Numbers, II, following a hearing.[2] Following a hearing on his motion to revoke that ruling, this Court, too, ordered defendant detained.[3]

While defendant has been detained, several acts or circumstances have occurred prompting the government to request conditions even upon defendant's

---
[1] DE 20.
[2] DE 68.
[3] Unnumbered DE of 1/22/2019.

Page **1** of 9