FILED: February 26, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-4084
(5:18-cr-00452-FL-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

LEONID ISAAKOVICH TEYF

      Defendant - Appellant

_____

O R D E R
_____

Upon review of memoranda relative to this bail appeal, the court affirms the district court's order regarding release.

Entered at the direction of Judge Duncan with the concurrence of Judge Agee and Judge Wynn.

For the Court

/s/ Patricia S. Connor, Clerk