THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| LEONID ISAAKOVICH TEYF, et.al. | ) | |
| | ) | |

This comes before the Court on a joint motion by the government and defendant Leonid Teyf to remove the case from motions and trial calendar at this time, and allow the parties 20 days following notice of appearance by counsel for co-defendant Tatyana Teyf to file proposed deadlines and trial schedule.

For good cause shown, the request is granted, and it is hereby

ORDERED that the hearings and deadlines set for this defendant be terminated. Within twenty days of filing of a notice of appearance by counsel for co-defendant Tatyana Teyf, all parties to the case are directed to file a jointly proposed pre-trial schedule addressing various deadlines which would assist in a timely and efficient trial proceeding.

With consent of defendant Teyf, this Court has determined that the ends of justice served by the granting of this motion outweigh the best interests of the public and the defendant in a speedy trial. As such, the delay occasioned by the resulting

continuance shall be excluded in computing the defendant's speedy trial time. See 18 U.S.C. § 3161(h)(7)(A).

So ordered, this _____ day of March, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge