# EXHIBIT A

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Leonid I. Teyf

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

REQUEST FOR DOCUMENTS ONLY

| Place: U.S. District Court, EDNC<br>Terry Sanford Federal Building<br>310 New Bern Avenue<br>Raleigh, North Carolina 27601 | Date and Time:<br>March 5, 2019 at 8:00 am |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

**** PLEASE SEE ATTACHMENT ****

Date: February 22, 2019

CLERK OF COURT  Peter A. Moore, Jr., Clerk

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:

Barbara D. Kocher, AUSA
U.S. Attorney's Office, EDNC
310 New Bern Ave., Suite 800
Raleigh, North Carolina 27601
(919) 856-4530

USAO # 2014R00640-103

## PROOF OF SERVICE

This subpoena for *(name of individual or organization)* _____

was received by me on *(date)* _____.

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

ATTACHMENT TO SUBPOENA 2014R00640-103
ISSUED TO: Leonid Isaakovich Teyf (a/k/a Teif)

Any and all records in your possession, custody, or control that are required to be maintained pursuant to 31 C.F.R. § 1010.420 (formerly 31 C.F.R. § 103.32) for the past 5 years relating to foreign financial bank, securities, or other financial accounts in a foreign country for which you had/have a financial interest in, or signature or other authority over and are required by law to file a Report of Foreign Bank and Financial Account (FBAR). The records required to be maintained pursuant to 31 C.F.R. § 1010.420 (formerly 31 C.F.R. § 103.32) include records that contain the name in which each such account is maintained, the number or other designation of such account, the name and address of the foreign bank or other person with whom such account is maintained, the type of such account, and the maximum value of each such account during the reporting period.

Any questions or clarifications needed regarding this request should be directed to Special Agent Eric Phillips, IRS-CI, Charlotte Field Office, 304-550-3781 (cell), or eric.phillips@ci.irs.gov

# INSTRUCTIONS FOR SUBMITTING GRAND JURY DOCUMENTS
# IN LIEU OF PHYSICAL APPEARANCE

If you choose to follow one of the procedures below, it will not be necessary for anyone associated with your office to physically appear before the grand jury.

**Please send the requested records to the following investigative agent:**

> Internal Revenue Service
> Attn: SA Eric J. Phillips
> 3340 Jaeckle Drive, Suite 102
> Wilmington, NC 28403
> Phone: 910-254-5143
> Email: Eric.Phillips@ci.irs.gov

1. <u>Email</u>: Materials may be sent via email if the data is sent as an attachment that is password protected and/or encrypted with the password provided by a separate email. The USAO recommends the use of individual document passwords and/or the use of widely-used encryption software.

**OR**

2. <u>Mail Electronic Media or Paper Records</u>: Electronic media such as DVDs, CDs, flash drives, etc. may be physically mailed. **Please do not send paper documents unless they are specifically requested.**

The mailed media or documents must be packaged securely by sending either 1) by a dedicated courier such as FedEx, UPS, etc., or 2) U.S. Postal Service.

All media or documents mailed **must be shipped using a dual-container configuration**. This means the media or documents must be packaged in two nested, or double wrapped, containers; e.g., an inner envelope packed within an outer shipping envelope.

The inner envelope should include the recipient's name. "To be Opened by Addressee Only" and "Grand Jury Material" should be clearly annotated on the inner envelope. When using this method, the electronic media itself does not need to be encrypted.

A copy of the subpoena must be inserted inside the inner envelope.

Page 1 of 2

Case 5:18-cr-00452-FL   Document 175-1   Filed 03/11/19   Page 5 of 6

**Do not** mark the outside of the mailing envelope with any notation that it contains grand jury material.

When the size, weight or nature of the grand jury material precludes the use of envelopes or standard packaging, the material used for packaging shall be of sufficient strength and durability to protect the information from unauthorized or accidental disclosure.

**OR**

3. <u>In-Person Delivery</u>: If the documents are too voluminous to securely ship following one of the procedures above, you may release the documents requested in-person to the agent serving this subpoena upon you.