# EXHIBIT C

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1-FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER GRANTING MOTION TO** |
| | ) | **QUASH SUBPOENA** |
| LEONID ISAAKOVICH TEYF, | ) | |
| | ) | |
| Defendant. | ) | |

Upon motion of counsel for Leonid I. Teyf, it is hereby ORDERED, for good cause shown, based on the facts and reasons stated in the motion, that the Motion to Quash Subpoena filed at Doc. No. 175 in the above captioned matter is granted and that the grand jury subpoena attached as Exhibit A to the Motion is quashed.

This, the ___ day of March, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge