THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1-FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **MOTION TO SEAL** |
| LEONID ISAAKOVICH TEYF, | ) | |
| | ) | |
| Defendant. | ) | |

Leonid I. Teyf, by and through counsel, hereby requests that the Court seal Exhibit B to the Motion to Quash Subpoena filed at Doc. No. 175 until ordered unsealed by the Court so that information contained therein will not be made public.

Leonid I. Teyf, by and through counsel, hereby moves for an order quashing the grand jury subpoena served on Mr. Teyf through counsel on February 22, 2019. In support of that Motion, Mr. Teyf references, and attaches as an exhibit, a document filed in a sealed matter, Case No. 5:18-mj-02079-JG. Sealing is appropriate in light of the sealed nature of this exhibit in the other proceeding. The fact that the matter in which the exhibit has been filed remains sealed overcomes any common law or First Amendment presumption to access.

Wherefore, counsel for Mr. Teyf respectfully prays for the sealing of Exhibit B to the Motion to Quash filed at Doc. No. 175 until such time as counsel requests it to be unsealed. The undersigned also requests that the Clerk of Court be directed to provide the parties with filed copies of the sealed Exhibit B.

This the 11th day of March, 2019.

/s/ James P. McLoughlin, Jr.
James P. McLoughlin, Jr.
N.C. State Bar No. 13795
Nathan A. White
N.C. State Bar No. 48684
Kathryn G. Wellman
N.C. State Bar No. 51163
Benjamin F. Leighton
N.C. State Bar No. 50835
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Phone: (704) 331- 1054
Facsimile: (704) 378-2054
jimmcloughlin@mvalaw.com
nathanwhite@mvalaw.com
katewellman@mvalaw.com
benleighton@mvalaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of March, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I also served a copy of the foregoing upon counsel for the United States in this action by sending a copy to each counsel by electronic communication as referenced below:

Barbara D. Kocher
U.S. Attorney's Office
310 New Bern Ave.
Suite 800
Raleigh, NC 27601
Email: barb.kocher@usdoj.gov

Jason M. Kellhofer
U.S. Attorney's Office
310 New Bern Ave.
Suite 800
Raleigh, NC 27601
Email: jason.kellhofer@usdoj.gov

/s/ James P. McLoughlin, Jr.
James P. McLoughlin, Jr.
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003