# EXHIBIT D



U.S. Department of Justice

Federal Bureau of Investigation

Washington, DC 20535

Leonid Teyf, Prisoner ID No. 40988

Elizabeth City, NC

# NOTICE OF SEIZURE OF PROPERTY AND INITIATION OF ADMINISTRATIVE FORFEITURE PROCEEDINGS

## SEIZED PROPERTY IDENTIFYING INFORMATION

| | |
|---|---|
| **Notice Date:** February 1, 2019 | **Asset ID Number:** Multiple Assets |
| **Notice Letter ID:** 68155 (use ID when searching for assets during online filing) | |
| **Description of Seized Property:** See Attached List | |
| **Seizure Date and Location:** See Attached List | |
| **Forfeiture Authority:** See Attached List | |

I. **THE GOVERNMENT MAY CONSIDER GRANTING PETITIONS FOR REMISSION OR MITIGATION, WHICH PARDONS ALL OR PART OF THE PROPERTY FROM THE FORFEITURE.**

**TO REQUEST A PARDON OF THE PROPERTY YOU MUST FILE A PETITION FOR REMISSION OR MITIGATION**

A. **What to File**: You may file both a claim (see section II below) and a Petition for Remission or Mitigation (Petition). If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency.

B. **To File a Petition:** A petition should be filed online or by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the Federal Bureau of Investigation (FBI), Attn: Forfeiture Paralegal Specialist, 7915 Microsoft Way, Charlotte, NC 28273. It must be received no later than 11:59 PM EST thirty (30) days of your receipt of this Notice. *See* 28 C.F.R. Parts 8 and 9.

C. **Requirements for Petition:** The petition must include a description of your interest in the property supported by documentation and any facts you believe justify the return of the property and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. § 1746.

D. **Petition Forms:** A petition need not be made in any particular form but a standard petition form and the link to file the petition online are available at https://www.forfeiture.gov/FilingPetition.htm. If you wish to file a petition online for the assets referenced in the asset list of this letter, please use the Notice Letter ID referenced above.

E. **Supporting Evidence**: Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your petition.

F. **No Attorney Required:** You do not need an attorney to file a petition. You may, however, hire an attorney to represent you in filing a petition.

G. **Petition Granting Authority:** The ruling official in administrative forfeiture cases is the Unit Chief, Legal Forfeiture Unit, Office of the General Counsel. The ruling official in judicial forfeiture cases is the Chief, Money Laundering and Asset Recovery Section, Criminal Division, Department of Justice. *See* 28 C.F.R. § 9.1.

H. **Regulations for Petition:** The Regulations governing the petition process are set forth in 28 C.F.R. Part 9, and are available at www.forfeiture.gov.

I. **Penalties for Filing False or Frivolous Petitions:** A petition containing false information may subject the petitioner to criminal prosecution under 28 U.S.C. § 1001 and 28 U.S.C. § 1621.

Leonid Teyf                                              Notice of Seizure

- J. **Online Petition Exclusions:** If you cannot find the desired assets online, you must file your petition in writing at the address listed above. For more details regarding what assets can be petitioned online, please see the Frequently Asked Questions at https://www.forfeiture.gov/FilingPetitionFAQs.htm.

## II. TO CONTEST THE FORFEITURE OF THIS PROPERTY IN UNITED STATES DISTRICT COURT YOU MUST FILE A CLAIM.

*If you do not file a claim, you will waive your right to contest the forfeiture of the asset. Additionally, if no other claims are filed, you may not be able to contest the forfeiture of this asset in any other proceeding, criminal or civil.*

- A. **To File a Claim:** A claim must be filed to contest the forfeiture. A claim should be filed online or by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the FBI, Attn: Forfeiture Paralegal Specialist, 7915 Microsoft Way, Charlotte, NC 28273.
- B. **Time Limits**: A claim must be filed within 35 days of the date of this letter; therefore, you must file your claim by **11:59 PM EST** on **March 08, 2019**. *See* 18 U.S.C. § 983(a)(2). A claim is deemed filed on the date received by the agency at the address listed above.
- C. **Requirements for Claim:** A claim must be filed online or in writing, describe the seized property, state your ownership or other interest in the property and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. *See* 18 U.S.C. § 983(a)(2)(C) and 28 U.S.C. § 1746.
- D. **Claim Forms**: A claim need not be made in any particular form, but a standard claim form and the link to file the claim online are available at https://www.forfeiture.gov/FilingClaim.htm. *See* 18 U.S.C. § 983(a)(2)(D). If you wish to file a claim online for the assets referenced in the asset list of this letter, please use the Notice Letter ID referenced above.
- E. **Supporting Evidence:** Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your claim.
- F. **No Attorney Required**: You do not need an attorney to file a claim. You may, however, hire an attorney to represent you in filing a claim.
- G. **When You File a Claim**: A timely claim stops the administrative forfeiture proceeding. The seizing agency forwards the timely claim to the U.S. Attorney's Office for further proceedings. You may also file a petition for remission or mitigation.
- H. **Penalties for Filing False or Frivolous Claims:** If you intentionally file a frivolous claim you may be subject to a civil fine. *See* 18 U.S.C. § 983(h). If you intentionally file a claim containing false information, you may be subject to criminal prosecution. *See* 18 U.S.C. § 1001.
- I. **If No Claim is Filed**: Failure to file a claim by **11:59 PM EST** on **March 08, 2019** may result in the property being forfeited to the United States.
- J. **Online Claim Exclusions:** If you cannot find the desired assets online, you must file your claim in writing and send to the address listed above. For more details regarding what assets can be claimed online, please see the Frequently Asked Questions at https://www.forfeiture.gov/FilingClaimFAQs.htm.

## III. TO REQUEST RELEASE OF PROPERTY BASED ON HARDSHIP

- A. **Hardship Release**: Upon the filing of a proper claim, a claimant may request release of the seized property during the pendency of the forfeiture proceeding due to hardship if the claimant is able to meet specific conditions. *See* 18 U.S.C. § 983(f); 28 C.F.R. § 8.15.
- B. **To File Hardship Release:** The hardship request cannot be filed online and must be in writing. The claimant must establish the following:
    - Claimant has a possessory interest in the property;
    - Claimant has sufficient ties to the community to assure that the property will be available at the time of trial; and
    - Government's continued possession will cause a substantial hardship to the claimant.
- C. **Regulations for Hardship:** A complete list of the hardship provisions can be reviewed at 18 U.S.C. § 983(f) and 28 C.F.R. § 8.15. Some assets are not eligible for release.

Leonid Teyf                                    Notice of Seizure

## Asset List

**Seizure Date and Location:** The asset(s) referenced in this notice letter were seized on December 5, 2018 by the FBI at Raleigh, North Carolina.

