THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER GRANTING MOTION TO** |
| ) | **SUPPRESS EVIDENCE AND RELEASE** |
| LEONID ISAAKOVICH TEYF, ) | **PROPERTY** |
| ) | |
| Defendant. ) | |

Upon motion of counsel for Leonid I. Teyf, it is hereby ORDERED, for good cause shown, based on the facts and reasons stated in the motion, that the Motion to Suppress Evidence and Release Property filed at Doc. No. 182 in the above captioned matter is granted.

This, the ___ day of March, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge