IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:18-CR-00452-FL-1
5:18-CR-00452-FL-2
5:18-CR-00452-FL-3
5:18-CR-00452-FL-4
5:18-CR-00452-FL-5

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **NOTICE OF APPEARANCE** |
| | ) |
| LEONID ISAAKOVICH TEYF | ) |
| TATYANA ANATOLYEVNA TEYF | ) |
| ALEXEY VLADIMIROVICH TIMOFEEV | ) |
| OLESYA YURYEVNA TIMOFEEV | ) |
| ALEXEI IZRAILEVICH POLYAKOV | ) |
| | ) |
| Defendants. | ) |

Please enter my name as an attorney of record on behalf of the Plaintiff in the above-captioned action. Copies of all correspondence and pleadings should be mailed to the undersigned at the below address.

1

Respectfully submitted this 21st day of March, 2019.

<div style="margin-left: 3em;">
ROBERT J. HIGDON, JR.  
United States Attorney

BY: /s/ Matthew L. Fesak  
    MATTHEW L. FESAK  
Assistant United States Attorney  
Attorney for Plaintiff  
Civil Division  
310 New Bern Avenue, Suite 800  
Federal Building  
Raleigh, NC 27601-1461  
Telephone: (919) 856-4530  
Facsimile: (919) 856-4821  
E-mail: matthew.fesak@usdoj.gov  
NC State Bar No. 35276
</div>

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice of Appearance was served upon counsel electronically via ECF, this 21st day of March, 2019 to:

Benjamin F. Leighton
James P. McLoughlin, Jr.
Kathryn G. Wellman
Nathan A. White
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
*Counsel for Defendant Leonid I. Teyf*

Joseph E. Zeszotarski
Gammon, Howard & Zeszotarski, PLLC
115 ½ West Morgan St.
Raleigh, NC 27601
*Counsel for Defendant Tatyana Anatolyevna Teyf*

Elliot Sol Abrams
Cheshire Parker Schneider & Bryan, PLLC
133 Fayetteville Street, Suite 500
Raleigh, NC 27602
*Counsel for Defendant Alexey Vladimirovich Timofeev and Olesya Yuryevna Timofeev*

Laura E. Beaver
The Beaver Law Firm
P.O. Box 1857
Raleigh, NC 27602
*Counsel for Defendant Olesya Yuryevna Timofeev*

James E. Hairston, Jr.
Robert Julius Lane, III
Hairston Lane Brannon, PA
434 Fayetteville Street
Raleigh, NC 27602
*Counsel for Defendant Alexei I. Polyakov*

ROBERT J. HIGDON, JR.
United States Attorney

BY:  /s/ C. MICHAEL ANDERSON
     C. MICHAEL ANDERSON
     Assistant United States Attorney
     310 New Bern Avenue, Suite 800
     Raleigh, NC 27601-1461
     Telephone: (919) 856-4530
     Facsimile: (919) 856-4821
     E-mail: michael.anderson7@usdoj.gov
     NC Bar No. 42646
     *Counsel for the United States*

4