IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:18-CR-452-FL-1

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>v. )<br>)<br>**LEONID TEYF et al.,** )<br>)<br>**Defendants.** ) | <br><br><br><br>**NOTICE OF APPEARANCE** |

The undersigned hereby provides notice of appearance pursuant to Local Criminal Rule of Practice and Procedure 44.1(b) for the United States District Court for the Eastern District of North Carolina, as a retained attorney for Defendant Leonid Teyf and requests that all parties serve copies of all notices and papers, including, but not limited to, pleadings, motions, applications, memoranda and other documents required or permitted to be served or filed in the above-captioned case, upon the following:

        Fielding E. Huseth
        Moore & Van Allen PLLC
        100 North Tryon Street, Suite 4700
        Charlotte, NC 28202-4003
        fieldinghuseth@mvalaw.com

Dated this the 22nd day of March, 2019.    Respectfully submitted,

                                                    By:    /s/ Fielding E. Huseth
                                                                Fielding E. Huseth
                                                                N.C. State Bar No. 53121
                                                                **MOORE & VAN ALLEN PLLC**
                                                                100 North Tryon Street, Suite 4700
                                                                Charlotte, NC 28202-4003
                                                                Phone: (704) 331- 1054
                                                                Facsimile: (704) 378-2054
                                                                fieldinghuseth@mvalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2019, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court through the CM/ECF system and that service will be accomplished by the CM/ECF system sending notification of such filing to the following counsel of record:

>Jason Kellhofer
>U.S. Attorney's Office
>310 New Bern Avenue
>Federal Building, Suite 800
>Raleigh, North Carolina 27601-1461
>Jason.kellhofer@usdoj.gov
>
>Barbara Kocher
>310 New Bern Avenue
>Federal Building, Suite 800
>Raleigh, North Carolina 27601-1461
>Barb.kocher@usdoj.gov
>
>*Attorneys for the United States of America*

By:   /s/ Fielding E. Huseth
      Fielding E. Huseth