UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1-FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| | ) | |
| LEONID ISAAKOVICH TEYF | ) | |

This matter comes before the Court on Defendant's Motion for Leave to file a Reply to the Government's Response in Opposition to Defendant's Motion to Suppress and Release Property, filed on 15 March 2019 at DE-182. For good cause shown, the Motion is GRANTED, and it is ordered that Defendant may file a Reply to the Government's response to his Motion to Suppress and Release Property.

SO ORDERED.

This the ____ day of April, 2019.

_____
Honorable Robert T. Numbers II
United States Magistrate Judge