FILED: April 5, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-4084
(5:18-cr-00452-FL-1)
_____

UNITED STATES OF AMERICA

 Plaintiff - Appellee

v.

LEONID ISAAKOVICH TEYF

 Defendant - Appellant

_____

O R D E R
_____

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 35. The court denies the petition for rehearing en banc.

    For the Court

    /s/ Patricia S. Connor, Clerk