IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-00452-FL-1

| | |
|---|---|
| **United States of America**, <br><br> v. <br><br> **Leonid Isaakovich Teyf,** <br><br> Defendant. | **Order** |

The court will hold a hearing on Defendant Leonid Isaakovich Tefy's Motion to Suppress Evidence and Release Property on Wednesday, April 24, 2019, at 10:00 a.m. in the Fifth Floor Courtroom of the Terry Sanford Federal Building and Courthouse at 310 New Bern Avenue, Raleigh, North Carolina.

No later than Friday, April 19, 2019, counsel for each side shall:

1. File a list of witnesses counsel expects to call at the hearing. The witness list shall specify the subject matter of each witness's testimony and provide an estimate of the length of direct examination for each witness.

2. Submit two notebooks to the court that contain the exhibits each party intends to offer at the hearing, except for exhibits used solely for impeachment purposes.

The Clerk of Court and United States Marshal shall take the necessary steps to ensure that the defendant is present at the hearing.

Dated: April 10, 2019

_Robert T. Numbers II_
_____
Robert T. Numbers, II
United States Magistrate Judge