# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
# CASE NO. 5:18-CR-452-FL-1

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | **WAIVER OF INTITAL APPEARANCE** |
| ) | **ON THIRD SUPERSEDING** |
| **LEONID TEYF et al.,** ) | **INDICTMENT** |
| ) | |
| **Defendants.** ) | |

Defendant Leonid I. Teyf, by and through undersigned counsel, waives the right to an initial appearance on the third superseding indictment filed on April 12, 2109. Undersigned counsel files this waiver of an initial appearance with the consent of defendant.

This the 18th day of April, 2019.

By: /s/ James P. McLoughlin, Jr.
James P. McLoughlin, Jr.
N.C. State Bar No. 13795
Nathan A. White
N.C. State Bar No. 48684
Benjamin F. Leighton
N.C. State Bar No. 50835
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Phone: (704) 331- 1054
Facsimile: (704) 378-2054
jimmcloughlin@mvalaw.com
nathanwhite@mvalaw.com
benleighton@mvalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

Barbara D. Kocher
U.S. Attorney's Office
310 New Bern Ave.
Suite 800
Raleigh, NC 27601
Email: barb.kocher@usdoj.gov

Jason M. Kellhofer
U.S. Attorney's Office
310 New Bern Ave.
Suite 800
Raleigh, NC 27601
Email: jason.kellhofer@usdoj.gov

By: /s/ James P. McLoughlin, Jr.
    James P. McLoughlin, Jr.
    MOORE & VAN ALLEN PLLC
    100 North Tryon Street, Suite 4700
    Charlotte, NC 28202-4003