# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
# CASE NO. 5:18-cr-452

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | NOTICE OF APPEARANCE |
| LEONID TEYF et al., | ) | |
| | ) | |
| Defendants. | ) | |

The undersigned hereby provides notice of appearance pursuant to Local Criminal Rule of Practice and Procedure 44.1(b) for the United States District Court for the Eastern District of North Carolina, as a retained attorney for Defendant Leonid Teyf and requests that all parties serve copies of all notices and papers, including, but not limited to, pleadings, motions, applications, memoranda and other documents required or permitted to be served or filed in the above-captioned case, upon the following:

> John S. Han
> Moore & Van Allen PLLC
> 100 North Tryon Street, Suite 4700
> Charlotte, NC 28202-4003
> johnhan@mvalaw.com

Respectfully submitted, this the 18th day of April, 2019.

> /s/ John S. Han
> John S. Han
> N.C. State Bar No. 54113
> **MOORE & VAN ALLEN PLLC**
> 100 North Tryon Street, Suite 4700
> Charlotte, NC 28202-4003
> Phone: (704) 331- 3643
> Facsimile: (704) 339-5910
> Email: johnhan@mvalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2019, I caused to be filed electronically with the Clerk of Court through the CM/ECF system the foregoing **NOTICE OF APPEARANCE,** and that service will be accomplished by the CM/ECF system sending notification of such filing to the following counsel of record:

>Jason Kellhofer
>U.S. Attorney's Office
>310 New Bern Avenue
>Federal Building, Suite 800
>Raleigh, North Carolina 27601-1461
>Jason.kellhofer@usdoj.gov
>
>Barbara Kocher
>310 New Bern Avenue
>Federal Building, Suite 800
>Raleigh, North Carolina 27601-1461
>Barb.kocher@usdoj.gov
>
>Attorneys for the United States of America

>/s/ John S. Han
>John S. Han