THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-FL-1

| UNITED STATES OF AMERICA, | ) | **MOTION TO DISMISS COUNTS 1-9, 11-13, 17-19, 21-24, 35-36, AND 40-41 OF THE THIRD SUPERSEDING INDICTMENT** |
|---|---|---|
| v. | ) | **FED. R. CRIM. P. 12(b)** |
| LEONID ISAAKOVICH TEYF, | ) | |
| Defendant. | ) | **(Oral Argument Requested)** |

Defendant Leonid Teyf, by and through undersigned counsel, respectfully moves this Court to dismiss Counts 1-9, 11-13, 17-19, 21-24, 35-36, and 40-41 of the third superseding indictment pursuant to Federal Rules of Criminal Procedure 12(b). The indictment fails (i) to sufficiently apprise Mr. Teyf of the charges against him in violation of his Sixth Amendment rights and (ii) to state an essential element of the offense in violation of his Fifth Amendment rights.

Mr. Teyf sets forth more fully the grounds for this motion in his memorandum of law in support of the motion to dismiss. Mr. Teyf respectfully requests an oral argument on this motion.

This 29th day of April, 2019

Respectfully Submitted,

MOORE & VAN ALLEN PLLC

By: /s/ James P. McLoughlin, Jr.
James P. McLoughlin, Jr.
N.C. State Bar No. 13795
John S. Han
N.C. State Bar No. 54113
Fielding E. Huseth
N.C. State Bar No. 53121
100 North Tryon Street, Suite 4700
Phone: (704) 331-1054
Facsimile: (704) 378-2054
Email: jimmcloughlin@mvalaw.com
johnhan@mvalaw.com
fieldinghuseth@mvalaw.com

*Attorneys for Defendant Leonid Teyf*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.  I also served a copy of the foregoing upon counsel for the United States in this action by sending a copy to each counsel by electronic communication as referenced below:

| | |
|---|---|
| Barbara D. Kocher | Jason M. Kellhofer |
| U.S. Attorney's Office | U.S. Attorney's Office |
| 310 New Bern Ave. | 310 New Bern Ave. |
| Suite 800 | Suite 800 |
| Raleigh, NC 27601 | Raleigh, NC 27601 |
| Email: barb.kocher@usdoj.gov | Email: jason.kellhofer@usdoj.gov |

Tracy L. McGurk, RMR, CRR
413 Middle St.
New Bern, NC 28560
Email:  Tracy_McGurk@nced.uscourts.gov

By:     /s/ James P. McLoughlin, Jr.
James P. McLoughlin, Jr.
N.C. State Bar No. 13795
John S. Han
N.C. State Bar No. 54113
Fielding E. Huseth
N.C. State Bar No. 53121
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Phone: (704) 331-1054
Facsimile: (704) 378-2054
Email: jimmcloughlin@mvalaw.com
johnhan@mvalaw.com
fieldinghuseth@mvalaw.com