THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **JOINT MOTION FOR STIPULATED** |
| | ) | **ORDER REGARDING RETURN OF** |
| LEONID ISAAKOVICH TEYF, | ) | **SEIZED JEWELRY** |
| | ) | |
| Defendant. | ) | |

Defendant Leonid Teyf, jointly with the United States, by and through the United States Attorney for the Eastern District of North Carolina ("EDNC") (collectively, the "Parties"), move for the entry of a Stipulated Order (attached hereto as Exhibit A).

On April 24, 2019, this Court held a hearing regarding Mr. Teyf's Motion to Suppress Evidence and Release Property [D.E. 182]. During this hearing, the EDNC agreed to return to Mr. Teyf certain items of seized jewelry.[1] These items are specified in the proposed Stipulated Order. On April 24, 2019, the Court instructed the parties to resolve the issue with seized jewelry by May 3, 2019 [D.E. 231]. The attached proposed Stipulated Order is agreed to by the Parties and resolves the issue with seized jewelry.

The Parties respectfully request that the Court grant this Joint Motion for Stipulated Order Regarding Return of Seized Jewelry.

Respectfully submitted this 3rd day of May, 2019.

[SIGNATURE BLOCK ON NEXT PAGE]

---

[1] The EDNC reserves its right to seek forfeiture of this property under any theory provided by law, including but not limited to its forfeiture as substitute property pursuant to 21 U.S.C. § 853(p). Notwithstanding the foregoing, the EDNC does not seek to restrain pretrial, and no pretrial restraint is imposed upon, Mr. Teyf's ability to sell or otherwise dispose of the property prior to adjudication of its forfeitability.

By: /s/ James P. McLoughlin, Jr.
James P. McLoughlin, Jr.
N.C. State Bar No. 13795
John S. Han
N.C. State Bar No. 54113
Nathan A. White
N.C. State Bar No. 48684
Benjamin F. Leighton
N.C. State Bar No. 50835
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Phone: (704) 331- 1054
Facsimile: (704) 378-2054
jimmcloughlin@mvalaw.com
johnhan@mvalaw.com
nathanwhite@mvalaw.com
benleighton@mvalaw.com

With concurrence of:

| | |
|---|---|
| Barbara D. Kocher | Jason M. Kellhofer |
| U.S. Attorney's Office | U.S. Attorney's Office |
| 310 New Bern Ave. | 310 New Bern Ave. |
| Suite 800 | Suite 800 |
| Raleigh, NC 27601 | Raleigh, NC 27601 |
| Email: barb.kocher@usdoj.gov | Email: jason.kellhofer@usdoj.gov |

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of May, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

Barbara D. Kocher
U.S. Attorney's Office
310 New Bern Ave.
Suite 800
Raleigh, NC 27601
Email: barb.kocher@usdoj.gov

Jason M. Kellhofer
U.S. Attorney's Office
310 New Bern Ave.
Suite 800
Raleigh, NC 27601
Email: jason.kellhofer@usdoj.gov

Matthew L. Fesak
U.S. Attorney's Office
310 New Bern Ave.
Suite 800
Raleigh, NC 27601
Email: matthew.fesak@usdoj.gov

By: /s/ James P. McLoughlin, Jr.
James P. McLoughlin, Jr.
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003