THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| LEONID ISAAKOVICH TEYF, | ) |
| | ) |
| Defendant. | ) |

**PROPOSED ORDER**

Before the Court is the Joint Motion for Stipulated Order Regarding Return of Seized Jewelry, agreed to between the U.S. Attorney's Office for the Eastern District of North Carolina ("EDNC") and Leonid Teyf (collectively, the "Parties").

Having reviewed the Joint Motion for Stipulated Order Regarding Return of Seized Jewelry, the Parties' Joint Motion is **GRANTED.**

Accordingly, IT IS HERBY ORDERED THAT:

1. The EDNC shall return the following pieces of jewelry to Mr. Teyf no later than May 24, 2019:

- 1 Gents Rolex Oyster Perpetual Date-Date Watch, valued at $16,000;

- 1 Gents Rolex Oyster Perpetual Date Submariner Watch, valued at $22,800.00;

- 1 Ladies Rolex Oyster Perpetual Date-Just Watch, valued at $13,000.00;

- 1 Gents Rolex Oyster Perpetual Date Submariner Watch, valued at $11,500.00;

- 1 Classique 8788BR Watch, valued at $19,500.00;

- 1 Romain Jerome Moon Dust-DNA Watch, valued at $10,000.00;

- 1 Romain Jerome Titanic DNA Watch, valued at $7,000.00;

- 1 Gents EDOX World Rally Cup Watch, valued at $3,400.00;

- 1 14K Rose Gold Dangle Link Chain, valued at $120.00;

- 1 14K White Gold Wedding Band, valued at $120.00;

- 1 Cook Islands 20 Dollar 2010 Masterpiece of Art Vasnetsov 3 oz Silver. Elizabeth II, valued at $240.00;

- 1 S T DuPont Tie Bar, valued at $240.00;

- 1 Gents Breguet Classique 7787 18K Yellow Gold Watch, valued at $18,000.00;

- 1 Gents Rolex Cellini 'Cestello' Watch, valued at $4,440.00;

- 1 Gents Patek Philippe Calatrava Watch, valued at $8,400.00;

- 1 Gents Multi Diamond Wedding Band 14K White Gold, valued at $1,000.00;

- 1 Wedding Band - 14K White Gold, valued at $250.00;

- 1 Gents Black Onyx and Multi Diamond Ring, valued at $2,400.00;

- 1 Gents Diamond Solitaire Ring 18K Yellow Gold, valued at $2,100.00;

- 1 14K Rose Gold Rope Chain, valued at $330.00;

- 1 Cartier Leather Deployant Strap Assortment, valued at $350.00;

- 1 14K Yellow Gold Bracelet, valued at $1,350.00;

- 1 Ladies Multi Diamond Tennis Bracelet, valued at $2,100.00;

- 1 Ladies Multi Diamond Vintage Finger Ring 14K Gold, valued at $1,200.00; and

- 1 Gents Rolex Oyster Perpetual Day-Date Watch, valued at $16,000.00.

**IT IS SO ORDERED.**

Dated: _____

ROBERT T. NUMBERS, II
The Honorable United States
Magistrate Judge