IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| LEONID ISAAKOVICH TEYF, | ) | |
| Defendant. | ) | |

Upon motion of the United States of America and for good cause shown,

IT IS HEREBY ORDERED that LEONID ISAAKOVICH TEYF, Defendant, provide all records requested in the February 22, 2019 grand jury subpoena to AUSA Barbara D. Kocher, United States Attorney's Office, 310 New Bern Avenue, Suite 800, Raleigh, North Carolina 27601 within 7 days of this Order.

Failure to comply with this Order could result in an order of contempt against defendant.

So ORDERED, this _____ day of May, 2019.

_____
LOUSIE W. FLANAGAN
United States District Judge