UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-00452-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LEONID ISAAKOVICH TEYF,<br>Defendant. | UNOPPOSED<br>MOTION TO EXTEND DEADLINE<br>FOR OBJECTIONS TO THE<br>MAGISTRATE JUDGE'S<br>MEMORANDUM<br>AND RECOMMENDATION |

Defendant, Leonid Isaakovich Teyf, by and through counsel, hereby moves the Court to extend the deadline to file objections to the Memorandum and Recommendation regarding Mr. Teyf's motion to suppress evidence and release property until May 29, 2019. In support of this motion, Mr. Teyf states the following:

1. On March 15, 2019, Mr. Teyf filed a motion to suppress evidence and release property concerning evidence seized pursuant to the execution of the Seizure Warrants and Search Warrants.

2. On April 24, 2019, a hearing occurred on the motion to suppress evidence and release property before Magistrate Judge Robert T. Numbers, II.

3. On May 8, 2019, Magistrate Judge Robert T. Numbers, II issued the Memorandum and Recommendation denying the claims in Mr. Teyf's motion, except that the parties stipulated to the return of the seized jewelry.

4. On May 21, 2019, the court reporter, Michelle A. McGirr, published the transcript of the April 24, 2019, hearing.

5. On May 21, 2019, counsel for Mr. Teyf conferred with the Government regarding seeking a one-week extension to file objections, if any, to the Memorandum and Recommendation

pursuant to 28 U.S.C. § 636(b). The objections are currently due on May 22, 2019. The one-week extension would provide until May 29, 2019.

6. The undersigned requires additional time to conduct further investigation, including by reviewing the 133-page transcript from the April 24, 2019, hearing, to determine whether the filing of any objections to the Memorandum and Recommendation is needed.

7. Assistant United States Attorney Barbara D. Kocher does not object to extending the deadline in this case.

8. This Motion is made in good faith and not for purposes of delay. Neither the Government nor the defendant would be prejudiced by the continuance sought herein.

WHEREFORE, Defendant, Leonid Isaakov Teyf, respectfully requests that the objections deadline be extended until May 29, 2019. The ends of justice served by the granting of this motion outweigh the best interests of Defendant and the public in a speedy trial, as set forth in 18 U.S.C. § 3161(h)(7)(A).

Respectfully requested this 22nd day of May, 2019.

By: /s/ Fielding E. Huseth
Fielding E. Huseth
N.C. State Bar No. 53121
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Phone: (704) 331- 1054
Facsimile: (704) 378-2054
fieldinghuseth@mvalaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of May, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I also served a copy of the foregoing upon counsel for the United States in this action by sending a copy to each counsel by electronic communication as references below:

Barbara D. Kocher
U.S. Attorney's Office
310 New Bern Ave.
Suite 800
Raleigh, NC 27601
Email: barb.kocher@usdoj.gov

Jason M. Kellhofer
U.S. Attorney's Office
310 New Bern Ave.
Suite 800
Raleigh, NC 27601
Email: jason.kellhofer@usdoj.gov

By: /s/ Fielding E. Huseth
Fielding E. Huseth
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003