UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00452-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LEONID ISAAKOVICH TEYF,<br>    Defendant. | ORDER |

This matter is before the Court on the defendant's unopposed Motion to Extend the Objections to the Memorandum and Recommendation deadline. Upon good cause shown, it is hereby ORDERED that an extension of time to file any and all objections to the Memorandum and Recommendation is GRANTED. The defendant shall be allowed through and including May 29, 2019 to file said objections.

This Court finds the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

This the 22nd day of May, 2019.

LOUISE W. FLANAGAN
United States District Judge