IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-00452-FL-1

**United States of America**,

v.

**Leonid Isakkovich Teyf**,

Defendant.

**Order**

      The court will hold a hearing to hear argument from counsel on the Government's Motion to Compel on Thursday, June 6, 2019, at 1:00 p.m. in the United States District Court in Raleigh, North Carolina. The Clerk of Court and the United States Marshall shall take the necessary steps to secure Defendant Leonid Isakkovich Teyf's appearance at the hearing.

      In the interim, the parties are ordered to meet and confer to discuss a process and timeline for reviewing and producing records responsive to the grand jury subpoena if Teyf's Fifth Amendment argument is ultimately unsuccessful. The parties should develop a joint plan to produce documents in a timely manner. If the parties are unable to agree on one plan, they should submit separate plans for the court's consideration. The plan or plans should be submitted to the court at Documents_USMJ_Numbers@nced.uscourts.gov no later than June 4, 2019.

      The court expects that by the time of the hearing the parties will be familiar enough with the contents of the documents and electronically stored information produced in this matter to discuss a realistic timeline for review and production of responsive records. This does not require the parties to be able to discuss the materials on a document-by-document basis. But they should have an idea of how the materials are organized and what the most effective method of

searching for responsive documents would be. If either party is unable to meet the court's expectations on this issue, they should be prepared to explain why they are unable to do so and what steps they have taken to attempt to comply with this portion of the court's order.

The Court notes that the Defender Services Office National Litigation Support Team can aid counsel in complex cases involving voluminous electronic discovery. Although the court has not found Tefy to be indigent, the parties may wish to contact that group to see if they can be of any assistance in developing an efficient and cost-effective plan for producing responsive documents.

If it would be helpful to the parties to discuss this matter in advance of the hearing because of its unique elements, they should notify the Clerk's office and the court will arrange a telephonic status conference.

Dated: May 24, 2019

_____
Robert T. Numbers, II
United States Magistrate Judge