THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-FL-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **MOTION TO SEAL** |
| LEONID ISAAKOVICH TEYF, | ) | |
| | ) | |
| Defendant. | ) | |

Leonid I. Teyf, by and through counsel, hereby requests the Motion to Withdraw filed at Doc. No. 274 be sealed until ordered unsealed by the Court so that information contained therein will not be made public.

**[Signatures to Follow on Next Page]**

Dated this the 28th day of May, 2019.   By:   /s/ James P. McLoughlin, Jr.
James P. McLoughlin, Jr.
N.C. State Bar No. 13795
Kathryn G. Wellman
N.C. State Bar No. 51163
Benjamin F. Leighton
N.C. State Bar No. 50835
John S. Han
N.C. State Bar No. 54113
Fielding E. Huseth
N.C. State Bar No. 53121
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Phone: (704) 331- 1054
Facsimile: (704) 378-2054
jimmcloughlin@mvalaw.com
katewellman@mvalaw.com
benleighton@mvalaw.com
johnhan@mvalaw.com
fieldinghuseth@mvalaw.com

/s/ Nathan A. White
Nathan A. White
N.C. State Bar No. 48684
Alexander Ricks PLLC
1420 E. 7th Street, Suite 100
Charlotte, NC 28204
Phone: (704) 498-6105
Facsimile: (704) 409-5695
nathan@alexanderricks.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of May, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

Barbara D. Kocher
U.S. Attorney's Office
310 New Bern Ave.
Suite 800
Raleigh, NC 27601
Email: barb.kocher@usdoj.gov

Jason M. Kellhofer
U.S. Attorney's Office
310 New Bern Ave.
Suite 800
Raleigh, NC 27601
Email: jason.kellhofer@usdoj.gov

Matthew L. Fesak
U.S. Attorney's Office
310 New Bern Ave.
Suite 800
Raleigh, NC 27601
Email: matthew.fesak@usdoj.gov

By: /s/ James P. McLoughlin, Jr.
James P. McLoughlin, Jr.
N.C. State Bar No. 13795
Kathryn G. Wellman
N.C. State Bar No. 51163
Benjamin F. Leighton
N.C. State Bar No. 50835
John S. Han
N.C. State Bar No. 54113
Fielding E. Huseth
N.C. State Bar No. 53121
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Phone: (704) 331- 1054
Facsimile: (704) 378-2054
jimmcloughlin@mvalaw.com
katewellman@mvalaw.com
benleighton@mvalaw.com
johnhan@mvalaw.com
fieldinghuseth@mvalaw.com