THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | **ORDER TO SEAL** |
| LEONID ISAAKOVICH TEYF, ) | |
| ) | |
| Defendant. ) | |

Upon motion of counsel for Leonid I. Teyf, it is hereby ORDERED, for good cause shown, based on the facts and reasons stated in the motion, that the Memorandum in Support of the Motion to Seal the Motion to Withdraw filed at Doc. No. 277 in the above captioned matter be sealed until such time as requested to be unsealed by counsel for Leonid Teyf and the Court orders it unsealed.

This, the ___ day of _____, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge