UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1FL

UNITED STATES OF AMERICA,

v.  **NOTICE OF HEARING**

LEONID TEYF,

    Defendant.

TYPE OF CASE:

    ___ Civil     _X_ Criminal     ___ 2255

TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

| DATE AND TIME: | TYPE OF PROCEEDING: |
|---|---|
| **Thursday, May 30, 2019 at 1:30 p.m.** | **Sealed Motion Hearing** |

| LOCATION OF HEARING: United States Courthouse |
|---|
| 413 Middle Street |
| New Bern, North Carolina 28560 |
| ____ 1st Floor Hearing Room    _X_ 2nd Floor Courtroom |

PETER A. MOORE, JR.
Clerk of Court

*/s/ Susan W. Tripp*
By: Susan Tripp, Deputy Clerk

5/28/2019
Date

TO:
Court Operations, Court Security Officer, U.S. Marshals Service, U.S. Probation (via electronic mail)
Counsel of Record (via CM/ECF Notice of Electronic Filing)