UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-00452-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA | **UNOPPOSED** |
| | **MOTION TO EXTEND DEADLINE** |
| v. | **FOR OBJECTIONS TO THE** |
| | **MAGISTRATE JUDGE'S** |
| LEONID ISAAKOVICH TEYF, | **MEMORANDUM** |
| Defendant. | **AND RECOMMENDATION** |

Defendant, Leonid Isaakovich Teyf, by and through counsel, hereby moves the Court to extend the deadline to file objections to the Memorandum and Recommendation regarding Mr. Teyf's motion to suppress evidence and release property until June 12, 2019. In support of this motion, Mr. Teyf states the following:

1.      On March 15, 2019, Mr. Teyf filed a motion to suppress evidence and release property concerning evidence seized pursuant to the execution of the Seizure Warrants and Search Warrants.

2.      On April 24, 2019, a hearing occurred on the motion to suppress evidence and release property before Magistrate Judge Robert T. Numbers, II.

3.      On May 8, 2019, Magistrate Judge Robert T. Numbers, II issued the Memorandum and Recommendation denying the claims in Mr. Teyf's motion, except that the parties stipulated to the return of the seized jewelry.

4.      On May 21, 2019, the court reporter, Michelle A. McGirr, published the transcript of the April 24, 2019, hearing.

5.      On May 21, 2019, counsel for Mr. Teyf conferred with the Government regarding seeking a one-week extension to file objections, if any, to the Memorandum and Recommendation

pursuant to 28 U.S.C. § 636(b). The Government had no objection. On Mr. Teyf's unopposed motion, this Court granted the one-week extension until May 29, 2019.

6.      On May 29, 2019, counsel for Mr. Teyf conferred with the Government regarding seeking a two-week extension from the May 29, 2019, deadline to file objections, if any, to the Memorandum and Recommendation pursuant to 28 U.S.C. § 636(b).

7.      The undersigned still requires additional time to conduct further investigation, including by further reviewing the 133-page transcript from the April 24, 2019 hearing, to determine whether the filing of any objections to the Memorandum and Recommendation is needed.

8.      Assistant United States Attorney Barbara D. Kocher does not object to extending the deadline in this case to June 12, 2019.

9.      This Motion is made in good faith and not for purposes of delay. Neither the Government nor the defendant would be prejudiced by the continuance sought herein.

WHEREFORE, Defendant, Leonid Isaakov Teyf, respectfully requests that the objections deadline be extended until June 12, 2019. The ends of justice served by the granting of this motion outweigh the best interests of Defendant and the public in a speedy trial, as set forth in 18 U.S.C. § 3161(h)(7)(A).

Respectfully requested this 29th day of May, 2019.

By:     /s/ Fielding E. Huseth
        Fielding E. Huseth
        N.C. State Bar No. 53121
        MOORE & VAN ALLEN PLLC
        100 North Tryon Street, Suite 4700
        Charlotte, NC 28202-4003
        Phone: (704) 331- 1054
        Facsimile: (704) 378-2054
        fieldinghuseth@mvalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of May, 2019, I electronically filed the foregoing with

the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

Barbara D. Kocher       Jason M. Kellhofer
U.S. Attorney's Office       U.S. Attorney's Office
310 New Bern Ave.       310 New Bern Ave.
Suite 800          Suite 800
Raleigh, NC 27601       Raleigh, NC 27601
Email: barb.kocher@usdoj.gov    Email: jason.kellhofer@usdoj.gov

Matthew L. Fesak
U.S. Attorney's Office
310 New Bern Ave.
Suite 800
Raleigh, NC 27601
Email: matthew.fesak@usdoj.gov

By:  /s/ Fielding E. Huseth
    Fielding E. Huseth
    MOORE & VAN ALLEN PLLC
    100 North Tryon Street, Suite 4700
    Charlotte, NC 28202-4003