UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>LEONID ISAAKOVICH TEYF )<br>) | ORDER |

This matter having come before the Court on a motion by Leonid Isaakovich Teyf to continue the Hearing on the Motion to Compel and Initial Appearance on Superseding Indictment, and for good cause shown, it is hereby Ordered that the Hearing and Initial Appearance in this matter shall be continued to a date 30 days after Mr. Teyf has retained new counsel in this matter.

The Court finds that the ends of justice are best served by this continuance.

SO ORDERED this _____ day of _____ 2019.

_____
LOUISE FLANAGAN
United States District Judge

5