UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-00452-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LEONID ISAAKOVICH TEYF,<br>    Defendant. | **UNOPPOSED MOTION TO CONTINUE** |

Counsel for defendant, Leonid Isaakovich Teyf, hereby moves the Court to continue the hearing scheduled for 1:30 pm on Thursday, May 30, 2019 [D.E. 280], regarding the Motion to Seal filed on Tuesday, May 28, 2019 [D.E. 276]. In support of this Motion to Continue, counsel for defendant states the following:

1. As of Wednesday, May 29, 2019, counsel for defendant has identified potential substitute counsel. Located in New York City, the potential substitute counsel plans to fly to North Carolina on Thursday, May 30 or Friday, May 31, 2019, to meet with defendant, depending in part on defendant's location and availability.

2. Defendant is currently in Albemarle District Jail and will need to be transported to the United States Courthouse in New Bern. The U.S. Marshals Service has confirmed that it will transport defendant to New Bern on Thursday, May 30, 2019, before the hearing. The U.S. Marshals Service will then return defendant to the Albemarle District Jail by Friday morning.

3. A continuance of the hearing scheduled for 1:30 pm on Thursday, May 30, (a) will allow potential substitute counsel to meet with defendant as soon as possible without any delay and (b) may provide the Court with important information in deciding the relevant motion.

4. This Motion is made in good faith and not for purposes of delay. Neither the Government nor the defendant would be prejudiced by the continuance sought herein.

5. Assistant United States Attorney Barbara D. Kocher, on behalf of the Government, does not object to a continuance.

WHEREFORE, counsel for defendant respectfully requests of the hearing currently scheduled for 1:30 pm on Thursday, May 30, 2019. The ends of justice served by the granting of this motion outweigh the best interests of defendant and the public in a speedy trial, as set forth in 18 U.S.C. § 3161(h)(7)(A).

Dated this the 29th day of May, 2019.   By:   /s/ James P. McLoughlin, Jr.
James P. McLoughlin, Jr.
N.C. State Bar No. 13795
Kathryn G. Wellman
N.C. State Bar No. 51163
Benjamin F. Leighton
N.C. State Bar No. 50835
John S. Han
N.C. State Bar No. 54113
Fielding E. Huseth
N.C. State Bar No. 53121
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Phone: (704) 331- 1054
Facsimile: (704) 378-2054
jimmcloughlin@mvalaw.com
katewellman@mvalaw.com
benleighton@mvalaw.com
johnhan@mvalaw.com
fieldinghuseth@mvalaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of May, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

| | |
|---|---|
| Barbara D. Kocher<br>U.S. Attorney's Office<br>310 New Bern Ave.<br>Suite 800<br>Raleigh, NC 27601<br>Email: barb.kocher@usdoj.gov | Jason M. Kellhofer<br>U.S. Attorney's Office<br>310 New Bern Ave.<br>Suite 800<br>Raleigh, NC 27601<br>Email: jason.kellhofer@usdoj.gov |

Matthew L. Fesak
U.S. Attorney's Office
310 New Bern Ave.
Suite 800
Raleigh, NC 27601
Email: matthew.fesak@usdoj.gov

Dated this the 29th day of May, 2019.    By:    /s/ James P. McLoughlin, Jr.
James P. McLoughlin, Jr.
N.C. State Bar No. 13795
Kathryn G. Wellman
N.C. State Bar No. 51163
Benjamin F. Leighton
N.C. State Bar No. 50835
John S. Han
N.C. State Bar No. 54113
Fielding E. Huseth
N.C. State Bar No. 53121
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Phone: (704) 331- 1054
Facsimile: (704) 378-2054
jimmcloughlin@mvalaw.com
katewellman@mvalaw.com
benleighton@mvalaw.com
johnhan@mvalaw.com
fieldinghuseth@mvalaw.com