UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-00452-FL-1

UNITED STATES OF AMERICA

v.                                                    ORDER

LEONID ISAAKOVICH TEYF,
          Defendant.

This matter is before the Court on the defendant's unopposed Motion to Continue the

hearing scheduled for 1:30 pm on Thursday, May 30, 2019 [D.E. 280], regarding the Motion to

Seal filed on Tuesday, May 28, 2019 [D.E. 276]. Upon good cause shown, it is hereby ORDERED

that the hearing scheduled for 1:30 pm on Thursday, May 30, 2019, shall be continued until

_____ .

This Court finds the ends of justice served by the granting of this continuance outweigh the

best interests of the public and the defendant in a speedy trial. The period of delay necessitated by

this continuance is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

This the _____ day of _____, 2019.


_____
LOUISE W. FLANAGAN
United States District Judge