UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-00452-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LEONID ISAAKOVICH TEYF,<br>Defendant. | **UNOPPOSED MOTION TO PERMIT ATTENDANCE BY TELEPHONE** |

Counsel for defendant, Leonid Isaakovich Teyf, hereby moves the Court to permit James P. McLoughlin, Jr. to attend by telephone the hearing scheduled for 1:30 pm on Thursday, May 30, 2019 [D.E. 280], regarding the Motion to Seal filed on Tuesday, May 28, 2019 [D.E. 276]. In support of this motion, counsel for defendant states the following:

1. When the hearing was scheduled on Wednesday, May 29, 2019, James P. McLoughlin, Jr. had plans to be in Toronto, Canada on Thursday, May 30, 2019. Although Mr. McLoughlin will be in Toronto, he is able to join the hearing by telephone.

2. Other counsel for the defendant, including John Han and Fielding Huseth, will attend the hearing in person.

3. This Motion is made in good faith and not for purposes of delay. Neither the Government nor the defendant would be prejudiced by the continuance sought herein.

4. Assistant United States Attorney Barbara D. Kocher, on behalf of the Government, does not object.

WHEREFORE, counsel for defendant respectfully requests that James P. McLoughlin, Jr. be permitted to attend by telephone the hearing scheduled for 1:30 pm on Thursday, May 30, 2019.

Dated this the 29th day of May, 2019.        By:     /s/ James P. McLoughlin, Jr.
                                                     James P. McLoughlin, Jr.
                                                     N.C. State Bar No. 13795
                                                     Kathryn G. Wellman
                                                     N.C. State Bar No. 51163
                                                     Benjamin F. Leighton
                                                     N.C. State Bar No. 50835
                                                     John S. Han
                                                     N.C. State Bar No. 54113
                                                     Fielding E. Huseth
                                                     N.C. State Bar No. 53121
                                                     MOORE & VAN ALLEN PLLC
                                                     100 North Tryon Street, Suite 4700
                                                     Charlotte, NC 28202-4003
                                                     Phone: (704) 331- 1054
                                                     Facsimile: (704) 378-2054
                                                     jimmcloughlin@mvalaw.com
                                                     katewellman@mvalaw.com
                                                     benleighton@mvalaw.com
                                                     johnhan@mvalaw.com
                                                     fieldinghuseth@mvalaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of May, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

Barbara D. Kocher
U.S. Attorney's Office
310 New Bern Ave.
Suite 800
Raleigh, NC 27601
Email: barb.kocher@usdoj.gov

Jason M. Kellhofer
U.S. Attorney's Office
310 New Bern Ave.
Suite 800
Raleigh, NC 27601
Email: jason.kellhofer@usdoj.gov

Matthew L. Fesak
U.S. Attorney's Office
310 New Bern Ave.
Suite 800
Raleigh, NC 27601
Email: matthew.fesak@usdoj.gov

Dated this the 29th day of May, 2019.   By:   /s/ James P. McLoughlin, Jr.
James P. McLoughlin, Jr.
N.C. State Bar No. 13795
Kathryn G. Wellman
N.C. State Bar No. 51163
Benjamin F. Leighton
N.C. State Bar No. 50835
John S. Han
N.C. State Bar No. 54113
Fielding E. Huseth
N.C. State Bar No. 53121
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Phone: (704) 331- 1054
Facsimile: (704) 378-2054
jimmcloughlin@mvalaw.com
katewellman@mvalaw.com
benleighton@mvalaw.com
johnhan@mvalaw.com
fieldinghuseth@mvalaw.com