UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-00452-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LEONID ISAAKOVICH TEYF,<br>  Defendant. | ORDER |

This matter is before the Court on the defendant's unopposed motion to permit Jim McLoughlin, counsel for defendant, to attend by telephone the hearing scheduled for 1:30 pm on Thursday, May 30, 2019 [D.E. 280], regarding the Motion to Seal filed on Tuesday, May 28, 2019 [D.E. 276]. Upon good cause shown, it is hereby ORDERED that James P. McLoughlin, Jr. be permitted to attend by telephone the hearing scheduled for 1:30 pm on Thursday, May 30, 2019.

IT IS SO ORDERED.

This the _____ day of _____, 2019.

 

_____
LOUISE W. FLANAGAN
United States District Judge