UNITED STATES OF AMERICA

    v.                                    ORDER

LEONID ISAAKOVICH TEYF,
    Defendant.

      This matter is before the Court on the defendant's unopposed motion to permit Jim McLoughlin, counsel for defendant, to attend by telephone the hearing scheduled for 1:30 pm on Thursday, May 30, 2019 [D.E. 280], regarding the Motion to Seal filed on Tuesday, May 28, 2019 [D.E. 276]. Upon good cause shown, it is hereby ORDERED that James P. McLoughlin, Jr. be permitted to attend by telephone the hearing scheduled for 1:30 pm on Thursday, May 30, 2019. Counsel for defendant shall send Mr. McLoughlin's telephone number to the Case Manager via email at susan_tripp@nced.uscourts.gov and the court will call Mr. McLoughlin to permit his attendance at hearing via telephone.

      IT IS SO ORDERED.

      This the 29th day of May, 2019.       _____

                                        LOUISE W. FLANAGAN
                                      United States District Judge