FILED: June 7, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-4084
(5:18-cr-00452-FL-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

LEONID ISAAKOVICH TEYF

      Defendant - Appellant

_____

O R D E R
_____

Upon consideration of the motion by appellate counsel James P. McLoughlin, Jr., and Kathryn G. Wellman to withdraw as counsel for appellant Leonid Teyf, the court grants the motion.

Upon consideration of the motions to seal, the court denies the motions.

      For the Court

      /s/ Patricia S. Connor, Clerk