IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00452-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **NOTICE OF APPEARANCE, REQUEST** |
| | ) | **FOR LIMITED APPEARANCE, AND** |
| v. | ) | **MOTION FOR EXTENSION OF** |
| | ) | **DEADLINES IN THE COURT'S MAY 31,** |
| LEONID ISAKKOVICH TEYF | ) | **2019 ORDER (DE 288) (WITHOUT** |
| | | **OBJECTION FROM THE GOVERNMENT)** |

NOW COMES undersigned counsel who hereby enters his notice of appearance as counsel for Defendant Leonid Isakkovich Teyf, and respectfully requests that this appearance be deemed limited for the purpose of requesting the extension and continuance set forth below:

By Order of May 31, 2019 (DE 288) (the "May 31 Order"), the Court ordered that "within 21 days, defendant shall cause new counsel to file notice of appearance." Defendant is presently detained and needs additional time to arrange new counsel in this complex multi-count, multi-defendant matter. Defendant has been making good faith efforts in connection the engagement of out-of-state counsel as well as undersigned local counsel, but has been unable to complete this process by the June 21 deadline set by the May 31 Order.

Defendant hereby moves to extend for seventeen (17) days, until July 8, 2019 (the Monday following the July 4th weekend), the deadline for causing new counsel to file their notices of appearance and to continue the stay of all the matters set forth in the May 31 Order (DE 288).

Defendant agrees to waive any objection under the Speedy Trial Act, 18 U.S.C. § 3161(h), related to the period of delay necessitated by the extension requested herein.

Counsel for the Government does not object to the requested extension.

A proposed Order is submitted with this Motion.

Respectfully submitted, this the 21st day of June, 2019.

/s/ F. Hill Allen
F. Hill Allen
THARRINGTON SMITH, L.L.P.
P.O. Box 1151
Raleigh, NC 27602
Phone: (919) 821-4711
Fax: (919) 829-1583
hallen@tharringtonsmith.com
N.C. State Bar No. 18884
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of June, 2019, I electronically filed the foregoing **NOTICE OF APPEARANCE, REQUEST FOR LIMITED APPEARANCE, AND MOTION FOR EXTENSION OF DEADLINES IN THE COURT'S MAY 31, 2019 ORDER (DE 288) (WITHOUT OBJECTION FROM THE GOVERNMENT)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ F. Hill Allen
F. Hill Allen
THARRINGTON SMITH, L.L.P.
P.O. Box 1151
Raleigh, NC 27602
Phone: (919) 821-4711
Fax: (919) 829-1583
hallen@tharringtonsmith.com
N.C. State Bar No. 18884
*Counsel for Defendant*

3