IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00452-FL-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **NOTICE OF APPEARANCE (AND** |
| | ) | **REQUEST FOR LIMITED APPEARANCE)** |
| LEONID ISAKKOVICH TEYF | ) | |

NOW COMES undersigned counsel who hereby enters his notice of appearance as counsel for Defendant Leonid Isakkovich Teyf. Undersigned counsel respectfully requests that this appearance be deemed limited for the purpose of requesting an extension and continuance of the deadlines set forth in the Court's Order of May 31, 2019 (DE 288) (the "May 31 Order"). A motion for extension and proposed Order will be filed separately.

Respectfully submitted, this the 21st day of June, 2019.

/s/ F. Hill Allen
F. Hill Allen
THARRINGTON SMITH, L.L.P.
P.O. Box 1151
Raleigh, NC 27602
Phone: (919) 821-4711
Fax: (919) 829-1583
hallen@tharringtonsmith.com
N.C. State Bar No. 18884
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 21st day of June, 2019, I electronically filed the foregoing **NOTICE OF APPEARANCE (AND REQUEST FOR LIMITED APPEARANCE)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

            /s/ F. Hill Allen
            F. Hill Allen
            THARRINGTON SMITH, L.L.P.
            P.O. Box 1151
            Raleigh, NC 27602
            Phone: (919) 821-4711
            Fax: (919) 829-1583
            hallen@tharringtonsmith.com
            N.C. State Bar No. 18884
            *Counsel for Defendant*