IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00452-FL-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LEONID ISAKKOVICH TEYF | ) | |

This matter is before the Court on the defendant's motion (DE 292) for an extension of the time to cause new counsel to file notice of appearance and to continue the deadlines set forth in the Court's Order of May 31, 2019 (DE 288).

For good cause shown, the request is granted, and it is hereby

ORDERED that the time within which the defendant shall cause new counsel to file notice of appearance is extended until July 8, 2019, and the stay of all the matters set forth in the May 31 Order (DE 288) is continued until further order of the Court.

The Court finds the ends of justice served by the granting of these continuances outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by these continuances is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

This the 21st day of June, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge