IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00452-FL-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| LEONID ISAKKOVICH TEYF | ) | |

NOW COMES undersigned counsel and informs the Court and the Government that he has been retained to represent the Defendant and hereby enters his appearance in this matter.

This the 8th day of July, 2019.

/s/ F. Hill Allen
F. Hill Allen
THARRINGTON SMITH, L.L.P.
P.O. Box 1151
Raleigh, NC 27602
Phone: (919) 821-4711
Fax: (919) 829-1583
hallen@tharringtonsmith.com
N.C. State Bar No. 18884
*Counsel for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record, as follows:

Barbara Kocher  
Assistant United States Attorney  
Barb.Kocher@usdoj.gov

Jason Kellhofer  
Assistant United States Attorney  
Jason.Kellhofer@usdoj.gov

This the 8th day of July, 2019.

/s/ F. Hill Allen  
F. Hill Allen  
THARRINGTON SMITH, L.L.P.  
P.O. Box 1151  
Raleigh, NC 27602  
Phone: (919) 821-4711  
Fax: (919) 829-1583  
hallen@tharringtonsmith.com  
N.C. State Bar No. 18884  
*Counsel for Defendant*