IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00452-FL-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **NOTICE OF SPECIAL APPEARANCE** |
| | ) | **BY ROBERT S. WOLF** |
| LEONID ISAKKOVICH TEYF | ) | |

Pursuant to Local Criminal Rule 57.1(e), Robert S. Wolf, an attorney with the law firm of Moses & Singer LLP in New York, hereby gives notice of his special appearance in this matter as counsel for Defendant Leonid Isakkovich Teyf, in association with F. Hill Allen of Tharrington Smith, LLP, a member of the bar of the Court.

Mr. Wolf is a member in good standing of the bar of the highest court of New York, the United States Supreme Court, the United States District Courts for the Southern, Eastern, and Northern Districts of New York, and the United States Court of Appeals for the Second and Third Circuits.

Mr. Wolf requests notice of all pleadings, notices and calendars affecting this action.

This the 8th day of July, 2019.

/s/ Robert S. Wolf
Robert S. Wolf
MOSES & SINGER LLP
The Chrysler Building
405 Lexington Ave., 12th Floor
New York, NY 10174-1299
Phone: (212) 554-7825
Fax: (212) 554-7700
rwolf@mosessinger.com

/s/ F. Hill Allen
F. Hill Allen
THARRINGTON SMITH, L.L.P.
P.O. Box 1151
Raleigh, NC 27602
Phone: (919) 821-4711
Fax: (919) 829-1583
hallen@tharringtonsmith.com
N.C. State Bar No. 18884
*Counsel for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of July, 2019, I electronically filed the foregoing **NOTICE OF SPECIAL APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Robert S. Wolf
Robert S. Wolf
MOSES & SINGER LLP
The Chrysler Building
405 Lexington Ave., 12th Floor
New York, NY 10174-1299
Phone: (212) 554-7825
Fax: (212) 554-7700
*Counsel for Defendant*

R1948112