UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
___WESTERN___ DIVISION
NO. __5:18-CR-00452-FL-1__

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.  ) | WAIVER OF INITIAL APPEARANCE |
| ) | ON A SUPERSEDING INDICTMENT |
| ) | |
| LEONID ISAAKOVICH TEYF ) | |

Defendant **Leonid I. Teyf**, by and through undersigned counsel, waives the right to an initial appearance on the superseding indictment filed on **05/09/19**. Undersigned counsel files this waiver of an initial appearance with the consent of defendant.

Additional comments: _____

_____

_____

Date: **August 14, 2019**

Signature: **F. Hill Allen**
Counsel for Defendant
F. Hill Allen
THARRINGTON SMITH, L.L.P.
P.O. Box 1151
Raleigh, NC 27602
Phone: (919) 821-4711
Fax: (919) 829-1583
hallen@tharringtonsmith.com
N.C. State Bar No. 18884
Counsel for Defendant

Reset Form

Finalize Form

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **WAIVER OF INITIAL APPEARANCE ON A SUPERSEDING INDICTMENT** was filed with the Clerk of Court using the CM/ECF system, which will send notice of such filing as follows:

> Barbara Kocher, Esq.
> Assistant United States Attorney
> Barb.Kocher@usdoj.gov
>
> Jason Kellhofer, Esq.
> Assistant United States Attorney
> Jason.Kellhofer@usdoj.gov

This 14th day of August, 2019.

> /s/ F. Hill Allen
> F. Hill Allen
> THARRINGTON SMITH, L.L.P.
> P.O. Box 1151
> Raleigh, NC 27602
> Phone: (919) 821-4711
> Fax: (919) 829-1583
> hallen@tharringtonsmith.com
> N.C. State Bar No. 18884
> *Appointed Counsel for Defendant*