IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00452-FL-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **CONSENT MOTION TO CONTINUE HEARING ON MOTION TO COMPEL** |
| | ) | |
| LEONID ISAAKOVICH TEYF | ) | |

     Defendant Leonid Teyf hereby moves to continue the August 22, 2019 hearing on the Government's Motion to Compel for one day, until August 23, 2019. This hearing was set pursuant to the Court's Order of August 12, 2019 (DE 306). In support of this motion, counsel shows the following:

     1.     As indicated during the Administrative Telephone Conference with the Court on Friday, August 9, 2019, counsel for Mr. Teyf, Robert Wolf, has a conflict on August 22 due to a matter already set that day in Albany, New York. *See* DE 304 (matter to be scheduled tentatively for either August 19, 2019 or August 23, 2019).

     2.     Counsel for the government consents to the requested extension.

     3.     The short period of delay caused by this continuance will not prejudice the government or cause unnecessary delay in this matter.

     4.     Defendant agrees to waive any objection under the Speedy Trial Act, 18 U.S.C. § 3161(h), related to the period of delay necessitated by the continuance requested herein.

     5.     A proposed Order is submitted with this Motion.

Respectfully submitted, this the 14th day of August, 2019.

/s/ F. Hill Allen
F. Hill Allen
THARRINGTON SMITH, L.L.P.
P.O. Box 1151
Raleigh, NC 27602
Phone: (919) 821-4711
Fax: (919) 829-1583
hallen@tharringtonsmith.com
N.C. State Bar No. 18884
*Counsel for Defendant*


/s/ Robert S. Wolf
Robert S. Wolf
MOSES & SINGER LLP
The Chrysler Building
405 Lexington Ave., 12th Floor
New York, NY 10174-1299
Phone: (212) 554-7825
Fax: (212) 554-7700
rwolf@mosessinger.com
*Counsel for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of August, 2019, I electronically filed the foregoing **CONSENT MOTION TO CONTINUE HEARING ON MOTION TO COMPEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

        s/ F. Hill Allen
        F. Hill Allen
        THARRINGTON SMITH, L.L.P.
        P.O. Box 1151
        Raleigh, NC 27602
        Phone: (919) 821-4711
        Fax: (919) 829-1583
        hallen@tharringtonsmith.com
        N.C. State Bar No. 18884
        *Counsel for Defendant*