IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00452-FL-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **[Proposed] ORDER** |
| | ) | |
| LEONID ISAKKOVICH TEYF | ) | |

This matter is before the Court on the defendant's motion (DE 310) for a continuance of the hearing on the Government's Motion to Compel, as set forth in the Court's Order of August 12, 2019 (DE 306) from August 22, 2019, for one day.

For good cause shown, and with the consent of the Government, the Motion is granted, and it is hereby

ORDERED that the hearing on the Government's Motion to Compel is set for August 23, 2019 at _____.

The Court finds the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

This the _____ day of August, 2019.

```
_____
ROBERT T. NUMBERS, II
UNITED STATES MAGISTRATE JUDGE
```