IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-00452-FL-1

**United States of America**,

v.

**Leonid Isakkovich Teyf**,

Defendant.

**Order**

After conferring with the parties during the August 23, 2019 hearing on the Government's motion to compel, the court orders as follows:

1. The Government shall complete production of the outstanding digital evidence to Teyf's counsel no later than August 30, 2019.

2. No later than September 30, 2019, Teyf's counsel shall review the digital evidence and have sufficient consultation with their client to determine:

   a. Whether he will persist in his argument that complying with the February 22, 2019 grand jury subpoena would violate his rights under the Fifth or Sixth Amendments to the Constitution; and

   b. A timeline for production of documents responsive to the subpoena if the court grants the Government's motion to compel.

3. Teyf's counsel shall file brief a notice with the court regarding his position on these issues no later than September 30, 2019.

Dated: August 23, 2019

Robert T. Numbers, II
United States Magistrate Judge