IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00452-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **UNOPPOSED MOTION TO EXTEND** |
| v. | ) | **DEADLINE FOR OBJECTIONS TO THE** |
| | ) | **MAGISTRATE JUDGE'S MEMORANDUM** |
| LEONID ISAAKOVICH TEYF | ) | **AND RECOMMENDATION** |

Defendant, Leonid Isaakovich Teyf, by and through counsel, hereby moves the Court to extend the deadline to file objections to the Memorandum and Recommendation (DE 247) regarding Mr. Teyf's motion to suppress evidence and release property for one week, until September 6, 2019. In support of this motion, Mr. Teyf states the following:

1. On March 15, 2019, Mr. Teyf filed a motion to suppress evidence and release property concerning evidence seized pursuant to the execution of the Seizure Warrants and Search Warrants.

2. On May 8, 2019, Magistrate Judge Robert T. Numbers, II issued a Memorandum and Recommendation ("M&R") (DE 247) denying the claims in Mr. Teyf's motion, except that the parties stipulated to the return of seized jewelry.

3. On August 9, 2019, during an administrative status conference with the parties, the Court reset Mr. Teyf's deadline for filing any objections to the M&R to August 30, 2019.

4. On August 29, 12019, counsel for Mr. Teyf conferred with counsel for the Government regarding a one-week extension to file objections to the M&R. A one-week

extension would include the Labor Day holiday weekend and provide until Friday, September 6, 2019.

5. The undersigned needs additional time to conduct further review and investigation to consider and prepare any objections to the M&R.

6. Assistant United States Attorney Barbara D. Kocher does not object to the requested one-week extension.

7. This Motion is made in good faith and not for purposes of delay. Neither the Government nor the defendant would be prejudiced by the continuance sought herein.

8. Mr. Teyf consents to the exclusion of any period of delay caused by this motion from the calculations under the Speedy Trial Act.

WHEREFORE, Defendant Leonid Isaakov Teyf, respectfully requests that his deadline for filing objections to the M&R be extended until September 6, 2019.

Respectfully submitted, this the 29th day of August, 2019.

/s/ F. Hill Allen
F. Hill Allen
THARRINGTON SMITH, L.L.P.
P.O. Box 1151
Raleigh, NC 27602
Phone: (919) 821-4711
Fax: (919) 829-1583
hallen@tharringtonsmith.com
N.C. State Bar No. 18884
*Counsel for Defendant*

# CERTIFICATE OF SERVICE

      I hereby certify that on this 29th day of August, 2019, I electronically filed the foregoing **UNOPPOSED MOTION TO EXTEND DEADLINE FOR OBJECTIONS TO THE MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION** and **PROPOSED ORDER** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

| | |
|---|---|
| Barbara D. Kocher<br>U.S. Attorney's Office<br>150 Fayetteville Street, Suite 2100<br>Raleigh, NC 27601<br>barb.kocher@usdoj.gov | Jason M. Kellhofer<br>U.S. Attorney's Office<br>150 Fayetteville Street, Suite 2100<br>Raleigh, NC 27601<br>jason.kellhofer@usdoj.gov |

                                    /s/ F. Hill Allen
                                    F. Hill Allen
                                    THARRINGTON SMITH, L.L.P.
                                    P.O. Box 1151
                                    Raleigh, NC 27602
                                    Phone: (919) 821-4711
                                    Fax: (919) 829-1583
                                    hallen@tharringtonsmith.com
                                    N.C. State Bar No. 18884
                                    *Counsel for Defendant*

3

Case 5:18-cr-00452-FL   Document 325   Filed 08/29/19   Page 3 of 3