| Event | Proposed | Weeks to Trial |
|---|---|---|
| U.S. Expert Notice and Initial Reports | 18-NOV-2019 | 13 |
| US Proposed designated Audio and Transcripts | 25-NOV-2019 | 12 |
| Defense Objection/Consent to US transcripts | 13- JAN-2020 | 5 |
| Pre-trial Motions | 13- JAN-2020 | 5 |
| Defense Expert Notice and Reports | 13- JAN-2020 | 5 |
| Defense Designation of Audio and Proposed Transcripts for defense designations | 13- JAN-2020 | 5 |
| Reciprocal Discovery by Defendants | 13- JAN-2020 | 5 |
| Arraignment | 20- JAN-2020 | 4 |
| US Objection/Consent to Defense-designated transcripts | 27- JAN-2020 | 3 |
| Responses to Pre-Trial Motions | 27- JAN-2020 | 3 |
| Proposed Voir Dire and Jury Instructions | 3-FEB-2020 | 2 |
| Pre-trial Conference | TBD | |
| Trial | 18-FEB-2020 | |