THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH
CAROLINA WESTERN DIVISION
NO. 5:18-CR-452-FL(1)
NO. 5:18-CR-452-FL(2)
NO. 5:18-CR-452-FL(3)
NO. 5:18-CR-452-FL(4)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LEONID ISAAKOVICH TEYF, and | ) | ORDER |
| TATYANA ANATOLYEVNA TEYF, | ) | |
| ALEXEY VLADIMIROVICH | ) | |
| TIMOFEEV, OLESYA YURYEVNA | ) | |
| TIMOFEEV | ) | |
| | ) | |
| Defendants. | ) | |

This comes before the Court on a joint motion by the government and defendants Leonid Teyf and Tatyana Teyf, with the consent of the remaining defendants, to amend the Scheduling Order and set deadlines and a trial in accordance with the attached, jointly proposed schedule, addressing various deadlines which would assist in a timely and efficient trial proceeding.

For good cause shown, the joint motion is granted, and it is hereby

ORDERED that the Scheduling Order and trial date in this case shall be amended in accordance with the attached jointly proposed schedule.

With consent of the defendants, this Court has determined that the ends of justice served by the granting of this motion outweigh the best interests of the

public and the defendant in a speedy trial. As such, the delay occasioned by the resulting continuance shall be excluded in computing the defendant's speedy trial time. See 18 U.S.C. § 3161(h)(7)(A).

So ordered, this ___ day of September, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge

| Event | Proposed | Weeks to Trial |
|---|---|---|
| U.S. Expert Notice and Initial Reports | 18-NOV-2019 | 13 |
| US Proposed designated Audio and Transcripts | 25-NOV-2019 | 12 |
| Defense Objection/Consent to US transcripts | 13- JAN-2020 | 5 |
| Pre-trial Motions | 13- JAN-2020 | 5 |
| Defense Expert Notice and Reports | 13- JAN-2020 | 5 |
| Defense Designation of Audio and Proposed Transcripts for defense designations | 13- JAN-2020 | 5 |
| Reciprocal Discovery by Defendants | 13- JAN-2020 | 5 |
| Arraignment | 20- JAN-2020 | 4 |
| US Objection/Consent to Defense-designated transcripts | 27- JAN-2020 | 3 |
| Responses to Pre-Trial Motions | 27- JAN-2020 | 3 |
| Proposed Voir Dire and Jury Instructions | 3-FEB-2020 | 2 |
| Pre-trial Conference | TBD | |
| Trial | 18-FEB-2020 | |