THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH
CAROLINA WESTERN DIVISION
NO. 5:18-CR-452-FL(1)
NO. 5:18-CR-452-FL(2)
NO. 5:18-CR-452-FL(3)
NO. 5:18-CR-452-FL(4)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEONID ISAAKOVICH TEYF, and )<br>TATYANA ANATOLYEVNA TEYF, )<br>ALEXEY VLADIMIROVICH )<br>TIMOFEEV, OLESYA YURYEVNA )<br>TIMOFEEV )<br>)<br>Defendants. ) | JOINT MOTION TO CONTINUE<br>ARRAIGNMENT AND AMEND<br>SCHEDULDING ORDER |

Defendants Leonid Teyf and Tatyana Teyf ("Defendants"), jointly with the United States, by and through the United States Attorney for the Eastern District of North Carolina, move the Court for an order continuing arraignment, extending the filing deadline for pre-trial motions, and scheduling the trial date for February 18, 2020, and various deadlines leading up to that trial date, all of which will assist in a timely and efficient trial proceeding. In support of this motion, the parties show the following.

1. Defendants have been charged in a fifty-count Fourth Superseding Indictment filed on May 9, 2019. Discovery is voluminous, and includes recordings in a foreign language, transcript preparations of those recordings, numerous digital media such as phones and computers, and hundreds of

thousands of pages of records, and will require ongoing analysis of substantial financial records.

2. The parties propose to the Court a specific pre-trial schedule, attached as Exhibit 1 hereto, addressing various deadlines which would assist in a timely and efficient trial proceeding. Such deadlines would include those for final transcript preparations, designations of various portions of transcripts and recordings as trial exhibits, and for response and objections to such designations, deadlines for naming experts, as well as for pre-trial motions.

3. An extension of the scheduling deadlines is necessary for the effective assistance of counsel in the analysis of the case and adequate preparation of the matter for trial.

4. Counsel for the remaining defendants, Alexey and Olesya Timofeev, consent to the proposed schedule as applicable to their cases as well.

5. Defendants agree to waive any objections under the Speedy Trial Act. 18 U.S.C. § 3161(h) in relation to this proposed schedule.

A proposed Order is submitted with this joint motion.

Respectfully submitted, this 9th day of September, 2019.

| | |
|---|---|
| GAMMON, HOWARD & ZESZOTARSKI, PLLC | ROBERT J. HIGDON, JR. United States Attorney |
| /s/ Joseph E. Zeszotarski, Jr. JOSEPH E. ZESZOTARSKI, JR. State Bar No. 21310 115 ½ West Morgan Street Raleigh, NC 27601 Telephone: (919) 521-5878 | /s/ Barbara D. Kocher JASON M. BELLHOFER BARBARA D. KOCHER Assistant U.S. Attorney 150 Fayetteville St., Suite 2100 |

Fax:  (919) 882-1898
Email: jzeszotarski@ghz-law.com
*Counsel for Defendant*
*Tatyana Anatolyevna Teyf*

THARRINGTON SMITH, L.L.P.

/s/  F. Hill Allen
F. HILL ALLEN
NC State Bar No. 18884
150 Fayetteville Street, Suite 1800
Raleigh, North Carolina 27601
Telephone:  (919) 821-4711
Fax:  (919) 829-1583
Email: hallen@tharringtonsmith.com


MOSES & SINGER, L.L.P.

/s/  Robert S. Wolf
ROBERT S. WOLF
The Chrysler Building
405 Lexington Ave., 12th Floor
New York, NY 10174-1299
Telephone:  (212) 554-7825
Fax:  (212) 554-7700
Email: rwolf@mosessinger.com

*Counsel for Defendant*
*Leonid Isaakovich Teyf*

Raleigh, NC 27601
Telephone: 919-856-4530
Fax: 919-856-4487
Email: jason.kellhofer@usdoj.gov
OH Bar: 0074736
Email:barb.kocher@usdoj.gov
NC Bar: 16360

# CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September, 2019, I electronically filed the foregoing **JOINT MOTION TO CONTINUE ARRAIGNMENT AND AMEND SCHEDULING ORDER** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Barbara D. Kocher | Jason M. Kellhofer |
| U.S. Attorney's Office | U.S. Attorney's Office |
| 150 Fayetteville Street, Suite 2100 | 150 Fayetteville Street, Suite 2100 |
| Raleigh, NC 27601 | Raleigh, NC 27601 |
| barb.kocher@usdoj.gov | jason.kellhofer@usdoj.gov |

/s/ F. Hill Allen
F. Hill Allen
THARRINGTON SMITH, L.L.P.
P.O. Box 1151
Raleigh, NC 27602
Phone: (919) 821-4711
Fax: (919) 829-1583
hallen@tharringtonsmith.com
N.C. State Bar No. 18884
*Counsel for Defendant*
*Leonid Isaakovich Teyf*

1988421