THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH
CAROLINA WESTERN DIVISION
NO. 5:18-CR-452-FL(1)
NO. 5:18-CR-452-FL(2)
NO. 5:18-CR-452-FL(3)
NO. 5:18-CR-452-FL(4)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LEONID ISAAKOVICH TEYF, and ) | ORDER |
| TATYANA ANATOLYEVNA TEYF, ) | |
| ALEXEY VLADIMIROVICH ) | |
| TIMOFEEV, OLESYA YURYEVNA ) | |
| TIMOFEEV ) | |
| ) | |
| Defendants. ) | |

This comes before the Court on a joint motion by the government and defendants Leonid Teyf and Tatyana Teyf, with the consent of the remaining defendants, to amend the Scheduling Order and set deadlines and a trial in accordance with the attached, jointly proposed schedule, addressing various deadlines which would assist in a timely and efficient trial proceeding.

For good cause shown, the joint motion is granted, and it is hereby

ORDERED that the Scheduling Order and trial date in this case shall be amended in accordance with the attached jointly proposed schedule.

With consent of the defendants, this Court has determined that the ends of justice served by the granting of this motion outweigh the best interests of the

public and the defendant in a speedy trial. As such, the delay occasioned by the resulting continuance shall be excluded in computing the defendant's speedy trial time. See 18 U.S.C. § 3161(h)(7)(A).

So ordered, this 10th day of September, 2019.

LOUISE W. FLANAGAN
United States District Judge

| Event | Proposed | Weeks to Trial |
|---|---|---|
| U.S. Expert Notice and Initial Reports | 18-NOV-2019 | 13 |
| US Proposed designated Audio and Transcripts | 25-NOV-2019 | 12 |
| Defense Objection/Consent to US transcripts | 13- JAN-2020 | 5 |
| Pre-trial Motions | 13- JAN-2020 | 5 |
| Defense Expert Notice and Reports | 13- JAN-2020 | 5 |
| Defense Designation of Audio and Proposed Transcripts for defense designations | 13- JAN-2020 | 5 |
| Reciprocal Discovery by Defendants | 13- JAN-2020 | 5 |
| Arraignment | 14- JAN-2020 | 4 |
| US Objection/Consent to Defense-designated transcripts | 27- JAN-2020 | 3 |
| Responses to Pre-Trial Motions | 27- JAN-2020 | 3 |
| Proposed Voir Dire and Jury Instructions | 3-FEB-2020 | 2 |
| Pre-trial Conference | 10-FEB-2020 | |
| Trial* | 16 - MAR -2020 | |

\* The parties' jointly proposed trial start date of February 18, 2020, cannot be accommodated due to prior criminal trial settings. Accordingly, in this limited part the instant motion is DENIED. As noted, the court sets this case for trial March 16, 2020, to commence at 9:00 a.m., and ADOPTS as its own all other dates proposed for the parties' pretrial tasks. The fact that the court pushed out the trial four weeks beyond the date proposed shall not be used as an excuse for failure to adhere to this schedule now ordered.

Also, the parties' attention is referred to the fact the court has set above a date certain for pre-trial conference, Fed.R.Crim.Pro. 17.1, which conference shall commence at 10:00 a.m. Seven days prior, by February 3, 2020, any party may file suggested conference agenda items.

To aid the court in its calendaring processes, the parties shall confer and make a joint report to this court November 18, 2019, as to estimated length of trial.