UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-FL

UNITED STATES OF AMERICA,

v.

**NOTICE OF HEARING**

LEONID ISAAKOVICH TEYF,
TATYANA ANATOLYEVNA TEYF,
ALEXEY VLADIMIROVICH TIMOFEEV, and
OLESYA YURYEVNA TIMOFEEVA,

    Defendants.

TYPE OF CASE:

    ___ Civil    __X__ Criminal    ___ 2255

TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

| DATE AND TIME: | TYPE OF PROCEEDING: |
|---|---|
| **Monday, February 10, 2020 at 10:00 a.m.** | **Rule 17.1 Pretrial Conference** |

| LOCATION OF HEARING: United States Courthouse |
|---|
| 413 Middle Street |
| New Bern, North Carolina 28560 |
| ____ 1st Floor Hearing Room    __X__ 2nd Floor Courtroom |

PETER A. MOORE, JR.
Clerk of Court

*/s/ Susan W. Tripp*

9/10/2019
Date

By: Susan W. Tripp, Deputy Clerk

TO:
Court Security Officers and Court Services (via electronic mail)
U.S. Marshals Service and U.S. Probation (via electronic mail)
Counsel of Record (via CM/ECF Notice of Electronic Filing)