===============================================================================
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-FL
===============================================================================

UNITED STATES OF AMERICA,

v.　　　　　　　　　　　　　　　　　　**NOTICE OF HEARING**

LEONID ISAAKOVICH TEYF,
TATYANA ANATOLYEVNA TEYF,
ALEXEY VLADIMIROVICH TIMOFEEV, and
OLESYA YURYEVNA TIMOFEEVA,

　　　Defendants.

---

TYPE OF CASE:

　　　　　　　　　___ Civil　　__X__ Criminal　　___ 2255

---

TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

| DATE AND TIME: | TYPE OF PROCEEDING: |
|---|---|
| **Monday, March 16, 2020 at 9:30 a.m.*** | **Jury Selection and commencement of Jury Trial** |
| ***Counsel to be present at 9:00 a.m. for administrative conference with the court** | |

| LOCATION OF HEARING: | United States Courthouse<br>413 Middle Street<br>New Bern, North Carolina 28560<br><br>____ 1st Floor Hearing Room　__X__ 2nd Floor Courtroom |
|---|---|

　　　　　　　　　　　　　　　　　　　　　PETER A. MOORE, JR.
　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　*/s/ Susan W. Tripp*

9/10/2019
Date　　　　　　　　　　　　　　　　　　By: Susan W. Tripp, Deputy Clerk

TO:
Court Security Officers and Court Services (via electronic mail)
U.S. Marshals Service and U.S. Probation (via electronic mail)
Counsel of Record (via CM/ECF Notice of Electronic Filing)