IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00452-FL-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LEONID ISAAKOVICH TEYF | ) | |

This matter is before the Court on the defendant's unopposed motion to extend the deadlines set forth in the Court's 23 August 2019 Order. For good cause shown, it is hereby ORDERED that the motion is GRANTED. The defendant shall be allowed through and including October 30, 2019 to comply with the Court's 23 August 2019 Order.

This Court finds the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: September 30, 2019

_____
Robert T. Numbers, II
United States Magistrate Judge