**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF<br>USA | COURT CASE NUMBER<br>5:18-CR-452-FL-1 |
|---|---|
| DEFENDANT<br>Leonid Isakkovich Teyf | TYPE OF PROCESS<br>Order granting release of seized assets |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
15 items of jewelry listed more specifically in DE # 246 in the custody of the U.S. Marshals Service
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
CATS No. 19-FBI-001021

RECEIVED MAY 09 2019 U.S. Marshals Service, EDNC

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

MATTHEW L. FESAK
U. S. Attorney's Office
310 New Bern Avenue, Federal Building, Suite 800
Raleigh, NC 27601-1461

Number of process to be served with this Form 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

USAO: 2018V01183
Contact Leonid Isakkovich Teyf's counsel James P. McLoughlin, Jr. of Moore & Van Allen, PLLC at
100 North Tyron Street, Suite 4700, Charlotte NC 28202, Phone: (704) 331-1054, Email: jimmcloughlin@mvalaw.com
/s/ MATTHEW L. FESAK, AUSA/lg

Signature of Attorney other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 919-856-4530
DATE: 5/9/19

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin No. 56 | District to Serve No. 56 | Signature of Authorized USMS Deputy or Clerk | Date<br>5/9/19 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 7/30/19
Time: ☐ am ☐ pm
Signature of U.S. Marshal or Deputy, DUSM

| Service Fee<br>65.00 | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges<br>65.00 | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund*)<br>65.00  $0.00 |

REMARKS: returned to attorney Hill Allen.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FILED NOV 08 2019
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY: DEP CLK

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80