UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-00452-FL-1
No. 5:18-CR-00452-FL-2
No. 5:18-CR-00452-FL-3
No. 5:18-CR-00452-FL-4

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LEONID ISAAKOVICH TEYF,<br>TATYANA ANATOLYEVNA TEYF,<br>ALEXEY VLADIMIROVICH TIMOFEEV,<br>OLESYA YURYEVNA TIMOFEEV | JOINT REPORT AS TO ESTIMATED<br>LENGTH OF TRIAL |

Pursuant to the Court's order of September 10, 2019 [DE 334] and of the Court's Notice issued on November 19, 2019, the UNITED STATES OF AMERICA, LEONID ISAAKOVICH TEYF, TATYANA ANATOLYEVNA TEYF, ALEXEY VLADIMIROVICH TIMOFEEV, and OLESYA YURYEVNA TIMOFEEV ("the parties") jointly estimate that the trial of this matter will be 15 days.

Respectfully submitted, this the 21st day of November, 2019.

| | |
|---|---|
| Barbara D. Kocher<br>Assistant United States Attorney<br>150 Fayetteville St., Suite 2100<br>Raleigh, NC  27601<br>(919) 856-4530<br>barb.kocher@usdoj.gov<br>N.C. State Bar # 16360 | Jason M. Kellhofer<br>Assistant United States Attorney<br>150 Fayetteville St., Suite 2100<br>Raleigh, NC  27601<br>(919) 856-4530<br>jason.kellhofer@usdoj.gov<br>OH State Bar # 0074736 |
| Robert S. Wolf<br>For Leonid Teyf<br>N.Y. Bar No. 1874247<br>MOSES & SINGER LLP<br>The Chrysler Building<br>405 Lexington Ave., 12th Floor<br>New York, NY 10174-1299<br>Phone: (212) 554-7825<br>Fax: (212) 554-7700<br>rwolf@mosessinger.com | F. Hill Allen<br>For Leonid Teyf<br>N.C. State Bar No. 18884<br>THARRINGTON SMITH, L.L.P.<br>P.O. Box 1151<br>Raleigh, NC 27602<br>Phone: (919) 821-4711<br>Fax: (919) 829-1583<br>hallen@tharringtonsmith.com |
| Elliot S. Abrams<br>CHESHIRE PARKER SCHNEIDER, PLLC<br>N.C. State Bar # 42639<br>P. O. Box 1029<br>Raleigh, NC 27602<br>(919) 833-3114 (TEL)<br>(919) 832-0739 (FAX)<br>elliot.abrams@cheshirepark.com<br>CJA Counsel for Alexey Timofeev | Laura E. Beaver<br>Attorney for Defendant Olesya Timofeeva-<br>CJA Appointed<br>P.O. Box 1857<br>Raleigh, North Carolina 27602<br>Telephone: 919-578-8551<br>Fax: 919-882-9648<br>Email: laura@thebeaverlawfirm.com<br>N.C. State Bar No. 38021 |
| Joseph E. Zeszotarski, Jr.<br>For Tatiana Teyf<br>State Bar No. 21310<br>115 ½ West Morgan Street<br>Raleigh, NC 27601<br>(919) 521-5878<br>Fax: (919) 882-1898<br>jzeszotarski@ghz-law.com | David W. Long N.C.<br>For Tatiana Teyf<br>State Bar No. 2779<br>dwlong@poynerspruill.com<br>P.O. Box 1801<br>Raleigh, NC 27602-1801 Telephone:<br>919.783.2902<br>Facsimile: 919.783.1075 |