UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-00452-FL-1
No. 5:18-CR-00452-FL-2
No. 5:18-CR-00452-FL-3
No. 5:18-CR-00452-FL-4

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LEONID ISAAKOVICH TEYF,<br>TATYANA ANATOLYEVNA TEYF,<br>ALEXEY VLADIMIROVICH TIMOFEEV,<br>OLESYA YURYEVNA TIMOFEEV | JOINT REPORT AS TO ESTIMATED<br>LENGTH OF TRIAL |

Pursuant to the Court's order of September 10, 2019 [DE 334] and of the Court's Notice issued on November 19, 2019, the UNITED STATES OF AMERICA, LEONID ISAAKOVICH TEYF, TATYANA ANATOLYEVNA TEYF, ALEXEY VLADIMIROVICH TIMOFEEV, and OLESYA YURYEVNA TIMOFEEV ("the parties") jointly estimate that the trial of this matter will be 15 days.

Respectfully submitted, this the 21st day of November, 2019.

/s/ BARBARA D. KOCHER
Barbara D. Kocher
Assistant United States Attorney
150 Fayetteville St., Suite 2100
Raleigh, NC  27601
(919) 856-4530
barb.kocher@usdoj.gov
N.C. State Bar # 16360

/s/ JASON M. KELLHOFER
Jason M. Kellhofer
Assistant United States Attorney
150 Fayetteville St., Suite 2100
Raleigh, NC  27601
(919) 856-4530
jason.kellhofer@usdoj.gov
OH State Bar # 0074736

/s/ ROBERT S. WOLF
Robert S. Wolf
For Leonid Teyf
N.Y. Bar No. 1874247
MOSES & SINGER LLP
The Chrysler Building
405 Lexington Ave., 12th Floor
New York, NY 10174-1299
Phone: (212) 554-7825
Fax: (212) 554-7700
rwolf@mosessinger.com

/s/ F. HILL ALLEN
F. Hill Allen
For Leonid Teyf
N.C. State Bar No. 18884
THARRINGTON SMITH, L.L.P.
P.O. Box 1151
Raleigh, NC 27602
Phone: (919) 821-4711
Fax: (919) 829-1583
hallen@tharringtonsmith.com

/s/ ELLIOT S. ABRAMS
Elliot S. Abrams
CHESHIRE PARKER SCHNEIDER, PLLC
N.C. State Bar # 42639
P. O. Box 1029
Raleigh, NC 27602
(919) 833-3114 (TEL)
(919) 832-0739 (FAX)
elliot.abrams@cheshirepark.com
CJA Counsel for Alexey Timofeev

/s/ LAURA E. BEAVER
Laura E. Beaver
Attorney for Defendant Olesya Timofeeva-
CJA Appointed
P.O. Box 1857
Raleigh, North Carolina 27602
Telephone: 919-578-8551
Fax: 919-882-9648
Email: laura@thebeaverlawfirm.com
N.C. State Bar No. 38021

/s/ JOSEPH E. ZESZOTARSKI, JR.
Joseph E. Zeszotarski, Jr.
For Tatiana Teyf
State Bar No. 21310
115 ½ West Morgan Street
Raleigh, NC 27601
(919) 521-5878
Fax: (919) 882-1898
jzeszotarski@ghz-law.com

/s/ DAVID W. LONG
David W. Long
For Tatiana Teyf
State Bar No. 2779
dwlong@poynerspruill.com
P.O. Box 1801
Raleigh, NC 27602-1801 Telephone:
919.783.2902
Facsimile: 919.783.1075