IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1-FL
No. 5:18-CR-00452-FL-2
No. 5:18-CR-00452-FL-3
No. 5:18-CR-00452-FL-4

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LEONID ISAAKOVICH TEYF,<br>TATYANA ANATOLYEVNA TEYF,<br>ALEXEY VLADIMIROVICH TIMOFEEV,<br>OLESYA YURYEVNA TIMOFEEV | NOTICE OF DISCLOSURE OF PROPOSED<br>AUDIO DESIGNATIONS PER ORDER<br>D.E.334 |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, files this Notice it has complied with the deadline of November 25, 2019 as set forth in the Order at D.E. 334, by providing to counsel for each named defendant its proposed designation of audio recordings and corresponding transcripts for use at trial in this matter.

Respectfully submitted, this 25th day of November, 2019.

                                        ROBERT J. HIGDON, JR.
                                        United States Attorney

By:    */s/ Barbara D. Kocher*
           JASON M. KELLHOFER
           BARBARA D. KOCHER
           Assistant U.S. Attorney
           310 New Bern Avenue, Suite 800
           Raleigh, NC 27601
           Telephone: 919-856-4530
           Fax: 919-856-4487
           E-mail: jason.kellhofer@usdoj.gov
           OH Bar: 0074736
           E-mail:barb.kocher@usdoj.gov
           NC Bar: 16360

## CERTIFICATE OF SERVICE

This is to certify that I have this 25th day of November, 2019, served a copy of the foregoing upon the defendants by filing the foregoing with the Clerk of Court, using the CM/ECF system which will send notification of such filing to the defendant's counsel of record.

Elliot S. Abrams
CHESHIRE PARKER SCHNEIDER, PLLC
N.C. State Bar # 42639
P. O. Box 1029
Raleigh, NC 27602
(919) 833-3114 (TEL)
(919) 832-0739 (FAX)
elliot.abrams@cheshirepark.com
CJA Counsel for Alexey Timofeev

Laura E. Beaver
Attorney for Defendant Olesya Timofeeva-
CJA Appointed
P.O. Box 1857
Raleigh, North Carolina 27602
Telephone: 919-578-8551
Fax: 919-882-9648
Email: laura@thebeaverlawfirm.com
N.C. State Bar No. 38021

Joseph E. Zeszotarski, Jr.
For Tatiana Teyf
State Bar No. 21310
115 ½ West Morgan Street
Raleigh, NC 27601
(919) 521-5878
Fax: (919) 882-1898
jzeszotarski@ghz-law.com

David W. Long
For Tatiana Teyf
State Bar No. 2779
dwlong@poynerspruill.com
P.O. Box 1801
Raleigh, NC 27602-1801 Telephone: 919.783.2902
Facsimile: 919.783.1075

F. Hill Allen
Tharrington Smith, L.L.P.
P.O. Box 1151
Raleigh, NC  27602

Robert S. Wolf
Moses & Singer, L.L.P.
405 Lexington Ave. 12th Floor
New York., NY  10174-1299

By:    /s/ Barbara D. Kocher
BARBARA D. KOCHER
Assistant U.S. Attorney
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Telephone: 919-856-4530
Fax: 919-856-4487
E-mail: barb.kocher@usdoj.gov
NC Bar: 16360

2