IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) RESPONSE OF THE PARTIES |
| | ) REGARDING SEALED ORDER AT |
| | ) D.E. 344 |
| LEONID ISAAKOVICH TEYF, | ) |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, after conference with counsel for defendant, hereby files this response regarding the direction of the Court contained in the Order of November 7, 2019, D.E. 344. The Court directed the parties to inform the Court as to their position(s) as to any redactions requested to that Order.

With consent of counsel for defendant LEONID ISAAKOVICH TEYF, it is stated unto the Court that neither defendant nor the United States have requests for redactions from the Order at D.E. 344.

Respectfully submitted, this 26th day of November, 2019.

                                  ROBERT J. HIGDON, JR.
                                  United States Attorney

      By:   */s/ Barbara D. Kocher*
              BARBARA D. KOCHER
              Assistant U.S. Attorneys
              150 Fayetteville St., Suite 150
              Raleigh, NC 27601
              Telephone: 919-856-4530
              Fax: 919-856-4487
              E-mail:barb.kocher@usdoj.gov
              NC Bar: 16360

## CERTIFICATE OF SERVICE

This is to certify that I have this 26th day of November, 2019, served a copy of the foregoing upon the defendants by filing the foregoing with the Clerk of Court, using the CM/ECF system which will send notification of such filing to the defendant's counsel of record.

F. Hill Allen
Tharrington Smith, L.L.P.
P.O. Box 1151
Raleigh, NC 27602

Robert S. Wolf
Moses & Singer, L.L.P.
405 Lexington Ave. 12th Floor
New York., NY 10174-1299

                                                By:    */s/ Barbara D. Kocher*
                                                         BARBARA D. KOCHER
                                                         Assistant U.S. Attorney
                                                  150 Fayetteville St., Suite 150
                                                  Raleigh, NC 27601
                                                  Telephone: 919-856-4530
                                                  Fax: 919-856-4487
                                                  E-mail: barb.kocher@usdoj.gov
                                                  NC Bar: 16360