IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00452-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **[Proposed] ORDER** |
| ) | |
| LEONID ISAAKOVICH TEYF ) | |

On December 6, 2019, Defendant Leonid Isaakovich Teyf filed a Motion for Rule 15 Depositions, requesting an Order permitting him to take videotaped depositions of the following Russian witnesses in Ukraine or another third party country where the witnesses are willing to appear: Elena Zelenova, Dmitriy Schirii, Nicholay Grigorov, Yevganyi Vechko, Igor Borisov, Nicolay Nogay, and Dmitry Grishechkin (DE 356). The Government does not oppose Mr. Teyf's Motion. Upon consideration of the foregoing, it is hereby ORDERED that:

1. The Motion (DE 356) is GRANTED.

2. Upon notice to counsel for the United States, Mr. Teyf may take videotaped depositions of Elena Zelenova, Dmitriy Schirii, Nicholay Grigorov, Yevganyi Vechko, Igor Borisov, Nicolay Nogay, and Dmitry Grishechkin in Ukraine or another third party country where the witnesses are willing to appear.

3. The Court's ruling does not address whether such deposition testimony will be admissible during trial.

4. Defendant waives his right to be physically present at the depositions in that his counsel will be present to question the witnesses. Defendant may attend by video conference.

This the ___ day of December, 2019

                                                                       LOUISE W. FLANAGAN
                                                                       United States District Judge