IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:18-CR-00452-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LEONID ISAAKOVICH TEYF, | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion to take video depositions of Elena Zelenova, Dmitriy Schirii, Nicholay Grigorov, Yevganyi Vechko, Igor Borisov, Nicolay Nogay, and Dmitry Grishechkin, pursuant to Rule 15(a)(1) of the Federal Rules of Criminal Procedure. (DE 356). The government does not oppose defendant's motion.

Due to exceptional circumstances and in the interest of justice, defendant's motion is ALLOWED for the reasons set forth fully in his brief. Upon notice to counsel for the United States, defendant may take videotaped depositions of Elena Zelenova, Dmitriy Schirii, Nicholay Grigorov, Yevganyi Vechko, Igor Borisov, Nicolay Nogay, and Dmitry Grishechkin in Ukraine or another third-party country where the witnesses are willing to appear. Deponents are ORDERED to produce at their depositions any designated material that is not privileged, including any book, paper, document, record, recording, or data.

The court's ruling does not address whether such deposition testimony will be admissible during trial. Defendant waives his right to be physically present at the depositions in that his counsel will be present to question the witnesses. Defendant may attend by video conference.

SO ORDERED, this the 9th day of December, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge