IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00452-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **DEFENDANT LEONID TEYF'S RESPONSE** |
| | ) | **TO COURT'S NOVEMBER 5 ORDER RE:** |
| v. | ) | **MOTION TO COMPEL** |
| | ) | |
| LEONID ISAAKOVICH TEYF | ) | |

Defendant Leonid Isaakovich Teyf, through undersigned counsel, respectfully responds
to the Court's Orders of November 5, 2019 Order (DE 343) and December 3, 2019 (DE 355) as
follows:

1.      On May 7, 2019, two days prior to the Fourth Superseding Indictment, the
Government filed a Motion to Compel a Response to its February 22, 2019 grand jury subpoena.
(DE 245).  On November 5, 2019, the Court (Judge Robert T. Numbers, II, presiding) granted
the Government's Motion to Compel.  (DE 343).  On November 19, 2019, Mr. Teyf filed a
Motion for Reconsideration of the Court's November 5 ruling.  (DE 349).

2.      On December 3, 2019, the Court (Judge Flanagan) denied Mr. Teyf's Motion for
Reconsideration, ordered Mr. Teyf to make his first production of documents on December 10,
2019, and reinstated all other requirements and deadlines as provided by Judge Number's
November 5 order.  (DE 355).

3.      Mr. Teyf intends to exercise his right to appeal the November 5 and December 3,
2019 Orders and is unable to respond further, since doing so would effectively render any appeal
in which Mr. Teyf could assert his Fifth Amendment rights moot.

4.     Therefore, for the reasons set forth more fully in his previous filings and above, Mr. Teyf is unable to produce documents in response to the Court's November 5 and December 3, 2019 Orders, in that responding would violate his rights under the Fifth Amendment to the U.S. Constitution and render moot any appellate rights and remedies. Mr. Teyf respectfully relies upon his rights under the Fifth Amendment to the U.S. Constitution.

Respectfully submitted, this the 10th day of December, 2019.

/s/ F. Hill Allen
F. Hill Allen
THARRINGTON SMITH, L.L.P.
P.O. Box 1151
Raleigh, NC 27602
Phone: (919) 821-4711
Fax: (919) 829-1583
hallen@tharringtonsmith.com
N.C. State Bar No. 18884
*Counsel for Defendant*


/s/ Robert S. Wolf
Robert S. Wolf
MOSES & SINGER LLP
The Chrysler Building
405 Lexington Ave., 12th Floor
New York, NY 10174-1299
Phone: (212) 554-7825
Fax: (212) 554-7700
rwolf@mosessinger.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of December, 2019, I electronically filed the foregoing **DEFENDANT LEONID TEYF'S RESPONSE TO THE COURT'S NOVEMBER 5, 2019 ORDER** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ F. Hill Allen
F. Hill Allen
THARRINGTON SMITH, L.L.P.
P.O. Box 1151
Raleigh, NC 27602
Phone: (919) 821-4711
Fax: (919) 829-1583
hallen@tharringtonsmith.com
N.C. State Bar No. 18884
*Counsel for Defendant*