IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| LEONID ISAAKOVICH TEYF, | ) | |
| Defendant. | ) | |

Upon motion of the United States of America and for good cause shown,

IT IS HEREBY ORDERED that LEONID ISAAKOVICH TEYF, Defendant, show just cause why he should not be held in contempt for his failure to comply with the Orders at D.E. 343 and 355, requiring him to produce documents to the United States.

The matter will be heard at _____ on _____ in New Bern, North Carolina. The Court will not receive arguments previously made by the defendant as to his Fifth Amendment rights.

So ORDERED, this \_\_\_\_\_ day of January, 2020.

_____
LOUSIE W. FLANAGAN
United States District Judge