IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1-FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LEONID ISAAKOVICH TEYF, | ) | |
| Defendant. | ) | |

Upon motion of the United States of America and for good cause shown,

IT IS HEREBY ORDERED that LEONID ISAAKOVICH TEYF, Defendant, show just cause why he should not be held in contempt for his failure to comply with the Orders at D.E. 343 and 355, requiring him to produce documents to the United States.

The matter will be heard at __11:00 am__ on __January 14, 2020__ in New Bern, North Carolina.

So ORDERED, this 8th day of January, 2020.

LOUISE W. FLANAGAN
United States District Judge