IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-00452-1-FL
NO. 5:18-CR-00452-2-FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| LEONID ISAAKOVICH TEYF and | ) | |
| TATYANA ANATOLYEVNA TEYF | ) | |

This matter comes before the Court on Defendants' motion extend certain deadlines in the Court's Order of September 10, 2019 (DE 334). The Court, finding good cause and with the consent of the Government, hereby grants the Defendants' motion.

IT IS THEREFORE ORDERED that the deadlines in the Court's Order of September 10, 2019 (DE 334) are extended as follows:

    a. Defense Objections/Consent to US transcripts: for 2 weeks, to and including January 27, 2020;

    b. Defense Designation of Audio and Proposed Transcripts for defense designations: for 2 weeks, to and including January 27, 2020;

    c. Reciprocal Discovery by Defendants: to be provided prior to the depositions of foreign witnesses; and

    d. Defense Expert Notice and Reports: to and including February 7, 2020.

The US Objections/Consent to Defense-designated transcripts shall be extended for two weeks from January 27, to and including February 10, 2020.

This is the ____ day of January, 2020.

_____
Louise W. Flanagan
United States District Judge