# EXHIBIT 1

**Translation of Audio Recording "A000114-R_02266017.001"**

Duration of recording: 01:24:20

**LEGEND**

    **CS2**        [name omitted]
    **CS1**        [name omitted]

    **[…]**        unintelligible words

        *Words said in English are depicted in Italics*.


CS2: A-a…all about […] all about […] [pause 00-11:00-24]. A-a, shit. [pause 00:25-00.37] So what, let's go? What's […]? *Oh, man*. [...] are you buying this chocolate in pieces? What for?

CS1: It's bitter.

CS2: Uhhhh…

CS1: It's the only one that is good for you.

CS2: I get it.

CS1: Take the cake.

CS2: Uhhh… I don't want. [pause 01:15-01:27]

CS1: Mother-in-law gave it to me.

CS2: You are diving in… [pause 01:31-01:42]

CS2: Darn, the wind is fucking blowing. Do you hear?

CS1: Yes, this wind is unreal.

CS2: It's fine, we will drive there… and that… everything will be OK. We will get many points. With Mayuski ….

CS1: With Mario you will get… aha.

CS2: Why? Will get, will get. [pause 02:18-02:48].  **02:48**

CS1: [...] they gave in school, the big bar of chocolate.

CS2: Mmmm.

CS1: Well, some… well, a parent there… well… at chocolate factory.

*U.S. v. Leonid Teyf*

CS2: Works at a factory. As a loader. Brings...

CS1: And he gave as a gift such a bar of chocolate to all the teachers.

CS2: Mmmm.

CS1: [...] [pause 03:13-03:30].

CS2: I understand.

CS1: Started, shit, [...] to cut the chocolate into small pieces and chopped off a piece of the table, shit.

CS2: Aha.

CS1: Together with the chocolate, shit.

CS2: laughing

CS1: Shit, I had to quickly put it together, with… ah…this one… with epoxy, shit. Glued it, shit, this piece, so they will not figure it out.

CS2: I don't understand, where's Rubitsa? Did he take the [...] trailer? Yes, it looks like he has gone.

CS1: Not there anymore.

CS2: Well, yes. That's it. Thank God. And we went to help. Listen… in short, CS1. Start telling me and never bother me again, you understand? About all these subjects.

CS1: Why are you saying it like that?                                                                        **04:17**

CS2: Well, but… but… just tell… do I need this? I am tired of this, fuck, I'm telling you honestly. It's just… if you were not here, next to me, and I wouldn't fucking need that. CS1, why do I need this? I have enough of my own headaches. In short, he is blabbering there. That… he will squish your balls, putting it mildly. That you are, so to speak, threatening him. That you have incriminating evidence against him. That you want to leak this evidence. So, that's the story. People tell me that. They know… However, it's more like… there is that subject… the stray one… Polyakov. That's why I called you at that time. Remember […]? "Is everything OK at home? Was there any activity?" Because, as I understood, there was already some activity [pause 05:15-05:28]. And then again, I don't understand why this Jovanny is yanking me. I don't understand why. What is going on? This fat-bellied one knows probably something… that one… Boeing.

CS1: He was the one who leaked the information to him. There is no one else through whom it could be done.

CS2: It is clear that he has leaked it…You leaked it. With your mouth, fuck… fucking opened it. Boeing just passed it on. Deliv… This... how do you…Flew and arrived. [pause 06:02-06-13] ... I don't know... I have a premonition that we are all going to get busted soon. You can't go to Russia. A hundred percent.

[pause 06:20-06:30]

Page **2** of **20**

Case 5:18-cr-00452-FL   Document 370-1   Filed 01/12/20   Page 3 of 9

CS2: That's right. You would be worried too. Imagine that, you are sitting at work and doing something that has nothing to do with your work and are still getting money… It is possible to do something on the side concurrently with doing the job, right?

CS1: Maybe Lenya thought that when I left and they squeezed on him… it was my doing?

