IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00452-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LEONID ISAAKOVICH TEYF ) | |

This matter is before the Court on the Defendant's Motion To Sequester Witnesses, pursuant to Rule 615 of the Federal Rules of Evidence. Upon consideration of the Motion, it is hereby ordered that:

(1) all witnesses the Government intends to call during trial will be sequestered; and

(2) the Government's prosecutor and case agent(s) are prohibited from revealing the substance of the trial testimony of Government witnesses to other persons that the Government will call as a witness at trial.

This the ___ day of _____, 2020.

_____
Louise B. Flanagan
United States District Judge