IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00452-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | **ORDER** |
| ) | |
| LEONID ISAAKOVICH TEYF ) | |

This matter is before the Court on the Defendant's motion for disclosure of all *Brady* and *Giglio* material. Upon consideration of the Motion, it is hereby GRANTED and ordered that the Government shall produce immediately to the defense all *Brady/Giglio* material in its possession, and in any event not less than forty-five (45) days prior to trial.

This the ___ day of January, 2020.

_____
Louise B. Flanagan
United States District Judge