IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00452-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **MOTION FOR DISCLOSURE OF RULE** |
| v. ) | **404(b) EVIDENCE AND INCORPORATED** |
| ) | **MEMORANDUM OF LAW** |
| LEONID ISAAKOVICH TEYF ) | |

NOW COMES Defendant Leonid Isaakovich Teyf, through undersigned counsel, and pursuant to Rule 12(b) of the Federal Rules of Criminal Procedure, hereby requests of the Government that it disclose the substance of any evidence it intends to introduce against Defendant pursuant to Rule 404(b) of the Federal Rules of Evidence, so that Defendant may, if appropriate, move to suppress or exclude such evidence.

Rule 404(b) of the Federal Rules of Evidence provides:

> [U]pon request by the accused, the prosecution in a criminal case shall provide reasonable notice in advance of trial, or during trial if the court excuses pretrial notice on good cause shown, of the general nature of any such evidence it intends to introduce at trial.

Defendant files this request to preserve the record as to his objections to the introduction of any Rule 404(b) evidence, and to determine if the Government contends that it possesses evidence that may be admissible under Rule 404(b), so that Defendant may move, prior to trial, to exclude such evidence.

This the 13th day of January, 2020.

/s/ F. Hill Allen
F. Hill Allen
THARRINGTON SMITH, L.L.P.
P.O. Box 1151
Raleigh, NC 27602
Phone:  919) 821-4711
Fax:  919) 829-1583
hallen@tharringtonsmith.com
N.C. State Bar No. 18884
*Counsel for Defendant*


Robert S. Wolf
MOSES & SINGER LLP
The Chrysler Building
405 Lexington Ave., 12th Floor
New York, NY 10174-1299
Phone:  (212) 554-7825
Fax:  (212) 554-7700
rwolf@mosessinger.com
*Counsel for Defendant*

# CERTIFICATE OF SERVICE

      I hereby certify that on this 13th day of January, 2020, I electronically filed the foregoing **MOTION FOR DISCLOSURE OF RULE 404(b) EVIDENCE AND INCORPORATED MEMORANDUM OF LAW** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

| | |
|---|---|
| Barbara D. Kocher | Jason M. Kellhofer |
| U.S. Attorney's Office | U.S. Attorney's Office |
| 150 Fayetteville Street, Suite 2100 | 150 Fayetteville Street, Suite 2100 |
| Raleigh, NC 27601 | Raleigh, NC 27601 |
| barb.kocher@usdoj.gov | jason.kellhofer@usdoj.gov |

                                            /s/ F. Hill Allen
                                            F. Hill Allen
                                            THARRINGTON SMITH, L.L.P.
                                            P.O. Box 1151
                                            Raleigh, NC 27602
                                            Phone: (919) 821-4711
                                            Fax: (919) 829-1583
                                            hallen@tharringtonsmith.com
                                            N.C. State Bar No. 18884
                                            *Counsel for Defendant*

2051462