UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1-FL
NO. 5:18-CR-452-2-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) MOTION TO SEAL |
| | ) |
| LEONID ISAAKOVICH TEYF, | ) |
|     Defendant. | ) |
| TATYANA ANATOLYEVNA TEYF, | ) |
| a/k/a TATIANA TEYF, | ) |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby requests the Motion and Incorporated Memorandum at D.E. 386, be sealed until ordered unsealed by the Court so that information contained therein will not be made public.

The response contains nonpublic information regarding the defendant and others.

WHEREFORE, the United States of America respectfully prays for the sealing of the motion filed at D.E. 386 until such time as the Court may direct. The United States also requests that the Clerk of Court be directed to provide the parties with filed copies of the motion.

1

Respectfully submitted this 13th day of January, 2020.

>ROBERT J. HIGDON, JR.
>United States Attorney
>
>BY:   /s/ Barbara D. Kocher
>    BARBARA D. KOCHER
>    Assistant United States Attorney
>    Criminal Division
>    310 New Bern Avenue, Suite 800
>    Raleigh, NC 27601
>    Telephone: 919-856-4530
>    Facsimile: 919-856-4828
>    E-mail: barb.kocher@usdoj.gov
>    N.C. State Bar #16360

CERTIFICATE OF SERVICE

This is to certify that I have this 13th day of January, 2020, served a copy of the foregoing Motion upon the defendants by electronically filing the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to counsel of record for the defendants.

>/s/ Barbara D. Kocher
>BARBARA D. KOCHER
>Assistant United States Attorney