IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:18-CR-00452-FL-1
No. 5:18-CR-00452-FL-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LEONID ISAAKOVICH TEYF, and | ) | |
| TATYANA ANATOLYEVNA TEYF, | ) | |
| | ) | |
| Defendants. | ) | |

The court memorializes herein its rulings from the bench at Rule 17.1, Fed. R. Crim. P., pretrial conference and hearing held in New Bern on January 14, 2020.

For good cause shown, and with the consent of the government, defendants' motion to extend certain deadlines in the court's order dated September 10, 2019, is GRANTED. IT IS ORDERED that pertinent case deadlines are extended as follows:

a. By January 17, 2020, the parties shall file notice with the court informing it of when and where the depositions of Elena Zelenova, Dmitriy Schirii, Nicholay Grigorov, Yevganyi Vechko, Igor Borisov, Nicolay Nogay, and Dmitry Grisheckin will take place. Notice shall include the parties' agreement as to the appropriate time for disclosure of reciprocal discovery by defendants.

b. Defendant's designation of audio and proposed transcripts is due on or before January 22, 2020. United States's objections or consent to defense-designated transcripts shall be due on or before February 5, 2020.

c. On January 12 and 13, 2020, defendants renewed their respective motions to suppress and for release of assets. (DE 370, 371). Given the nature of these motions, for good cause the court ORDERS that responses to these motions be filed by the government not later than January 23, 2020.[1]

d. Defendants' expert notices and reports shall be due on or before February 5, 2020.

e. The court's Rule 17.1 pretrial conference, initially scheduled for February 10, 2020, at 10:00 a.m., is hereby RENOTICED for that date for the earlier time of 9:00 a.m.

Defendants' motions for disclosure of evidence sought to be admitted to the government under Federal Rule of Evidence 404(b) (DE 374, 380) are GRANTED. The government shall provide notice of evidence it seeks to admit under Rule 404(b) not later than February 18, 2020.

Defendants' motions for disclosure of evidence pursuant to Fed. R. Crim. P. 16, Brady v. Maryland, 373 U.S. 83 (1963), and Giglio v. United States, 405 U.S. 150 (1972) (DE 375, 379) are GRANTED. The government will provide required disclosures by February 18, 2020.

Pursuant to Federal Rule of Evidence 615, defendants' motions to sequester (DE 373, 378) are GRANTED. All trial witnesses shall be sequestered, and the parties are prohibited from revealing the substance of the trial testimony to any person who may be called as a witness at trial.

SO ORDERED, this the 14th day of January, 2020.

LOUISE W. FLANAGAN
United States District Judge

---

[1] Responses to all other pretrial motions shall remain January 27, 2020.