```
 1                      UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF NORTH CAROLINA
 2                           WESTERN DIVISION

 3

 4   UNITED STATES OF AMERICA,-    Docket No. 5:18-CR-452-FL-1
                              -
 5       Plaintiff,          -      New Bern, North Carolina
                              -      January 14, 2020
 6          v.               -      Motion Hearing
                              -
 7   LEONID ISAAKOVICH TEYF,  -
                              -
 8       Defendant.           -
     --------------------------------
 9
                      TRANSCRIPT OF MOTION HEARING
10         BEFORE THE HONORABLE LOUISE WOOD FLANAGAN
                   UNITED STATES DISTRICT JUDGE.
11
     APPEARANCES:
12
     For the Plaintiffs:  United States Attorneys' Office
13                        By: Barbara D. Kocher
                              Jason M. Kellhofer
14                        310 New Bern Avenue
                          Suite 800
15                        Raleigh, NC 27601
                          (919) 856-4500
16
     For the Defendant:  Tharrington Smith
17                       By: F. Hill Allen, IV
                         150 Fayetteville Street
18                       Suite 1800
                         Raleigh, NC 27601
19                       (919) 821-4711

20                       Moses & Singer
                         By:  Robert S. Wolf
21                       405 Lexington Avenue
                         12th Floor
22                       New York, NY 10174
                         (212) 554-7825
23
     Interpreters:       Marianne Duhertov
24                       Tatyana Draga

25
```

```
 1   Court Reporter:        Tracy L. McGurk, RMR, CRR
                            413 Middle St.
 2                          New Bern, NC 28560
                            (419) 392-6626
 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23   Proceedings recorded by mechanical stenography,
     transcript produced by notereading.
24

25
```

```
 1                    (Commenced at 1:31 p.m.)

 2                    (The interpreters, Marianne Duhertov and

 3        Tatyana Draga, were previously sworn.)

 4                    THE COURT:  We continue on with Mr. Teyf

 5        present, and the government is well represented as well.

 6                    What relief are you seeking, Ms. Kocher?

 7                    MS. KOCHER:  Your Honor, the government

 8        seeks the defendant be held in contempt for his failure

 9        to respond.

10                    THE COURT:  What's that going to look like?

11                    MS. KOCHER:  It would be the government's

12        request that the Court make findings that holding the

13        defendant in civil contempt would be of no import.  We

14        can -- he's in custody.  A hefty fine daily I don't

15        think would help what caused -- I think the intention is

16        clear to not respond to whatever order the Court would

17        issue in regard to holding him contempt until he

18        complies.  So the government would request that he be

19        held in criminal contempt for the failure to comply and

20        for the representations that have been made that he will

21        continue to fail to comply such that an appeal can be

22        immediately taken.

23                    THE COURT:  What's criminal contempt going

24        to look like?

25                    MS. KOCHER:  The criminal contempt would be
```

| | | |
|---|---|---|
| 00:01:10 | 1 | the opportunity to be heard, as is here today, and then |
| 00:01:12 | 2 | a sentence at the Court's discretion. |
| 00:01:16 | 3 | THE COURT: Is the grand jury still in |
| 00:01:19 | 4 | session that he failed to respond to? |
| 00:01:24 | 5 | MS. KOCHER: I don't believe that that |
| 00:01:28 | 6 | particular grand jury is, Your Honor. But the body -- |
| 00:01:32 | 7 | the subpoena would roll over to the next body. It |
| 00:01:36 | 8 | certainly is still meeting. |
| 00:01:39 | 9 | THE COURT: Okay. Who is going to be |
| 00:01:43 | 10 | speaking? |
| 00:01:43 | 11 | Thank you. |
| 00:01:44 | 12 | MR. ALLEN: Your Honor, I will at least |
| 00:01:48 | 13 | start, and if there's something that Mr. Wolf needs to |
| 00:01:50 | 14 | chime in on, I hope Your Honor will permit that. |
| 00:01:54 | 15 | So it is news to me that the grand jury is |
| 00:02:00 | 16 | not currently sitting because I think that moots this |
| 00:02:03 | 17 | question, if I understand what has just been said |
| 00:02:07 | 18 | correctly. In fact, I do not have the case here, but I |
| 00:02:13 | 19 | have seen a case that says that, that if the grand jury |
| 00:02:17 | 20 | is no longer sitting, the subpoena is moot, and this |
| 00:02:21 | 21 | question is moot. And so I would start there. |
| 00:02:26 | 22 | And if Your Honor will indulge me for a |
| 00:02:29 | 23 | moment, I can find a case cite on that. |
| 00:02:32 | 24 | THE COURT: Is that civil contempt that |
| 00:02:34 | 25 | you're speaking of, with "No period of confinement shall |

