IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| v. ) | UNITED STATES' MOTION TO |
| ) | HOLD D.E. 359, MOTION TO SHOW |
| LEONID ISAAKOVICH TEYF, ) | CAUSE, IN ABEYANCE |
| Defendant. ) | |

The United States of America, by and through its attorney, the United States Attorney for the Eastern District of North Carolina, respectfully moves the Court to hold in abeyance its consideration of the Motion to Show Cause filed at D.E. 359.

In support hereof, the government recalls the Court's inquiry at hearing January 14, 2020, as to whether there was any need for this to be addressed prior to the trial of the underlying charges. The government here confirms there is no need for briefing and further Court action at this time, and requests the matter be held in abeyance until after trial.

Counsel for defendant was contacted, and they oppose this motion.

Respectfully submitted this 16th day of January, 2020.

                      ROBERT J. HIGDON, JR.
                      United States Attorney

    By:    */s/ Barbara D. Kocher*
               JASON M. KELLHOFER
               BARBARA D. KOCHER
               Assistant U.S. Attorney
               310 New Bern Avenue, Suite 800
               Raleigh, NC 27601
               Telephone: 919-856-4530
               Fax: 919-856-4487
               E-mail: jason.kellhofer@usdoj.gov
               OH Bar: 0074736
               E-mail: barb.kocher@usdoj.gov
               NC Bar: 16360

## CERTIFICATE OF SERVICE

This is to certify that I have this 16th day of January, 2020, served a copy of the foregoing filing upon counsel for the defendant in this action by electronically filing the foregoing with the Clerk of Court, using the CM/ECF system that will send notification of such filing to:

F. Hill Allen
Tharrington Smith LLP

Robert S. Wolf
Moses & Singer LLP

By: */s/ Barbara D. Kocher*
BARBARA D. KOCHER
Assistant U.S. Attorney
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Telephone: 919-856-4530
Fax: 919-856-4487
E-mail: barb.kocher@usdoj.gov
NC Bar: 16360