IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1-FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| LEONID ISAAKOVICH TEYF, | ) | |
| Defendant. | ) | |

Upon motion of the United States, and for good cause shown and finding no detriment to any right of defendant in the delay, the Court hereby places in abeyance further briefing on and the Court's consideration of the government's Motion to Show Cause, filed at D.E. 359.

So ORDERED, this _____ day of January, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge