IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00452-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **NOTICE OF DISCLOSURE OF DATES** |
| v. | ) | **AND LOCATION OF DEPOSITIONS** |
| | ) | **PER ORDER D.E. 398** |
| LEONID ISAAKOVICH TEYF | ) | |

Defendant Leonid Isaakovich Teyf, through undersigned counsel, as set forth in the January 14, 2020 Order at D.E. 398 and with the government's agreement, files this Notice stating that the depositions of Elena Zelenova, Dmitriy Schirii, and Nocholay Grigorov (and possibly Yevganyi Vechko) will take place January 27 - 30, 2020, and the depositions of Igor Borisov, Nicolay Nogay, and Dmitry Grisheckin (and possibly Yevganyi Vechko) will take place either the week of February 17 or of February 24, 2020, all in Tel Aviv, Israel. Defendant will disclose reciprocal discovery to the government at least 3 business days in advance of each set of witness's respective depositions.

Respectfully submitted, this the 17th day of January, 2020.

/s/ F. Hill Allen
F. Hill Allen
THARRINGTON SMITH, L.L.P.
P.O. Box 1151
Raleigh, NC 27602
Phone: (919) 821-4711
Fax: (919) 829-1583
hallen@tharringtonsmith.com
N.C. State Bar No. 18884
*Counsel for Defendant*

/s/ Robert S. Wolf

Robert S. Wolf
MOSES & SINGER LLP
The Chrysler Building
405 Lexington Ave., 12th Floor
New York, NY 10174-1299
Phone: (212) 554-7825
Fax: (212) 554-7700
rwolf@mosessinger.com
*Counsel for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of January, 2020, I electronically filed the foregoing **NOTICE OF DISCLOSURE OF DATES AND LOCATION OF DEPOSITIONS PER ORDER D.E. 398** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ F. Hill Allen
F. Hill Allen
THARRINGTON SMITH, L.L.P.
P.O. Box 1151
Raleigh, NC 27602
Phone: (919) 821-4711
Fax: (919) 829-1583
hallen@tharringtonsmith.com
N.C. State Bar No. 18884
*Counsel for Defendant*