IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00452-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **DEFENDANT'S OBJECTIONS TO US** |
| | ) | **TRANSCRIPTS** |
| LEONID ISAAKOVICH TEYF | ) | |

Defendant Leonid Isaakovich Teyf, through undersigned counsel, pursuant to the Court's

original Scheduling Order and recent Order [DE 398], objects to the translation of certain

identified portions of the Government's designated transcripts as reflected in the following

transcripts sent this date to the government:

(1)     **A000013-T** (3/6/18)

(2)     **A000014-T** (3/7/18)

(3)     **A000017-T** (3/17/18)

(4)     **A000017-T** (3/17/18, second meeting)

(5)     **A000020-T** (3/25/18)

(6)     **A000045-T** (6/20/18)

(7)     **A000080-T** (9/4/18)

(8)     **A000083-T** (9/5/18)

(9)     **A000090-T** (9/10/18)

(10)    **A000101-T** (10/31/18)

(11)    **A000125** (11/27/18)

(12)    **A000134-000135-T** (6/19/18-9/21/18 phone calls)

Defendant hereby reserves any other objections to the substance of the designated transcripts for the appropriate time at trial.

Respectfully submitted, this the 22nd day of January, 2020.

/s/ F. Hill Allen
F. Hill Allen
THARRINGTON SMITH, L.L.P.
P.O. Box 1151
Raleigh, NC 27602
Phone: (919) 821-4711
Fax: (919) 829-1583
hallen@tharringtonsmith.com
N.C. State Bar No. 18884
*Counsel for Defendant*


/s/ Robert S. Wolf
Robert S. Wolf
MOSES & SINGER LLP
The Chrysler Building
405 Lexington Ave., 12th Floor
New York, NY 10174-1299
Phone: (212) 554-7825
Fax: (212) 554-7700
rwolf@mosessinger.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd of January, 2020, I electronically filed the foregoing **DEFENDANT'S OBJECTIONS TO US TRANSCRIPTS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ F. Hill Allen
F. Hill Allen
THARRINGTON SMITH, L.L.P.
P.O. Box 1151
Raleigh, NC 27602
Phone: (919) 821-4711
Fax: (919) 829-1583
hallen@tharringtonsmith.com
N.C. State Bar No. 18884
*Counsel for Defendant*