IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00452-FL-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **DEFENDANT'S DESIGNATION** |
| | ) | **OF TRANSCRIPTS** |
| LEONID ISAAKOVICH TEYF | ) | |

Defendant Leonid Isaakovich Teyf, through undersigned counsel, hereby designates transcripts as follows:

As to those transcripts of which the government has previously designated only a selected portion, Defendant designates the remaining portions of said transcripts so that the jury will have a more accurate and complete basis from which to judge statements contained therein, subject to other objections to the content of the recordings.

In addition, Defendant hereby designates the following transcripts, translations of which have been provided to the government by email:

(1)   A000126-T (10/26/15); and

(2)   A000114-T (02/26/17)

Defendant respectfully reserves the right to determine which portions of all transcripts identified above to offer into evidence based upon the evidence presented by the government at trial.

Defendant respectfully reserves the right to offer into evidence additional transcripts or portions thereof as necessitated by additional discovery and the testimony of witnesses at trial.

Respectfully submitted, this the 22nd day of January, 2020.

/s/ F. Hill Allen
F. Hill Allen
THARRINGTON SMITH, L.L.P.
P.O. Box 1151
Raleigh, NC 27602
Phone: (919) 821-4711
Fax: (919) 829-1583
hallen@tharringtonsmith.com
N.C. State Bar No. 18884
*Counsel for Defendant*

/s/ Robert S. Wolf
Robert S. Wolf
MOSES & SINGER LLP
The Chrysler Building
405 Lexington Ave., 12th Floor
New York, NY 10174-1299
Phone: (212) 554-7825
Fax: (212) 554-7700
rwolf@mosessinger.com
*Counsel for Defendant*

# CERTIFICATE OF SERVICE

   I hereby certify that on this 22nd of January, 2020, I electronically filed the foregoing **DEFENDANT'S DESIGNATION OF TRANSCRIPTS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

            /s/ F. Hill Allen
            F. Hill Allen
            THARRINGTON SMITH, L.L.P.
            P.O. Box 1151
            Raleigh, NC 27602
            Phone: (919) 821-4711
            Fax: (919) 829-1583
            hallen@tharringtonsmith.com
            N.C. State Bar No. 18884
            *Counsel for Defendant*

2061159