IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00452-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **CONSENT MOTION FOR** |
| v. ) | **EXTENSION OF TIME** |
| ) | |
| LEONID ISAAKOVICH TEYF ) | |

Defendant respectfully moves to extend the time for filing his response to the Government's Sealed Motion [DE 386] for ten (10) days, to and including February 6, 2020. The government consents to the request. In further support of this motion, Defendant shows the following:

1. The sealed Motion was filed on January 13, 2020. Accordingly, Defendant's response is due January 27.

2. Counsel for the parties will be taking the Rule 15 depositions of foreign witnesses the week of January 27, 2020.

3. Counsel for the government has this day informed undersigned counsel that the government will be filing a supplemental memorandum with respect to the Sealed Motion [DE 386] prior to January 27.

4. Defendant will need additional time to respond to the original and supplemental arguments on the Sealed Motion.

5. Counsel for the Government has been consulted and consents to the requested extension.

WHEREFORE, Defendant respectfully requests that this Motion be granted, and that the Defendant's deadline for responding to the Government's Sealed Motion [DE 386] be extended ten (10) days, through and including February 6, 2020.

This the 23rd day of January, 2020.

/s/ F. Hill Allen
F. Hill Allen
THARRINGTON SMITH, L.L.P.
P.O. Box 1151
Raleigh, NC 27602
Phone: 919) 821-4711
Fax: 919) 829-1583
hallen@tharringtonsmith.com
N.C. State Bar No. 18884
*Counsel for Defendant*

Robert S. Wolf
MOSES & SINGER LLP
The Chrysler Building
405 Lexington Ave., 12th Floor
New York, NY 10174-1299
Phone: (212) 554-7825
Fax: (212) 554-7700
rwolf@mosessinger.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 23rd day of January, 2020, I electronically filed the foregoing **MOTION FOR EXTENSION OF TIME** and proposed **ORDER** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

| | |
|---|---|
| Barbara D. Kocher | Jason M. Kellhofer |
| U.S. Attorney's Office | U.S. Attorney's Office |
| 150 Fayetteville Street, Suite 2100 | 150 Fayetteville Street, Suite 2100 |
| Raleigh, NC 27601 | Raleigh, NC 27601 |
| barb.kocher@usdoj.gov | jason.kellhofer@usdoj.gov |

/s/ F. Hill Allen
F. Hill Allen
THARRINGTON SMITH, L.L.P.
P.O. Box 1151
Raleigh, NC 27602
Phone: (919) 821-4711
Fax: (919) 829-1583
hallen@tharringtonsmith.com
N.C. State Bar No. 18884
*Counsel for Defendant*

2062108