IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00452-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LEONID ISAAKOVICH TEYF | ) | |

Upon motion of the Defendant, for good cause shown and with the consent of the government, it is hereby ORDERED that the deadline for Defendant to file his response to the Government's Sealed Motion [DE 386] is extended to and including February 6, 2020.

SO ORDERED.

This the ___ day of January, 2020.

_____
Louise W. Flanagan
United States District Judge