IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:18-CR-00452-FL-1
No. 5:18-CR-00452-FL-2

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LEONID ISAAKOVICH TEYF, and | ) | |
| TATYANA ANATOLYEVNA TEYF, | ) | |
| | ) | |
| Defendants. | ) | |

Upon motion of defendant Leonid Teyf, for good cause shown and with the consent of the government, it is hereby ORDERED that the deadline for defendants to file their responses to the government's sealed motion [DE 386] is extended to and including **February 4, 2020**.[1]

SO ORDERED, this the 24th day of January, 2020.

LOUISE W. FLANAGAN
United States District Judge

---

[1] The court shortens defendant Leonid's Teyf's proposed response time by two days to allow consideration of the motion prior to pretrial conference, noticed for February 10, 2020.