UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1-FL
NO. 5:18-CR-452-2-FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| v. | ) | ORDER TO SEAL |
| LEONID ISAAKOVICH TEYF, | ) | |
| Defendant. | ) | |
| TATYANA ANATOLYEVNA TEYF, | ) | |
| a/k/a TATIANA TEYF, | ) | |

Upon motion of the United States, it is hereby ORDERED, for good cause shown based on the facts and reasons stated in the motion, that the Supplemental Memorandum filed at D.E. 412, relating to D.E. 386, in the above-captioned matter be sealed until such time as requested to be unsealed by the United States Attorney and the court orders it unsealed.

It is FURTHER ORDERED that the Clerk of Court make available to the parties filed copies of the same.

This, the ____ day of January, 2020.

_____
LOUSIE W. FLANAGAN
United States District Judge