UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1-FL
NO. 5:18-CR-452-2-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | MOTION TO SEAL |
| ) | |
| LEONID ISAAKOVICH TEYF, ) | |
|     Defendant. ) | |
| TATYANA ANATOLYEVNA TEYF, ) | |
| a/k/a TATIANA TEYF, ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby requests the Memorandum at D.E. 418, be sealed until ordered unsealed by the Court so that information contained therein will not be made public.

The response pertains to two previously sealed motions.

WHEREFORE, the United States of America respectfully prays for the sealing of the motion filed at D.E. 418 until such time as the Court may direct. The United States also requests that the Clerk of Court be directed to provide the parties with filed copies of the motion.

1

Respectfully submitted this 27th day of January, 2020.

        ROBERT J. HIGDON, JR.
        United States Attorney

BY:   /s/ Barbara D. Kocher
        BARBARA D. KOCHER
        Assistant United States Attorney
        Criminal Division
        310 New Bern Avenue, Suite 800
        Raleigh, NC 27601
        Telephone: 919-856-4530
        Facsimile: 919-856-4828
        E-mail: barb.kocher@usdoj.gov
        N.C. State Bar #16360

## CERTIFICATE OF SERVICE

This is to certify that I have this 27th day of January, 2020, served a copy of the foregoing Motion upon the defendants by electronically filing the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to counsel of record for the defendants.

/s/ Barbara D. Kocher
BARBARA D. KOCHER
Assistant United States Attorney