IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:18-CR-00452-FL-1
No. 5:18-CR-00452-FL-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LEONID ISAAKOVICH TEYF, and | ) | |
| TATYANA ANATOLYEVNA TEYF, | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the court on reconsideration of the parties' respective motions to seal. (DE 377, 384, 419). Upon further review of the sealed filings, (DE 376, 383, 418), the court concludes that defendant Tatyana Teyf's privacy interest in protecting her personal health information and treatment outweighs the common law presumption of access to court records. However, less drastic alternatives to sealing the entirety of the filings, specifically redaction, are available.

Not later than February 5, 2020, the parties are ORDERED to tender by email to the case manager for the instant action proposed redacted copies of their respective filings for the court's inspection and approval.[1] The parties should redact only those statements specifically pertaining to defendant Tatyana Teyf's personal health information and treatment. If said proposed redacted filings meet with the court's approval, they will be lodged on the public docket. If the court

---

[1] The files should be submitted to the court in text searchable PDF format.

determines the parties' proposed redactions of any portion of the subject filings do not require sealing, the court's further notice will follow.

SO ORDERED, this the 3rd day of February, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge