IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-00452-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) **BILL OF PARTICULARS FOR** |
| v. | ) **FORFEITURE OF PROPERTY** |
| | ) |
| LEONID TEYF, ET AL. | ) |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, and pursuant to Federal Rule of Criminal Procedure 32.2(a), particularly alleges that the following additional property is subject to forfeiture on the basis of the forfeiture allegations set forth in the Fourth Superseding Criminal Indictment filed in the above-styled criminal case:

iii) $10,000.00 in bribe money paid by TEYF;

jjj) $35,000.00 in U.S. currency paid by TEYF to CHS1; and

kkk) $6,500.00 in U.S. currency paid by TEYF to CHS2.

1

Respectfully submitted this 3rd day of February, 2020.

> ROBERT J. HIGDON, JR.
> United States Attorney
>
> By: */s/ Matthew L. Fesak*
>   JASON M. KELLHOFER
>   BARBARA D. KOCHER
>   MATTHEW L. FESAK
>   Assistant U.S. Attorney
>   150 Fayetteville St. Suite 2100
>   Raleigh, NC 27601
>   Telephone: 919-856-4530
>   E-mail: jason.kellhofer@usdoj.gov
>   OH Bar: 0074736
>   E-mail: barb.kocher@usdoj.gov
>   NC Bar: 16360
>   E-mail: matthew.fesak@usdoj.gov
>   NC Bar: 35276

CERTIFICATE OF SERVICE

I hereby certify that I have on this 3rd day of February, 2020, served a copy of the foregoing Government's Proposed Forfeiture Jury Instructions upon counsel for the defendant electronically via ECF:

F. Hill Allen, IV
Tharrington Smith
150 Fayetteville Street, Suite 1800
Raleigh, NC 27601
Email: hallen@tharringtonsmith.com

Robert S. Wolf
Moses & Singer
405 Lexington Avenue, 12th Floor
New York, NY 10174
Email: rwolf@mosessinger.com
*Counsel for Defendant Leonid I. Teyf*

Joseph E. Zeszotarski
Gammon, Howard & Zeszotarski, PLLC
115 ½ West Morgan St.
Raleigh, NC 27601
Email: jzeszotarski@ghz-law.com

David William Long
Poyner Spruill LLP
301 Fayetteville Street, Suite 1900
Raleigh, NC 27601
Email: dwlong@poynerspruill.com
*Counsel for Defendant Tatyana Anatolyevna Teyf*

Elliot Sol Abrams
Cheshire Parker Schneider & Bryan, PLLC
133 Fayetteville Street, Suite 500
Raleigh, NC 27602
Email: Elliot.abrams@cheshirepark.com
*Counsel for Defendant Alexey Vladimirovich Timofeev and Olesya Yuryevna Timofeev*

Laura E. Beaver
The Beaver Law Firm
P.O. Box 1857
Raleigh, NC 27602
Email: laura@thebeaverlawfirm.com
*Counsel for Defendant Olesya Yuryevna Timofeev*

James E. Hairston, Jr.
Robert Julius Lane, III
Hairston Lane Brannon, PA
434 Fayetteville Street
Raleigh, NC 27602
Email: jhairston@hairstonlane.com
Email: rlane@hlbnclaw.com
*Counsel for Defendant Alexei I. Polyakov*

*/s/ Matthew L. Fesak*
MATTHEW L. FESAK
Assistant U.S. Attorney

4