IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-00452-FL

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| LEONID ISAAKOVICH TEYF | ) |

## SPECIAL VERDICT FORM

We, the jury, unanimously return the following Special Verdict by a preponderance of the evidence as to the following property:

Property Involved In Money Laundering

1. Place a check mark next to any specific property described below that is involved in, or traceable to, one or more of the money laundering violation(s) charged in Count(s) 1-9, 11-13, 17-19, 21-24, 35-36, and 40-41 of the Fourth Superseding Indictment:

_____ Real property having the physical address of 6510 New Market Way, Raleigh, North Carolina, including all appurtenances and improvements thereto, being legally described in deed book 017100 page 01227 of the Wake County Registry, North Carolina; and any and all proceeds from the sale of said property.

_____ Real property having the physical address of 7900 Hardwick Drive, Raleigh, North Carolina, including all appurtenances and improvements thereto, being legally described in deed book 017105 page 00839 of the Wake County Registry, North Carolina;

and any and all proceeds from the sale of said property.

_____ Real property having the physical address of 133 Hargett St., Raleigh, North Carolina, including all appurtenances and improvements thereto, being legally described in deed book 017105 page 928-31 of the Wake County Registry, North Carolina; and any and all proceeds from the sale of said property.

_____ Real property having the physical address of 510 Glenwood Ave., Unit #503, Raleigh, North Carolina, including all appurtenances and improvements thereto, being legally described in deed book 16702 page 01356 of the Wake County Registry, North Carolina; and any and all proceeds from the sale of said property.

_____ 2018 Toyota Landcruiser, with VIN # JTMCY7AJ2J4069983;

_____ 2014 Mercedes Benz S550, with VIN # WDDUG8CB9EA009828;

_____ 2018 Mercedes Benz S560, with VIN # WDDUG8DB8JA368001;

_____ 2018 Mercedes Benz S63 AMG 4MA, with VIN # WDDUG8JB0JA394158;

_____ 2019 Toyota 4Runner, with VIN # JTEBU5JR0K5620629;

_____ Artwork purchased by LENOID I. TEYF, on or about August 14, 2015, from ABA Gallery, Inc., located at 7 East 17th Street, New York, New York 1003 for a total amount of $2,600,000.00;

_____ All funds held in Bank of America Account No. XXXX XXXX 3905 ($40,568.73);

_____ All funds held in Bank of America Account No. XXXX XXXX 6014 ($3,515.36);

_____ All funds held in Bank of America Account No. XXXX XXXX 3844 ($200.00);

_____ All funds held in Bank of America Account No. XXXX XXXX 9409 ($200.00);

_____ All funds held in Bank of America Account No. XXXX XXXX 1314 ($20,323.93);

_____ All funds held in Bank of America Account No. XXXX XXXX 1991 ($250,023.40);

_____ All funds held in Bank of America Account No. XXXX XXXX 9748 ($2,520,044.74);

_____ All funds held in Bank of America Account No. XXXX XXXX 3285 ($40,879.08);

_____ All funds held in Bank of America Account No. XXXX XXXX 1292 ($665.00);

_____ All funds held in Bank of America Account No. XXXX XXXX 3691 ($50.00);

_____ All funds held in Branch Bank and Trust Account No. XXXX XXXX 2890 ($79,905.22);

_____ All funds held in Branch Bank and Trust Account No. XXXX XXXX 1502 ($936,372.99);

_____ All funds held in First Citizen's Bank Account No. XXXX XXXX 0918 ($1,441,629.61);

_____ All funds held in First Citizen's Bank Account No. XXXX XXXX 3951 ($12,699.49);

_____ All funds held in PNC Bank Account No. XXXX XXXX 4742 ($210,929.84);

_____ All funds held in PNC Bank Account No. XXXX XXXX 4726 ($62,448.35);

_____ All funds held in Merrill Lynch Account No. XXX-X0857 ($1,503,836.15);

_____ All funds held in Merrill Lynch Account No. XXX-X1096 ($1,001,493.61);

_____ All funds held in Merrill Lynch Account No. XXX-X0890 ($241,140.30);

_____ $50,000.00 in United States Currency seized from 510 Glenwood Ave., Unit #503, Raleigh, North Carolina;

_____ $28,909.09 in United States Currency seized from 6510 New Market Way, Raleigh, North Carolina;

_____ $700,000 transferred December 5, 2018, into Union Bancaire Privee UBP SA Acccount No. XXXXXXX1329;

_____ All undisbursed funds to be deposited in escrow by Lank Ventures, LLC, following the release of Branch Bank and Trust

Account No. XXXX XXXX 4304 pursuant to the Order Granting Joint Motion to Release Funds entered on February 20, 2019.

### Proceeds

2. Place a check mark next to any specific property described below which constitutes or is derived from proceeds traceable to the bribery offense charged in Count 27 of the Fourth Superseding Indictment:

_____ $10,000.00 in bribe money paid by TEYF

3. Place a check mark next to any specific property described below which constitutes or is derived from proceeds traceable to the murder-for-hire offense charged in Count 28 of the Fourth Superseding Indictment:

_____ $35,000.00 in U.S. currency paid by TEYF to CHS1

_____ $6,500.00 in U.S. currency paid by TEYF to CHS2

### Firearms and Ammunition

4. Place a check mark next to any specific property described below that was involved in or used in the murder-for-hire offense charged in Count 28 of the Fourth Superseding Indictment:

_____ Ruger P94 .40 caliber pistol with obliterated serial number, marked "Sturm, Ruger & Co. Inc. Southport, CONN, U.S.A.," and any and all related magazines and ammunition.

5. Place a check mark next to any specific property described below that was involved in or used in the firearms offense charged in Count 29 of the Fourth Superseding Indictment:

_____ Ruger P94 .40 caliber pistol with obliterated serial number, marked "Sturm, Ruger & Co. Inc. Southport, CONN, U.S.A.," and any and all related magazines and ammunition.

So Say We All, this \_\_\_\_\_ day of _____, 2020.

_____
FOREPERSON