IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00452-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LEONID ISAAKOVICH TEYF ) | |

This matter is before the Court on the Defendant's motion for extension of the time to file proposed jury instructions and *voir dire* questions. For good cause shown, the motion is granted. Defendant's time to file additional proposed jury instructions and *voir dire* questions is extended to and including March 9, 2020.

This the ___ day of February, 2020.

_____
Louise W. Flanagan
United States District Judge