UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-2-FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LEONID ANATOLYEVNA TEYF | **VERDICT SHEET** |

WE THE JURY UNANIMOUSLY FIND AS FOLLOWS:

COUNT 1

As to Count 1, that alleges that between on or about 2 March 2011 and the present the defendant LEONID TEYF conspired with Tatyana Teyf, Alexey Timofeev, and others known and unknown to the grand jury, to commit the offenses of (a) knowingly conducting and attempting to conduct financial transactions affecting interstate commerce and foreign commerce, which transactions involved the proceeds of a specified unlawful activity, that is, an offense against a foreign nation (Russia) involved bribery of a public official and the misappropriation, theft, or embezzlement of public funds by or for the benefit of a public official, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of 18 USC § 1956(a)(1)(B)(i); and (b) knowingly engaging and attempting to engage in monetary transactions by, through or to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value grater than $10,000, such property having been derived from a specified unlawful activity, that is, an offense against a foreign nation (Russia) involving bribery of a public official and the misappropriation, theft, or embezzlement of public funds by or for the benefit of a public official, in violation of 18 USC § 1957, all alleged to be in violation of 18 USC § 1956(h),

We the jury unanimously find the defendant LEONID TEYF:

_____        Not Guilty

_____        Guilty

Count 2

As to Count 2, that alleges that on or about 11 August 2017, defendant LEONID TEYF did, himself or knowingly aiding and abetting another, knowingly engage and attempt to engage in a monetary transaction by, through or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is, the transfer of $260,000 from Bank of America account XXXX XXXX 1736 to Bank of America account XXXX XXXX 4884, such property having been derived from a specified unlawful activity, that is, an offense against a foreign nation (Russia) involving bribery of a public official and the misappropriation, theft, or embezzlement of public funds by or for the benefit of a public official, all alleged to be in violation of 18 USC § 1957 and 2,

We the jury unanimously find the defendant LEONID TEYF:

_____        Not Guilty

_____        Guilty

Count 3

As to Count 3, that alleges that on or about 29 November 2016, defendant LEONID TEYF did, himself or knowingly aiding and abetting another, knowingly engage and attempt to engage in a monetary transaction by, through or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is, the deposit of check #1075 in the amount of $21,857.13 written on Bank of America account XXXX XXXX 1736 to Bank of America account XXXX XXXX 4981, such property having been derived from a specified unlawful activity, that is, an offense against a foreign nation (Russia) involving bribery of a public official and the misappropriation, theft, or embezzlement of public

2

funds by or for the benefit of a public official, all alleged to be in violation of 18 USC § 1957 and 2,

We the jury unanimously find the defendant LEONID TEYF:

    _____    Not Guilty

    _____    Guilty

## Count 4

As to Count 4, that alleges that on or about 29 November 2016, defendant LEONID TEYF did, himself or knowingly aiding and abetting another, knowingly engage and attempt to engage in a monetary transaction by, through or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is, the deposit of check #1074 in the amount of $50,000.00 written on Bank of America account XXXX XXXX 1736 to Bank of America account XXXX XXXX 4981, such property having been derived from a specified unlawful activity, that is, an offense against a foreign nation (Russia) involving bribery of a public official and the misappropriation, theft, or embezzlement of public funds by or for the benefit of a public official, all alleged to be in violation of 18 USC § 1957 and 2,

We the jury unanimously find the defendant LEONID TEYF:

    _____    Not Guilty

    _____    Guilty

## Count 5

As to Count 5, that alleges that on or about 26 January 2015, defendant LEONID TEYF did, himself or knowingly aiding and abetting another, knowingly engage and attempt to engage in a monetary transaction by, through or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is, the transfer of $2,000,000 from Bank of America account XXXX XXXX 1991 to Bank of America account XXXX XXXX 6014,

such property having been derived from a specified unlawful activity, that is, an offense against a foreign nation (Russia) involving bribery of a public official and the misappropriation, theft, or embezzlement of public funds by or for the benefit of a public official, all alleged to be in violation of 18 USC § 1957 and 2,

