IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00452-FL-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **NOTICE OF SUGGESTED AGENDA ITEMS FOR FEB. 10 PRETRIAL CONFERENCE** |
| | ) | |
| LEONID ISAAKOVICH TEYF | ) | |

Pursuant to the Court's Order of September 10, 2019 [DE 334], Defendant Leonid Teyf respectfully suggests the following agenda items for the pretrial conference set for February 10, 2020:

1. the motions to sever by defendants and the timing, order and number of trials.

2. the government's motion to allow certain intended witnesses to testify under pseudonym.

This the 3rd day of February, 2020.

/s/ F. Hill Allen
F. Hill Allen
THARRINGTON SMITH, L.L.P.
P.O. Box 1151
Raleigh, NC 27602
Phone: 919) 821-4711
Fax: 919) 829-1583
hallen@tharringtonsmith.com
N.C. State Bar No. 18884
*Counsel for Defendant*

/s/ Robert S. Wolf
Robert S. Wolf
MOSES & SINGER LLP
The Chrysler Building

405 Lexington Ave., 12th Floor
New York, NY 10174-1299
Phone:  (212) 554-7825
Fax:  (212) 554-7700
rwolf@mosessinger.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 3rd day of February, 2020, I electronically filed the foregoing **NOTICE OF SUGGESTED AGENDA ITEMS FOR FEB. 10 PRETRIAL CONFERENCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

| | |
|---|---|
| Barbara D. Kocher | Jason M. Kellhofer |
| U.S. Attorney's Office | U.S. Attorney's Office |
| 150 Fayetteville Street, Suite 2100 | 150 Fayetteville Street, Suite 2100 |
| Raleigh, NC 27601 | Raleigh, NC 27601 |
| barb.kocher@usdoj.gov | jason.kellhofer@usdoj.gov |

      /s/ F. Hill Allen
      F. Hill Allen
      THARRINGTON SMITH, L.L.P.
      P.O. Box 1151
      Raleigh, NC 27602
      Phone: (919) 821-4711
      Fax: (919) 829-1583
      hallen@tharringtonsmith.com
      N.C. State Bar No. 18884