IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00452-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LEONID ISAAKOVICH TEYF | ) | |

Upon motion of the Defendant, for good cause shown, it is hereby ORDERED that Defendant's proposed sealed document (D.E. 436) filed on 4 February 2020 be sealed until further order of the court.

It is further ORDERED that the Clerk of Court provide a filed copy of the sealed filing to counsel for the Government and Defendant.

SO ORDERED.

This the ___ day of February, 2020.

_____
Louise W. Flanagan
United States District Judge