IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1-FL
NO. 5:18-CR-452-2-FL

| UNITED STATES OF AMERICA | |
|---|---|
| v. | NOTICE OF DISCLOSURE OF OBJECTIONS TO AUDIO DESIGNATIONS PER ORDER D.E.334 |
| LEONID ISAAKOVICH TEYF, TATYANA ANATOLYEVNA TEYF, | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, files this Notice it has complied with the deadline of February 5, 2020 as set forth in the Order at D.E. 334, by providing to counsel for each named defendant its objections to their proposed designation of audio recordings and corresponding transcripts for use at trial in this matter.

Respectfully submitted, this 5th day of February, 2020.

                ROBERT J. HIGDON, JR.
                United States Attorney

By:   */s/ Barbara D. Kocher*
       JASON M. KELLHOFER
       BARBARA D. KOCHER
       Assistant U.S. Attorney
       310 New Bern Avenue, Suite 800
       Raleigh, NC 27601
       Telephone: 919-856-4530
       Fax: 919-856-4487
       E-mail: jason.kellhofer@usdoj.gov
       OH Bar: 0074736
       E-mail:barb.kocher@usdoj.gov
       NC Bar: 16360

CERTIFICATE OF SERVICE

      This is to certify that I have this 5th day of February, 2020, served a copy of the foregoing upon the defendants by filing the foregoing with the Clerk of Court, using the CM/ECF system which will send notification of such filing to the defendant's counsel of record.

Joseph E. Zeszotarski, Jr.  
For Tatiana Teyf  
115 ½ West Morgan Street  
Raleigh, NC 27601

David W. Long  
For Tatiana Teyf  
P.O. Box 1801  
Raleigh, NC 27602-1801 Telephone:

F. Hill Allen  
Tharrington Smith, L.L.P.  
P.O. Box 1151  
Raleigh, NC 27602

Robert S. Wolf  
Moses & Singer, L.L.P.  
405 Lexington Ave. 12th Floor  
New York., NY 10174-1299

By:   */s/ Barbara D. Kocher*  
    BARBARA D. KOCHER  
    Assistant U.S. Attorney  
    310 New Bern Avenue, Suite 800  
    Raleigh, NC 27601  
    Telephone: 919-856-4530  
    Fax: 919-856-4487  
    E-mail: barb.kocher@usdoj.gov  
    NC Bar: 16360

2

Case 5:18-cr-00452-FL   Document 440   Filed 02/05/20   Page 2 of 2