UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1-FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | MOTION TO SEAL |
| | ) | |
| LEONID ISAAKOVICH TEYF, | ) | |
| Defendant. | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby requests the Motion at D.E. 473, be sealed until ordered unsealed by the Court so that information contained therein will not be made public.

The response pertains to sensitive discovery not for public disclosure.

WHEREFORE, the United States of America respectfully prays for the sealing of the motion filed at D.E. 473 until such time as the Court may direct. The United States also requests that the Clerk of Court be directed to provide the parties with filed copies of the motion.

Respectfully submitted this 18th day of February, 2020.

                ROBERT J. HIGDON, JR.
                United States Attorney

BY:  /s/ Barbara D. Kocher
       BARBARA D. KOCHER
       Assistant United States Attorney
       150 Fayetteville St. Suite 2100
       Raleigh, NC 27601
       Telephone: 919-856-4530
       Facsimile: 919-856-4828
       E-mail: barb.kocher@usdoj.gov
       N.C. State Bar #16360

1

CERTIFICATE OF SERVICE

This is to certify that I have this 18th day of February, 2020, served a copy of the foregoing Motion upon the defendants by electronically filing the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to counsel of record for the defendants.

/s/ Barbara D. Kocher
BARBARA D. KOCHER
Assistant United States Attorney

2

Case 5:18-cr-00452-FL   Document 474   Filed 02/18/20   Page 2 of 2