IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00452-FL-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **DEFENDANT LEONID TEYF'S** |
| | ) | **PROPOSED FORFEITURE INSTRUCTION** |
| LEONID ISAAKOVICH TEYF | ) | |

Defendant Leonid Isaakovich Teyf, through undersigned counsel, respectfully submits these Proposed Jury Instructions as to forfeiture.

## PROPOSED JURY INSTRUCTION

In light of your verdict that the Defendant is guilty of money laundering, you must now also decide whether he should surrender to the Government his ownership interest in certain property as a penalty for committing that crime. The law calls this "forfeiture."

On this charge, federal law provides that the government is entitled to forfeiture, if it proves, by a preponderance of the evidence, that the specific property in question:

(1) was involved in one or more of the money laundering Counts of which you have convicted Defendant; OR

(2) was traceable to such property.

Note that this is a different standard of proof than you have used for the money laundering charges. A "preponderance of the evidence" means an amount of evidence that persuades you that something is more likely true than not true. It is not proof beyond a reasonable doubt.

Property "involved in" a money laundering transaction means the money being laundered, any commissions or fees paid to the launderer, and any property used to facilitate the laundering.

Mingling tainted funds with legitimate funds exposes the legitimate funds to forfeiture as well, <u>only if</u> the mingling was done for the purpose of concealing the nature or source of the tainted funds, in other words, to "facilitate" the money laundering.

While deliberating, you may consider any evidence admitted during the trial. However, you must not reexamine your previous determination regarding guilt of money laundering. All of my previous instructions concerning consideration of the evidence, the credibility of witnesses, your duty to deliberate together and to base your verdict solely on the evidence without prejudice, bias or sympathy, and the requirement of unanimity apply here as well.

On the verdict form, I have listed the various items that the Government claims Defendant should forfeit. You must indicate which specific property, if any, Defendant shall forfeit.

Do not concern yourselves with claims that others may have to the property. That is for the court to determine later.

-------------------------------------

First Circuit Pattern Jury Instruction 4.18.982

Respectfully submitted, this the 18th day of February, 2020.

/s/ F. Hill Allen
F. Hill Allen
THARRINGTON SMITH, L.L.P.
P.O. Box 1151
Raleigh, NC 27602
Phone: (919) 821-4711
Fax: (919) 829-1583
hallen@tharringtonsmith.com
N.C. State Bar No. 18884
*Counsel for Defendant*

/s/ Robert S. Wolf
Robert S. Wolf
MOSES & SINGER LLP
The Chrysler Building
405 Lexington Ave., 12th Floor
New York, NY 10174-1299
Phone: (212) 554-7825
Fax: (212) 554-7700
rwolf@mosessinger.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of February, 2020, I electronically filed the foregoing **DEFENDANT LEONID TEYF'S PROPOSED FORFEITURE INSTRUCTION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ F. Hill Allen
F. Hill Allen
THARRINGTON SMITH, L.L.P.
P.O. Box 1151
Raleigh, NC 27602
Phone: (919) 821-4711
Fax: (919) 829-1583
hallen@tharringtonsmith.com
N.C. State Bar No. 18884
*Counsel for Defendant*