UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1-FL

UNITED STATES OF AMERICA

v.

LEONID ISAAKOVICH TEYF

**VERDICT SHEET AS TO FORFEITURE**

We the jury unanimously find by a preponderance of the evidence the following property to be subject to forfeiture to the Government:

[INSTRUCTIONS: Place a check mark next to any specific property that you unanimously find by a preponderance of the evidence to be involved in or traceable to the money laundering violation[s] charged in Counts _____:]

_____ Real property having the physical address of 6510 New Market Way, Raleigh, NC, including all appurtenances and improvements thereto, being legally described in deed book 017100 page 01227 of the Wake County Registry, North Carolina; and any and all proceeds from the sale of said property.

_____ Real property having the physical address of 7900 Hardwick Drive, Raleigh, North Carolina, including all appurtenances and improvements thereto, being legally described in deed book 017105 page 00839 of the Wake County Registry, North Carolina; and any and all proceeds from the sale of said property.

_____ Real property having the physical address of 133 Hargett St., Raleigh, North Carolina, including all appurtenances and improvements thereto, being legally described in deed book

017105 page 928-31 of the Wake County Registry, North Carolina; and any and all proceeds from the sale of said property.

_____  Real property having the physical address of 510 Glenwood Ave., Unit #503, Raleigh, North Carolina, including all appurtenances and improvements thereto, being legally described in deed book 16702 page 01356 of the Wake County Registry, North Carolina; and any and all proceeds from the sale of said property.

_____  2018 Toyota Landcruiser, with VIN # JTMCY7AJ2J4069983;

_____  2014 Mercedes Benz S550, with VIN # WDDUG8CB9EA009828;

_____  2018 Mercedes Benz S560, with VIN # WDDUG8DB8JA368001;

_____  2018 Mercedes Benz S63 AMG 4MA, with VIN # WDDUG8JB0JA394158;

_____  2019 Toyota 4Runner, with VIN # JTEBU5JR0K5620629;

_____  Artwork purchased by LENOID I. TEYF, on or about August 14, 2015, from ABA Gallery, Inc., located at 7 East 17th Street, New York, New York 1003 for a total amount of $2,600,000.00;

_____  All funds held in Bank of America Account No. XXXX XXXX 3905 ($40,568.73);

_____  All funds held in Bank of America Account No. XXXX XXXX 6014 ($3,515.36);

_____  All funds held in Bank of America Account No. XXXX XXXX 3844 ($200.00);

_____  All funds held in Bank of America Account No. XXXX XXXX 9409 ($200.00);

_____  All funds held in Bank of America Account No. XXXX XXXX 1314 ($20,323.93);

_____    All funds held in Bank of America Account No. XXXX XXXX 1991 ($250,023.40);

_____    All funds held in Bank of America Account No. XXXX XXXX 9748 ($2,520,044.74);

_____    All funds held in Bank of America Account No. XXXX XXXX 3285 ($40,879.08);

_____    All funds held in Bank of America Account No. XXXX XXXX 1292 ($665.00);

_____    All funds held in Bank of America Account No. XXXX XXXX 3691 ($50.00);

_____    All funds held in Branch Bank and Trust Account No. XXXX XXXX 2890 ($79,905.22);

_____    All funds held in Branch Bank and Trust Account No. XXXX XXXX 1502 ($936,372.99);

_____    All funds held in First Citizen's Bank Account No. XXXX XXXX 0918 ($1,441,629.61);

_____    All funds held in First Citizen's Bank Account No. XXXX XXXX 3951 ($12,699.49);

_____    All funds held in PNC Bank Account No. XXXX XXXX 4742 ($210,929.84);

_____    All funds held in PNC Bank Account No. XXXX XXXX 4726 ($62,448.35);

_____    All funds held in Merrill Lynch Account No. XXXX-X0857 ($1,503,836.15);

_____    All funds held in Merrill Lynch Account No. XXXX-X1096 ($1,001,493.61);

_____    All funds held in Merrill Lynch Account No. XXXX-X0890 ($241,140.30);

_____    $50,000.00 in United States Currency seized from 510 Glenwood Ave., Unit #503, Raleigh, North Carolina;

_____    $28,909.09 in United States Currency seized from 6510 New Market Way, Raleigh, North Carolina;

_____    $700,000 transferred December 5, 2018, into Union Bancaire Privee UBP SA Account No. XXXXXXX1329;

_____    All undisbursed funds to be deposited in escrow by Lank Ventures, LLC, following the release of Branch Bank and Trust Account No. XXXX XXXX 4304 pursuant to the Order Granting Joint Motion to Release Funds entered on February 20, 2019.

[INSTRUCTIONS: Place a check mark next to any specific property that you unanimously find by a preponderance of the evidence to be involved in or traceable to the offense charged in Counts 27:]

_____    $10,000.00

[INSTRUCTIONS: Place a check mark next to any specific property that you unanimously find by a preponderance of the evidence to be involved in or traceable to the offense charged in Counts 28:]

_____    $35,000.00 in U.S. currency

_____    $6,500.00 in U.S. currency

_____    Ruger P94 .40 caliber pistol marked "Sturm, Ruger & Co. Inc. Southport, CONN, U.S.A.," and any and all related magazines and ammunition.

4

[INSTRUCTIONS: Place a check mark next to any specific property that you unanimously find by a preponderance of the evidence to be involved in or traceable to the offense charged in Counts 29:]

_____   Ruger P94 .40 caliber pistol marked "Sturm, Ruger & Co. Inc. Southport, CONN, U.S.A.," and any and all related magazines and ammunition.

So Say We All, this the \_\_\_\_\_ day of _____, 2020.

_____
Foreperson