UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1-FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | MOTION TO SEAL |
| | ) | |
| LEONID ISAAKOVICH TEYF, | ) | |
|     Defendant. | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby requests the Motion and attached documents filed at D.E. 483, be sealed until ordered unsealed by the Court so that information contained therein will not be made public.

The document and its attachment pertain to a proposed sealed motion. WHEREFORE, the United States of America respectfully prays for the sealing of the motion filed at D.E. 483 until such time as the United States Attorney's Office requests it be unsealed by the Court. The United States also requests that the Clerk of Court be directed to provide the parties with filed copies of the Motion

2

Respectfully submitted this 20th day of February 2020.

                ROBERT J. HIGDON, JR.
                United States Attorney

By:   */s/ Barbara D. Kocher*
       JASON M. KELLHOFER
       BARBARA D. KOCHER
       Assistant U.S. Attorney
       310 New Bern Avenue, Suite 800
       Raleigh, NC 27601
       Telephone: 919-856-4530
       Fax: 919-856-4487
       E-mail: jason.kellhofer@usdoj.gov
       OH Bar: 0074736
       E-mail: barb.kocher@usdoj.gov
       NC Bar: 16360

# CERTIFICATE OF SERVICE

This is to certify that I have this 20th day of February 2020, served a copy of the foregoing filing upon counsel for the defendant(s) in this action by electronically mailing this document to:

Joseph E. Zeszotarski, Jr.
For Tatiana Teyf
115 ½ West Morgan Street
Raleigh, NC 27601

David W. Long
For Tatiana Teyf
P.O. Box 1801
Raleigh, NC 27602-1801

F. Hill Allen
Tharrington Smith, L.L.P.
P.O. Box 1151
Raleigh, NC 27602

Robert S. Wolf
Moses & Singer, L.L.P.
405 Lexington Ave. 12th Floor
New York., NY 10174-1299

By: */s/ Barbara D. Kocher*
BARBARA D. KOCHER
Assistant U.S. Attorney
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Telephone: 919-856-4530
Fax: 919-856-4487
E-mail: barb.kocher@usdoj.gov
NC Bar: 16360