IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00452-FL-1

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LEONID ISAAKOVICH TEYF | ) | |

Upon motion of the Defendant, for good cause shown, it is hereby ORDERED that Defendant's Proposed Sealed Response (D.E. 481) filed on 19 February 2020 be sealed until further order of the Court.

It is further ORDERED that the Clerk of Court provide a filed copy of the sealed filing to counsel for the Government and Defendant.

SO ORDERED.

This the 20th day of February, 2020.

_____
Louise W. Flanagan
United States District Judge