**U.S. Department of Justice**
United States Attorney
Eastern District of North Carolina

Request of United States Attorney for Production of
Federal Prisoner In The Custody of The United States
Pursuant to Title 18, United States Code, Section 3621(d)

---

The United States Attorney for the Eastern District of North Carolina, pursuant to 18 U.S.C. § 3621(d), does hereby request the United States Marshal for the Eastern District of North Carolina, or any other authorized officer, to produce one Tyrone Thomas (Register No. 65408-056) now confined at the FCI Ashland, ST. ROUTE 716 ASHLAND, KY 41105, Phone no. 606-928-6414, Fax no. 606-929-4395 in the custody of the warden or the person there in charge, before the

- [X] United States District Court
- [ ] United States Grand Jury
- [ ] For Prosecution
- [X] For Testimony

at New Bern, North Carolina
  (city)      (state)

- [ ] forthwith
- [X] at 8:00am .m., on March 18, 2020, or at any time thereafter as the

United States Attorney or a federal Judge or Magistrate may direct, so that said person may appear in accordance with law in the case

- [X] United States of America v. Leonid Isaakovich Teyf

  Ct. No. 5:18-CR-00452-FL1

- [ ] In Re Grand Jury Proceedings No. _____

and after said person shall have appeared, to return said person to the aforementioned custody as may be directed by the United States Attorney or a federal Judge or Magistrate.

SEAL OF UNITED STATES ATTORNEY [1]/

*Barbara D. Kocher* — Barbara D. Kocher, AUSA
Assistant United States Attorney Requesting The Production of Prisoner In Custody
Telephone Nos. *(FTS):* (919) 856-4530
*(Commercial):*

Dated this 27th day of February, 2020.

Robin P. Pendergraft, AUSA, Chief, Criminal Division
United States Attorney [2]/

---

[1]/ This request is invalid without the raised seal of the United States Attorney.

[2]/ The signature of the United States Attorney approving the request is required. A Supervisory Assistant United States Attorney delegated authority by the United States Attorney may sign for the United States Attorney provided a letter of authorization is on file with the United States Marshal of the same district as the United States Attorney.

Previous Editions Obsolete

FORM USA-475
MAR. 89

Case 5:18-cr-00452-FL   Document 491   Filed 02/28/20   Page 1 of 1