IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1-FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| LEONID ISAAKOVICH TEYF, | ) | |
| Defendant. | ) | |

Upon motion of the United States of America and for good cause shown,

IT IS HEREBY ORDERED that LEONID ISAAKOVICH TEYF, Defendant, in compliance with Rule 16 of the Federal Rules of Criminal Procedure and prior Order of this Court, provide reports of its experts by 5:00 p.m. March 5, 2020.

Failure to comply with this Order could result in an order of contempt against defendant, and exclusion of evidence from trial.

So ORDERED, this _____ day of March, 2019.

_____
LOUSIE W. FLANAGAN
United States District Judge