IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00452-FL-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **MOTION TO SEAL** |
| | ) | |
| LEONID ISAAKOVICH TEYF | ) | |

Defendant Leonid Isaakovich Teyf, through undersigned counsel, respectfully moves to seal the Proposed Sealed Motion at D.E. 498, filed by him on this date, on the grounds that the Motion contains material relating to matters submitted under seal by the government.

WHEREFORE, Defendant respectfully requests that this Motion be granted, and that the Proposed Sealed Motion filed by Defendant on this date be kept under seal by the Clerk of Court until further order of this Court.

This the 5th day of March, 2020.

/s/ F. Hill Allen
F. Hill Allen
THARRINGTON SMITH, L.L.P.
P.O. Box 1151
Raleigh, NC 27602
Phone:  919) 821-4711
Fax:  919) 829-1583
hallen@tharringtonsmith.com
N.C. State Bar No. 18884
*Counsel for Defendant*

Robert S. Wolf
MOSES & SINGER LLP
The Chrysler Building
405 Lexington Ave., 12th Floor
New York, NY 10174-1299
Phone:  (212) 554-7825
Fax:  (212) 554-7700

rwolf@mosessinger.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of March, 2020, I electronically filed the foregoing **MOTION TO SEAL** and proposed **ORDER** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

| | |
|---|---|
| Barbara D. Kocher | Jason M. Kellhofer |
| U.S. Attorney's Office | U.S. Attorney's Office |
| 150 Fayetteville Street, Suite 2100 | 150 Fayetteville Street, Suite 2100 |
| Raleigh, NC 27601 | Raleigh, NC 27601 |
| barb.kocher@usdoj.gov | jason.kellhofer@usdoj.gov |

/s/ F. Hill Allen
F. Hill Allen
THARRINGTON SMITH, L.L.P.
P.O. Box 1151
Raleigh, NC 27602
Phone: (919) 821-4711
Fax: (919) 829-1583
hallen@tharringtonsmith.com
N.C. State Bar No. 18884
*Counsel for Defendant*