IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00452-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **DEFENDANT'S SUPPLEMENT TO DE 500** |
| | ) | **(WITH EXHIBITS 4-5)** |
| LEONID ISAAKOVICH TEYF | ) | |

Defendant Leonid Isaakovich Teyf, through undersigned counsel, hereby supplements DE 500 with the addition of Exhibits 4-5, attached hereto, and the additional narrative below:

**Exhibit 4** is an example of some of the required FBI/DOJ records sought through DE 500, generated to pay John Cotter, one of the Government's cooperating witnesses in this case, and produced to defense counsel. **Exhibit** 5 is a letter received from the government last night, advising for the first time that in addition to expenses, D. Strogii has been paid "reimbursement of lost wages and for general services ($20,186.02)" for a total of $21,293.04.

As reflected above and in DE 500, the Government has paid very substantial sums to its two main informants in this case and cannot conceal the underlying documentation and information in connection therewith, to which the defendant is legally entitled to enforce his Confrontation rights and otherwise for use in his defense.

Wherefore, Defendant respectfully requests that the Court consider this supplementation and the Proposed Sealed Motion on an expedited basis in light of the approaching trial, and order the government to produce all such documents with respect to its paid informants no later than 5:00 p.m. on March 10.

This the 9th day of March, 2020.

/s/ F. Hill Allen
F. Hill Allen
THARRINGTON SMITH, L.L.P.
P.O. Box 1151
Raleigh, NC 27602
Phone:  919) 821-4711
Fax:  919) 829-1583
hallen@tharringtonsmith.com
N.C. State Bar No. 18884

Robert S. Wolf
MOSES & SINGER LLP
The Chrysler Building
405 Lexington Ave., 12th Floor
New York, NY 10174-1299
Phone:  (212) 554-7825
Fax:  (212) 554-7700
rwolf@mosessinger.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of March, 2020, I electronically filed the foregoing **SUPPLEMENTATION OF DE 500 (WITH EXHBITS 4-5)** with the Clerk of the Court using the CM/ECF system, which will serve an electronic copy of the foregoing by email on the following counsel of record.

| | |
|---|---|
| Barbara D. Kocher | Jason M. Kellhofer |
| U.S. Attorney's Office | U.S. Attorney's Office |
| 150 Fayetteville Street, Suite 2100 | 150 Fayetteville Street, Suite 2100 |
| Raleigh, NC 27601 | Raleigh, NC 27601 |
| barb.kocher@usdoj.gov | jason.kellhofer@usdoj.gov |

/s/ F. Hill Allen
F. Hill Allen
THARRINGTON SMITH, L.L.P.
P.O. Box 1151
Raleigh, NC 27602
Phone:  (919) 821-4711
Fax:  (919) 829-1583
hallen@tharringtonsmith.com
N.C. State Bar No. 18884
*Counsel for Defendant*

2