# EXHIBIT 5



U. S. Department of Justice

**Robert J. Higdon, Jr.**
*United States Attorney*
*Eastern District of North Carolina*

*Terry Sanford Federal Building*  *Telephone (919) 856-4530*
*310 New Bern Avenue*  *Criminal FAX (919) 856-4487*
*Suite 800*  *Civil FAX (919) 856-4821*
*Raleigh, North Carolina 27601-1461*  *www.usdoj.gov/usao/nce*

March 8, 2020

F. Hill Allen
Tharrington Smith, L.L.P.
P.O. Box 1151
Raleigh, NC  27602
(919) 821-4711

Robert S. Wolf
Moses & Singer L.L.P.
The Chrysler Building
405 Lexington Ave., 12th Floor
New York, NY  10174-1299
(212) 554-7825

RE: United States v. LEONID TEYF - Disclosure of benefits to government witnesses

Sirs,

As to witness D. Strogii, no promises of any kind have been made for his cooperation. Minimal payments, to include travel expenses for interviews in North Carolina ($1107.02), and reimbursement of lost wages and for general services ($20,186.02) have been paid him, for a total of $21,293.04.

Thank you,

ROBERT J. HIGDON, JR.
United States Attorney

*/s/ Barbara D. Kocher*

JASON M. KELLHOFER
BARBARA D. KOCHER
Assistant United States Attorneys
Criminal Division