EXHIBIT 4

| FD-794 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|
| Version 1.7 Revised 01-10-2017 | **PAYMENT REQUEST** |

The collection of information on this form is authorized by 5 U.S.C. 301 (FBI authorized to create and retain agency records) and 28 U.S.C. 530C(b)(4) (FBI authorized to use appropriated funds for conduct of its authorized activities). Your Social Security Number is solicited as authorized by E.O. 9397 (Nov. 30, 1943), as amended by E.O. 13478 (Nov. 18, 2008). The information sought will be used by the FBI to process your request for an advance payment of funds or request for reimbursement for authorized commercial or source-related expenses. Disclosure of the requested information is mandatory; failure to provide the requested information will delay the processing of your request and may result in its denial. This information is maintained in the FBI Central Records System, Justice/FBI-002, a description of which can be found at https://go.fbinet.fbi/DO/OGC/LTB/PCLU/PrivacyCivil%20Liberties%20Library/Forms/FBI002.aspx. This information may be disclosed in accordance with the routine uses referenced in this notice.

| Cost Code*: | Forfeiture or Drug Related*? | Program/Subprogram* (If subprogram not listed, type 4 digit code): |
|---|---|---|
| 3140 | ☐ Yes ☒ No | RZUA |

### INFORMATION ABOUT THE REQUESTING EMPLOYEE

| Official Bureau Name*: (Last, First, Middle) | | | UEID*: | Date of Request*: |
|---|---|---|---|---|
| Minella | Paul | C | f62m73k51 | 06/18/19 |

| Division: | Section/RA*: | Unit/Squad*: |
|---|---|---|
| CE | Raleigh | RL02 |

| Telephone Number *(to include area code): | Case Number*: |
|---|---|
| (919) ▮▮▮▮ | ▮▮▮▮▮▮▮▮ |

### INFORMATION ABOUT THE REQUESTED PAYEE

| Alternate Name: | Division/Section/Unit: | UEID: |
|---|---|---|
| Paul C. Minella | CE/RRA/RL02 | f62m73k51 |

EC Serial Reference Number:

Is this a one time non-symbol source payment*?  If yes, provide true name of non-symbol source: **John Cotter**
☐ Yes ☒ No   If yes, provide birthday and SSN of non-symbol source: ▮▮▮▮  SSN ▮▮▮▮
Justification*:  If yes, provide service period of payment: **12/04/2018 thru 04/12/2019**

John Cotter incurred the attached expenses while providing assistance to the FBI during captioned matter. The expenses were as follows:
12/05/2018 - DoubleTree Hotel Raleigh/Cary - Cotter was asked to stay the night in a hotel after being approached and agreeing to cooperate during the investigation, in this instance, to stay at aforementioned hotel until other subjects were arrested and various locations searched.

04/05/2019 - LinxUp Tracker - Cotter was asked to maintain GPS tracking services on trucks formerly operated by CTK. These trucks were being gathered by subject Konstantin Tomilin in an effort to return them to Utah. The trackers on the trucks were utilized to verify Tomilin's location in order for an approach for an interview.

04/09/2019 thru 04/10/2019 - Hilton Salt Lake City, UT, Delta Airlines (2 charges as Cotter left a day early after Cotter was no longer needed and changed his flight itinerary), Hertz rental car for travel in Salt Lake City. Cotter set up meeting with Tomilin in Salt Lake City at truck dealer to facilitate FBI approach of Tomilin later that day.
DoubleTree Raleigh $202.72
LinxUp Tracker    $482.79
Hilton Salt Lake City $353.36
Delta (1&2)       $893.10
                  $208.70
Hertz Car Rental  $57.34
Total             $2198.01

### ACCOUNTING DETAILS

| Org. Level 2: | Program | Sub Program: | Fund: | SOC: | Sub Soc: | Description*: | Amount*: |
|---|---|---|---|---|---|---|---|
| | | | | | | | $ 2,198.01 |
| | | | | | | | |

Total Request $ 2,198.01

To be completed by **Finance Office only**:
| BBFY: | EBFY: | Partition: **FBI** | Project: | User Dimension 4: | User Dimension 5: |
|---|---|---|---|---|---|

## APPROVAL

| | Signature | Date |
|---|---|---|
| **HQ Only** | | |
| Requestor Supervisor: | | |
| Next Level Supervisor: | | |
| **Field Only** | | |
| Supervisor Initials: | Digitally Approved via Sentinel | Sentinel date |
| SAC / ASAC / AO / SAS: | Digitally Approved via Sentinel | Sentinel date |
| Procurement Authority: | | |

