UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | MOTION TO WITHDRAW DOCUMENT |
| | ) | |
| LEONID ISAAKOVICH TEYF, | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby requests the motion filed at D.E. 505, be withdrawn from the docket.

The motion was filed precipitously in the wrong manner on the docket. The motion has since been re-filed in the manner intended. In the interest of justice, the government requests the Court allow the withdrawal of the incorrectly filed version from the docket.

WHEREFORE, the United States of America respectfully prays for the withdrawal of the motion filed at D.E. 505.

Dated this the 9th day of March, 2020.

ROBERT J. HIGDON, JR.
United States Attorney

/s/ Barbara D. Kocher
BY: JASON M. KELLHOFER
BY:  BARBARA D. KOCHER
Assistant United States Attorney
Criminal Division
150 Fayetteville St Suite 2100
Raleigh, NC  27601-1461
Telephone:  (919) 856-4530
Facsimile: (919) 856-4828
Email:  barb.kocher@usdoj.gov
N.C. State Bar #16360

2

CERTIFICATE OF SERVICE

This is to certify that I have this 9th day of March 2020, served a copy of the foregoing filing upon counsel for the defendant in this action by electronic communication.

/s/ Barbara D. Kocher
BY: BARBARA D. KOCHER
Assistant United States Attorney
Criminal Division
150 Fayetteville St Suite 2100
Raleigh, NC 27601-1461
Telephone: (919) 856-4530
Facsimile: (919) 856-4828
Email: barb.kocher@usdoj.gov
N.C. State Bar #16360

3

Case 5:18-cr-00452-FL Document 508 Filed 03/09/20 Page 3 of 3