UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| LEONID ISAAKOVICH TEYF, | ) |

**Order Allowing Withdrawal of Motion from Docket**

Upon motion of the United States, it is hereby ORDERED, for good cause shown based on the facts and reasons stated in the motion, that the Motion filed at D.E. 505 in the above-captioned matter be withdrawn from the docket. The government is counseled to inspect its intended filings carefully to ensure they are correctly filed in the future.

This the 9th day of March, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge