EXHIBIT 1

Case 5:18-cr-00452-FL   Document 511-1   Filed 03/09/20   Page 1 of 5

Leonid Isaakovich enjoyed strong reputation in business circles and among ordinary people. He knew many businessmen and at every meetings they warmly and respectfully greeted him.

Such authority and respect was obtained, first of all, by his excellent business qualities as a businessman and decency as a person.

He is an excellent manager and a producer. If he started working at a company, then he would work late into the night. He is a workaholic who is keen on what he has begun and wants to bring this matter to perfection. An example of this is the company Delta Plus.

While working at this company, he had evening planning meetings with top management. Sometimes they would end them late in the evening. He wanted top management to know the problems of the company not on paper, but from the inside, from the people. Therefore, he often, even on weekends, traveled to all branches of the company with management and talked to the workers and fishermen himself. Everyone could ask him a question, and he was immediately able to solve the problem by appointing a member of the management team who would be responsible for the resolution of a problem. He would even spend a day with the fishermen and could even spend a night with them at the fishing areas. All employees of the company respected him very much. He was fair.

As per his orders, the following was done for the company:

> 1) Corporate events for employees.  Those were holidays, field trips and celebration of birthdays. He could even sing for the staff. (In his youth he had his own musical band. Music was his hobby. He can sing as a professional and very beautifully).
> 2) Every year the company celebrated the Day of the Fisherman (an industry holiday). In addition to a banquet, each department awarded its best employees with valuable prizes (from Certificates of Acknowledgement and cash awards to engines and boats as a gift for fishermen or television sets for employees).
> 3) Every year the company celebrated New Year. Employees from all departments received bonuses for the New Year and those employees who had children were given gifts for their children (bags with candy and sweets and fruits).
> 4) Every summer the company subsidized summer vacations for parents with their children at Russian resorts.
> 5) If an employee had a death in the family or the employee himself died, the company, as per Leonid's instructions, paid out additional assistance to the family.
> 6) If an employee became ill with cancer or heart disease, then the company would help out with expenses for medication.
> 7) The company also participated in charity work. The company helped the local authorities to build a church in the village of Ilyinka, helped the district hospital by donating money for the repair of this hospital. And also helped the city in organizing fish parties and fairs.

All of the above explains his reputation and respect among employees. After all, he did not have

to spend this money neither on employees, nor on the city, instead he would have received even more profit. But he really treated people humanly and took care of his employees. The company under his leadership actually became one big family. Even people have become kinder and began treated each other better.

All this affected labor productivity. The company virtually had no staff turnover.

Leonid is a very responsive person and helped a lot of people personally, not as the company. Without waiting for any compensation.

He not only knew how to pull any business out of the crisis, but also how to set it up so that it will work for many more years to come.

He is a very friendly and decent person, positive and striving for something new and interesting.

Once there was an attempted company takeover by raiders. The fight against raiders continued for 2 years. All 1,500 people signed a letter addressed to a public organization, thereby showing that they fully trust their leader. A month later the company's reputation was fully restored and the raiders were punished.

Leonid is a well-educated, intelligent, competent and polite person.

None of the employees had ever heard a curse or even a rude word coming from him. If Leonid heard that someone allowed himself to be rude or disrespectful to another person, Leonid would politely stop that. He even felt ashamed and awkward for such a rude person.

All labor disputes, if any, were conducted within the framework of labor legislation.

He did not like liars and traitors, which is absolutely understandable. This was against his principles. He parted with such people by mutual agreement of the parties. But sometimes he would even hire that person back to work for the company when a person asked for help and assured that he had changed. This generosity sometimes let Leonid down. After all, as you know, people do not change. If betrayal happened once, no doubt it will happen again. But Leonid wanted to believe people and really felt sorry for them. And some people could use that and his soft attitude for their own selfish interests.

Leonid is a fair and honest person and deserves the same fair and humane attitude toward himself.

Леонид Исаакович пользовался авторитетом в деловых бизнес-кругах и у обычных людей.

Он знал многих бизнесменов и каждый раз на встречах они его тепло и уважительно встречали.

Такой авторитет и уважение вызвано прежде всего его превосходными деловыми качествами как бизнесмена и порядочностью как человека.

