EXHIBIT 3

1          IN THE UNITED STATES DISTRICT COURT

2       FOR THE EASTERN DISTRICT OF NORTH CAROLINA

3                  WESTERN DIVISION

4    _____
                                    )
5    UNITED STATES OF AMERICA,      )
                                    )
6                     Plaintiff,    )
                                    )
7    vs.                            )  Case No.:
                                    )  5:18-CR-00452-FL-1
8    LEONID ISAAKOVICH TEYF,        )
                                    )
9                     Defendant.    )
     _____)

10

11

12

13

14       VIDEOTAPED/VIDEOCONFERENCE DEPOSITION OF

15                  DMITRY SCHIRIY

16                 TEL AVIV, ISRAEL

17           WEDNESDAY, JANUARY 29, 2020

18                    2:17 P.M.

19

20

21

22

23

24

25   REPORTED BY:  BRENDA MATZOV, CA CSR 9243

```
1              Videotaped/videoconference deposition

2    of DMITRY SCHIRIY, taken in the above-entitled

3    cause pending in the United States District Court,

4    for the Eastern District of North Carolina, Western

5    Division, before BRENDA MATZOV, CA CSR 9243, at

6    Barnea Jaffe Lande, 58 HaRakevet Street, 21st Floor,

7    Tel Aviv, Israel, and also simultaneously in North

8    Carolina, on Wednesday, the 29th day of January,

9    2020, at 2:17 p.m.

10

11   APPEARANCES:

12   FOR PLAINTIFF:

13           UNITED STATES DEPARTMENT OF JUSTICE
             By:  JASON KELLHOFER, ESQ.
14                BARBARA KOCHER, ESQ.
                  (both via videoconference)
15           310 New Bern Avenue
             Suite 800
16           Raleigh, North Carolina 27601
             (919) 856-4530 / Fax (919) 856-4487
17           jason.kellhofer@usdoj.gov
             barb.kocher@usdoj.gov
18

19   FOR DEFENDANT LEONID ISAAKOVICH TEYF:

20           THARRINGTON SMITH, LLP
             By:  F. HILL ALLEN, ESQ.
21                (in Israel)
             Wells Fargo Capitol Center
22           150 Fayetteville Street
             Suite 1800
23           Raleigh, North Carolina 27601
             (919) 821-4711 / Fax (919) 829-1583
24           hallen@tsmithlaw.com

25
```

```
 1   APPEARANCES (Continued):

 2   FOR DEFENDANT LEONID ISAAKOVICH TEYF:

 3           MOSES & SINGER, LLP
             By:  ROBERT S. WOLF, ESQ.
 4               (in Israel)
             The Chrysler Building
 5           405 Lexington Avenue
             New York, New York 10174-1299
 6           (212) 554-7800 / Fax (212) 554-7700
             rwolf@mosessinger.com
 7

 8   FOR TATYANA TEYF:

 9           POYNER SPRUILL, LLP
             By:  DAVID LONG, ESQ.
10               (via audio link)
             301 Fayetteville Street
11           Suite 1900
             Raleigh, North Carolina 27601
12           (919) 783-6400 / Fax (919) 783-1075
             dlong@poynerspruill.com
13

14   ALSO PRESENT (in Israel):

15           MITCHELL COOPERSMITH, Videographer

16           SOPHIA OSMINKIN / STANISLAV CHERNOBILSKY,
             Russian Interpreters
17
             MICHAEL M. ROSENBERG, ESQ., Moses & Singer
18
             HADAR ISRAELI, Adv., Barnea Jaffa Lande
19

20   ALSO PRESENT (via videoconference):

21           SARAH FOSTER, Department of Justice

22           ROBERT B. McFARLANE, ESQ., Moses & Singer

23           PAUL FETKEVICH, Check Russian Interpreter

24           LEONID ISAAKOVICH TEYF

25
```

```
1                    I N D E X

2   WITNESS

3   Dmitry Schiriy

4

5   EXAMINATION                              PAGE

6   By Mr. Allen                           6, 87

7   By Mr. Kellhofer                           40

8

9

10                 E X H I B I T S

11                    (None.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

|            |    |                                                           |
|------------|----|-----------------------------------------------------------|
|            | 1  | TEL AVIV, ISRAEL; WEDNESDAY, JANUARY 29, 2020             |
|            | 2  | 2:17 P.M.                                                 |
|            | 3  |                                                           |
| 14:17:25   | 4  | THE VIDEOGRAPHER:  This is the                            |
| 14:17:26   | 5  | beginning of Media No. 1 in the -- in the                |
| 14:17:32   | 6  | videotape deposition of Dmitry Schiriy, being            |
| 14:17:36   | 7  | taken on January 29th, 2020, at 2:17 p.m.,               |
| 14:17:44   | 8  | at Barnea Jaffa Lande, Tel Aviv, Israel, in              |
| 14:17:47   | 9  | the matter of the United States of America               |
| 14:17:49   | 10 | versus Leonid Isaakovich Teyf, being heard               |
| 14:17:55   | 11 | in the United States District Court, for the             |
| 14:17:57   | 12 | Eastern District of North Carolina, Western              |
| 14:18:00   | 13 | Division, case number 5:18-CR-00452-FL-1.                |
| 14:18:10   | 14 | I'm the videographer, Mitchell                           |
| 14:18:12   | 15 | Coopersmith.  And the court reporter is Brenda           |
| 14:18:14   | 16 | Matzov.                                                   |
| 14:18:15   | 17 | Would the counsel please state their                     |
| 14:18:17   | 18 | appearance.                                               |
| 14:18:21   | 19 | MR. ALLEN:  Good afternoon.  This is                     |
| 14:18:22   | 20 | Hill Allen.  I am here on behalf of Leonid Teyf,         |
| 14:18:24   | 21 | with Robert Wolf.  And I understand Mr. Teyf             |
| 14:18:27   | 22 | is able to watch by video, Zoom.                         |
| 14:18:38   | 23 | MR. LONG:  This is David Long, and                       |
| 14:18:40   | 24 | I represent Tatyana Teyf.                                |
| 14:18:48   | 25 | MR. KELLHOFER:  For the government,                      |

| | | |
|---|---|---|
| 14:18:48 | 1 | Assistant United States Attorney Jason Kellhofer |
| 14:18:52 | 2 | and Barbara Kocher are present. |
| 14:19:03 | 3 | THE VIDEOGRAPHER: Would the court |
| 14:19:04 | 4 | reporter please swear in the witness. |
| 14:19:27 | 5 | |
| 14:19:37 | 6 | SOPHIA OSMINKIN / STANISLAV CHERNOBILSKY, |
| 14:19:37 | 7 | the interpreters, were duly sworn |
| 14:19:37 | 8 | to translate from English to Russian |
| 14:19:37 | 9 | and from Russian to English. |
| | 10 | |
| | 11 | DMITRY SCHIRIY, |
| | 12 | called as a witness, being first |
| | 13 | duly affirmed, was examined and |
| | 14 | testified as hereinafter set forth. |
| | 15 | |
| | 16 | (The following proceedings were conducted |
| | 17 | through the Russian interpreters, unless |
| | 18 | otherwise indicated.) |
| 14:19:37 | 19 | |
| 14:19:37 | 20 | EXAMINATION |
| 14:19:37 | 21 | BY MR. ALLEN: |
| 14:19:37 | 22 | Q. Good afternoon, sir. |
| 14:19:40 | 23 | A. Good afternoon. |
| 14:19:41 | 24 | Q. Please tell us your name for the record. |
| 14:19:48 | 25 | A. My name is Dmitry Schiriy. |

