IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00452-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **MOTION FOR DISCLOSURE OF** |
| ) | **EXHIBIT LIST AND WITNESS LIST** |
| LEONID ISAAKOVICH TEYF ) | |

Defendant Leonid Isaakovich Teyf, through undersigned counsel, respectfully moves the Court for an Order requiring the parties to exchange exhibit lists (with Bates numbers where available), an electronic copy of the exhibits, and witness lists not later than Tuesday March 10 at 5:00 p.m. in the interests of efficiency and a fair trial. In further support of this motion, Defendant shows the following:

1. As the Court is well aware, this is a complex case with an indictment that contains fifty (50) counts and the underlying conduct. The government's investigation itself lasted four years. Discovery has been voluminous. *See, e.g.*, D.E. 269-1 (Affidavit of Hawkins re: volume of data produced by May 2019).

2. Accordingly, Defendant previously requested that the parties exchange exhibit and witness lists much earlier than right before trial. Doing so will assist in the more efficient conduct of the trial and serve basic fairness.

3. The government responded that it would provide its exhibit list and witness list on March 13, the Friday before trial.

4. This weekend, Defendant renewed the request that the parties exchange exhibit and witness lists promptly and not the Friday afternoon before trial, so that Defendant could

effectively prepare his motions in limine and effectively prepare for trial. The government has ignored the request even though it is certainly able to provide its exhibit and witness lists promptly.

5. Under the unique circumstances and history of this complex case, exchanging exhibit lists and witness lists at the last possible moment will only delay the conduct of the trial, is manifestly unfair to the defense, and, whether intended or not, is inconsistent with the Court's previously ordered deadlines designed to promote efficiency and a fair trial.

6. Defendant requests that the Court order both parties to exchange exhibit lists (with Bates numbers identified where available), an electronic copy of all exhibits, and witness lists, along with identification of which witnesses the government expects to call the first week of trial, not later than Tuesday March 10 at 5:00 p.m., in furtherance of efficiency and basic fairness.

Respectfully submitted, this the 9th day of March, 2020.

/s/ F. Hill Allen
F. Hill Allen
THARRINGTON SMITH, L.L.P.
P.O. Box 1151
Raleigh, NC 27602
Phone: 919) 821-4711
Fax: 919) 829-1583
hallen@tharringtonsmith.com
N.C. State Bar No. 18884
*Counsel for Defendant*

Robert S. Wolf
MOSES & SINGER LLP
The Chrysler Building
405 Lexington Ave., 12th Floor
New York, NY 10174-1299
Phone: (212) 554-7825
Fax: (212) 554-7700
rwolf@mosessinger.com
*Counsel for Defendant*

2

# CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of March, 2020, I electronically filed the foregoing **MOTION FOR DISCLOSURES** and proposed **ORDER** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

| | |
|---|---|
| Barbara D. Kocher | Jason M. Kellhofer |
| U.S. Attorney's Office | U.S. Attorney's Office |
| 150 Fayetteville Street, Suite 2100 | 150 Fayetteville Street, Suite 2100 |
| Raleigh, NC 27601 | Raleigh, NC 27601 |
| barb.kocher@usdoj.gov | jason.kellhofer@usdoj.gov |

/s/ F. Hill Allen
F. Hill Allen
THARRINGTON SMITH, L.L.P.
P.O. Box 1151
Raleigh, NC 27602
Phone: (919) 821-4711
Fax: (919) 829-1583
hallen@tharringtonsmith.com
N.C. State Bar No. 18884
*Counsel for Defendant*