IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00452-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LEONID ISAAKOVICH TEYF ) | |

Upon motion of the Defendant, for good cause shown, it is hereby ORDERED that the parties shall exchange their respective exhibit lists (with Bates numbers where available), an electronic copy of all exhibits, and witness lists not later than 5:00 p.m. on 10 March 2020. The government shall identify which witnesses on its list it expects to call the first week of trial and the expected order of their testimony.

SO ORDERED.

This the ___ day of March, 2020.

_____
Louise W. Flanagan
United States District Judge