UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) MOTION TO SEAL |
| | ) |
| LEONID ISAAKOVICH TEYF, | ) |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby requests the response filed at D.E. 513, be sealed by the Court so that information contained therein will not be made public.

The proposed sealed response is to a sealed motion, D.E. 500, and contains references to sensitive material protected from disclosure by an earlier order of this Court. The government therefore moves to seal the document.

WHEREFORE, the United States of America respectfully prays for the sealing of the response filed at D.E. 513. The United States also requests that the Clerk of Court be directed to provide the parties with filed copies of the Motion.

Dated this the 9th day of March, 2020.

ROBERT J. HIGDON, JR.
United States Attorney

/s/ Barbara D. Kocher
BY: JASON M. KELLHOFER
BY: BARBARA D. KOCHER
Assistant United States Attorney
Criminal Division
150 Fayetteville St Suite 2100
Raleigh, NC 27601-1461
Telephone: (919) 856-4530
Facsimile: (919) 856-4828
Email: barb.kocher@usdoj.gov
N.C. State Bar #16360

2

CERTIFICATE OF SERVICE

This is to certify that I have this 9th day of March 2020, served a copy of the foregoing filing upon counsel for the defendant in this action by electronic communication.

/s/ Barbara D. Kocher
BY: BARBARA D. KOCHER
Assistant United States Attorney
Criminal Division
150 Fayetteville St Suite 2100
Raleigh, NC 27601-1461
Telephone: (919) 856-4530
Facsimile: (919) 856-4828
Email: barb.kocher@usdoj.gov
N.C. State Bar #16360