IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) UNITED STATES' NOTICE OF INTENT |
| | ) TO MOVE *IN LIMINE* TO PRECLUDE |
| | ) USE OF ANY EVIDENCE NOT |
| LEONID ISAAKOVICH TEYF, | ) DISCLOSED |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, pursuant to Fed. R. Crim. P. 16, hereby gives notice of its intent, if presented with material by the defendant not previously disclosed, to move to preclude use of those materials at trial. By way of explanation to the Court:

On July 26, 2019, the government requested reciprocal discovery from defendant. On March 3, 2020, the government noted, among other things, that it had not received any reciprocal discovery beyond documents which had been specifically provided in regard to the foreign depositions. While the government received a response to one of the other items enumerated in the email, the response did not address the request for reciprocal discovery. For the reasons set forth below, the government is concerned about the prospect of receiving reciprocal discovery in the midst of trial, when it had been requested far in advance. Thus, the government files notice of its intent that should it be placed in that position at trial, it will move under Fed. R. Crim. P. 16(c) to prohibit the defendant from introducing evidence at trial that has not been previously disclosed.

From summaries of calls made by defendant while in custody, the government has the following indication of the defendant's intent to use various documentary

evidence at trial:

01.29.19; 818-523-8761; 08:30:23

> Leo says that his attorneys will be flying to Moscow to collect Leo's tax papers. Leo states that he explained everything to them and that they (including Russian-speaking Manvel) will connect with Teyf's contacts. Leo goes on to say that he has written down the name of every place where he has worked since the 90s and his income (what he remembers) from various businesses, and that with the help of Lena, Borisov, and Mikhaylovich, they will get everything that is needed. Leo says that in 25 years of work he has probably made more and paid their taxes. . .

> Leo states that Lena can help Dima with tax paperwork because everything is old, and in addition to the fact that it is impossible to do, no one is going to check anything here. Leo says that the paperwork concerns several cities: Nizhnevarovsk, Saint Petersburg, Moscow, Astrakhan. . .

> Leo tells Dima that his [Leo's] attorneys are too moral, and perhaps, they should look for someone else in Israel with Feliks's help . . .

03.18.19; 818-523-8761; 12:35:12

> Leo asks how long Kostya and UM [unidentified male] think it will take for the law firm to prepare Leo's documents. Kostya responds that it all depends due to the fact that the work gets done upon requests. UM states that he thinks it will take about two months.

03.18.19; 818-523-8761; 16:44:54

> Leo also asks why it is taking so long (two months) to get all the requests and replies, and if it is expensive or not

03.19.19; 818-523-8761; 07:13:08

> Leo asks Kostya if he [an unnamed male] is doing a good job, as he [an unnamed male] was saying that it will take a long time (two months). Leo says that he [Leo] hopes that he [an unnamed male] understands that it cannot be rushed but must be attended to meticulously. Kostya responds that he [an unnamed male] is collecting the documents.

04.19.19; 757-653-5366; 07:14:42

> Leo says that the information, which was sent over [to the attorneys], is

trash and tells him not to send nonsense like that anymore.

04.19.19; 757-653-5366; 07:25:58

>   Leo says that Tahoe needs to give an order to his [Tahoe's] lawyers to get to work, and that Elena and Borisov can help because they know who Leo worked with. Leo adds that he already told Elena not to expect the submitted requests to be processed quickly (because the government does not work like that), but what is needed are short skirts and heels, otherwise, even by September, things will not be ready.

04.29.19; 757-653-5366; 08:01:53

>   Leo says that he wants Lena and Svetlana Nikolayevna to know that things will not move fast on their own, and that they [Lena and Svetlana Nikolayevna] need to put on short skirts and heels and take care of everything quickly

05.07.19; 757-653-5366; 08:04:41

>   Leo asks if Shchavelev received everything. Tahoe replies that he [Shchavelev] did but is having a hard time remembering it all. Leo says that he [Shchavelev] does not have to remember anything because there is a group of banks, and that they [unnamed objects] are in that group…or at least used to be. Tahoe responds that they [Tahoe and unnamed people] will be looking into it. . . .

>   Leo states that he does not know how else to explain things to Tahoe so that he [Tahoe] understands. Tahoe says that he understands, that there is ISV [PH] group that will be looking into archives. Leo comments that there must be beautiful clothes: shorts, skirts, heels, shoes, etc. Tahoe responds, "In order to make a good impression.

Based on these calls, and others of a similar nature, the government has reason to believe there may exist documents that have not been disclosed to the Government. There may of course be further explanation that these documents referred to in defendant's calls may not be for trial, or a decision has been made by the defense to not use documents that may have been obtained. However, in an effort to avoid being prejudiced later should such items exist at this time and not provided, the government

Page **3** of **5**
Case 5:18-cr-00452-FL   Document 515   Filed 03/09/20   Page 3 of 5

is filing the instant notice. Given the clear and unequivocal requests for reciprocal discovery, and the lack of response thereto, the government will, if later presented with evidence, request the defendant be foreclosed from introducing any document or thing not provided to the government during discovery. Fed. R. Crim. P. 16(c)(2).

Respectfully submitted this 9th day of March, 2020.

ROBERT J. HIGDON, JR.
United States Attorney

By: */s/ Barbara D. Kocher*
JASON M. KELLHOFER
BARBARA D. KOCHER
Assistant U.S. Attorney
150 Fayetteville St. Suite 2100
Raleigh, NC 27601
Telephone: 919-856-4530
Fax: 919-856-4487
E-mail: jason.kellhofer@usdoj.gov
OH Bar: 0074736
E-mail:barb.kocher@usdoj.gov
NC Bar: 16360

CERTIFICATE OF SERVICE

This is to certify that I have this 9th day of March 2020, served a copy of the foregoing filing upon counsel for the defendant in this action by filing with the CM/ECF, which will cause electronic service upon counsel of record.

By: */s/ Barbara D. Kocher*
JASON M. KELLHOFER
Assistant U.S. Attorney
150 Fayetteville St. Suite 2100
Raleigh, NC 27601
Telephone: 919-856-4530
Fax: 919-856-4487
E-mail: jason.kellhofer@usdoj.gov
OH Bar: 0074736