IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00452-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **RESPONSE TO TEXT ORDER** |
| v. | ) | **OF MARCH 6, 2020** |
| | ) | |
| LEONID ISAAKOVICH TEYF | ) | |

In response to the Court's Text Order of 6 March 2020 regarding Defendant's Motion to Seal [DE 499] his Proposed Sealed Motion [DE 498], Defendant respectfully states that counsel moved to seal DE 498, out of an abundance of caution, because it concerns matters that the government has previously sought to protect, including certain information regarding its CHS witnesses, in particular its principal paid informant (*see, e.g.*, DE 498 at bottom of p. 13). Defendant does not desire to shield that information from the public, but moved to seal to avoid any potential issues with any applicable Protective Order in this matter. Defendant believes that less drastic alternatives are available, including simply unsealing DE 498 in its entirety or redaction of certain material from the Proposed Sealed Motion so that a redacted public copy may be filed and unsealing of the two exhibits. At the Court's direction, Defendant will file an unsealed version of DE 498 or prepare and file a publicly-available redacted copy of DE 498, at such time as the Court directs.

Respectfully submitted, this the 9th day of March, 2020.

/s/ F. Hill Allen
F. Hill Allen
THARRINGTON SMITH, L.L.P.
P.O. Box 1151
Raleigh, NC 27602
Phone: 919) 821-4711

Fax: 919) 829-1583
hallen@tharringtonsmith.com
N.C. State Bar No. 18884

Robert S. Wolf
MOSES & SINGER LLP
The Chrysler Building
405 Lexington Ave., 12th Floor
New York, NY 10174-1299
Phone: (212) 554-7825
Fax: (212) 554-7700
rwolf@mosessinger.com
*Counsel for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of March, 2020, I electronically filed the foregoing **RESPONSE TO TEXT ORDER** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

| Barbara D. Kocher | Jason M. Kellhofer |
|---|---|
| U.S. Attorney's Office | U.S. Attorney's Office |
| 150 Fayetteville Street, Suite 2100 | 150 Fayetteville Street, Suite 2100 |
| Raleigh, NC 27601 | Raleigh, NC 27601 |
| barb.kocher@usdoj.gov | jason.kellhofer@usdoj.gov |

/s/ F. Hill Allen
F. Hill Allen
THARRINGTON SMITH, L.L.P.
P.O. Box 1151
Raleigh, NC 27602
Phone: (919) 821-4711
Fax: (919) 829-1583
hallen@tharringtonsmith.com
N.C. State Bar No. 18884
*Counsel for Defendant*

2