UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| | ) |
| LEONID ISAAKOVICH TEYF, | ) |

**Order to Seal**

Upon motion of the United States, it is hereby ORDERED, for good cause shown based on the facts and reasons stated in the motion, that the Response of the Government filed at D.E. 513 in the above-captioned matter be sealed.

It is FURTHER ORDERED that the Clerk of Court make available to the parties filed copies of the same.

This, the 10th day of March, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge