IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00452-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **MOTION TO WITHDRAW DE 502-1** |
| v. | ) | **AND REPLACE WITH ATTACHED** |
| | ) | **REDACTED EXHIBIT 4** |
| LEONID ISAAKOVICH TEYF | ) | |

Defendant Leonid Isaakovich Teyf, through undersigned counsel, hereby moves to withdraw the "Exhibit 4" filed at DE 502-1 and replace it with the redacted "Exhibit 4" attached hereto. The original Exhibit 4 filed at DE 502-1 contains certain PII that should have been redacted. The attached Exhibit 4 redacts that information. Accordingly, counsel respectfully requests that the Court order the original DE 502-1 to be withdrawn and replaced with the redacted version attached hereto.

Respectfully submitted, this the 10th day of March, 2020.

/s/ F. Hill Allen
F. Hill Allen
THARRINGTON SMITH, L.L.P.
P.O. Box 1151
Raleigh, NC 27602
Phone: 919) 821-4711
Fax: 919) 829-1583
hallen@tharringtonsmith.com
N.C. State Bar No. 18884

Robert S. Wolf
MOSES & SINGER LLP
The Chrysler Building
405 Lexington Ave., 12th Floor
New York, NY 10174-1299
Phone: (212) 554-7825
Fax: (212) 554-7700
rwolf@mosessinger.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 10th day of March, 2020, I electronically filed the foregoing **MOTION TO WITHDRAW DE 502-1 AND REPLACE WITH ATTACHED REDACTED EXHIBIT 4** with the Clerk of the Court using the CM/ECF system which will send electronic notification with a copy of the foregoing to the following counsel of record:

| | |
|---|---|
| Barbara D. Kocher | Jason M. Kellhofer |
| U.S. Attorney's Office | U.S. Attorney's Office |
| 150 Fayetteville Street, Suite 2100 | 150 Fayetteville Street, Suite 2100 |
| Raleigh, NC 27601 | Raleigh, NC 27601 |
| barb.kocher@usdoj.gov | jason.kellhofer@usdoj.gov |

                      /s/ F. Hill Allen
                      F. Hill Allen
                      THARRINGTON SMITH, L.L.P.
                      P.O. Box 1151
                      Raleigh, NC 27602
                      Phone: (919) 821-4711
                      Fax: (919) 829-1583
                      hallen@tharringtonsmith.com
                      N.C. State Bar No. 18884
                      *Counsel for Defendant*