IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00452-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LEONID ISAAKOVICH TEYF ) | |

Upon motion of Defendant, for good cause shown, it is hereby ORDERED that the original "Exhibit 4" filed at DE 502-1 shall be withdrawn, and the Clerk of Court shall replace it on the docket with the redacted version of "Exhibit 4" attached to Defendant's instant Motion.

SO ORDERED.

This the ___ day of March, 2020.

_____
Louise W. Flanagan
United States District Judge