IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) UNITED STATES' NOTICE OF INTENT |
| | ) TO MOVE *IN LIMINE* TO PRECLUDE |
| | ) USE OF NOTICED EXPERTS |
| LEONID ISAAKOVICH TEYF, | ) |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, pursuant to Fed. R. Crim. P. 16, hereby gives notice of its intent to move in limine to preclude testimony of Gennady Esakov for any reason, if offered by defendant during trial.

By Order of March 9, 2020, D.E. 504, defendant was to provide a report of Gennady Esakov in compliance with Fed. R. Crim. P. 16(b)(1)(C). The correspondence received is attached. Attachment 1. The government contends that defendant's interpretation of both the law (Fed. R. Evid. 16) and this Court's Order at D.E. 504, is incorrect. The government therefore gives notice that without appropriate disclosure, it will seek preclusion of this witness at trial.

In a similar vein, the Court had denied as moot the government's motion to compel as related to defense expert Robert Wilson, on the assumption that a further written summary had been provided. D.E. 504 at 2. A further written summary was received, and is attached. Attachment 2. The government similarly contends that what has been provided is merely a written summary of expected testimony that continues to lack explanation of the expert's opinions or reasons or basis therefore. The summary is more akin to a closing argument and thereby serves the improper purpose of "suppl[ying] the jury with no information other than the witness' view of how the

verdict should read." U.S. v. Offill, 666 F.3d 168, 175 (4th Cir. 2011). See, Attachment 2 at 2 – 3. For these reasons, the government notices its intention to seek preclusion of Robert Wilson as an expert as well, unless there is compliance with Rule 16(c).

Respectfully submitted this 10th day of March, 2020.

                                  ROBERT J. HIGDON, JR.
                                  United States Attorney

By:    */s/ Barbara D. Kocher*
        JASON M. KELLHOFER
        BARBARA D. KOCHER
        Assistant U.S. Attorney
        150 Fayetteville St. Suite 2100
        Raleigh, NC 27601
        Telephone: 919-856-4530
        Fax: 919-856-4487
        E-mail: jason.kellhofer@usdoj.gov
        OH Bar: 0074736
        E-mail:barb.kocher@usdoj.gov
        NC Bar: 16360

CERTIFICATE OF SERVICE

This is to certify that I have this 10th day of March 2020, served a copy of the foregoing filing upon counsel for the defendant in this action by filing with the CM/ECF, which will cause electronic service upon counsel of record.

By: */s/ Barbara D. Kocher*
JASON M. KELLHOFER
Assistant U.S. Attorney
150 Fayetteville St. Suite 2100
Raleigh, NC 27601
Telephone: 919-856-4530
Fax: 919-856-4487
E-mail: jason.kellhofer@usdoj.gov
OH Bar: 0074736