Attachment 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00452-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **DEFENDANT'S STATEMENT RE:** |
| | ) | **GENNADY ESAKOV** |
| LEONID ISAAKOVICH TEYF | ) | |

Defendant states that he does not anticipate affirmatively calling Gennady Esakov as an expert witness, and would only call him as a rebuttal expert (as the government put it, "in rebuttal as appropriate") if Drew Holiner expands upon or deviates from his previously served report.

This the 10th day of March, 2020.

/s/ F. Hill Allen
F. Hill Allen
THARRINGTON SMITH, L.L.P.
P.O. Box 1151
Raleigh, NC 27602
Phone: 919) 821-4711
Fax: 919) 829-1583
hallen@tharringtonsmith.com
N.C. State Bar No. 18884

Robert S. Wolf
MOSES & SINGER LLP
The Chrysler Building
405 Lexington Ave., 12th Floor
New York, NY 10174-1299
Phone: (212) 554-7825
Fax: (212) 554-7700
rwolf@mosessinger.com
*Counsel for Defendant*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 10th day of March, 2020, I served by hand and electronically the foregoing **DEFENDANT'S STATEMENT RE: GENNADY ESAKOV** on the following counsel of record.

Barbara D. Kocher                     Jason M. Kellhofer
U.S. Attorney's Office                 U.S. Attorney's Office
150 Fayetteville Street, Suite 2100    150 Fayetteville Street, Suite 2100
Raleigh, NC 27601                     Raleigh, NC 27601
barb.kocher@usdoj.gov                 jason.kellhofer@usdoj.gov


/s/ F. Hill Allen
F. Hill Allen
THARRINGTON SMITH, L.L.P.
P.O. Box 1151
Raleigh, NC 27602
Phone:  (919) 821-4711
Fax:  (919) 829-1583
hallen@tharringtonsmith.com
N.C. State Bar No. 18884
*Counsel for Defendant*

2