UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| LEONID ISAAKOVICH TEYF, | ) |

**Order Setting Administrative Teleconference**

Upon motion of the United States, it is hereby ORDERED, for good cause shown based on the facts and reasons stated in the motion, that this matter be set for an administrative teleconference at _____ on _____.

It is FURTHER ORDERED that the Clerk of Court make the necessary arrangements therefore inform the parties of the manner in which to connect.

This, the ____ day of March, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge