IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00452-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **NOTICE OF SPECIAL APPEARANCE** |
| | ) | **BY MICHAEL M. ROSENBERG** |
| LEONID ISAAKOVICH TEYF | ) | |

Pursuant to Local Criminal Rule 57.1(e), Michael M. Rosenberg, an attorney with the law firm of Moses & Singer LLP in New York, hereby gives notice of his special appearance in this matter as counsel for Defendant Leonid Isaakovich Teyf, in association with F. Hill Allen of Tharrington Smith, LLP, a member of the bar of the Court.

Mr. Rosenberg is a member in good standing of the bar of the highest court of New York, and the United States District Courts for the Southern and Eastern Districts of New York.

Mr. Rosenberg requests notice of all pleadings, notices and calendars affecting this action.

This the 11th day of March, 2020.

                                      /s/ Michael M. Rosenberg
                                      Robert S. Wolf
                                      Michael M. Rosenberg
                                      MOSES & SINGER LLP
                                      The Chrysler Building
                                      405 Lexington Ave., 12th Floor
                                      New York, NY 10174-1299

mrosenberg@mosessinger.com
Phone: (212) 554-7800
Fax: (212) 554-7700

/s/ F. Hill Allen
F. Hill Allen
THARRINGTON SMITH, L.L.P.
P.O. Box 1151
Raleigh, NC 27602
Phone: (919) 821-4711
Fax: (919) 829-1583
hallen@tharringtonsmith.com
N.C. State Bar No. 18884
*Counsel for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of March, 2020, I electronically filed the foregoing **NOTICE OF SPECIAL APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Michael M. Rosenberg
Robert S. Wolf
Michael M. Rosenberg
MOSES & SINGER LLP
The Chrysler Building
405 Lexington Ave., 12th Floor
New York, NY 10174-1299
mrosenberg@mosessinger.com
Phone: (212) 554-7800
Fax: (212) 554-7700
*Counsel for Defendant*