IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00452-FL

UNITED STATES OF AMERICA )
)
v. )
)
LEONID ISAAKOVICH TEYF )

**SPECIAL VERDICT FORM**

We, the jury, unanimously return the following Special Verdict by a preponderance of the evidence as to the following property:

Proceeds

1. Place a check mark next to any specific property described below which constitutes or is derived from proceeds traceable to the bribery offense charged in Count 27 of the Fourth Superseding Indictment:

_____ $10,000.00 in bribe money paid by TEYF

2. Place a check mark next to any specific property described below which constitutes or is derived from proceeds traceable to the murder-for-hire offense charged in Count 28 of the Fourth Superseding Indictment:

_____ $35,000.00 in U.S. currency paid by TEYF to CHS1

_____ $6,500.00 in U.S. currency paid by TEYF to CHS2

1

<u>Firearms and Ammunition</u>

3. Place a check mark next to any specific property described below that was involved in or used in the murder-for-hire offense charged in Count 28 of the Fourth Superseding Indictment:

_____ Ruger P94 .40 caliber pistol with obliterated serial number, marked "Sturm, Ruger & Co. Inc. Southport, CONN, U.S.A.," and any and all related magazines and ammunition.

4. Place a check mark next to any specific property described below that was involved in or used in the firearms offense charged in Count 29 of the Fourth Superseding Indictment:

_____ Ruger P94 .40 caliber pistol with obliterated serial number, marked "Sturm, Ruger & Co. Inc. Southport, CONN, U.S.A.," and any and all related magazines and ammunition.

So Say We All, this _____ day of _____, 2020.

_____
FOREPERSON

CERTIFICATE OF SERVICE

I hereby certify that I have on this 12th day of March, 2020, served a copy of the foregoing Government's Proposed Special Verdict Form upon counsel for the defendant electronically via ECF:

F. Hill Allen, IV
Tharrington Smith
150 Fayetteville Street, Suite 1800
Raleigh, NC 27601
Email: hallen@tharringtonsmith.com

Robert S. Wolf
Michael M. Rosenberg
Moses & Singer
405 Lexington Avenue, 12th Floor
New York, NY 10174
Email: rwolf@mosessinger.com
*Counsel for Defendant Leonid I. Teyf*

By: */s/ Matthew L. Fesak*
JASON M. KELLHOFER
BARBARA D. KOCHER
MATTHEW L. FESAK
Assistant U.S. Attorney
150 Fayetteville St. Suite 2100
Raleigh, NC 27601
Telephone: 919-856-4530
E-mail: jason.kellhofer@usdoj.gov
OH Bar: 0074736
E-mail: barb.kocher@usdoj.gov
NC Bar: 16360
E-mail: matthew.fesak@usdoj.gov
NC Bar: 35276