UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1-FL

| UNITED STATES OF AMERICA, | ) |
|---|---|
| | ) |
| v. | ) MOTION TO SEAL |
| | ) D.E. 505 |
| LEONID ISAAKOVICH TEYF, | ) NUNC PRO TUNC |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby requests the document filed at D.E. 505, be sealed by the Court so that information contained therein will not be made public.

The proposed sealed document, D.E. 505, contains references to sensitive material protected from disclosure by an earlier order of this Court. The document was precipitously filed without an appropriate motion to seal, and later, following motion to withdraw, was allowed withdrawn from the docket. D.E. 509. The government now moves to seal the document, nunc pro tunc.

WHEREFORE, the United States of America respectfully prays for the sealing of the document filed at D.E. 505.

Dated this the 12th day of March, 2020.

ROBERT J. HIGDON, JR.
United States Attorney


/s/ *Barbara D. Kocher*
BY: JASON M. KELLHOFER
BY: BARBARA D. KOCHER
Assistant United States Attorney
Criminal Division
150 Fayetteville St Suite 2100
Raleigh, NC 27601-1461
Telephone: (919) 856-4530
Facsimile: (919) 856-4828
Email: barb.kocher@usdoj.gov
N.C. State Bar #16360

2

CERTIFICATE OF SERVICE

This is to certify that I have this 12th day of March 2020, served a copy of the foregoing filing upon counsel for the defendant in this action by electronic communication.

/s/ *Barbara D. Kocher*
BY: BARBARA D. KOCHER
Assistant United States Attorney
Criminal Division
150 Fayetteville St Suite 2100
Raleigh, NC 27601-1461
Telephone: (919) 856-4530
Facsimile: (919) 856-4828
Email: barb.kocher@usdoj.gov
N.C. State Bar #16360