UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1-FL

| UNITED STATES OF AMERICA, | ) |
|---|---|
| v. | ) |
| | ) |
| LEONID ISAAKOVICH TEYF, | ) |

**Order to Seal D.E. 505, Nunc Pro Tunc**

Upon motion of the United States, it is hereby ORDERED, for good cause shown based on the facts and reasons stated in the motion, that the Response of the Government filed at D.E. 505 in the above-captioned matter be sealed.

This, the ____ day of March, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge