IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | UNITED STATES |
| | ) | NOTICE OF WITHDRAWAL OF |
| | ) | OBJECTION TO DEFENDANT'S |
| LEONID ISAAKOVICH TEYF, | ) | REQUESTED CONTINUANCE |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, now provides notice of withdrawal of objection previously made to defendant's requested 30 day continuance of trials in the above captioned matter.

## BACKGROUND

As set forth within the Court's Order at DE 532, conference took place on March 12, 2020, amongst counsel and the Court. At this conference, defendant requested a continuance of 30 days based on concerns of juror inability to focus on trial matters due to concerns of the Covid-19 matter. The government objected to this concern as a basis for continuance and asserted that the *voir dire* process could ensure a fair trial. The Court concluded that a continuance was not in the best interest of justice and also took additional steps as outlined within DE 532 to frame its opinion that trial could safely continue next week.

After the Court had issued its ruling, the Chief Judge for the Eastern District of North Carolina issued a standing order (20-SO-4), which set forth stringent limitations as to who might enter any U.S. Courthouse within the Eastern District of North Carolina. This includes persons who have traveled to certain countries or

regions within the last 14 days, have had close contact with such persons, who have been asked to self-quarantine by health providers, who have been diagnosed with Covid-19 or been around such persons, or have a fever, cough, or shortness of breath. Per the standing order, "these restrictions will remain in place temporarily until it is determined to be safe to remove them."

In light of the issuance of the standing order, this Court directed by text order at DE 535 that all that counsel in this case certify by 2pm on March 13, 2020, that both counsel, anyone working with counsel who will need to enter the courthouse, and any anticipated witness be 1) knowledgeable of the standing order's terms; 2) compliant at present with terms permitting entry into the United States Courthouse at New Bern; and 3) cognizant of the continuing obligation to monitor and report should any issue bearing on entry arise prior to any scheduled courthouse visit.

**NOTICE**

Upon receipt of both the standing order and this Court's order at DE 535, the government immediately began reviewing domestic and international travel recently undertaken by counsel and witnesses that included destinations, layover locations, and persons they may have come into contact with and where those individuals were from or had recently traveled to. Inquiry additionally immediately attempted to consider family members, friends, acquaintances who may have had travel or who themselves have experienced any illness involving coughing, fever, or shortness of breath.

The government and defense have additionally conferred. At this time and as a result of the above, both the government and defense believe that we will not be

capable of proceeding due to concerns over capability of compliance with the recently issued standing order as to witnesses, jurors, and counsel or their necessary staff. Should the Court require further details or explanation, both the government and defense stand ready to participate in teleconference at any time.

Based upon consideration of the standing order just issued, the Government withdraws objection to the defendant's request to continue the trials in this case for at least 30 days in order to reevaluate the ability to proceed.

                                      ROBERT J. HIGDON, JR.
                                      United States Attorney

By:    */s/ Jason M. Kellhofer*
           JASON M. KELLHOFER
           BARBARA D. KOCHER
           Assistant U.S. Attorney
           310 New Bern Avenue, Suite 800
           Raleigh, NC 27601
           Telephone: 919-856-4530
           Fax: 919-856-4487
           E-mail: jason.kellhofer@usdoj.gov
           OH Bar: 0074736
           E-mail:barb.kocher@usdoj.gov
           NC Bar: 16360

CERTIFICATE OF SERVICE

This is to certify that I have this 13th day of March 2020, served a copy of the foregoing filing upon counsel for the defendant in this action by electronically filing the foregoing with the Clerk of Court, using the CM/ECF system which will send notification of such filing to:

F. Hill Allen
Tharrington Smith, L.L.P.
P.O. Box 1151
Raleigh, NC  27602

Robert S. Wolf
Moses & Singer, L.L.P.
405 Lexington Ave. 12th Floor
New York., NY  10174-1299

By: */s/ Jason M. Kellhofer*
JASON M. KELLHOFER
Assistant U.S. Attorney
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Telephone: 919-856-4530
Fax: 919-856-4487
E-mail: jason.kellhofer@usdoj.gov
OH Bar: 0074736