IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00452-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **CERTIFICATION RE:** |
| | ) | **STANDING ORDER (COVID-19)** |
| LEONID ISAAKOVICH TEYF | ) | |

Pursuant to the DE 535, counsel for Defendant Leonid Teyf hereby certifies as follows:

Counsel, anyone working under counsel's direction whose entry into the courthouse will be required, and any anticipated witness for the party represented is 1) knowledgeable of the standing order's terms; 2) compliant at present with terms permitting entry into the United States Courthouse at New Bern; and 3) cognizant of the continuing obligation to monitor and report should any issue bearing on entry arise prior to any scheduled courthouse visit.

Respectfully submitted, this the 13th day of March, 2020.

/s/ F. Hill Allen
F. Hill Allen
THARRINGTON SMITH, L.L.P.
P.O. Box 1151
Raleigh, NC 27602
Phone:  (919) 821-4711
Fax:  (919) 829-1583
hallen@tharringtonsmith.com
N.C. State Bar No. 18884

Robert S. Wolf
MOSES & SINGER LLP
The Chrysler Building
405 Lexington Ave., 12th Floor
New York, NY 10174-1299
Phone:  (212) 554-7825

Fax:  (212) 554-7700
rwolf@mosessinger.com
*Counsel for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 13th day of March, 2020, I electronically filed the foregoing

**COVID-19 CERTIFICATION** with the Clerk of the Court using the CM/ECF system which

will send notification of such filing to all counsel of record.


s/ F. Hill Allen
F. Hill Allen
THARRINGTON SMITH, L.L.P.
P.O. Box 1151
Raleigh, NC 27602
Phone:  (919) 821-4711
Fax:  (919) 829-1583
hallen@tharringtonsmith.com
N.C. State Bar No. 18884
*Counsel for Defendant*