UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1-FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | MOTION TO SEAL |
| | ) | |
| LEONID ISAAKOVICH TEYF, | ) | |
| Defendant. | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby requests the Motion and any resulting Order from D.E. 538, be sealed so that information contained therein will not be made public.

The document and its attachment pertain to a proposed sealed motion. WHEREFORE, the United States of America respectfully prays for the sealing of the motion filed at D.E. 538 until such time as the United States Attorney's Office requests it be unsealed by the Court. The United States also requests that the Clerk of Court be directed to provide the parties with filed copies of the Motion.

2

Respectfully submitted this 13th day of March 2020.

                                         ROBERT J. HIGDON, JR.
                                       United States Attorney

By:    */s/ Barbara D. Kocher*
        JASON M. KELLHOFER
        BARBARA D. KOCHER
        Assistant U.S. Attorney
        310 New Bern Avenue, Suite 800
        Raleigh, NC 27601
        Telephone: 919-856-4530
        Fax: 919-856-4487
        E-mail: jason.kellhofer@usdoj.gov
        OH Bar: 0074736
        E-mail: barb.kocher@usdoj.gov
        NC Bar: 16360

<u>CERTIFICATE OF SERVICE</u>

       This is to certify that I have this 13th day of March 2020, served a copy of the foregoing filing upon counsel for the defendant(s) in this action by filing this with the CM/ECF system, which will send electronic notice of such filing to:

| | |
|---|---|
| F. Hill Allen | Robert S. Wolf |
| Tharrington Smith, L.L.P. | Moses & Singer, L.L.P. |
| P.O. Box 1151 | 405 Lexington Ave. 12th Floor |
| Raleigh, NC 27602 | New York., NY 10174-1299 |

                                   By: <u>*/s/ Barbara D. Kocher*</u>
                                       BARBARA D. KOCHER
                                       Assistant U.S. Attorney
                                       310 New Bern Avenue, Suite 800
                                       Raleigh, NC 27601
                                       Telephone: 919-856-4530
                                       Fax: 919-856-4487
                                       E-mail: barb.kocher@usdoj.gov
                                       NC Bar: 16360