UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| LEONID ISAAKOVICH TEYF, | ) | |
|     Defendant. | ) | |

Upon motion of the United States, it is hereby ORDERED, for good cause shown, D.E. 538 in the above-captioned matter be sealed until such time as requested to be unsealed by the United States Attorney and the court orders it unsealed.

It is FURTHER ORDERED that the Clerk of Court make available to the parties filed copies of the same.

This, the 13th day of March 2020.

_____
LOUISE W. FLANAGAN
United States District Judge