IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00452-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **MOTION TO SEAL** |
| | ) | |
| LEONID ISAAKOVICH TEYF | ) | |

Counsel for Defendant Leonid Isaakovich Teyf, pursuant to the Court's Text Order of 12 March 2020, respectfully moves to seal his Exhibit at D.E. 502-1, filed on 9 March 2020, on the basis that the provisionally sealed document, D.E. 502-1, contains personal identifying information that should have been redacted and not accessible to the public.

WHEREFORE, Defendant respectfully requests that this Motion be granted, and that the Exhibit at D.E. 502-1, filed by Defendant on 9 March 2020, be kept under seal by the Clerk of Court until further order of this Court.

This the 17th day of March, 2020.

/s/ F. Hill Allen
F. Hill Allen
THARRINGTON SMITH, L.L.P.
P.O. Box 1151
Raleigh, NC 27602
Phone: 919) 821-4711
Fax: 919) 829-1583
hallen@tharringtonsmith.com
N.C. State Bar No. 18884

Robert S. Wolf
MOSES & SINGER LLP
The Chrysler Building
405 Lexington Ave., 12th Floor
New York, NY 10174-1299
Phone: (212) 554-7825

Fax: (212) 554-7700
rwolf@mosessinger.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of March, 2020, I electronically filed the foregoing **MOTION TO SEAL** and proposed **ORDER** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Barbara D. Kocher
U.S. Attorney's Office
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
barb.kocher@usdoj.gov

Jason M. Kellhofer
U.S. Attorney's Office
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
jason.kellhofer@usdoj.gov

/s/ F. Hill Allen
F. Hill Allen
THARRINGTON SMITH, L.L.P.
P.O. Box 1151
Raleigh, NC 27602
Phone: (919) 821-4711
Fax: (919) 829-1583
hallen@tharringtonsmith.com
N.C. State Bar No. 18884
*Counsel for Defendant*