IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00452-FL-1

UNITED STATES OF AMERICA          )
                                  )
            v.                    )          **ORDER**
                                  )
LEONID ISAAKOVICH TEYF            )


      Upon motion of the Defendant, for good cause shown, it is hereby ORDERED that

Defendant's exhibit at D.E. 502-1 filed on 9 March 2020 be sealed until further order of the

Court.

      It is further ORDERED that the Clerk of Court provide a filed copy of the sealed filing to

counsel for the Government and Defendant.

      SO ORDERED.

      This the ___ day of March, 2020.


_____
Louise W. Flanagan
United States District Judge