IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) NOTICE OF THE PARTIES |
| | ) REGARDING SEALED ORDER AT |
| | ) D.E. 524 |
| LEONID ISAAKOVICH TEYF, | ) |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, after conference with counsel for defendant, hereby files this notice regarding the direction of the Court contained in the Order of March 11, 2020, D.E. 524, fn 1. The Court directed the parties to inform the Court as to their position(s) as to any redactions requested to that Order.

With consent of counsel for defendant LEONID ISAAKOVICH TEYF, it is stated unto the Court that neither defendant nor the United States have requests for redactions from the Order at D.E. 524. Thus, no proposed redacted opinion is mailed herewith.

Respectfully submitted, this 18th day of March, 2020.

                                        ROBERT J. HIGDON, JR.
                                      United States Attorney

By:   */s/ Barbara D. Kocher*
       BARBARA D. KOCHER
       Assistant U.S. Attorneys
       150 Fayetteville St., Suite 150
       Raleigh, NC 27601
       Telephone: 919-856-4530
       Fax: 919-856-4487
       E-mail:barb.kocher@usdoj.gov
       NC Bar: 16360

## CERTIFICATE OF SERVICE

This is to certify that I have this 18th day of March, 2020, served a copy of the foregoing upon the defendants by electronic communication.

F. Hill Allen
Tharrington Smith, L.L.P.
P.O. Box 1151
Raleigh, NC 27602

Robert S. Wolf
Moses & Singer, L.L.P.
405 Lexington Ave. 12th Floor
New York., NY 10174-1299

By: */s/ Barbara D. Kocher*
  BARBARA D. KOCHER
  Assistant U.S. Attorney
150 Fayetteville St., Suite 150
Raleigh, NC 27601
Telephone: 919-856-4530
Fax: 919-856-4487
E-mail: barb.kocher@usdoj.gov
NC Bar: 16360