IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00452-FL-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **CONSENT MOTION FOR EXTENSION** |
| | ) | **OF TWO WEEKS, UNTIL 7 APRIL 2020** |
| LEONID ISAAKOVICH TEYF | ) | |

Defendant Leonid Teyf hereby moves to extend for two weeks, until and including 7 April 2020, the 23 March 2020 deadlines set by the Court's Text Order of 16 March 2020, in light of ongoing COVID-19 developments. The government consents to the requested extension. In support of this motion, counsel shows the following:

1. By Text Order of 16 March 2020, the Court directed that by 23 March 2020, defendant shall file his response to the government's sealed motion (DE 506) and the government shall supplement its Rule 404(b) notice as directed by the Court, as well as file its response to defendant's motion in limine (DE 518).

2. Counsel has now received Standing Order 20-SO-5, as well as an email sent by the Court's case manager this afternoon continuing the trial date. Developments concerning COVID-19 continue. As a result, counsel's offices are closed/working remotely and full working capacity has otherwise been significantly impaired.

3. For the foregoing reasons, the additional time requested is needed for the filing of these submissions. The requested extension will not prejudice the any of the parties or result in the delay of any prospective trial date.

4. The government consents to the requested extension of all 23 March 2020 deadlines, including its own.

5. A proposed Order is submitted with this Motion.

Respectfully submitted, this the 19th day of March, 2020.

/s/ F. Hill Allen
F. Hill Allen
THARRINGTON SMITH, L.L.P.
P.O. Box 1151
Raleigh, NC 27602
Phone: (919) 821-4711
Fax: (919) 829-1583
hallen@tharringtonsmith.com
N.C. State Bar No. 18884

Robert S. Wolf
MOSES & SINGER LLP
The Chrysler Building
405 Lexington Ave., 12th Floor
New York, NY 10174-1299
Phone: (212) 554-7825
Fax: (212) 554-7700
rwolf@mosessinger.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of March, 2020, I electronically filed the foregoing **CONSENT MOTION FOR EXTENSION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/ F. Hill Allen
F. Hill Allen
THARRINGTON SMITH, L.L.P.
P.O. Box 1151
Raleigh, NC 27602
Phone: (919) 821-4711
Fax: (919) 829-1583
hallen@tharringtonsmith.com
N.C. State Bar No. 18884
*Counsel for Defendant*