IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00452-FL-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LEONID ISAAKOVICH TEYF | ) | |

Upon motion of the defendant and with consent of the government, for good cause shown, it is hereby ORDERED that all deadlines currently set for 23 March 2020, both as to the defendant and the government pursuant to the Court's Text Order of 16 March 2020, are extended for two weeks, until and including April 7, 2020.

SO ORDERED.

This the 20th day of March, 2020.

Louise W. Flanagan
United States District Judge