IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:18-CR-00452-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LEONID ISAAKOVICH TEYF, | ) | |
| Defendant. | ) | |

This matter comes before the court on trial of counts 27–29 of the Fourth Superseding Indictment, presently scheduled to commence April 27, 2020, at 9:00 a.m. Standing order in regard to court operations under the exigent circumstances created by the Covid-19 pandemic ("20-SO-5") recently was entered wherein it is directed that no criminal trials will be held through May 1, 2020, to prevent the spread of that virus now identified as Covid-19. Accordingly, trial of counts 27–29 of the Fourth Superseding Indictment is rescheduled to commence on Monday, May 18, 2020, at 1:00 p.m. in New Bern. All other deadlines not modified herein remain in full effect. Any delay resulting from this continuance is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A) for the reason that the ends of justice served by granting continuance outweigh the best interest of the public and the defendant in a speedy trial.

SO ORDERED, this the 23rd day of March, 2020.

LOUISE W. FLANAGAN
United States District Judge