IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA, WESTERN DIVISION

NO. 5:18-CR-00452-1-FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LEONID ISAAKOVICH TEYF,<br><br>  Defendant | **MOTION TO RESTORE<br>ORDER OF TRIALS** |

Defendant Leonid Isaakovich Teyf respectfully moves the Court for an order directing that the trial on Counts 1-9, 11-13, 17-19, 21-24, 30, 31, 35, 36, 40, 41, 44-46, 48 and 49 (the "ML Counts") commence prior to the trial on Counts 27-29 (the "MFH Counts"), as originally ordered by the Court on March 11, 2020. (D.E. 524). As set forth below, in light of the continuance of both trials, the reasons advanced by the Government resulting in the Court's decision to reverse the order of the trials are no longer applicable. Restoring the order of the trials would not prejudice the Government. However, keeping the current reversed order of the trials unfairly prejudices Mr. Teyf.

By way of background, on March 11, 2020, the Court issued an order severing the MFH Counts from the ML Counts and directing that the trial on the MFH Counts be held at a date to be determined after the trial on the ML Counts then scheduled to commence on March 16, 2020 (D.E. 524). Later that day, the Government submitted an expedited motion requesting that the Court reverse the order and commence trial on the MFH Counts first, on the basis that certain purported evidentiary issues resulting from severance and the immediacy of trial "would best be served by allowing forethought and planning on both the parties and the Court to ensure a fair trial to both the

defendant and the government." (D.E. 525). On March 12, 2020, after hearing argument, the Court granted the Government's expedited motion, reversed the order of and directed trial on the MFH Counts to commence on March 17, 2020, with trial on the ML Counts to be scheduled thereafter. (D.E. 532).

For reasons stemming from the COVID-19 pandemic, including the Standing Order from the Chief Judge of this District, the trial on the MFH Counts has now been continued to May 18, 2020. (D.E. 550). Clearly, as a result of this continuance, there is ample time for any "forethought and planning" by the parties, conferring amongst the parties, and, if needed, seeking Court intervention. Thus, the reasons provided by the Government which resulted in the Court's reversing the order of the trials no longer exist and trial of the ML counts should commence on May 18, 2020 in accordance with the Court's March 11th Order.

Finally, the current order of trials significantly and unfairly prejudices the defense. As the Court is aware Mr. Teyf's substantial assets have been restrained since December 5, 2018 as a result of the ML Counts, the evidence underlying which is particularly weak for the reasons set forth in Mr. Teyf's Motion for Reconsideration. (D.E. 500). If trial of the MFH Counts is held first, Mr. Teyf's assets will continue to be restrained up until a subsequent ML trial is conducted, regardless of the outcome on the first trial. The unfair prejudice resulting from such a delay can be completely avoided by restoring the order of the trials. To the contrary, there is no prejudice to the Government if the order of the trials is restored,

Accordingly, Mr. Teyf respectfully requests that the trial on the ML Counts proceed first, as originally directed by the Court in its March 11, 2020 Severance Order.

2

Case 5:18-cr-00452-FL   Document 556   Filed 03/26/20   Page 2 of 4

Respectfully submitted, this the 26th day of March, 2020.

/s/ F. Hill Allen
F. Hill Allen
THARRINGTON SMITH, L.L.P.
P.O. Box 1151
Raleigh, NC 27602
Phone: (919) 821-4711
Fax: (919) 829-1583
hallen@tharringtonsmith.com
N.C. State Bar No. 18884
*Counsel for Defendant*


/s/ Robert S. Wolf
Robert S. Wolf
MOSES & SINGER LLP
The Chrysler Building
405 Lexington Ave., 12th Floor
New York, NY 10174-1299
Phone: (212) 554-7825
Fax: (212) 554-7700
rwolf@mosessinger.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of March, 2020, I electronically filed the foregoing **MOTION TO RESTORE ORDER OF TRIALS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ F. Hill Allen
F. Hill Allen
THARRINGTON SMITH, L.L.P.
P.O. Box 1151
Raleigh, NC 27602
Phone: (919) 821-4711
Fax: (919) 829-1583
hallen@tharringtonsmith.com
N.C. State Bar No. 18884
*Counsel for Defendant*