IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00452-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LEONID ISAAKOVICH TEYF ) | |

This matter comes before the Court on the motion of the Defendant to restore the original order of trials set forth in the Court's March 11 Order (D.E. 524). For good cause shown, the motion is GRANTED, and it is hereby ORDERED that the trial on Counts 1-9, 11-13, 17-19, 21-24, 30, 31, 35, 36, 40, 41, 44-46, 48 and 49 (the "ML Counts") shall commence on May 18, 2020, with the trial on Counts 27-29 (the "MFH Counts") at a date to be determined following trial on the ML Counts.

SO ORDERED.

This the ___ day of March, 2020.

_____
Louise W. Flanagan
United States District Judge