**Motion DENIED.**

This the 26th day of March, 2020.

/s/Louise W. Flanagan, U.S. District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA, WESTERN DIVISION

NO. 5:18-CR-00452-1-FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LEONID ISAAKOVICH TEYF,<br><br>Defendant | **MOTION TO RESTORE<br>ORDER OF TRIALS** |

Defendant Leonid Isaakovich Teyf respectfully moves the Court for an order directing that the trial on Counts 1-9, 11-13, 17-19, 21-24, 30, 31, 35, 36, 40, 41, 44-46, 48 and 49 (the "ML Counts") commence prior to the trial on Counts 27-29 (the "MFH Counts"), as originally ordered by the Court on March 11, 2020. (D.E. 524). As set forth below, in light of the continuance of both trials, the reasons advanced by the Government resulting in the Court's decision to reverse the order of the trials are no longer applicable. Restoring the order of the trials would not prejudice the Government. However, keeping the current reversed order of the trials unfairly prejudices Mr. Teyf.

By way of background, on March 11, 2020, the Court issued an order severing the MFH Counts from the ML Counts and directing that the trial on the MFH Counts be held at a date to be determined after the trial on the ML Counts then scheduled to commence on March 16, 2020 (D.E. 524). Later that day, the Government submitted an expedited motion requesting that the Court reverse the order and commence trial on the MFH Counts first, on the basis that certain purported evidentiary issues resulting from severance and the immediacy of trial "would best be served by allowing forethought and planning on both the parties and the Court to ensure a fair trial to both the