| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LEONID ISAAKOVICH TEYF,<br><br>Defendant. | GOVERNMENT'S SUPPLEMENTAL NOTICE UNDER FED. R. EVID. 404(b) |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, in compliance with the Court's text order of March 12, 2019, provides supplemental notice under Rule 404(b) of the Federal Rules of Evidence.[1]

## **BACKGROUND**

The government previously filed notice of what could arguably be considered uncharged conduct, but which the Government believed relevant to the defendant's motive, opportunity, intent, preparation, plan, knowledge, identity, and lack of mistake or accident as to the charged crimes, and thus admissible under Fed. R. Evid. 404(b).[2] On March 16, 2020, by text order, the Court directed that the government supplement its prior notice so as to make explicit what asserted bad acts it would seek to introduce as to trial of counts 27-29 of the fourth superseding indictment.

---

[1] By Order at DE 547, the Court granted an extension of time setting a deadline of 7 April 2020 for the Government's supplemental notice.

[2] DE 472.

# **EVIDENCE OF UNCHARGED MISCONDUCT**

As regards Counts 27-29, the government asserts that the following bad acts are admissible under Fed. R. Evid. 404(b). As previously noted in the original notice, the government maintains that much of the bad acts described are simply facts and circumstances comprising direct evidence of the crimes charged; however, notice was provided in an overabundance of caution.

1. Defendant TEYF entrusted Snowman with taking care of funding TEYF's paramour in Chicago. This included obtaining an apartment, paying the rent on the apartment and providing funds directly to this person (both with cash received from TEYF), and on occasion driving TEYF to the woman's apartment.[3]

2. Defendant TEYF had drugs planted in A.G.'s vehicle and had a tracker planted on A.G.'s vehicle as part of his attempt to get A.G. deported to Russia.

3. Defendant TEYF stated that his spouse was able to get out of Russia in spite of false charges he had brought against her in Russia, and that as a result of the failures of Russian Border patrol to act on this, an entire border shift was fired.

4. Defendant TEYF stated that he would take his spouse outside of the United States, perhaps to Mexico, in light of the pending charges against her in Russia. There, Teyf asserted, she could be arrested and removed back to Russia, while the same could not happen if she stayed in the United States.

5. Defendant TEYF contemplated murder of his spouse in the U.S., but ultimately decided that he may decide to have to kill his spouse once she returned to Russia.

6. Defendant TEYF threatened to harm and/or kill the families of those who cross him, to include the family of his spouse.

7. TEYF's statement that he had located officials at Duke University whom he could bribe to obtain admittance for his son.

8. TEYF bribed an inmate he was housed with for cigarettes and a cell phone.

---

[3] Although facts known to the Defendant, this item was not originally noticed within the Government's February 2020 filing. Simply put, the degree of relevance of the matter became much clearer, after the Government had filed its notice, during additional discussions with the witness, Sviridov (i.e., Snowman).

The Government does *NOT* intend to offer item eight (8) *UNLESS* the Defendant opens the door to introduction of said evidence.

Respectfully submitted, this the 6th of April, 2020.

                        ROBERT J. HIGDON, JR.
                        United States Attorney

By:   */s/ Barbara D. Kocher*
        JASON M. KELLHOFER
        BARBARA D. KOCHER
        Assistant U.S. Attorney
        150 Fayetteville St. Suite 2100
        Raleigh, NC 27601
        Telephone: 919-856-4530
        Fax: 919-856-4487
        E-mail: jason.kellhofer@usdoj.gov
        OH Bar: 0074736
        E-mail:barb.kocher@usdoj.gov
        NC Bar: 16360

CERTIFICATE OF SERVICE

This is to certify that I have this 6th day of April 2020, served a copy of the foregoing upon the defendants by filing the foregoing with the Clerk of Court, using the CM/ECF system that will send notification of such filing to the defendant's counsel of record.

| | |
|---|---|
| F. Hill Allen | Robert S. Wolf |
| Tharrington Smith, L.L.P. | Moses & Singer, L.L.P. |
| P.O. Box 1151 | 405 Lexington Ave. 12th Floor |
| Raleigh, NC 27602 | New York., NY 10174-1299 |

By: */s/ Jason M. Kellhofer*
JASON M. KELLHOFER
BARBARA D. KOCHER
Assistant U.S. Attorney
150 Fayetteville St. Suite 2100
Raleigh, NC 27601
Telephone: 919-856-4530
Fax: 919-856-4487
E-mail: jason.kellhofer@usdoj.gov
OH Bar: 0074736
E-mail:barb.kocher@usdoj.gov
NC Bar: 16360