IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00452-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LEONID ISAAKOVICH TEYF ) | |

Upon motion of Defendant, it is hereby ORDERED, for good cause shown based on the facts and reasons stated in the motion, that the Opposition of the Defendant filed at D.E. 561 in the above-captioned matter be sealed until such time as the Court orders it unsealed.

It is FURTHER ORDERED that the Clerk of Court make available to the parties filed copies of the same.

SO ORDERED.

This the ___ day of April, 2020.

_____
Louise W. Flanagan
United States District Judge