IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| LEONID ISAAKOVICH TEYF, | ) | |
| Defendant. | ) | |

Upon the motion of the United States, by and through the United States Attorney for the Eastern District of North Carolina, and with consent of counsel for defendant, and for good cause shown, it is hereby ORDERED that:

the Court will consider the motion at D.E. 518 in two parts; first, as it relates to Counts 27 through 29, the subject of the scheduled May 18, 2020 trial, and second, as it relates to the remaining counts for trials as yet unscheduled. The filing of the United States at D.E. 559 is accepted as the response to the first portion to be considered by the Court. Remaining deadlines are set forth below.

The defendant's motion in limine at D.E. 518 requested the opportunity to file later motions in limine once it received the government's exhibit list. D.E. 518 at 1, n.1. The Court is informed the defendant now has the government's list of exhibits and witnesses for the trial to be had on Counts 27 – 29, and the matter is ripe for any additional motions regarding that evidence. Therefore, the defendant has until April 17, 2020, to file all motions in limine pertaining to the trial now set for May 18, 2020. By May 1, 2020, the government should file any desired response to those motion(s) in limine.

Additionally, as the trial date is not currently set for the remaining counts, deadlines as to the remaining portion of D.E. 518 and any further motions in limine will be set by later Order. It is anticipated that the government will need provide its exhibit and witness lists to the defendant approximately 45 days out from the Court's expectation of that trial date; that defendant will have two weeks within which to file any motion in limine pertaining to the proposed exhibits, and the government will be required to file a response to the outstanding portion of D.E. 518 as well as to any further motions filed within ten days thereafter.

So ORDERED this 9th day of April, 2020.

LOUISE W. FLANAGAN
United States District Judge