IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00452-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **MOTION FOR TRIAL DATE** |
| | ) | **ON ML COUNTS** |
| LEONID ISAAKOVICH TEYF | ) | |

Defendant Leonid Teyf hereby moves the Court to set a trial date for the "ML Counts" (the counts of the Fourth Superseding Indictment other than Counts 27-29, or the "MFH Counts"). In support of this motion, counsel shows the following:

1. Trial of Counts 27-29 (the MFH Counts) is currently set to begin May 18, 2018. (DE 550).

2. The Court's Order did not set another date for the trial of the remaining ML Counts to begin (*id.*), which previously had been set to commence on March 16, 2020 (DE 524).

3. As the Court is aware, Defendant is detained and his substantial assets are frozen based upon the charges in the ML Counts

4. Defendant respectfully requests that the Court set a trial date for the ML Counts to begin the later of June 9, 2020, or two weeks following the conclusion of the trial on the MFH Counts, or, in the alternative, a date as soon thereafter as the Court's schedule permits.

5. A proposed Order is submitted with this Motion.

Respectfully submitted, this the 16th day of April, 2020.

/s/ F. Hill Allen
F. Hill Allen
THARRINGTON SMITH, L.L.P.
P.O. Box 1151
Raleigh, NC 27602
Phone: (919) 821-4711
Fax: (919) 829-1583
hallen@tharringtonsmith.com
N.C. State Bar No. 18884

Robert S. Wolf
MOSES & SINGER LLP
The Chrysler Building
405 Lexington Ave., 12th Floor
New York, NY 10174-1299
Phone: (212) 554-7825
Fax: (212) 554-7700
rwolf@mosessinger.com
*Counsel for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of April, 2020, I electronically filed the foregoing **MOTION TO SET TRIAL DATE ON ML COUNTS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

    s/ F. Hill Allen
F. Hill Allen
THARRINGTON SMITH, L.L.P.
P.O. Box 1151
Raleigh, NC 27602
Phone: (919) 821-4711
Fax: (919) 829-1583
hallen@tharringtonsmith.com
N.C. State Bar No. 18884
*Counsel for Defendant*