IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00452-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LEONID ISAAKOVICH TEYF ) | |

This matter comes before the Court on Defendant's motion for a trial date on the "ML Counts," or the counts of the Fourth Superseding Indictment other than counts 27-29. Trial of counts 27-29 is presently set to commence May 18, 2020. Defendant has moved the Court to set the trial on the remaining counts of the Fourth Superseding Indictment on June 9, 2020 or a date as soon thereafter as the Court's schedule permits. The motion is GRANTED. The trial of the remaining counts, other than counts 27-29, is hereby set to commence on June ___, 2020, at 1:00 p.m. in New Bern.

    SO ORDERED.

    This the ___ day of April, 2020.

                                                              Louise W. Flanagan
                                                              United States District Judge