IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00452-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LEONID ISAAKOVICH TEYF | ) | |

Upon motion of Defendant, for good cause shown, it is hereby ORDERED that the Defendant's Motion at DE 568 and the Government's Supplemental 404(b) Notice at DE 558 in the above-captioned matter be sealed until such time as the Court orders them unsealed.

It is FURTHER ORDERED that the Clerk of Court make available to the parties filed copies of the same.

SO ORDERED.

This the 20th day of April, 2020.

_____
Louise W. Flanagan
United States District Judge