IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00452-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LEONID ISAAKOVICH TEYF ) | |
| ) | |

This matter having come before the Court by Defendant's unopposed motion to continue the trials currently set to begin during the Court's August 31 and September 8 terms for approximately 60 days, and for good cause shown, it is hereby ORDERED that the trials are CONTINUED to the _____ and _____ terms of Court, respectively.

It is further ordered that any delay that results from this extension is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A) because the ends of justice served by granting this extension outweigh the best interests of the public and the defendant in a speedy trial.

This \_\_\_ day of August, 2020.

_____
LOUISE WOOD FLANAGAN
United States District Judge