UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1-FL

UNITED STATES OF AMERICA,  )
                                  )
             v.                ) MOTION TO SEAL
                                  )
LEONID ISAAKOVICH TEYF,     )

The United States of America, by and through the United States Attorney for
the Eastern District of North Carolina, hereby requests the response filed at D.E. 594,
be sealed by the Court so that information contained therein will not be made public.

The proposed sealed response is to a sealed motion, D.E. 590, and contains
references to discovery material subject to Protective Order at D.E. 240. Additionally,
the response contains references to anticipated trial testimony and exhibits, and if
reviewed by potential jurors, may have a tainting effect on potential members. The
government therefore moves to seal the document.

WHEREFORE, the United States of America respectfully prays for the sealing of
the response filed at D.E. 594. The United States also requests that the Clerk of Court
be directed to provide the parties with filed copies of the Motion.

Dated this the 17th day of August, 2020.


                              ROBERT J. HIGDON, JR.
                              United States Attorney


                              /s/ Barbara D. Kocher
                              BY: JASON M. KELLHOFER
                              BY:  BARBARA D. KOCHER
                              Assistant United States Attorney
                              Criminal Division
                              150 Fayetteville St Suite 2100
                              Raleigh, NC  27601-1461
                              Telephone:  (919) 856-4530
                              Facsimile: (919) 856-4828
                              Email:  barb.kocher@usdoj.gov
                              N.C. State Bar #16360

2

## CERTIFICATE OF SERVICE

This is to certify that I have this 17th day of August 2020, served a copy of the foregoing filing upon counsel for the defendant in this action by electronic communication.

/s/ Barbara D. Kocher
BY: BARBARA D. KOCHER
Assistant United States Attorney
Criminal Division
150 Fayetteville St  Suite 2100
Raleigh, NC  27601-1461
Telephone:  (919) 856-4530
Facsimile: (919) 856-4828
Email:  barb.kocher@usdoj.gov
N.C. State Bar #16360

3