# Exhibit 4

1      IN THE UNITED STATES DISTRICT COURT

2     FOR THE EASTERN DISTRICT OF NORTH CAROLINA

3              WESTERN DIVISION

4  _____
                                  )
5  UNITED STATES OF AMERICA,       )
                                  )
6                    Plaintiff,   )
                                  )
7  vs.                            )  Case No.:
                                  )  5:18-CR-00452-FL-1
8  LEONID ISAAKOVICH TEYF,        )
                                  )
9                    Defendant.   )
   _____)

10

11

12

13

14     VIDEOTAPED/VIDEOCONFERENCE DEPOSITION OF

15              ELENA ZELENOVA

16              TEL AVIV, ISRAEL

17          TUESDAY, JANUARY 28, 2020

18              1:51 P.M.

19

20

21

22

23

24

25  REPORTED BY:  BRENDA MATZOV, CA CSR 9243

| | | |
|---|---|---|
| 12:43:04 | 1 | Q. BY MR. WOLF: Thank you. |
| 13:54:15 | 2 | Ms. Zelenova, where do you live? |
| 13:54:18 | 3 | A. In Moscow. |
| 13:54:19 | 4 | Q. Okay. And have you always lived in |
| 13:54:23 | 5 | Moscow? |
| 13:54:25 | 6 | A. No. |
| 13:54:26 | 7 | Q. Okay. And when you say "Moscow," |
| 13:54:28 | 8 | are you speaking about Moscow in the country |
| 13:54:30 | 9 | of Russia? |
| 13:54:34 | 10 | A. Yes, of course. |
| 13:54:35 | 11 | Q. Okay. And where else have you lived? |
| 13:54:40 | 12 | A. I lived in Novosibirsk and in Astrakhan. |
| 13:54:46 | 13 | Q. Okay. Novosibirsk, is that another |
| 13:54:49 | 14 | city in Russia? |
| 13:54:52 | 15 | A. Yes. |
| 13:54:52 | 16 | Q. Okay. And Astrakhan, is that also |
| 13:54:55 | 17 | a city in Russia? |
| 13:54:56 | 18 | A. Yes. |
| 13:54:56 | 19 | Q. Okay. So you've -- you've lived your |
| 13:55:00 | 20 | entire life in Russia -- |
| 13:55:02 | 21 | A. Yes. |
| 13:55:03 | 22 | Q. -- to date? |
| 13:55:05 | 23 | Thank you. Can you please describe |
| 13:55:08 | 24 | your educational background? |
| 13:55:20 | 25 | A. After school, I graduated from the |

| | | |
|---|---|---|
| 13:55:23 | 1 | Novosibirsk State University of Economics and |
| 13:55:27 | 2 | Management.  I studied for five years.  And |
| 13:55:39 | 3 | I qualified as the Master of Commerce. |
| 13:55:43 | 4 | Q.  Okay.  And if I could just interrupt |
| 13:55:45 | 5 | you just so there's accuracy. |
| 13:55:47 | 6 | So the name of the school that you |
| 13:55:50 | 7 | attended for five years, it's called the |
| 13:55:53 | 8 | Novosibirsk State Academy of Economics and |
| 13:55:56 | 9 | Management? |
| 13:56:09 | 10 | A.  Yes. |
| 13:56:09 | 11 | Q.  Okay.  And when you attended that |
| 13:56:13 | 12 | school, did you pay for your tuition? |
| 13:56:26 | 13 | A.  No.  No.  I studied for free because |
| 13:56:33 | 14 | I participated in a special competition.  And |
| 13:56:37 | 15 | I -- I won the free tuition.  And I graduated |
| 13:56:45 | 16 | with honors. |
| 13:56:46 | 17 | Q.  Okay.  So when you say "free tuition," |
| 13:56:48 | 18 | you received a scholarship, a full scholarship |
| 13:56:52 | 19 | to that school? |
| 13:56:56 | 20 | A.  Yes. |
| 13:56:56 | 21 | Q.  Okay.  And that school was in Novosibirsk; |
| 13:56:59 | 22 | correct?  Correct? |
| 13:57:03 | 23 | A.  Yes. |
| 13:57:03 | 24 | Q.  Okay.  Is that school also known as -- |
| 13:57:05 | 25 | a reputation as the Harvard of Novosibirsk? |

13:57:16  1       A.   Yes.

