# Exhibit 5

```
 1              IN THE UNITED STATES DISTRICT COURT

 2          FOR THE EASTERN DISTRICT OF NORTH CAROLINA

 3                       WESTERN DIVISION

 4   _____
                                    )
 5   UNITED STATES OF AMERICA,      )
                                    )
 6                     Plaintiff,   )
                                    )
 7   vs.                            ) Case No.:
                                    ) 5:18-CR-00452-FL-1
 8   LEONID ISAAKOVICH TEYF,        )
                                    )
 9                     Defendant.   )
     _____)

10

11

12

13

14       VIDEOTAPED/VIDEOCONFERENCE DEPOSITION OF

15                       NIKOLAI NOGAI

16                     TEL AVIV, ISRAEL

17                 SUNDAY, FEBRUARY 23, 2020

18                         3:10 P.M.

19

20

21

22

23

24

25   REPORTED BY:  BRENDA MATZOV, CA CSR 9243
```

```
15:54:55   1   tons."
15:54:55   2         Q.   BY MR. ALLEN:  Had you been in the
15:54:56   3   oil business yourself, Mr. Nogai?
15:55:03   4         A.   Yes, of course.
15:55:05   5         Q.   There in western Siberia?
15:55:08   6         A.   Yes.
15:55:09   7         Q.   Were you familiar with oil wells
15:55:11   8   and oil pumping stations?
15:55:35   9         A.   Yes.  I've acquired -- I acquired
15:55:37  10   certain knowledge in the field because, for
15:55:40  11   three years, I used to work for a drilling
15:55:42  12   company.
15:55:43  13         Q.   (Not translated.)  All right.  So
15:55:44  14   when, at Quantum Oil, they were capitalizing
15:55:50  15   on this -- this oil deposit and you saw
15:55:54  16   industrial facilities being built there
15:55:56  17   by Quantum Oil, you -- you recognized the
15:56:00  18   kinds of equipment and --
15:56:02  19              MS. KOCHER:  Objection to leading.
15:56:05  20              I'm sorry.  Go ahead.
15:56:06  21         Q.   BY MR. ALLEN:  Did -- Mr. Nogai,
15:56:07  22   there's been an objection.  So let me just
15:56:10  23   broadly ask.
15:56:16  24              And I do need to finish my questions.
15:56:22  25              So, Mr. Nogai, did you recognize the
```

15:56:25  1  kinds of facilities being developed there on
15:56:29  2  the oil deposit or oil field by Mr. Teyf's
15:56:34  3  company Quantum Oil?
15:56:48  4      A.   Yes, of course.
15:56:49  5      Q.   Was it the kind of equipment that
15:56:51  6  you were familiar with from your three years
15:56:54  7  in the oil business yourself?
15:57:02  8      A.   Yes.
15:57:05  9      Q.   What time period are we talking about
15:57:07  10 Quantum Oil being operated in?  Was it prior
15:57:18  11 to 2010?
15:57:24  12     A.   Yeah, certainly.
15:57:25  13     Q.   Approximate -- in the 2000s or the
15:57:28  14 '90s?
15:57:31  15     A.   In two -- the very end of the '90s
15:57:37  16 and the 2000s.
15:57:41  17     Q.   During -- at the end of the '90s and
15:57:44  18 the 2000s, was Mr. Teyf's company Quantum Oil
15:57:47  19 able to extract oil from the oil field or oil
15:57:52  20 deposit there in Siberia?
15:58:06  21          MS. KOCHER:  Objection.  Calls for
15:58:08  22 hearsay.
15:58:09  23          THE WITNESS:  Yes, of course, based
15:58:11  24 on the license that they held.
15:58:15  25     Q.   BY MR. ALLEN:  Did you observe the --

FEBRUARY 23, 2020 - NIKOLAI NOGAI
Case 5:18-cr-00452-FL   Document 602-5   Filed 11/03/20   Page 4 of 6

| | | |
|---|---|---|
| 15:58:16 | 1 | that business conducting the -- going about |
| 15:58:21 | 2 | the business of extracting oil from the oil |
| 15:58:24 | 3 | field? |
| 15:58:31 | 4 |     A.   Yes, of course. |
| 15:58:33 | 5 |     Q.   What -- what volume or quantity of |
| 15:58:35 | 6 | oil did they extract approximately? |
| 15:58:45 | 7 |     A.   It's difficult to say for the entire |
| 15:58:48 | 8 | period.  But approximately about 10,000 tons |
| 15:58:57 | 9 | were extracted per month. |
| 15:59:00 | 10 |     Q.   Per month? |
| 15:59:03 | 11 |     A.   Yes, per month. |
| 15:59:04 | 12 |     Q.   And was this a business that operated |
| 15:59:08 | 13 | over a period of years? |
| 15:59:15 | 14 |     A.   Yes.  Oil business is the -- is forever. |
| 15:59:22 | 15 |     Q.   All right.  And this oil business that |
| 15:59:24 | 16 | goes on forever, was Mr. Teyf's Quantum Oil |
| 15:59:29 | 17 | business successful? |
| 15:59:42 | 18 |     A.   Yes. |
| 15:59:43 | 19 |         MS. KOCHER:  Objection. |
| 15:59:47 | 20 |         THE WITNESS:  In their own segment, |
| 15:59:48 | 21 | they were quite successful. |
| 15:59:52 | 22 |     Q.   BY MR. ALLEN:  How successful? |
| 15:59:59 | 23 |     A.   Well, they were extremely successful. |
| 16:00:24 | 24 | If we're talking about such giants as Lukoil |
| 16:00:28 | 25 | or Rosneft or Gazprom Neft, they extract about |

```
16:00:35   1   tens of millions of tons.  But for such a small,
16:00:39   2   stand-alone company, the production of 10,000 --
16:00:42   3   10,000 tons per month was quite a record.
16:00:47   4        Q.   For -- so was that a profitable company?
16:00:55   5             MS. KOCHER:  Objection.
16:00:57   6             THE WITNESS:  Yes, certainly.
16:01:00   7        Q.   BY MR. ALLEN:  How profitable?
16:01:05   8             MS. KOCHER:  Objection as to hearsay.
16:01:13   9        Q.   BY MR. ALLEN:  You can answer, sir.
16:01:20  10        A.   The -- the oil business cannot be
16:01:26  11   a losing business.  It was a very profitable
16:01:30  12   endeavor.
16:01:32  13        Q.   Mr. Nogai, you're an oil man?
16:01:42  14        A.   Yeah.  I have been working in this
16:01:45  15   field up till now.
16:01:47  16        Q.   And you've been living in Siberia
16:01:49  17   for -- since 1984, about 35 years?
16:01:58  18        A.   From 1984.
16:02:01  19        Q.   So about 35 years?
16:02:08  20        A.   Yes.
16:02:09  21        Q.   You know a little bit about the oil
16:02:11  22   business in Siberia?
16:02:21  23        A.   I know all about it.
16:02:22  24        Q.   All right, sir.  Let me ask you --
16:02:24  25   let me turn your attention to the period from
```