# Exhibit 6

```
1          IN THE UNITED STATES DISTRICT COURT

2        FOR THE EASTERN DISTRICT OF NORTH CAROLINA

3                  WESTERN DIVISION

4  _____
                                 )
5  UNITED STATES OF AMERICA,      )
                                 )
6                    Plaintiff,   )
                                 )
7  vs.                            )  Case No.:
                                 )  5:18-CR-00452-FL-1
8  LEONID ISAAKOVICH TEYF,        )
                                 )
9                    Defendant.   )
   _____)

10

11

12

13

14      VIDEOTAPED/VIDEOCONFERENCE DEPOSITION OF

15                  IGOR BORISOV

16                TEL AVIV, ISRAEL

17           TUESDAY, FEBRUARY 25, 2020

18                   2:16 P.M.

19

20

21

22

23

24

25  REPORTED BY:  BRENDA MATZOV, CA CSR 9243
```

15:11:44  1  that would occur, would a brokerage commission

15:11:48  2  be earned?

15:11:55  3      A.  Yes.

15:11:55  4      Q.  Okay.  All right.  And -- and that

15:11:58  5  would be a percentage of the -- I guess the --

15:12:01  6  the total transaction?

15:12:05  7          MS. KOCHER:  Objection.  Leading.

15:12:11  8      Q.  BY MR. WOLF:  I'll withdraw the

15:12:12  9  question.

15:12:13  10          Okay.  What was the commission?

15:12:14  11  Can you describe what the commission was?

15:12:26  12      A.  The commission was about one dollar

15:12:28  13  for every barrel of oil.

15:12:30  14      Q.  Okay.  All right.  So now I'm going

15:12:33  15  to -- for how -- how long a period of time were

15:12:37  16  you working with Mr. Teyf or were you assisting

15:12:41  17  him as a broker in the sale and purchase of oil?

15:12:53  18      A.  For about three years, since 1997 till

15:12:56  19  2000.

15:12:57  20      Q.  Okay.  And during that period of time,

15:12:58  21  how much money was earned by Mr. Teyf?

15:13:03  22          MS. KOCHER:  Objection.  Foundation.

15:13:24  23          THE WITNESS:  Since -- since we worked

15:13:25  24  together, I know how -- how much approximately

15:13:29  25  he earned.  He earned about $9 million.

15:49:39   1   over, and the site was fully operational.

15:49:43   2   So I was not interested in it so much anymore.

15:49:46   3   And I decided to go on.  I decided to go on,

15:49:50   4   open another business.  And I also decided

15:49:53   5   to move to Moscow with my family.

15:49:54   6        Q.   Okay.  Okay.  And during the period

15:49:58   7   of time -- or these three years that you were

15:50:02   8   the general director at Quantum, what was the

15:50:07   9   revenue -- the total revenue of Quantum Oil

15:50:11   10   in that period of time?

15:50:32   11        A.   Over that period of time, when I

15:50:34   12   was general director, about $40 million was

15:50:38   13   the revenue.

15:50:39   14        Q.   Forty?  Four, zero?

15:50:46   15        A.   Yes.  About 40 million.

15:50:49   16        Q.   Okay.

15:50:51   17        A.   That was the sum that was deposited

15:50:53   18   to the account of the company.

15:50:55   19        Q.   Okay.  And -- and what volume of oil

15:50:57   20   was developed and sold over that period of time,

15:51:00   21   or produced, in metric tons?

15:51:12   22        A.   Over 200,000 tons.

15:51:22   23        Q.   Okay.  And during that period of time

15:51:24   24   that you were general director, what was the

15:51:28   25   compensation that the ownership of the company

| | | |
|---|---|---|
| 15:51:34 | 1 | earned?  Compensation and profits, of course. |
| 15:52:01 | 2 | Let me ask it a little simpler since |
| 15:52:03 | 3 | there's some difficulty here. |
| 15:52:05 | 4 | How much -- how much did the owners |
| 15:52:06 | 5 | make -- okay.  How much money did the owners |
| 15:52:10 | 6 | make -- okay? -- at the end of your three years |
| 15:52:12 | 7 | of time at Quantum Oil? |
| 15:52:22 | 8 | MS. KOCHER:  Objection.  If he knows. |
| 15:52:24 | 9 | Q.   BY MR. WOLF:  By virtue of your position |
| 15:52:25 | 10 | as general director, do you know that? |
| 15:52:38 | 11 | A.   Yes.  As a general director, I know |
| 15:52:39 | 12 | that they made about $24 million. |
| 15:52:42 | 13 | Q.   Okay.  Okay.  And was that divided, |
| 15:52:45 | 14 | to your knowledge as the general director, one |
| 15:52:50 | 15 | third to Mr. Teyf and the other two thirds to |
| 15:52:54 | 16 | the Quantum Petroleum ownership group? |
| 15:53:08 | 17 | A.   Yes. |
| 15:53:15 | 18 | MR. WOLF:  Okay.  Barb, let's take |
| 15:53:16 | 19 | a five-minute break -- we're going, you know, |
| 15:53:20 | 20 | almost two hours at this point -- if we could. |
| 15:53:23 | 21 | MS. KOCHER:  How much -- certainly. |
| 15:53:24 | 22 | Do you have any idea how much longer you're |
| 15:53:28 | 23 | going to be? |
| 15:53:29 | 24 | MR. WOLF:  Maybe a half an hour, |
| 15:53:31 | 25 | maybe less. |