# Exhibit 7

```
 1              IN THE UNITED STATES DISTRICT COURT

 2         FOR THE EASTERN DISTRICT OF NORTH CAROLINA

 3                       WESTERN DIVISION

 4    _____
                                     )
 5    UNITED STATES OF AMERICA,      )
                                     )
 6                         Plaintiff,)
                                     )
 7    vs.                            ) Case No.:
                                     ) 5:18-CR-00452-FL-1
 8    LEONID ISAAKOVICH TEYF,        )
                                     )
 9                         Defendant.)
      _____)
10

11

12

13

14         VIDEOTAPED/VIDEOCONFERENCE DEPOSITION OF

15                      DMITRY GRISHECHKIN

16                       TEL AVIV, ISRAEL

17                 WEDNESDAY, FEBRUARY 26, 2020

18                          3:16 P.M.

19

20

21

22

23

24

25    REPORTED BY:  BRENDA MATZOV, CA CSR 9243
```

```
15:43:47   1    Russian stock market.
15:43:49   2         Q.   At some point, did Mr. Teyf close
15:43:52   3    his investment account at Intellect Capital?
15:44:03   4         A.   Yes.
15:44:03   5         Q.   When was that?
15:44:11   6         A.   It happened in autumn, in October
15:44:14   7    2008.
15:44:18   8         Q.   From the time that Leonid Teyf opened
15:44:20   9    his account in the summer of 2004 until he closed
15:44:25  10    it in October of 2008, how much money did he make
15:44:34  11    profit before taxes?
15:45:00  12         A.   This sum amounted to almost 473 million
15:45:07  13    Russian rubles.
15:45:09  14         Q.   And about how much is 473 million Russian
15:45:14  15    rubles in U.S. dollars at that time?
15:45:28  16         A.   Approximately 7.5 million -- 17.5 million.
15:45:33  17         Q.   17.5 million U.S. dollars?
15:45:44  18         A.   Yes.
15:45:45  19         Q.   During that period from summer of 2004
15:45:48  20    up until he closed the account in October of 2008,
15:45:52  21    how much net profit, profit after taxes, did Leonid
15:45:58  22    Teyf make through his Intellect Capital investment
15:46:02  23    account?
15:46:25  24         A.   Well, to assess the net profit, we need
15:46:29  25    to deduct 13 percent of the income tax.  And we
```

```
15:46:35   1    got the sum of 411 million rubles.
15:46:40   2         Q.   And about how much was 411 million
15:46:47   3    rubles in net profit worth at that time in U.S.
15:46:51   4    dollars?
15:47:04   5         A.   It was about 15-and-something million
15:47:08   6    U.S. dollars.
15:47:09   7         Q.   One, five million dollars?
15:47:15   8         A.   Yes.
15:47:16   9         Q.   15 million U.S. dollars' worth?
15:47:22  10         A.   Yes.
15:47:23  11         Q.   How did Leonid Teyf make that much
15:47:26  12    profit through this account at Intellect Capital?
15:47:51  13         A.   At that time -- the thing is that, at
15:47:54  14    that time, the Russian stock market was at the
15:47:57  15    stage of its building.  And given that fact, it
15:48:10  16    was characterized by a disruptive growth, that
15:48:14  17    is to say, he was growing very fast and for a
15:48:18  18    long period of time.
15:48:21  19         Q.   Now, Mr. Grishechkin, the translator
15:48:24  20    translated what you said as "disruptive growth."
15:48:28  21              Let me make sure I understand.
15:48:30  22              How would you characterize the growth
15:48:33  23    at the time that Mr. Teyf invested his money
15:48:38  24    in Intellect Capital?
15:49:08  25         A.   Stable, very strong.  And if we try
```

```
15:49:13   1   to give it some emotional tint, you can call
15:49:17   2   it explosive growth.
15:49:20   3        Q.   Was it steep growth over the time
15:49:22   4   period that Mr. Teyf was investing?
15:49:35   5        A.   Yes.  Yes, yes.
15:49:37   6        Q.   Did he have good timing with his
15:49:39   7   investment in the Russian stock market?
15:49:40   8        A.   Yes.
15:49:49   9        Q.   Did Mr. Teyf roll money over from
15:49:56  10   year to year in his investment account?
15:49:59  11        A.   Yes, exactly so.
15:50:18  12        Q.   And by that, I'm asking:  Did he
15:50:20  13   leave most of the profit in the account from
15:50:24  14   year after year?
15:50:28  15        A.   Yes.  I got you.  I understood you.
15:50:37  16   And that is exactly right.
15:50:38  17        Q.   How did that affect the amount of
15:50:41  18   money in his account?
15:50:55  19        A.   If the client does not withdraw his
15:50:59  20   money but rather re-invests it, it can only
15:51:03  21   affect the final outcome positively.
15:51:10  22        Q.   And was that true in this case?
15:51:12  23   Did it affect the final outcome of Mr. Teyf's
15:51:18  24   account positively?
15:51:31  25        A.   Yes.  Yes.  Now, looking back, you
```

can say it 100 percent -- with 100 percent certainty.

    Q.   Did some of the stock positions in his account do especially well?

    A.   You know, as I've mentioned, this period was characterized by a very steep growth of the entire market as a whole. And in this process of such a steep growth, individual stocks would shoot up by hundreds of percent. And we tried to exploit this process as much as we could.

    Q.   Can you give me an example of a stock position that did really well for Mr. Teyf?

    A.   For example, the stocks of the oil company Yukos. In 2004, a very -- very public criminal case was opened, was filed against the owner of the company, Mikhail Khodorkovsky. And on this backdrop, the shares of this company became quite volatile. So we tried to exploit it to our benefit.

    Q.   As part of the team at Intellect Capital on Mr. Teyf's account, were you helping exploit or make recommendations to maximize profits in his account?

```
16:26:02   1          A.   The 27th of October, 2008.
16:26:06   2          Q.   And is that the date of the withdrawal
16:26:09   3    that we previously talked about?
16:26:17   4          A.   Yes.  Exactly.
16:26:18   5          Q.   And how much did Leonid Teyf withdraw
16:26:21   6    from his account at Intellect Capital on October
16:26:25   7    27, 2008?
16:26:43   8          A.   The sum was 493,500,000 rubles.
16:26:51   9          Q.   And, again, about how much was that
16:26:53  10    worth at the time in U.S. dollars?
16:27:04  11          A.   A little less than $19 million.
16:27:07  12          Q.   Does defendant's Exhibit 9 show
16:27:13  13    Mr. Teyf's name on there?
16:27:19  14          A.   Yes.
16:27:19  15          Q.   And would you read his full name
16:27:22  16    into the record?
16:27:24  17          A.   Yes.
16:27:26  18          Q.   Would you read it for us?
16:27:30  19          A.   Teyf, Leonid Isaakovich.
16:27:32  20          Q.   Does it show his taxpayer ID number?
16:27:39  21          A.   Yes.
16:27:43  22          Q.   All right, sir.  Turn to defendant's
16:27:45  23    Exhibit 10.
16:27:53  24          A.   It's in front of me.
16:27:54  25          Q.   Tell us, again, what this document is.
```