# Exhibit 8

```
 1                IN THE UNITED STATES DISTRICT COURT
 2            FOR THE EASTERN DISTRICT OF NORTH CAROLINA
 3                          WESTERN DIVISION
 4    _____
                                     )
 5    UNITED STATES OF AMERICA,      )
                                     )
 6                         Plaintiff,)
                                     )
 7    vs.                            ) Case No.:
                                     ) 5:18-CR-00452-FL-1
 8    LEONID ISAAKOVICH TEYF,        )
                                     )
 9                         Defendant.)
      _____)
10
11
12
13
14          VIDEOTAPED/VIDEOCONFERENCE DEPOSITION OF
15                        DMITRY SCHIRIY
16                       TEL AVIV, ISRAEL
17                  WEDNESDAY, JANUARY 29, 2020
18                          2:17 P.M.
19
20
21
22
23
24
25    REPORTED BY:  BRENDA MATZOV, CA CSR 9243
```

```
15:09:51   1    true?
15:10:01   2         A.    No.  It's a lie.
15:10:05   3         Q.    Did you ever -- did you ever deliver
15:10:09   4    cash to the Russian Minister of Defense?
15:10:16   5         A.    No.
15:10:17   6         Q.    Did you ever deliver large sums of
15:10:21   7    cash, or any cash, to the son-in-law of the
15:10:26   8    Russian Minister of Defense?
15:10:36   9         A.    No.
15:10:37  10         Q.    Or any other family member of the
15:10:39  11    Russian Minister of Defense?
15:10:47  12         A.    No.  Never.
15:10:48  13         Q.    Did you ever deliver cash with Dmitry
15:10:51  14    Strogii to anyone?
15:11:06  15         A.    Neither with Dmitry Strogii nor on
15:11:10  16    my own have I ever delivered cash, large -- or
15:11:16  17    sums of money or -- or otherwise to anyone else.
15:11:21  18         Q.    Did you and Strogii ever pick up money
15:11:24  19    from a company called RBE Group?
15:11:36  20         A.    No.
15:11:37  21         Q.    Did you ever hear of a company called
15:11:39  22    RBE Group?
15:11:40  23         A.    No.
15:11:46  24         Q.    Did you ever go to an office in Moscow,
15:11:48  25    with two large safes and one small safe, to pick
```

```
15:11:52   1   up money?
15:12:03   2        A.   No.
15:12:06   3        Q.   Do you know of anyone who picked up
15:12:11   4   70 million dollar -- U.S. dollars in cash in
15:12:17   5   connection with Mr. Teyf?
15:12:33   6        A.   No.  I'm hearing now for the first
15:12:36   7   time.
15:12:38   8        Q.   Or anything like that sum in rubles
15:12:40   9   or other currency?
15:12:48  10        A.   No.
15:12:49  11        Q.   Do you know anything about delivering
15:12:54  12   $30 million worth of currency, whether rubles
15:13:00  13   or dollars or any other currency?
15:13:16  14        A.   Well, what can I say?  I'd like --
15:13:18  15   I'd love to see how such an amount looks.
15:13:22  16        Q.   Do you know of anyone else who picked
15:13:26  17   up boxes or bags or bundles of cash with Dmitry
15:13:30  18   Strogii?
15:13:45  19        A.   No.  I'm hearing of it for the first
15:13:49  20   time now.
15:13:52  21        Q.   If Dmitry Strogii claims that you were
15:13:56  22   somehow involved in picking up such large sums
15:14:02  23   of cash to pay as a bribe or a kickback to the
15:14:07  24   Russian Minister of Defense, is he being truthful?
15:14:31  25        A.   No.  It's a lie.
```

JANUARY 29, 2020 - DMITRY SCHIRIY
Case 5:18-cr-00452-FL   Document 602-8   Filed 11/03/20   Page 4 of 4

```
15:11:52   1   up money?
15:12:03   2        A.   No.
15:12:06   3        Q.   Do you know of anyone who picked up
15:12:11   4   70 million dollar -- U.S. dollars in cash in
15:12:17   5   connection with Mr. Teyf?
15:12:33   6        A.   No.  I'm hearing now for the first
15:12:36   7   time.
15:12:38   8        Q.   Or anything like that sum in rubles
15:12:40   9   or other currency?
15:12:48  10        A.   No.
15:12:49  11        Q.   Do you know anything about delivering
15:12:54  12   $30 million worth of currency, whether rubles
15:13:00  13   or dollars or any other currency?
15:13:16  14        A.   Well, what can I say?  I'd like --
15:13:18  15   I'd love to see how such an amount looks.
15:13:22  16        Q.   Do you know of anyone else who picked
15:13:26  17   up boxes or bags or bundles of cash with Dmitry
15:13:30  18   Strogii?
15:13:45  19        A.   No.  I'm hearing of it for the first
15:13:49  20   time now.
15:13:52  21        Q.   If Dmitry Strogii claims that you were
15:13:56  22   somehow involved in picking up such large sums
15:14:02  23   of cash to pay as a bribe or a kickback to the
15:14:07  24   Russian Minister of Defense, is he being truthful?
15:14:31  25        A.   No.  It's a lie.
```