IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00452-FL-1

UNITED STATES OF AMERICA    )
 )
      v.    )             **ORDER**
 )
LEONID ISAAKOVICH TEYF    )

Upon motion of Defendant, for good cause shown, it is hereby ORDERED that the proposed sealed exhibits filed at DE 603 be sealed until such time as the Court orders them unsealed.

It is FURTHER ORDERED that the Clerk of Court make available to the parties filed copies of the same.

SO ORDERED.

This the 4th day of November, 2020.

Louise W. Flanagan
United States District Judge