| Bank | Account # | Posting | Description | Amount |
|---|---|---|---|---|
| Bank of America | 2370 1176 3905 | 10/19/2018 | WIRE TYPE:INTL OUT DATE:181019 TIME:1455 ET TRN:2018101900303042 SERVICE REF:409857 BNF:VAPOP LTD ID:5163440011 BNF BK:EXPOBANK CZ A S . ID:CZ4000 PMT DET:KSB9UAQG8 Investment income | $ (500,060.00) |
| BB&T | 0005 4011 1502 | 10/16/2018 | INTERNATIONAL WIRE TRANSFER WIRE REF # 20181016-00006747 | $ (800,060.00) |
| BB&T | 0005 4011 1502 | 10/9/2018 | INTERNATIONAL WIRE TRANSFER WIRE REF # 20181009-00010356 | $ (1,080,060.00) |
| BB&T | 0005 4011 1502 | 5/16/2018 | INTERNATIONAL WIRE TRANSFER WIRE # 20180516-00011961 | $ (1,950,000.00) |
| BB&T | 0005 4011 1502 | 3/27/2018 | INTERNATIONAL WIRE TRANSFER WIRE REF# 20180327-00007826 | $ (800,000.00) |
| First Citizens Bank | 0008 7832 0897 | 3/27/2018 | International Wire Transfer-0000088 2 | $ (700,000.00) |
| First Citizens Bank | 0008 6843 3812 | 3/5/2018 | International Wire Transfer-0000124 2 | $ (350,030.00) |
| PNC | 0053 8457 4742 | 10/12/2018 | INT'L WIRE OUT 18Aci4225Efh3Nsn | $ (520,000.00) |
| PNC | 0053 8457 4742 | 3/20/2018 | INT'L WIRE OUT 183Kk0239L5T18BC | $ (500,000.00) |
| PNC | 0053 8457 4742 | 3/2/2018 | INT'L WIRE OUT 1831M1420A2906OI | $ (300,000.00) |

$ (7,500,210.00)