> **Motion DENIED.**
>
> This the 16th day of December, 2020.
>
> /s/ Louise W. Flanagan, U.S. District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00452-1-FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>LEONID ISAAKOVICH TEYF,<br><br>Defendant | **MOTION TO REOPEN<br>DETENTION HEARING AND ORDER<br>PRETRIAL RELEASE** |

Defendant Leonid Isaakovich Teyf ("Mr. Teyf"), through the undersigned counsel, respectfully moves the Court to reopen his detention hearing and to order his pre-trial release from custody on bond pending his trials scheduled for 2021. As a result of significant changed circumstances since the January 23, 2019 detention hearing, there are now conditions or combinations of conditions which can be imposed by the Court pursuant to 18 U.S.C. §3142 that would reasonably assure Mr. Teyf's appearance for next year's trials in this matter. Mr. Teyf has been detained nearly 23 months since he was arrested on December 5, 2018, and is currently housed at Albemarle District Jail. As more fully set forth herein, this motion should be granted for the following reasons:

(1) Evidence disclosed, developed, and testimony presented since the January 23, 2019 detention hearing dramatically shifts the weight of the evidence in Mr. Teyf's favor, seriously undermines the Government's case, and demonstrates the prior basis for restraining $39 Million to be illusory at best.

(2) The weakness of the Government's Money Laundering ("ML") charges, in particular, has been exposed by the uncontested Rule 15 testimony of numerous defense witnesses