IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00452-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LEONID ISAAKOVICH TEYF | ) | |
| | ) | |

This matter having come before the Court by Defendants' motion to continue the trial currently set for this Court's February 16, 2021 term to the March 29, 2021 term of Court, and for good cause shown, it is hereby ORDERED that the trial is CONTINUED to March 29, 2021.

It is further ordered that any delay that results from this extension is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A) because the ends of justice served by granting this extension outweigh the best interests of the public and the defendant in a speedy trial.

This ___ day of _____, 2020.

_____
LOUISE WOOD FLANAGAN
United States District Judge