IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00452-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **NOTICE OF SPECIAL APPEARANCE** |
| | ) | **BY DMYTRO PETROV** |
| LEONID ISAKKOVICH TEYF | ) | |

Pursuant to Local Criminal Rule 57.1(e), Dmytro Petrov, an attorney with the law firm of Moses & Singer LLP in New York, hereby gives notice of his special appearance in this matter as counsel for Defendant Leonid Isakkovich Teyf, in association with F. Hill Allen of Tharrington Smith, LLP, a member of the bar of the Court.

Mr. Petrov is a member in good standing of the bar of the highest court of New York, and the United States District Court for the Eastern District of New York.

Mr. Petrov requests notice of all pleadings, notices and calendars affecting this action.

This the 25th day of May, 2021.

/s/ Dmytro Petrov
Dmytro Petrov
MOSES & SINGER LLP
The Chrysler Building
405 Lexington Ave., 12th Floor
New York, NY 10174-1299
Phone: (212) 554-7649
Fax: (212) 554-7700
dpetrov@mosessinger.com


/s/ F. Hill Allen
F. Hill Allen
THARRINGTON SMITH, L.L.P.

P.O. Box 1151  
Raleigh, NC 27602  
Phone: (919) 821-4711  
Fax: (919) 829-1583  
hallen@tharringtonsmith.com  
N.C. State Bar No. 18884  
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of May, 2021, I electronically filed the foregoing **NOTICE OF SPECIAL APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Dmytro Petrov
Dmytro Petrov
MOSES & SINGER LLP
The Chrysler Building
405 Lexington Ave., 12th Floor
New York, NY 10174-1299
Phone: (212) 554-7649
Fax: (212) 554-7700
*Counsel for Defendant*

R1948112

3