IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-00452-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| LEONID ISAAKOVICH TEYF | : | |

This matter comes before the Court on the parties' joint motion to release certain assets (the "Wyndcrest Proceeds") currently held by Lank Ventures, a real estate development venture of which Defendant Leonid Teyf is both a creditor and 20 percent equity owner (DE 630). There being no further need to restrain the Wyndcrest Proceeds in order to preserve their availability for forfeiture, and for good cause shown upon joint motion of the parties, it is ORDERED that the restraints previously imposed on the Wyndcrest Proceeds in its February 19, 2019 Order [DE-155] are hereby LIFTED, and Lank shall be free to make disbursements from the escrow account without obtaining prior approval from the U.S. Attorney or Court Order. Nothing in this Order shall be construed to determine the respective rights and obligations of Teyf and Lank or Lank's other investors with respect to the Wyndcrest Proceeds.

SO ORDERED, this 1st day of June, 2021.

_____
LOUISE W. FLANAGAN
United States District Judge