UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:18-CR-452-1-FL
No. 5:18-CR-452-2-FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LEONID ISAAKOVICH TEYF<br>TATYANA ANATOLYEVNA TEYF | **CONSENT MOTION TO EXPEDITE SENTENCING HEARINGS** |

NOW COME DEFENDANTS LEONID ISAAKOVICH TEYF AND TATYANA ANATOLYEVNA TEYF (hereinafter "Defendants"), through undersigned counsel, and respectfully move this Court to expedite the sentencing hearings in these cases, currently set for the 13 August 2021 term of court, to the week of 21 June 2021 (excepting 22 June 2021) or such other time as soon thereafter as the Court may have available. The Government consents to this Motion. In support of this Motion, Defendants show the Court the following:

1. On 19 March 2021, both Leonid Teyf and Tatyana Teyf pled guilty to certain charges pursuant to a Plea Agreement. In each case the Plea Agreement, pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure, included an agreed-upon sentence.

2. This Court accepted the pleas, ordered production of a PreSentence Report, and set the matters for sentencing at the 13 August 2021 term of court.

3. The first draft of the PreSentence Report was emailed to the parties on 24 May 2021. Any objections are due on or before 7 June 2021. Accordingly, the PreSentence Reports should be finalized by 14 June 2021.

4. Under the terms of the Plea Agreements, certain funds will be forfeited to the Government, and other funds and real properties will be returned to the Defendants or otherwise released as agreed by the Government. All parties believe it beneficial to move forward with the disposition of these assets as expeditiously as possible.

5. Undersigned counsel has discussed this motion with AUSA Barbara Kocher, who states that the Government consents to this Motion.

WHEREFORE, Defendants respectfully request that this Motion be granted, and that the sentencing hearings in these cases be expedited.

2

This the 1st day of June, 2021.

| | |
|---|---|
| **POYNER SPRUILL LLP** | **GAMMON, HOWARD & ZESZOTARSKI, PLLC** |
| /s/   David W. Long<br>David W. Long<br>State Bar No. 2779<br>P.O. Box 1801<br>Raleigh, NC  27602<br>(919) 783-6400<br>dlong@poynerspruill.com | /s/   Joseph E. Zeszotarski, Jr.<br>Joseph E. Zeszotarski, Jr.<br>State Bar No. 21310<br>115 ½ West Morgan Street<br>Raleigh, NC  27601<br>(919) 521-5878<br>jzeszotarski@ghz-law.com<br><br>*Counsel for Tatyana Teyf* |
| **THARRINGTON SMITH, L.L.P.** | **MOSES & SINGER LLP** |
| /s/ F. Hill Allen<br>F. Hill Allen<br>P.O. Box 1151<br>Raleigh, NC 27602<br>Phone:  (919) 821-4711<br>Fax:  (919) 829-1583<br>hallen@tharringtonsmith.com<br>N.C. State Bar No. 18884 | /s/ Robert S. Wolf<br>Robert S. Wolf<br>The Chrysler Building<br>405 Lexington Ave., 12th Floor<br>New York, NY 10174-1299<br>Phone:  (212) 554-7825<br>Fax:  (212) 554-7700<br>rwolf@mosessinger.com<br><br>*Counsel for Leonid Teyf* |

CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing MOTION through the electronic service function of the Court's electronic filing system, as follows:

| | |
|---|---|
| Barbara Kocher<br>Assistant United States Attorney<br>Barb.Kocher@usdoj.gov | Jason Kellhofer<br>Assistant United States Attorney<br>Jason.Kellhofer@usdoj.gov |

This the 1st day of June, 2021.

/s/   Joseph E. Zeszotarski, Jr.
Counsel for Defendant