UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:18-CR-452-1-FL
No. 5:18-CR-452-2-FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LEONID ISAAKOVICH TEYF<br>TATYANA ANATOLYEVNA TEYF | **ORDER** |

This matter comes before the Court on Defendants' motion to expedite the sentencing hearings in these cases. The Government consents to the motion. For good cause shown, the motion is GRANTED, and it is hereby ORDERED that the sentencing hearings in these cases are set for _____ at the United States Courthouse in New Bern, NC.

SO ORDERED.

This the \_\_\_\_ day of June, 2021.

_____
Honorable Louise W. Flanagan
United States District Judge