FILED IN OPEN COURT
ON 7/9/21 SWT
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-00452-1-FL
NO. 5:18-CR-00452-2-FL

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : **CONSENT ORDER FOR** |
| | : **RELEASE OF CERTAIN ASSETS** |
| LEONID ISAAKOVICH TEYF | : |
| TATYANA ANATOLYEVNA TEYF, | : |
| a/k/a TATIANA TEYF | : |

By signing below, the undersigned parties have consented to the entry of this Order and have informed the Court of the following:

1. On March 15 and 16, 2021, the Defendants Leonid Isaakovich Teyf and Tatyana Anatolyevna Teyf (collectively, "Teyfs") entered into written Plea Agreements with the United States [DE-620 and DE-621]. Pursuant to the terms of the Plea Agreements, the Teyfs agreed to judicially or administratively forfeit certain assets in the amount of $5,900,241.72, as well as a Ruger P94 .40 caliber pistol with obliterated serial number and any and all related magazines and ammunition, while the United States agreed to release (in accordance with applicable policies and practices) any remaining seized assets belonging to the Teyfs but not identified for judicial or administrative forfeiture, following acceptance of the Teyfs' pleas and entry of the criminal judgments against them. The assets to be released are specifically and collectively identified below:

1

a) $936,372.99 in funds seized from Branch Banking and Trust Account No. XXXX XXXX 1502 (Asset ID 19-FBI-001015);

b) $200.00 in funds seized from Bank of America Account No. XXXX XXXX 3844 (Asset ID 19-FBI-001001);

c) $3,515.36 in funds seized from Bank of America Account No. XXXX XXXX 6014 (Asset ID 19-FBI-001002);

d) $250,023.40 in funds seized from Bank of America Account No. XXXX XXXX 1991 (Asset ID 19-FBI-001004);

e) $20,323.93 in funds seized from Bank of America Account No. XXXX XXXX 1314 (Asset ID 19-FBI-001008);

f) $665.00 in funds seized from Bank of America Account No. XXXX XXXX 1292 (Asset ID 19-FBI-001009);

g) $50.00 in funds seized from Bank of America Account No. XXXX XXXX 3691 (Asset ID 19-FBI-001010);

h) $200.00 in funds seized from Bank of America Account No. XXXX XXXX 9409 (Asset ID 19-FBI-001062);

i) $12,699.49 in funds seized from First Citizen's Bank Account No. XXXX XXXX 3951 (Asset ID 19-FBI-001065);

j) $241,140.30 in funds seized from Merrill Lynch Account No. XXX-X0890 (Asset ID 19-FBI-001598);

k) $1,001,493.61 in funds seized from Merrill Lynch Account No. XXXX-

X1096 (Asset ID 19-FBI-002098);

l) $50,000.00 in United States Currency (Asset ID 19-FBI-001022);

m) $28,909.09 in United States Currency (Asset ID 19-FBI-001026);

n) Artwork purchased by Leonid I. Teyf, on or about August 14, 2015, from ABA Gallery, Inc. located at 7 East 17th Street, New York, New York 10003 for a total amount of $2,600,000 (Asset ID 19-FBI-001025);

o) A 2018 Toyota Land Cruiser, with VIN # JTMCY7AJ2J4069983 (FP&F No. 2019150300006701);

p) A 2014 Mercedes Benz S550V, with VIN # WDDUG8CB9EA009828 (Asset ID 19-FBI-000995);

q) A 2018 Mercedes Benz S560V, with VIN # WDDUG8DB8JA368001 (Asset ID 19-FBI-000996);

r) A 2018 Mercedes Benz S63 AMG 4MA, with VIN # WDDUG8JB0JA394158 (Asset ID 19-FBI-000997); and

s) A 2019 Toyota 4Runner, with VIN # JTEBU5JR0K5620629 (Asset ID 19-FBI-006639).

2. Additionally, pursuant to the terms of his written Plea Agreement [DE-621], Leonid Teyf agreed that the Government may release to F. Hill Allen, attorney, miscellaneous firearms and ammunition seized from 510 Glenwood Avenue #503, Raleigh, North Carolina, specifically:

a) A Sig Sauer P226 Handgun, serial number UU767203;

b) A Kimber Raptor II Handgun, serial number K404366;

c) A Smith & Wesson, .44 revolver, serial number A1149166;

d) A Glock 17 9mm handgun, serial number XMV746;

e) A Russian made 7.72x38R pistol, serial number 189501570;

f) A Walther PPK/S pistol, serial number 004578;

g) A CZ-USA CZ 75 BD 9mm pistol, serial number B330274;

h) A Kimber Raptor II .45 caliber handgun, serial number K600092;

i) An ITM Arms Company AK7 4 rifle, serial number 0006714;

j) A Beretta A400.12 gauge shotgun, serial number XA026380;

k) A Browning special steel .20 gauge shotgun, serial number 30289NX763;

l) A Soviet brown and steel rifle with bayonet, serial number 1946;

m) An SKS 7.62x39 Russian rifle, serial number 8011;

n) An Essential Arms J-15 rifle 223x5.56, serial number 28728;

o) A Hesse Saiga 7.62 rifle, serial number 01100235; and

p) Any and all related ammunition,

all under Asset ID 19-FBI-001020, which firearms and ammunition shall be transferred or disposed of in accordance with applicable federal and state laws.

Having considered the parties representations and the Teyfs' plea agreements, it is hereby ORDERED that the United States shall release to the Teyfs the seized bank account funds and U. S. currency listed as Items (a)-(m) in Paragraph 1, above,

4

less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to collect, except those owed to the United States Attorney's Office for the Eastern District of North Carolina. Payment is to be made via electronic funds transfer by the U. S. Marshal's Service according to the information to be providedby or on behalf of Leonid Teyf and Tatyana Teyf on the UFMS Vendor Request Form(s).;

It is further ORDERED that the United States shall release the personal property listed as Items (n)-(s) in Paragraph 1,to Leonid Teyf and Tatyana Teyf, or their designated representatives provided that, within 45 days of this Order, a representative authorized in writing by the Teyfs contacts the appropriate agency and schedules a mutually convenient day and time to retrieve these personal properties. Should a representative authorized in writing by the Teyfs not contact the appropriate agency within 45 days, the items shall be deemed abandoned by the Teyfs and may be disposed of according to law;

It is further ORDERED that the United States shall release to F. Hill Allen, attorney, the miscellaneous firearms and ammunition seized from 510 Glenwood Avenue #503, Raleigh, North Carolina, listed in Paragraph 2, above, which firearms and ammunition shall be transferred or disposed of in accordance with applicable federal and state laws. The Court notes in this regard that the Teyfs are prohibited persons within the meaning of 18 U.S.C. § 922(g).

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

SO ORDERED, this the 9th day of _____, 2021.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE

WE ASK FOR THIS:

G. NORMAN ACKER, III
Acting United States Attorney

BY: _____
JASON M. KELLHOFER
BARBARA D. KOCHER
Assistant United States Attorneys
Criminal Division

_____
LEONID ISAAKOVICH TEYF
Defendant

_____
ROBERT S. WOLF
Attorney for the Defendant

_____
F. HILL ALLEN
Attorney for the Defendant

_____
TATYANA ANATOLYEVNA TEYF
Defendant

_____
JOSEPH E. ZESZOTARSKI, JR.
Attorney for the Defendant

_____
DAVID W. LONG
Attorney for the Defendant

6