IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| v. | ) UNITED STATES' MOTION TO |
| | ) DISMISS MOTION TO SHOW CAUSE |
| LEONID ISAAKOVICH TEYF, | ) and RELATED ENTRY (D.E. 359, 400) |
| Defendant. | ) |

The United States of America, by and through its attorney, the United States Attorney for the Eastern District of North Carolina, respectfully moves to dismiss its earlier filed motion to show cause why Defendant should not be held in contempt for failure to comply with Court Orders D.E. 359. Additionally, the government moves to dismiss its earlier filed motion which requested the Court hold that motion to show cause in abeyance until after trial in the matter. D.E. 400.

In support of these motions to dismiss, the government notes that Defendant plead guilty to certain charges and in return, the government agreed to dismiss these outstanding motions. In compliance with the agreed-upon terms of the plea, then, this motion is hereby made.

                                                                 G. NORMAN ACKER III
                                                                 Acting United States Attorney

By:   */s/ Barbara D. Kocher*
       JASON M. KELLHOFER
       BARBARA D. KOCHER
       Assistant U.S. Attorney
       150 Fayetteville St Suite 2100
       Raleigh, NC 27601
       Telephone: 919-856-4530
       E-mail: jason.kellhofer@usdoj.gov
       OH Bar: 0074736
       E-mail: barb.kocher@usdoj.gov
       NC Bar: 16360

# CERTIFICATE OF SERVICE

This is to certify that I have this 12th day of July, 2021, served a copy of the foregoing filing upon counsel for the defendant in this action by electronically filing the foregoing with the Clerk of Court, using the CM/ECF system that will send notification of such filing to:

    F. Hill Allen
    Tharrington Smith LLP

    Robert S. Wolf
    Moses & Singer LLP

By: */s/ Barbara D. Kocher*
    BARBARA D. KOCHER
    Assistant U.S. Attorney
    310 New Bern Avenue, Suite 800
    Raleigh, NC 27601
    Telephone: 919-856-4530
    Fax: 919-856-4487
    E-mail: barb.kocher@usdoj.gov
    NC Bar: 16360