IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-452-1-FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| LEONID ISAAKOVICH TEYF, | ) | |
| Defendant. | ) | |

Upon the motion of the United States, and for good cause shown, its Motion to Show Cause, D.E. 359, and Motion to Hold the same in Abeyance, D.E. 400, are hereby dismissed.

So ORDERED this 13th day of July, 2021.

_____
LOUISE W. FLANAGAN
United States District Judge