# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| USA | 5:18-CR-00452-FL |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| LEONID I. TEYF AND TATYANA A. TEYF | ConsentOrder/ReleaseCertainAssets |

**SERVE AT:** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
A 2018 Mercedes Benz S560V, VIN: WDDUG8DB8JA368001

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
19-FBI-000996

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

MATTHEW L. FESAK, Assistant U. S. Attorney
U. S. Attorney's Office
150 Fayetteville St., Suite 2100
Raleigh, NC 27601

RECEIVED JUL 09 2021 U.S. Marshals Service, EDNC

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*
USAO: 2014R00640

/s/ Matthew L. Fesak/bh

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: 919-856-4530
DATE: 7/9/2021

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

Total Process: 1
District of Origin No.: 56
District to Serve No.: 56
Date: 07/09/21

Date served: 8/16/2021
Time: 1354 pm

**REMARKS**

Returned to owner on 8/10/21.

**FILED**
AUG 18 2021
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Form USM-285
Rev. 03/21

Case 5:18-cr-00452-FL   Document 663   Filed 08/18/21   Page 1 of 2

(18)



**U.S. Department of Justice**
United States Marshals
Service

# Process 056-5:2018-CR-00452-18 | Cost Worksheet
Printed on: 08/17/2021

## PROCESS INFORMATION

| Case Type | Origin District | Serving District | Case Caption |
|---|---|---|---|
| CR - Criminal | E/NC - RALEIGH | E/NC - RALEIGH | USA v. Leonid I Teyf and Tatyana A. Teyf |
| **Civil/Criminal** | **Attribute** | **Process Type** | **Party to be Served** |
| Criminal | Government | OrderRelease | 2018 MERCEDES BENZ S560V |

## SUMMARY

| Date/Time of Action | Service Action | Subtotal | Deposit Total | Expense Total |
|---|---|---|---|---|
| 07/09/2021 10:01 EDT | Assigned for Personal Service | | $0.00 | $0.00 |
| 08/16/2021 10:24 EDT | Served | | $0.00 | $65.00 |
| | Personnel Charges | $65.00 | | |
| | Mileage Charges | $0.00 | | |

**Total Costs**     $0.00     **$65.00**

| | |
|---|---|
| **Remaining Balance** | $0.00 |
| **Amount Owed** | $195.00 |
| **Remaining Process to Serve:** | 056-5:2018-CR-00452-1 |
| | 056-5:2018-CR-00452-2 |
| | 056-5:2018-CR-00452-3 |
| | 056-5:2018-CR-00452-4 |
| | 056-5:2018-CR-00452-5 |
| | 056-5:2018-CR-00452-6 |
| | 056-5:2018-CR-00452-7 |
| | 056-5:2018-CR-00452-8 |
| | 056-5:2018-CR-00452-9 |
| | 056-5:2018-CR-00452-10 |
| | 056-5:2018-CR-00452-11 |
| | 056-5:2018-CR-00452-12 |
| | 056-5:2018-CR-00452-13 |
| | 056-5:2018-CR-00452-15 |
| | 056-5:2018-CR-00452-16 |
| | 056-5:2018-CR-00452-19 |

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure.