# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| USA | 5:18-CR-00452-FL |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| LEONID I. TEYF AND TATYANA A. TEYF | ConsentOrder/ReleaseCertainAssets |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
A 2014 Mercedes Benz S550V, VIN: WDDUG8CB9EA009828

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
19-FBI-000995

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

MATTHEW L. FESAK, Assistant U. S. Attorney
U. S. Attorney's Office
150 Fayetteville St., Suite 2100
Raleigh, NC 27601

Number of process to be served with this Form 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

USAO: 2014R00640

/s/ Matthew L. Fesak/bh

RECEIVED
JUL 09 2021
U.S. Marshals Service, EDNC

Signature of Attorney other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT

| TELEPHONE NUMBER | DATE |
|---|---|
| 919-856-4530 | 7/9/2021 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 56 | 56 | Ashley murray | 7/9/21 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| | 8/16/2021 | 1353 | ☐ am ☒ pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Returned to owner on 8/10/21.

**FILED**

AUG 18 2021

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Form USM-285
Rev. 03 21



**U.S. Department of Justice**
**United States Marshals**
**Service**

## Process 056-5:2018-CR-00452-1 | Cost Worksheet
Printed on: 08/17/2021

### PROCESS INFORMATION

| | | | |
|---|---|---|---|
| **Case Type** CR - Criminal | **Origin District** E/NC - RALEIGH | **Serving District** E/NC - RALEIGH | **Case Caption** USA v. Leonid I Teyf and Tatyana A. Teyf |
| **Civil/Criminal** Criminal | **Attribute** Government | **Process Type** OrderRelease | **Party to be Served** 2014 Merecedes Benz S550V |

### SUMMARY

| Date/Time of Action | Service Action | Subtotal | Deposit Total | Expense Total |
|---|---|---|---|---|
| 07/09/2021 09:30 EDT | Assigned for Personal Service | | $0.00 | $0.00 |
| 08/16/2021 10:31 EDT | Served | | $0.00 | $65.00 |
| | Personnel Charges | $65.00 | | |
| | Mileage Charges | $0.00 | | |
| **Total Costs** | | | **$0.00** | **$65.00** |

| | |
|---|---|
| **Remaining Balance** | **$0.00** |
| **Amount Owed** | **$260.00** |

| Remaining Process to Serve: | |
|---|---|
| | 056-5:2018-CR-00452-2 |
| | 056-5:2018-CR-00452-3 |
| | 056-5:2018-CR-00452-4 |
| | 056-5:2018-CR-00452-5 |
| | 056-5:2018-CR-00452-6 |
| | 056-5:2018-CR-00452-7 |
| | 056-5:2018-CR-00452-8 |
| | 056-5:2018-CR-00452-9 |
| | 056-5:2018-CR-00452-10 |
| | 056-5:2018-CR-00452-11 |
| | 056-5:2018-CR-00452-12 |
| | 056-5:2018-CR-00452-13 |
| | 056-5:2018-CR-00452-15 |
| | 056-5:2018-CR-00452-16 |
| | 056-5:2018-CR-00452-19 |

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure