

# Department of the Treasury
### Federal Law Enforcement Agencies
## PROCESS RECEIPT AND RETURN

| PLANTIFF<br>USA | COURT CASE NUMBER<br>5:18-CR-00452-FL |
|---|---|
| DEFENDANT<br>Leonic I. Teyf and Tatyana Teyf | TYPE OF PROCESS<br>Consent Order for Release/Certain Assets |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE.

ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)

A 2018 Toyota Land Cruiser, with VIN# JTMCY7AJ2J4069983

| SEND NOTICE OR SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| MATTHEW L. FESAK<br>U. S. Attorney's Office<br>150 Fayetteville Street, Suite 2100<br>Raleigh, NC 27601 | NUMBER OF PROCESS TO BE SERVED IN THIS CASE | |
| | NUMBER OF PARTIES TO BE SERVED IN THIS CASE | |
| | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

FP&F No. 20191503000006701

USAO: 2014R00640

/s/ MATTHEW L. FESAK, AUSA /bh

| Signature of Attorney or other Originator requesting service on behalf of: ✓ Plaintiff / ☐ Defendant | TELEPHONE NO.<br>919-856-4844 | DATE<br>07/09/2021 |
|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS.

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number of process indicated. | District of Origin<br>No. | District to Serve<br>No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. | DATE |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT [ ] PERSONALLY SERVED [ ] HAVE LEGAL EVIDENCE OF SERVICE [✗] HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

( ) I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE.<br>Gregory A. Cyr PS/CBP | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| ADDRESS: (Complete only if different than shown above)<br>U.S. Customs and Border Protection<br>FP&F Office<br>1901 Cross Beam Drive, Charlotte, NC 28217 | DATE OF SERVICE<br>08/24/2021 | TIME OF SERVICE<br>☐ M.<br>☐ M. |
| | SIGNATURE, TITLE AND TREASURY AGENCY<br>[signature] G. Cyr PS/CBP | |

REMARKS:

The above listed Toyota Land Cruiser was released on Tue., Aug. 17, 2021 per request.

TD F 90-22.48 (6/96)