| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See "Instructions for Service of Process by U.S. Marshal"* |
|---|---|
| PLAINTIFF<br>USA | COURT CASE NUMBER<br>5:18-CR-00452-FL |
| DEFENDANT<br>LEONID I. TEYF AND TATYANA A. TEYF | TYPE OF PROCESS<br>ConsentOrder/ReleaseCertainAssets |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>$665.00 in funds seized from Bank of America, Acct No. XXXX XXXX 1292 |
|---|---|
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*<br>19-FBI-001009 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | |
|---|---|---|
| MATTHEW L. FESAK, Assistant U. S. Attorney<br>U. S. Attorney's Office<br>150 Fayetteville St., Suite 2100<br>Raleigh, NC 27601 | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:
USAO: 2014R00640

/s/ Matthew L. Fesak/bh

RECEIVED JUL 09 2021 U.S. Marshals Service, EDNC

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>919-856-4530 | DATE<br>7/9/2021 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 56 | District to Serve<br>No. 56 | Signature of Authorized USMS Deputy or Clerk<br>Ashley Murphy | Date<br>7/9/21 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date<br>8/26/21 | Time<br>1555 | ☐ am<br>☐ pm |
|---|---|---|---|
| Address *(complete only if different than shown above)* | | Signature of U.S. Marshal or Deputy | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

USMS returned funds

**FILED**

AUG 27 2021 

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY: ___ DEP CLK

Form USM-285
Rev. 03/21



# U.S. Department of Justice
## United States Marshals Service

# Process 056-5:2018-CR-00452-7 | Cost Worksheet
Printed on: 08/26/2021

---

**PROCESS INFORMATION**

| Case Type | Origin District | Serving District | Case Caption |
|---|---|---|---|
| CR - Criminal | E/NC - RALEIGH | E/NC - RALEIGH | USA v. Leonid I Teyf and Tatyana A. Teyf |
| **Civil/Criminal** | **Attribute** | **Process Type** | **Party to be Served** |
| Criminal | Government | OrderRelease | $665.00 USC BOA 1292 |

**SUMMARY**

| Date/Time of Action | Service Action | Subtotal | Deposit Total | Expense Total |
|---|---|---|---|---|
| 07/09/2021 09:39 EDT | Assigned for Personal Service | | $0.00 | $0.00 |
| 08/26/2021 16:08 EDT | Served | | $0.00 | $65.00 |
| | Personnel Charges | $65.00 | | |
| | Mileage Charges | $0.00 | | |

| **Total Costs** | | | $0.00 | $65.00 |
|---|---|---|---|---|

| **Remaining Balance** | $0.00 |
|---|---|
| **Amount Owed** | $585.00 |

**Remaining Process to Serve:**

056-5:2018-CR-00452-3
056-5:2018-CR-00452-5
056-5:2018-CR-00452-6
056-5:2018-CR-00452-8
056-5:2018-CR-00452-11
056-5:2018-CR-00452-12
056-5:2018-CR-00452-13
056-5:2018-CR-00452-15
056-5:2018-CR-00452-16
056-5:2018-CR-00452-19

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its contents may be disseminated outside of the agency or personnel to which loaned without proper Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with the Privacy Act of 1974, 5 USC § 552a.

UNCLASSIFIED//FOR OFFICIAL USE ONLY