IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00452-FL-1

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LEONID ISAAKOVICH TEYF | ) | |
| | ) | |

This matter having come before the Court on Defendant's motion to amend judgment, and for good cause shown and consistent with the provisions of the First Step Act, 18 U.S.C. § 3621(b), it is hereby ORDERED that the Amended Judgment [DE 650] shall be amended to read as follows: The court recommends that he serve his term in FCI Butner, NC, or if not Butner, then another BOP facility within 500 driving miles of Defendant's primary residence in Raleigh, NC.

This ___ day of November, 2021.

_____
LOUISE WOOD FLANAGAN
United States District Judge