United States District Court
**Eastern District of North Carolina**
Office of the Clerk
PO Box 25670
Raleigh, North Carolina 27611

Phone (919) 645-1700
Fax (919) 645-1750

Peter A. Moore, Jr.
*Clerk of Court*

February 10, 2022

F. Hill Allen , IV
Tharrington Smith
150 Fayetteville Street, Suite 1800
Raleigh, NC 27601

      RE:    USA v. Leonid Isaakovich Teyf
                  Case No. 5:18-CR-452-1FL

Dear Hill:

Pursuant to our conversation yesterday, enclosed are defendant's original exhibits from the following hearings:

- December 18, 2018 Detention Hearing
- January 22, 2019 Motion Hearing

The enclosed exhibits are being returned to you pursuant to Local Criminal Rule 55.1. Also enclosed for your signature is a receipt for these exhibits. Please sign, date and return the completed receipt to me via email.

Thank you for your attention to this matter.

                                      Sincerely,

                                      Susan W. Tripp
                                      Criminal Case Administrator/Courtroom Deputy
                                        to U.S. District Judge Louise W. Flanagan

Enclosures:    Original Exhibits
                       Receipt for Exhibits