CLERK'S OFFICE

TELEPHONE:  252-638-8534

RECEIPT FOR EXHIBITS

**CASE NAME:** USA V. ~~Jason Edgar~~ Kort (5:~~20~~-CR-~~53~~-1FL)  *LEONID TEYF 18 452*

**DATE:** 2/14/2022

**DEPUTY CLERK:** Susan W. Tripp

I, **F. Hill Allen, IV,** hereby accept delivery of the following items from the clerk's office in the above-referenced matter.

- **Defendant's Exhibits from the 12/18/2018 Detention Hearing and January 22, 2019 Motion Hearing**

Signature of Receiving Party