**Forfeiture Authority:** The forfeiture of this property has been initiated pursuant to 18 USC 981(a)(1)(A) and the following additional federal laws: 19 U.S.C. §§ 1602-1619, 18 U.S.C. § 983 and 28 C.F.R. Parts 8 and 9.

| ASSET ID | ASSET DESCRIPTION | | ASSET VALUE | ACCT/VIN/SERIAL NO |
|---|---|---|---|---|
| 19-FBI-000997 | 2018 Mercedes Benz S63 AMG | | $115,975.00 | WDDUG8JB0JA394158 |
| 19-FBI-000998 | $62,448.35 in funds from Bank Account # ▮4726 in the names of Leonid Teyf and Grigory Teyf at PNC Bank, Raleigh, NC | | $62,448.35 | ▮4726 |
| 19-FBI-000999 | $210,929.84 in funds from Bank Account # ▮4742 in the names of Leonid Teyf and Grigory Teyf at PNC Bank, Raleigh, NC | | $210,929.84 | ▮4742 |
| 19-FBI-001004 | $250,023.40 in funds from Bank Account # ▮1991 in the name of Leonid Teyf at Bank of America, Raleigh, NC | | $250,023.40 | ▮1991 |
| 19-FBI-001008 | $20,323.93 in funds from Bank Account # ▮1314 in the name of CTK Transportation Inc at Bank of America, Raleigh, NC | | $20,323.93 | ▮1314 |
| 19-FBI-001019 | Miscellaneous Jewelry | | $63.00 | SEE LIST |
| | 1 | Gents Rolex Oyster Perpetual Day-Date Watch | $16,000.00 | D873428 |
| | 1 | Gents Rolex Oyster Perpetual Date Submariner Watch | $22,800.00 | N/A |
| | 1 | Ladies Rolex Cellini 'Cestello' Watch | $3,390.00 | A844935 |
| | 1 | Ladies Rolex Oyster Perpetual Date-Just Watch | $12,000.00 | Z417461 |
| | 1 | Ladies Rolex Oyster Perpetual Date-Just Watch | $13,000.00 | F640881 |
| | 1 | Gents Rolex Oyster Perpetual Date Submariner Watch | $11,500.00 | N/A |
| | 1 | Classique 8788BR Watch | $19,500.00 | N/A |
| | 1 | Ladies Breguet Reine De Naples Diamond Watch | $21,000.00 | N/A |
| | 1 | Ladies Chopard Happy Sport 4891 Watch | $24,000.00 | N/A |
| | 1 | Hublot Big Bang Tutti Frutti Rose Watch | $5,000.00 | N/A |
| | 1 | Romain Jerome Moon Dust-DNA Watch | $10,000.00 | N/A |
| | 1 | Romain Jerome Titanic DNA Watch | $7,000.00 | N/A |
| | 1 | Gents Hublot Big Bang Unico Titanium Automatic Skeletal Dial Watch | $4,000.00 | N/A |
| | 1 | Gents EDOX World Rally Cup Watch | $3,400.00 | N/A |
| | 1 | Emerald and Multi Diamond Pendant on 18K White Gold Square Cable Chain | $3,100.00 | |
| | 1 | Emerald and Multi Diamond Earrings | $4,200.00 | |
| | 1 | 14K Yellow Gold Chain | $4,050.00 | |
| | 1 | Emerald and Mutli Diamond Ring | $3,500.00 | |
| | 1 | Rough Emerald and Multi Diamond Earrings | $90.00 | |
| | 1 | Flat Wedding Band | $230.00 | |
| | 1 | 14K White Gold Wedding Band | $125.00 | |
| | 1 | Two Tone Wedding Band | $125.00 | |
| | 1 | Single Diamond Stud Earring | $30.00 | |
| | 1 | One Pair Ruby and Multi Diamond Earrings | $250.00 | |
| | 1 | Diamond Stud Earring Pair | $180.00 | |

| | | | |
|---|---|---:|---|
| 1 | One Pair Multi Blue Sapphire and Multi Diamond Earrings | $210.00 | |
| 1 | 18K White and Yellow Gold Solid Curb Link Chain With 'Sun' Pendant | $1,450.00 | |
| 1 | Collection of Five Charms - 14K Rose Gold: Star of David, Angel, Leaf, Religious, Zodiac | $175.00 | |
| 1 | Emerald Cluster Earrings | $120.00 | |
| 1 | Bow Motif Brooch - 14K White and Yellow Gold | $175.00 | |
| 1 | One Pair Dyed FW Pearl Earrings | $130.00 | |
| 1 | 'Wishbone' Pendant - 14K White Gold Base with Rose Gold Accent | $270.00 | |
| 1 | 18K White Gold Heart Shaped Pendant | $380.00 | |
| 1 | One Pair Multi Diamond Earrings - 18K Yellow and White Gold | $110.00 | |
| 1 | 14K Rose Gold Twisted Herringbone Chain | $200.00 | |
| 1 | 14K Rose Gold Triple Link Chain with Star of David Pendant | $255.00 | |
| 1 | Ladies Ruby and Multi Diamond Ring | $140.00 | |
| 1 | Ladies Diamond Solitaire Engagement Ring | $2,850.00 | |
| 1 | One Pair Inside-Out Diamond Earrings | $800.00 | |
| 1 | One Pair Fresh Water Pearl Earrings | $110.00 | |
| 1 | 14K Rose Gold Cuff Bangle Bracelet | $575.00 | |
| 1 | Mobe' Pearl and Diamond Pendant | $620.00 | |
| 1 | Ladies Multi Diamond Engagemnt Ring | $2,100.00 | |
| 1 | Multi Diamond 18K White Gold Bracelet | $3,800.00 | |
| 1 | 14K Rose Gold Dangle Link Chain | $120.00 | |
| 1 | 14K White Gold Wedding Band | $120.00 | |
| 1 | Ladies Diamond Solitaire Ring - 18K Yellow Gold Mounting | $350.00 | |
| 1 | Ladies Diamond Solitaire Ring - 18K Rose Gold Plain Shank | $110.00 | |
| 1 | Emerald Cluster Ring - 14K Rose Gold | $90.00 | |
| 1 | Ladies Multi Diamond Engagement Ring - 18K White Gold | $5,100.00 | |
| 1 | Ladies Diamond Solitaire Ring - 18K Yellow Gold | $390.00 | |
| 1 | Tiffany & Co. Multi Diamond Wedding Band | $1,100.00 | |
| 1 | Multi Diamond Pendant - 14K White Gold | $890.00 | |
| 1 | Multi Diamond Pendant - 14K White Gold | $1,500.00 | |
| 1 | Tiffany & Co. Diamond Solitaire Engagement Ring 2.24 Carat Platinum | $52,000.00 | 35181725 |
| 1 | Ladies Tahitian and Pave Diamond Ring 18K White Gold | $720.00 | |
| 1 | Multi Dimond Earrings - 14K White Gold | $2,900.00 | |
| 1 | 14K Yellow Gold Twisted Snake Chain | $185.00 | |
| 1 | Ladies Fresh Water Pearl Ring | $230.00 | |
| 1 | Ladies Garnet Ring - 14K Rose Gold | $90.00 | |
| 1 | One Pair Freeform Earrings - 14K Rose Gold | $60.00 | |
| 1 | Freeform Pendant - 14K Rose and White Gold | $47.00 | |
| 1 | Tiffany & Co. Elsa Peretti Chain - 18K Yellow Gold | $3,980.00 | |
| 1 | Tiffany & Co. Elsa Peretti Earrings - 18K | $1,900.00 | |