CS2: [...] the Podolskys?... Did you tell him that they wanted to rip him apart, but you are precluded them from it? Or he didn't know that?

CS1: Nooo. Prior to that [...]

CS2: Ahhhh…

   [pause 24:35-25:04]

CS2: Yes, it is serious shit.                                                                                                    **25:06**

CS1: I don't give a fuck, shit. [...].

CS2: CS1, I don't care about him at all, shit on him, trust me. I told you two hundred times and will tell you for the two hundred and first time: "I don't care about him!" I will not go to him. I'm not going to do any business with him. Everything is already…Everyone knows everything. One cannot build any business with him. He will chew you up and spit you out. I understand. I only think about myself… that what… for example… let's take such an example: tomorrow… well, not tomorrow, maybe in a week they will come and say: "Go ahead! Did you work? Worked. Talk!" What to do? All of that will be recorded on paper. Well, they will come to you tomorrow. Well, you will be driving, they will stop you and will say, "CS1?" "CS1". "Let's go, we need to talk to you. For now - just talk." What are you going to do? [pause 26:01-26:20] I just don't believe that he is not being watched. Why? Because he does such fucking stuff. [pause 26:25-26:49] Why are you silent? What do you think? [pause 26:51-26:57]

CS1: […] [they] should have solid evidence […]

CS2: Understood. I…

CS1: But there are no grounds for that. CTK is working, there were no inspections. […]

CS2: And there will be none, there will be none. Maybe there are some financial audits. However, no one knows about it. It's… go… government. Listen, they don't report to anyone. [pause 27:19-27:27]. Why do they need to be checked out?

CS1: The situation is like this. Naturally, I can be pulled in only for the taxes, if they will not defend me as an employee. Very probable.

CS2: But wait, CS1. I am talking about a different thing. So, let's say they pulled you in for the taxes. Well, let's just imagine such a situation. They pulled you for the taxes: "CS1, you didn't pay. Violation of the law. You are nothing here anymore, you are going away. Or talk to us." And what to do, CS1?

CS1: You know everything… shit… how to talk.                                                                        **28:00**

CS2: I don't know fuck. What are you… what do you... what am I to you? For you…

CS1: I don't know anything.

CS2: For you…

CS1: I didn't have anything to do with finances, shit.

[pause 28:08-28:15]

CS2: Understood.

CS1: We were poking around in our shit. And that's it [pause 28:18-28:27]

CS2: I don't know.

[pause 28:29-28:46]

CS2: How long have you been working for him? How much did you get?... [pause 28:47-29:01]

CS1: I worked for him for one year.

CS2: A year for him? Exactly one year? So, you got fifty thousand dollars?

CS1: Fifty?

CS2: Yes. A thousand dollars a week.

CS1: But there… a thousand dollars a week. Yes.                                    29:19

CS2: Here we are, four thousand dollars a month. Forty eight thousand. Count what… Even more. There are fifty two weeks in a year. Fifty two thousand. And he was paying you more, two thousand in the beginning. Then it was sixty. [...] to give sixty. You need […] to pay fifteen. There are no deductions whatsoever. [long pause 29:59-30:18]. It is a real step to throw you out of here.

CS1: Yes?

CS2: From his side. Real one. If he knows that, he will do it. That's why he is behaving himself so boldly, it seems.

CS1: […] to say that these taxes […] and that's it. [pause 30:42-30:49]. But how can they submit if they don't have my social security. How can they submit? […]

CS2: Well, let's say, they will write: "Someone…" and will say that you gave them this social security number and no one has checked and that's it. But… " we thought it was his". Who the fuck knows, CS1, what they can do. Damn, that's why I am saying to you, that now for you is, thank god… live and live… and everything is straight. But it's starting this month. But before this month for a year and a half… ideally, according to law, even if you are getting a salary, even cash, you must pay taxes on it. Do you understand? Whether you have a social security or you don't, no fucking difference. You must pay taxes. [pause 31:43-31:55]. Well, no… Not everything is so simple, even if…

CS1: CTK gave.                                                                      31:59

CS2: What?