| | | |
|---|---|---|
| 00:02:46 | 1 | exceed the term of the grand jury"? |
| 00:02:55 | 2 | MR. ALLEN:  Your Honor, that is a part of |
| 00:02:56 | 3 | it, but I would submit that it also applies equally to |
| 00:03:00 | 4 | the criminal contempt because the body issuing the |
| 00:03:03 | 5 | subpoena is no longer sitting, at the very least.  And |
| 00:03:08 | 6 | there may be additional language in the case; I'm |
| 00:03:11 | 7 | thinking about that.  But I would definitely submit that |
| 00:03:16 | 8 | the subpoena is moot at this point, so we should instead |
| 00:03:20 | 9 | turn our energies to a very full plate. |
| 00:03:25 | 10 | THE COURT:  We do have a full plate. |
| 00:03:35 | 11 | So the government thinks the court should |
| 00:03:37 | 12 | skip over civil contempt and move right to criminal |
| 00:03:40 | 13 | contempt? |
| 00:03:40 | 14 | MS. KOCHER:  That is the government's |
| 00:03:42 | 15 | position, Your Honor. |
| 00:04:02 | 16 | THE COURT:  Do you remember the case name? |
| 00:04:06 | 17 | MR. ALLEN:  Your Honor, I beg your pardon. |
| 00:04:08 | 18 | I am digging through.  I am seeing one that discusses |
| 00:04:15 | 19 | the least possible power adequate to end a proposed |
| 00:04:20 | 20 | issue should be used.  But I am not finding in my stack |
| 00:04:25 | 21 | of cases that which I am mindful of.  I'll certainly |
| 00:04:30 | 22 | request the opportunity to submit that, if I am |
| 00:04:35 | 23 | remembering it correctly, and I believe that I am. |
| 00:04:38 | 24 | THE COURT:  All right.  So if you're |
| 00:04:39 | 25 | remembering it correctly, and if what you say is true, |