We the jury unanimously find the defendant LEONID TEYF:

      _____      Not Guilty

      _____      Guilty

## Count 6

As to Count 6, that alleges that on or about 14 February 2018, defendant LEONID TEYF did, himself or knowingly aiding and abetting another, knowingly engage and attempt to engage in a monetary transaction by, through or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is, the transfer of $5,035,006.09 from Bank of America account XXXX XXXX 1991 to First Citizen's Bank account XXXX XXXX 3812, such property having been derived from a specified unlawful activity, that is, an offense against a foreign nation (Russia) involving bribery of a public official and the misappropriation, theft, or embezzlement of public funds by or for the benefit of a public official, all alleged to be in violation of 18 USC § 1957 and 2,

We the jury unanimously find the defendant LEONID TEYF:

      _____      Not Guilty

      _____      Guilty

## Count 7

As to Count 7, that alleges that on or about 14 February 2018, defendant LEONID TEYF did, himself or knowingly aiding and abetting another, knowingly engage and attempt to engage in a monetary transaction by, through or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is, the transfer of $5,035,000.00 from Bank of

America account XXXX XXXX 1991 to BB&T account XXXX XXXX 1502, such property having been derived from a specified unlawful activity, that is, an offense against a foreign nation (Russia) involving bribery of a public official and the misappropriation, theft, or embezzlement of public funds by or for the benefit of a public official, all alleged to be in violation of 18 USC § 1957 and 2,

We the jury unanimously find the defendant LEONID TEYF:

    _____    Not Guilty

    _____    Guilty

## Count 8

As to Count 8, that alleges that on or about 14 February 2018, defendant LEONID TEYF did, himself or knowingly aiding and abetting another, knowingly engage and attempt to engage in a monetary transaction by, through or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is, the transfer of $5,035,000.00 from Bank of America account XXXX XXXX 1991 to PNC account XXXX XXXX 4726, such property having been derived from a specified unlawful activity, that is, an offense against a foreign nation (Russia) involving bribery of a public official and the misappropriation, theft, or embezzlement of public funds by or for the benefit of a public official, all alleged to be in violation of 18 USC § 1957 and 2,

We the jury unanimously find the defendant LEONID TEYF:

    _____    Not Guilty

    _____    Guilty

## Count 9

As to Count 9, that alleges that on or about 12 October 2016, defendant LEONID TEYF did, himself or knowingly aiding and abetting another, knowingly engage and attempt to engage in a monetary transaction by, through or to a financial institution, affecting interstate or foreign commerce, in criminally derived property

of a value greater than $10,000, that is, the payment of real estate taxes in the amount of $50,662.33 from Bank of America account XXXX XXXX 3285, such property having been derived from a specified unlawful activity, that is, an offense against a foreign nation (Russia) involving bribery of a public official and the misappropriation, theft, or embezzlement of public funds by or for the benefit of a public official, all alleged to be in violation of 18 USC § 1957 and 2,

We the jury unanimously find the defendant LEONID TEYF:

_____    Not Guilty

_____    Guilty

## Count 11

As to Count 11, that alleges that on or about 23 April 2018, defendant LEONID TEYF did, himself or knowingly aiding and abetting another, knowingly engage and attempt to engage in a monetary transaction by, through or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is, the purchase of a counter check in the amount of $1,087,804.34 using funds from Bank of America account XXXX XXXX 3905, such property having been derived from a specified unlawful activity, that is, an offense against a foreign nation (Russia) involving bribery of a public official and the misappropriation, theft, or embezzlement of public funds by or for the benefit of a public official, all alleged to be in violation of 18 USC § 1957 and 2,

We the jury unanimously find the defendant LEONID TEYF:

_____    Not Guilty

_____    Guilty

## Count 12

As to Count 12, that alleges that on or about 10 May 2018, defendant LEONID TEYF did, himself or knowingly aiding and abetting another, knowingly engage and attempt to engage in a monetary transaction by, through or to a financial institution,

affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is, the transfer of $30,000.00 from Bank of America account XXXX XXXX 3905 to Bank of America account XXXX XXXX 1314, such property having been derived from a specified unlawful activity, that is, an offense against a foreign nation (Russia) involving bribery of a public official and the misappropriation, theft, or embezzlement of public funds by or for the benefit of a public official, all alleged to be in violation of 18 USC § 1957 and 2,

We the jury unanimously find the defendant LEONID TEYF:

      _____      Not Guilty

      _____      Guilty

### Count 13

As to Count 13, that alleges that on or about 03 February 2016, defendant LEONID TEYF did, himself or knowingly aiding and abetting another, knowingly engage and attempt to engage in a monetary transaction by, through or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is, the transfer of $100,000 from Bank of America account XXXX XXXX 6014 to Bank of America account XXXX XXXX 1736, such property having been derived from a specified unlawful activity, that is, an offense against a foreign nation (Russia) involving bribery of a public official and the misappropriation, theft, or embezzlement of public funds by or for the benefit of a public official, all alleged to be in violation of 18 USC § 1957 and 2,

We the jury unanimously find the defendant LEONID TEYF:

      _____      Not Guilty

      _____      Guilty

### Count 17

As to Count 17, that alleges that on or about 12 February 2015, defendant LEONID TEYF did, himself or knowingly aiding and abetting another, knowingly

engage and attempt to engage in a monetary transaction by, through or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is, the transfer of $450,000 from Bank of America account XXXX XXXX 6014 to Bank of America account XXXX XXXX 1736, such property having been derived from a specified unlawful activity, that is, an offense against a foreign nation (Russia) involving bribery of a public official and the misappropriation, theft, or embezzlement of public funds by or for the benefit of a public official, all alleged to be in violation of 18 USC § 1957 and 2,

We the jury unanimously find the defendant LEONID TEYF:

      _____  Not Guilty

      _____  Guilty

### Count 18

As to Count 18, that alleges that on or about 06 November 2015, defendant LEONID TEYF did, himself or knowingly aiding and abetting another, knowingly engage and attempt to engage in a monetary transaction by, through or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is, the transfer of $700,000 from Bank of America account XXXX XXXX 6014 to Bank of America account XXXX XXXX 1736, such property having been derived from a specified unlawful activity, that is, an offense against a foreign nation (Russia) involving bribery of a public official and the misappropriation, theft, or embezzlement of public funds by or for the benefit of a public official, all alleged to be in violation of 18 USC § 1957 and 2,

We the jury unanimously find the defendant LEONID TEYF:

      _____  Not Guilty

      _____  Guilty

### Count 19

As to Count 19, that alleges that on or about 29 May 2014, defendant LEONID TEYF did, himself or knowingly aiding and abetting another, knowingly engage and

attempt to engage in a monetary transaction by, through or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is, the transfer of $9,000,000 from Bank of America account XXXX XXXX 6014 to Bank of America account XXXX XXXX 1991, such property having been derived from a specified unlawful activity, that is, an offense against a foreign nation (Russia) involving bribery of a public official and the misappropriation, theft, or embezzlement of public funds by or for the benefit of a public official, all alleged to be in violation of 18 USC § 1957 and 2,

We the jury unanimously find the defendant LEONID TEYF:

_____        Not Guilty

_____        Guilty

Count 21

As to Count 21, that alleges that on or about 19 February 2015, defendant LEONID TEYF did, himself or knowingly aiding and abetting another, knowingly engage and attempt to engage in a monetary transaction by, through or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is, the transfer of $132,000 from Bank of America account XXXX XXXX 9409 to Wells Fargo Bank account XXXX XXXX 1952, such property having been derived from a specified unlawful activity, that is, an offense against a foreign nation (Russia) involving bribery of a public official and the misappropriation, theft, or embezzlement of public funds by or for the benefit of a public official, all alleged to be in violation of 18 USC § 1957 and 2,