### FINANCE OFFICE ONLY
### SETTLEMENT OF ADVANCE

| | Creator | | FOS Approver | |
|---|---|---|---|---|
| Document No.: | Date: | Initials: | Date: | Initials: |

Commitment: _____
Obligation: _____
Advance: _____
Expense: _____
Cash Receipt: _____
Cash Receipt - OTCnet (CRO) _____
OTCnet Deposit Ticket#: _____

Debit/Tracer No: [_____]

**Settlement of Advance:**

Prior Month Advance Balance: _____
This Advance: _____
Less Receipts: _____
Funds Returned and/or Cash on Hand: _____
Amount to be Reimbursed: _____

**Form Type:** FD-794 - Payment Authorization Form  **Date:** 06/20/2019

**Title:** (U) One time payment to John Cotter

**Approved By:** SSA NIVAR FRANKLIN
A/FINMAN Tyler Osborne
A/AO HIBBS HARRY L JR
A/ASAC Eric J. Davis

**Drafted By:** MINELLA PAUL C

**Case ID #:**



**Synopsis:** (U) One time payment to John Cotter for assistance night prior to arrests this matter and setting up meeting with Konstantin Tomilin.

**Enclosure(s):** Enclosed are the following items:

UNCLASSIFIED

G001655

Title: (U) One time payment to John Cotter
Re: ▮▮▮▮▮▮▮▮ 06/20/2019

1. (U) John Cotter receipts

◆◆



**HGI SALT LAKE CITY AIRPORT**

Name and Address: COTTER, JOHN

Hotel Address: 4975 WILEY POST WAY, SALT LAKE CITY, UT 84116

Reservations: www.hiltongardeninn.com or 1-877-STAY-HGI

| Field | Value |
|---|---|
| Room | 425//Q2 |
| Arrival Date | 04/09/19 |
| Departure Date | 04/11/19 |
| Adult/Child | 1/0 |
| Room Rate | $155.23 |
| Rate Plan | L-HPPAP2 |
| Honors # | |
| Airline: | |

Confirmation # 3102851929

04/11/19 PAGE 1

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 04/09/19 | 1013855 | GUEST ROOM | $155.23 |
| 04/09/19 | 1013855 | UTAH SALES TAX | $12.03 |
| 04/09/19 | 1013855 | UTAH ROOM TAX | $9.42 |
| 04/10/19 | 1014166 | GUEST ROOM | $155.23 |
| 04/10/19 | 1014166 | UTAH SALES TAX | $12.03 |
| 04/10/19 | 1014166 | UTAH ROOM TAX | $9.42 |
| 04/10/19 | 1014167 | *************5005 | ($353.36) |
| | | ** BALANCE ** | $0.00 |

The on-line eFolio is a courtesy informational service, subject to Privacy Policy and Site Usage; actual folio kept in hotel records.


           

G001663



### DOUBLETREE
BY HILTON

500 Caitboo Ave
Cary, NC 27518
United States of America
TELEPHONE 919-239-4777 • FAX 919-239-4778
Reservations
www.hilton.com or 1 800 HILTONS

COTTER, JOHN

UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | 307/NQRQD |
| Arrival Date: | 12/4/2018 11:05:00 PM |
| Departure Date: | 12/5/2018 8:05:00 AM |
| Adult/Child: | 1/0 |
| Cashier ID: | TASMITH7 |
| Room Rate: | 179.00 |
| AL: | |
| HH # | |
| VAT # | |
| Folio No/Che | 190743 A |

Confirmation Number: 97672134

DOUBLETREE BY HILTON - RALEIGH/CARY 4/23/2019 5:24:00 PM

| DATE | REF NO | DESCRIPTION | CHARGES |
|---|---|---|---|
| 12/4/2018 | 789694 | GUEST ROOM | $179.00 |
| 12/4/2018 | 789694 | RM - NC STATE TAX | $12.98 |
| 12/4/2018 | 789694 | RM - OCCUPANCY TAX | $10.74 |
| 12/5/2018 | 789807 | AX *5005 | ($202.72) |
| | | **BALANCE** | $0.00 |

Please note that the DoubleTree by Hilton Raleigh-Cary is a 100% non-smoking hotel. A $250 cleaning may be assessed daily if this policy has been compromised. Thank you!