Он отличный управленец, производственник. Если он начинал работать в компании, то он трудился до ночи. Он трудоголик, который увлекается начатым и хочет довести это дело до совершенства. Примером этому может как раз служить компания «Дельта-плюс».

Работая в этой компании, он делал вечерние планерки с топ-менеджментом, иногда они заканчивались поздно вечером. Он хотел, чтобы топ-менеджмент знал проблемы компании не на бумаге, а изнутри, от людей. Поэтому он часто, даже в выходные дни, выезжал по всем участкам компании с менеджментом и общался сам с рабочими и рыбаками. Каждый мог задать ему вопрос, и он тут же умел решить проблему и назначить ответственного за решение человека из менеджмента. Он даже выезжал на сутки к рыбакам и даже мог переночевать рядом с ними на местах лова. Его очень уважали все сотрудники предприятия. Он был справедлив.

По его распоряжениям в компании было сделано следующее:

1) Корпоративные мероприятия для сотрудников – это были праздники, выезды на природу и дни рождения. Он даже мог спеть для сотрудников. (У него в молодости была своя группа музыкальная. Музыка для него как хобби. Он очень красиво и профессионально поет).
2) Каждый год компания отмечала день рыбака (профессиональный праздник). Помимо банкета на каждом участке были награждения лучших сотрудников ценными призами (от грамот и денежных поощрений до моторов и лодок в подарок рыбакам или телевизоров сотрудникам)
3) Каждый год компания отмечала Новый год. На всех участках также выдавались премии к Новому года, а тем сотрудникам, у которых были дети, выдавались детские подарки (наборы конфет и сладостей и фруктов).
4) Каждое лето компания дотировала летний отдых детей с родителями на курортах России
5) Если у сотрудника происходила смерть близкого человека, или же умирал сам сотрудник, то компания с указания Леонида выплачивала дополнительную помощь семье.
6) Если сотрудник заболевал онкологическими или сердечными заболеваниями, то также выделялась помощь от компании на лекарства.
7) Компания также участвовала в благотворительной деятельности. Помогала местным властям строить церковь в селе Ильинка, помогала районной больнице, выделялись деньги на ремонт этой больницы. А также помогала городу в организации рыбных праздников и ярмарок.

Все вышеперечисленное объясняет его авторитет и уважение. Ведь он мог бы не тратить этих денег ни на сотрудников, ни на город, а получил бы еще больше прибыли. Но он по-настоящему по-человечески относился к людям и берег свой коллектив. Компания при его руководстве фактически стала одной большой семьей. Даже люди стали добрее, и к друг другу стали относится лучше.

Все это в том числе сказалось и на производительности труда. В компании практически не было текучести кадров.

Леонид - очень отзывчивый человек и многим помогал сам, не от компании. Безвозмездно.

Он не только умел вывести любой бизнес из кризиса, но и наладить бизнес так, чтобы он мог работать еще долгие годы.

Он очень дружелюбный и порядочный человек, позитивный и стремящийся к чему-то новому и интересному.

Однажды, когда компания была подвержена рейдерскому захвату, 2 года вела борьбу с рейдерами, и все 1500 человек подписали одно письмо в общественную организацию, тем самым полностью доверяя своему руководителю. Через месяц репутация компании была полностью восстановлена, а рейдеры наказаны.

Леонид - воспитанный, интеллигентный, грамотный и вежливый человек.

Никто из сотрудников никогда не слышал ни ругательства, ни даже грубого слова от него. Напротив, если кто-то позволял себе хамство или неуважение к другому человеку, Леонид это мягко останавливал. Ему даже стыдно и неловко становилось за такого грубого человека.

Все трудовые споры, если такие возникали, велись в рамках трудового законодательства.

Он не любил лжецов и предателей, что абсолютно понятно. Это противоречило его принципам. С такими людьми он расставался по взаимному соглашению сторон. Но иногда даже принимал обратно на работу в компанию, когда человек просил о помощи и уверял, что он изменился. Это великодушие нередко подводило Леонида. Ведь как известно, люди не меняются. Если предал 1 раз, предаст и другой. Но Леонид хотел верить людям и действительно жалел их. И некоторые могли этим пользоваться, а его отношение доброе – использовать в своих корыстных интересах.

Леонид – справедливый и честный человек, и заслуживает к себе такого же справедливого и гуманного отношения.