```
14:19:50   1        Q.   And, Mr. Schiriy, where do you live?
14:19:57   2        A.   In Russia, Volgogradskiy region, the
14:20:03   3   city of Volzhsk.
14:20:05   4        Q.   Have you always lived in Russia?
14:20:08   5        A.   Yes.  I was born there.  I grew up
14:20:10   6   there.  And this is where I have lived all my
14:20:13   7   life.
14:20:13   8        Q.   Are you married, sir?
14:20:19   9        A.   Yes.  I have a wife and two children.
14:20:21  10        Q.   All right.  How old are your children?
14:20:30  11        A.   My oldest son is 14 years old.  My
14:20:34  12   daughter is three -- three months old.
14:20:36  13        Q.   Three months old?
14:20:40  14        A.   Yes.  Only three months.
14:20:43  15        Q.   Congratulations.
14:20:44  16        A.   Thank you.
14:20:45  17        Q.   Please tell us a little bit about
14:20:47  18   your -- more about your personal and educational
14:20:50  19   background, where you were born and grew up,
14:20:54  20   where you studied, those types of things.
14:21:39  21        A.   So I was born and grew up in Volgogradskiy
14:21:42  22   region in Russia.  This is where I finished school.
14:21:46  23   I also was interested in sports.  Then I educated
14:21:51  24   [sic] from a professional college as a --
14:21:57  25             THE INTERPRETER:  One moment.
```

| | | |
|---|---|---|
| 14:22:00 | 1 | (Brief exchange in Russian between |
| 14:22:01 | 2 | the interpreter and the witness.) |
| 14:22:11 | 3 | THE INTERPRETER: Okay. Okay. |
| 14:22:14 | 4 | THE WITNESS: So my speciality was |
| 14:22:19 | 5 | the assistant mechanic on riverboats and ships. |
| 14:22:25 | 6 | That was the speciality. I also did a special |
| 14:22:30 | 7 | course on security and guard service. And then |
| 14:22:37 | 8 | I worked for some time as an assistant mechanic |
| 14:22:40 | 9 | on ships and riverboats. And then -- and then |
| 14:22:45 | 10 | I continued to work as a guard. |
| 14:22:47 | 11 | Q. BY MR. ALLEN: You mentioned athletics. |
| 14:22:49 | 12 | What types of athletics were you involved |
| 14:22:53 | 13 | with? |
| 14:23:10 | 14 | A. Since the age of 6 and until 12 -- that |
| 14:23:12 | 15 | is, for six years -- I went to wrestling and judo |
| 14:23:18 | 16 | courses. And then after that, I started to do |
| 14:23:22 | 17 | martial -- martial arts. |
| 14:23:24 | 18 | Q. And did you compete in either of those |
| 14:23:27 | 19 | areas? |
| 14:23:36 | 20 | A. Yes, of course. I participated in many |
| 14:23:38 | 21 | competitions. And I also won many competitions. |
| 14:23:43 | 22 | I have a title of Master of Sports. |
| 14:23:47 | 23 | Q. And how do you get the title Master |
| 14:23:49 | 24 | of Sports? |
| 14:23:58 | 25 | A. I won in a competition. I was first -- |

| | | |
|---|---|---|
| 14:24:02 | 1 | first place in a -- in a -- in an all-national |
| 14:24:07 | 2 | competition in Russia. |
| 14:24:09 | 3 | Q.   You also mentioned studying to provide |
| 14:24:16 | 4 | mechanical services or work with riverboats or |
| 14:24:21 | 5 | vessels? |
| 14:24:46 | 6 | A.   Yes.  I worked in certain types of |
| 14:24:53 | 7 | vessels.  My first job was on a ferry that |
| 14:24:57 | 8 | transported people.  And then I also worked |
| 14:24:59 | 9 | at a dry cargo ship. |
| 14:25:02 | 10 | Q.   How long did you work with shipping? |
| 14:25:11 | 11 | A.   For about two or three years. |
| 14:25:13 | 12 | Q.   After that, what kind of work have you |
| 14:25:15 | 13 | done for most of your work career? |
| 14:25:32 | 14 | A.   For the most part, I worked as a security |
| 14:25:38 | 15 | guard. |
| 14:25:39 | 16 | Q.   You mentioned a course about providing |
| 14:25:41 | 17 | security or serving as a security guard. |
| 14:25:45 | 18 | Tell me about that.  When did you take |
| 14:25:47 | 19 | that and what did ... |
| 14:26:27 | 20 | A.   Yes.  It's a kind of school where they |
| 14:26:30 | 21 | teach -- teach you to be a guard.  And there are |
| 14:26:34 | 22 | theoretical courses.  You learn what it is to be |
| 14:26:38 | 23 | a private guard, a bodyguard.  Then, of course, |
| 14:26:41 | 24 | you are also trained to use weapons. |
| 14:26:43 | 25 | And then, at the end of the course, |

14:26:45   1   there is an exam.  And, eventually, you get

14:26:50   2   a certificate that you can work as a private

14:26:54   3   security officer or a guard.  And, of course,

14:26:57   4   the course also involves physical training.

14:27:00   5        Q.   As part of that study, do you learn

14:27:03   6   about professional rules or expectations for

14:27:06   7   private security guards?

14:27:07   8        A.   Yes.  That's exactly what they teach

14:27:35   9   there.  They teach you what behavior is appropriate

14:27:39  10   in what situation.  And this is, of course, part

14:27:40  11   of training.

14:27:41  12        Q.   Do you have a license to perform your

14:27:43  13   private security work?

14:27:48  14        A.   Yes, of course.

14:27:49  15        Q.   How long have you been licensed, roughly?

14:27:54  16        A.   Well, it's approximately from 2007 or

14:28:05  17   maybe 2008.

14:28:08  18        Q.   Turning to -- to this case, do you know

14:28:12  19   Leonid Teyf?

14:28:13  20        A.   Yes.  I know him.

14:28:21  21        Q.   How do you know Leonid Teyf?

14:28:33  22        A.   At the end of 2009, I came to him to

14:28:39  23   be hired to be his private guard.

14:28:44  24        Q.   How did you get that job?

14:28:54  25        A.   I was recommended to him by Nicolay

| | | |
|---|---|---|
| 14:28:57 | 1 | Grigorov. |
| 14:28:57 | 2 | Q.   And who is Mr. Grigorov? |
| 14:29:27 | 3 | A.   When I got to know him, he was the |
| 14:29:30 | 4 | director of a private security company, Alliance. |
| 14:29:35 | 5 | But at some point in time, he was a personal |
| 14:29:39 | 6 | bodyguard to Leonid Teyf.  And then later, he |
| 14:29:41 | 7 | was the head of his security. |
| 14:29:43 | 8 | Q.   And do you also know him through |
| 14:29:49 | 9 | relation or marriage? |
| 14:30:08 | 10 | A.   Yes.  He is the uncle of my wife. |
| 14:30:13 | 11 | Q.   You mentioned starting working as |
| 14:30:17 | 12 | security for Mr. Teyf in 2009. |
| 14:30:18 | 13 | For what period of time did you serve |
| 14:30:23 | 14 | as his private security or bodyguard? |
| 14:30:45 | 15 | A.   Since the end of 2009 and until he was |
| 14:30:48 | 16 | arrested. |
| 14:30:50 | 17 | Q.   Beginning in 2009, did you work for -- |
| 14:30:52 | 18 | who is your employer?  Was it Mr. Teyf, or was |
| 14:30:57 | 19 | it a company? |
| 14:31:15 | 20 | A.   Since 2009 and until 2015, my employer |
| 14:31:18 | 21 | was the Delta Plus company. |
| 14:31:20 | 22 | Q.   And where is Delta Plus located? |
| 14:31:28 | 23 | A.   In Russia, in the city of Astrakhan, |
| 14:31:30 | 24 | Astrakhan region. |
| 14:31:32 | 25 | Q.   While you were working during that |

14:31:34  1  period as a private security for Mr. Leonid

14:31:37  2  Teyf, where were you located?

14:31:50  3      A.   I was always close to him.

14:31:55  4      Q.   And where was that?

14:31:59  5      A.   Mostly in Astrakhan.

14:32:01  6      Q.   Prior to working in Astrakhan,

14:32:05  7  between the time you worked with shipping

14:32:09  8  or vessels and the time you went to work

14:32:12  9  in Astrakhan, did you work anywhere else?

14:32:50  10      A.   Yes.  I had two jobs in that

14:32:51  11  period of time.  I was a sales representative

14:32:53  12  in a sales company.  And then later, I worked

14:32:57  13  in the private security company Alliance at

14:33:03  14  a tractor factory.

14:33:06  15      Q.   Where was the tractor factory located?

14:33:14  16      A.   In Volgograd in Russia.

14:33:18  17      Q.   During the time you worked at the

14:33:20  18  tractor -- well, first, what did you do at

14:33:24  19  the tractor factory?

14:33:46  20      A.   In the security department of the

14:33:48  21  tractor factory, there were several divisions.

14:33:51  22  I worked in the division of first response.

14:33:57  23      Q.   While you worked at the tractor

14:33:58  24  factory, did you know a man named Dmitry

14:34:05  25  Strogii?

14:34:14  1          MR. KELLHOFER:  I'd like to lay

14:34:16  2   our standing objection with regard to use

14:34:19  3   of that individual's name.  Thank you.

14:34:33  4      Q.   BY MR. ALLEN:  The other lawyer

14:34:36  5   has entered an objection about the use of

14:34:40  6   Mr. Strogii's name.  Let me ask you some

14:34:54  7   questions related to that.

14:35:00  8          Have you ever known Dmitry Strogii

14:35:03  9   by the name "Eclipse"?

14:35:13 10      A.   No.  Never.

14:35:14 11      Q.   Have you ever -- have you ever

14:35:15 12   referred to him as "Eclipse"?

14:35:22 13      A.   No.

14:35:22 14      Q.   Have you ever heard anyone refer

14:35:24 15   to him as "Eclipse"?

14:35:33 16      A.   No.  It's the first time I hear

14:35:35 17   this name.

14:35:36 18      Q.   What name do you know him by?

14:35:39 19      A.   Dmitry Strogii.

14:35:43 20      Q.   Will it affect the accuracy of your

14:35:45 21   testimony if you have to call him "Eclipse"

14:35:47 22   every time you refer to him?

14:36:04 23      A.   Of course it will affect the accuracy

14:36:05 24   of my testimony.  It is very uncomfortable to

14:36:10 25   me, and it will confuse me.

14:36:12  1        Q.   Will it distract you if you have to

14:36:14  2    do that as you testify?

14:36:27  3        A.   Yes, of course.  It will be not very

14:36:31  4    easy for me to give my testimony in this case.

14:36:33  5    And I'm sure my testimony will not be accurate.

14:36:36  6        Q.   If he's referred to as "Eclipse" in

14:36:39  7    a question, will it affect the accuracy of your

14:36:42  8    testimony?

14:36:54  9        A.   Yes, of course.

14:36:55  10       Q.   You mentioned you met Dmitry Strogii

14:36:58  11   at the tractor factory in Volgograd.

14:37:03  12            Do you remember his job there?

14:37:24  13       A.   When I first came to the tractor

14:37:26  14   factory, his job was the -- the shift manager

14:37:31  15   of the guards.

14:37:33  16       Q.   What was the purpose of the guards

14:37:35  17   or security at the tractor factory?

14:37:52  18       A.   Well, as everywhere, the purpose

14:37:55  19   of security was to prevent cases of stealing

14:37:59  20   something from the factory.

14:38:01  21       Q.   And what kind of things would there

14:38:04  22   be to -- to guard?  Or what kind of assets

14:38:06  23   or inventory would there be at the plant to

14:38:10  24   steal?

14:38:46  25       A.   So first of all, there were some

14:38:48  1    expensive spare parts for tractors, because

14:38:52  2    this is a factory where tractors were being

14:38:56  3    assembled.  And so some of the spare parts

14:39:00  4    were very expensive.

14:39:01  5              And also there were certain parts

14:39:04  6    of the factory that were being dismantled at

14:39:10  7    the time.  And those rooms contained metals

14:39:16  8    which were also pretty expensive.  And there

14:39:19  9    were people tried -- who tried to steal metal

14:39:22  10   from the factory.

14:39:26  11        Q.   Did I understand you correctly that

14:39:28  12   Mr. Strogii served as a shift manager for security

14:39:32  13   at the factory?

14:39:42  14        A.   Yes.  That's right.

14:39:43  15        Q.   While Dmitry Strogii was a shift manager

14:39:47  16   there, were there issues with theft at the tractor

14:39:50  17   factory in Volgograd?

14:40:00  18        A.   Yes.  Unfortunately, there were such

14:40:03  19   cases.

14:40:04  20        Q.   While you were working there at the

14:40:06  21   tractor factory in Volgograd, did you have an

14:40:08  22   opportunity to form a personal opinion about

14:40:14  23   Dmitry Strogii's character for truthfulness

14:40:16  24   or trustworthiness?

14:41:01  25        A.   My impression was formed within a

| | | |
|---|---|---|
| 14:41:03 | 1 | week of our acquaintance.  This man was never |
| 14:41:08 | 2 | part of a group of people -- |
| 14:41:10 | 3 | MR. KELLHOFER:  Objection.  That |
| 14:41:11 | 4 | will be foundation, based off the witness' |
| 14:41:17 | 5 | statement of one week. |
| 14:41:20 | 6 | THE INTERPRETER:  Sorry. |
| 14:41:22 | 7 | THE WITNESS:  This man was never |
| 14:41:24 | 8 | part of a group.  He was always by himself. |
| 14:41:26 | 9 | He always tried to push people against each |
| 14:41:31 | 10 | other.  He tried to weave webs of intrigue |
| 14:41:44 | 11 | and sow discord.  So this is a person who |
| 14:41:47 | 12 | was not trustworthy. |
| 14:41:47 | 13 | MR. ALLEN:  Madam Translator, |
| 14:41:50 | 14 | would you translate the objection for |
| 14:41:55 | 15 | Mr. Teyf, who is viewing the deposition, |
| 14:41:58 | 16 | so that he will have the official |
| 14:42:01 | 17 | understanding of what is being said here? |
| 14:42:07 | 18 | THE INTERPRETER:  To say the |
| 14:42:08 | 19 | objection that has been -- that has just |
| 14:42:09 | 20 | been said? |
| 14:42:12 | 21 | MR. ALLEN:  Yes, ma'am. |
| 14:42:16 | 22 | (Last objection re-translated.) |
| 14:42:25 | 23 | Q.  BY MR. ALLEN:  Mr. Schiriy, there |
| 14:42:26 | 24 | has been an objection that you did not have |
| 14:42:30 | 25 | enough of an opportunity, after only one week, |

| | | |
|---|---|---|
| 14:42:33 | 1 | to have a valid or a sufficient foundation |
| 14:42:39 | 2 | to give an opinion about Mr. Strogii. |
| 14:42:45 | 3 | Do you feel you developed -- during |
| 14:42:48 | 4 | the entirety of your time at the Volgograd |
| 14:42:50 | 5 | tractor factory, did you have an opportunity |
| 14:42:52 | 6 | to form a good impression and have a good |
| 14:42:56 | 7 | basis for an opinion about his character? |
| 14:44:11 | 8 | A.   Throughout the period of my work |
| 14:44:13 | 9 | at the factory, my impression of him only |
| 14:44:17 | 10 | got worse gradually.  I discovered that he |
| 14:44:20 | 11 | is a person who cannot be trusted.  And he |
| 14:44:23 | 12 | several times did things like the following. |
| 14:44:29 | 13 | For example, he could tell a person |
| 14:44:31 | 14 | about me that I was very bad.  He could only |
| 14:44:34 | 15 | say very bad things about me to another person. |
| 14:44:37 | 16 | And then he said equally bad things about that |
| 14:44:41 | 17 | person to me.  So in this way, he sort of set |
| 14:44:45 | 18 | us against each other, because he enjoyed doing |
| 14:44:49 | 19 | that.  So during the period when I worked at |
| 14:44:53 | 20 | the factory, my opinion of him only grew worse |
| 14:44:58 | 21 | and worse.  And I have only negative things to |
| 14:45:01 | 22 | say about him. |
| 14:45:02 | 23 | Q.   While you were working at the Volgograd |
| 14:45:04 | 24 | tractor factory, did you actually work with him |
| 14:45:08 | 25 | on security shifts? |

14:45:31  1      A.   Yes.  When he was demoted and became

14:45:33  2  a regular guard in the same department that I

14:45:36  3  worked on, the first response department, then

14:45:38  4  sometimes we did work together.

14:45:41  5      Q.   While you -- when you worked with him

14:45:42  6  on those occasions, did you feel he was someone

14:45:48  7  you -- well, let me start again.

14:45:51  8           When you're working with someone in

14:45:54  9  security, is it important to be able to trust

14:45:56  10  them?

14:46:23  11      A.   Yes, of course.  Because security

14:46:24  12  work involves a certain risk.  And you need

14:46:28  13  to understand that the person who is by your

14:46:30  14  side is somebody who can -- who you can rely

14:46:34  15  on, somebody who can cover you if necessary.

14:46:37  16      Q.   Was Dmitry Strogii someone you

14:46:39  17  could rely on and trust?

14:46:58  18      A.   No, unfortunately.  When I worked

14:47:01  19  with him, I realized -- I felt awkward because

14:47:05  20  I knew I couldn't rely on him.  And -- and

14:47:08  21  this produced certain concerns on my part.

14:47:13  22      Q.   Were there any other -- did he

14:47:14  23  engage in any other kinds of behavior that

14:47:17  24  caused concerns on your part?

14:47:56  25      A.   Well, the most important part of

| | | |
|---|---|---|
| 14:47:59 | 1 | his behavior that produced concerns on my |
| 14:48:02 | 2 | part was when he was fired.  Or to be more |
| 14:48:05 | 3 | exact, he was asked to quit his job. |
| 14:48:08 | 4 | Because, at that point in time, |
| 14:48:09 | 5 | he tried to sort of pass on all his connections |
| 14:48:13 | 6 | with criminal structures to me.  And so there |
| 14:48:18 | 7 | was a time when there were threats to me and |
| 14:48:20 | 8 | to my family. |
| 14:48:27 | 9 | Q.   Did you report that to the company? |
| 14:48:40 | 10 | A.   Yes.  I passed this information on |
| 14:48:43 | 11 | to my bosses.  And they were able to solve |
| 14:48:45 | 12 | this problem. |
| 14:48:46 | 13 | Q.   Did -- who -- who made the threats |
| 14:48:51 | 14 | to you and your family? |
| 14:49:12 | 15 | A.   Well, of course, those people didn't |
| 14:49:15 | 16 | introduce themselves.  So I cannot tell you |
| 14:49:17 | 17 | their names.  But they were representatives |
| 14:49:20 | 18 | of the criminal organization that was present |
| 14:49:23 | 19 | in that tractor factory and that was engaged |
| 14:49:27 | 20 | in stealing stuff from the factory. |
| 14:49:30 | 21 | Q.   Was it your -- to your knowledge, |
| 14:49:32 | 22 | did Mr. Strogii have some connection with |
| 14:49:35 | 23 | those elements, the criminal elements in |
| 14:49:37 | 24 | the tractor factory? |
| 14:49:52 | 25 | A.   Yes.  That is why he was asked to |

14:49:54  1  quit -- to quit his job.

14:49:55  2      Q.   Did that have some connection to

14:49:57  3  the theft you mentioned was occurring at the

14:50:00  4  tractor factory?

14:50:07  5      A.   Yes.  There is a direct connection

14:50:09  6  to that.

14:50:10  7      Q.   What is that connection?  Or explain

14:50:12  8  that.

14:50:59  9      A.   Of course, it's very hard for criminal

14:51:01 10  elements to enter the territory of the factory

14:51:05 11  without being noticed and take stuff out of

14:51:08 12  the factory, because there is security.  And

14:51:13 13  so, in order to do that, the criminals need

14:51:17 14  some people who work in security and who can

14:51:20 15  look away at the moment when the theft is being

14:51:23 16  conducted or people who can prepare stuff for --

14:51:28 17  to be taken out during -- during the theft.

14:51:35 18          And these people were either threatened

14:51:39 19  to look away at the right moment.  Or these were

14:51:42 20  people who were paid by the criminal structures

14:51:45 21  to do -- to do work for them.

14:51:49 22      Q.   Was it your belief that Strogii had

14:51:52 23  some connection to those criminal elements?

14:52:02 24      A.   It's not my belief.  I'm 100 percent

14:52:05 25  certain of that.

14:52:06  1        Q.   Did you ever see, at the tractor

14:52:09  2   factory, Strogii drinking alcohol on the job

14:52:12  3   or reporting to work under the influence?

14:52:45  4        A.   Yes.  Sometimes he drank when he

14:52:48  5   was on the job.  And he even tried to involve

14:52:52  6   me in the same activity so as later to inform

14:52:55  7   on me, because he wanted to get me fired, because

14:52:59  8   we didn't become friends and our relationship

14:53:01  9   was rather -- rather strained.

14:53:04  10       Q.   Did you work with Mr. Strogii anywhere

14:53:08  11   else?

14:53:24  12       A.   After I started working in Delta Plus

14:53:26  13   as a personal bodyguard to Leonid Teyf, about

14:53:28  14   a year after that, he came to work in that

14:53:32  15   company as well.

14:53:33  16       Q.   What was his job at Delta Plus?

14:54:04  17       A.   He dealt with logistics for the

14:54:06  18   control department, that is, the security

14:54:08  19   department.  For example, he was in charge

14:54:11  20   of getting building materials, mending a

14:54:14  21   fence, or putting up barbed -- barbed wire

14:54:18  22   around the fence, or ordering office supplies,

14:54:22  23   something like that.

14:54:23  24       Q.   Did he ever provide personal security

14:54:26  25   for Mr. Teyf while he was working at Delta Plus?

| | | |
|---|---|---|
| 14:54:38 | 1 | A.   No.   Never. |
| 14:54:39 | 2 | Q.   Would you have trusted him to do so? |
| 14:54:42 | 3 | A.   No.   By no means. |
| 14:54:46 | 4 | Q.   Did your opinion of Dmitry Strogii |
| 14:54:52 | 5 | change at the time you worked with him at |
| 14:54:55 | 6 | Delta Plus or the time you knew him at Delta |
| 14:55:03 | 7 | Plus? |
| 14:55:16 | 8 | A.   No.   My opinion did not change. |
| 14:55:18 | 9 | The opinion that I had formed about him while |
| 14:55:21 | 10 | working at the tractor factory was confirmed |
| 14:55:24 | 11 | during the time at Delta Plus. |
| 14:55:26 | 12 | Q.   During the time you began working |
| 14:55:31 | 13 | as a private security person protecting Leonid |
| 14:55:35 | 14 | Teyf, up until the time you no longer protected |
| 14:55:41 | 15 | him in 2018, was any other security personnel |
| 14:55:47 | 16 | working with you to protect him? |
| 14:56:23 | 17 | A.   No.   There was no additional security |
| 14:56:25 | 18 | personnel.   Only during the times when his |
| 14:56:30 | 19 | family came to visit, then we would call on |
| 14:56:33 | 20 | Nicolay Grigorov to assist, because there were |
| 14:56:37 | 21 | too many people and I couldn't do the job myself. |
| 14:56:41 | 22 | Q.   During those times, did Dmitry Strogii |
| 14:56:44 | 23 | assist you with providing personal security for |
| 14:56:47 | 24 | Leonid Teyf or his family? |
| 14:57:02 | 25 | A.   No.   This never happened. |

14:57:05  1        Q.   Mr. Schiriy, for those of us in the
14:57:06  2   United States, it's perhaps not common to --
14:57:11  3   to have a bodyguard or a security -- private
14:57:15  4   security person.
14:57:31  5             In Russia, is this an unusual thing
14:57:34  6   for someone like Mr. Leonid Teyf?
14:57:54  7        A.   No.   It's quite common in Russia.
14:57:57  8   Any successful businessman has a security
14:58:01  9   guard and a driver.   And it's a matter of
14:58:03  10  image.
14:58:04  11       Q.   Was -- during the time you knew
14:58:07  12  and worked with Leonid Teyf, was he a
14:58:10  13  successful businessman?
14:58:19  14       A.   Yes.   He was a very successful
14:58:21  15  businessman.
14:58:22  16       Q.   Beginning in 2009 onwards?
14:58:41  17       A.   Yes.   From the very first day when
14:58:43  18  I came to work for him, he was already a very
14:58:46  19  successful businessman.   And from the way it
14:58:49  20  looked to me, every year he got only more and
14:58:53  21  more wealthy and successful.
14:58:56  22       Q.   What were your work hours protecting
14:58:58  23  Mr. Teyf?
14:59:12  24       A.   Well, the working hours were different.
14:59:15  25  But mostly it was till very late at night because

| | | |
|---|---|---|
| 14:59:20 | 1 | Leonid Isaakovich was a very hard-working man. |
| 14:59:24 | 2 | He worked till very late. |
| 14:59:26 | 3 | Q.   Given those hours, were there revolving |
| 14:59:29 | 4 | shifts of security people or just you? |
| 14:59:39 | 5 | A.   No.  I was the only guard. |
| 14:59:41 | 6 | Q.   So it sounds like you worked pretty |
| 14:59:43 | 7 | hard for Leonid? |
| 15:00:02 | 8 | A.   Well, that depends on how you look |
| 15:00:04 | 9 | at -- at it.  There was a point in my life when |
| 15:00:07 | 10 | I worked at a steel factory as a worker.  And |
| 15:00:11 | 11 | that was much harder, believe me. |
| 15:00:14 | 12 | Q.   I do believe you. |
| 15:00:15 | 13 | Did you ever get to see your family |
| 15:00:18 | 14 | while you were working with Mr. Teyf? |
| 15:00:37 | 15 | A.   Well, yes.  When Leonid Teyf went to |
| 15:00:41 | 16 | visit his family and he didn't need me anymore, |
| 15:00:44 | 17 | then I went to visit my family. |
| 15:00:47 | 18 | Q.   Did Mr. Teyf sometimes go to the |
| 15:00:49 | 19 | United States to visit his family? |
| 15:00:57 | 20 | A.   I don't know where exactly he went. |
| 15:00:59 | 21 | But I know he went abroad. |
| 15:01:01 | 22 | Q.   And at those times, you would visit |
| 15:01:04 | 23 | your own family? |
| 15:01:06 | 24 | A.   Yes. |
| 15:01:07 | 25 | Q.   And where was your family located? |

| | | |
|---|---|---|
| 15:01:15 | 1 | A.   My family lived in the city of Volzhsk |
| 15:01:18 | 2 | in the Volgograd region. |
| 15:01:21 | 3 | Q.   Let me ask you again a little more |
| 15:01:24 | 4 | about your work as private security for Mr. Teyf. |
| 15:01:27 | 5 | As a licensed security person, did you |
| 15:01:30 | 6 | carry a weapon? |
| 15:01:30 | 7 | A.   Yes.  I have a license and I carry the |
| 15:01:47 | 8 | weapon. |
| 15:01:47 | 9 | Q.   Did you ever use your weapon in connection |
| 15:01:49 | 10 | with your work for Mr. Teyf? |
| 15:02:05 | 11 | A.   No.  Not even once for all those years |
| 15:02:07 | 12 | I had been working for Mr. Teyf.  I didn't have |
| 15:02:10 | 13 | to use it. |
| 15:02:12 | 14 | Q.   During those years, how familiar were |
| 15:02:15 | 15 | you personally with Mr. Teyf? |
| 15:02:26 | 16 | Did you feel you got to know him? |
| 15:02:39 | 17 | A.   To the extent possible for an employer |
| 15:02:42 | 18 | and an employee, his security guard. |
| 15:02:45 | 19 | Q.   Did you observe any violent tendencies |
| 15:02:49 | 20 | in Mr. Teyf? |
| 15:03:01 | 21 | A.   No.  Leonid Isaakovich has always |
| 15:03:03 | 22 | been a very kind and a peaceful person.  So |
| 15:03:07 | 23 | I have never observed any such tendencies. |
| 15:03:11 | 24 | Q.   Did Leonid Teyf ever order you to |
| 15:03:14 | 25 | carry out any violence on his behalf? |

| | | |
|---|---|---|
| 15:03:24 | 1 | A.   No.  Not even once. |
| 15:03:25 | 2 | Q.   In your work as -- as private security, |
| 15:03:28 | 3 | were you aware of anyone threatening Leonid? |
| 15:03:45 | 4 | A.   No.  No.  I've never heard that anyone |
| 15:03:48 | 5 | has tried to threaten him. |
| 15:03:50 | 6 | Q.   Let me turn your attention to -- |
| 15:03:52 | 7 | turning to the allegations in this case. |
| 15:04:02 | 8 | Did Dmitry Strogii ever serve as -- |
| 15:04:05 | 9 | as Leonid Teyf's security person? |
| 15:04:20 | 10 | A.   No.  Never. |
| 15:04:21 | 11 | Q.   Did Mr. Strogii ever serve as his |
| 15:04:24 | 12 | bodyguard? |
| 15:04:27 | 13 | A.   No. |
| 15:04:27 | 14 | Q.   Would you have trusted him to do |
| 15:04:29 | 15 | so? |
| 15:04:33 | 16 | A.   No.  By no means. |
| 15:04:35 | 17 | Q.   Based on what you knew about him? |
| 15:04:41 | 18 | A.   Yes.  Quite natural, that would be |
| 15:04:43 | 19 | the foundation. |
| 15:04:45 | 20 | Q.   Let me turn your attention to the |
| 15:04:47 | 21 | period when Leonid Teyf worked for Voentorg. |
| 15:04:50 | 22 | Were you aware of him working for |
| 15:04:53 | 23 | a company called Voentorg? |
| 15:04:54 | 24 | A.   Yes, of course I knew. |
| 15:05:05 | 25 | Q.   Did you provide personal security |

| | | |
|---|---|---|
| 15:05:07 | 1 | for him during that period? |
| 15:05:22 | 2 | A.   I didn't quite understand the question. |
| 15:05:25 | 3 | When you say you also provided secure -- |
| 15:05:27 | 4 | you also were his security person, do you mean |
| 15:05:33 | 5 | that I continued to be his security guard or |
| 15:05:36 | 6 | was one of other security personnel providing |
| 15:05:42 | 7 | his personal security? |
| 15:05:45 | 8 | Q.   Let's take each question in turn. |
| 15:05:47 | 9 | Did -- during the period -- during |
| 15:05:51 | 10 | the period -- sorry. |
| 15:05:54 | 11 | During the period when Leonid Teyf |
| 15:05:56 | 12 | was working at Voentorg, did you continue to |
| 15:06:00 | 13 | be his personal security person or bodyguard? |
| 15:06:14 | 14 | A.   Yes. |
| 15:06:14 | 15 | Q.   During that same period, did anyone |
| 15:06:17 | 16 | else serve as his personal security person? |
| 15:06:39 | 17 | A.   No.  No other person did this.  I'll |
| 15:06:42 | 18 | repeat that, if Mr. Teyf's family would come |
| 15:06:47 | 19 | to visit, we would invite additionally Nicolay |
| 15:06:52 | 20 | Grigorov to help me.  If he was on his own, so |
| 15:06:58 | 21 | I was the only person doing his security. |
| 15:07:03 | 22 | Q.   Did -- during the period when Mr. Teyf |
| 15:07:05 | 23 | was at Voentorg, did Dmitry Strogii ever help |
| 15:07:09 | 24 | you provide personal security services for Leonid? |
| 15:07:25 | 25 | A.   No.  He never helped.  And he couldn't |

| | | |
|---|---|---|
| 15:07:27 | 1 | have helped us because he never -- he was never |
| 15:07:30 | 2 | in Moscow. |
| 15:07:32 | 3 | Q.   So if, in this case, Dmitry Strogii |
| 15:07:35 | 4 | claims that he provided security for Mr. Teyf |
| 15:07:39 | 5 | and, in that role, was able to overhear |
| 15:07:42 | 6 | conversations about bribes or kickbacks, |
| 15:07:46 | 7 | is he being truthful? |
| 15:08:11 | 8 | A.   No.  This is impossible.  Because |
| 15:08:12 | 9 | he has never been involved in -- in doing |
| 15:08:15 | 10 | the personal security for Mr. Teyf. |
| 15:08:19 | 11 | Q.   Did you ever pick up large sums |
| 15:08:23 | 12 | of money with Dmitry Strogii? |
| 15:08:33 | 13 | A.   No.  Never. |
| 15:08:35 | 14 | Q.   Did you ever pick up money in boxes |
| 15:08:38 | 15 | or bags or bundles with Dmitry Strogii? |
| 15:08:52 | 16 | A.   Never.  Never. |
| 15:08:54 | 17 | Q.   If he claims that you picked up money |
| 15:08:59 | 18 | with him from an office in Moscow that had two |
| 15:09:08 | 19 | large safes and one small one, is he being |
| 15:09:14 | 20 | truthful? |
| 15:09:34 | 21 | A.   No.  This isn't true. |
| 15:09:36 | 22 | And I'll reiterate:  He wasn't in |
| 15:09:39 | 23 | Moscow with me. |
| 15:09:41 | 24 | Q.   If he claims that you were with him |
| 15:09:45 | 25 | while he placed money in large bags, is that |

| | | |
|---|---|---|
| 15:09:51 | 1 | true? |
| 15:10:01 | 2 | A.   No.  It's a lie. |
| 15:10:05 | 3 | Q.   Did you ever -- did you ever deliver |
| 15:10:09 | 4 | cash to the Russian Minister of Defense? |
| 15:10:16 | 5 | A.   No. |
| 15:10:17 | 6 | Q.   Did you ever deliver large sums of |
| 15:10:21 | 7 | cash, or any cash, to the son-in-law of the |
| 15:10:26 | 8 | Russian Minister of Defense? |
| 15:10:36 | 9 | A.   No. |
| 15:10:37 | 10 | Q.   Or any other family member of the |
| 15:10:39 | 11 | Russian Minister of Defense? |
| 15:10:47 | 12 | A.   No.  Never. |
| 15:10:48 | 13 | Q.   Did you ever deliver cash with Dmitry |
| 15:10:51 | 14 | Strogii to anyone? |
| 15:11:06 | 15 | A.   Neither with Dmitry Strogii nor on |
| 15:11:10 | 16 | my own have I ever delivered cash, large -- or |
| 15:11:16 | 17 | sums of money or -- or otherwise to anyone else. |
| 15:11:21 | 18 | Q.   Did you and Strogii ever pick up money |
| 15:11:24 | 19 | from a company called RBE Group? |
| 15:11:36 | 20 | A.   No. |
| 15:11:37 | 21 | Q.   Did you ever hear of a company called |
| 15:11:39 | 22 | RBE Group? |
| 15:11:40 | 23 | A.   No. |
| 15:11:46 | 24 | Q.   Did you ever go to an office in Moscow, |
| 15:11:48 | 25 | with two large safes and one small safe, to pick |

| | | |
|---|---|---|
| 15:11:52 | 1 | up money? |
| 15:12:03 | 2 | A. No. |
| 15:12:06 | 3 | Q. Do you know of anyone who picked up |
| 15:12:11 | 4 | 70 million dollar -- U.S. dollars in cash in |
| 15:12:17 | 5 | connection with Mr. Teyf? |
| 15:12:33 | 6 | A. No. I'm hearing now for the first |
| 15:12:36 | 7 | time. |
| 15:12:38 | 8 | Q. Or anything like that sum in rubles |
| 15:12:40 | 9 | or other currency? |
| 15:12:48 | 10 | A. No. |
| 15:12:49 | 11 | Q. Do you know anything about delivering |
| 15:12:54 | 12 | $30 million worth of currency, whether rubles |
| 15:13:00 | 13 | or dollars or any other currency? |
| 15:13:16 | 14 | A. Well, what can I say? I'd like -- |
| 15:13:18 | 15 | I'd love to see how such an amount looks. |
| 15:13:22 | 16 | Q. Do you know of anyone else who picked |
| 15:13:26 | 17 | up boxes or bags or bundles of cash with Dmitry |
| 15:13:30 | 18 | Strogii? |
| 15:13:45 | 19 | A. No. I'm hearing of it for the first |
| 15:13:49 | 20 | time now. |
| 15:13:52 | 21 | Q. If Dmitry Strogii claims that you were |
| 15:13:56 | 22 | somehow involved in picking up such large sums |
| 15:14:02 | 23 | of cash to pay as a bribe or a kickback to the |
| 15:14:07 | 24 | Russian Minister of Defense, is he being truthful? |
| 15:14:31 | 25 | A. No. It's a lie. |

| | | |
|---|---|---|
| 15:14:33 | 1 | Q.   Now, let me switch gears a little bit. |
| 15:14:36 | 2 | But during the time period when Leonid |
| 15:14:38 | 3 | Teyf was at Voentorg, during that period, did |
| 15:14:52 | 4 | he sometimes have meetings -- business meetings? |
| 15:15:00 | 5 | A.   Yes.  Obviously. |
| 15:15:02 | 6 | Q.   What would your role be during such |
| 15:15:04 | 7 | meetings as his private security person? |
| 15:15:15 | 8 | A.   Well, depending on the location |
| 15:15:16 | 9 | of such meetings.  If these took place at |
| 15:15:27 | 10 | his office, I would be at the reception. |
| 15:15:56 | 11 | Well, should these meetings take |
| 15:15:59 | 12 | place at more public, more crowded places, |
| 15:16:02 | 13 | say, a restaurant, I would need to maintain |
| 15:16:07 | 14 | visual contact with the person whose security |
| 15:16:11 | 15 | was entrusted to me and to observe everything |
| 15:16:14 | 16 | that was going on in the surroundings, to see |
| 15:16:17 | 17 | the points of entry and exit, to be able to |
| 15:16:21 | 18 | react to any occurrence that would take place |
| 15:16:26 | 19 | while I was responsible for this person's |
| 15:16:30 | 20 | protection. |
| 15:16:32 | 21 | Q.   During such meetings, would you |
| 15:16:34 | 22 | be located in a position to overhear the |
| 15:16:38 | 23 | conversation, what's being said, what's |
| 15:16:40 | 24 | being discussed? |
| 15:17:12 | 25 | A.   No.  My -- as I've explained |

15:17:16  1   earlier, I needed to maintain a visual

15:17:20  2   contact with the person I protected at

15:17:24  3   all times and to be able to observe the

15:17:27  4   surroundings.  But under no circumstances

15:17:30  5   was it a part of my responsibility to hear

15:17:33  6   what they were discussing.  This was none

15:17:36  7   of my business.  And I couldn't hear that.

15:17:39  8        Q.   As a licensed security professional,

15:17:41  9   are there rules or practices that govern

15:17:47  10  whether or not you should be listening to

15:17:49  11  a conversation involving the person you're

15:17:54  12  protecting?

15:18:11  13       A.   There are rules and norms of

15:18:15  14  behavior, ethics, norms included.  I have

15:18:26  15  to provide this person security.  And this

15:18:30  16  doesn't mean we need to go around holding

15:18:34  17  hands.  I need to look around.  And my

15:18:47  18  principal task is to avoid any danger,

15:18:49  19  to prevent this danger from occurring.

15:18:54  20       Q.   Were you ever in a position

15:18:55  21  where you could hear what was going on?

15:19:09  22       A.   No.  This didn't happen.

15:19:11  23       Q.   Did you ever observe Dmitry

15:19:12  24  Strogii present or at -- at meetings

15:19:16  25  involving Mr. Teyf or in a position

| | |
|---|---|
| 15:19:18 | 1 |
| 15:19:36 | 2 |
| 15:19:37 | 3 |
| 15:19:40 | 4 |
| 15:19:43 | 5 |
| 15:19:46 | 6 |
| 15:19:48 | 7 |
| 15:19:56 | 8 |
| 15:20:00 | 9 |
| 15:20:04 | 10 |
| 15:20:13 | 11 |
| 15:20:15 | 12 |
| 15:20:18 | 13 |
| 15:20:23 | 14 |
| 15:20:25 | 15 |
| 15:20:27 | 16 |
| 15:20:27 | 17 |
| 15:20:29 | 18 |
| 15:20:31 | 19 |
| 15:20:38 | 20 |
| 15:20:38 | 21 |
| 15:20:44 | 22 |
| 15:20:49 | 23 |
| 15:20:50 | 24 |
| 15:21:06 | 25 |

where he could overhear conversations?

A.   He couldn't have possibly overhear [sic] anything said at such meeting because he never was present at any of these.

Q.   Let me change gears a little bit, Mr. Schiriy.

Do you know Elena Zelenova?

A.   Yes.  I know her.  I know Elena.

Q.   How do you know her?

A.   When I came to work at Delta Plus, he [sic] had already been an employee there.

MR. ALLEN:  The translator's saying --

THE INTERPRETER:  "She."  I'm terribly sorry.  "She."

MR. ALLEN:  No, no.  That's fine. I wanted to make sure I understood.

Q.   BY MR. ALLEN:  Ms. Zelenova was already working at Delta Plus when you arrived?

A.   Yes.

Q.   And what was her job?

A.   She was involved in the financing of the company.

Q.   Did you interact with her?

A.   Well, quite seldom.  If we needed

| | | |
|---|---|---|
| 15:21:09 | 1 | some small sums of money to -- for security |
| 15:21:16 | 2 | purposes, then yes, we could be in touch. |
| 15:21:19 | 3 | But, otherwise, quite seldom. |
| 15:21:23 | 4 | Q.   To your knowledge, did Elena |
| 15:21:26 | 5 | Zelenova ever receive a bribe or kickback |
| 15:21:29 | 6 | payments on behalf of Mr. Teyf? |
| 15:21:43 | 7 | A.   No.  I don't know anything of |
| 15:21:45 | 8 | the matter. |
| 15:21:46 | 9 | Q.   Do you have any knowledge that |
| 15:21:48 | 10 | Elena Zelenova was involved in any wrongdoing |
| 15:21:52 | 11 | whatsoever? |
| 15:22:03 | 12 | A.   No. |
| 15:22:03 | 13 | MR. ALLEN:  We'll take a short break, |
| 15:22:19 | 14 | five or ten minutes, to -- to wrap up. |
| 15:22:30 | 15 | MR. KELLHOFER:  Sounds good.  Thank |
| 15:22:30 | 16 | you. |
| 15:22:32 | 17 | THE VIDEOGRAPHER:  Going off the record |
| 15:22:32 | 18 | at 3:22. |
| 15:22:54 | 19 | (Recess from 3:22 p.m. to 3:41 p.m.) |
| 15:41:49 | 20 | THE VIDEOGRAPHER:  Back on record at |
| 15:41:50 | 21 | 3:41. |
| 15:41:56 | 22 | Q.   BY MR. ALLEN:  Mr. Schiriy, I want to |
| 15:41:56 | 23 | return your attention to some of the claims that |
| 15:42:00 | 24 | Dmitry Strogii is making in this case. |
| 15:42:13 | 25 | MR. KELLHOFER:  I'm going to object |

15:42:14　1　to the form of the question.  Simply ask the

15:42:19　2　question and not inform the witness of other

15:42:24　3　individuals' statements.

15:42:30　4　　　　Q.　BY MR. ALLEN:  Dmitry Strogii claims

15:42:31　5　that he provided protection to Mr. Teyf from

15:42:38　6　attacks by various criminal groups in Russia,

15:42:42　7　like the Podolsk group in Moscow, the Rostov

15:42:50　8　group, the Chechen group, and the Dagestan

15:42:56　9　group.

15:43:02　10　　　　　MR. ALLEN:  Please translate.

15:43:26　11　　　　Q.　BY MR. ALLEN:  To your knowledge,

15:43:28　12　did he ever provide -- did Dmitry Strogii

15:43:30　13　ever provide that type of protection from

15:43:40　14　attacks or potential attacks on Mr. Teyf

15:43:42　15　from such groups?

15:43:59　16　　　　A.　No.  It couldn't be.  Because,

15:44:00　17　as I mentioned before, Strogii was never --

15:44:04　18　has never been a personal guard to Leonid

15:44:09　19　Isaakovich.

15:44:10　20　　　　Q.　Were you ever told by Leonid Teyf

15:44:13　21　that he needed to be protected from the kinds

15:44:15　22　of attacks as Strogii's now claiming?

15:44:19　23　　　　　MR. KELLHOFER:  Objection.  Hearsay.

15:44:39　24　　　　　THE WITNESS:  No.  Never.

15:44:43　25　　　　Q.　BY MR. ALLEN:  Mr. Schiriy, there's

15:44:44  1   been an objection.  So let me formulate a

15:44:46  2   question that -- in a different way.

15:44:57  3            Were you ever told by Leonid Teyf

15:44:59  4   that he needed to be protected from attacks

15:45:02  5   or potential attacks from groups such as

15:45:07  6   the Podolsk group or the Rostov group or

15:45:12  7   the Chechen group or the Dagestan group?

15:45:18  8            MR. KELLHOFER:  I'll, again, object

15:45:19  9   to -- I'll, again, object to hearsay as to

15:45:20 10   what another individual's said.

15:45:31 11            THE WITNESS:  No.  He never said that.

15:45:51 12       Q.   BY MR. ALLEN:  Did you ever learn of

15:45:52 13   any such threats of attacks or potential attacks

15:45:57 14   by these kinds of criminal groups against Mr. Teyf?

15:46:18 15       A.   No.

15:46:24 16       Q.   A few more questions to -- do you have

15:46:28 17   some understanding of some English words?

15:46:39 18       A.   Just a few phrases that I can understand.

15:46:43 19       Q.   Do you believe you would be able to

15:46:45 20   testify accurately and fully without the aid

15:46:48 21   of a translator in English?

15:47:12 22       A.   No.  Because my knowledge of English

15:47:14 23   is entirely insufficient to provide any accurate

15:47:19 24   or adequate testimony.

15:47:25 25       Q.   Going back to the time when you served

| | | |
|---|---|---|
| 15:47:28 | 1 | as Leonid Teyf's personal bodyguard at Voentorg. |
| 15:47:32 | 2 | What company employed you during that |
| 15:47:41 | 3 | time? |
| 15:47:56 | 4 | A. From 9 -- from 2015, when I resigned |
| 15:48:01 | 5 | from Delta Plus, I was directly involved -- I |
| 15:48:04 | 6 | was directly employed by Mr. Teyf. There was |
| 15:48:07 | 7 | no company employing my services. |
| 15:48:10 | 8 | Q. Prior to 2015, during the period when |
| 15:48:15 | 9 | he was at Voentorg, who was your employer? |
| 15:48:27 | 10 | A. Delta Plus company. |
| 15:48:28 | 11 | Q. To be clear, were you his personal |
| 15:48:31 | 12 | security person and bodyguard at all times |
| 15:48:34 | 13 | while he was at Voentorg? |
| 15:48:47 | 14 | A. Yes. Correct. |
| 15:48:48 | 15 | Q. Let me ask you a couple more questions. |
| 15:48:53 | 16 | When Mr. Teyf has his trial in the |
| 15:48:58 | 17 | United States, are you willing to travel |
| 15:49:01 | 18 | voluntarily to the United States to testify? |
| 15:49:30 | 19 | A. No. I'm not ready, for two reasons. |
| 15:49:32 | 20 | The first being that, as I've already |
| 15:49:35 | 21 | mentioned, I have a very small daughter. She's |
| 15:49:39 | 22 | only three month old. And I wouldn't be able |
| 15:49:42 | 23 | to leave my wife alone with her for a continuous -- |
| 15:49:46 | 24 | for a long period of time. |
| 15:49:48 | 25 | And the second reason is that the entire |

| | | |
|---|---|---|
| 15:50:12 | 1 | situation around Mr. Teyf -- and from what I heard, |
| 15:50:17 | 2 | on the basis of false claims made by Strogii against |
| 15:50:22 | 3 | him, he was arrested.  And I now know that these |
| 15:50:26 | 4 | claims have been also advanced against me.  So |
| 15:50:30 | 5 | this is a cause for my concern. |
| 15:50:39 | 6 | And I see that -- I know that I haven't |
| 15:50:43 | 7 | said a word that wouldn't be true.  But I see |
| 15:50:47 | 8 | what has happened to Leonid Isaakovich. |
| 15:50:52 | 9 | Q.   Your trip here to testify, did you fly |
| 15:50:56 | 10 | from Russia? |
| 15:51:03 | 11 | A.   Yes, certainly. |
| 15:51:04 | 12 | Q.   How much was your -- about how much was |
| 15:51:07 | 13 | your plane ticket? |
| 15:51:17 | 14 | A.   In Russian rubles, the price was 12,000. |
| 15:51:20 | 15 | And roughly 200 U.S. dollars. |
| 15:51:28 | 16 | Q.   Is that one way? |
| 15:51:32 | 17 | A.   Yes.  This is a one-way ticket. |
| 15:51:34 | 18 | Q.   And you'll be buying a plane ticket back |
| 15:51:37 | 19 | to Russia? |
| 15:51:43 | 20 | A.   Naturally. |
| 15:51:43 | 21 | Q.   Presumably it'll cost something like |
| 15:51:46 | 22 | the ticket here cost? |
| 15:51:53 | 23 | A.   Yes. |
| 15:51:54 | 24 | Q.   Are you staying in a hotel? |
| 15:51:59 | 25 | A.   Yes.  At a -- at a hotel. |

15:52:01  1      Q.   Who's paying for your room?

15:52:11  2      A.   Elena Zelenova has paid for the

15:52:13  3  hotel room.

15:52:14  4      Q.   And who paid for your plane ticket?

15:52:20  5      A.   I myself.

15:52:23  6      Q.   Do you expect to be reimbursed for

15:52:26  7  your expenses coming here to testify in due

15:52:28  8  course?

15:52:38  9      A.   I believe so.

15:52:40  10      Q.   All right.  Who is arranging that

15:52:41  11  to your understanding?

15:52:46  12      A.   I understand that the lawyers are

15:52:48  13  dealing with this.

15:52:52  14      Q.   Have you spoken to Leonid Teyf in

15:52:53  15  the past year or so?

15:53:02  16      A.   Yes.  He rang me up several times.

15:53:05  17      Q.   What do you remember about those

15:53:08  18  conversations?

15:53:39  19      A.   Mainly, he would like me to establish

15:53:44  20  a contact with his family and acquaintances,

15:53:47  21  friends, certainly for the purposes of informing

15:53:53  22  them that he was doing all right, that he feels

15:53:56  23  okay.  And contacting -- contacting his friends,

15:54:02  24  he would hope that I'd convey them his request

15:54:07  25  to render some help in locating and providing