13:57:16  2       Q.   Okay.  So you attended there for five

13:57:19  3   years.  And then you said you received a Master's

13:57:21  4   in Commerce with honors; is that correct?

13:57:33  5       A.   In -- in Russia it's called a specialist.

13:57:50  6   But it's equivalent to a Master's degree.  It's

13:57:52  7   not Bachelor's degree.  It's Master's degree,

13:57:55  8   yes.

13:57:57  9       Q.   Thank you.

13:57:57  10       Okay.  And after they -- you attended

13:58:02  11   the Novosibirsk State Academy of Economics and

13:58:06  12   Management, where did you continue your education

13:58:10  13   next?

13:58:40  14       A.   After that, I studied at the Moscow

13:58:43  15   Institute of Economics and Finance.  I studied

13:58:46  16   there for four years.  And when I graduated,

13:58:48  17   I got a diploma for Master's degree in finance

13:58:56  18   and --

13:58:58  19       Q.   "Credit"?

13:58:58  20       A.   -- credit.

13:58:59  21       THE INTERPRETER:  "Finance and credit."

13:59:00  22       Q.   BY MR. WOLF:  Okay.  And after receiving

13:59:07  23   that degree, after four years at the Moscow

13:59:11  24   Economics and Finance Institute, where did you

13:59:14  25   continue your education next?

13:59:33  1       A.   After that, I studied in -- in the

13:59:36  2   Moscow Business School.  And I received the MBA

13:59:38  3   degree.  I studied two years for that degree.

13:59:42  4       Q.   Okay.  And after receiving your Master's

13:59:46  5   of Business Administration, did you continue your

13:59:51  6   education at another school?

14:00:00  7       A.   Yes.  Yes.  After that, I studied

14:00:22  8   at the Moscow State Institute of International

14:00:24  9   Relations.  I took courses in corporate finance

14:00:28  10  and in business protocol and etiquette.  I also

14:00:55  11  studied in Moscow Business School.  I took courses

14:00:58  12  in business planning and budgeting, risk management,

14:01:02  13  and -- and business operations.

14:01:13  14      Q.   Okay.  So let me -- if I could, I just

14:01:16  15  want to go back a little bit.

14:01:17  16           So after you went to the Moscow Business

14:01:20  17  School and received your Master's in business

14:01:24  18  administration, the next place that you received

14:01:29  19  education with was the Moscow Academy of Finance;

14:01:34  20  is that correct?

14:01:44  21      A.   (Comment in Russian.)

14:01:44  22      Q.   And that's a -- I'm sorry.  Please.

14:01:52  23      A.   Yes.  That's right.  In Moscow Academy

14:01:54  24  of Finance.

14:01:55  25      Q.   And that's a different school than the

14:01:58   1   Moscow Business School; correct?

14:01:59   2         A.   No, it's a different place.

14:02:07   3         Q.   Okay. And --

14:02:28   4         A.   Yes. And I received ACCA diploma

14:02:33   5   there, which is an international certificate

14:02:37   6   on -- on accounting on international level.

14:02:45   7         Q.   Okay. Now, that's called ACCA?

14:02:51   8         A.   Yes. ACCA.

14:02:52   9         Q.   Okay. And that stands for "Association

14:02:56   10   of Certified Chartered Accountants"?

14:03:06   11         A.   Yes. That's right.

14:03:07   12         Q.   Okay. And what is the purpose of

14:03:09   13   getting an AC -- getting an ACCA certificate

14:03:16   14   for your education?

14:03:58   15         A.   In Russia currently, all large companies,

14:04:00   16   those that -- that have IPO, they have to provide

14:04:08   17   their accounting not only on the -- in the local

14:04:12   18   system but in the international system. And

14:04:15   19   this course was supposed to unify the work

14:04:19   20   of the accountants, to harmonize it with the

14:04:22   21   world system, so that the management of the

14:04:24   22   companies would know how to -- how to interpret

14:04:30   23   the accounting system on the international

14:04:32   24   level.