| | | | | |
|---|---|---|---|---|
| | | Yellow Gold | | |
| | 1 | "Things Remembered" Silver Jewelry Box With Inscription | $50.00 | |
| 19-FBI-001020 | | Miscellaneous Firearms and Related Ammunition | $8,883.49 | SEE LIST |
| | 1 | Sig Sauer P226 Handgun in black case | $567.30 | UU767203 |
| | 1 | Kimber Raptor II Handgun in black case | $1,098.54 | K404366 |
| | 1 | Smith & Wesson .44 Revolver | $1,388.47 | A1149166 |
| | 1 | Glock 17 9mm Handgun with black case | $474.17 | XMV746 |
| | 1 | Russian made 7.72x38R Pistol | $1.00 | 189501570 |
| | 1 | Walther PPK/S Pistol in black case | $332.71 | 004578 |
| | 1 | CZ-USA CZ 75 BD 9mm Pistol in black case | $391.34 | B330274 |
| | 1 | Kimber Raptor II .45 cal Handgun in black case | $1,098.54 | K600092 |
| | 1 | ITM Arms Company AK74 Rifle | $522.90 | 0006714 |
| | 1 | Beretta A400 12 ga Shotgun in camo gun bag | $1,209.21 | XA026380 |
| | 1 | Browning Special Steel .20 ga Shotgun | $359.09 | 30289NX763 |
| | 1 | Soviet Brown And Steel Rifle With Bayonet | $1.00 | 1946 |
| | 1 | SKS 7.62x39 Russian Rifle | $338.22 | 8011 |
| | 1 | Essential Arms J-15 Rifle 223x5.56 | $750.00 | 28728 |
| | 1 | Hesse Saiga 7.62 Rifle | $350.00 | 01100235 |
| | 1 | All related ammunition and magazines | $1.00 | |
| 19-FBI-001021 | | Miscellaneous Jewelry | $13.00 | SEE LIST |
| | 1 | Cook Islands 20 Dollar 2010 Masterpiece of Art Vasnetsov 3 oz Silver. Elizabeth II | $240.00 | |
| | 1 | S T DuPont Tie Bar | $240.00 | |
| | 1 | Gents Breguet Classique 7787 18K Yellow Gold Watch | $18,000.00 | N/A |
| | 1 | Gents Rolex Cellini 'Cestello' Watch | $4,440.00 | A845597 |
| | 1 | Gents Patek Philippe Calatrava Watch | $8,400.00 | N/A |
| | 1 | Gents Multi Diamond Wedding Band 14K White Gold | $1,000.00 | |
| | 1 | Wedding Band - 14K White Gold | $250.00 | |
| | 1 | Gents Black Onyx and Multi Diamond Ring | $2,400.00 | |
| | 1 | Gents Diamond Solitaire Ring 18K Yellow Gold | $2,100.00 | |
| | 1 | 14K Rose Gold Rope Chain | $330.00 | |
| | 1 | Cartier Leather Deployant Strap Assortment | $350.00 | |
| | 1 | 14K Yellow Gold Bracelet | $1,350.00 | |
| | 1 | Ladies Multi Diamond Tennis Bracelet | $2,100.00 | |
| | 1 | Ladies Multi Diamond Vintage Finger Ring 14K Gold | $1,200.00 | |
| | 1 | Gents Rolex Oyster Perpetual Day-Date Watch | $16,000.00 | D3483481 |
| 19-FBI-001022 | | $50,000.00 U.S. Currency | $50,000.00 | |
| 19-FBI-001023 | | $40,568.73 in funds from Bank Account # ▮▮▮▮3905 in the name of Leonid Teyf at Bank of America, Raleigh, NC | $40,568.73 | ▮▮▮▮3905 |
| 19-FBI-001026 | | $28,909.09 U.S. Currency | $28,909.09 | |



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, DC  20535*

Leonid Teyf

Raleigh, NC

# NOTICE OF SEIZURE OF PROPERTY AND INITIATION OF ADMINISTRATIVE FORFEITURE PROCEEDINGS

## SEIZED PROPERTY IDENTIFYING INFORMATION

| | |
|---|---|
| **Notice Date:** February 1, 2019 | **Asset ID Number:** Multiple Assets |
| **Notice Letter ID:** 68156 (use ID when searching for assets during online filing) | |
| **Description of Seized Property:** See Attached List | |
| **Seizure Date and Location:** See Attached List | |
| **Forfeiture Authority:** See Attached List | |

I. **THE GOVERNMENT MAY CONSIDER GRANTING PETITIONS FOR REMISSION OR MITIGATION, WHICH PARDONS ALL OR PART OF THE PROPERTY FROM THE FORFEITURE.**

**TO REQUEST A PARDON OF THE PROPERTY YOU MUST FILE A PETITION FOR REMISSION OR MITIGATION**

A. **What to File**:  You may file both a claim (see section II below) and a Petition for Remission or Mitigation (Petition).  If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency.

B. **To File a Petition:**  A petition should be filed online or by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the Federal Bureau of Investigation (FBI), Attn: Forfeiture Paralegal Specialist, 7915 Microsoft Way, Charlotte, NC 28273.  It must be received no later than 11:59 PM EST thirty (30) days of your receipt of this Notice.  *See* 28 C.F.R. Parts 8 and 9.

C. **Requirements for Petition:**  The petition must include a description of your interest in the property supported by documentation and any facts you believe justify the return of the property and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. § 1746.

D. **Petition Forms:**  A petition need not be made in any particular form but a standard petition form and the link to file the petition online are available at https://www.forfeiture.gov/FilingPetition.htm.  If you wish to file a petition online for the assets referenced in the asset list of this letter, please use the Notice Letter ID referenced above.

E. **Supporting Evidence**:  Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your petition.

F. **No Attorney Required:**  You do not need an attorney to file a petition.  You may, however, hire an attorney to represent you in filing a petition.