CS2: You have already violated the law. You came here on a guest visa and got employment and received checks for that. You already have violated it.

CS1: Wait.

CS2: Already.

CS1: I came here because I didn't have any other choice. I came here without money. And the government, when I was communicating with these guys, the government closed their eyes for political refugees…

CS2: Political prisoners [laughing].

CS1: Yes. Political refugees. Closes their eyes on the fact that they work somewhere, as long as they pay taxes.

CS2: CS1, I agree with you. I agree with you.

CS1: Because I need to live somehow.

CS2: Two hundred… I agree with you two hundred percent. But not…                    **37:46**

CS1: Now I have social security. I received it and I, as a citizen in good standing, am obliged to pay taxes for all the time that I have. I have a debt. Yes, I violated. I didn't pay right away, but I fixed it myself. I went and paid myself.

CS2: I… I… I'm talking to him about one thing, but he talks about another. I understand you. It… it would've been right if you wouldn't work for this stinking oligarch in CTK. That would be OK. You went, you submitted, yes, you paid, everything is straight. But I'm telling you about a different thing. If they are digging around him, he is being watched, none of this will matter. Either you pay or not. It will not fucking matter…

CS1: But they are tracking him, shit! I don't care! Let them track him for as long as they want, I don't fucking care! I couldn't care less!

CS2: I couldn't care less too!

CS1: So, they will come, shit. And what? I will say: "Yes". And what? I will tell whatever I know. That's it. But I don't know anything, shit.

CS2: Of course, you don't know anything.

CS1: But what do I know? Do I know that he was laundering money? No. Do I have any facts? No. That is…

CS2: […] But here they will not be asking you anything.                    **38:57**

CS1: But what…

CS2: They will be asking you about Russia. If, as we thought with you, that he is being from there… they are "warming up his ears"… as you told me yourself, so it is likely his friend… is leaking him out... he does it by using others hands. [pause 39:20-39:32] In short, CS1, whatever you want. What can I tell

you? I can tell you one thing. That we need to stay away, as far away as we can. And am sick of all that already. [pause 39:45-39:57] I was waiting until the last moment… until they would say: "CS1, CS1, CS1, CS1". And here they said:"He works with you". I'm like: "What the fuck!?". "And how do you know which CS1 works with me?" "Lyosha told". [pause 40:10-40:30] And it's not yet known what this goat [...] was stinking there, different kind of shit… Everyone is a fucking hero.... Oligarch doesn't fucking care, as you say, he will flee to Switzerland and will be sitting in Switzerland… or to Israel or to wherever he is planning to go to [pause 40:53-41:00] And what are we going to do at sixty five years old? Start everything from scratch? Go to Russia and, shit, do what? Live on pension? Seven thousand rubles per month? No apartments... All you have is the shirt on our back, shit. Damn, I… I am still angry, damn, how did I get into this shit? What kind of trash was shoved under me? But he is "singing" very well. He is telling… of course, … no one can take it from him. He's very good at it, great guy. He is talking well. Such a nice guy, just a sweet cake with poppy seeds. [laughing]. And what? I am not even hiding it. Great fellow! He has a motto: find a sucker and now live well, catch a mouse and fuck him little by little. I will come to my friend, will put some beer for him… will go to my neighbor and will drink with him… [laughing] and will tell him: "Don't you smell the smoke anywhere there? Maybe it is time to run away, damn?" Will go to CS1, grab him and will run to Canada. [laughing] Will cross the mountains, will go with backpacks. [pause 42:34-42:45]. How long has my case been going on? I… complain,… I don't complain… Well what? Yes, I complained two times, wrote letters two times and what? Did it change anything? Not a fucking thing. They pushed me, damn, and that's it. [pause 43:00-45:10]. I just don't believe in my lawyer anymore. He promised that the Card will be here in December, a hundred… two hundred percent. Now he is saying - in April. All right, we will see. There is not much time left until April. There is March. A month and a half. Will see. And I'm thinking, maybe they already visited him and told him: "Get the fuck out with your Card".