|          |    |                                                            |
|----------|----|------------------------------------------------------------|
| 00:04:48 | 1  | how much time does that really buy the defendant?          |
| 00:04:54 | 2  | MR. ALLEN:  Your Honor, I suppose if the                   |
| 00:04:57 | 3  | government is absolutely intent on issuing another         |
| 00:05:00 | 4  | subpoena with a new grand jury, then we may confront       |
| 00:05:03 | 5  | this issue again.  But it would be better confronted in    |
| 00:05:07 | 6  | that context in which there is a valid, not moot,          |
| 00:05:14 | 7  | subpoena.                                                  |
| 00:05:16 | 8  | On the issue of civil versus criminal, Your               |
| 00:05:19 | 9  | Honor, I would submit the most efficient way to proceed    |
| 00:05:22 | 10 | would be a civil finding.  He is in jail, obviously, as    |
| 00:05:27 | 11 | we sit here.  It's not where he wants to be.  It would     |
| 00:05:32 | 12 | allow him to avail himself, as I understand it from        |
| 00:05:38 | 13 | the -- there's a case, Search of 235 Queen Street, 319     |
| 00:05:45 | 14 | Fed. Appx. 197, I'm glad to hand up, that this is the      |
| 00:05:48 | 15 | normal way that this is handled.                           |
| 00:05:50 | 16 | THE COURT:  I'm familiar with that strain of               |
| 00:05:52 | 17 | the law, and I've certainly come upon that myself in       |
| 00:05:57 | 18 | doing research.                                            |
| 00:06:00 | 19 | Does the government want to be heard further               |
| 00:06:03 | 20 | on the mootness issue or any other?                        |
| 00:06:05 | 21 | MS. KOCHER:  Your Honor, only with the                     |
| 00:06:06 | 22 | request, because this has just come up today, to be able   |
| 00:06:10 | 23 | to confirm two things:  first, that the grand jury is      |
| 00:06:14 | 24 | not the same body that was present at the time the         |
| 00:06:17 | 25 | subpoena was issued; and second, to look at the case       |

```
00:06:23   1   law, which is yet unnamed, in regard to --
00:06:28   2                  THE COURT:  Well, I would say you ought to
00:06:30   3   have come today with that information because it's
00:06:34   4   important to the Court's analysis, whether the grand
00:06:38   5   jury is still sitting or not.
00:06:40   6                  Do you think if you just excused yourself
00:06:42   7   you could make a phone call?
00:06:44   8                  MS. KOCHER:  I could certainly do that, yes.
00:06:47   9                  THE COURT:  Why don't we, for efficiency's
00:06:49  10   sake, learn that now.
00:06:52  11                  We'll stand at ease awaiting Ms. Kocher's
00:06:55  12   return.
00:12:18  13                  (Discussion had off the record.)
00:12:34  14                  THE COURT:  So we're in a position to learn.
00:12:40  15                  MS. KOCHER:  I believe, Your Honor, that the
00:12:41  16   grand jury, that particular body of people, expired in
00:12:46  17   June of 2019.
00:13:00  18                  THE COURT:  Okay.  Do you want ten days to
00:13:03  19   brief this?
00:13:05  20                  MR. ALLEN:  We'd be grateful, Your Honor.
00:13:07  21                  THE COURT:  Do you want ten days to respond
00:13:09  22   after that?
00:13:10  23                  MS. KOCHER:  Thank you, Your Honor.
00:13:10  24                  THE COURT:  Okay.  Can we just talk
00:13:12  25   practically speaking?  There are a lot of things on
```

| | |
|---|---|
| 00:13:16 | 1 |
| 00:13:20 | 2 |
| 00:13:31 | 3 |
| 00:13:33 | 4 |
| 00:13:49 | 5 |
| 00:13:52 | 6 |
| 00:13:57 | 7 |
| 00:14:01 | 8 |
| 00:14:05 | 9 |
| 00:14:09 | 10 |
| 00:14:12 | 11 |
| 00:14:15 | 12 |
| 00:14:17 | 13 |
| 00:14:20 | 14 |
| 00:14:25 | 15 |
| 00:14:28 | 16 |
| 00:14:38 | 17 |
| 00:14:40 | 18 |
| 00:14:45 | 19 |
| 00:14:51 | 20 |
| 00:14:55 | 21 |
| 00:14:58 | 22 |
| 00:15:04 | 23 |
| 00:15:07 | 24 |
| 00:15:13 | 25 |

everybody's plate.  I don't see this necessary to be decided before the trial; do you, Ms. Kocher?

MS. KOCHER:  I believe that my answer would be:  It depends, Your Honor.  And I am careful in my articulation because I don't want to overspeak or have the main purpose of that subpoena appear in any way to be evidence for the trial.  It certainly was not.  Trial was not a speck in our eye at the time that that subpoena was issued.  And I think the case law strongly supports that it is the purpose for which the subpoena was generated that's the issue.

We stand here now, though, Your Honor, counting down the weeks until trial, which are not very far away.  No reciprocal discovery.  And it would be the government's position that to the extent that the defendant will be bringing in financial records, if he chooses to put on a defense, and that defense would include financial records to show the preexistence of significant sums of money, that is where my thought is going.  And I'm trying to figure out what the government's position would be in that event if they appear at trial when all of this time we've had -- and are only here because of the defendant's ongoing failure to comply.  So with all of that, I don't have an answer.