We the jury unanimously find the defendant LEONID TEYF:

_____        Not Guilty

_____        Guilty

Count 22

As to Count 22, that alleges that on or about 04 November 2014, defendant LEONID TEYF did, himself or knowingly aiding and abetting another, knowingly

9

engage and attempt to engage in a monetary transaction by, through or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is, the transfer of $19,000 from Bank of America account XXXX XXXX 9409 to PNC account XXXX XXXX 5564, such property having been derived from a specified unlawful activity, that is, an offense against a foreign nation (Russia) involving bribery of a public official and the misappropriation, theft, or embezzlement of public funds by or for the benefit of a public official, all alleged to be in violation of 18 USC § 1957 and 2,

We the jury unanimously find the defendant LEONID TEYF:

_____    Not Guilty

_____    Guilty

Count 23

As to Count 23, that alleges that on or about 25 September 2014, defendant LEONID TEYF did, himself or knowingly aiding and abetting another, knowingly engage and attempt to engage in a monetary transaction by, through or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is, the transfer of $30,000 from Bank of America account XXXX XXXX 9409 to PNC account XXXX XXXX 5564, such property having been derived from a specified unlawful activity, that is, an offense against a foreign nation (Russia) involving bribery of a public official and the misappropriation, theft, or embezzlement of public funds by or for the benefit of a public official, all alleged to be in violation of 18 USC § 1957 and 2,

We the jury unanimously find the defendant LEONID TEYF:

_____    Not Guilty

_____    Guilty

Count 24

As to Count 24, that alleges that on or about 02 September 2014, defendant LEONID TEYF did, himself or knowingly aiding and abetting another, knowingly

10

engage and attempt to engage in a monetary transaction by, through or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is, the transfer of $50,000 from Bank of America account XXXX XXXX 9409 to Bank of America account XXXX XXXX 0990, such property having been derived from a specified unlawful activity, that is, an offense against a foreign nation (Russia) involving bribery of a public official and the misappropriation, theft, or embezzlement of public funds by or for the benefit of a public official, all alleged to be in violation of 18 USC § 1957 and 2,

We the jury unanimously find the defendant LEONID TEYF:

_____     Not Guilty

_____     Guilty

## Count 27

As to Count 27, that alleges that on or about 23 May 2018, defendant LEONID TEYF did corruptly give, offer, and promise a thing of value to a public official, with the intent to induce a public official to do an act and omit to do an act in violation of his official duty, that is, by giving $10,000 to an employee of the United States Department of Homeland Security to cause an individual to be deported from the United States, in violation of 18 USC § 201(b)(1),

We the jury unanimously find the defendant LEONID TEYF:

_____     Not Guilty

_____     Guilty

## Count 28

As to Count 28, that alleges that on or about 20 June 2018, defendant LEONID TEYF did knowingly use or cause another to use a facility of interstate commerce, to wit, a cellular telephone, with the intent that the murder of A.G. be committed in violation of the laws of the North Carolina as consideration for an agreement to pay things of pecuniary value, to wit, a sum of U.S. currency, in violation of 18 USC §1958,

We the jury unanimously find the defendant LEONID TEYF:

    _____    Not Guilty

    _____    Guilty

## Count 29

As to Count 29, that alleges that on or about 20 June 2018, defendant LEONID TEYF, aiding and abetting others known and unknown to the grand jury, did knowingly possess a firearm that had been shipped and transported in interstate commerce from which the manufacturer's serial number had been removed, altered and obliterated, in violation of 18 USC §922(k), 924(a)(1)(B) and 2,

We the jury unanimously find the defendant LEONID TEYF:

    _____    Not Guilty

    _____    Guilty

## Count 30

As to Count 30, that alleges that between on or about 28 October 2014 and 28 October 2018 the defendant LEONID TEYF conspired with Tatyana Teyf, Alexey Timofeev, Olesya Timofeeva, and others known and unknown to the grand jury, to commit the offense of encouraging and inducing an alien to come to, enter, or reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, or residence is or will be in violation of law, in violation of 8 USC § 1324(a)(1)(A)(iv), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(A)(v)(II).