CREDIT CARD DETAIL

| | | | |
|---|---|---|---|
| APPR CODE | 168086 | MERCHANT ID | 4321788184 |
| CARD NUMBER | | EXP DATE | 03/21 |
| TRANSACTION ID | 789807 | TRANS TYPE | Sale |

G001664

< AGILIS SYSTEMS

**Apr 5**

# $482.79

Will appear on your Apr 24 statement as AGILISLINXUPMOTOSFTY877-732-4980 MO

Classify your transactions so that they're more meaningful to you.   Create a tag

**Card**
J COTTER - 45005

### PLAN IT
Use Plan It℠ to split up this transaction into monthly payments for a fixed monthly fee and no interest.
Create a Plan

## Let us know what you think
Help us make Statements & Activity even better! Tell us what you like, and what we can improve.

Submit Feedback

**Don't recognize this charge?**

When you open a dispute, we'll ask you a series of questions to give us more information about how to help you.

Dispute this charge

**AGILIS SYSTEMS**



Address: 775 N. Terminal Drive
Salt Lake City, UT 84122-7003
Phone: (801) 575-2683



Reservations    Locations    Support    Login

14501 Hertz Quail Springs Parkway
PO Box 269033
Oklahoma City, OK 73126

You have agreed to receive your Rental Record, Rental Agreement and Rental Jacket electronically, that you have a device capable of receiving and viewing such documents, and you understand that you have the ability to receive a paper copy of your documents by calling your renting location at the below number. These terms apply in addition to any Gold or other Loyalty program terms and conditions you may have previously agreed to.
(801) 575-2683

Privacy Policy

From: Delta Air Lines <DeltaAirLines@e.delta.com>
To:
Subject: Your Flight Receipt - JOHN P COTTER 09APR19
Date: Fri, Apr 5, 2019 2:39 pm



Hello, JOHN P 

**Your Trip Confirmation #: HW8RCI**



You're all set. If you need to adjust your itinerary, you can make standard changes to your flight on delta.com including time, date and destination. Explore all of your options here.

MAKE THE MOST OF YOUR UPCOMING TRIP:

**DOWNLOAD THE FLY DELTA APP** – book a flight, upgrade or change your seats, speed through security, receive flight status notifications, track your bags and more.
Download now >>

| **Tue, 09APR** | **DEPART** | **ARRIVE** |
|---|---|---|
| DELTA 1323 | RALEIGH-DURHAM, NC | MPLS-ST PAUL |
| Main Cabin (M) | 11:45am | 1:37pm |
| DELTA 1650 | MPLS-ST PAUL | SALT LAKE CITY |
| Main Cabin (M) | 2:25pm | 4:12pm |
| **Thu, 11APR** | **DEPART** | **ARRIVE** |
| DELTA 1269 | SALT LAKE CITY | RALEIGH-DURHAM, NC |
| Main Cabin (M) | 9:56am | 4:09pm |

### TSA CHANGES - ARRIVE EARLY

Please be aware of the recent changes to TSA screening procedures, including the requirement to place powder-like substances over 12oz./350ml in your checked bag when traveling on an international flight to the United States. For more information on powder restrictions, visit delta.com.

In addition to these changes, many airports are experiencing a high volume of travelers, resulting in long check-in, baggage drop and security checkpoint lines. Please plan to arrive at the airport at least 2 hours prior to your departure when traveling domestically (within the U.S) and at least 3 hours prior to your departure when traveling internationally. We also encourage passengers to check-in online at delta.com or via the Fly Delta app to help avoid delays.

### NEW BRANDED BOARDING ORDER

Effective January 23, 2019, boarding order will be based on the branded fare you purchased in an effort to bring consistency and clarity to the gate and boarding experience. Please note your branded fare group before boarding. SkyMiles® Medallion® Members and eligible Credit Card Members will continue to receive priority boarding. Learn more here.

RESTRICTED HAZARDOUS ITEMS

To ensure the safety of our customers and employees, **Delta will no longer accept smart bags starting January 15, 2018. Smart bags with non-removable lithium-ion batteries** will not be permitted as carry-on or checked baggage on any Delta mainline or Delta Connection flight. For more information, please visit our News Hub.

Hoverboards or any lithium battery powered self-balancing personal transportation devices are also not permitted as both carry-on and checked baggage.