```
15:54:14   1   documents that would have -- help his lawyers
15:54:18   2   in preparing the case and some money -- some
15:54:25   3   financial assistance for his family.
15:54:35   4            MR. ALLEN:  Thank you, Mr. Schiriy.
15:54:36   5   That's all I have for you now.
15:54:39   6            I may have some additional questions
15:54:41   7   later.  Now the other lawyers in the case will
15:54:44   8   ask you questions.
15:54:44   9            MR. KELLHOFER:  I believe it would be
15:55:10  10   on to Mr. Long.
15:55:13  11            MR. LONG:  And Mr. Long has no questions.
15:55:16  12
15:55:16  13                    EXAMINATION
15:55:16  14   BY MR. KELLHOFER:
15:55:16  15       Q.  All right.  That being the case, I --
15:55:22  16   I do have a few questions, sir.
15:55:25  17            Sir, do you have a -- a photo ID on
15:55:36  18   you?
15:55:43  19       A.  Yes.
15:55:44  20       Q.  Could you please provide that to the
15:55:46  21   court reporter to verify your identity, please?
15:55:49  22            (The witness handed his passport
15:55:49  23        to the court reporter for verification.)
15:56:06  24            THE COURT REPORTER:  (Examining.)
15:56:06  25   Yes.  That's him.
```

| | | |
|---|---|---|
| 15:56:08 | 1 | (The court reporter returned the |
| 15:56:08 | 2 | passport to the witness.) |
| 15:56:11 | 3 | Q.   BY MR. KELLHOFER:  Thank you, sir. |
| 15:56:11 | 4 | And your first name -- what is your |
| 15:56:14 | 5 | first name, sir? |
| 15:56:22 | 6 | A.   Dmitry. |
| 15:56:24 | 7 | Q.   All right.  And do you often also |
| 15:56:26 | 8 | go by the nickname or shortened name of Dima? |
| 15:56:34 | 9 | A.   Yes. |
| 15:56:37 | 10 | Q.   That's a common shortening of Dmitry; |
| 15:56:40 | 11 | correct? |
| 15:56:46 | 12 | A.   Yes. |
| 15:56:51 | 13 | Q.   And today you understand you are giving |
| 15:56:54 | 14 | testimony on behalf of the defendant, Mr. Leonid |
| 15:56:58 | 15 | Teyf; correct? |
| 15:56:58 | 16 | A.   Yes.  That's right. |
| 15:57:12 | 17 | Q.   And you -- your desire is to help |
| 15:57:15 | 18 | Mr. Teyf; correct? |
| 15:57:16 | 19 | A.   Yes, of course.  I want to help him. |
| 15:57:27 | 20 | Q.   Now, you've mentioned that, in your |
| 15:57:30 | 21 | experience with Mr. Teyf, he -- he has appeared |
| 15:57:35 | 22 | to be quite wealthy? |
| 15:57:47 | 23 | A.   Yes. |
| 15:57:49 | 24 | Q.   And that would include assets such |
| 15:57:52 | 25 | as cars and houses, things of that nature, |

| | | |
|---|---|---|
| 15:57:56 | 1 | to this very day in Russia; correct? |
| 15:57:59 | 2 | A.   Yes. |
| 15:58:13 | 3 | Q.   Now, you mentioned that you worked |
| 15:58:16 | 4 | directly for him for a period of time now. |
| 15:58:19 | 5 | When is it that that ended? |
| 15:58:34 | 6 | A.   It ended when he was arrested. |
| 15:58:39 | 7 | Q.   So do you recall what that time |
| 15:58:41 | 8 | frame would have been? |
| 15:58:59 | 9 | A.   Yes.  As far as I remember, it |
| 15:59:00 | 10 | was in December.  Because the entire family |
| 15:59:03 | 11 | was supposed to come for New Year holidays. |
| 15:59:06 | 12 | And I was getting prepared to -- for -- for |
| 15:59:10 | 13 | their visit. |
| 15:59:14 | 14 | Q.   So at that time, then, did you, |
| 15:59:16 | 15 | in effect, lose your job? |
| 15:59:24 | 16 | A.   Well, yes.  You could put it that |
| 15:59:26 | 17 | way. |
| 15:59:29 | 18 | Q.   And since then, how have you been |
| 15:59:33 | 19 | employed? |
| 15:59:39 | 20 | A.   I have a small business.  I sell |
| 15:59:40 | 21 | cars. |
| 15:59:40 | 22 | MR. KELLHOFER:  I'm sorry.  I didn't |
| 15:59:46 | 23 | catch that last part. |
| 15:59:47 | 24 | THE INTERPRETER:  "I sell cars." |
| 15:59:49 | 25 | MR. KELLHOFER:  Oh, "cars."  Thank |

| | | |
|---|---|---|
| 15:59:50 | 1 | you. |
| 15:59:55 | 2 | Q. BY MR. KELLHOFER: And so you would |
| 15:59:56 | 3 | like to continue working for Mr. Teyf, though; |
| 16:00:00 | 4 | correct? |
| 16:00:12 | 5 | A. He's a good man. And I liked working |
| 16:00:14 | 6 | for him. So if I have an opportunity like that |
| 16:00:18 | 7 | again, I will gladly take it. |
| 16:00:27 | 8 | Q. Well, financially, it would be helpful |
| 16:00:29 | 9 | as well to work for him; correct? |
| 16:00:31 | 10 | A. Yes, of course. Financially, it |
| 16:00:44 | 11 | will be helpful as well. But since I have this |
| 16:00:47 | 12 | business, I'm not planning to leave it either. |
| 16:00:51 | 13 | Q. And he was your direct boss? Or was |
| 16:00:54 | 14 | there someone between you and he? |
| 16:01:05 | 15 | A. No. He was my direct boss. |
| 16:01:15 | 16 | Q. All right. And so I understand, |
| 16:01:18 | 17 | though, that you -- you have had, I believe |
| 16:01:20 | 18 | you said, some phone calls with him over the |
| 16:01:24 | 19 | past year? |
| 16:01:32 | 20 | A. Yes. He called me. |
| 16:01:34 | 21 | Q. All right. But that didn't involve |
| 16:01:36 | 22 | you doing work for him? |
| 16:01:43 | 23 | MR. ALLEN: Object to form. |
| 16:01:56 | 24 | THE WITNESS: No. I didn't do any |
| 16:01:58 | 25 | work for him. But when he called, he asked |

16:02:00  1    me for help.  And I tried to help him.

16:02:06  2        Q.   BY MR. KELLHOFER:  Can you just,

16:02:07  3    please, describe in -- in detail, if you

16:02:11  4    will, what -- what that help involved?

16:02:13  5        A.   Well, I have already mentioned that.

16:02:43  6    I tried to find certain people who knew him

16:02:46  7    and who had worked for him, so that they would

16:02:49  8    help his lawyers collect documents needed for

16:02:52  9    his defense, and also people who could provide

16:02:57  10   financial support for his family.

16:02:58  11       Q.   All right.  So all you did was try

16:03:02  12   and locate individuals who could also help

16:03:06  13   him?

16:03:14  14            MR. ALLEN:  Object to form.

16:03:14  15   Mischaracterizes testimony.

16:03:16  16            THE WITNESS:  Well, I -- I didn't

16:03:33  17   exactly had [sic] to locate people.  I had

16:03:35  18   to help them -- I had to establish contact

16:03:39  19   with people.  I had to help them meet so

16:03:42  20   that they would be able to provide help.

16:03:44  21       Q.   BY MR. KELLHOFER:  Okay.  But you

16:03:48  22   yourself were not providing any documents

16:03:50  23   or anything physical; correct?

16:03:54  24       A.   I couldn't do that even if

16:04:27  25   I wanted to.  Because my job was never

| | | |
|---|---|---|
| 16:04:29 | 1 | connected to any documents or to any |
| 16:04:32 | 2 | finances.  My job was providing protection. |
| 16:04:34 | 3 | And so I only had to find people who would |
| 16:04:38 | 4 | be able to do this for him. |
| 16:04:41 | 5 | Q.  All right.  So you're -- so you -- |
| 16:04:43 | 6 | you were security.  You had no -- you had |
| 16:04:45 | 7 | no -- no dealings with his -- his finances? |
| 16:04:55 | 8 | A.  Yes.  Exactly. |
| 16:04:58 | 9 | Q.  All right.  And that's -- that's |
| 16:04:59 | 10 | obviously a -- a -- business finances or -- |
| 16:05:01 | 11 | or personal finances? |
| 16:05:11 | 12 | A.  That's right.  I had nothing to |
| 16:05:12 | 13 | do with it. |
| 16:05:13 | 14 | Q.  Okay.  Now, during your time |
| 16:05:20 | 15 | working security for -- for defendant Teyf, |
| 16:05:25 | 16 | you did become aware of people that he met |
| 16:05:28 | 17 | with, though; correct? |
| 16:05:29 | 18 | A.  Yes.  I saw those people. |
| 16:05:43 | 19 | Q.  And you, through that, are aware |
| 16:05:45 | 20 | that his powerful friends were business |
| 16:05:51 | 21 | partners in Russia; correct? |
| 16:06:06 | 22 | MR. ALLEN:  Object to form.  Vague. |
| 16:06:07 | 23 | THE WITNESS:  I saw people he was |
| 16:06:24 | 24 | meeting with.  But in most cases, I didn't |
| 16:06:26 | 25 | know who those people were. |

16:06:28  1        Q.   BY MR. KELLHOFER:  You do know

16:06:30  2    who Mr. Serdyukov is, the former Ministry

16:06:36  3    [sic] of Defense; correct?

16:06:44  4        A.   Well, people like that are known

16:06:46  5    throughout Russia, of course.

16:06:49  6        Q.   Yeah.  And that would be somebody

16:06:50  7    that Mr. Teyf had personal contact with?

16:07:05  8        A.   No.  I was never present at any

16:07:07  9    personal contact between them.

16:07:14  10        Q.   And who would have been?

16:07:19  11             MR. ALLEN:  Object to form.  No

16:07:20  12    foundation.  Assumes facts not in evidence.

16:07:23  13             THE WITNESS:  I'm certain that,

16:07:40  14    even if such meetings took place, nobody

16:07:44  15    could be present at -- at such meetings.

16:07:49  16        Q.   BY MR. KELLHOFER:  And his personal

16:07:50  17    bodyguard, such as yourself, wouldn't even

16:07:53  18    know about that?

16:08:00  19             MR. ALLEN:  Again, objection.  No

16:08:01  20    foundation.  Assumes facts not in evidence.

16:08:30  21             THE WITNESS:  As you can imagine,

16:08:32  22    Minister of Defense is a very important figure

16:08:37  23    in the country.  And so you can imagine that

16:08:40  24    even a personal bodyguard of Mr. Teyf's would

16:08:44  25    not be present at a meeting like that.

| | | |
|---|---|---|
| 16:08:47 | 1 | Q.   BY MR. KELLHOFER:  And from your |
| 16:08:51 | 2 | experience as a personal bodyguard, would |
| 16:08:53 | 3 | not even be informed that it's taking place? |
| 16:09:08 | 4 | MR. ALLEN:  Again, objection.  No |
| 16:09:08 | 5 | foundation.  Assumes facts not in evidence. |
| 16:09:13 | 6 | And calls for speculation. |
| 16:09:42 | 7 | THE WITNESS:  I think that meetings |
| 16:09:43 | 8 | of this kind take place in secure governmental |
| 16:09:47 | 9 | buildings that ordinary people cannot enter, |
| 16:09:49 | 10 | not even a personal bodyguard.  The only people |
| 16:09:55 | 11 | who can enter those buildings are people who |
| 16:09:57 | 12 | have special passes. |
| 16:09:59 | 13 | Q.   BY MR. KELLHOFER:  Sir, here's my |
| 16:10:00 | 14 | question. |
| 16:10:00 | 15 | If Mr. Teyf were to meet with a |
| 16:10:03 | 16 | high-level individual like that and you were -- |
| 16:10:06 | 17 | having worked as his bodyguard for some time, |
| 16:10:10 | 18 | your experience is that you would not even be |
| 16:10:13 | 19 | informed of that? |
| 16:10:14 | 20 | Is that true? |
| 16:10:37 | 21 | MR. ALLEN:  Again, objection.  No |
| 16:10:37 | 22 | foundation.  Calls for speculation.  And asked |
| 16:10:41 | 23 | and answered. |
| 16:11:19 | 24 | THE WITNESS:  Yes, I suppose I would |
| 16:11:20 | 25 | not be informed of such a meeting.  Actually, |

16:11:22  1  I was never informed of the kind of meeting

16:11:27  2  that was supposed to take place.  If my boss --

16:11:29  3  if Leonid Teyf went to a meeting, that means

16:11:32  4  that we went to a meeting.  But I was never

16:11:35  5  informed of the nature of this meeting.

16:11:48  6      Q.  BY MR. KELLHOFER:  So the nature

16:11:50  7  of the meetings, of who he would be meeting

16:11:53  8  with had no bearing on the safety?

16:12:14  9      A.  Could you maybe rephrase the question?

16:12:16  10  I don't understand what you mean.

16:12:19  11      Q.  Well, you have training in security;

16:12:20  12  correct?

16:12:26  13      A.  Yes.

16:12:27  14      Q.  You'd agree that some situations

16:12:30  15  have potential dangers that other situations

16:12:33  16  do not?

16:12:41  17      A.  I agree.

16:12:44  18      Q.  Locations matter, as you previously

16:12:47  19  mentioned, exit and entry points?

16:13:03  20      A.  That's right.  That's right.  And

16:13:06  21  if a meeting takes place in a crowded place

16:13:08  22  where there are other people present, then,

16:13:10  23  of course, I'm always present at the meeting.

16:13:13  24      Q.  And the person with whom Mr. Teyf

16:13:17  25  might be meeting, that person alone could

| | | |
|---|---|---|
| 16:13:20 | 1 | raise the threat level or lower the threat |
| 16:13:23 | 2 | level; correct? |
| 16:13:48 | 3 | A.   In essence, yes.  You're right. |
| 16:13:50 | 4 | But Leonid Teyf always met only with people |
| 16:13:54 | 5 | he trusted.  So I don't think that he would |
| 16:13:56 | 6 | meet with a person whose presence would pose |
| 16:14:00 | 7 | a threat to him. |
| 16:14:06 | 8 | Q.   You mentioned Nicolay Grigorov, |
| 16:14:09 | 9 | your relative; correct? |
| 16:14:21 | 10 | A.   I would like to correct you, if |
| 16:14:23 | 11 | you permit me.  He's not my relative.  He's |
| 16:14:27 | 12 | my wife's relative. |
| 16:14:29 | 13 | Q.   So he's not related to you through |
| 16:14:31 | 14 | marriage? |
| 16:14:46 | 15 | A.   Well, maybe -- maybe each person |
| 16:14:52 | 16 | has a different understanding of what relatives -- |
| 16:14:56 | 17 | of what the word "relatives" mean.  In my |
| 16:14:59 | 18 | understanding, you're only related to somebody |
| 16:15:02 | 19 | by blood. |
| 16:15:07 | 20 | Q.   How much time -- or how long have |
| 16:15:09 | 21 | you known Nicolay Grigorov? |
| 16:15:19 | 22 | A.   I think it's about 14 years. |
| 16:15:24 | 23 | Q.   All right.  And in addition to being |
| 16:15:26 | 24 | related, not by blood, but you are additionally |
| 16:15:31 | 25 | friends; correct? |

| | | |
|---|---|---|
| 16:15:46 | 1 | A.   I wouldn't call it friendship.  We |
| 16:15:48 | 2 | have always had a working relationship. |
| 16:15:53 | 3 | Q.   And you worked together at the tractor |
| 16:15:58 | 4 | factory; correct? |
| 16:16:09 | 5 | A.   I was there under his supervision. |
| 16:16:11 | 6 | He was my boss. |
| 16:16:32 | 7 | Q.   And at that time, you mentioned |
| 16:16:35 | 8 | a security guard who you did not trust. |
| 16:16:38 | 9 | Do you recall that? |
| 16:16:39 | 10 | A.   Yes, of course. |
| 16:16:49 | 11 | Q.   Okay.  So you remember that person? |
| 16:16:55 | 12 | A.   Yes.  I can call him by his name. |
| 16:16:59 | 13 | Q.   Okay.  But when I say "security |
| 16:17:02 | 14 | guard," you know who I'm referring to? |
| 16:17:09 | 15 | MR. ALLEN:  Object to form. |
| 16:17:25 | 16 | THE WITNESS:  Situations may be |
| 16:17:26 | 17 | different.  In every place where I worked, |
| 16:17:28 | 18 | there were many guards.  So there might be |
| 16:17:32 | 19 | a situation where I don't understand who |
| 16:17:35 | 20 | exactly you're referring to. |
| 16:17:37 | 21 | Q.   BY MR. KELLHOFER:  So you're -- |
| 16:17:37 | 22 | you're confused right now about who I was |
| 16:17:41 | 23 | referring to? |
| 16:17:43 | 24 | MR. ALLEN:  Object to form. |
| 16:17:43 | 25 | Mischaracterizes testimony. |

| | | |
|---|---|---|
| 16:17:49 | 1 | MR. KELLHOFER:  That's a question. |
| 16:17:50 | 2 | (The following section of colloquy |
| 16:17:50 | 3 | was not translated.) |
| 16:17:51 | 4 | MR. ALLEN:  Indeed it was.  And it |
| 16:17:53 | 5 | was one that confused or -- |
| 16:17:56 | 6 | MR. KELLHOFER:  Put a question mark |
| 16:17:57 | 7 | on the end of it.  It's a question. |
| 16:18:03 | 8 | MR. ALLEN:  I'm sorry, Mr. Kellhofer. |
| 16:18:05 | 9 | Is that directed to me or to the witness? |
| 16:18:08 | 10 | MR. KELLHOFER:  To -- to the witness. |
| 16:18:08 | 11 | You -- you seem to think he'll be confused as |
| 16:18:11 | 12 | to whether or not that was a question. |
| 16:18:14 | 13 | MR. ALLEN:  No, sir.  I was simply |
| 16:18:16 | 14 | lodging an objection, as I am indeed obliged |
| 16:18:20 | 15 | to do. |
| 16:18:21 | 16 | Please proceed. |
| 16:18:44 | 17 | THE WITNESS:  At the moment, I |
| 16:18:45 | 18 | understood who you're referring to because |
| 16:18:47 | 19 | you specified.  But in future questions, |
| 16:18:49 | 20 | there might be a situation where I do get |
| 16:18:52 | 21 | confused.  And this might affect the accuracy |
| 16:18:56 | 22 | of my testimony. |
| 16:18:58 | 23 | Q.   BY MR. KELLHOFER:  Okay.  Well, |
| 16:18:59 | 24 | then, how about you just name him.  And now |
| 16:19:03 | 25 | you know who you're talking about; right? |