14:04:33   25         Q.   Okay. And you used the word -- or

14:04:36  1    the initials "IPO."

14:04:38  2              Are you referring to companies that

14:04:40  3    are called public companies?

14:04:49  4        A.  Yes.  That's right.  Companies that

14:04:57  5    have -- that have the right to place their

14:05:01  6    shares on -- on the trade market.

14:05:06  7        Q.  Okay.  And companies -- public

14:05:07  8    companies like in most countries, including

14:05:11  9    the United States, have certain standards

14:05:14  10   that they must keep -- accounting standards

14:05:16  11   that they must keep and certify their financial

14:05:20  12   records; is that correct?

14:05:22  13       A.  Yes.  And they must do it in a unified

14:05:51  14   manner.

14:05:52  15       Q.  Thank you.

14:05:53  16              So the Moscow Academy of Finance,

14:05:59  17   besides getting the ACCA certificate, was there

14:06:05  18   also a diploma that you received in financial

14:06:08  19   recording, accounting, and international standards?

14:06:12  20   Is that separate or the same?

14:06:39  21       A.  No.  This is the International Academy

14:06:41  22   of Finance, ACCA.

14:06:43  23       Q.  Okay.  And after the Moscow Academy

14:06:48  24   of Finance education, did you continue your

14:06:55  25   education at another school?  And did you --

| | | |
|---|---|---|
| 14:07:04 | 1 | specifically, did you continue your education |
| 14:07:07 | 2 | in business and economics at another school? |
| 14:07:10 | 3 | MS. KOCHER: Robert, excuse me. Wait. |
| 14:07:11 | 4 | Robert, I need to ask you all -- you know, we're -- |
| 14:07:18 | 5 | we're on the Internet video and audio where there |
| 14:07:24 | 6 | is a bit of a delay. And the -- the interpreter |
| 14:07:30 | 7 | begins interpreting, and you continue to ask or |
| 14:07:33 | 8 | add another piece. The witness is -- from our |
| 14:07:35 | 9 | hearing, is beginning to answer before the |
| 14:07:38 | 10 | translator is fully finished speaking. |
| 14:07:41 | 11 | If you could all just slow down a bit |
| 14:07:42 | 12 | and make sure to leave time for the transmission |
| 14:07:44 | 13 | of the audio before the next person speaks, that |
| 14:07:48 | 14 | would be very helpful. |
| 14:07:49 | 15 | MR. WOLF: Absolutely. We'll do that. |
| 14:07:49 | 16 | And if for some reason it again occurs, please |
| 14:07:54 | 17 | let me know. And we'll make sure that we slow |
| 14:07:56 | 18 | it down again. |
| 14:07:58 | 19 | MS. KOCHER: Thanks. |
| 14:07:59 | 20 | MR. WOLF: You're very welcome. Okay. |
| 14:08:01 | 21 | So perhaps we can have the last question read |
| 14:08:05 | 22 | back. |
| 14:08:19 | 23 | (Second part of pending question read |
| 14:08:19 | 24 | and re-translated.) |
| 14:08:45 | 25 | THE WITNESS: The Moscow State Institute |

| | | |
|---|---|---|
| 14:08:47 | 1 | of International Relations, where -- where I |
| 14:08:53 | 2 | took a course on corporate finance and a course |
| 14:08:58 | 3 | on business protocol and etiquette. |
| 14:09:05 | 4 | Q.   BY MR. WOLF:  And the Moscow State |
| 14:09:07 | 5 | Institute of International Relations, just so |
| 14:09:11 | 6 | the record is clear -- and I'll be slow because |
| 14:09:14 | 7 | I want to make sure we don't move too quickly -- |
| 14:09:18 | 8 | is that school also -- that's the name of the |
| 14:09:23 | 9 | school -- correct? -- Moscow State Institute |
| 14:09:25 | 10 | of International Relations? |
| 14:09:31 | 11 | A.   Yes. |
| 14:09:32 | 12 | Q.   Okay.  Does it also go by the initials |
| 14:09:37 | 13 | MGIMO? |
| 14:09:40 | 14 | A.   Yes. |
| 14:09:40 | 15 | Q.   All right.  And does that school also |
| 14:09:45 | 16 | have a reputation as the Harvard of Russia? |
| 14:09:57 | 17 | A.   Definitely. |
| 14:09:57 | 18 | Q.   Okay.  And, please, if you could |
| 14:09:59 | 19 | describe the -- your education at that school. |
| 14:10:27 | 20 | A.   When I took -- |
| 14:10:29 | 21 | THE INTERPRETER:  Sorry. |
| 14:10:29 | 22 | MR. WOLF:  Please. |
| 14:10:30 | 23 | THE WITNESS:  When I took a course |
| 14:10:31 | 24 | in corporate finance, we were taught by very |
| 14:10:35 | 25 | famous experts on finance in Russia.  So we |