G. **Petition Granting Authority:**  The ruling official in administrative forfeiture cases is the Unit Chief, Legal Forfeiture Unit, Office of the General Counsel.  The ruling official in judicial forfeiture cases is the Chief, Money Laundering and Asset Recovery Section, Criminal Division, Department of Justice.  *See* 28 C.F.R. § 9.1.

H. **Regulations for Petition:**  The Regulations governing the petition process are set forth in 28 C.F.R. Part 9, and are available at www.forfeiture.gov.

I. **Penalties for Filing False or Frivolous Petitions:**  A petition containing false information may subject the petitioner to criminal prosecution under 28 U.S.C. § 1001 and 28 U.S.C. § 1621.

J. **Online Petition Exclusions:** If you cannot find the desired assets online, you must file your petition in writing at the address listed above. For more details regarding what assets can be petitioned online, please see the Frequently Asked Questions at https://www.forfeiture.gov/FilingPetitionFAQs.htm.

## II. TO CONTEST THE FORFEITURE OF THIS PROPERTY IN UNITED STATES DISTRICT COURT YOU MUST FILE A CLAIM.

*If you do not file a claim, you will waive your right to contest the forfeiture of the asset. Additionally, if no other claims are filed, you may not be able to contest the forfeiture of this asset in any other proceeding, criminal or civil.*

A. **To File a Claim:** A claim must be filed to contest the forfeiture. A claim should be filed online or by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the FBI, Attn: Forfeiture Paralegal Specialist, 7915 Microsoft Way, Charlotte, NC 28273.

B. **Time Limits:** A claim must be filed within 35 days of the date of this letter; therefore, you must file your claim by **11:59 PM EST** on **March 08, 2019**. *See* 18 U.S.C. § 983(a)(2). A claim is deemed filed on the date received by the agency at the address listed above.

C. **Requirements for Claim:** A claim must be filed online or in writing, describe the seized property, state your ownership or other interest in the property and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. *See* 18 U.S.C. § 983(a)(2)(C) and 28 U.S.C. § 1746.

D. **Claim Forms:** A claim need not be made in any particular form, but a standard claim form and the link to file the claim online are available at https://www.forfeiture.gov/FilingClaim.htm. *See* 18 U.S.C. § 983(a)(2)(D). If you wish to file a claim online for the assets referenced in the asset list of this letter, please use the Notice Letter ID referenced above.

E. **Supporting Evidence:** Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your claim.

F. **No Attorney Required:** You do not need an attorney to file a claim. You may, however, hire an attorney to represent you in filing a claim.

G. **When You File a Claim:** A timely claim stops the administrative forfeiture proceeding. The seizing agency forwards the timely claim to the U.S. Attorney's Office for further proceedings. You may also file a petition for remission or mitigation.

H. **Penalties for Filing False or Frivolous Claims:** If you intentionally file a frivolous claim you may be subject to a civil fine. *See* 18 U.S.C. § 983(h). If you intentionally file a claim containing false information, you may be subject to criminal prosecution. *See* 18 U.S.C. § 1001.

I. **If No Claim is Filed:** Failure to file a claim by **11:59 PM EST** on **March 08, 2019** may result in the property being forfeited to the United States.

J. **Online Claim Exclusions:** If you cannot find the desired assets online, you must file your claim in writing and send to the address listed above. For more details regarding what assets can be claimed online, please see the Frequently Asked Questions at https://www.forfeiture.gov/FilingClaimFAQs.htm.

## III. TO REQUEST RELEASE OF PROPERTY BASED ON HARDSHIP

A. **Hardship Release:** Upon the filing of a proper claim, a claimant may request release of the seized property during the pendency of the forfeiture proceeding due to hardship if the claimant is able to meet specific conditions. *See* 18 U.S.C. § 983(f); 28 C.F.R. § 8.15.

B. **To File Hardship Release:** The hardship request cannot be filed online and must be in writing. The claimant must establish the following:
   - Claimant has a possessory interest in the property;
   - Claimant has sufficient ties to the community to assure that the property will be available at the time of trial; and
   - Government's continued possession will cause a substantial hardship to the claimant.

C. **Regulations for Hardship:** A complete list of the hardship provisions can be reviewed at 18 U.S.C. § 983(f) and 28 C.F.R. § 8.15. Some assets are not eligible for release.

Leonid Teyf　　　　　　　　　　　　　　Notice of Seizure

## Asset List

**Seizure Date and Location:** The asset(s) referenced in this notice letter were seized on December 5, 2018 by the FBI at Raleigh, North Carolina.

**Forfeiture Authority:** The forfeiture of this property has been initiated pursuant to 18 USC 981(a)(1)(A) and the following additional federal laws: 19 U.S.C. §§ 1602-1619, 18 U.S.C. § 983 and 28 C.F.R. Parts 8 and 9.

| ASSET ID | ASSET DESCRIPTION | | ASSET VALUE | ACCT/VIN/SERIAL NO |
|---|---|---|---|---|
| 19-FBI-000997 | 2018 Mercedes Benz S63 AMG | | $115,975.00 | WDDUG8JB0JA394158 |
| 19-FBI-000998 | $62,448.35 in funds from Bank Account # ████4726 in the names of Leonid Teyf and Grigory Teyf at PNC Bank, Raleigh, NC | | $62,448.35 | ████4726 |
| 19-FBI-000999 | $210,929.84 in funds from Bank Account # ████4742 in the names of Leonid Teyf and Grigory Teyf at PNC Bank, Raleigh, NC | | $210,929.84 | ████4742 |
| 19-FBI-001004 | $250,023.40 in funds from Bank Account # ████1991 in the name of Leonid Teyf at Bank of America, Raleigh, NC | | $250,023.40 | ████1991 |
| 19-FBI-001008 | $20,323.93 in funds from Bank Account # ████1314 in the name of CTK Transportation Inc at Bank of America, Raleigh, NC | | $20,323.93 | ████1314 |
| 19-FBI-001019 | Miscellaneous Jewelry | | $63.00 | SEE LIST |
| | 1 | Gents Rolex Oyster Perpetual Day-Date Watch | $16,000.00 | D873428 |
| | 1 | Gents Rolex Oyster Perpetual Date Submariner Watch | $22,800.00 | N/A |
| | 1 | Ladies Rolex Cellini 'Cestello' Watch | $3,390.00 | A844935 |
| | 1 | Ladies Rolex Oyster Perpetual Date-Just Watch | $12,000.00 | Z417461 |
| | 1 | Ladies Rolex Oyster Perpetual Date-Just Watch | $13,000.00 | F640881 |
| | 1 | Gents Rolex Oyster Perpetual Date Submariner Watch | $11,500.00 | N/A |
| | 1 | Classique 8788BR Watch | $19,500.00 | N/A |
| | 1 | Ladies Breguet Reine De Naples Diamond Watch | $21,000.00 | N/A |
| | 1 | Ladies Chopard Happy Sport 4891 Watch | $24,000.00 | N/A |
| | 1 | Hublot Big Bang Tutti Frutti Rose Watch | $5,000.00 | N/A |
| | 1 | Romain Jerome Moon Dust-DNA Watch | $10,000.00 | N/A |
| | 1 | Romain Jerome Titanic DNA Watch | $7,000.00 | N/A |
| | 1 | Gents Hublot Big Bang Unico Titanium Automatic Skeletal Dial Watch | $4,000.00 | N/A |
| | 1 | Gents EDOX World Rally Cup Watch | $3,400.00 | N/A |
| | 1 | Emerald and Multi Diamond Pendant on 18K White Gold Square Cable Chain | $3,100.00 | |
| | 1 | Emerald and Multi Diamond Earrings | $4,200.00 | |
| | 1 | 14K Yellow Gold Chain | $4,050.00 | |
| | 1 | Emerald and Mutli Diamond Ring | $3,500.00 | |
| | 1 | Rough Emerald and Multi Diamond Earrings | $90.00 | |
| | 1 | Flat Wedding Band | $230.00 | |
| | 1 | 14K White Gold Wedding Band | $125.00 | |
| | 1 | Two Tone Wedding Band | $125.00 | |
| | 1 | Single Diamond Stud Earring | $30.00 | |
| | 1 | One Pair Ruby and Multi Diamond Earrings | $250.00 | |
| | 1 | Diamond Stud Earring Pair | $180.00 | |