**43:18**

CS1: Let him [...] hang there.

CS2: I already don't know what to think. CS1, I also think about myself, not only about someone else… You also don't fucking […]. It is us…

CS1: Is it for citizenship?

CS2: Yes.

CS1: […]

CS2: It is you and I, CS1… It is you and I… It is you and I say: "Aha, we didn't do anything. We don't care. Let them come And there is another one with a big nose and big ears, the same one. But they will come, damn… something they dug up… someone told them something… fucking will twist your flippers and then prove something. Hire attorneys for thirty or forty. Where would one get it? And then defend yourself, prove that you are not a fall guy, fuck. Why is it fucking necessary? And the lawyers will fly in like flies to a piece of shit. Case… oligarch… Russian mafia… will make up something there, and you will be there, damn… They will come and will say right away: "one hundred thousand, one hundred and fifty thousand" …, they will announce it as if you are sitting on a bag of money… Here, a Junior got into a fight with that stupid woman and broke her …that one…

CS1: A tablet.

CS2: She filed a claim against him in court. The lawyers… about twenty lawyers already sent her letters. Case is worth two hundred dollars. I am not just saying it to you, CS1. I am saying it because I see it

CS2: Well… I will tell you.

CS1: But it was there in the table.

CS2: I will tell you, ah… that who the hell knows.

CS1: Flash drive [...]

CS2: But why does she need it? Why does she need it? The flash drive?

CS1: She gave it to Lyosha, most likely.

CS2: So?

CS1: And Lyosha gave it to Lenya.

CS2: So? So, what? Do you think that Lenya will write... will write some sort of a letter?

CS1: He will give it to the lawyer, the Armenian one, and the Armenian will write some fucking crap to the Immigration Service.

    [pause 01:09:07-01:09:20]     **01:09:20**

CS2: I understand. Half a year passed and he tells me: "There were documents there". Before that he said: "There were only photos there".

CS1: No, there… I'm saying that it is a pity that there are photos there. There is nothing special about Lenya, I am saying … serious.

CS2: But is there anything? What is there on him?

CS1: Well, I don't remember… There were some saved, shit… But it was some nonsense, shit,… current stuff, shit.

CS2: Oh, God damn… I […] I don't understand you. What's with you? [pause 01:09:53-01:10:03]. I am out of worCS1. That's why I don't like these electronics. [laughing]. I have nothing. I don't understand it, and don't want to. Although, I should. Because in another five years… everything will be electronic. You'll go to shit and… and… you will need to enter a pin-code in order for your ass to work.

CS1: This fucking creature set me up, damn. She, fucking bitch, left me, she, fucking bitch, and shit, and she fucking shitted on me. […]. Fucking why? If you are leaving… leave and go and live.

CS2: She is that kind of person. What do you want?

CS1: [...]

CS2: How is it in five years you didn't figure her out? That she was that kind of a person. She had to… if she was that kind of a person… she was shitting on her husband, her ex… and simply was pouring dirt on him. You should have drawn… You should have drawn conclusions.

    **01:11:01**

# CERTIFICATE OF ACCURACY

**TRANSLATION FROM RUSSIAN TO ENGLISH**

I, Isabelle Avrutin, am an interpreter and translator of Russian and English languages by profession, am approved as a Federal Court interpreter and translator, and am certified as a New York State Court interpreter and translator and, as such, am thoroughly conversant in these languages and therefore am qualified to make the translations from English to Russian and from Russian to English.

I certify that I have made the translation from Russian to English of the conversation recorded on 02.26.2017 and that translation is true, accurate and complete, to the best of my knowledge and belief.

_____

Isabelle Avrutin