MR. ALLEN:  Your Honor, with that

| | | |
|---|---|---|
| 00:15:14 | 1 | articulation, and respectfully, it does sound very much |
| 00:15:20 | 2 | like it is intended for trial purposes.  I don't know |
| 00:15:23 | 3 | how else to interpret what we just heard. |
| 00:15:29 | 4 | THE COURT:  Reciprocal discovery in all |
| 00:15:31 | 5 | respects is outstanding? |
| 00:15:36 | 6 | MR. ALLEN:  That is correct.  We have not |
| 00:15:38 | 7 | provided any discovery.  We have not yet determined |
| 00:15:41 | 8 | whether we intend to introduce at trial.  We'll |
| 00:15:45 | 9 | certainly come to a moment where, as Your Honor has |
| 00:15:46 | 10 | discussed earlier, we need to turn those records over if |
| 00:15:49 | 11 | they're going to be used with foreign witnesses that we |
| 00:15:52 | 12 | would offer up at trial.  And we understand that, and |
| 00:15:55 | 13 | we'll have those translated and usable in the timeframe |
| 00:15:58 | 14 | Your Honor has set forth. |
| 00:16:02 | 15 | I don't know if that addresses Your Honor's |
| 00:16:05 | 16 | question. |
| 00:16:13 | 17 | THE COURT:  All right.  Well, I think we've |
| 00:16:15 | 18 | taken it about as far as we can today.  Is there |
| 00:16:18 | 19 | anything further from the government? |
| 00:16:20 | 20 | MS. KOCHER:  No, Your Honor. |
| 00:16:20 | 21 | THE COURT:  And from the defendant? |
| 00:16:21 | 22 | MR. ALLEN:  No, Your Honor.  Thank you. |
| 00:16:22 | 23 | THE COURT:  Mr. Teyf, have you understood |
| 00:16:25 | 24 | everything I've said here today? |
| 00:16:32 | 25 | THE DEFENDANT:  Yes, thank you.  I've |

00:16:33  1  understood everything.

00:16:34  2                THE COURT:  Are you satisfied with the

00:16:36  3  interpreter services being provided to you?

00:16:43  4                THE DEFENDANT:  Yes, thank you, Your Honor;

00:16:44  5  I am happy and satisfied.

00:16:46  6                THE COURT:  Good.  I will just tell you now,

00:16:48  7  and I will remind you, but what I have to say now goes

00:16:52  8  for every point in this proceeding through trial.  If at

00:16:58  9  any point in time you do not understand something, if at

00:17:05  10  any point in time you are not satisfied with the

00:17:08  11  interpreter services being provided to you, you must let

00:17:12  12  me know.  Will you do that?

00:17:19  13                THE DEFENDANT:  Yes, definitely, Your Honor.

00:17:21  14                THE COURT:  Very good.  Thank you.

15                (Concluded at 1:49 p.m.)

16                          - - -

17

18                   **C E R T I F I C A T E**

19

20      I certify that the foregoing is a correct transcript

21   from the record of proceedings in the above-entitled

22   matter.

23

24   /s/ Tracy L. McGurk_____              ___1/15/2020___

25   Tracy L. McGurk, RMR, CRR                    Date

| / | A | | |
|---|---|---|---|

**/**

/s [1] - 10:24

**1**

1/15/2020 [1] - 10:24
10174 [1] - 1:22
12th [1] - 1:21
14 [1] - 1:5
150 [1] - 1:17
1800 [1] - 1:18
197 [1] - 6:14
1:31 [1] - 3:1
1:49 [1] - 10:15

**2**

2019 [1] - 7:17
2020 [1] - 1:5
212 [1] - 1:22
235 [1] - 6:13
27601 [2] - 1:15, 1:18
28560 [1] - 2:2