We the jury unanimously find the defendant LEONID TEYF:

    _____    Not Guilty

    _____    Guilty

Count 31

As to Count 31, that alleges that on or about 10 August 2018 the defendant LEONID TEYF did knowingly use and possess an immigrant visa in the name of LEONID ISAAKOVICH TEYF, which the defendant knew to be procured by means of a false claim and statement, in that the defendant did falsely claim on an I-140 application that he was entering the United States to be a multinational executive employee of Delta Plus, LLC, making $110,000 annually, and LEONID ISAAKOVICH TEYF was in possession of and used the resulting visa at the Raleigh-Durham International Airport, in violation of 18 USC § 1546(a),

We the jury unanimously find the defendant LEONID TEYF:

_____   Not Guilty

_____   Guilty


Count 35

As to Count 35, that alleges that on or about 27 February 2018, defendant LEONID TEYF did, himself or knowingly aiding and abetting another, knowingly engage and attempt to engage in a monetary transaction by, through or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is, an official check from PNC Bank for $163,000.00 drawn on account XXXX XXXX 4276 for the purchase of a Mercedes Benz S63 AMG 4MA, such property having been derived from a specified unlawful activity, that is, an offense against a foreign nation (Russia) involving bribery of a public official and the misappropriation, theft, or embezzlement of public funds by or for the benefit of a public official, all alleged to be in violation of 18 USC § 1957,

We the jury unanimously find the defendant LEONID TEYF:

_____   Not Guilty

_____   Guilty

Count 36

As to Count 36, that alleges that on or about 22 September 2018, defendant LEONID TEYF did, himself or knowingly aiding and abetting another, knowingly engage and attempt to engage in a monetary transaction by, through or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is, the transfer of $2,600,000 from Bank of America account XXXX XXXX 1991 to ABA Gallery, Inc. for the purchase of art work, such property having been derived from a specified unlawful activity, that is, an offense against a foreign nation (Russia) involving bribery of a public official and the misappropriation, theft, or embezzlement of public funds by or for the benefit of a public official, all alleged to be in violation of 18 USC § 1957,

We the jury unanimously find the defendant LEONID TEYF:

_____      Not Guilty

_____      Guilty


Count 40

As to Count 40, that alleges that on or about 23 April 2018, defendant LEONID TEYF did, himself or knowingly aiding and abetting another, knowingly engage and attempt to engage in a monetary transaction by, through or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is, the purchase of 133 Hargett Street, Raleigh, NC, with funds from Bank of America accounts XXXX XXXX 6014 and XXXX XXXX 3905, such property having been derived from a specified unlawful activity, that is, an offense against a foreign nation (Russia) involving bribery of a public official and the misappropriation, theft, or embezzlement of public funds by or for the benefit of a public official, all alleged to be in violation of 18 USC § 1957,

We the jury unanimously find the defendant LEONID TEYF:

_____      Not Guilty

_____      Guilty

Count 41

As to Count 41, that alleges that on or about 23 February 2017, defendant LEONID TEYF did, himself or knowingly aiding and abetting another, knowingly engage and attempt to engage in a monetary transaction by, through or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is, the purchase of 510 Glenwood Ave., Unit #503, Raleigh, NC, with funds from Bank of America account XXXX XXXX 1991, such property having been derived from a specified unlawful activity, that is, an offense against a foreign nation (Russia) involving bribery of a public official and the misappropriation, theft, or embezzlement of public funds by or for the benefit of a public official, all alleged to be in violation of 18 USC § 1957,

We the jury unanimously find the defendant LEONID TEYF:

_____     Not Guilty

_____     Guilty


Count 44

As to Count 44, that alleges that on or about 26 September 2013, defendant LEONID TEYF did willfully make and subscribe a tax return, which was verified by a written declaration that it was made under the penalties of perjury and which LEONID TEYF allegedly did not believe to be true and correct as to every material matter, in that on Schedule B of the 2012 Form 1040, LEONID TEYF denied having a financial interest in or signature authority over a financial account located in a foreign country, when in fact he allegedly knew that he did have such reportable interest in a foreign account, all alleged to be in violation of 26 USC § 7206(1),

We the jury unanimously find the defendant LEONID TEYF:

_____     Not Guilty

_____     Guilty

## Count 45

As to Count 45, that alleges that on or about 09 April 2015, defendant LEONID TEYF did willfully make and subscribe a tax return, which was verified by a written declaration that it was made under the penalties of perjury and which LEONID TEYF allegedly did not believe to be true and correct as to every material matter, in that on Schedule B of the 2014 Form 1040, LEONID TEYF denied having a financial interest in or signature authority over a financial account located in a foreign country, when in fact he allegedly knew that he did have such reportable interest in a foreign account, all alleged to be in violation of 26 USC § 7206(1),

We the jury unanimously find the defendant LEONID TEYF:

    _____  Not Guilty

    _____  Guilty

## Count 46

As to Count 46, that alleges that on or about 31 August 2016, defendant LEONID TEYF did willfully make and subscribe a tax return, which was verified by a written declaration that it was made under the penalties of perjury and which LEONID TEYF allegedly did not believe to be true and correct as to every material matter, in that on Schedule B of the 2015 Form 1040, LEONID TEYF denied having a financial interest in or signature authority over a financial account located in a foreign country, when in fact he allegedly knew that he did have such reportable interest in a foreign account, all alleged to be in violation of 26 USC § 7206(1),

We the jury unanimously find the defendant LEONID TEYF:

    _____  Not Guilty

    _____  Guilty

Count 48

As to Count 48, that alleges that on or about 30 June 2015, defendant LEONID TEYF, a resident of the United States, during the calendar year 2014 had a financial interest in and other authority over a financial account in a foreign country, which account during 2014 exceeded $10,000 in aggregate value, in that he allegedly had a financial interest in and authority over account ending in 3381 at Alfa Bank in Russia, and willfully failed to file FinCen Form 114 Report of Foreign Bank and Financial Accounts, as required by law, all alleged to be in violation of 31 USC § 5314 and 5322(b),

We the jury unanimously find the defendant LEONID TEYF:

_____         Not Guilty

_____         Guilty

Count 49

As to Count 49, that alleges that on or about 30 June 2016, defendant LEONID TEYF, a resident of the United States, during the calendar year 2015 had a financial interest in and other authority over a financial account in a foreign country, which account during 2015 exceeded $10,000 in aggregate value, in that he allegedly had a financial interest in and authority over accounts ending in 1081, 3381, 5709, and 8721 at Alfa Bank in Russia, and willfully failed to file FinCen Form 114 Report of Foreign Bank and Financial Accounts, as required by law, all alleged to be in violation of 31 USC § 5314 and 5322(b),

We the jury unanimously find the defendant LEONID TEYF:

_____         Not Guilty

_____         Guilty

This the \_\_\_\_ day of _____, 2020.

_____
Foreperson

17

## CERTIFICATE OF SERVICE

   I hereby certify that on this 3rd day of February, 2020, I electronically filed the foregoing **VERDICT SHEET** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

              /s/ F. Hill Allen
              F. Hill Allen
              THARRINGTON SMITH, L.L.P.
              P.O. Box 1151
              Raleigh, NC 27602
              Phone:  (919) 821-4711
              Fax:  (919) 829-1583
              hallen@tharringtonsmith.com
              N.C. State Bar No. 18884
              *Counsel for Defendant*