Spare batteries for other devices, fuel cells, and e-cigarettes are permitted in carry-on baggage only. If your carry-on bag contains these items and is gate checked, they must be removed and carried in the cabin. Further information and specific guidelines regarding restricted items can be found here.

## Passenger Info

| NAME | FLIGHT | SEAT |
|---|---|---|
| JOHN P COTTER | DELTA 1323 | 01C |
| SkyMiles | DELTA 1650 | 20F |
| Diamond | DELTA 1269 | 34C |

Visit delta.com or use the Fly Delta app to view, select or change your seat.
If you purchased a Delta Comfort+™ seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

## Flight Receipt

Ticket #: 0062366862129

Place of Issue: Delta.com

Ticket Issue Date: 05APR19

Ticket Expiration Date: 05APR20

### METHOD OF PAYMENT

$893.10 USD

### ECREDITS APPLIED

| | |
|---|---|
| eCredits Number | 0060681497487 |
| Passenger Name | JOHN P COTTER |
| Amount Applied | $273.60 USD |
| Applied to Ticket Number | 0062366862129 |

### CHARGES

**Air Transportation Charges**

| | |
|---|---|
| Base Fare | $1179.54 USD |

**Taxes, Fees and Charges**

| | |
|---|---|
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| United States - Transportation Tax (US) | $88.46 USD |

| | |
|---|---|
| United States - Passenger Facility Charge (XF) | $13.50 USD |
| United States - Flight Segment Tax (ZP) | $12.60 USD |
| **TICKET AMOUNT** | **$1305.30 USD** |

Fare Difference - $494.88 USD

Taxes, Fees & Charges - $(1.78) USD

Service Charge - $400.00 USD

**Total Charged - $893.10 USD**

PENALTY APPLIES

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

Fare Details: RDU DL X/MSP DL SLC589.77MA0QA0MA DL RDU589.77MA0QA0MA USD1179.54END ZPRDUMSPSLC XF RDU4.5MSP4.5SLC4.5

## Service Charges and Fees

Service Charge/Fee #0062366862129

| | |
|---|---|
| Fees | 400.00 USD |
| **TOTAL** | **400.00 USD** |

Non-Transferrable. Retain this receipt for your records. The amount above is the total of any nonrefundable service charges or fees paid in conjunction with issuance, exchange or refund of the following tickets/documents, including any direct ticket charge included in the fare you were quoted.

## Checked Bag Allowance

The fees below are based on your original ticket purchase. **If you qualify for free or discounted checked baggage,** this will be taken into account when you check in.

Tue 09 Apr 2019      DELTA: RDU ▶ MSP

| CARRY ON | FIRST | SECOND |
|---|---|---|
| FREE | $30 USD | $40 USD |

Tue 09 Apr 2019      DELTA: MSP ▶ SLC

| CARRY ON | FIRST | SECOND |
|---|---|---|
| INCLUDED | INCLUDED | INCLUDED |

Visit delta.com for details on baggage embargos that may apply to your itinerary.

From: Delta Air Lines <DeltaAirLines@e.delta.com>
To:
Subject: Your Flight Receipt - JOHN P COTTER 10APR19
Date: Wed, Apr 10, 2019 5:07 pm



Hello, JOHN P

SkyMiles

**Your Trip Confirmation #: HW8RCI**



You're all set. If you need to adjust your itinerary, you can make standard changes to your flight on delta.com including time, date and destination. Explore all of your options here.

MAKE THE MOST OF YOUR UPCOMING TRIP:

**DOWNLOAD THE FLY DELTA APP** – book a flight, upgrade or change your seats, speed through security, receive flight status notifications, track your bags and more.
Download now >>

| **Wed, 10APR** | **DEPART** | **ARRIVE** |
|---|---|---|
| DELTA 1136 | SALT LAKE CITY | ATLANTA |
| Main Cabin (M) | 5:13pm | 10:55pm |
| DELTA 2328 | ATLANTA | RALEIGH-DURHAM, NC |
| Main Cabin (M) | 11:36pm | 12:59am<br>**Thu 11APR |

**Arrival date is different than departure date.

---

### TSA CHANGES - ARRIVE EARLY

Please be aware of the recent changes to TSA screening procedures, including the requirement to place powder-like substances over 12oz./350ml in your checked bag when traveling on an international flight to the United States. For more information on powder restrictions, visit delta.com.