```
16:19:11   1        A.   If I understood you correctly, it
16:19:13   2   was Dmitry Strogii.
16:19:14   3        Q.   Okay.  And we're going to talk about
16:19:17   4   him.  Okay?
16:19:23   5        A.   Okay.
16:19:24   6        Q.   Okay.  When I say "him," you know
16:19:28   7   who I'm referring to?
16:19:37   8        A.   I think so.  I hope so.  If I don't
16:19:40   9   understand, I will ask you.
16:19:44  10        Q.   Perfect.
16:19:44  11             In your experience at that tractor
16:19:55  12   factory, he was a bad employee?
16:20:42  13        A.   Well, I don't know if I can evaluate
16:20:44  14   him as an employee.  But I can evaluate him
16:20:48  15   as a human being, as a person.  To me, he was
16:20:53  16   a person who was not trustworthy, somebody I
16:20:55  17   couldn't rely upon.  But if you remember the
16:20:59  18   fact that he was involved in assisting criminal
16:21:02  19   activity, then yes, I could say he was a bad
16:21:06  20   employee.
16:21:06  21        Q.   Okay.  So that's a "yes," you think
16:21:11  22   he was a bad employee; correct?
16:21:17  23        A.   Yes.
16:21:17  24        Q.   Okay.  And -- and part of that is
16:21:23  25   because you know the professionalism that's
```

| | | |
|---|---|---|
| 16:21:28 | 1 | necessary for the role he was in; correct? |
| 16:21:45 | 2 | A.    In essence, yes. |
| 16:21:48 | 3 | Q.    And that job, if not done correctly, |
| 16:21:52 | 4 | puts the company at risk as well as other |
| 16:21:58 | 5 | individuals; correct? |
| 16:22:06 | 6 | A.    Yes. |
| 16:22:08 | 7 | Q.    And so it's taken very seriously |
| 16:22:11 | 8 | by his co-workers? |
| 16:22:20 | 9 | A.    Yes. |
| 16:22:21 | 10 | Q.    Such as yourself? |
| 16:22:44 | 11 | A.    I don't quite understand what you |
| 16:22:46 | 12 | mean.  But if he, for example, doesn't take |
| 16:22:50 | 13 | his job seriously, that means that I have to |
| 16:22:52 | 14 | do double work.  I have to work for myself |
| 16:22:55 | 15 | and for him. |
| 16:22:57 | 16 | Q.    Well, I want to make sure you're |
| 16:22:59 | 17 | clear on things.  So we'll go over that again. |
| 16:23:02 | 18 | Okay? |
| 16:23:02 | 19 | The position that he held was |
| 16:23:21 | 20 | one that was important because, if not done |
| 16:23:24 | 21 | correctly, it put the company at risk, and |
| 16:23:27 | 22 | it put his co-workers at risk; is that correct? |
| 16:24:01 | 23 | A.    The work in a private security company |
| 16:24:04 | 24 | is structured in such a way that every worker |
| 16:24:09 | 25 | is just a cog in a machine.  And if one of |

16:24:12   1   these cogs doesn't work properly, that means
16:24:15   2   that the entire machine doesn't work properly.
16:24:19   3       Q.   Okay.  And you yourself were, in
16:24:22   4   your words, one of the cogs as well; right?
16:24:30   5       A.   Yes.  Exactly.
16:24:32   6       Q.   And so --
16:24:36   7       A.   If you mean the tractor factory,
16:24:38   8   then yes.
16:24:41   9       Q.   Yes.  Right now, I just want to
16:24:44  10   talk first about the tractor factory.
16:24:45  11           And so my question had been to
16:24:49  12   you, that you, like yourself, were one of
16:24:52  13   his co-workers.  And so, if he had misconduct,
16:24:56  14   that put you at risk?
16:25:16  15       A.   If we work on the same shift, then
16:25:19  16   yes.
16:25:19  17       Q.   Okay.  So anyone working on a shift
16:25:26  18   with him would have a worry?
16:25:35  19       A.   I think so.  Yes.
16:25:36  20       Q.   Okay.  And I imagine -- well, who --
16:25:40  21   who was the boss there?  Was that Grigorov?
16:25:52  22       A.   Yes.  He was the director of this
16:25:53  23   private security company.
16:25:58  24       Q.   And had he hired this person, or
16:26:02  25   had somebody else hired him?

16:26:16  1        A.   No.   Somebody else had hired him.

16:26:18  2   Because, when Grigorov came to work to this

16:26:21  3   place, Strogii had already worked there.

16:26:25  4        Q.   Okay.   And the -- the duties there,

16:26:35  5   if you did not uphold them, there would be

16:26:40  6   consequences; right?

16:26:51  7        A.   Yes, of course.

16:27:02  8        Q.   And now, you additionally, during

16:27:06  9   that time, became concerned because you felt

16:27:11  10  that he was not honest; correct?

16:27:27  11       A.   Yes.

16:27:30  12       Q.   You were -- well, you've testified

16:27:33  13  100 percent belief that he was involved in

16:27:38  14  theft of items from the tractor factory;

16:27:40  15  correct?

16:27:53  16       A.   Yes.   That's right.

16:27:55  17       Q.   Okay.   And I don't recall, to

16:28:02  18  be perfectly honest.   Did you additionally

16:28:05  19  testify of concerns that he was involved

16:28:07  20  in -- in alcohol while on [sic] work?

16:28:24  21       A.   Yes.   This is what happened.

16:28:25  22  I saw him many times doing that.

16:28:29  23       Q.   So many times?

16:28:43  24       A.   I don't know if it happened really

16:28:46  25  often or not.   Because I did not often work

16:28:49  1   with him on the same shift.

16:28:52  2       Q.   More than ten times or less than

16:28:54  3   ten times?

16:29:10  4       A.   It's been more than ten years since

16:29:12  5   then.  So I don't think I can tell you the

16:29:14  6   exact number.  But it was definitely more

16:29:16  7   than once.

16:29:25  8       Q.   And you also had concerns because

16:29:27  9   he directly tried to get you fired; is that

16:29:30  10  correct?

16:29:39  11      A.   Yes.  It did happen.

16:29:45  12      Q.   And regarding the -- the -- the

16:29:48  13  theft of items, you are additionally convinced

16:29:56  14  because there were threats about that made

16:30:00  15  against you; correct?

16:30:35  16      A.   It was not exactly connected to

16:30:37  17  a specific theft of items.  But when he was

16:30:40  18  asked to quit working there, then the people

16:30:45  19  he was connected with came to me, following

16:30:48  20  his recommendation, trying to make me take

16:30:52  21  his place.  And when I refused, they started

16:30:54  22  to threaten me.

16:30:56  23      Q.   And they threatened your family

16:30:58  24  too?

16:31:20  25      A.   Well, nobody talked to my family

16:31:23   1   directly.  They only talked to me.  They

16:31:26   2   met with me.  And several times during those

16:31:29   3   meetings, they said stuff like:  Aren't you

16:31:32   4   afraid for your wife?  Aren't you afraid?

16:31:34   5   You have a small son.  We might burn your

16:31:39   6   car.  And stuff like that.

16:31:40   7       Q.   And then you mentioned, right

16:31:45   8   before this, that this was partly because

16:31:50   9   he had been fired and that's why these people

16:31:54  10   approached you in order to take his place.

16:31:57  11       Correct?

16:32:34  12       A.   Well, he wasn't exactly fired.  He

16:32:37  13   was asked to submit his own resignation.

16:32:43  14       And after that, those people came

16:32:45  15   to me, and he said that Dmitry Strogii had

16:32:48  16   recommended me to them.  It was at first

16:32:52  17   just talk about recommendation.  And only

16:32:54  18   when I refused to work for them, that's

16:32:58  19   when they started threatening me.

16:33:02  20       Q.   So Dmitry, the -- the -- the

16:33:05  21   guard that you're referring to, he referred

16:33:10  22   the criminal element to you?

16:33:23  23       A.   Yes.

16:33:32  24       Q.   You were not friends with him;

16:33:34  25   correct?