| | | |
|---|---|---|
| 14:10:56 | 1 | acquired invaluable experience because those |
| 14:11:01 | 2 | experts shared their own experience with us. |
| 14:11:03 | 3 | And we also discussed today's situation in |
| 14:11:09 | 4 | finance in the entire world. |
| 14:11:12 | 5 | Q. BY MR. WOLF: Okay. |
| 14:11:37 | 6 | A. And as for the course on business |
| 14:11:39 | 7 | protocol and etiquette, it was about meetings |
| 14:11:44 | 8 | at the highest level and everything that is |
| 14:11:48 | 9 | related to participation in such meetings, |
| 14:11:50 | 10 | from the level of public company to the level |
| 14:11:53 | 11 | of government. And this course was taught by |
| 14:12:00 | 12 | diplomats. |
| 14:12:01 | 13 | Q. Okay. Now, the translated English |
| 14:12:07 | 14 | words of your answer included the words "business |
| 14:12:10 | 15 | etiquette." |
| 14:12:15 | 16 | Is that referring to business ethics? |
| 14:12:30 | 17 | A. Yes. |
| 14:12:31 | 18 | Q. Okay. So -- okay. Now let's talk |
| 14:12:42 | 19 | about your employment. |
| 14:12:44 | 20 | Did there come a point in time when |
| 14:12:46 | 21 | you began working at a company called Delta |
| 14:12:52 | 22 | Plus? |
| 14:13:04 | 23 | A. Yes. |
| 14:13:04 | 24 | Q. Okay. And was that in 2004? |
| 14:13:08 | 25 | A. Yes. |

| | | |
|---|---|---|
| 14:20:42 | 1 | director of finance at Delta Plus, were you the |
| 14:20:48 | 2 | director of finance of any other companies that |
| 14:20:51 | 3 | Mr. Teyf owned? |
| 14:21:09 | 4 | A.   There were another two companies in |
| 14:21:11 | 5 | Astrakhan, the Caspian Fish Producing Company. |
| 14:21:26 | 6 | It was a holding company.  And all the assets |
| 14:21:31 | 7 | that were included in the Delta Plus belonged |
| 14:21:35 | 8 | to it. |
| 14:21:40 | 9 | And another company, Caspian Fish |
| 14:21:44 | 10 | Resources, which specifically dealt in fishing |
| 14:21:58 | 11 | of sturgeon and production of caviar.  And |
| 14:22:09 | 12 | then this company was re-organized and became |
| 14:22:13 | 13 | another company named Rosskat. |
| 14:22:16 | 14 | So I held the position of financial |
| 14:22:29 | 15 | director in the three following companies: |
| 14:22:32 | 16 | Caspian Fishing Production, Delta Plus, and |
| 14:22:38 | 17 | Rosskat.  And Leonid Teyf was the founder of |
| 14:22:48 | 18 | all of these.  And he was also an operating |
| 14:22:57 | 19 | shareholder and also held a position of the |
| 14:23:05 | 20 | CEO. |
| 14:23:07 | 21 | Q.   Is the CEO also identified by |
| 14:23:15 | 22 | "general director" as well? |
| 14:23:31 | 23 | A.   Correct. |
| 14:23:31 | 24 | Q.   Okay.  So if I could, just to be |
| 14:23:36 | 25 | clear, so in addition to Delta Plus, which |

14:23:39   1   you've described, there was another company

14:23:47   2   named Caspian Fish Production Company that

14:23:57   3   Mr. Teyf owned.  And that company owned the

14:24:05   4   physical assets of Delta Plus, including real

14:24:11   5   estate, equipment, machinery, and other what

14:24:19   6   would be called physical assets?