| | | | |
|---|---|---:|---|
| 1 | One Pair Multi Blue Sapphire and Multi Diamond Earrings | $210.00 | |
| 1 | 18K White and Yellow Gold Solid Curb Link Chain With 'Sun' Pendant | $1,450.00 | |
| 1 | Collection of Five Charms - 14K Rose Gold: Star of David, Angel, Leaf, Religious, Zodiac | $175.00 | |
| 1 | Emerald Cluster Earrings | $120.00 | |
| 1 | Bow Motif Brooch - 14K White and Yellow Gold | $175.00 | |
| 1 | One Pair Dyed FW Pearl Earrings | $130.00 | |
| 1 | 'Wishbone' Pendant - 14K White Gold Base with Rose Gold Accent | $270.00 | |
| 1 | 18K White Gold Heart Shaped Pendant | $380.00 | |
| 1 | One Pair Multi Diamond Earrings - 18K Yellow and White Gold | $110.00 | |
| 1 | 14K Rose Gold Twisted Herringbone Chain | $200.00 | |
| 1 | 14K Rose Gold Triple Link Chain with Star of David Pendant | $255.00 | |
| 1 | Ladies Ruby and Multi Diamond Ring | $140.00 | |
| 1 | Ladies Diamond Solitaire Engagement Ring | $2,850.00 | |
| 1 | One Pair Inside-Out Diamond Earrings | $800.00 | |
| 1 | One Pair Fresh Water Pearl Earrings | $110.00 | |
| 1 | 14K Rose Gold Cuff Bangle Bracelet | $575.00 | |
| 1 | Mobe' Pearl and Diamond Pendant | $620.00 | |
| 1 | Ladies Multi Diamond Engagemnt Ring | $2,100.00 | |
| 1 | Multi Diamond 18K White Gold Bracelet | $3,800.00 | |
| 1 | 14K Rose Gold Dangle Link Chain | $120.00 | |
| 1 | 14K White Gold Wedding Band | $120.00 | |
| 1 | Ladies Diamond Solitaire Ring - 18K Yellow Gold Mounting | $350.00 | |
| 1 | Ladies Diamond Solitaire Ring - 18K Rose Gold Plain Shank | $110.00 | |
| 1 | Emerald Cluster Ring - 14K Rose Gold | $90.00 | |
| 1 | Ladies Multi Diamond Engagement Ring - 18K White Gold | $5,100.00 | |
| 1 | Ladies Diamond Solitaire Ring - 18K Yellow Gold | $390.00 | |
| 1 | Tiffany & Co. Multi Diamond Wedding Band | $1,100.00 | |
| 1 | Multi Diamond Pendant - 14K White Gold | $890.00 | |
| 1 | Multi Diamond Pendant - 14K White Gold | $1,500.00 | |
| 1 | Tiffany & Co. Diamond Solitaire Engagement Ring 2.24 Carat Platinum | $52,000.00 | 35181725 |
| 1 | Ladies Tahitian and Pave Diamond Ring 18K White Gold | $720.00 | |
| 1 | Multi Dimond Earrings - 14K White Gold | $2,900.00 | |
| 1 | 14K Yellow Gold Twisted Snake Chain | $185.00 | |
| 1 | Ladies Fresh Water Pearl Ring | $230.00 | |
| 1 | Ladies Garnet Ring - 14K Rose Gold | $90.00 | |
| 1 | One Pair Freeform Earrings - 14K Rose Gold | $60.00 | |
| 1 | Freeform Pendant - 14K Rose and White Gold | $47.00 | |
| 1 | Tiffany & Co. Elsa Peretti Chain - 18K Yellow Gold | $3,980.00 | |
| 1 | Tiffany & Co. Elsa Peretti Earrings - 18K | $1,900.00 | |