**3**

310 [1] - 1:14
319 [1] - 6:13
392-6626 [1] - 2:2

**4**

405 [1] - 1:21
413 [1] - 2:1
419 [1] - 2:2

**5**

554-7825 [1] - 1:22
5:18-CR-452-FL-1 [1] - 1:4

**8**

800 [1] - 1:14
821-4711 [1] - 1:19
856-4500 [1] - 1:15

**9**

919 [2] - 1:15, 1:19

**A**

able [1] - 6:22
above-entitled [1] - 10:21
absolutely [1] - 6:3
additional [1] - 5:6
addresses [1] - 9:15
adequate [1] - 5:19
Allen [1] - 1:17
ALLEN [8] - 4:12, 5:2, 5:17, 6:2, 7:20, 8:25, 9:6, 9:22
allow [1] - 6:12
AMERICA [1] - 1:4
analysis [1] - 7:4
answer [2] - 8:3, 8:24
appeal [1] - 3:21
appear [2] - 8:6, 8:22
APPEARANCES [1] - 1:11
applies [1] - 5:3
Appx [1] - 6:14
articulation [2] - 8:5, 9:1
Attorneys' [1] - 1:12
avail [1] - 6:12
Avenue [2] - 1:14, 1:21
awaiting [1] - 7:11

**B**

Barbara [1] - 1:13
BEFORE [1] - 1:10
beg [1] - 5:17
Bern [3] - 1:5, 1:14, 2:2
better [1] - 6:5
body [5] - 4:6, 4:7, 5:4, 6:24, 7:16
brief [1] - 7:19
bringing [1] - 8:16
buy [1] - 6:1

**C**

careful [1] - 8:4
CAROLINA [1] - 1:1
Carolina [1] - 1:5
case [8] - 4:18, 4:19, 4:23, 5:6, 5:16, 6:13, 6:25, 8:9
cases [1] - 5:21
caused [1] - 3:15
certainly [6] - 4:8, 5:21, 6:17, 7:8, 8:7, 9:9
certify [1] - 10:20
chime [1] - 4:14
chooses [1] - 8:17
cite [1] - 4:23
civil [5] - 3:13, 4:24, 5:12, 6:8, 6:10
clear [1] - 3:16

Commenced [1] - 3:1
complies [1] - 3:18
comply [3] - 3:19, 3:21, 8:24
Concluded [1] - 10:15
confinement [1] - 4:25
confirm [1] - 6:23
confront [1] - 6:4
confronted [1] - 6:5
contempt [10] - 3:8, 3:13, 3:17, 3:19, 3:23, 3:25, 4:24, 5:4, 5:12, 5:13
context [1] - 6:6
continue [2] - 3:4, 3:21
correct [2] - 9:6, 10:20
correctly [3] - 4:18, 5:23, 5:25
counting [1] - 8:13
Court [3] - 2:1, 3:12, 3:16
COURT [24] - 1:1, 3:4, 3:10, 3:23, 4:3, 4:9, 4:24, 5:10, 5:16, 5:24, 6:16, 7:2, 7:9, 7:14, 7:18, 7:21, 7:24, 9:4, 9:17, 9:21, 9:23, 10:2, 10:6, 10:14
court [1] - 5:11
Court's [2] - 4:2, 7:4
criminal [6] - 3:19, 3:23, 3:25, 5:4, 5:12, 6:8
CRR [2] - 2:1, 10:25
custody [1] - 3:14

**D**

daily [1] - 3:14
Date [1] - 10:25
days [2] - 7:18, 7:21
decided [1] - 8:2
DEFENDANT [3] - 9:25, 10:4, 10:13
defendant [5] - 3:8, 3:13, 6:1, 8:16, 9:21
Defendant [2] - 1:8, 1:16
defendant's [1] - 8:23
defense [2] - 8:17
definitely [2] - 5:7, 10:13
determined [1] - 9:7
digging [1] - 5:18
discovery [3] - 8:14, 9:4, 9:7
discretion [1] - 4:2
discussed [1] - 9:10
discusses [1] - 5:18
Discussion [1] - 7:13
DISTRICT [3] - 1:1, 1:1, 1:10
DIVISION [1] - 1:2
Docket [1] - 1:4
down [1] - 8:13

Draga [2] - 1:24, 3:3
Duhertov [2] - 1:23, 3:2

**E**

ease [1] - 7:11
EASTERN [1] - 1:1
efficiency's [1] - 7:9
efficient [1] - 6:9
end [1] - 5:19
energies [1] - 5:9
entitled [1] - 10:21
equally [1] - 5:3
event [1] - 8:21
evidence [1] - 8:7
exceed [1] - 5:1
excused [1] - 7:6
expired [1] - 7:16
extent [1] - 8:15
eye [1] - 8:8