In addition to these changes, many airports are experiencing a high volume of travelers, resulting in long check-in, baggage drop and security checkpoint lines. Please plan to arrive at the airport at least 2 hours prior to your departure when traveling domestically (within the U.S) and at least 3 hours prior to your departure when traveling internationally. We also encourage passengers to check-in online at delta.com or via the Fly Delta app to help avoid delays.

---

### NEW BRANDED BOARDING ORDER

Effective January 23, 2019, boarding order will be based on the branded fare you purchased in an effort to bring consistency and clarity to the gate and boarding experience. Please note your branded fare group before boarding. SkyMiles® Medallion® Members and eligible Credit Card Members will continue to receive priority boarding. Learn more here.

---

### RESTRICTED HAZARDOUS ITEMS

To ensure the safety of our customers and employees, **Delta will no longer accept smart bags**

starting **January 15, 2018. Smart bags with non-removable lithium-ion batteries** will not be permitted as carry-on or checked baggage on any Delta mainline or Delta Connection flight. For more information, please visit our News Hub.

Hoverboards or any lithium battery powered self-balancing personal transportation devices are also not permitted as both carry-on and checked baggage.

Spare batteries for other devices, fuel cells, and e-cigarettes are permitted in carry-on baggage only. If your carry-on bag contains these items and is gate checked, they must be removed and carried in the cabin. Further information and specific guidelines regarding restricted items can be found here.

## Passenger Info

| NAME | FLIGHT | SEAT |
|---|---|---|
| JOHN P COTTER | DELTA 1136 | Select Seat |
| SkyMiles #*********  | DELTA 2328 | Select Seat |
| Diamond | | |

Visit delta.com or use the Fly Delta app to view, select or change your seat.
If you purchased a Delta Comfort+™ seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

## Flight Receipt

Ticket #: 0062169840879

Place of Issue: Delta Reservations

Ticket Issue Date: 10APR19

Ticket Expiration Date: 05APR20

### METHOD OF PAYMENT

*********  $208.70 USD

### ECREDITS APPLIED

| eCredits Number | 0062366862129 |
|---|---|
| Passenger Name | JOHN P COTTER |
| Amount Applied | $1305.30 USD |
| Applied to Ticket Number | 0062169840879 |

### Air Transportation Charges

Base Fare  $1179.54 USD

### Taxes, Fees and Charges

| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
|---|---|
| United States - Transportation Tax (US) | $88.46 USD |
| United States - Passenger Facility Charge (XF) | $18.00 USD |
| United States - Flight Segment Tax (ZP) | $16.80 USD |

Case 5:18-cr-00452-FL   Document 502-3   Filed 03/09/20   Page 14 of 15

Fare Difference - $0.00 USD

Taxes, Fees & Charges - $8.70 USD

Service Charge - $200.00 USD

**Total Charged - $208.70 USD**

## CHARGES

### TICKET AMOUNT                                                    $1314.00 USD

NON-REF/NON-END - PENALTY APPLIES

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

Fare Details: RDU DL X/MSP DL SLC589.77MA0QA0MA DL X/ATL DL RDU589.77MA0QA0MA USD1179.54END ZP RDUMSPSLCATL XF RDU4.5MSP4.5SLC4.5ATL4.5

## Service Charges and Fees

Service Charge/Fee #0062169840879

Fees                                                                 200.00 USD

**TOTAL**                                                            **200.00 USD**

Non-Transferrable. Retain this receipt for your records. The amount above is the total of any nonrefundable service charges or fees paid in conjunction with issuance, exchange or refund of the following tickets/documents, including any direct ticket charge included in the fare you were quoted.

## Checked Bag Allowance

The fees below are based on your original ticket purchase. **If you qualify for free or discounted checked baggage,** this will be taken into account when you check in.

| Wed 10 Apr 2019 | DELTA: SLC ▶ ATL | |
|---|---|---|
| CARRY ON | FIRST | SECOND |
| FREE | $30 USD | $40 USD |

| Wed 10 Apr 2019 | DELTA: ATL ▶ RDU | |
|---|---|---|
| CARRY ON | FIRST | SECOND |
| INCLUDED | INCLUDED | INCLUDED |

Visit delta.com for details on baggage embargos that may apply to your itinerary.

### Transportation of Hazardous Materials

Federal law forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in civil penalties. Examples include: Paints, aerosols, lighter fluid, fireworks, torch lighters, tear gases and compressed gas cartridges.