```
16:33:40   1        A.   No.
16:33:48   2        Q.   And as you said, he had tried to
16:33:50   3   get you fired?
16:33:56   4        A.   Yes.  This happened.
16:34:00   5        Q.   And these are all very serious
16:34:03   6   problems for an employee; right?
16:34:12   7        A.   Yes, indeed.
16:34:13   8        Q.   And you had great respect and were
16:34:16   9   close to your boss at the time?
16:34:32  10        A.   Are you referring to Grigorov?
16:34:35  11        Q.   I am.  Yes.
16:34:48  12        A.   We -- we were not close.  He was
16:34:50  13   my employer.  There were several -- several
16:34:54  14   levels of command between myself and him.
16:35:00  15        Q.   So how many -- who -- who were the
16:35:01  16   levels of command between you and Mr. Grigorov?
16:35:26  17        A.   Mr. Grigorov had a deputy.  And they
16:35:29  18   had -- then there was a security manager.  Then
16:35:33  19   there was a security officer on duty.  And all
16:35:38  20   these were a level -- the levels of command
16:35:44  21   above me.
16:35:48  22        Q.   So at that time, you didn't have
16:35:50  23   much of a relationship with Mr. Grigorov?
16:36:01  24        A.   No.  We were acquainted.  But there
16:36:06  25   wasn't a close relationship.
```

| | | |
|---|---|---|
| 16:36:12 | 1 | Q.   So you reported these things, though; |
| 16:36:14 | 2 | correct? |
| 16:36:25 | 3 | A.   The ones that had to do personally |
| 16:36:27 | 4 | with me, yes. |
| 16:36:30 | 5 | Q.   Well, each of the things that we've |
| 16:36:32 | 6 | just talked about, that he was a liar -- what |
| 16:36:35 | 7 | about that?  Did you -- did you report any of |
| 16:36:37 | 8 | that, that he had been lying? |
| 16:36:49 | 9 | A.   Yes. |
| 16:36:50 | 10 | Q.   Did you report that he had been drunk? |
| 16:36:58 | 11 | A.   Yes. |
| 16:37:00 | 12 | Q.   Did you report that you believed he |
| 16:37:03 | 13 | was involved in the theft of -- of products |
| 16:37:05 | 14 | going on? |
| 16:37:27 | 15 | A.   When he was caught red-handed in |
| 16:37:32 | 16 | his involvement in the theft that was going |
| 16:37:37 | 17 | on at the factory, then he was asked to resign. |
| 16:37:43 | 18 | Q.   Who caught him? |
| 16:37:53 | 19 | A.   I didn't.  So as to who did, I |
| 16:37:58 | 20 | couldn't be 100 percent sure. |
| 16:38:01 | 21 | Q.   How do you know he was caught |
| 16:38:03 | 22 | red-handed, then? |
| 16:38:18 | 23 | A.   When he -- when he was caught, we |
| 16:38:23 | 24 | had a morning -- a morning gathering, a roll |
| 16:38:27 | 25 | call at the beginning of the shift.  And the |

| | | |
|---|---|---|
| 16:38:37 | 1 | security manager told us so. |
| 16:38:42 | 2 | Q. Okay. And all of this information |
| 16:38:46 | 3 | ultimately resulted in him being -- well, |
| 16:38:49 | 4 | you said, I believe, asked to leave rather |
| 16:38:52 | 5 | than fired? |
| 16:39:00 | 6 | A. Yes. |
| 16:39:03 | 7 | Q. And, ultimately, that was a decision |
| 16:39:05 | 8 | by Mr. Grigorov? |
| 16:39:16 | 9 | A. I don't know. I can't answer this |
| 16:39:17 | 10 | question. Maybe himself. Maybe he and some |
| 16:39:22 | 11 | other people together. |
| 16:39:23 | 12 | I'm sorry. I believe that, at that |
| 16:39:36 | 13 | time, Grigorov had already stopped working at |
| 16:39:39 | 14 | the tractor plant. If I remember rightly, the |
| 16:39:53 | 15 | director at that time of the private security |
| 16:39:56 | 16 | company was Mr. Tislenko. Unfortunately, I |
| 16:40:02 | 17 | won't be able to recall his first name. |
| 16:40:06 | 18 | Q. That's fine. |
| 16:40:07 | 19 | And so Mr. Grigorov had already |
| 16:40:09 | 20 | left at the time this individual was fired -- |
| 16:40:11 | 21 | or asked to leave? |
| 16:40:26 | 22 | A. As far as I can recall, yes. |
| 16:40:39 | 23 | Q. And so you, I imagine, reported |
| 16:40:44 | 24 | the threats against you to the police? |
| 16:40:59 | 25 | A. No. I approached my immediate |

16:41:04  1    managers.

16:41:08  2        Q.   So there's no -- nobody went

16:41:11  3    to the police about the threats against

16:41:13  4    you and inferences of, I believe, burning

16:41:16  5    your car and potentially hurting your wife?

16:41:20  6    Police were never made aware of that?

16:41:46  7        A.   No.  I didn't press any charges

16:41:48  8    or claims.

16:41:52  9        Q.   And I imagine that the company

16:41:55  10   would at least have referred the theft

16:41:58  11   matter to the police.

16:42:00  12        Correct?

16:42:07  13        MR. ALLEN:  Objection.  Calls

16:42:09  14   for hearsay.  Calls for speculation.

16:42:11  15        THE WITNESS:  I can't know that.

16:42:23  16   The management was dealing with the matter.

16:42:28  17        Q.   BY MR. KELLHOFER:  Would you --

16:42:34  18   if you had stolen from your company, would --

16:42:37  19   at that time from that company that you

16:42:39  20   worked for, would you be worried that they

16:42:43  21   would refer the matter to the police?

16:42:58  22        MR. ALLEN:  Objection.  Calls

16:42:58  23   for speculation.

16:42:58  24        THE WITNESS:  This could never

16:43:18  25   have happened on a matter of -- as a matter

16:43:20  1    of principle, because I never stole anything
16:43:24  2    from anyone.
16:43:24  3         Q.   BY MR. KELLHOFER:  You understand
16:43:25  4    what the word "theoretically" means, sir?
16:43:34  5             MR. ALLEN:  Objection to form.
16:43:34  6    Argumentative.
16:43:34  7             THE WITNESS:  I can give you an
16:43:57  8    example at any rate.  For example, what --
16:43:59  9             MR. KELLHOFER:  No.  I -- I would
16:44:01 10    like -- I'm going to object as non-responsive.
16:44:05 11             Please continue translating, though,
16:44:08 12    for the record.
16:44:21 13             THE INTERPRETER:  "At any rate, when --
16:44:25 14    I can give you an example.  When I myself caught
16:44:30 15    somebody stealing" --
16:44:37 16         Q.   BY MS. KELLHOFER:  No.  Nothing further
16:44:38 17    is needed.  I'll ask the question again.
16:44:41 18             I'm just asking you simply -- before
16:44:43 19    my next question, just want to make sure you
16:44:48 20    understand when I say "theoretically," you
16:44:52 21    understand what that -- what I -- what I mean.
16:45:10 22         A.   Yes.  It is clear.
16:45:11 23         Q.   Okay.  So, theoretically, if you had
16:45:15 24    stolen from that company, would you have been
16:45:19 25    worried that they would report it to the police?

| | | |
|---|---|---|
| 16:45:34 | 1 | MR. ALLEN:  Objection.  Argumentative. |
| 16:45:34 | 2 | Calls for speculation.  Asked and answered. |
| 16:45:37 | 3 | THE WITNESS:  I -- I probably will |
| 16:46:07 | 4 | repeat myself.  I have never -- I had never |
| 16:46:12 | 5 | been concerned with being reported to the |
| 16:46:15 | 6 | police because it would never occur to me -- |
| 16:46:17 | 7 | it was never on my mind even to attempt or |
| 16:46:22 | 8 | think of stealing something. |
| 16:46:27 | 9 | Q.   BY MR. KELLHOFER:  So you don't |
| 16:46:33 | 10 | understand that "theoretically" means it's |
| 16:46:35 | 11 | not a fact? |
| 16:46:48 | 12 | MR. ALLEN:  Same objections. |
| 16:46:48 | 13 | THE WITNESS:  It would be possible |
| 16:47:04 | 14 | that, had I stolen anything, I would have been |
| 16:47:09 | 15 | reported to the police. |
| 16:47:10 | 16 | MR. KELLHOFER:  Thank you for answering |
| 16:47:14 | 17 | the question. |
| 16:47:15 | 18 | MR. ALLEN:  (Not translated.)  Time-out. |
| 16:47:17 | 19 | Objection.  Move to strike the characterization |
| 16:47:20 | 20 | of the testimony.  That's not proper. |
| 16:47:24 | 21 | Q.   BY MR. KELLHOFER:  So the reports that |
| 16:47:34 | 22 | you made to your company, the tractor company, |
| 16:47:39 | 23 | there were -- there were many -- correct? -- |
| 16:47:43 | 24 | about this misbehavior? |
| 16:48:10 | 25 | A.   Yes.  Several times. |