14:24:22   7         A.   Yes.

14:24:22   8         Q.   Okay.

14:24:22   9         A.   That all is correct.

14:24:42   10         Q.   Okay.  And as to the company, Caspian

14:24:46   11   Fish Resources, which later became named Rosskat,

14:24:57   12   that was actually an operating company?

14:25:15   13         A.   This was a separate entity with its

14:25:18   14   own assets.

14:25:19   15         Q.   Okay.  And those assets, they were

14:25:22   16   fisheries where there was sturgeon?

14:25:29   17         A.   "Da."

14:25:29   18         Q.   And the sturgeon was processed to

14:25:33   19   caviar products?

14:25:42   20         A.   "Da."

14:25:42   21         Q.   Okay.  And those caviar products --

14:25:44   22         THE INTERPRETER:  "Yes."

14:25:44   23         Q.   BY MR. WOLF:  -- were packaged,

14:25:45   24   were they not?

14:25:48   25         A.   Correct.

| | | |
|---|---|---|
| 14:39:41 | 1 | Q. Okay. So now let me get back to |
| 14:39:44 | 2 | when Mr. Teyf became the owner of Delta Plus. |
| 14:39:49 | 3 | How much -- how much money did he |
| 14:39:51 | 4 | invest in Delta Plus to acquire his ownership? |
| 14:39:55 | 5 | A. 5 million U.S. dollars. |
| 14:40:16 | 6 | Q. Okay. And in addition to investing |
| 14:40:19 | 7 | the $5 million, did he also provide working |
| 14:40:25 | 8 | capital for the company as well? |
| 14:40:26 | 9 | A. (Comment in Russian.) |
| 14:40:26 | 10 | Q. And how -- |
| 14:40:26 | 11 | THE INTERPRETER: "Correct." |
| 14:40:37 | 12 | Q. BY MR. WOLF: And how much money |
| 14:40:39 | 13 | did Mr. Teyf put in as working capital to |
| 14:40:43 | 14 | the company? |
| 14:40:47 | 15 | A. Also 5 million U.S. dollars. |
| 14:40:50 | 16 | Q. Okay. So a total of $10 million |
| 14:40:53 | 17 | combined of the investment or ownership |
| 14:40:56 | 18 | acquisition and working capital; correct? |
| 14:41:06 | 19 | A. Correct. |
| 14:41:06 | 20 | Q. Okay. And at the time that Mr. Teyf |
| 14:41:09 | 21 | became the owner of Delta Plus, did you understand |
| 14:41:13 | 22 | that he also had owned or did own other companies? |
| 14:41:33 | 23 | A. Yes. I know that he was owner of other |
| 14:41:38 | 24 | companies, of other businesses. He was a very |
| 14:41:41 | 25 | wealthy man. |

14:41:43  1        Q.   Now, beginning in 2005, on an average

14:41:54  2   per year, how much money did Mr. Teyf get paid

14:42:00  3   as profits from the three companies combined,

14:42:04  4   Delta Plus, Rosskat, and Caspian -- excuse me --

14:42:11  5   Fish Production Company?

14:42:41  6        A.   On the average, around 1.5 million

14:42:46  7   U.S. dollars.

14:42:47  8        Q.   Okay.  And in addition to the $1.5

14:42:51  9   million every year, did Mr. Teyf also take back

14:43:01 10   out of the company over time his $10 million

14:43:09 11   initial investment and working capital?

14:43:30 12        A.   Yes.

14:43:30 13        Q.   Okay.  And I'm going to give you

14:43:34 14   a year.

14:43:35 15             By the year 2012, how much of the

14:43:39 16   $10 million of investment and working capital

14:43:44 17   did Mr. Teyf receive back from Delta Plus or

14:43:51 18   his -- those companies?

14:44:20 19        A.   In 2012?