| Case ID | Qty | Description | Value | Serial/Note |
|---|---|---|---|---|
| | | Yellow Gold | | |
| | 1 | "Things Remembered" Silver Jewelry Box With Inscription | $50.00 | |
| 19-FBI-001020 | | Miscellaneous Firearms and Related Ammunition | $8,883.49 | SEE LIST |
| | 1 | Sig Sauer P226 Handgun in black case | $567.30 | UU767203 |
| | 1 | Kimber Raptor II Handgun in black case | $1,098.54 | K404366 |
| | 1 | Smith & Wesson .44 Revolver | $1,388.47 | A1149166 |
| | 1 | Glock 17 9mm Handgun with black case | $474.17 | XMV746 |
| | 1 | Russian made 7.72x38R Pistol | $1.00 | 189501570 |
| | 1 | Walther PPK/S Pistol in black case | $332.71 | 004578 |
| | 1 | CZ-USA CZ 75 BD 9mm Pistol in black case | $391.34 | B330274 |
| | 1 | Kimber Raptor II .45 cal Handgun in black case | $1,098.54 | K600092 |
| | 1 | ITM Arms Company AK74 Rifle | $522.90 | 0006714 |
| | 1 | Beretta A400 12 ga Shotgun in camo gun bag | $1,209.21 | XA026380 |
| | 1 | Browning Special Steel .20 ga Shotgun | $359.09 | 30289NX763 |
| | 1 | Soviet Brown And Steel Rifle With Bayonet | $1.00 | 1946 |
| | 1 | SKS 7.62x39 Russian Rifle | $338.22 | 8011 |
| | 1 | Essential Arms J-15 Rifle 223x5.56 | $750.00 | 28728 |
| | 1 | Hesse Saiga 7.62 Rifle | $350.00 | 01100235 |
| | 1 | All related ammunition and magazines | $1.00 | |
| 19-FBI-001021 | | Miscellaneous Jewelry | $13.00 | SEE LIST |
| | 1 | Cook Islands 20 Dollar 2010 Masterpiece of Art Vasnetsov 3 oz Silver. Elizabeth II | $240.00 | |
| | 1 | S T DuPont Tie Bar | $240.00 | |
| | 1 | Gents Breguet Classique 7787 18K Yellow Gold Watch | $18,000.00 | N/A |
| | 1 | Gents Rolex Cellini 'Cestello' Watch | $4,440.00 | A845597 |
| | 1 | Gents Patek Philippe Calatrava Watch | $8,400.00 | N/A |
| | 1 | Gents Multi Diamond Wedding Band 14K White Gold | $1,000.00 | |
| | 1 | Wedding Band - 14K White Gold | $250.00 | |
| | 1 | Gents Black Onyx and Multi Diamond Ring | $2,400.00 | |
| | 1 | Gents Diamond Solitaire Ring 18K Yellow Gold | $2,100.00 | |
| | 1 | 14K Rose Gold Rope Chain | $330.00 | |
| | 1 | Cartier Leather Deployant Strap Assortment | $350.00 | |
| | 1 | 14K Yellow Gold Bracelet | $1,350.00 | |
| | 1 | Ladies Multi Diamond Tennis Bracelet | $2,100.00 | |
| | 1 | Ladies Multi Diamond Vintage Finger Ring 14K Gold | $1,200.00 | |
| | 1 | Gents Rolex Oyster Perpetual Day-Date Watch | $16,000.00 | D3483481 |
| 19-FBI-001022 | | $50,000.00 U.S. Currency | $50,000.00 | |
| 19-FBI-001023 | | $40,568.73 in funds from Bank Account # ▮▮▮▮3905 in the name of Leonid Teyf at Bank of America, Raleigh, NC | $40,568.73 | ▮▮▮▮3905 |
| 19-FBI-001026 | | $28,909.09 U.S. Currency | $28,909.09 | |



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, DC 20535*

Leonid Teyf

Raleigh, NC

# NOTICE OF SEIZURE OF PROPERTY AND INITIATION OF ADMINISTRATIVE FORFEITURE PROCEEDINGS

## SEIZED PROPERTY IDENTIFYING INFORMATION

| Notice Date: February 1, 2019 | Asset ID Number: Multiple Assets |
|---|---|
| **Notice Letter ID:** 68157 (use ID when searching for assets during online filing) ||
| **Description of Seized Property:** See Attached List ||
| **Seizure Date and Location:** See Attached List ||
| **Forfeiture Authority:** See Attached List ||

I. **THE GOVERNMENT MAY CONSIDER GRANTING PETITIONS FOR REMISSION OR MITIGATION, WHICH PARDONS ALL OR PART OF THE PROPERTY FROM THE FORFEITURE.**

**TO REQUEST A PARDON OF THE PROPERTY YOU MUST FILE A PETITION FOR REMISSION OR MITIGATION**

A. **What to File**: You may file both a claim (see section II below) and a Petition for Remission or Mitigation (Petition). If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency.

B. **To File a Petition:** A petition should be filed online or by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the Federal Bureau of Investigation (FBI), Attn: Forfeiture Paralegal Specialist, 7915 Microsoft Way, Charlotte, NC 28273. It must be received no later than 11:59 PM EST thirty (30) days of your receipt of this Notice. *See* 28 C.F.R. Parts 8 and 9.

C. **Requirements for Petition:** The petition must include a description of your interest in the property supported by documentation and any facts you believe justify the return of the property and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. § 1746.

D. **Petition Forms:** A petition need not be made in any particular form but a standard petition form and the link to file the petition online are available at https://www.forfeiture.gov/FilingPetition.htm. If you wish to file a petition online for the assets referenced in the asset list of this letter, please use the Notice Letter ID referenced above.

E. **Supporting Evidence**: Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your petition.

F. **No Attorney Required:** You do not need an attorney to file a petition. You may, however, hire an attorney to represent you in filing a petition.

G. **Petition Granting Authority:** The ruling official in administrative forfeiture cases is the Unit Chief, Legal Forfeiture Unit, Office of the General Counsel. The ruling official in judicial forfeiture cases is the Chief, Money Laundering and Asset Recovery Section, Criminal Division, Department of Justice. *See* 28 C.F.R. § 9.1.

H. **Regulations for Petition:** The Regulations governing the petition process are set forth in 28 C.F.R. Part 9, and are available at www.forfeiture.gov.

I. **Penalties for Filing False or Frivolous Petitions:** A petition containing false information may subject the petitioner to criminal prosecution under 28 U.S.C. § 1001 and 28 U.S.C. § 1621.

J. **Online Petition Exclusions:** If you cannot find the desired assets online, you must file your petition in writing at the address listed above. For more details regarding what assets can be petitioned online, please see the Frequently Asked Questions at https://www.forfeiture.gov/FilingPetitionFAQs.htm.

II. **TO CONTEST THE FORFEITURE OF THIS PROPERTY IN UNITED STATES DISTRICT COURT YOU MUST FILE A CLAIM.**
*If you do not file a claim, you will waive your right to contest the forfeiture of the asset. Additionally, if no other claims are filed, you may not be able to contest the forfeiture of this asset in any other proceeding, criminal or civil.*

A. **To File a Claim:** A claim must be filed to contest the forfeiture. A claim should be filed online or by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the FBI, Attn: Forfeiture Paralegal Specialist, 7915 Microsoft Way, Charlotte, NC 28273.

B. **Time Limits**: A claim must be filed within 35 days of the date of this letter; therefore, you must file your claim by **11:59 PM EST** on **March 08, 2019**. See 18 U.S.C. § 983(a)(2). A claim is deemed filed on the date received by the agency at the address listed above.

C. **Requirements for Claim**: A claim must be filed online or in writing, describe the seized property, state your ownership or other interest in the property and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. See 18 U.S.C. § 983(a)(2)(C) and 28 U.S.C. § 1746.

D. **Claim Forms**: A claim need not be made in any particular form, but a standard claim form and the link to file the claim online are available at https://www.forfeiture.gov/FilingClaim.htm. See 18 U.S.C. § 983(a)(2)(D). If you wish to file a claim online for the assets referenced in the asset list of this letter, please use the Notice Letter ID referenced above.