**F**

fact [1] - 4:18
fail [1] - 3:21
failed [1] - 4:4
failure [3] - 3:8, 3:19, 8:23
familiar [1] - 6:16
far [2] - 8:14, 9:18
Fayetteville [1] - 1:17
Fed [1] - 6:14
figure [1] - 8:20
financial [2] - 8:16, 8:18
findings [1] - 3:12
fine [1] - 3:14
first [1] - 6:23
FLANAGAN [1] - 1:10
Floor [1] - 1:21
foregoing [1] - 10:20
foreign [1] - 9:11
forth [1] - 9:14
full [2] - 5:9, 5:10

**G**

generated [1] - 8:11
glad [1] - 6:14
government [7] - 3:5, 3:7, 3:18, 5:11, 6:3, 6:19, 9:19
government's [4] - 3:11, 5:14, 8:15, 8:21
grand [9] - 4:3, 4:6, 4:15, 4:19, 5:1, 6:4, 6:23, 7:4, 7:16
grateful [1] - 7:20

## H

**hand** [1] - 6:14
**handled** [1] - 6:15
**happy** [1] - 10:5
**heard** [3] - 4:1, 6:19, 9:3
**Hearing** [1] - 1:6
**HEARING** [1] - 1:9
**hefty** [1] - 3:14
**held** [2] - 3:8, 3:19
**help** [1] - 3:15
**Hill** [1] - 1:17
**himself** [1] - 6:12
**holding** [2] - 3:12, 3:17
**Honor** [23] - 3:7, 4:6, 4:12, 4:14, 4:22, 5:2, 5:15, 5:17, 6:2, 6:9, 6:21, 7:15, 7:20, 7:23, 8:4, 8:12, 8:25, 9:9, 9:14, 9:20, 9:22, 10:4, 10:13
**Honor's** [1] - 9:15
**HONORABLE** [1] - 1:10
**hope** [1] - 4:14

## I

**immediately** [1] - 3:22
**import** [1] - 3:13
**important** [1] - 7:4
**include** [1] - 8:18
**indulge** [1] - 4:22
**information** [1] - 7:3
**instead** [1] - 5:8
**intend** [1] - 9:8
**intended** [1] - 9:2
**intent** [1] - 6:3
**intention** [1] - 3:15
**interpret** [1] - 9:3
**interpreter** [2] - 10:3, 10:11
**Interpreters** [1] - 1:23
**interpreters** [1] - 3:2
**introduce** [1] - 9:8
**ISAAKOVICH** [1] - 1:7
**issue** [6] - 3:17, 5:20, 6:5, 6:8, 6:20, 8:11
**issued** [2] - 6:25, 8:9
**issuing** [2] - 5:4, 6:3
**IV** [1] - 1:17

## J

**jail** [1] - 6:10
**January** [1] - 1:5
**Jason** [1] - 1:13
**JUDGE** [1] - 1:10
**June** [1] - 7:17
**jury** [9] - 4:3, 4:6, 4:15, 4:19, 5:1, 6:4, 6:23, 7:5,

7:16

## K

**Kellhofer** [1] - 1:13
**KOCHER** [11] - 3:7, 3:11, 3:25, 4:5, 5:14, 6:21, 7:8, 7:15, 7:23, 8:3, 9:20
**Kocher** [3] - 1:13, 3:6, 8:2
**Kocher's** [1] - 7:11

## L

**language** [1] - 5:6
**law** [3] - 6:17, 7:1, 8:9
**learn** [2] - 7:10, 7:14
**least** [3] - 4:12, 5:5, 5:19
**LEONID** [1] - 1:7
**Lexington** [1] - 1:21
**look** [3] - 3:10, 3:24, 6:25
**LOUISE** [1] - 1:10