```
16:48:11   1        Q.   Okay.  So would you expect that there
16:48:19   2   would be some record from the company having
16:48:21   3   noted any of that?
16:48:35   4        A.   Well, I have always reported orally.
16:48:37   5   So I never submitted any written reports.
16:48:43   6        Q.   And do you know whether or not that
16:48:45   7   company would maintain any written reports?
16:48:56   8        A.   I can't know about it.
16:49:03   9        Q.   So the next location after that job
16:49:05  10   for you was Delta Plus; correct?
16:49:16  11        A.   Yes.
16:49:20  12        Q.   And were you hired by Mr. Grigorov,
16:49:25  13   then?
16:49:33  14        A.   Yes -- no.  He recommended me.
16:49:36  15        Q.   Okay.  And who actually hired you?
16:49:48  16        A.   Well, I submitted all -- all the
16:49:50  17   paperwork was -- was done by the HR.
16:49:58  18        Q.   So who -- who was the individual
16:50:00  19   that hired you?
16:50:07  20        A.   Well, Leonid Isaakovich was the
16:50:10  21   person who interviewed me.
16:50:15  22        Q.   Okay.  And that was based off of
16:50:18  23   Mr. Grigorov's recommendation?
16:50:22  24        A.   Yes.
16:50:27  25        Q.   And did you know Mr. Grigorov was
```

| | | |
|---|---|---|
| 16:50:28 | 1 | working there when you applied? |
| 16:50:39 | 2 | A.  Yes, of course. |
| 16:50:39 | 3 | Q.  Okay.  And you -- you -- you knew |
| 16:50:42 | 4 | that because, when he left the tractor job, |
| 16:50:47 | 5 | he -- he had gone to this Delta Plus job? |
| 16:51:12 | 6 | A.  To the best of my knowledge, I |
| 16:51:16 | 7 | believe he, for some time, continued to |
| 16:51:19 | 8 | work at the two places, at the tractor |
| 16:51:21 | 9 | factory and the Delta Plus company.  But |
| 16:51:24 | 10 | I could be mistaken. |
| 16:51:27 | 11 | Q.  Okay.  And after you arrived at |
| 16:51:46 | 12 | Delta Plus, Mister -- the individual you've |
| 16:51:53 | 13 | been -- been referring to as "Dmitry," that |
| 16:51:57 | 14 | individual was then hired after you began |
| 16:52:02 | 15 | working at Delta Plus? |
| 16:52:27 | 16 | A.  Yes.  Strogii re-surfaced to Delta |
| 16:52:31 | 17 | Plus sometimes -- sometime -- a year after |
| 16:52:36 | 18 | I had started working there. |
| 16:52:42 | 19 | Q.  And at that time, you were working |
| 16:52:44 | 20 | under Grigorov? |
| 16:52:53 | 21 | A.  No.  I wasn't a part of the security |
| 16:53:04 | 22 | framework of the company.  I was in charge |
| 16:53:06 | 23 | of personal security of Leonid Isaakovich. |
| 16:53:12 | 24 | And Leonid Isaakovich was my immediate boss. |
| 16:53:21 | 25 | Q.  So you did not report to Grigorov |

16:53:23   1   at all?

16:53:23   2        A.   No.

16:53:39   3        Q.   And Grigorov, then, would have been

16:53:44   4   the person who was in direct supervision over

16:53:55   5   Dmitry?

16:54:01   6        A.   Yes.

16:54:10   7        Q.   When you became aware, did -- did --

16:54:13   8   did you know he was applying, or did you find

16:54:17   9   out after he had been hired?

16:54:37   10       A.   I became aware of it when he had

16:54:39   11   already started working, when I saw him at

16:54:42   12   Delta Plus facility in Astrakhan.

16:54:49   13       Q.   And Grigorov hired him?

16:54:57   14       A.   I don't know who hired him.

16:55:00   15       Q.   Well, who would have been the hiring

16:55:02   16   individual?

16:55:11   17       A.   I don't know who could have hired

16:55:12   18   him. I had nothing to do with the human

16:55:19   19   resources.

16:55:22   20       Q.   And you reported to somebody,

16:55:27   21   I imagine -- or did you report to someone

16:55:30   22   your concerns about him?

16:56:04   23       A.   Well, I had nothing to do with

16:56:07   24   this man. He was involved with his -- in

16:56:08   25   his job, and I was doing mine. And I'm

16:56:11  1   sorry.  I am not used to ratting on somebody.

16:56:20  2        Q.   So if he were drunk on duty, would

16:56:24  3   that have put other people at potential physical

16:56:28  4   risk?  Or would it have put the company at risk?

16:57:03  5        A.   I'll -- it will be difficult for me

16:57:06  6   to address this question because, in essence,

16:57:09  7   he wasn't doing any security job.  That is why

16:57:14  8   I don't know whether this kind of misdemeanor

16:57:17  9   would have created any potential risk.

16:57:23  10        Q.   Well, he had contact with extremely

16:57:26  11   dangerous criminals; correct?

16:57:28  12             MR. ALLEN:  Object to form.

16:57:35  13             What time?

16:57:52  14             THE WITNESS:  I think you have to

16:57:53  15   understand that the distance between Astrakhan

16:57:54  16   and Volgograd is 450 kilometers.  And if he

16:58:09  17   had any contacts with criminal structures in

16:58:12  18   Volgograd, it doesn't mean he had any contact

16:58:15  19   with any criminals in Astrakhan.  I personally

16:58:18  20   don't have that kind of information about him.

16:58:20  21        Q.   BY MR. KELLHOFER:  Do criminals have

16:58:21  22   cars in Russia?

16:58:28  23        A.   I think they do.

16:58:30  24        Q.   Do they -- do they have telephones?

16:58:34  25        A.   I think so.

16:58:37  1      Q.   Do you believe that they utilize
16:58:39  2   e-mail?
16:58:46  3      A.   Why are you asking me this question
16:58:48  4   now?
16:58:50  5      Q.   Well, you seem to believe that
16:58:52  6   criminals only are able to act in one area.
16:58:56  7           Is that your belief?  In one city?
16:59:09  8           MR. ALLEN:  Object to form.
16:59:10  9   Argumentative.  And mischaracterizes the
16:59:12  10  witness' testimony.
16:59:29  11          THE WITNESS:  I must say that
16:59:30  12  I don't know how to answer your question.
16:59:31  13  Because I don't know exactly in what way
16:59:35  14  criminal gangs work.  I have no idea whether
16:59:38  15  they work within one area or throughout the
16:59:40  16  entire country.
16:59:43  17     Q.   BY MR. KELLHOFER:  They did not
16:59:44  18  cover that in your training to obtain your
16:59:47  19  security certificate?
16:59:48  20     A.   Well, you must be confused.  Because
17:00:14  21  I did not take courses in police academy.  I
17:00:17  22  took a course in personal protection.  And we
17:00:20  23  didn't have courses covering organized crime.
17:00:27  24     Q.   So the fact that he was a bad employee
17:00:33  25  at the tractor factory had no bearing on him

| | | |
|---|---|---|
| 17:00:37 | 1 | being at Delta Plus for you; is that correct? |
| 17:01:09 | 2 | A.   I think maybe it did have some bearing. |
| 17:01:11 | 3 | But when he was at the tractor factory, he had |
| 17:01:15 | 4 | guarding duties.  Whereas, in Delta Plus, he |
| 17:01:17 | 5 | was in charge of logistical questions for the |
| 17:01:25 | 6 | security department. |
| 17:01:26 | 7 | Q.   And -- and you felt no need to report |
| 17:01:30 | 8 | any of your concerns about him, or knowledge |
| 17:01:32 | 9 | about him, to any person at Delta Plus? |
| 17:02:17 | 10 | A.   I will repeat that I did not have |
| 17:02:19 | 11 | any guarding duties at Delta Plus, at the |
| 17:02:23 | 12 | company.  My job was personal protection, |
| 17:02:25 | 13 | personal security of Leonid Teyf.  So since |
| 17:02:29 | 14 | he posed no threat to me in my job, I felt |
| 17:02:32 | 15 | no need to report him to anybody. |
| 17:02:36 | 16 | Q.   And would that -- that would be |
| 17:02:39 | 17 | the same answer, essentially, for the period |
| 17:02:42 | 18 | at which you were assisting Mr. Teyf when he |
| 17:02:46 | 19 | worked at Voentorg? |
| 17:02:48 | 20 | A.   Yes. |
| 17:02:59 | 21 | Q.   And so this individual, due to his |
| 17:03:04 | 22 | duties only related to logistics, I guess, was |
| 17:03:11 | 23 | not a security concern for you? |
| 17:03:37 | 24 | A.   He was not a concern for the personal |
| 17:03:39 | 25 | security of Leonid Teyf. |

|   |   |   |
|---|---|---|
| 17:03:43 | 1 | Q.  But your knowledge of him would have |
| 17:03:48 | 2 | made you concerned if he were having direct |
| 17:03:56 | 3 | contact with Mr. Teyf; correct? |
| 17:04:16 | 4 | A.  Yes.  If he had any direct contact |
| 17:04:19 | 5 | with Mr. Teyf, I would consider that a -- |
| 17:04:21 | 6 | a threat. |
| 17:04:22 | 7 | Q.  So if he were pretending to be |
| 17:04:27 | 8 | a security guard and -- and riding in the |
| 17:04:29 | 9 | car with Mr. Teyf, you would -- you would |
| 17:04:32 | 10 | be aware of that and very concerned? |
| 17:04:51 | 11 | MR. ALLEN:  Object to the form, to |
| 17:04:51 | 12 | the extent it assumes facts not in evidence. |
| 17:04:53 | 13 | Lack of foundation and speculation. |
| 17:04:57 | 14 | THE WITNESS:  I wouldn't allow this |
| 17:05:21 | 15 | to happen.  I wouldn't allow for Strogii to |
| 17:05:24 | 16 | be so close to Mr. Teyf. |
| 17:05:30 | 17 | Q.  BY MR. KELLHOFER:  And you certainly |
| 17:05:31 | 18 | wouldn't allow him to be handling communications |
| 17:05:38 | 19 | between Mr. Teyf and family members? |
| 17:06:12 | 20 | A.  Well, yes, of course.  Because family |
| 17:06:13 | 21 | is also part of my job duties.  It's part of |
| 17:06:18 | 22 | the personal protection.  And so I wouldn't |
| 17:06:22 | 23 | allow him to communicate either with Mr. Teyf |
| 17:06:25 | 24 | or with his family -- or with his -- with |
| 17:06:27 | 25 | his family members. |

| | | |
|---|---|---|
| 17:06:32 | 1 | Q.  And based on the -- the -- the |
| 17:06:33 | 2 | logistics job that he had, is it your belief |
| 17:06:38 | 3 | that it -- it would be absurd that Mr. Teyf |
| 17:06:42 | 4 | would be contacting him to do jobs for |
| 17:06:48 | 5 | Mr. Teyf? |
| 17:07:09 | 6 | MR. ALLEN:  Object to form. |
| 17:07:09 | 7 | What time and what job? |
| 17:07:11 | 8 | THE WITNESS:  I really can't |
| 17:07:37 | 9 | imagine Dmitry Strogii doing anything for |
| 17:07:40 | 10 | Mr. Teyf, providing security for him or |
| 17:07:44 | 11 | doing something that would be asked of him. |
| 17:07:48 | 12 | I can't even imagine that. |
| 17:07:50 | 13 | MR. ALLEN:  Excuse me, Mr. Kellhofer. |
| 17:08:05 | 14 | If we -- we've been going about an hour and |
| 17:08:07 | 15 | 15.  If there's a convenient break or point |
| 17:08:11 | 16 | in your questioning -- |
| 17:08:12 | 17 | MR. KELLHOFER:  Why -- why don't |
| 17:08:12 | 18 | we -- perfect idea.  Why -- why don't we |
| 17:08:15 | 19 | go ahead and take a -- a ten-minute comfort |
| 17:08:17 | 20 | break. |
| 17:08:18 | 21 | MR. ALLEN:  Thank you, sir. |
| 17:08:19 | 22 | THE VIDEOGRAPHER:  Going off the |
| 17:08:21 | 23 | record at 5:08. |
| 17:08:24 | 24 | (Recess from 5:08 p.m. to 5:28 p.m.) |
| 17:28:08 | 25 | THE VIDEOGRAPHER:  Going back on |

17:28:10  1  record at 5:28.

17:28:19  2      Q.  BY MR. KELLHOFER:  Sir, you had

17:28:21  3  mentioned that you had been in contact with

17:28:24  4  defendant Teyf through telephone over the

17:28:27  5  past year; correct?

17:28:38  6      A.  Yes.  There were several phone

17:28:40  7  calls.

17:28:42  8      Q.  And you are aware that, presently,

17:28:45  9  Mr. Teyf is in confinement, in a jail in the

17:28:50  10 United States; correct?

17:28:51  11         MR. ALLEN:  Object to form.  And

17:28:57  12 I don't believe it's proper to introduce that

17:28:59  13 to the jury.  So I definitely object and move

17:29:03  14 to strike.

17:29:07  15         THE WITNESS:  Yes.  I know that.

17:29:11  16     Q.  BY MR. KELLHOFER:  But the calls

17:29:11  17 that came to you, they were -- they were not

17:29:13  18 from a -- from a jail cell?

17:29:27  19         MR. ALLEN:  Objection.  Vague.  Even

17:29:29  20 I don't understand.  And, again, the references

17:29:31  21 to "jail," move to strike.

17:29:42  22         THE WITNESS:  I don't know where exactly

17:29:44  23 he called from.

17:29:48  24     Q.  BY MR. KELLHOFER:  Did the call begin

17:29:50  25 with any recordings, stating that the information

| | | |
|---|---|---|
| 17:29:54 | 1 | was being recorded or otherwise being listened |
| 17:29:58 | 2 | to by anyone? |
| 17:30:30 | 3 | A.  I cannot tell you exactly what was |
| 17:30:33 | 4 | being said because I can only understand certain |
| 17:30:36 | 5 | words and phrases in English.  So I don't know |
| 17:30:39 | 6 | what exactly was being said.  But there was some |
| 17:30:42 | 7 | recording. |
| 17:30:43 | 8 | Q.  Okay.  So you took some phone calls |
| 17:30:45 | 9 | that began with a recording in English? |
| 17:30:51 | 10 | MR. ALLEN:  Object to form. |
| 17:30:51 | 11 | Mischaracterizes testimony. |
| 17:31:02 | 12 | THE WITNESS:  I don't really know |
| 17:31:03 | 13 | if it was a recording or a living person who |
| 17:31:06 | 14 | said that.  But there was something said in |
| 17:31:10 | 15 | English. |
| 17:31:10 | 16 | Q.  BY MR. KELLHOFER:  Do you normally |
| 17:31:11 | 17 | get phone calls from people who speak in |
| 17:31:15 | 18 | English first and then hand it to Mr. Teyf |
| 17:31:18 | 19 | to begin talking? |
| 17:31:42 | 20 | A.  I don't know what is considered |
| 17:31:44 | 21 | normal for a call from a jail.  I have no |
| 17:31:47 | 22 | idea.  But whenever my phone would ring, |
| 17:31:51 | 23 | I would take a call because I wanted to |
| 17:31:54 | 24 | know who's calling. |
| 17:31:55 | 25 | MR. ALLEN:  Objection.  Move to |

| | | |
|---|---|---|
| 17:31:55 | 1 | strike.  And I think this is exactly the |
| 17:31:58 | 2 | testimony you were seeking to elicit.  It |
| 17:32:01 | 3 | is clearly improper. |
| 17:32:02 | 4 | I object and I move to strike. |
| 17:32:03 | 5 | And I would ask you to not continue to |
| 17:32:06 | 6 | pepper the record with references to the |
| 17:32:09 | 7 | client's confinement status.  It is highly |
| 17:32:13 | 8 | prejudicial and not proper for the jury |
| 17:32:15 | 9 | to hear. |
| 17:32:51 | 10 | Q.   BY MR. KELLHOFER:  And what phone |
| 17:32:52 | 11 | did you receive these calls with? |
| 17:33:05 | 12 | A.   It was my personal phone.  I have |
| 17:33:07 | 13 | two phones.  I can't tell you exactly which |
| 17:33:09 | 14 | one of them it was. |
| 17:33:14 | 15 | Q.   Are those cell phones? |
| 17:33:16 | 16 | A.   Yes. |
| 17:33:19 | 17 | Q.   And you carry both with you at all |
| 17:33:22 | 18 | times? |
| 17:33:25 | 19 | A.   Yes.  Even now. |
| 17:33:29 | 20 | Q.   Okay.  And what is the phone numbers? |
| 17:33:54 | 21 | A.   One number is 7 -- for Russia -- |
| 17:33:57 | 22 | 961 659 55 44.  And the other number is 7 -- |
| 17:34:04 | 23 | for Russia -- 937 104 26 28. |
| 17:34:14 | 24 | Q.   And when you received the phone call, |
| 17:34:18 | 25 | did your phone recognize the number being called -- |

| | | |
|---|---|---|
| 17:34:20 | 1 | calling you, that is? |
| 17:34:22 | 2 | A.  Well, it identified it as a number from |
| 17:34:41 | 3 | outside of Russia. |
| 17:34:45 | 4 | Q.  But it did not give the actual number? |
| 17:34:55 | 5 | A.  Well, yes, it did give a actual number. |
| 17:34:58 | 6 | But I don't remember it.  There were too many |
| 17:35:02 | 7 | digits. |
| 17:35:03 | 8 | Q.  But it would be on your phone? |
| 17:35:20 | 9 | A.  I don't think so.  I could check, of |
| 17:35:22 | 10 | course.  But it will take a long time, because |
| 17:35:26 | 11 | those phone calls happened quite a long time |
| 17:35:28 | 12 | ago. |
| 17:35:40 | 13 | Q.  Was there any other communication |
| 17:35:41 | 14 | other than a telephone call, such as text |
| 17:35:46 | 15 | or e-mail? |
| 17:35:47 | 16 | A.  No. |
| 17:36:04 | 17 | Q.  In your conversations with defendant |
| 17:36:09 | 18 | Teyf, do you use coded language? |
| 17:36:25 | 19 | MR. ALLEN:  Object to form. |
| 17:36:28 | 20 | THE WITNESS:  No, I didn't. |
| 17:36:31 | 21 | Q.  BY MR. KELLHOFER:  Okay.  And you |
| 17:36:32 | 22 | understand what I mean when I say "coded |
| 17:36:34 | 23 | language"? |
| 17:36:41 | 24 | MR. ALLEN:  Object to form. |
| 17:36:42 | 25 | I don't. |

| | | |
|---|---|---|
| 17:36:57 | 1 | THE WITNESS: If I understand |
| 17:36:58 | 2 | you correctly, you mean that the message |
| 17:37:02 | 3 | was encrypted in such -- in some way. But |
| 17:37:07 | 4 | I don't understand exactly what you mean. |
| 17:37:09 | 5 | Q. BY MR. KELLHOFER: Okay. So let |
| 17:37:10 | 6 | me give you an example, then. |
| 17:37:12 | 7 | Would you agree that coded language |
| 17:37:14 | 8 | would be -- for example, if I wanted to reference |
| 17:37:17 | 9 | a "gun" but I did not want people to know I |
| 17:37:20 | 10 | was talking about a gun, I could use a word |
| 17:37:23 | 11 | like, say, "violin"? |
| 17:37:41 | 12 | MR. ALLEN: Objection. Calls for |
| 17:37:41 | 13 | speculation. No foundation. And otherwise |
| 17:37:54 | 14 | improper. |
| 17:38:02 | 15 | THE WITNESS: I can't recall anything |
| 17:38:03 | 16 | like that. So I think we didn't use it. |
| 17:38:08 | 17 | Q. BY MR. KELLHOFER: Okay. I want to |
| 17:38:08 | 18 | be clear. I'm not asking you if you used that. |
| 17:38:11 | 19 | What I'm asking you is: To -- to -- |
| 17:38:14 | 20 | to make sure that we're understanding each other, |
| 17:38:17 | 21 | when I say "coded language," I'm just giving an |
| 17:38:22 | 22 | example of what coded language could be to make |
| 17:38:25 | 23 | sure that we understand each other. |
| 17:38:27 | 24 | Do you agree that the example I just |
| 17:38:30 | 25 | gave could be an example of coded language, to |

| | | |
|---|---|---|
| 17:38:34 | 1 | help define the term? |
| 17:39:03 | 2 | MR. ALLEN: Objection. Same objection. |
| 17:39:06 | 3 | And, respectfully, for reasons you |
| 17:39:10 | 4 | fully understand, that is not a proper question. |
| 17:39:12 | 5 | I do not believe it is a good faith question, |
| 17:39:20 | 6 | particularly in the context in which we are |
| 17:39:23 | 7 | examining the witness. |
| 17:39:25 | 8 | THE WITNESS: I don't quite understand |
| 17:40:08 | 9 | what you mean by the word "code" or "coded." |
| 17:40:10 | 10 | Because, if you mean encrypting the conversation, |
| 17:40:13 | 11 | then yes, I -- I think I -- I agree. But to me, |
| 17:40:17 | 12 | for example, the word "code" means the password |
| 17:40:22 | 13 | you use to unblock your phone. So then it's |
| 17:40:25 | 14 | something else. |
| 17:40:26 | 15 | Q. BY MR. KELLHOFER: Good. And -- and |
| 17:40:27 | 16 | I appreciate that. And I want to make sure we |
| 17:40:29 | 17 | understand each other. |
| 17:40:31 | 18 | So would you agree that one form of |
| 17:40:35 | 19 | code could be I use a word that is different |
| 17:40:41 | 20 | from the actual thing and you know that the |
| 17:40:45 | 21 | word I'm using is intended to refer to another |
| 17:40:50 | 22 | thing? |
| 17:40:50 | 23 | Do you agree that that would be |
| 17:40:53 | 24 | a form of having a coded message? |
| 17:41:29 | 25 | MR. ALLEN: Same objection. |

| | | |
|---|---|---|
| 17:41:29 | 1 | Argumentative.  And calls for speculation. |
| 17:41:37 | 2 | THE WITNESS:  Yes.  I guess so. |
| 17:41:39 | 3 | Q.   BY MR. KELLHOFER:  Okay.  Thank |
| 17:41:41 | 4 | you. |
| 17:41:41 | 5 | So my question then circles back. |
| 17:41:44 | 6 | And now that we understand, when I use the |
| 17:41:47 | 7 | term "coded language," I'm asking you:  Did |
| 17:41:49 | 8 | you have any conversations with Mr. Teyf in |
| 17:41:53 | 9 | which you used coded language, such as the |
| 17:41:58 | 10 | explanation just given to define that? |
| 17:42:28 | 11 | A.   As far as I remember, we didn't. |
| 17:42:35 | 12 | Q.   Is that something that you would |
| 17:42:37 | 13 | remember happening? |
| 17:42:45 | 14 | A.   I think I would have remembered |
| 17:42:47 | 15 | if it happened. |
| 17:42:48 | 16 | Q.   Okay.  Are you aware of Mr. Teyf |
| 17:42:52 | 17 | talking with other people and using that |
| 17:42:55 | 18 | as a manner of communication, that is, |
| 17:42:57 | 19 | using coded language when he talks with |
| 17:43:00 | 20 | other persons? |
| 17:43:16 | 21 | MR. ALLEN:  Same objections. |
| 17:43:16 | 22 | Again, calls for speculation.  And, again, |
| 17:43:18 | 23 | it's improper in the context and the way |
| 17:43:22 | 24 | it's -- in which it's being asked.  And |
| 17:43:23 | 25 | calls for hearsay. |

| | | |
|---|---|---|
| 17:43:25 | 1 | THE WITNESS:  I never noticed that. |
| 17:43:42 | 2 | And as for his phone calls, I never listened |
| 17:43:45 | 3 | to his phone calls. |
| 17:43:58 | 4 | Q.   BY MR. KELLHOFER:  You had been |
| 17:44:00 | 5 | asked about Mr. Teyf and whether you had |
| 17:44:05 | 6 | sufficient opportunity to determine whether |
| 17:44:07 | 7 | or not he was a violent person. |
| 17:44:09 | 8 | Do you recall that? |
| 17:44:23 | 9 | A.   Yes. |
| 17:44:26 | 10 | Q.   And your testimony was that he |
| 17:44:29 | 11 | was not a violent person? |
| 17:44:36 | 12 | A.   Yes. |
| 17:44:38 | 13 | Q.   All right.  And so you would be |
| 17:44:42 | 14 | surprised if he had physically abused his |
| 17:44:46 | 15 | wife? |
| 17:44:57 | 16 | MR. ALLEN:  Object to form.  Vague. |
| 17:44:59 | 17 | Again, that's clearly improper.  And there's |
| 17:45:01 | 18 | no foundation.  And, again, calls for |
| 17:45:08 | 19 | speculation and some kind of improper opinion. |
| 17:45:13 | 20 | THE WITNESS:  I don't know.  I can't |
| 17:45:26 | 21 | even imagine something like that.  So yes, I |
| 17:45:29 | 22 | guess I would be surprised. |
| 17:45:31 | 23 | Q.   BY MR. KELLHOFER:  And, likewise, |
| 17:45:32 | 24 | based off of your testimony as to your knowledge |
| 17:45:36 | 25 | about his character, you would, likewise, be |

17:45:40  1   extremely surprised, then, if you came to know

17:45:42  2   that he had wished to have people harmed, period?

17:46:08  3           MR. ALLEN:  Same objection.  And calls

17:46:09  4   for an improper opinion.

17:46:11  5           THE WITNESS:  Yes.  I would be very

17:46:21  6   surprised.  Because I don't believe that.

17:46:25  7       Q.   BY MR. KELLHOFER:  And so to understand

17:46:27  8   what your -- your own understanding of "non-violent"

17:46:32  9   means, you'd agree those things would be entirely

17:46:36 10   inconsistent with being non-violent?

17:46:57 11           MR. ALLEN:  Same objection.

17:46:58 12           THE WITNESS:  Yes.  I would agree that

17:47:30 13   this is inconsistent.  But I would like to repeat

17:47:33 14   and -- to repeat myself and to say that I have

17:47:37 15   never even imagined anything like that.  Because

17:47:43 16   it is something which I have never even gotten

17:47:47 17   a hint of in his character.

17:47:50 18       Q.   BY MR. KELLHOFER:  But your -- I

17:48:03 19   mean, you would -- you would agree that your

17:48:06 20   interaction with him was -- you know, over

17:48:09 21   the course of time, was -- was limited to

17:48:12 22   being an employee of his; right?

17:48:29 23       A.   Yes, of course.

17:48:32 24       Q.   And -- and as you said, you were --

17:48:33 25   you were not someone trusted or -- or dealing

17:48:42 1   with his personal -- personal matters?

17:48:53 2             MR. ALLEN:  Object to form.

17:48:53 3   Mischaracterizes testimony.

17:49:14 4             THE WITNESS:  I had to provide

17:49:16 5   direct personal protection for him and for

17:49:18 6   his family when they came to visit.  And,

17:49:21 7   of course, personal matters were not my

17:49:24 8   area of duties.  So I tried not to interfere.

17:49:28 9        Q.   BY MR. KELLHOFER:  Well, when he

17:49:30 10  has certain security personnel like yourself,

17:49:32 11  he does trust them with personal matters,

17:49:36 12  though, doesn't he?

17:49:37 13            MR. ALLEN:  Objection.  Calls for

17:49:48 14  speculation.

17:49:48 15            THE WITNESS:  Personal security

17:50:13 16  means personal security.  A security guard

17:50:15 17  is not a psychologist.  He's not a confidante.

17:50:19 18  My job was to provide his protection, and

17:50:23 19  that's what I did.

17:50:24 20       Q.   BY MR. KELLHOFER?  You know who

17:50:27 21  Vladimir Medinskiy is; right?

17:50:30 22       A.   No, I don't.

17:50:36 23       Q.   Russia's Ministry [sic] of Culture?

17:50:45 24       A.   I -- I'm not very good at culture,

17:50:48 25  unfortunately.