14:44:22 20        Q.   Yeah.  By 2012.

14:44:28 21        A.   Around 7 million.

14:44:30 22        Q.   Okay.  And by the time the company

14:44:33 23   closed in 2016, did Mr. Teyf receive the

14:44:37 24   remaining $3 million back on his investment

14:44:40 25   and working capital?

14:44:46  1      A.    Yes.

14:44:46  2      Q.    Okay.  Now, you indicated that, on

14:44:51  3  average, his annual profit compensation was

14:44:56  4  a million and a half dollars, $1.5 million;

14:45:01  5  correct?

14:45:01  6      A.    (Comment in Russian.)

14:45:01  7      Q.    Okay.

14:45:01  8          THE INTERPRETER:  "Correct."

14:45:10  9      Q.    BY MR. WOLF:  Did there come a point

14:45:12 10  in time, directing your attention to the year

14:45:14 11  2010, when Mr. Teyf became the deputy director

14:45:19 12  of a company called Voentorg?

14:45:37 13      A.    Yes.

14:45:37 14      Q.    Okay.  And he remained the deputy

14:45:43 15  director of Voentorg for a couple of years?

14:45:46 16          Is that accurate, more or less?

14:45:52 17  Whatever you know.

14:45:53 18      A.    (Comment in Russian.)

14:45:53 19      Q.    Okay.

14:45:55 20          THE INTERPRETER:  "Yes."

14:45:56 21      Q.    BY MR. WOLF:  Okay.  And during

14:45:57 22  the time -- did you ever work for Voentorg?

14:46:02 23      A.    No.

14:46:02 24      Q.    Okay.  In any capacity?

14:46:05 25      A.    No.

14:59:36  1  who were working under you as well were involved

14:59:40  2  in the payroll process, were they not?

14:59:44  3  　　　　MS. KOCHER:  (Not translated.)  Objection

14:59:44  4  to leading.

14:59:46  5  　　　　MR. WOLF:  I'll withdraw -- I'll withdraw

14:59:48  6  the question.

14:59:48  7  　　　　THE INTERPRETER:  Oh, okay.

14:59:48  8  　　Q.　BY MR. WOLF:  Were the accountants that

14:59:50  9  you described, accountants and economists working

14:59:53  10  for you, were they involved in the payroll process?

15:00:21  11  　　A.　As for the economists, they had nothing

15:00:24  12  to do with it.  And as for the accountants, there

15:00:26  13  is one person who is called accountant cashier,

15:00:30  14  so to speak.  And he is the one who has the special

15:00:34  15  power of attorney to go to the bank to get the

15:00:39  16  money and to pay the salaries.  This is his job.

15:00:41  17  And that's only one person who does it.

15:00:44  18  　　Q.　Okay.  And when the money had to be

15:00:46  19  transported -- the payroll money had to be

15:00:49  20  transported from the bank when it was picked

15:00:53  21  up and brought back to Delta Plus or Rosskat,

15:00:55  22  was there security needed for that transport?

15:01:29  23  　　A.　Yes.  If we're talking -- well, if

15:01:32  24  we're -- if we were talking about a large sum

15:01:35  25  of money, then we provided the transportation.

| | | |
|---|---|---|
| 15:01:37 | 1 | And we also asked the chief of guards to accompany |
| 15:01:42 | 2 | the accountant so that there would be no problems |
| 15:01:44 | 3 | on the way. |
| 15:01:45 | 4 | Q. Okay. To your knowledge, were there |
| 15:01:49 | 5 | occasions when Dmitry Strogii assisted in providing |
| 15:01:54 | 6 | the security when this payroll money had to be |
| 15:01:58 | 7 | transported from the bank back to Delta Plus? |
| 15:02:16 | 8 | A. Yes. He could participate in that if |
| 15:02:18 | 9 | it -- if it happened when he was on duty. |
| 15:02:22 | 10 | Q. Okay. And to your recollection, did |
| 15:02:26 | 11 | he, in fact, participate on occasions and -- |
| 15:02:28 | 12 | and assist in the security when the payroll |
| 15:02:31 | 13 | money was transported back? |
| 15:02:40 | 14 | A. Yes. |
| 15:02:49 | 15 | Q. Okay. Now, let me ask you: In |
| 15:02:52 | 16 | addition to the payroll that was made every |
| 15:02:58 | 17 | month -- or twice a month, I think as you said -- |
| 15:03:00 | 18 | were there periods of time during the year when |
| 15:03:07 | 19 | there would be shortfalls of monies to -- to |
| 15:03:11 | 20 | make payroll for the company? |
| 15:03:13 | 21 | A. Yes. That's right. |
| 15:03:31 | 22 | Q. Okay. And when there was shortfalls |
| 15:03:35 | 23 | of -- of money to make payroll, okay, were |
| 15:03:41 | 24 | those shortfalls or was that money needed |
| 15:03:44 | 25 | to make payroll provided from other sources? |