E. **Supporting Evidence**: Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your claim.

F. **No Attorney Required**: You do not need an attorney to file a claim. You may, however, hire an attorney to represent you in filing a claim.

G. **When You File a Claim**: A timely claim stops the administrative forfeiture proceeding. The seizing agency forwards the timely claim to the U.S. Attorney's Office for further proceedings. You may also file a petition for remission or mitigation.

H. **Penalties for Filing False or Frivolous Claims:** If you intentionally file a frivolous claim you may be subject to a civil fine. See 18 U.S.C. § 983(h). If you intentionally file a claim containing false information, you may be subject to criminal prosecution. See 18 U.S.C. § 1001.

I. **If No Claim is Filed**: Failure to file a claim by **11:59 PM EST** on **March 08, 2019** may result in the property being forfeited to the United States.

J. **Online Claim Exclusions:** If you cannot find the desired assets online, you must file your claim in writing and send to the address listed above. For more details regarding what assets can be claimed online, please see the Frequently Asked Questions at https://www.forfeiture.gov/FilingClaimFAQs.htm.

III. **TO REQUEST RELEASE OF PROPERTY BASED ON HARDSHIP**

A. **Hardship Release**: Upon the filing of a proper claim, a claimant may request release of the seized property during the pendency of the forfeiture proceeding due to hardship if the claimant is able to meet specific conditions. See 18 U.S.C. § 983(f); 28 C.F.R. § 8.15.

B. **To File Hardship Release:** The hardship request cannot be filed online and must be in writing. The claimant must establish the following:
- Claimant has a possessory interest in the property;
- Claimant has sufficient ties to the community to assure that the property will be available at the time of trial; and
- Government's continued possession will cause a substantial hardship to the claimant.

C. **Regulations for Hardship:** A complete list of the hardship provisions can be reviewed at 18 U.S.C. § 983(f) and 28 C.F.R. § 8.15. Some assets are not eligible for release.

## Asset List

**Seizure Date and Location:** The asset(s) referenced in this notice letter were seized on December 5, 2018 by the FBI at Raleigh, North Carolina.

**Forfeiture Authority:** The forfeiture of this property has been initiated pursuant to 18 USC 981(a)(1)(A) and the following additional federal laws: 19 U.S.C. §§ 1602-1619, 18 U.S.C. § 983 and 28 C.F.R. Parts 8 and 9.

| ASSET ID | ASSET DESCRIPTION | | ASSET VALUE | ACCT/VIN/SERIAL NO |
|---|---|---|---|---|
| 19-FBI-000997 | 2018 Mercedes Benz S63 AMG | | $115,975.00 | WDDUG8JB0JA394158 |
| 19-FBI-000998 | $62,448.35 in funds from Bank Account # ▇▇▇▇4726 in the names of Leonid Teyf and Grigory Teyf at PNC Bank, Raleigh, NC | | $62,448.35 | ▇▇▇▇4726 |
| 19-FBI-000999 | $210,929.84 in funds from Bank Account # ▇▇▇▇4742 in the names of Leonid Teyf and Grigory Teyf at PNC Bank, Raleigh, NC | | $210,929.84 | ▇▇▇▇4742 |
| 19-FBI-001004 | $250,023.40 in funds from Bank Account # ▇▇▇▇1991 in the name of Leonid Teyf at Bank of America, Raleigh, NC | | $250,023.40 | ▇▇▇▇1991 |
| 19-FBI-001008 | $20,323.93 in funds from Bank Account # ▇▇▇▇1314 in the name of CTK Transportation Inc at Bank of America, Raleigh, NC | | $20,323.93 | ▇▇▇▇1314 |
| 19-FBI-001019 | Miscellaneous Jewelry | | $63.00 | SEE LIST |
| | 1 | Gents Rolex Oyster Perpetual Day-Date Watch | $16,000.00 | D873428 |
| | 1 | Gents Rolex Oyster Perpetual Date Submariner Watch | $22,800.00 | N/A |
| | 1 | Ladies Rolex Cellini 'Cestello' Watch | $3,390.00 | A844935 |
| | 1 | Ladies Rolex Oyster Perpetual Date-Just Watch | $12,000.00 | Z417461 |
| | 1 | Ladies Rolex Oyster Perpetual Date-Just Watch | $13,000.00 | F640881 |
| | 1 | Gents Rolex Oyster Perpetual Date Submariner Watch | $11,500.00 | N/A |
| | 1 | Classique 8788BR Watch | $19,500.00 | N/A |
| | 1 | Ladies Breguet Reine De Naples Diamond Watch | $21,000.00 | N/A |
| | 1 | Ladies Chopard Happy Sport 4891 Watch | $24,000.00 | N/A |
| | 1 | Hublot Big Bang Tutti Frutti Rose Watch | $5,000.00 | N/A |
| | 1 | Romain Jerome Moon Dust-DNA Watch | $10,000.00 | N/A |
| | 1 | Romain Jerome Titanic DNA Watch | $7,000.00 | N/A |
| | 1 | Gents Hublot Big Bang Unico Titanium Automatic Skeletal Dial Watch | $4,000.00 | N/A |
| | 1 | Gents EDOX World Rally Cup Watch | $3,400.00 | N/A |
| | 1 | Emerald and Multi Diamond Pendant on 18K White Gold Square Cable Chain | $3,100.00 | |
| | 1 | Emerald and Multi Diamond Earrings | $4,200.00 | |
| | 1 | 14K Yellow Gold Chain | $4,050.00 | |
| | 1 | Emerald and Mutli Diamond Ring | $3,500.00 | |
| | 1 | Rough Emerald and Multi Diamond Earrings | $90.00 | |
| | 1 | Flat Wedding Band | $230.00 | |
| | 1 | 14K White Gold Wedding Band | $125.00 | |
| | 1 | Two Tone Wedding Band | $125.00 | |
| | 1 | Single Diamond Stud Earring | $30.00 | |
| | 1 | One Pair Ruby and Multi Diamond Earrings | $250.00 | |
| | 1 | Diamond Stud Earring Pair | $180.00 | |