## M

**main** [1] - 8:6
**Marianne** [2] - 1:23, 3:2
**matter** [1] - 10:22
**McGurk** [3] - 2:1, 10:24, 10:25
**mechanical** [1] - 2:23
**meeting** [1] - 4:8
**Middle** [1] - 2:1
**mindful** [1] - 5:21
**moment** [2] - 4:23, 9:9
**money** [1] - 8:19
**moot** [4] - 4:20, 4:21, 5:8, 6:6
**mootness** [1] - 6:20
**moots** [1] - 4:16
**Moses** [1] - 1:20
**most** [1] - 6:9
**Motion** [1] - 1:6
**MOTION** [1] - 1:9
**move** [1] - 5:12
**MR** [8] - 4:12, 5:2, 5:17, 6:2, 7:20, 8:25, 9:6, 9:22
**MS** [11] - 3:7, 3:11, 3:25, 4:5, 5:14, 6:21, 7:8, 7:15, 7:23, 8:3, 9:20
**must** [1] - 10:11

## N

**name** [1] - 5:16
**NC** [3] - 1:15, 1:18, 2:2
**necessary** [1] - 8:1
**need** [1] - 9:10

**needs** [1] - 4:13
**new** [1] - 6:4
**New** [4] - 1:5, 1:14, 1:22, 2:2
**news** [1] - 4:15
**next** [1] - 4:7
**normal** [1] - 6:15
**NORTH** [1] - 1:1
**North** [1] - 1:5
**notereading** [1] - 2:23
**NY** [1] - 1:22

## O

**obviously** [1] - 6:10
**OF** [3] - 1:1, 1:4, 1:9
**offer** [1] - 9:12
**Office** [1] - 1:12
**one** [1] - 5:18
**ongoing** [1] - 8:23
**opportunity** [2] - 4:1, 5:22
**order** [1] - 3:16
**ought** [1] - 7:2
**outstanding** [1] - 9:5
**overspeak** [1] - 8:5

## P

**p.m** [2] - 3:1, 10:15
**pardon** [1] - 5:17
**part** [1] - 5:2
**particular** [2] - 4:6, 7:16
**people** [1] - 7:16
**period** [1] - 4:25
**permit** [1] - 4:14
**phone** [1] - 7:7
**Plaintiff** [1] - 1:5
**Plaintiffs** [1] - 1:12
**plate** [3] - 5:9, 5:10, 8:1
**point** [4] - 5:8, 10:8, 10:9, 10:10
**position** [4] - 5:15, 7:14, 8:15, 8:21
**possible** [1] - 5:19
**power** [1] - 5:19
**practically** [1] - 7:25
**preexistence** [1] - 8:18
**present** [2] - 3:5, 6:24
**previously** [1] - 3:3
**proceed** [1] - 6:9
**proceeding** [1] - 10:8
**Proceedings** [1] - 2:23
**proceedings** [1] - 10:21
**produced** [1] - 2:23
**proposed** [1] - 5:19
**provided** [3] - 9:7, 10:3, 10:11
**purpose** [2] - 8:6, 8:10

**purposes** [1] - 9:2
**put** [1] - 8:17

## Q

**Queen** [1] - 6:13

## R

**Raleigh** [2] - 1:15, 1:18
**really** [1] - 6:1
**reciprocal** [2] - 8:14, 9:4
**record** [2] - 7:13, 10:21
**recorded** [1] - 2:23
**records** [3] - 8:16, 8:18, 9:10
**regard** [2] - 3:17, 7:1
**relief** [1] - 3:6
**remember** [1] - 5:16
**remembering** [2] - 5:23, 5:25
**remind** [1] - 10:7
**Reporter** [1] - 2:1
**representations** [1] - 3:20
**represented** [1] - 3:5
**request** [4] - 3:12, 3:18, 5:22, 6:22
**research** [1] - 6:18
**respectfully** [1] - 9:1
**respects** [1] - 9:5
**respond** [4] - 3:9, 3:16, 4:4, 7:21
**return** [1] - 7:12
**RMR** [2] - 2:1, 10:25
**Robert** [1] - 1:20
**roll** [1] - 4:7