```
17:50:50   1        Q.   Okay.  His sister, Tatyana Zuykova,
17:50:54   2   you know her?
17:51:06   3        A.   Zuykova?  Are you sure about the last
17:51:13   4   name?
17:51:16   5        Q.   You paid this individual a downpayment
17:51:18   6   for an apartment.
17:51:35   7        A.   The name is Zuykova.  Yes, of course,
17:51:38   8   I know her.  Zuykova is the name.
17:51:42   9        Q.   Yeah.  3.4 million rubles, as a down
17:51:47  10   payment on an apartment, was paid by you?
17:51:57  11        A.   $50,000.
17:52:00  12        Q.   Correct.
17:52:00  13             50,000 U.S. dollars; right?
17:52:06  14        A.   Yes.
17:52:06  15        Q.   And that happened in 2018?
17:52:13  16        A.   Yes.
17:52:14  17        Q.   That was Leonid Teyf's money?
17:52:18  18        A.   Yes.
17:52:20  19        Q.   And you signed for the apartment?
17:52:30  20        A.   Yes, of course.
17:52:32  21        Q.   And she got into a dispute with
17:52:38  22   you and Mr. Teyf over that down payment?
17:52:50  23             MR. ALLEN:  Object to form.
17:53:13  24             THE WITNESS:  Well, there was no
17:53:14  25   dispute as such.  When the -- when the down
```

| 17:53:18 | 1 | payment was effected, there were deadlines |
| 17:53:22 | 2 | specified as to when the -- all the documents |
| 17:53:25 | 3 | pertaining to a ownership transfer should be |
| 17:53:31 | 4 | finalized. |
| 17:53:38 | 5 | However, because Leonid Isaakovich |
| 17:53:43 | 6 | got arrested, he and his family were not able |
| 17:53:53 | 7 | to come to Moscow to finalize the transaction. |
| 17:53:56 | 8 | After which, it was quite reasonable for me |
| 17:54:11 | 9 | to approach her and ask her to return the down |
| 17:54:15 | 10 | payment monies. |
| 17:54:16 | 11 | Q.  BY MR. KELLHOFER:  And I'm not saying |
| 17:54:18 | 12 | it's true.  But she filed a complaint against |
| 17:54:21 | 13 | you for threatening her? |
| 17:54:29 | 14 | MR. ALLEN:  (Not translated.)  Object |
| 17:54:29 | 15 | to form. |
| 17:54:37 | 16 | THE WITNESS:  I'll -- I'll say even |
| 17:54:38 | 17 | more.  After that, I haven't met her personally |
| 17:54:42 | 18 | even. |
| 17:54:42 | 19 | MR. KELLHOFER:  I'll object as |
| 17:54:47 | 20 | non-responsive. |
| 17:54:49 | 21 | MR. ALLEN:  Objection to -- to |
| 17:54:50 | 22 | this whole line of questioning.  Relevance. |
| 17:54:52 | 23 | And your own characterization is not correct. |
| 17:55:02 | 24 | Move to strike. |
| 17:55:13 | 25 | THE WITNESS:  I approached a law |

17:55:15 1    firm, who started negotiating with her regarding

17:55:20 2    a return of the down payment.

17:55:22 3         Q.   BY MR. KELLHOFER:  Sir, my question

17:55:25 4    was:  "Yes" or "no," she filed a complaint

17:55:28 5    claiming that you and your representatives

17:55:31 6    had threatened her?

17:55:33 7              MR. ALLEN:  (Not translated.)  Same

17:55:43 8    objections.

17:55:47 9              THE WITNESS:  I don't know anything

17:55:48 10   about this complaint.

17:55:59 11        Q.   BY MR. KELLHOFER:  You have been

17:56:00 12   in Israel now for how many days?

17:56:08 13        A.   From the 24th of January.

17:56:15 14        Q.   So roughly five days so far?

17:56:21 15        A.   Yeah.  Roughly.

17:56:24 16        Q.   All right.  So you are able to step

17:56:26 17   away from your work and personal matters for

17:56:29 18   at least a period of roughly five days; correct?

17:56:32 19        A.   Yes.  It involved some difficulty.

17:56:48 20   But I did.

17:56:50 21        Q.   And you understand that there's --

17:56:52 22   just as you were reimbursed for travel to

17:56:58 23   Israel, there's a possibility, obviously,

17:57:00 24   of being reimbursed to -- for travel to

17:57:03 25   the United States?

| | | |
|---|---|---|
| 17:57:03 | 1 | You understand that? |
| 17:57:31 | 2 | A.   Yes, I understand that.  But |
| 17:57:32 | 3 | since I already answered your colleague's |
| 17:57:36 | 4 | question about whether I would be willing |
| 17:57:38 | 5 | and ready to go to the United States, I |
| 17:57:41 | 6 | said that I would not. |
| 17:57:42 | 7 | Q.   Okay.  I understand. |
| 17:57:45 | 8 | What I'm -- what I'm -- what I'm |
| 17:57:46 | 9 | asking is not whether you're willing, but |
| 17:57:50 | 10 | whether you have the capability. |
| 17:57:52 | 11 | You understand the difference? |
| 17:58:04 | 12 | A.   Yes.  It is clear. |
| 17:58:05 | 13 | Q.   Okay.  And so insofar as being |
| 17:58:09 | 14 | capable, you -- you do have a -- your |
| 17:58:12 | 15 | passport is -- is valid through March |
| 17:58:15 | 16 | of 2020 at least; correct? |
| 17:58:17 | 17 | A.   Yes.  It is in effect. |
| 17:58:31 | 18 | Q.   Okay.  But your -- your concern, |
| 17:58:34 | 19 | as you stated, was -- was -- was that you |
| 17:58:40 | 20 | would be wrongfully charged in the United |
| 17:58:44 | 21 | States? |
| 17:58:44 | 22 | Is that -- is that an accurate |
| 17:58:48 | 23 | re-statement of your concern? |
| 17:59:18 | 24 | A.   Not -- not quite wrongfully charged. |
| 17:59:24 | 25 | But I am concerned that I could be libeled |

| | |
|---|---|
| 17:59:28 | 1 |
| 17:59:33 | 2 |
| 17:59:37 | 3 |
| 17:59:43 | 4 |
| 17:59:47 | 5 |
| 17:59:59 | 6 |
| 18:00:01 | 7 |
| 18:00:02 | 8 |
| 18:00:07 | 9 |
| 18:00:10 | 10 |
| 18:00:12 | 11 |
| 18:00:13 | 12 |
| 18:00:19 | 13 |
| 18:00:30 | 14 |
| 18:00:31 | 15 |
| 18:00:35 | 16 |
| 18:00:41 | 17 |
| 18:00:43 | 18 |
| 18:01:08 | 19 |
| 18:01:10 | 20 |
| 18:01:16 | 21 |
| 18:01:19 | 22 |
| 18:01:22 | 23 |
| 18:01:22 | 24 |
| 18:01:34 | 25 |

1  or wrong -- or that false claims could be

2  forwarded against me just it was -- just

3  as it was the case with Leonid Isaakovich.

4      Q.   Have you seen the -- read the

5  charges against defendant Teyf?

6      A.   No.  Unfortunately, I don't have

7  this information.

8      Q.   Okay.  You -- you do understand

9  that you took an oath at the beginning of

10  this testimony -- right? -- that you would

11  tell the truth and the whole truth?

12          You recall that?

13      A.   Yes.  I certainly remember.

14      Q.   Okay.  And you understand that,

15  in the United States, if an individual were

16  to lie under oath in a criminal trial, for

17  purposes such as today, that that would be

18  a criminal offense?

19      A.   Yes.  It is clear.  And as far as

20  I know, we in Russia have the same approach.

21      Q.   All right.  But -- but those charges

22  for the United States would have to be brought

23  within the United States.

24          You understand that; correct?

25      A.   Yes.  In essence, yes.  It is true.

18:01:37  1       Q.   All right.  And you have no intent

18:01:39  2   of coming to the United States at this point;

18:01:41  3   is that correct?

18:01:55  4       A.   Yes.  It is true.  And I can say --

18:01:56  5   I could say even more that it was -- it has

18:02:00  6   never been my intent to travel to the United

18:02:03  7   States.  I've never even applied for a U.S.

18:02:07  8   visa.

18:02:11  9       Q.   All right.  Thank you, sir.  I --

18:02:11 10   I have no further questions.

18:02:14 11       A.   Thank you.

18:02:16 12            MR. ALLEN:  We'll take a five-minute

18:02:17 13   break.

18:02:20 14            THE VIDEOGRAPHER:  Going off the record

18:02:20 15   at 6:02.

18:02:22 16            (Recess from 6:02 p.m. to 6:12 p.m.)

18:12:59 17            THE VIDEOGRAPHER:  Back on the record

18:13:00 18   at 6:12.

18:13:00 19

18:13:00 20               FURTHER EXAMINATION

18:13:06 21   BY MR. ALLEN:

18:13:06 22       Q.   Mr. Schiriy, thank you for your time

18:13:08 23   today.

18:13:08 24            Just one clarifying question.  You've

18:13:10 25   referred to "Leonid Isaakovich" in your testimony

| | | |
|---|---|---|
| 18:13:13 | 1 | today.  Are you referring to Leonid Teyf? |
| 18:13:53 | 2 | A.   Yes, of course I was referring to |
| 18:13:56 | 3 | Mr. Teyf.  But, in Russia, it is a common rule, |
| 18:13:59 | 4 | if you respect someone, you refer to them by |
| 18:14:04 | 5 | their name and patronymic. |
| 18:14:08 | 6 | Q.   Thank you, sir.  Nothing further. |
| 18:14:12 | 7 | A.   Thank you. |
| 18:14:16 | 8 | MR. KELLHOFER:  Nothing from the |
| 18:14:18 | 9 | government. |
| 18:14:19 | 10 | THE VIDEOGRAPHER:  That concludes |
| 18:14:20 | 11 | the videotape deposition of Dmitry Schiriy. |
| 18:14:22 | 12 | Going off the record at 6:14. |
| | 13 | (The deposition concluded at 6:14 p.m.) |
| | 14 | |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