|          |    |                                          |
|----------|----|------------------------------------------|
| 15:08:48 | 1  | Q.  Okay.  Did you ever work in Moscow    |
| 15:08:51 | 2  | for Delta Plus?                          |
| 15:08:53 | 3  | A.  No.                                  |
| 15:08:53 | 4  | Q.  Okay.  Now, directing your attention -- |
| 15:09:02 | 5  | well, directing your attention to the years |
| 15:09:05 | 6  | 2010 specifically till 2013, as the director |
| 15:09:20 | 7  | of finance, did you ever record kickback  |
| 15:09:25 | 8  | payments or bribe payments?              |
| 15:09:45 | 9  | A.  No.                                  |
| 15:09:45 | 10 | Q.  Okay.  Was -- were there ever --      |
| 15:09:48 | 11 | for any period of time, when you were the |
| 15:09:53 | 12 | director of finance, the entirety that you |
| 15:09:55 | 13 | were at Delta Plus, were kickbacks ever   |
| 15:10:00 | 14 | paid by Delta Plus' subcontractors to the |
| 15:10:06 | 15 | company?                                 |
| 15:10:22 | 16 | A.  No.                                  |
| 15:10:22 | 17 | Q.  Okay.  At any time that you were      |
| 15:10:26 | 18 | director of finance or the entirety of the |
| 15:10:28 | 19 | time that you were at Delta Plus, were bribe |
| 15:10:33 | 20 | payments ever made by the company or, to  |
| 15:10:40 | 21 | your knowledge, arranged through you or    |
| 15:10:43 | 22 | the accountants who worked for you?       |
| 15:11:02 | 23 | A.  No.  Never.                          |
| 15:11:03 | 24 | Q.  Did -- bribes or kickbacks, did      |
| 15:11:07 | 25 | that exist while you were at Delta Plus?  |

15:11:15  1   Did that ever occur?

15:11:26  2        A.   No.

15:11:27  3        Q.   Okay.  Were the accountants who

15:11:29  4   worked under your supervision, were they

15:11:32  5   provided cash payments by Dmitry Strogii?

15:11:39  6             (Court reporter clarification.)

15:11:39  7        Q.   BY MR. WOLF:  Were they provided

15:11:47  8   cash payments by Dmitry Strogii at any time?

15:12:06  9        A.   No.  That's out of the question.

15:12:07  10       Q.   Okay.  So if Dmitry Strogii said

15:12:13  11  that there were kickbacks that were arranged

15:12:19  12  from the subcontractors to Delta Plus and

15:12:27  13  Leonid Teyf and that you kept computer records

15:12:30  14  of all of those kickback transactions, is that

15:12:35  15  true or is he lying?

15:13:03  16       A.   No.  It's not true.

15:13:05  17            MS. KOCHER:  (Not translated.)  Robert,

15:13:06  18  I did not hear the second part of your question

15:13:09  19  once the translator had begun translating.

15:13:12  20            MR. WOLF:  (Not translated.)  Okay.

15:13:12  21  I said "or is he lying?"

15:13:14  22       Q.   BY MR. WOLF:  Or is Dmitry Strogii

15:13:16  23  lying when he said that the accountant, Elena

15:13:21  24  Zelenova, kept computer records of all of the

15:13:24  25  kickback transactions and accounts?  Was he

15:13:27  1   lying when he said that?