| | | | |
|---|---|---|---|
| 1 | One Pair Multi Blue Sapphire and Multi Diamond Earrings | $210.00 | |
| 1 | 18K White and Yellow Gold Solid Curb Link Chain With 'Sun' Pendant | $1,450.00 | |
| 1 | Collection of Five Charms - 14K Rose Gold: Star of David, Angel, Leaf, Religious, Zodiac | $175.00 | |
| 1 | Emerald Cluster Earrings | $120.00 | |
| 1 | Bow Motif Brooch - 14K White and Yellow Gold | $175.00 | |
| 1 | One Pair Dyed FW Pearl Earrings | $130.00 | |
| 1 | 'Wishbone' Pendant - 14K White Gold Base with Rose Gold Accent | $270.00 | |
| 1 | 18K White Gold Heart Shaped Pendant | $380.00 | |
| 1 | One Pair Multi Diamond Earrings - 18K Yellow and White Gold | $110.00 | |
| 1 | 14K Rose Gold Twisted Herringbone Chain | $200.00 | |
| 1 | 14K Rose Gold Triple Link Chain with Star of David Pendant | $255.00 | |
| 1 | Ladies Ruby and Multi Diamond Ring | $140.00 | |
| 1 | Ladies Diamond Solitaire Engagement Ring | $2,850.00 | |
| 1 | One Pair Inside-Out Diamond Earrings | $800.00 | |
| 1 | One Pair Fresh Water Pearl Earrings | $110.00 | |
| 1 | 14K Rose Gold Cuff Bangle Bracelet | $575.00 | |
| 1 | Mobe' Pearl and Diamond Pendant | $620.00 | |
| 1 | Ladies Multi Diamond Engagemnt Ring | $2,100.00 | |
| 1 | Multi Diamond 18K White Gold Bracelet | $3,800.00 | |
| 1 | 14K Rose Gold Dangle Link Chain | $120.00 | |
| 1 | 14K White Gold Wedding Band | $120.00 | |
| 1 | Ladies Diamond Solitaire Ring - 18K Yellow Gold Mounting | $350.00 | |
| 1 | Ladies Diamond Solitaire Ring - 18K Rose Gold Plain Shank | $110.00 | |
| 1 | Emerald Cluster Ring - 14K Rose Gold | $90.00 | |
| 1 | Ladies Multi Diamond Engagement Ring - 18K White Gold | $5,100.00 | |
| 1 | Ladies Diamond Solitaire Ring - 18K Yellow Gold | $390.00 | |
| 1 | Tiffany & Co. Multi Diamond Wedding Band | $1,100.00 | |
| 1 | Multi Diamond Pendant - 14K White Gold | $890.00 | |
| 1 | Multi Diamond Pendant - 14K White Gold | $1,500.00 | |
| 1 | Tiffany & Co. Diamond Solitaire Engagement Ring 2.24 Carat Platinum | $52,000.00 | 35181725 |
| 1 | Ladies Tahitian and Pave Diamond Ring 18K White Gold | $720.00 | |
| 1 | Multi Dimond Earrings - 14K White Gold | $2,900.00 | |
| 1 | 14K Yellow Gold Twisted Snake Chain | $185.00 | |
| 1 | Ladies Fresh Water Pearl Ring | $230.00 | |
| 1 | Ladies Garnet Ring - 14K Rose Gold | $90.00 | |
| 1 | One Pair Freeform Earrings - 14K Rose Gold | $60.00 | |
| 1 | Freeform Pendant - 14K Rose and White Gold | $47.00 | |
| 1 | Tiffany & Co. Elsa Peretti Chain - 18K Yellow Gold | $3,980.00 | |
| 1 | Tiffany & Co. Elsa Peretti Earrings - 18K | $1,900.00 | |

| Item # | Qty | Description | Value | Serial/Notes |
|---|---|---|---|---|
| | | Yellow Gold | | |
| | 1 | "Things Remembered" Silver Jewelry Box With Inscription | $50.00 | |
| 19-FBI-001020 | | Miscellaneous Firearms and Related Ammunition | $8,883.49 | SEE LIST |
| | 1 | Sig Sauer P226 Handgun in black case | $567.30 | UU767203 |
| | 1 | Kimber Raptor II Handgun in black case | $1,098.54 | K404366 |
| | 1 | Smith & Wesson .44 Revolver | $1,388.47 | A1149166 |
| | 1 | Glock 17 9mm Handgun with black case | $474.17 | XMV746 |
| | 1 | Russian made 7.72x38R Pistol | $1.00 | 189501570 |
| | 1 | Walther PPK/S Pistol in black case | $332.71 | 004578 |
| | 1 | CZ-USA CZ 75 BD 9mm Pistol in black case | $391.34 | B330274 |
| | 1 | Kimber Raptor II .45 cal Handgun in black case | $1,098.54 | K600092 |
| | 1 | ITM Arms Company AK74 Rifle | $522.90 | 0006714 |
| | 1 | Beretta A400 12 ga Shotgun in camo gun bag | $1,209.21 | XA026380 |
| | 1 | Browning Special Steel .20 ga Shotgun | $359.09 | 30289NX763 |
| | 1 | Soviet Brown And Steel Rifle With Bayonet | $1.00 | 1946 |
| | 1 | SKS 7.62x39 Russian Rifle | $338.22 | 8011 |
| | 1 | Essential Arms J-15 Rifle 223x5.56 | $750.00 | 28728 |
| | 1 | Hesse Saiga 7.62 Rifle | $350.00 | 01100235 |
| | 1 | All related ammunition and magazines | $1.00 | |
| 19-FBI-001021 | | Miscellaneous Jewelry | $13.00 | SEE LIST |
| | 1 | Cook Islands 20 Dollar 2010 Masterpiece of Art Vasnetsov 3 oz Silver. Elizabeth II | $240.00 | |
| | 1 | S T DuPont Tie Bar | $240.00 | |
| | 1 | Gents Breguet Classique 7787 18K Yellow Gold Watch | $18,000.00 | N/A |
| | 1 | Gents Rolex Cellini 'Cestello' Watch | $4,440.00 | A845597 |
| | 1 | Gents Patek Philippe Calatrava Watch | $8,400.00 | N/A |
| | 1 | Gents Multi Diamond Wedding Band 14K White Gold | $1,000.00 | |
| | 1 | Wedding Band - 14K White Gold | $250.00 | |
| | 1 | Gents Black Onyx and Multi Diamond Ring | $2,400.00 | |
| | 1 | Gents Diamond Solitaire Ring 18K Yellow Gold | $2,100.00 | |
| | 1 | 14K Rose Gold Rope Chain | $330.00 | |
| | 1 | Cartier Leather Deployant Strap Assortment | $350.00 | |
| | 1 | 14K Yellow Gold Bracelet | $1,350.00 | |
| | 1 | Ladies Multi Diamond Tennis Bracelet | $2,100.00 | |
| | 1 | Ladies Multi Diamond Vintage Finger Ring 14K Gold | $1,200.00 | |
| | 1 | Gents Rolex Oyster Perpetual Day-Date Watch | $16,000.00 | D3483481 |
| 19-FBI-001022 | | $50,000.00 U.S. Currency | $50,000.00 | |
| 19-FBI-001023 | | $40,568.73 in funds from Bank Account # ▮▮▮▮3905 in the name of Leonid Teyf at Bank of America, Raleigh, NC | $40,568.73 | ▮▮▮▮3905 |
| 19-FBI-001026 | | $28,909.09 U.S. Currency | $28,909.09 | |