## S

**sake** [1] - 7:10
**satisfied** [3] - 10:2, 10:5, 10:10
**Search** [1] - 6:13
**second** [1] - 6:25
**see** [1] - 8:1
**seeing** [1] - 5:18
**seeking** [1] - 3:6
**seeks** [1] - 3:8
**sentence** [1] - 4:2
**services** [2] - 10:3, 10:11
**session** [1] - 4:4
**set** [1] - 9:14
**shall** [1] - 4:25
**show** [1] - 8:18
**significant** [1] - 8:19
**Singer** [1] - 1:20
**sit** [1] - 6:11

| | |
|---|---|
| **sitting** [4] - 4:16, 4:20, 5:5, 7:5 | **U** |
| **skip** [1] - 5:12 | |
| **Smith** [1] - 1:16 | **understood** [2] - 9:23, 10:1 |
| **sound** [1] - 9:1 | **UNITED** [3] - 1:1, 1:4, 1:10 |
| **speaking** [3] - 4:10, 4:25, 7:25 | **United** [1] - 1:12 |
| **speck** [1] - 8:8 | **unnamed** [1] - 7:1 |
| **St** [1] - 2:1 | **up** [3] - 6:14, 6:22, 9:12 |
| **stack** [1] - 5:20 | **usable** [1] - 9:13 |
| **stand** [2] - 7:11, 8:12 | **V** |
| **start** [2] - 4:13, 4:21 | |
| **STATES** [3] - 1:1, 1:4, 1:10 | **valid** [1] - 6:6 |
| **States** [1] - 1:12 | **versus** [1] - 6:8 |
| **stenography** [1] - 2:23 | **W** |
| **still** [3] - 4:3, 4:8, 7:5 | |
| **strain** [1] - 6:16 | **wants** [1] - 6:11 |
| **Street** [2] - 1:17, 6:13 | **weeks** [1] - 8:13 |
| **strongly** [1] - 8:9 | **WESTERN** [1] - 1:2 |
| **submit** [4] - 5:3, 5:7, 5:22, 6:9 | **witnesses** [1] - 9:11 |
| **subpoena** [10] - 4:7, 4:20, 5:5, 5:8, 6:4, 6:7, 6:25, 8:6, 8:9, 8:10 | **Wolf** [1] - 1:20 |
| | **wolf** [1] - 4:13 |
| **Suite** [2] - 1:14, 1:18 | **WOOD** [1] - 1:10 |
| **sums** [1] - 8:19 | **Y** |
| **supports** [1] - 8:10 | |
| **suppose** [1] - 6:2 | **York** [1] - 1:22 |
| **sworn** [1] - 3:3 | **yourself** [1] - 7:6 |
| **T** | |
| **Tatyana** [2] - 1:24, 3:3 | |
| **ten** [2] - 7:18, 7:21 | |
| **term** [1] - 5:1 | |
| **Teyf** [2] - 3:4, 9:23 | |
| **TEYF** [1] - 1:7 | |
| **Tharrington** [1] - 1:16 | |
| **THE** [27] - 1:10, 3:4, 3:10, 3:23, 4:3, 4:9, 4:24, 5:10, 5:16, 5:24, 6:16, 7:2, 7:9, 7:14, 7:18, 7:21, 7:24, 9:4, 9:17, 9:21, 9:23, 9:25, 10:2, 10:4, 10:6, 10:13, 10:14 | |
| **thinking** [1] - 5:7 | |
| **thinks** [1] - 5:11 | |
| **timeframe** [1] - 9:13 | |
| **today** [5] - 4:1, 6:22, 7:3, 9:18, 9:24 | |
| **Tracy** [3] - 2:1, 10:24, 10:25 | |
| **TRANSCRIPT** [1] - 1:9 | |
| **transcript** [2] - 2:23, 10:20 | |
| **translated** [1] - 9:13 | |
| **trial** [9] - 8:2, 8:7, 8:13, 8:22, 9:2, 9:8, 9:12, 10:8 | |
| **true** [1] - 5:25 | |
| **trying** [1] - 8:20 | |
| **turn** [2] - 5:9, 9:10 | |
| **two** [1] - 6:23 | |