```
 1                CERTIFICATE OF REPORTER

 2

 3          I, BRENDA MATZOV, CA CSR 9243, do hereby

 4  certify:

 5          That, prior to being examined, the witness

 6  named in the foregoing deposition was duly sworn

 7  or affirmed by me to testify the truth, the whole

 8  truth, and nothing but the truth;

 9          That the foregoing deposition was taken

10  before me at the time and place herein set forth,

11  at which time the aforesaid proceedings were

12  stenographically recorded by me and thereafter

13  transcribed by me;

14          That the foregoing transcript, as typed,

15  is a true record of the said proceedings;

16          And I further certify that I am not

17  interested in the action.

18

19          Dated this 29th day of January, 2020.

20

21          _____

22          BRENDA MATZOV, CA CSR 9243

23

24

25
```

```
 1                   CERTIFICATE OF WITNESS

 2

 3          I, DMITRY SCHIRIY, witness herein, do

 4   hereby certify and declare the within and foregoing

 5   transcription to be my examination under oath in

 6   the said action taken on January 29, 2020, with

 7   the exception of the changes listed on the errata

 8   sheet, if any;

 9             That I have read, corrected, and do hereby

10   affix my signature under penalty of perjury to said

11   examination under oath.

12

13

14

15

16   _____  _____

17          DMITRY SCHIRIY, Witness           Date

18

19

20

21

22

23

24

25
```

1                     ERRATA SHEET

2   Case:     UNITED STATES OF AMERICA vs.

3           LEONID ISAAKOVICH TEYF

4   Date:     JANUARY 29, 2020

5   Witness:  DMITRY SCHIRIY

6

7   Page _____ Line _____ Change _____

8   Reason _____

9   Page _____ Line _____ Change _____

10  Reason _____

11  Page _____ Line _____ Change _____

12  Reason _____

13  Page _____ Line _____ Change _____

14  Reason _____

15  Page _____ Line _____ Change _____

16  Reason _____

17  Page _____ Line _____ Change _____

18  Reason _____

19  Page _____ Line _____ Change _____

20  Reason _____

21  Page _____ Line _____ Change _____

22  Reason _____

23

24  _____ _____
        DMITRY SCHIRIY, Witness       Date
25