15:13:29  2         MS. KOCHER:  (Not translated.)

15:13:29  3   Objection to form.  Objection to form and

15:13:31  4   speculation.

15:14:00  5         Q.   BY MR. WOLF:  Did you keep computer

15:14:02  6   records or any records of kickback transactions

15:14:10  7   or bribe payments?

15:14:24  8         A.   No.  It was impossible.

15:14:26  9         Q.   Okay.  And let me be specific.

15:14:35  10        So did Dmitry Strogii -- well, first

15:14:38  11  of all, did you ever instruct Dmitry Strogii

15:14:41  12  to pick up cash payments from anywhere?

15:15:02  13        A.   No.  Never.

15:15:02  14        Q.   Including payroll?

15:15:08  15        A.   No.

15:15:08  16        Q.   To your knowledge, did Dmitry Strogii

15:15:10  17  ever pick up cash at any time when he was working

15:15:13  18  for Delta Plus or otherwise?

15:15:32  19        A.   Only when he accompanied our accountant

15:15:34  20  to the bank.

15:15:40  21        Q.   So according to Dmitry Strogii, he would

15:15:43  22  pick up large sums of cash in either bags or boxes

15:15:52  23  and take it to different accountants who worked

15:15:55  24  under your supervision.

15:16:16  25        Did that happen?  Is that true?

15:16:18  1      A.   No.  No, of course not.

15:16:23  2      Q.   And did any of the accountants who

15:16:25  3  worked under your direction ever tell you that

15:16:31  4  they were provided bags or boxes of cash by

15:16:39  5  Dmitry Strogii or anyone else?

15:16:58  6      A.   No.

15:16:59  7      Q.   Is there any truth to that statement

15:17:01  8  by Dmitry Strogii?  Or is it a pure fabrication?

15:17:07  9           MS. KOCHER:   (Not translated.)

15:17:07  10  Objection.  Calls for speculation.

15:17:13  11      Q.   BY MR. WOLF:  To your knowledge,

15:17:14  12  is that statement by Dmitry Strogii based

15:17:19  13  upon everything --

15:17:20  14      A.   (Comment in Russian.)

15:17:20  15      Q.   -- that you know which occurred --

15:17:24  16      A.   (Comment in Russian.)

15:17:24  17      Q.   Listen to my question.  Okay.

15:17:27  18      A.   Of course it's a lie.

15:17:28  19      Q.   Okay.  I'll repeat the question again

15:17:30  20  so there's no objection.

15:17:33  21           To your knowledge, based upon everything

15:17:35  22  that you know, including what you know about the

15:17:38  23  accountants who worked under your direction and

15:17:41  24  supervision, okay, did Dmitry Strogii or anyone

15:17:45  25  else ever bring money containers, bags or boxes,

15:17:49  1  okay, containing cash -- large sums of cash,

15:17:54  2  okay, at any time?

15:18:27  3      A.   No.

15:18:27  4      Q.   Okay.  And according to Dmitry Strogii,

15:18:30  5  you coordinated the activity of all of these

15:18:33  6  accountants, okay, in receiving these bags

15:18:38  7  or boxes of cash that were the products of

15:18:47  8  kickback payments.

15:18:55  9          Is that -- did that ever happen?

15:19:07  10     A.   No.

15:19:08  11     Q.   Or was it completely made up?

15:19:10  12     A.   It is a complete lie.

15:19:15  13          MR. WOLF:  All right.  If we could

15:19:19  14  just take a -- I'd like to take a five-minute

15:19:21  15  break.  And I'll either wrap up, or we'll be

15:19:26  16  finished with our direct examination.  Thank

15:19:28  17  you.

15:19:28  18          THE VIDEOGRAPHER:  Going off the

15:19:28  19  record at 3:19.

15:19:28  20          (Recess from 3:19 p.m. to 3:43 p.m.)

15:43:16  21          THE VIDEOGRAPHER:  Back on record

15:43:17  22  at 3:49 -- 3:43.

15:43:27  23     Q.   BY MR. WOLF:  Ms. Zelenova, do

15:43:30  24  you speak a little English and -- speak

15:43:33  25  and understand a little bit of English?